E-filing

VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:   (510) 351-5345
Facsimile:   (510) 351-5348
E-Mail:   BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

RECEIVED
DEC - 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

C06-07391 BZ

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants | Case No.<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR (1) TEMPORARY RESTRAINING ORDER (2) IMPOUNDING UNLICENSED NETBULA SOFTWARE, AND (3) ORDER TO SHOW CAUSE<br><br>OSC Date:<br>Time:<br>Location: |

THIS MATTER comes before the Court upon plaintiff Netbula, LLC's ("Netbula") Application for a Temporary Restraining Order and Motion for Preliminary Injunction and Impoundment in its copyright action against defendants Storage Technology Corporation ("StorageTek") and Sun Microsystems, Inc. ("SUN"), pursuant to 17 U.S.C. §502, §503(a). Upon due consideration, the Court orders as follows:

IT IS ORDERED that defendants StorageTek and SUN and their agents, servants, and employees, all persons acting or purporting to act under its authority, direction or control immediately stop using, copying, and distributing all unlicensed copies of Netbula software files,

-1-

including, but not limited to, Netbula's "pwrpc32.dll", "rpcgen.exe", "powerrpc.h" and source code generated by Netbula's "rpcgen.exe" (collectively and individually "The Netbula Software") and their derivative works.

IT IS FURTHER ORDERED that defendants StorageTek and SUN and anyone in privity with or controlled by defendants StorageTek and SUN shall not discard, waste, or destroy any evidence relating to any Netbula software. Such evidence includes, but is not limited to, electronic data files, software codes, documentation, email communications, databases, sales and any other transaction records.

IT IS FURTHER ORDERED that defendants StorageTek and SUN within twenty (20) days of this order deliver to the Court for impoundment all unlicensed copies and all means of making, selling, marketing such illegal copies of The Netbula software in Defendant's possession, custody or control, together with an accounting, to be provided to Netbula, of:

(1)  the number of all such copies in Defendants' possession, custody or control;

(2)  where each copy was found;

(3)  a sworn declaration of how each such copy was obtained, duplicated, distributed and used, including the names of all persons involved in such activity for each such copy; and

(4)  a detailed description of the means of making, duplicating and disseminating such copies, including marketing, sales, promotion, web pages, internet download and any other materials used in aiding, supporting, encouraging, inducing and facilitating infringement.

IT IS FURTHER ORDERED that defendants StorageTek and SUN file with the Court, and provide a copy to Netbula, within twenty (20) days of this date, a written report, submitted under oath setting forth, in detail, the manner and form in which Defendants have complied with the Court's Order.

Netbula is directed to file proof of bond, in the amount of _____ within seven (7) days of this Order for the relief sought.

**ORDER TO SHOW CAUSE:** Defendants StorageTek and SUN are ordered to appear in a hearing of Plaintiff's motion for preliminary injunction set for _____, 2006, at _____, in the United States District Court for the Northern District of California, Courtroom ___, _____, _____, California, _____.

DATED December ____, 2006

_____
UNITED STATES DISTRICT JUDGE

Case No.                                           -3-
                                                   ORDER GRANTING TEMPORARY RESTRAINING ORDER AND
                                                   IMPOUNDING UNLICENSED NETBULA SOFTWARE