E-filing

ORIGINAL FILED

DEC - 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:    (510) 351-5345
   Facsimile:    (510) 351-5348
4  E-Mail:       BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC
7
8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 NETBULA, LLC., a Delaware limited liability      Case No.
11 company,
                        Plaintiff,                  **C06-07391**
12       v.
                                                    ADR
13 STORAGE TECHNOLOGY                               **DON YUE'S DECLARATION IN
   CORPORATION, a Delaware corporation;            SUPPORT OF PLAINTIFF'S
14 SUN MICROSYSTEMS Inc., a Delaware               APPLICATION FOR TEMPORARY
   corporation; and DOES 1-100, inclusive,         RESTRAINING ORDER AND MOTION
15                                                  FOR PRELIMINARY INJUNCTION AND
                                                    IMPOUNDMENT**
16                      Defendants
17
       I, DON YUE, declare:
18
19 1.      I am the Chief Sales and Marketing Officer for plaintiff NETBULA, LLC ("Netbula").
20 2.      I have personal knowledge of the facts I am about to state and, if called on to do so, I could
21 competently testify to those facts.
22 3.      I, representing Netbula, handled the communication between Netbula and defendants
23 Storage Technology Corporation ("StorageTek") and Sun Microsystems, Inc ("SUN") on the
24 PowerRPC matter.
25 4.      Attached Exhibit A is a true copy of the license agreement between Netbula and
26 StorageTek signed on March 1, 2000 for an earlier version of PowerRPC for Windows NT/98/95.
27 On page 1, there is a section about "Copyright", in which StorageTek agreed to treat Netbula
28

-1-

1    software in accordance of copyright laws. There is also the "Limited Distribution" clause, which

2    references the payment scheme set in Exhibit C of the license agreement. The license agreement is

3    a prepayment license. The licensee must purchase the rights to distribute 1,000 copies at a time.

4    5.    Attached Exhibit B is a true copy of the purchase order showing StorageTek purchased a

5    1,000-unit PowerRPC runtime license for Windows NT (and lower) in March 2000.

6

7    6.    Attached Exhibit C are true printouts of email messages from StorageTek developers,

8    indicating that they knew StorageTek only had a PowerRPC license for Windows NT and lower,

9    and did not have a license for Windows 2000 and higher version of Windows.

10    7.    Attached Exhibit D is a true printout of an email message from Mike Melnick at

11    StorageTek alleging that StorageTek ceased to distribute PowerRPC in 2002.

12    8.    Attached Exhibit E is a true copy of the invoice showing StorageTek purchased a 1,000-

13    copy license in 2004 for a newer version of PowerRPC runtime for Windows 2003 (and lower).

14

15    9.    Attached Exhibit F is a purported PowerRPC runtime usage report made by StorageTek in

16    August 2005, showing that StorageTek made 7,455 copies. This is a printout of a large Excel

17    spreadsheet, only the first five pages and the last page are included. As shown on the printout, the

18    StorageTek products that include Netbula PowerRPC runtime code are LibAttach (model code

19    1191NLC) or INTGRTRS LIBATTACH (model code 1191NLI). The report also shows that

20    StorageTek copied and distributed PowerRPC on Windows 2000 before it purchased any license

21    for that operating system.

22

23    10.    Attached Exhibit G is a true printout of a message in which Netbula questioned

24    StorageTek's statements regarding license usage. The message was sent to Maria Woods,

25    Corporate Counsel of StorageTek on September 6, 2005.

26    11.    Netbula obtained product release notes for various versions of StorageTek LibAttach

27    software under a non-disclosure agreement. These LibAttach release notes clearly show that

28

-2-

1  Netbula's "pwrpc32.dll" is a key component in LibAttach and that StorageTek used "pwrpc32.dll"

2  under Windows 2000 before March 2004.

3  12.    After SUN completed its StorageTek, further discussion on PowerRPC was handled by

4  SUN Microsystems.

5

6  13.    Attached Exhibit H is a slide found on the internet from one of StorageTek's technical

7  presentation. This slide showed a typical configuration in which multiple computers use LibAttach

8  to talk to StorageTek's ACSLS.

9  14.    Attached Exhibit I is a printout of page 9 of a StorageTek PDF document found on

10  StorageTek's web site[1]. The title of the document is "Florida Contract Price List". It shows that

11  product 1191NLC-SENT is offered for "UNLIMITED CLIENTS". The page was accessed on

12  November 22, 2006.

13

14  15.    Attached Exhibit J is a screen dump of page 11 of a StorageTek PDF document found on

15  their web site[2]. The title of the document is "StorageTek Price List for New York State Systems

16  and Peripherals Hardware and Software (Storage) Contract". The document indicates that product

17  1191NLC-SENT is being offered for "UNLIMITED CLIENTS". The screen was printed on

18  November 22, 2006.

19  16.    Attached Exhibit K is a print out of StorageTek's web site, which shows it's integrated into

20  SUN.

21

22        I declare under penalty of perjury of the laws of the State of California and the federal laws

23  that the above declaration is true and correct to the best of my knowledge. This declaration was

24

25

26  [1] URL: http://www.storagetek.com/pdfs/FL_CONTRACT_PRICE_LIST_TAPE_061005.pdf, last accessed on November 22, 2006.

27  [2] http://www.storagetek.com/newyork/NewYorkStatePriceListSubmission031106.pdf, last accessed on November 22, 2006.

28

-3-

Case No.                                                DON YUE'S DECLARATION IN SUPPORT OF APPLICATION FOR
                                                        TEMPORARY RESTRAINING ORDER

1    executed in San Leandro, California.

2

3    DATE: _Dec 1, 2006_

4                                 DON YUE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

Case No.                                  DON YUE'S DECLARATION IN SUPPORT OF APPLICATION FOR
                                                 TEMPORARY RESTRAINING ORDER

# Exhibit A

The year 2000 license agreement between Netbula and StorageTek

## NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING AGREEMENT BETWEEN STORAGE TECHNOLOGY CORPORATION ("STORAGETEK") AND NETBULA LLC. ("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT) is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, irrevocable license for use by STORAGETEK's employees, consultants and subsidiaries for up to ONE user(s), for each of the licenses purchased, to use the PowerRPC SDK Product under Windows NT and 95/98 platforms; each user can only use the software on one computer. You have the right to make additional copies of the SDK Product solely for backup or archival use.

The license is not transferable without written permission of Nebula.  Such permission will not be unreasonably withheld.

2.    Copyright

You must treat the software as copyrighted material. You may not copy and redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify themselves as for development only and is not for distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

If STORAGETEK reports in writing a software defect that prevents STORAGETEK from using the SDK Product within  (30) days after STORAGETEK has paid for the software, and NETBULA LLC. is unable to correct, repair or replace the SDK Product within thirty (30) more days. , NETBULA LLC. will refund all STORAGETEK's  license fees  fully.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, irrevocable license to copy, sublicense, transfer and distribute the NETBULA RPC Supporting Programs and components set forth on Exhibit B (the "Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers and customers.

1.    Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay

1

NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

3.    Limited Warranty. NETBULA warrants that the Supporting Programs will, for sixty (60) days, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full.

