1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:     (510) 351-5345
4  Facsimile:     (510) 351-5348
   E-Mail:         BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC

7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11  NETBULA, LLC., a Delaware limited liability        Case No.   C06-07391 BZ
    company,
12                                                      PROOF OF SERVICE
                            Plaintiff,
13
14          v.

15  STORAGE TECHNOLOGY
    CORPORATION, a Delaware corporation;
16  SUN MICROSYSTEMS Inc., a Delaware
    corporation; and DOES 1-100, inclusive,
17
18                          Defendants

19
20
21
22
23
24
25
26
27
28

                                    -1-

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. My business address is 2777 Alvarado Street, Suite E, San Leandro, CA 94577.

On December 4, 2006, I served a copy of the foregoing documents described as:

Notice of Assignment of Case to a United States Magistrate Judge for Trial

Consent to Proceed Before a United States Magistrate Judge

Declination to Proceed Before a Magistrate Judge

On all interested parties in said cause, by delivering a true copy as follows:

____    **(By Mail)**    I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and deposited said envelope in the United States mail in the City and county of San Leandro, California.

____    **(By Hand)**    I sent a true copy thereof to a process serving company and caused such envelope to be delivered to the offices of the addressee.

_X_    **(By Facsimile)**    I sent a true copy thereof via telephone facsimile transmission to the following number: (303) 272-8054.

The items were mailed to the following address:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 4, 2006, at San Leandro, California.

_Vonnah M. Brillet_
Vonnah M. Brillet