E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETBULA, LLC,

    Plaintiff(s),

v.

STORAGE TECHNOLOGY CORPORATION, a Delaware Corporation; SUN MICROSYSTEMS, INC, a Delaware Corporation; and DOES 1-100, inclusive,

    Defendant(s).

No. C C06-07391

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

ADR BZ

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 12/4/06

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")