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.    Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000 Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

4.    INDEMNITY.  NETBULA will, at its expense, defend STORAGETEK against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees finally awarded, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgment such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.  If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a refund of the license fee paid.  NETBULA shall have no

2

obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.    PUBLIC RELEASE OF INFORMATION
NETBULA must have the prior written approval of STORAGETEK's authorized purchasing agent prior to use or publication of STORAGETEK's company name, logo or trademarks even on customer lists in promotion of NETBULA's business, services or products.

6.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the R SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail.  Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone.  Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.

3

NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 84602

7.    Governing Law. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF
CALIFORNIA, as those laws are applied to contracts entered into and to be
performed entirely in California by California residents and without regard to
conflicts of laws principles.

8.    General. The parties hereto are independent contractors and no employment,
agency, or joint venture is created hereunder. All notices, requests and other
communications under this Agreement must be in writing, and may be sent via e-
mail or facsimile or delivered by hand to the party to whom such notice is
required or permitted to be given. This Agreement may not be assigned by either
party or amended without the written consent of both parties, which shall not be
unreasonably withheld. Any purported assignment or amendment in derogation of
the foregoing shall be void. If any provision of this Agreement is held by a
court of competent jurisdiction to be unenforceable for any reason, the
remaining provisions hereof shall be unaffected and remain in full force and
effect. This Agreement is the final, complete and exclusive agreement between
the parties relating to the subject matter hereof, and supersedes all prior or
contemporaneous understandings and agreements relating to such subject matter,
whether oral or written. Any termination of this Agreement will not effect any
sublicenses granted by STORAGETEK to their customers, such licenses will remain
in full force and effect.

Each signatory by its execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                          NETBULA:
By: _____         By: _____

Print Name: MIKE Melnick            Print Name: _____

Title: SCD Contract admin           Title: _____

Date: 3/1/00                        Date: _____

4

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe      the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe     portmapper for Win32
* Pmapsvc.exe     portmapper service for Windows NT
* Rpcinfo.exe     program that displays registered RPC services
* Pwrpc32.dll     runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                    the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll     the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC
RPC applications.

* Pwrpc32.dll                    The runtime library for NETBULA ONC RPC
* Portmap.exe                    The portmapper program for Win32
* Pmapsvc.exe                    The portmapper service for Windows NT

6

## EXHIBIT C

### PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $895 per license for all rights granted under this Agreement with respect to the SDK Product, and one-time fee of $5,995 for the right to distribute up to 1000_ units of software containing the Supporting Programs, thirty (30) days after receipt of an invoice referencing a valid purchase order number. NETBULA agrees that future SDK license purchases will be at a mutually agreed to price. NETBULA agrees to offer STORAGETEK additional units of Supporting Program licenses for the limited distribution license, at the cumulative license purchased prices as provided listed below. Pricing is based on cumulative purchases, not single purchase events. Additional licenses purchased are subject to the terms and conditions of this Agreement.

List Price is $5995 per 1000.

| Quantity | Discount | Net Price |
|----------|----------|-----------|
| 1-1000 | 0% | $5995 |
| 1001-2000 | 15% | $5096 |
| 2001-3000 | 25% | $4796 |
| 3001 and above | 25% | $4796 |

7

# Exhibit B

Purchase order showing StorageTek purchased 1000 unit license in March 2000

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

INVOICE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8183
One StorageTek Drive
Louisville, CO 80028
USA

# StorageTek PURCHASE ORDER

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DON YUE
P.O. BOX 99335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2637

RESALE PERMIT #: 10-13932
PAGE :        1 OF 2

PURCHASE ORDER NUMBER:   COOL122576
PURCHASE ORDER DATE:        03/03/2000
DATE/TIME OF PO OUTPUT:     03/03/2000 - 14:02:43

BUYER/PHONE:  Mike Melnick / 303-673-2914

TERMS: STK NET 30 DAYS

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
BLDG. 5, DOCK 21 OR 22 (MRO)
Louisville, CO 80028
USA

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB:  STK Free On Board -Origin

CURRENCY:  USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-3-00

SHIP PRODUCT FEDEX "EXPRESS SAVER" USING STORAGETEK ACCOUNT NUMBER 08020133-8

REFERENCE E-MAIL QUOTE OF 2-8-00 FOR PRICING ONLY

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|----------------------|-----------|-----|----------------|----------------|
| 10 |  | developer licenses for power rpc | 8 | EA | 895.00 | 7,160.00 |

SUPPLIER'S MATERIAL#:

| EC#: | REV: | FAMILY SPEC: | FAMILY REVISION: |
|------|------|--------------|------------------|
| SPECIAL PACK REQUIREMENTS: | | PACK SPEC: | PACK REVISION: |

8 DEVELOPER LICENSES AND DOCUMENTATION FOR POWER RPC, ONC RPC SDK FOR WIN32

### DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/08/2000 | 8 | EA | 0 |

CONTINUED

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

# StorageTek PURCHASE ORDER

RESALE PERMIT #: 10-13932
PAGE :    2 OF 2

PURCHASE ORDER NUMBER:   CCOL122576
PURCHASE ORDER DATE:     03/03/2000
DATE/TIME OF PO OUTPUT:   03/03/2000 - 14:02:43

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|----------------------|-----------|-----|----------------|----------------|
| 20 | | 1000 unit distribution license | 5,995 | ZSU | 1.00 | 5,995.00 |

SUPPLIER'S MATERIAL#:

| EC#: | REV: | FAMILY SPEC: | FAMILY REVISION: |
|------|------|--------------|------------------|
| SPECIAL PACK REQUIREMENTS: | | PACK SPEC: | PACK REVISION: |

RIGHTS TO SHIP 1000 UNITS OF PRODUCT AS SPECIFIED IN THE AGREEMENT

### DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/08/2000 | 5,995 | ZSU | 0 |

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|----------------------|-----------|-----|----------------|----------------|
| 30 | | 10 PACK INCIDENT SUPPORT | 1,000 | ZSU | 1.00 | 1,000.00 |

SUPPLIER'S MATERIAL#:

| EC#: | REV: | FAMILY SPEC: | FAMILY REVISION: |
|------|------|--------------|------------------|
| SPECIAL PACK REQUIREMENTS: | | PACK SPEC: | PACK REVISION: |

10 calls to support at $100 per call, per conditions provided in the agreement

### DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/08/2000 | 1,000 | ZSU | 0 |

P.O.TOTAL:    14,155.00 USD

CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.
PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS
DESIGNATED TO APPLY.
ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER. BY
ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.
* SU - SERVICE UNIT - IS A UNIT OF MEASURE VALUED AT $1.00 USED FOR THIS PURCHASE ORDER.

END OF PURCHASE ORDER

# Exhibit C

Email messages from StorageTek developers in year 2000 and 2001

Received: from vinson-atm6.stortek.com (root@vinson.stortek.com [129.80.120.134]) by
cyclone.stortek.com

(8.9.3/8.9.3) with ESMTP id MAA11949 for <support@netbula.com>; Mon, 13 Mar 2000
12:52:51 -0700 (MST)
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
Received: from lsv-bridge.stortek.com (lsv-bridge.stortek.com [129.80.5.131]) by
vinson-atm6.stortek.com

(8.9.3/8.9.3) with ESMTP id MAA19921 for <support@netbula.com>; Mon, 13 Mar 2000
12:52:51 -0700 (MST)
Received: by lsv-bridge.stortek.com with Internet Mail Service (5.5.2650.21) id
<G3JCKZ7V>; Mon, 13 Mar

2000 12:52:51 -0700
Message-ID: <BEB8A0E46889D31188CB002048406D7018720C@lsv-msg03.stortek.com>
From: "Oliver, Keith A" <OliveKA@LOUISVILLE.STORTEK.COM>
To: <support@netbula.com>
Cc: "Holdman, Jon" <HoldmJ@LOUISVILLE.STORTEK.COM>,
      "Ritzer, Gary W" <RitzeGW@LOUISVILLE.STORTEK.COM>
Subject: ONC RPC
Date: Mon, 13 Mar 2000 12:52:50 -0700
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)
Content-Type: multipart/mixed;
      boundary="----=_NextPart_000_5DB6_01C5644D.0D770350"


This is a multi-part message in MIME format.

------=_NextPart_000_5DB6_01C5644D.0D770350
Content-Transfer-Encoding: 7bit
Content-Type: text/plain;
      charset="iso-8859-1"

To Support,

My name is Keith Oliver and I work for storage Tek and we have recently
purchased ONC RPC
software development toolkit for windows NT/95/98.  The platform we run on
is Windows NT 4.0

It seems that the customized copy you made for us has a defective rpcgen in
it.

Everytime it encounters a line like

string ANY_COMMAND(any param)       = any number

it cores.  It seems that it does not like a return code of string.

It cores on your msg.x file also.  I am including the msg.x file and the
rpcgen executable in this email.

  <<rpcgen.exe>>
  <<MSG.X>>
It only cores when you try to send it to an output file or pipe it thru
another process
These commands make it core

rpcgen -h msg.x -o msg.h
rpcgen -h msg.x > msg.h
rpcgen -h | xxx > msh.h

Page 1

Please contact me as soon as possible with any information.

Also is there a command line switch for rpcinfo that will delete a
registered service from the command line?????
I know you can do it from the GUI but we need to do it from code.

Thanks

KO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Keith Oliver

STORAGE TEK
One Storage Drive
MS-0074
Louisville, CO 80028-0074

Work:   303.661.5250
Fax:    303.661.4903

Mailto:OliveKA@Louisville.stortek.com

"Two things are infinite: the universe and human stupidity; and I'm
        not sure about the universe."   - Albert Einstein
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

------=_NextPart_000_5DB6_01C5644D.0D770350
Content-Type: application/octet-stream;
        name="rpcgen.exe"
Content-Transfer-Encoding: base64
Content-Disposition: attachment;
        filename="rpcgen.exe"

Received: from vinson-atm6.stortek.com (vinson.stortek.com [129.80.120.134]) by
cyclone.stortek.com

(8.9.3/8.9.3) with ESMTP id NAA17517 for <Support@Netbula.com>; Fri, 14 Apr 2000
13:10:43 -0600 (MDT)
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
Received: from lsv-bridge.stortek.com (lsv-bridge.stortek.com [129.80.5.131]) by
vinson-atm6.stortek.com

(8.9.3/8.9.3) with ESMTP id NAA27760 for <Support@Netbula.com>; Fri, 14 Apr 2000
13:10:48 -0600 (MDT)
Received: by lsv-bridge.stortek.com with Internet Mail Service (5.5.2650.21) id
<27GQCCL3>; Fri, 14 Apr

2000 13:10:47 -0600
Message-ID: <BEB8A0E46889D31188CB002048406D7018727F@lsv-msg03.stortek.com>
From: "Oliver, Keith A" <OliveKA@LOUISVILLE.STORTEK.COM>
To: <Support@Netbula.com>
Cc: "Howard, Vaughn B" <HowarVB@LOUISVILLE.STORTEK.COM>
Subject: FW: Netbula RPC
Date: Fri, 14 Apr 2000 13:10:47 -0600
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)


Netbula support,

My name is Keith Oliver and we purchased Netbula RPC for windows NT..

You sent us a CD with the exes on it.

We are having a couple of problems here they are.

1. Trying to shut down the PowerRPC Portmapper service.

> We bring up Services and highlight PowerRPC Portmapper and then try to
> stop it.
>
> It just hangs there and the Services window is locked out and does not
> redraw.
>
> After about 3 - 4 minutes we get a windows error message
>
>       Could not stop the PowerRPC Portmapper on \\host
>       Error 2168 The service is not responding to the control function.
>
> Once you click OK on the dialog the PowerRPC Portmapper service is stopped
> on the
> services dialog but it just takes a long time.
>
         2.   Running rpcinfo.exe (You might have given us a trial version on
the CD)
         We ordered 8 delvelopers licenses and 1000 licenses to be
         distributed.  It seems that the licenses do not apply to rpcinfo.
         In the lab our version ran out and it was not a trial version
         It then asks for some kind of codes.  Is this the way it should
be????

         When we run rpcinfo it creates an rpcinfo.ini file that looks like
this

         [RPCINFO_WIN32.1.1]
         exp=2263969870  1

As you can see it has an expiration date on it.   I think that we should have received on that runs forever.

Thanks

Keith Oliver

```
> ************************************************
> Keith Oliver
>
> STORAGE TEK
> One Storage Drive
> MS-0074
> Louisville, CO 80028-0074
>
> Work: 303.661.5250
> Fax: 303.661.4903
>
> Mailto:OliveKA@Louisville.stortek.com
>
> "Two things are infinite: the universe and human stupidity; and I'm
> not sure about the universe."    - Albert Einstein
> ************************************************
>
```

Received: from sweng.stortek.com (flanker.stortek.com [199.117.186.86]) by
janus.stortek.com

(8.9.3+Sun/8.9.1) with ESMTP id PAA05298 for <support@netbula.com>; Mon, 11 Jun 2001
15:50:41 +1000 (EST)
Sender: <vatcka@sweng.stortek.com>
Message-ID: <3B245D3C.328A8D93@sweng.stortek.com>
Date: Mon, 11 Jun 2001 15:55:08 +1000
From: "Anton Vatcky" <vatcka@sweng.stortek.com>
Reply-To: <Anton_Vatcky@storagetek.com>
Organization: StorageTek
X-Mailer: Mozilla 4.76 [en] (X11; U; SunOS 5.6 sun4u)
X-Accept-Language: en-GB, en
MIME-Version: 1.0
To: <support@netbula.com>
Subject: Re: PowerRPC for Win2k

G'day Support,

We at StorageTek currently use the NT version of PowerRPC in our product
called REELS. We have a license agreement with Netbula for this specific
version.

Would it be possible to obtain a copy of the Win2k version of PowerRPC,
to determine if our software will port OK to Win2k.

The intent is purely to evaluate our product as to its suitability for
Win2K.

A separate licensing agreement would follow up if StorageTek determines
that we will be able to sell our REEL software product for Win2K
platforms.

Regards,

--
Anton Vatcky
International Software Support
+61.(0)2.6263.5446 phone
+61.(0)2.6262.9995 fax
StorageTek
INFORMATION made POWERFUL

# Exhibit D

An email message from Mike Melnick (StorageTek) in September 2002 alleging that

StorageTek stopped distributing PowerRPC

Received: from lsv-bridge.stortek.com (lsv-bridge.stortek.com [129.80.5.131]) by
vinson-ether1.stortek.com

(8.12.3/8.12.0) with ESMTP id g89LztjB016133 for <sales@netbula.com>; Mon, 9 Sep
2002 15:35:55 -0600 (MDT)
Received: by lsv-bridge.stortek.com with Internet Mail Service (5.5.2653.19) id
<PP7R9BRV>; Mon, 9 Sep

2002 15:35:54 -0600
Message-ID: <AEC265055889D311B8CF020248406E080885FDE66@1sv-msg02.stortek.com>
From: "Melnick, Michael R" <MelnimR@LOUISVILLE.STORTEK.COM>
To: <sales@netbula.com>
Subject: RE: Netbula RPC License audit
Date: Mon, 9 Sep 2002 15:35:41 -0600

Jon,
We no longer distribute the runtimes with our products. Our count remains
the same as provided to you in June of 01.

Regards,

Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
MelnimR@Louisville.stortek.com

# Exhibit E

The purchase order showing StorageTek purchased a 1000 copy license in 2004.

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303)673-5151

INVOICE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8183
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
BLDG.7, DOCK 11 (MRO)
LOUISVILLE, CO 80028
USA

# StorageTek PURCHASE ORDER

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DON YUE
P.O. BOX 99335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2837

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB: STK Free On Board -Origin

RESALE PERMIT #: 10-13882
PAGE:          1 OF 2

PURCHASE ORDER NUMBER:  CCOL123554
PURCHASE ORDER DATE:    03/17/2004
DATE/TIME OF PO OUTPUT:  03/17/2004 - 11:31:15

BUYER/PHONE: Mike Melnick / 303-673-2814

TERMS: STK NET 30 DAYS

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-17-04.

REFERENCE THE AGREEMENT FOR PRICING.

PLEASE SHIP PRODUCT FEDEX P1 USING STORAGETEK ACCOUNT 080201133-8.

1 SDK LICENSE AND 1000 RUNTIME LICENSES.

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 10 | | NETBULA SDK LICENSE | | 1 | ZSU | 895.00 | 895.00 |
| | SUPPLIER'S MATERIAL#: | | UM | | | FAMILY REVISION: | |
| | EC#:          REV: | FAMILY SPEC: | | | | PACK REVISION: | |
| | SPECIAL PACK REQUIREMENTS: | PACK SPEC: | | | | | |

## DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | | UM | QTY RECEIVED | | | |
|---|---|---|---|---|---|---|---|
| 03/24/2004 | 1 | | ZSU | 0 | | | |

CONTINUED

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303)673-5151

# StorageTek PURCHASE ORDER

RESALE PERMIT #: 10-13632
PAGE: 2 OF 2

PURCHASE ORDER NUMBER: CC0L123554
PURCHASE ORDER DATE: 03/17/2004
DATE/TIME OF PO OUTPUT: 03/17/2004 - 11:31:15

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|---------------------|-----|-----------|-----|----------------|----------------|
| 20 | | 1000 RUNTIME LICENSES | | 1 | ZSU | 5,096.00 | 5,096.00 |

SUPPLIERS MATERIAL#:
EC#: REV:
SPECIAL PACK REQUIREMENTS:

FAMILY SPEC:
PACK SPEC:

FAMILY REVISION:
PACK REVISION:

## DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/24/2004 | 1 | ZSU | 0 |

P.O.TOTAL: 5,991.00 USD

*CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.*
*PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS*
*DESIGNATED TO APPLY.*
*ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER. BY*
*ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.*

END OF PURCHASE ORDER

# Exhibit F

Purported PowerRPC runtime usage report made by StorageTek in August 2005

showing StorageTek made or distributed 7455 copies for REELs and LibAttach. This

is a printout of a large Microsoft Excel spreadsheet, only the first five pages and the

last page are included.

STK 2005-8-21-REPORT

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000182224 | 100 | 1191NLC | WINNT LIBATTACH | 01/07/00 12:00 AM | q100 | 000000007000012634 | 1 | L100 |
| 3100147005 | 0000116791 | 51 | 1191NLC | WINNT LIBATTACH | 01/07/00 12:00 AM | q100 | 000000007000012635 | 1 | L100 |
| 3100147001 | 0000120030 | 51 | 1191NLC | WINNT LIBATTACH | 01/19/00 12:00 AM | q100 | 000000007000012659 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012670 | 1 | L100 |
| 3100147001 | 0000118613 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012671 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012672 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012673 | 1 | L100 |
| 3100147001 | 0000120858 | 101 | 1191NLC | WINNT LIBATTACH | 02/14/00 12:00 AM | q100 | 000000007000012723 | 1 | L100 |
| 3100147001 | 0000113817 | 651 | 1191NLC | WINNT LIBATTACH | 02/14/00 12:00 AM | q100 | 000000007000012724 | 1 | L100 |
| 3100147001 | 0000120843 | 101 | 1191NLC | WINNT LIBATTACH | 02/16/00 12:00 AM | q100 | 000000007000012733 | 1 | L100 |
| 3100147001 | 0000125353 | 101 | 1191NLC | WINNT LIBATTACH | 03/17/00 12:00 AM | q100 | 000000007000012820 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012827 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012828 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012829 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012830 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012841 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012842 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012843 | 1 | L100 |
| 3100147001 | 0000128104 | 101 | 1191NLC | WINNT LIBATTACH | 04/06/00 12:00 AM | Q200 | 000000007000012923 | 1 | L100 |
| 3100147005 | 0000127958 | 200 | 1191NLC | WINNT LIBATTACH | 04/06/00 12:00 AM | Q200 | 000000007000012924 | 1 | L100 |
| 3100147001 | 0000128958 | 110 | 1191NLC | WINNT LIBATTACH | 04/14/00 12:00 AM | Q200 | 000000007000012937 | 1 | L100 |
| 3100147001 | 0000128956 | 51 | 1191NLC | WINNT LIBATTACH | 04/14/00 12:00 AM | Q200 | 000000007000012938 | 1 | L100 |
| 3100147005 | 0000130853 | 150 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012962 | 1 | L100 |
| 3100147005 | 0000130854 | 200 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012963 | 1 | L100 |
| 3100147005 | 0000130854 | 300 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012964 | 1 | L100 |
| 3100147001 | 0000130946 | 51 | 1191NLC | WINNT LIBATTACH | 05/02/00 12:00 AM | Q200 | 000000007000012968 | 1 | L100 |
| 3100147001 | 0000130848 | 51 | 1191NLC | WINNT LIBATTACH | 05/02/00 12:00 AM | Q200 | 000000007000012969 | 1 | L100 |
| 3100147005 | 0000132719 | 150 | 1191NLC | WINNT LIBATTACH | 05/17/00 12:00 AM | Q200 | 000000007000012998 | 1 | L100 |
| 3100147001 | 0000132796 | 100 | 1191NLC | WINNT LIBATTACH | 05/18/00 12:00 AM | Q200 | 000000007000013001 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 25 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 13 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 16 | N/A |
| 3100147003 | 0000130645 | 201 | 1191NLC | WINNT LIBATTACH | 05/26/00 12:00 AM | Q200 | 000000007000013022 | 1 | L100 |

1

STK 2005-8-21-REPORT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | REEL Software | 05/31/00 12:00 AM Q200 | N/A | 1 | N/A |
| 3100147001 | 0000136820 | 100 | 1191NLC | WINNT LIBATTACH | 06/21/00 12:00 AM Q200 | 000000007000013102 | 1 | L100 |
| 3100147001 | 0000137149 | 151 | 1191NLC | WINNT LIBATTACH | 06/21/00 12:00 AM Q200 | 000000007000013104 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM Q200 | 000000007000013117 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM Q200 | 000000007000013118 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM Q200 | 000000007000013119 | 1 | L100 |
| 3100147005 | 0000139684 | 51 | 1191NLC | WINNT LIBATTACH | 07/07/00 12:00 AM Q300 | 000000007000013176 | 1 | L100 |
| 3100147001 | 0000136388 | 100 | 1191NLC | WINNT LIBATTACH | 07/11/00 12:00 AM Q300 | 000000007000013182 | 1 | L100 |
| 3100147001 | 0000136388 | 100 | 1191NLC | WINNT LIBATTACH | 07/11/00 12:00 AM Q300 | 000000007000013183 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 07/17/00 12:00 AM Q300 | N/A | 4 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/19/00 12:00 AM Q300 | N/A | 3 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/21/00 12:00 AM Q300 | N/A | 1 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/26/00 12:00 AM Q300 | N/A | 1 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/26/00 12:00 AM Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140882 | 1001 | 1191NLC | WINNT LIBATTACH | 07/27/00 12:00 AM Q300 | 000000007000013208 | 1 | L100 |
| 3100147001 | 0000141797 | 51 | 1191NLC | WINNT LIBATTACH | 07/28/00 12:00 AM Q300 | 000000007000013209 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 07/28/00 12:00 AM Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140651 | 351 | 1191NLC | WINNT LIBATTACH | 07/31/00 12:00 AM Q300 | 000000007000013213 | 1 | L100 |
| 3100147001 | 0000153729 | 100 | 1191NLC | WINNT LIBATTACH | 08/01/00 12:00 AM Q300 | 000000007000013216 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 08/02/00 12:00 AM Q300 | N/A | 18 | N/A |
| 3100147001 | 0000143443 | 101 | 1191NLC | WINNT LIBATTACH | 08/11/00 12:00 AM Q300 | 000000007000013241 | 1 | L100 |
| 3100147001 | 0000143587 | 100 | 1191NLC | WINNT LIBATTACH | 08/14/00 12:00 AM Q300 | 000000007000013247 | 1 | L100 |
| 3100147001 | 0000144058 | 100 | 1191NLC | WINNT LIBATTACH | 08/23/00 12:00 AM Q300 | 000000007000013262 | 1 | L100 |
| 3100147003 | 0000144058 | 200 | 1191NLC | WINNT LIBATTACH | 08/23/00 12:00 AM Q300 | 000000007000013263 | 1 | L100 |
| 3100147001 | 0000149259 | 251 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM Q300 | 000000007000013282 | 1 | L100 |
| 3100147001 | 0000146511 | 150 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM Q300 | 000000007000013284 | 1 | L100 |
| 3100147001 | 0000146511 | 150 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM Q300 | 000000007000013285 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 08/25/00 12:00 AM Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140049 | 401 | 1191NLC | WINNT LIBATTACH | 08/29/00 12:00 AM Q300 | 000000007000013289 | 1 | L100 |
| 3100147001 | 0000145636 | 51 | 1191NLC | WINNT LIBATTACH | 08/31/00 12:00 AM Q300 | 000000007000013297 | 1 | L100 |
| 3100147001 | 0000146262 | 51 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM Q300 | 000000007000013311 | 1 | L100 |
| 3100147001 | 0000146262 | 101 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM Q300 | 000000007000013312 | 1 | L100 |
| 3100147001 | 0000146262 | 151 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM Q300 | 000000007000013313 | 1 | L100 |
| 3100147001 | 0000146262 | 201 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM Q300 | 000000007000013314 | 1 | L100 |
| 3100147001 | 0000146938 | 101 | 1191NLC | WINNT LIBATTACH | 09/14/00 12:00 AM Q300 | 000000007000013327 | 1 | L100 |
| 3100147001 | 0000147579 | 560 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM Q300 | 000000007000013346 | 1 | L100 |

STK 2005-8-21-REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3100147001 | 0000147579 | 605 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM Q300 | 000000007000013347 | 1 L100 |
| 3100147001 | 0000147579 | 655 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM Q300 | 000000007000013348 | 1 L100 |
| 3100147001 | 0000148820 | 51 1191NLC | WINNT LIBATTACH | 09/26/00 12:00 AM Q300 | 000000007000013416 | 1 L100 |
| N/A | N/A | N/A N/A | REEL Software | 09/29/00 12:00 AM Q300 | N/A | 1 N/A |
| 3100147001 | 0000150811 | 51 1191NLC | WINNT LIBATTACH | 10/10/00 12:00 AM Q400 | 000000007000013446 | 1 L100 |
| 3100147005 | 0000151913 | 101 1191NLC | WINNT LIBATTACH | 10/20/00 12:00 AM Q400 | 000000007000013461 | 1 L100 |
| 3100147005 | 0000151914 | 1201 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM Q400 | 000000007000013463 | 1 L100 |
| 3100147005 | 0000151914 | 1251 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM Q400 | 000000007000013464 | 1 L100 |
| 3100147005 | 0000151914 | 1301 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM Q400 | 000000007000013465 | 1 L100 |
| 3100147005 | 0000151914 | 1351 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM Q400 | 000000007000013466 | 1 L100 |
| 3100147005 | 0000152227 | 251 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM Q400 | 000000007000013469 | 1 L100 |
| 3100147005 | 0000152501 | 101 1191NLC | WINNT LIBATTACH | 10/26/00 12:00 AM Q400 | 000000007000013475 | 1 L100 |
| 3100147001 | 0000152865 | 101 1191NLC | WINNT LIBATTACH | 10/27/00 12:00 AM Q400 | 000000007000013483 | 1 L100 |
| 3100147001 | 0000152864 | 51 1191NLC | WINNT LIBATTACH | 10/27/00 12:00 AM Q400 | 000000007000013484 | 1 L100 |
| 3100147005 | 0000157181 | 476 1191NLC | WINNT LIBATTACH | 10/30/00 12:00 AM Q400 | 000000007000013486 | 1 L100 |
| 3100147005 | 0000158350 | 476 1191NLC | WINNT LIBATTACH | 10/31/00 12:00 AM Q400 | 000000007000013493 | 1 L100 |
| 3100147001 | 0000153183 | 51 1191NLC | WINNT LIBATTACH | 10/31/00 12:00 AM Q400 | 000000007000013496 | 1 L100 |
| 3100147005 | 0000157214 | 576 1191NLC | WINNT LIBATTACH | 11/02/00 12:00 AM Q400 | 000000007000013499 | 1 L100 |
| 3100147005 | 0000180360 | 51 1191NLC | WINNT LIBATTACH | 11/06/00 12:00 AM Q400 | 000000007000013516 | 1 L100 |
| 3100147001 | 0000152100 | 851 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM Q400 | 000000007000013528 | 1 L100 |
| 3100147005 | 0000154590 | 101 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM Q400 | 000000007000013529 | 1 L100 |
| 3100147005 | 0000154591 | 101 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM Q400 | 000000007000013530 | 1 L100 |
| 3100147001 | 0000154439 | 601 1191NLC | WINNT LIBATTACH | 11/13/00 12:00 AM Q400 | 000000007000013536 | 1 L100 |
| 3100147001 | 0000154439 | 651 1191NLC | WINNT LIBATTACH | 11/13/00 12:00 AM Q400 | 000000007000013537 | 1 L100 |
| 3100147001 | 0000154446 | 251 1191NLC | WINNT LIBATTACH | 11/16/00 12:00 AM Q400 | 000000007000013550 | · 1 L100 |
| 3100147001 | 0000154133 | 451 1191NLC | WINNT LIBATTACH | 11/20/00 12:00 AM Q400 | 000000007000013526 | 1 L100 |
| 3100147005 | 0000155782 | 51 1191NLC | WINNT LIBATTACH | 11/22/00 12:00 AM Q400 | 000000007000013576 | 1 L100 |
| 3100147001 | 0000156456 | 51 1191NLC | WINNT LIBATTACH | 11/28/00 12:00 AM Q400 | 000000007000013584 | 1 L100 |
| 3100147009 | 0000156857 | 51 1191NLC | WINNT LIBATTACH | 11/30/00 12:00 AM Q400 | 000000007000013600 | 1 L100 |
| 3100147009 | 0000156507 | 51 1191NLC | WINNT LIBATTACH | 11/30/00 12:00 AM Q400 | 000000007000013604 | 1 L100 |
| 3100147001 | 0000157369 | 51 1191NLC | WINNT LIBATTACH | 12/01/00 12:00 AM Q400 | 000000007000013611 | 1 L100 |
| 3100147001 | 0000157983 | . 201 1191NLC | WINNT LIBATTACH | 12/06/00 12:00 AM Q400 | 000000007000013620 | 1 L100 |
| 3100147009 | 0000158410 | 100 1191NLC | WINNT/2000 LIBATTA( | 12/07/00 12:00 AM Q400 | 000000007000013637 | 1 L110 |
| 3100147001 | 0000158939 | 51 1191NLC | LIBATTACH | 12/11/00 12:00 AM Q400 | 000000007000001615 | 1 L100 |
| 3100147001 | 0000160307 | 51 1191NLC | WINNT/2000 LIBATTA( | 12/19/00 12:00 AM Q400 | 000000007000013684 | 1 L110 |
| 3100147009 | 0000160141 | 51 1191NLC | WINNT/2000 LIBATTA( | 12/19/00 12:00 AM Q400 | 000000007000013693 | 1 L110 |

3

STK 2005-8-21-REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3100147009 | 0000161085 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013720 | 1 L110 |
| 3100147009 | 0000161085 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013721 | 1 L110 |
| 3100147009 | 0000161085 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013722 | 1 L110 |
| 3100147009 | 0000161085 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013723 | 1 L110 |
| 3100147009 | 0000161085 | 301 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013724 | 1 L110 |
| 3100147009 | 0000162740 | 601 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013733 | 1 L110 |
| 3100147001 | 0000162070 | 51 | 1191NLC | WINNT LIBATTACH | 12/28/00 12:00 AM | Q400 | 00000007000013758 | 1 L100 |
| 3100147009 | 0000162333 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/03/01 12:00 AM | Q101 | 00000007000013767 | 1 L110 |
| 3100147008 | 0000162570 | 601 | 1191NLI | WINNT/2000 INTGRTR | 01/05/01 12:00 AM | Q101 | 00000007000013773 | 1 L110 |
| 3100147009 | 0000163273 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 01/10/01 12:00 AM | Q101 | 00000007000013784 | 1 L110 |
| 3100147008 | 0000166390 | 51 | 1191NLI | WINNT/2000 INTGRTR | 01/12/01 12:00 AM | Q101 | 00000007000013786 | 1 L110 |
| 3100147009 | 0000164810 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/23/01 12:00 AM | Q101 | 00000007000013799 | 1 L110 |
| 3100147005 | 0000165288 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/29/01 12:00 AM | Q101 | 00000007000013814 | 1 L110 |
| 3100147009 | 0000165468 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/30/01 12:00 AM | Q101 | 00000007000013818 | 1 L110 |
| 3100147001 | 0000165815 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/01/01 12:00 AM | Q101 | 00000007000013825 | 1 L110 |
| N/A | N/A | N/A | N/A | REEL Software | 02/01/01 12:00 AM | Q100 | N/A | 1 N/A |
| 3100147009 | 0000166639 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/05/01 12:00 AM | Q101 | 00000007000013833 | 1 L110 |
| 3100147009 | 0000166332 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/06/01 12:00 AM | Q101 | 00000007000013835 | 1 L110 |
| 3100147009 | 0000167605 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007000013898 | 1 L110 |
| 3100147009 | 0000167605 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007000013899 | 1 L110 |
| 3100147009 | 0000167605 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007000013900 | 1 L110 |
| 3100147009 | 0000167605 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007000013901 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007000013914 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007000013915 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007000013916 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007000013917 | 1 L110 |
| 3100147001 | 0000168747 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007000013931 | 1 L110 |
| 3100147001 | 0000168747 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007000013932 | 1 L110 |
| 3100147001 | 0000168748 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007000013933 | 1 L110 |
| 3100147001 | 0000168748 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007000013934 | 1 L110 |
| 3100147009 | 0000169286 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/02/01 12:00 AM | Q101 | 00000007000013937 | 1 L110 |
| 3100147009 | 0000169737 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/02/01 12:00 AM | Q101 | 00000007000013938 | 1 L110 |
| 3100147009 | 0000169967 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/08/01 12:00 AM | Q101 | 00000007000013975 | 1 L110 |
| 3100147009 | 0000170758 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/15/01 12:00 AM | Q101 | 00000007000013995 | 1 L110 |
| 3100147009 | 0000169098 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/20/01 12:00 AM | Q101 | 00000007000014008 | 1 L110 |
| 3100147009 | 0000171873 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 03/21/01 12:00 AM | Q101 | 00000007000014017 | 1 L110 |

4

STK 2005-8-21-REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| 3100147009 | 0000171873 | 251 1191NLC | WINNT/2000 LIBATTA( | 03/21/01 12:00 AM Q101 | 00000007000014018 | 1 L110 |
| 3100147009 | 0000172314 | 101 1191NLC | WINNT/2000 LIBATTA( | 03/27/01 12:00 AM Q101 | 00000007000014039 | 1 L110 |
| 3100147009 | 0000173393 | 251 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM Q101 | 00000007000014058 | 1 L110 |
| 3100147009 | 0000173044 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM Q101 | 00000007000014059 | 1 L110 |
| 3100147009 | 0000173016 | 251 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM Q101 | 00000007000014060 | 1 L110 |
| 3100147009 | 0000173393 | 251 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM Q101 | 00000007000014061 | 1 L110 |
| 3100147009 | 0000171997 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM Q101 | 00000007000014063 | 1 L110 |
| 3100147009 | 0000173575 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM Q101 | 00000007000014066 | 1 L110 |
| 3100147009 | 0000173575 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM Q101 | 00000007000014067 | 1 L110 |
| 3100147009 | 0000173575 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM Q101 | 00000007000014068 | 1 L110 |
| 3100147009 | 0000173153 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM Q101 | 00000007000014069 | 1 L110 |
| 3100147009 | 0000173575 | 51 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM Q101 | 00000007000014070 | 1 L110 |
| 3100147005 | 0000173805 | 101 1191NLC | WINNT LIBATTACH | 04/04/01 12:00 AM Q201 | 00000007000014077 | 1 L100 |
| 3100147009 | 0000173980 | 51 1191NLC | WINNT/2000 LIBATTA( | 04/05/01 12:00 AM Q201 | 00000007000014089 | 1 L110 |
| 3100147009 | 0000173980 | 101 1191NLC | WINNT/2000 LIBATTA( | 04/05/01 12:00 AM Q201 | 00000007000014090 | 1 L110 |
| 3100147009 | 0000174567 | 100 1191NLC | WINNT/2000 LIBATTA( | 04/10/01 12:00 AM Q201 | 00000007000014100 | 1 L110 |
| 3100147001 | 0000174649 | 52 1191NLC | WINNT LIBATTACH | 04/11/01 12:00 AM Q201 | 00000007000014101 | 1 L100 |
| 3100147009 | 0000175105 | 51 1191NLC | WINNT/2000 LIBATTA( | 04/17/01 12:00 AM Q201 | 00000007000014110 | 1 L110 |
| 3100147009 | 0000175456 | 51 1191NLC | WINNT/2000 LIBATTA( | 04/23/01 12:00 AM Q201 | 00000007000014118 | 1 L110 |
| 3100147009 | 0000177218 | 51 1191NLC | WINNT/2000 LIBATTA( | 04/24/01 12:00 AM Q201 | 00000007000014119 | 1 L110 |
| 3100147009 | 0000175972 | 51 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM Q201 | 00000007000014120 | 1 L110 |
| 3100147009 | 0000175972 | 101 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM Q201 | 00000007000014121 | 1 L110 |
| 3100147009 | 0000175972 | 151 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM Q201 | 00000007000014122 | 1 L110 |
| 3100147009 | 0000175972 | 201 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM Q201 | 00000007000014123 | 1 L110 |
| 3100147009 | 0000175972 | 251 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM Q201 | 00000007000014124 | 1 L110 |
| 3100147009 | 0000175972 | 301 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM Q201 | 00000007000014125 | 1 L110 |
| 3100147009 | 0000176392 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/02/01 12:00 AM Q201 | 00000007000014140 | 1 L110 |
| 3100147009 | 0000176392 | 101 1191NLC | WINNT/2000 LIBATTA( | 05/02/01 12:00 AM Q201 | 00000007000014141 | 1 L110 |
| 3100147009 | 0000176896 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/03/01 12:00 AM Q201 | 00000007000014145 | 1 L110 |
| 3100147009 | 0000177204 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/08/01 12:00 AM Q201 | 00000007000014147 | 1 L110 |
| 3100147009 | 0000178384 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/15/01 12:00 AM Q201 | 00000007000014162 | 1 L110 |
| 3100147009 | 0000178401 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/16/01 12:00 AM Q201 | 00000007000014163 | 1 L110 |
| 3100147009 | 0000179101 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/21/01 12:00 AM Q201 | 00000007000014170 | 1 L110 |
| 3100147009 | 0000179101 | 51 1191NLC | WINNT/2000 LIBATTA( | 05/21/01 12:00 AM Q201 | 00000007000014171 | 1 L110 |
| 3100147009 | 0000176671 | 101 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM Q201 | 00000007000014169 | 1 L110 |
| 3100147009 | 0000176671 | 101 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM Q201 | 00000007000014172 | 1 L110 |

STK 2005-8-21-REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3100147012 | 0001155287 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/21/05 12:00 AM | Q205 | 000000007000021422 | 50 L140 |
| 3100147012 | 0001155422 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 06/22/05 12:00 AM | Q205 | 000000007000021429 | 1 L140 |
| 3100147012 | 0001155666 | 52 | 1191NLC | WINNT-2000-2003 LIB/ | 06/22/05 12:00 AM | Q205 | 000000007000021435 | 10 L140 |
| 3100147012 | 0001154782 | 151 | 1191NLC | WINNT-2000-2003 LIB/ | 06/23/05 12:00 AM | Q205 | 000000007000021419 | 1 L140 |
| 3100147012 | 0001156097 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/27/05 12:00 AM | Q205 | 000000007000021447 | 10 L140 |
| 3100147012 | 0001156060 | 251 | 1191NLC | WINNT-2000-2003 LIB/ | 06/27/05 12:00 AM | Q205 | 000000007000021449 | 10 L140 |
| 3100147012 | 0001156278 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 06/28/05 12:00 AM | Q205 | 000000007000021461 | 1 L140 |
| 3100147012 | 0001156278 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/28/05 12:00 AM | Q205 | 000000007000021462 | 1 L140 |
| 3100147012 | 0001156278 | 151 | 1191NLC | WINNT-2000-2003 LIB/ | 06/28/05 12:00 AM | Q205 | 000000007000021463 | 1 L140 |
| 3100147012 | 0001155463 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/30/05 12:00 AM | Q205 | 000000007000021430 | 10 L140 |
| 3100147010 | 0001156618 | 401 | 1191NLC | WINNT/2000 LIBATTA( | 07/01/05 12:00 AM | Q305 | 000000007000021474 | 10 L130 |
| 3100147012 | 0001156713 | 301 | 1191NLC | WINNT-2000-2003 LIB/ | 07/01/05 12:00 AM | Q305 | 000000007000021487 | 10 L140 |
| 3100147012 | 0001157559 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021504 | 1 L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021506 | 1 L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021507 | 10 L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021508 | 1 L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021509 | 1 L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021510 | 1 L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021511 | 10 L140 |
| 3100147012 | 0001157621 | 301 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021513 | 1 L140 |
| 3100147012 | 0001157621 | 301 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021514 | 1 L140 |
| 3100147012 | 0001157821 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/12/05 12:00 AM | Q305 | 000000007000021517 | 1 L140 |
| 3100147012 | 0001158228 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/15/05 12:00 AM | Q305 | 000000007000021524 | 10 L140 |
| 3100147012 | 0001157203 | 201 | 1191NLC | WINNT-2000-2003 LIB/ | 07/21/05 12:00 AM | Q305 | 000000007000021526 | 10 L140 |
| 3100147012 | 0001159056 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/25/05 12:00 AM | Q305 | 000000007000021534 | 50 L140 |
| 3100147010 | 0001157864 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 07/26/05 12:00 AM | Q305 | 000000007000021536 | 1 L130 |
| 3100147012 | 0001159167 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/26/05 12:00 AM | Q305 | 000000007000021538 | 10 L140 |
| 3100147012 | 0001156447 | 426 | 1191NLC | WINNT-2000-2003 LIB/ | 07/27/05 12:00 AM | Q305 | 000000007000021540 | 10 L140 |
| 3100147012 | 0001156447 | 426 | 1191NLC | WINNT-2000-2003 LIB/ | 07/27/05 12:00 AM | Q305 | 000000007000021541 | 10 L140 |
| 3100147012 | 0001159378 | 151 | 1191NLC | WINNT-2000-2003 LIB/ | 07/28/05 12:00 AM | Q305 | 000000007000021547 | 10 L140 |
| 3100147012 | 0001159683 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/29/05 12:00 AM | Q305 | 000000007000021552 | 1 L140 |

Total Clients =    7455

# Exhibit G

The email message that Netbula sent to Maria Woods, Corporate Counsel of

StorageTek on September 06, 2005 questioning the PowerRPC runtime usage report

**Subject:** Netbula RPC License Audit
**From:** ydx@netbula.com
**To:** maria_woods@storagetek.com
**CC:**

Dear Ms. Woods,

 Mr. Melnick has asked us to refer to you all inquiries regarding the Netbula RPC software. The following is a summary of the situation:

1) In March 2000, StorageTek and Netbula signed a license agreement. Netbula licensed the ONC RPC SDK and runtime on Windows 95/98/NT platform to StorageTek. The pricing was set based on prepayment of fees for lots of 1000 licenses.

2) In June 2001, we requested a license usage count, and got a count of 107.

3) In September 2002, we requested another license usage count, and was told the product was being end of lifed and we were told that license usage stayed at 107. We confirmed with StorageTek that Netbula RPC is no longer used by StorageTek, and we stopped requesting license usage reports.

4) In March 2004, StorageTek asked about upgrades to Windows Server 2003, and purchased an additional 1000 client runtime licenses.

5) In October 2004, we requested a license usage report. The answer we got was: "it took 2 years to go through the first 1000 licenses I doubt we have gone through the 1000 we just purchased in March.". We did not get a report.

6) In July 2005, we requested an audit, and we pointed out the inconsistencies in the previous statements.

7) We got a usage report which shows a license usage of 7455

However, there are still several issues with this report:

a) Number of Lib Attach clients From 2000 to November 18, 2004: all orders showed the number of clients being 1.  We were told prior to Nov 18, 204, only one client was sold for one model. Considering the functionality of the Lib Attach software(allow sharing of library on desktop), this is implausible.

b) REEL Software: the report showed 0 orders after Feb 2001, but as we know, the REEL software was end of lifed in December 2001.

c) We get a sense that there is a lack of license control, and it's unclear whether Netbula RPC is used in other products.

d) StorageTek used Netbula RPC on Windows 2K before March 2004 without a license.

Based on the above, we would like to arrange an external audit of StorageTek Netbula RPC license usage. If you agree, we can come up with a list  of documents and data that can help speeding up the audit process.

Regards,


Don Yue


------------------- Email sent using AnyEmail (http://netbula.com/anyemail/)

# Exhibit H

A slide found on the internet from a StorageTek's technical presentation. This slide showed a typical configuration in which multiple computers use LibAttach to talk to StorageTek's ACSLS.



# LIBType=ACSLS, TSM before Version 5.3

StorageTek libraries managed in a TSM environment
Michael_Klatt@storagetek.com

# Exhibit I

Page 9 of a StorageTek PDF document titled "Florida Contract Price List". The document indicates that product 1191NLC-SENT is being offered for **"UNLIMITED CLIENTS"**. The screen was printed on November 22, 2006.

STK Florida Contract Page 9 viewed in browser

| TAPE | 1190VW0-ONLD | PDF/ONLINE MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L130 | LEVEL 1.3.0 |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-S001 | UP TO 1 CLIENT |
| TAPE | 1191NLC-S010 | UP TO 10 CLIENTS |
| TAPE | 1191NLC-S050 | UP TO 50 CLIENTS |
| TAPE | 1191NLC-S100 | UP TO 100 CLIENTS |
| TAPE | 1191NLC-S1K0 | UP TO 1000 CLIENTS |
| TAPE | 1191NLC-S250 | UP TO 250 CLIENTS |
| TAPE | 1191NLC-S500 | UP TO 500 CLIENTS |
| TAPE | 1191NLC-S750 | UP TO 750 CLIENTS |
| TAPE | 1191NLC-SENT | UNLIMITED CLIENTS |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |

Done                                    Internet

# Exhibit J

A screen dump of page 11 of a StorageTek PDF document titled "StorageTek Price List for New York State Systems and Peripherals Hardware and Software (Storage) Contract".

http://www.storagetek.com/newyork/NewYorkStatePriceListSubmission031106.pdf - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Address   http://www.storagetek.com/newyork/NewYorkStatePriceListSubmission031106.pdf

| 1191NLC-S001 | UP TO 1 CLIENT | $850.00 |
|---|---|---|
| 1191NLC-S010 | UP TO 10 CLIENTS | $1,000.00 |
| 1191NLC-S050 | UP TO 50 CLIENTS | $1,200.00 |
| 1191NLC-S100 | UP TO 100 CLIENTS | $1,500.00 |
| 1191NLC-S1K0 | UP TO 1000 CLIENTS | $12,000.00 |
| 1191NLC-S250 | UP TO 250 CLIENTS | $2,750.00 |
| 1191NLC-S500 | UP TO 500 CLIENTS | $5,000.00 |
| 1191NLC-S750 | UP TO 750 CLIENTS | $8,000.00 |
| 1191NLC-SENT | UNLIMITED CLIENTS | $25,000.00 |
| 1191NLI-0000 | WINNT INTGRTRS LIBATTACH | $5,500.00 |
| 1191RDW-0000 | REDWOOD NT DEVICE DRIVER | $1,000.00 |
| 1191TBL-0000 | TIMBERLINE NT DEVICE DRIVER | $500.00 |
| 1191TPK-0000 | TWINPEAK NT DEVICE DRIVER | $250.00 |
| | LIBRARY MANAGER | $11,000.00 |
| | | $1,100.00 |
| | | $2,750.00 |
| | | $4,125.00 |

**Date and Time Properties**

Date & Time | Time Zone | Internet Time

Date

November   2006

|    |    |    | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 |    |    |

Time

9:48:18 AM

Current time zone: Pacific Standard Time

OK      Cancel      Apply

11 of 88

# StorageTek Price List for

# New York State Systems and Peripherals Hardware and

11 of 88      8.5 x 11 in

Done                                         Internet

# Exhibit K

A print out of StorageTek's home page, last accessed on November 26, 2006



Sun Microsystems Welcomes StorageTek Customers and Partners. More »



## StorageTek.com content migrated to Sun.com

**▶ Quick Links to Sun.com areas:**

» Storage Products

» Sun Storage Services

» Service Plans for Storage

**▶ Looking for legacy StorageTek inforr**

» Drivers

» Warranties

» Customer Resource Center Support Site

» StorageTe

» Become a

» For Pre-Si contact th (SSD) email: Sa phone: 1-

**Trademarks | Privacy | Contact us**