1

2

3 LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
4 JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
5 ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
6 FENWICK & WEST LLP
Embarcadero Center West, Suite 1600
7 275 Battery Street
San Francisco, CA 94111
8 Telephone: (415) 875-2300
Facsimile: (415) 281-1350
9

10 Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION and
11 SUN MICROSYSTEMS, INC.

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14

15 NETBULA, LLC, a Delaware limited
liability company,

16           Plaintiff,

17     v.

18 STORAGE TECHNOLOGY

19 CORPORATION, a Delaware corporation;
SUN MICROSYSTEMS, INC., a Delaware
20 corporation; and DOES 1-100, inclusive,

21           Defendants.

Case No. C06-07391 BZ

**DECLARATION OF JULIE DeCECCO IN
SUPPORT OF DEFENDANTS' OPPOSITION TO
APPLICATION FOR TEMPORARY RESTRAINING
ORDER AND IMPOUNDMENT**

Date:     December 5, 2006
Time:     3:00 p.m.
Dept:     Courtroom G, 15th Floor
Judge:   Hon. Bernard Zimmerman

22

23

24

25

26

27

28

DECLARATION OF JULIE DECECCO ISO
DEFS.' OPPOSITION TO PL.'S TRO

-i-

CASE NO. C06-07391 BZ

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Julie DeCecco, hereby declare as follows:

1.     I am an attorney at law, admitted to practice in the Courts of the State of Colorado and the United States District Court, District of Colorado. I am also Assistant General Counsel of Defendant Sun Microsystems, Inc.

2.     I make the following statements based upon my personal knowledge unless otherwise indicated and, if called as a witness, I could and would testify competently to the facts set forth herein.

3.     I have read Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction and Impoundment (the "Application for TRO") and the "Certificate of Counsel Regarding Notice" attached thereto. Contrary to Plaintiff's assertions in the "Certificate of Counsel Regarding Notice" signed by Vonnah M. Brillet, counsel for Plaintiff, Defendants did not receive even the minimal advance notice of the Application for TRO as claimed by Plaintiff.

4.     Plaintiff's "certificate" regarding notice alleges that Plaintiff faxed a copy of Plaintiff's Complaint and Application for TRO to me "[o]n the afternoon of December 1, 2006." In fact, Sun's records show that Plaintiff did not even fax the Application for TRO until after the close of business on Friday, December 1, 2006. This is illustrated by the time stamp on the top left corner of Exhibit A attached hereto, which is a true and correct copy of the facsimile cover sheet for Plaintiff's Application for TRO sent from Vonnah M. Brillet. The time stamp on the top left corner of Exhibit A indicates that the Application for TRO was not transmitted to Sun's fax machine until 6:21 p.m. (i.e., 18:21). See Ex. A p. 1. Similarly, the time stamp on the top left corner the facsimile cover sheet to Plaintiff's Complaint shows that it was not transmitted to Sun until 6:23 p.m. (18:23). A true and correct copy of the facsimile cover sheet for Plaintiff's Complaint sent from Vonnah M. Brillet is attached hereto as Exhibit B. See Ex. B, p. 1.

5.     I did not receive the faxed copy (or any other copy) of Plaintiff's Application for TRO (Ex. A) or Plaintiff's Complaint (Ex. B) until approximately 11:00 am Mountain Standard Time on the morning of Monday, December 4, at which time the facsimiles of Plaintiff's materials were delivered to my office.

6.     Additionally, as of the morning of December 5, 2006, Plaintiff still has not faxed

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JULIE DECECCO ISO
DEFS.' OPPOSITION TO PL.'S TRO

-1-

CASE NO. C06-07391 BZ

1   or otherwise served us with a complete, executed copy of the Yue Declaration. The facsimile of

2   the Yue Declaration which I received at approximately 11:00 a.m., Monday, December 6, a true

3   and correct copy of which is attached hereto as Exhibit C, includes only the first page of

4   declaration and jumps from ¶ 4 to "Exhibit A." *See* Ex. C, p. 2-3. The copy of the declaration is

5   clearly missing many pages, including the signature page. Furthermore, the facsimile

6   transmission of the Yue Declaration was not completed until 7:02 p.m. on Friday, December 1 –

7   well after the close of business – as indicated by thee timestamp of "19:02" on the first page of

8   "Exhibit J" attached to the Yue declaration. *See* Ex. C, p. 26.

9        7.   Ms. Brillet's "Certificate of Counsel Regarding Notice" contains other factual

10  errors. Most notably, Ms. Brillet did not "deliver a voice message about the Complaint and the

11  Application for TRO" until 5:29 p.m. Mountain Standard Time, which was after the close of

12  business and after I had departed for the weekend. Plaintiff has also mistaken my place of

13  employment. I work at Sun's facilities in Louisville, Colorado, not at the "StorageTek campus,"

14  which is located several miles away and in a separate location than the Sun facilities.

15       I declare under penalty of perjury, under the laws of the United States of America that the

16  foregoing is true and correct.

17       Executed this 5th day of December, 2006 at Louisville, Colorado.

18

19       By: _____

20           Julie DeCecco
             Assistant General Counsel
21           Sun Microsystems, Inc.,

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JULIE DECECCO ISO          -2-                    CASE NO. C06-07391 BZ
DEFS.' OPPOSITION TO PL.'S TRO

# EXHIBIT A

DEC-04-2006 MON 04:12 PM SUN MICROSYSTEMS          FAX NO. 3032728054          P. 09

DEC 01,2006 18:21  VONNAH BRILLET          5103515348                    Page 1

## THE LAW OFFICE OF VONNAH M. BRILLET
2777 ALVARADO STREET, SUITE E
SAN LEANDRO, CA 94577
510-351-5345; FAX 510-351-5348

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Julie A. DeCecco | Vonnah Brillet |
| **COMPANY:** | **DATE:** |
| Sun Microsystems, Inc. | 12/1/2006 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 303-272-8054 | 11 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 303-272-9498 | |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Netbula, LLC v. Storage Technology Corporation, et al. | |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Ms. DeCecco:

Per my message on your voicemail, following is the Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction and Impoundment for the above-referenced case. Please contact my office with any questions or comments.

Sincerely,

*Vonnah M. Brillet*

Vonnah M. Brillet

# EXHIBIT B

### THE LAW OFFICE OF VONNAH M. BRILLET
### 2777 ALVARADO STREET, SUITE E
### SAN LEANDRO, CA 94577
### 510-351-5345; FAX 510-351-5348

---

#### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** Julie A. DeCecco | **FROM:** Vonnah Brillet |
| **COMPANY:** Sun Microsystems, Inc. | **DATE:** 12/1/2006 |
| **FAX NUMBER:** 303-272-8054 | **TOTAL NO. OF PAGES INCLUDING COVER:** 43 |
| **PHONE NUMBER:** 303-272-9498 | **SENDER'S REFERENCE NUMBER:** |
| **RE:** Nerbula, LLC v. Storage Technology Corporation, et al. | **YOUR REFERENCE NUMBER:** |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Ms. DeCecco:

Per my message on your voicemail, following is the Complaint for the above-referenced case. Please contact my office with any questions or comments.

Sincerely,

Vonnah M. Brillet

# EXHIBIT C

DEC-04-2006 MON 04:20 PM SUN MICROSYSTEMS    FAX NO. 3032728054    P. 22/30
DEC 01,2006 18:58  VONNAH BRILLET          5103515348               Page 1

## THE LAW OFFICE OF VONNAH M. BRILLET
### 2777 ALVARADO STREET, SUITE B
### SAN LEANDRO, CA 94577
### 510 351-5345; FAX 510-351-5348

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Julie A. DeCecco | Vonnah Brillet |
| **COMPANY:** | **DATE:** |
| Sun Microsystems, Inc. | 12/1/2006 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 303-272-8054 | 44 |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| 303-272 9498 | |
| **RE:** | **YOUR REFERENCE NUMBER:** |
| Nebula, LLC v. Storage Technology Corporation, et al. | |

☐ URGENT  ☑ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

Dear Ms. DeCecco:

Per my message on your voicemail, following is Don Yue's Declaration and Certificate of Service for the above-referenced case. Please contact my office with any questions or comments.

Sincerely,

*Vonnah M. Brillet*

Vonnah M. Brillet

1  VONNAH M. BRILLET (SBN 226545)
   LAW OFFICES OF VONNAH M. BRILLET
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:   (510) 351-5345
   Facsimile:   (510) 351-5348
4  E-Mail:      BrilletLaw@yahoo.com

5
   Attorneys for Plaintiff
6  NETBULA, LLC

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10 NETBULA, LLC., a Delaware limited liability      Case No.
11 company,
                   Plaintiff,
12        v.                                         DON YUE'S DECLARATION IN
                                                     SUPPORT OF PLAINTIFF'S
13 STORAGE TECHNOLOGY                                APPLICATION FOR TEMPORARY
   CORPORATION, a Delaware corporation;              RESTRAINING ORDER AND MOTION
14 SUN MICROSYSTEMS Inc., a Delaware                 FOR PRELIMINARY INJUNCTION AND
   corporation; and DOES 1-100, inclusive,          IMPOUNDMENT
15
16                Defendants

17

18     I, DON YUE, declare:

19 1.     I am the Chief Sales and Marketing Officer for plaintiff NETBULA, LLC ("Netbula").

20 2.     I have personal knowledge of the facts I am about to state and, if called on to do so, I could

21 competently testify to those facts.

22 3.     I, representing Netbula, handled the communication between Netbula and defendants

23 Storage Technology Corporation ("StorageTek") and Sun Microsystems, Inc ("SUN") on the

24 PowerRPC matter.

25 4.     Attached Exhibit A is a true copy of the license agreement between Netbula and

26 StorageTek signed on March 1, 2000 for an earlier version of PowerRPC for Windows NT/98/95.

27 On page 1, there is a section about "Copyright", in which StorageTek agreed to treat Netbula

28

Case No.                               -1-
                                          DON YUE'S DECLARATION IN SUPPORT OF APPLICATION FOR
                                                  TEMPORARY RESTRAINING ORDER

# Exhibit A

The year 2000 license agreement between Netbula and StorageTek

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe      the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe     portmapper for Win32
* Rmapsvc.exe     portmapper service for Windows NT
* Rpcinfo.exe     program that displays registered RPC services
* Rmxpc32.dll     runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll the runtime library for PowerRPC
* Portmap.exe and rmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

5

DEC-04-2006 MON 04:20 PM SUN MICROSYSTEMS    FAX NO. 3032728054    P. 26/30
DEC 01,2006 18:59 VONNAH BRILLET    5103515348    Page 5

# StorageTek PURCHASE ORDER

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DONYUE
P.O. BOX 3635
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2887

RESALE PERMIT # 10-13262
PAGE                1 OF 2

PURCHASE ORDER NUMBER    COD.125/576
PURCHASE ORDER DATE:     03/23/2000
DATE/TIME OF PO OUTPUT:  03/23/2000 - 14:02:43

BUYER/PHONE: Mike Mohan : 303-673-2914

TERMS: STK NET 30 DAYS

PAYEE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8163
One StorageTek Drive
Louisville, CO 80028
USA

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
BLDG. 5, DOCK 21 DR122 (MPRO)
Louisville, CO 80028
USA

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB: STK Free O-b Based -Origin

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER IS SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-3-00

SHK PRODUCT FEDEX "EXPRESS SAVER" USING STORAGETEK ACCOUNT NUMBER 030201354

REFERENCE E-MAIL QUOTE OF 2-8-00 FOR PRICING ONLY

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | | developer licenses for power rpc | 8 | EA | 895.00 | 7,160.00 |

SUPPLIERS MATERIAL:
EDI:                    REV
                        FAMILY SPEC:
                        PACK SPEC:
SPECIAL PACK REQUIREMENTS                FAMILY REVISION
8 DEVELOPER LICENSES AND DOCUMENTATION FOR POWER RPC DXO RPC SDK FOR WIN32    PACK REVISION

## DELIVERY SCHEDULE

| DELIVERY DATE | ORDER QTY | UM | ORDER QTY | QTY RECEIVED |
|---|---|---|---|---|
| 03/28/2000 | 8 | EA | 8 | |

CONTINUED

DEC-04-2006 MON 04:20 PM SUN MICROSYSTEMS          FAX NO. 3032728054          P. 27/30
DEC 01,2006 18:59  VONNAH BRILLET                  5103515348                  Page 6

# StorageTek PURCHASE ORDER

STORAGE TECHNOLOGY CORPORATION
One Storagetek Drive
Louisville, CO 80028
USA
(303)673-5131

RESALE PERMIT #: 10-13632
PAGE: 2 OF 2

PURCHASE ORDER NUMBER: CODL1225P8
PURCHASE ORDER DATE: 03/03/2000
DATE/TIME OF PO OUTPUT: 03/03/2000 14:02:43

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | | 1000 unit distribution license | ZSU | 5,995 | 1.00 | 5,995.00 |

SUPPLIERS MATERIAL:
EDR:                                    FAMILY SPEC:
SPECIAL PACK REQUIREMENTS:              PACK SPEC:
FROM STB TO SHIP '800 UNITS OF PRODUCT AS SPECIFIED IN THE AGREEMENT

DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM |
|---|---|---|
| 03/06/2000 | 5,995 | ZSU |

CITY RESERVED: 0

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 30 | | 10 PACK INCIDENT SUPPORT | ZSU | 1,000 | .00 | 1,000.00 |

SUPPLIERS MATERIAL:
EDR:                                    FAMILY SPEC:
SPECIAL PACK REQUIREMENTS                PACK SPEC:
10 calls 2x support at $100 per call, per conditions provided in the agreement

DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM |
|---|---|---|
| 03/06/2000 | 1,000 | ZSU |

CITY RESERVED: 0

P.O.TOTAL:    14,155.00 USD

CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.
PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS, AND CORRESPONDENCE. PACKAGING SPECS AS
DESIGNATED TO APPLY.
ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER, BY
ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.
* SU - SERVICE UNIT - IS A UNIT OF MEASURE VALUED AT $1.00 USED FOR THIS PURCHASE ORDER.

END OF PURCHASE ORDER

# Exhibit C

Email messages from StorageTek developers in year 2000 and 2001

Received: from vinson-atm6.stortek.com (root@vinson.stortek.com [129.80.120.134]) by
cyclone.stortek.com

(8.9.3/8.9.3) with ESMTP id MAA11949 for <support@netbula.com>; Mon, 13 Mar 2000
12:52:51 -0700 (MST)
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
Received: from lsv-bridge.stortek.com (lsv-bridge.stortek.com [129.80.5.131]) by
vinson-atm6.stortek.com

(8.9.3/8.9.3) with ESMTP id MAA19921 for <support@netbula.com>; Mon, 13 Mar 2000
12:52:51 -0700 (MST)
Received: by lsv-bridge.stortek.com with Internet Mail Service (5.5.2650.21) id
<C33CKX7V>; Mon, 13 Mar

2000 12:52:51 -0700
Message-ID: <BE88ADE46889D31188CB002048406D7018720C@lsv-msg03.stortek.com>
From: "Oliver, Keith A" <OliveKA@LOUISVILLE.STORTEK.COM>
To: <support@netbula.com>
CC: "Holdman, Jon" <Holdma@LOUISVILLE.STORTEK.COM>,
        "Ritzer, Gary W" <RitzerGW@LOUISVILLE.STORTEK.COM>
Subject: ONC RPC
Date: Mon, 13 Mar 2000 12:52:50 -0700
MIME-Version: 1.0
X-Mailer: Internet Mail Service (5.5.2650.21)
Content-Type: multipart/mixed;
        boundary="-----_NextPart_000_5DB6_01C5644D.0D770350"


This is a multi-part message in MIME format.

------_NextPart_000_5DB6_01C5644D.0D770350
Content-Transfer-Encoding: 7bit
Content Type: text/plain;
        charset="iso-8859-1"

To Support,

My name is Keith Oliver and I work for Storage Tek and we have recently
purchased ONC RPC
software development toolkit for windows NT/95/98.  The platform we run on
is Windows NT 4.0

It seems that the customized copy you made for us has a defective rpcgen in
it.

Everytime it encounters a line like

string ANY_COMMAND(any param)        = any number

it cores.  It seems that it does not like a return code of string.

It cores on your msg.x file also.  I am including the msg.x file and the
rpcgen executable in this email.

 <<rpcgen.exe>>
 <<MSG.X>>
It only cores when you try to send it to an output file or pipe it thru
another process
These commands make it core

rpcgen  h msg.x  o msg.h
rpcgen -h msg.x > msg.h
rpcgen -h | xxx > msh.h

                              Page 1

Please contact me as soon as possible with any information.

Also is there a command line switch for rpcinfo that will delete a
registered service from the command line?????
I know you can do it from the GUI but we need to do it from code.

Thanks

KO

**************************************************
Keith Oliver

STORAGE TEK
One Storage Drive
MS-0074
Louisville, CO 80028-0074

Work:   303.661.5250
Fax:    303.661.4905

Mailto:OliveKA@Louisville.stortek.com

"Two things are infinite: the universe and human stupidity; and I'm
    not sure about the universe."   - Albert Einstein
**************************************************

------_NextPart_000_5DB6_01C5644D.0D770350
Content-Type: application/octet-stream;
        name="rpcgen.exe"
Content-Transfer-Encoding: base64
Content-Disposition: attachment;
        filename="rpcgen.exe"

As you can see it has an expiration date on it.   I think that we
should have received on that runs forever.

Thanks

Keith Oliver

> ********************************************************
> Keith Oliver
>
> STORAGE TEK
> One Storage Drive
> MS-0074
> Louisville, CO 80028-0074
>
> Work: 303.661.5250
> Fax: 303.661.4903
>
> Mailto:OliveKA@Louisville.stortek.com
>
> "Two things are infinite: the universe and human stupidity; and I'm
> not sure about the universe."     Albert Einstein
> ********************************************************
>

Page 2

Received: from sweng.stortek.com (flanker.stortek.com [199.117.186.86]) by
janus.stortek.com

(8.9.3+Sun/8.9.1) with ESMTP id PAA05298 for <support@netbula.com>; Mon, 11 Jun 2001
15:50:41 +1000 (EST)
Sender: <vatcka@sweng.stortek.com>
Message-ID: <3B245D3C.328A8D93@sweng.stortek.com>
Date: Mon, 11 Jun 2001 15:55:08 +1000
From: "Anton Vatcky" <vatcka@sweng.stortek.com>
Reply-To: <Anton_Vatcky@storagetek.com>
Organization: StorageTek
X-Mailer: Mozilla 4.76 [en] (X11; U; SunOS 5.6 sun4u)
X-Accept-Language: en-GB, en
MIME-Version: 1.0
To: <support@netbula.com>
Subject: Re: PowerRPC for Win2K


G'day Support,

We at StorageTek currently use the N1 version of PowerRPC in our product
called REELS. We have a license agreement with Netbula for this specific
version.

Would it be possible to obtain a copy of the Win2K version of PowerRPC,
to determine if our software will port OK to Win2K.

The intent is purely to evaluate our product as to its suitability for
Win2K.

A separate licensing agreement would follow up if StorageTek determines
that we will be able to sell our REEL software product for Win2K
platforms.

Regards,

--
Anton Vatcky
International Software Support
+61.(0)2.6263.5446 phone
+61.(0)2.6262.9995 fax
StorageTek
INFORMATION made POWERFUL


Page 1

# Exhibit D

An email message from Mike Melnick (StorageTek) in September 2002 alleging that

StorageTek stopped distributing PowerRPC

DEC 01,2006 19:00  VONNAH BRILLET            5103515348                    Page 13

Received: from lsv-bridge.stortek.com (lsv-bridge.stortek.com [129.80.5.131]) by
vinson-ether1.stortek.com

(8.12.3/8.12.0) with ESMTP id g89LZtjB016133 for <sales@netbula.com>; Mon, 9 Sep
2002 15:35:55 -0600 (MDT)
Received: by lsv-bridge.stortek.com with Internet Mail Service (5.5.2653.19) id
<PP7R9BRV>; Mon, 9 Sep

2002 15:35:54 -0600
Message-ID: <AEC265D55889D3118BCFD02048406E080885FDE601sv-msg02.stortek.com>
From: "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
To: <sales@netbula.com>
Subject: RE: Netbula RPC License audit
Date: Mon, 9 Sep 2002 15:35:41 -0600


Jon,
We no longer distribute the runtimes with our products. Our count remains
the same as provided to you in June of 01.
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
MelniMR@Louisville.Stortek.Com


                            Page 1

DEC-04-2006 MON 04:22 PM SUN MICROSYSTEMS          FAX NO. 3032728054          P. 06/38

DEC 01,2006 19:00  VONNAH BRILLET          5103515348                    Page 14

3038734946      storage tech                                11.04 06 a m    03-17 2004      10/11

# StorageTek PURCHASE ORDER

RESALE PERMIT #: 10-19082
PAGE :        1 OF 2

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80016
USA
(303)673-6151

**INVOICE TO:**
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 9163
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: BICAI YUE
P.O. BOX 69335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2957

PURCHASE ORDER NUMBER    C001125554
PURCHASE ORDER DATE:     09/17/2004
DATE/TIME OF PO OUTPUT:  09/17/2004 - 11:31:19

BUYER/PHONE: Mike Melnick / 303-673-2814

TERMS: STK NET 30 DAYS

**SHIP TO:**
STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
BLDG7, DOCK 11 (MFG)
LOUISVILLE, CO 80028
USA

**SHIPPING INSTRUCTIONS:**
SHIP VIA:
FOB: STK Free Destination - Origin

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-17-04.

REFERENCE THE AGREEMENT FOR PRICING.

PLEASE SHIP PRODUCT FEDEX P1 USING STORAGETEK ACCOUNT 604002135-4.

1 SDK LICENSE AND 9400 RUNTIME LICENSES.

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 10 | | NETBULA SDK LICENSE | | 1 | ZSU | $60.00 | $60.00 |
| | SUPPLIER'S MATERIAL: | | | | | | |
| | ID#: | REV: | | | FAMILY SPEC: | | |
| | SPECIAL PACK REQUIREMENTS: | | | | PACK SPEC: | PACK REVISION: | |

**DELIVERY SCHEDULE:**

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---|---|---|---|
| 09/24/2004 | 1 | ZSU | 0 |

CONFIRMED

# StorageTek PURCHASE ORDER

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303)673-5151

RESALE PERMIT #: 10-13022
PAGE:  2 OF 2

PURCHASE ORDER NUMBER: CO0L5836K4
PURCHASE ORDER DATE:   03/17/2004
DATE/TIME OF PO OUTPUT: 03/17/2004 - 11:36:15

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|------|------|------|------|------|------|------|
| 20 |  | 1000 RUNTIME LICENSES | LM | 2299 | ZBU | 1 | 5,999.00 | 5,999.00 |

SUPPLIER'S MATERIAL#:
ECR:                        FAMILY SPEC:              FAMILY REVISION:
SPECIAL PACK REQUIREMENTS:  REV:   PACK SPEC:         PACK REVISION:

P.O. TOTAL:   5,999.00 USD

**DELIVERY SCHEDULE:**

| DELIVERY DATE | ORDER QTY | QTY RECEIVED |
|------|------|------|
| 06/08/2004 | 1 | 0 |

CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED OR REQUEST.
PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS DESIGNATED TO APPLY.
ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWINGS AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER, BY ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.

END OF PURCHASE ORDER

DEC-04-2006 MON 04:22 PM SUN MICROSYSTEMS       FAX NO. 3032728054        P. 08/38

DEC 01,2006 19:00   VONNAH BRILLET            5103515348                    Page 16

# Exhibit F

Purported PowerRPC runtime usage report made by StorageTek in August 2005

showing StorageTek made or distributed 7455 copies for REELs and LibAttach. This

is a printout of a large Microsoft Excel spreadsheet, only the first five pages and the

last page are included.

STK 2005-8-21-REPORT

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Act Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000162224 | 160 | 1191NLC | WINNT LBATTACH | 01/07/00 12:00 AM | q100 | 00000000700000126534 | 1 | L100 |
| 3100147005 | 0000116791 | 51 | 1191NLC | WINNT LBATTACH | 01/07/00 12:00 AM | q100 | 00000000700000126535 | 1 | L100 |
| 3100147001 | 0000120030 | 51 | 1191NLC | WINNT LBATTACH | 01/19/00 12:00 AM | q100 | 00000000700000126569 | 1 | L100 |
| 3100147001 | 0000118513 | 51 | 1191NLC | WINNT LBATTACH | 01/24/00 12:00 AM | q100 | 00000000700000126570 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LBATTACH | 01/24/00 12:00 AM | q100 | 00000000700000126571 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LBATTACH | 01/24/00 12:00 AM | q100 | 00000000700000126572 | 1 | L100 |
| 3100147001 | 0000120658 | 101 | 1191NLC | WINNT LBATTACH | 02/14/00 12:00 AM | q100 | 00000000700000126573 | 1 | L100 |
| 3100147001 | 0000113617 | 651 | 1191NLC | WINNT LBATTACH | 02/14/00 12:00 AM | q100 | 00000000700000012723 | 1 | L100 |
| 3100147001 | 0000129243 | 101 | 1191NLC | WINNT LBATTACH | 02/14/00 12:00 AM | q100 | 00000000700000012724 | 1 | L100 |
| 3100147001 | 0000125353 | 101 | 1191NLC | WINNT LBATTACH | 02/16/00 12:00 AM | q100 | 00000000700000126520 | 1 | L100 |
| 3100147001 | 0000125451 | 900 | 1191NLC | WINNT LBATTACH | 02/21/00 12:00 AM | q100 | 00000000700000012733 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LBATTACH | 02/21/00 12:00 AM | q100 | 00000000700000126527 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LBATTACH | 03/21/00 12:00 AM | q100 | 00000000700000126528 | 1 | L100 |
| 3100147001 | 0000123454 | 100 | 1191NLC | WINNT LBATTACH | 03/21/00 12:00 AM | q100 | 00000000700000126529 | 1 | L100 |
| 3100147001 | 0000123464 | 151 | 1191NLC | WINNT LBATTACH | 03/21/00 12:00 AM | q100 | 00000000700000126530 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LBATTACH | 03/22/00 12:00 AM | q100 | 00000000700000126541 | 1 | L100 |
| 3100147001 | 0000126104 | 161 | 1191NLC | WINNT LBATTACH | 03/22/00 12:00 AM | q100 | 00000000700000126542 | 1 | L100 |
| 3100147001 | 0000128104 | 161 | 1191NLC | WINNT LBATTACH | 03/22/00 12:00 AM | q100 | 00000000700000126543 | 1 | L100 |
| 3100147005 | 0000127658 | 200 | 1191NLC | WINNT LBATTACH | 04/06/00 12:00 AM | q200 | 00000000700000126223 | 1 | L100 |
| 3100147001 | 0000128658 | 110 | 1191NLC | WINNT LBATTACH | 04/06/00 12:00 AM | q200 | 00000000700000012936 | 1 | L100 |
| 3100147001 | 0000128656 | 61 | 1191NLC | WINNT LBATTACH | 04/14/00 12:00 AM | q200 | 00000000700000012937 | 1 | L100 |
| 3100147005 | 0000130653 | 150 | 1191NLC | WINNT LBATTACH | 05/01/00 12:00 AM | q200 | 00000000700000012938 | 1 | L100 |
| 3100147005 | 0000130654 | 200 | 1191NLC | WINNT LBATTACH | 05/01/00 12:00 AM | q200 | 00000000700000012962 | 1 | L100 |
| 3100147005 | 0000130645 | 200 | 1191NLC | WINNT LBATTACH | 05/03/00 12:00 AM | q200 | 00000000700000012963 | 1 | L100 |
| 3100147001 | 0000130646 | 51 | 1191NLC | WINNT LBATTACH | 05/03/00 12:00 AM | q200 | 00000000700000012964 | 1 | L100 |
| 3100147005 | 0000132719 | 150 | 1191NLC | WINNT LBATTACH | 05/03/00 12:00 AM | q200 | 00000000700000012988 | 1 | L100 |
| 3100147001 | 0000132798 | 100 | 1191NLC | WINNT LBATTACH | 05/17/00 12:00 AM | q200 | 00000000700000012989 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 05/18/00 12:00 AM | q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | q200 | N/A | 25 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | q200 | N/A | 13 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | q200 | N/A | 16 | N/A |
| 3100147003 | 0000130845 | 201 | 1191NLC | WINNT LBATTACH | 05/28/00 12:00 AM | q200 | 00000000700000013022 | 1 | L100 |

1

DEC 01,2006 19:01  VONNAH BRILLET             5103515348                          Page 18

STK 2005-8-21-REPORT

| Part | Serial | Loc | Description | Date | Reference | Qty |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | REEL Software | 05/31/00 12:00 AM 0300 | N/A | 1 N/A |
| 3100147001 | 0080138520 | 100 1191NLC | WINNT LBATTACH | 06/14/00 12:00 AM 0300 | 000000007000013102 | 1 L100 |
| 3100147001 | 0080137149 | 151 1191NLC | WINNT LBATTACH | 06/21/00 12:00 AM 0300 | 000000007000013104 | 1 L100 |
| 3100147003 | 0080013462 | 201 1191NLC | WINNT LBATTACH | 06/22/00 12:00 AM 0300 | 000000007000013117 | 1 L100 |
| 3100147003 | 0080013462 | 201 1191NLC | WINNT LBATTACH | 06/22/00 12:00 AM 0300 | 000000007000013118 | 1 L100 |
| 3100147003 | 0080013462 | 51 1191NLC | WINNT LBATTACH | 06/22/00 12:00 AM 0300 | 000000007000013119 | 1 L100 |
| 3100147005 | 0080138584 | 100 1191NLC | WINNT LBATTACH | 07/07/00 12:00 AM 0300 | 000000007000013176 | 1 L100 |
| 3100147001 | 0080130398 | 100 1191NLC | WINNT LBATTACH | 07/11/00 12:00 AM 0300 | 000000007000013182 | 1 L100 |
| 3100147001 | 0080135358 | 100 1191NLC | WINNT LBATTACH | 07/11/00 12:00 AM 0300 | 000000007000013183 | 1 L100 |
| N/A | N/A | N/A | REEL Software | 07/17/00 12:00 AM 0300 | N/A | 4 N/A |
| N/A | N/A | N/A | REEL Software | 07/19/00 12:00 AM 0300 | N/A | 3 N/A |
| N/A | N/A | N/A | REEL Software | 07/21/00 12:00 AM 0300 | N/A | 1 N/A |
| N/A | N/A | N/A | REEL Software | 07/28/00 12:00 AM 0300 | N/A | 1 N/A |
| N/A | N/A | N/A | REEL Software | 07/28/00 12:00 AM 0300 | N/A | 1 N/A |
| 3100147001 | 0080140822 | 1001 1191NLC | WINNT LBATTACH | 07/28/00 12:00 AM 0300 | 000000007000013208 | 1 L100 |
| 3100147001 | 0080141797 | 351 1191NLC | WINNT LBATTACH | 07/28/00 12:00 AM 0300 | 000000007000013209 | 1 L100 |
| 3100147001 | 0080015729 | 100 1191NLC | REEL Software | 08/01/00 12:00 AM 0300 | N/A | 1 N/A |
| N/A | N/A | N/A | WINNT LBATTACH | 08/09/00 12:00 AM 0300 | 000000007000013213 | 1 L100 |
| 3100147001 | 0080143443 | 101 1191NLC | WINNT LBATTACH | 08/11/00 12:00 AM 0300 | 000000007000013216 | 1 L100 |
| 3100147001 | 0080143587 | 100 1191NLC | WINNT LBATTACH | 08/14/00 12:00 AM 0300 | N/A | 18 N/A |
| 3100147001 | 0080144058 | 100 1191NLC | WINNT LBATTACH | 08/23/00 12:00 AM 0300 | 000000007000013241 | 1 L100 |
| 3100147003 | 0080144058 | 201 1191NLC | WINNT LBATTACH | 08/23/00 12:00 AM 0300 | 000000007000013247 | 1 L100 |
| 3100147001 | 0080146239 | 201 1191NLC | WINNT LBATTACH | 08/23/00 12:00 AM 0300 | 000000007000013262 | 1 L100 |
| 3100147001 | 0080146511 | 150 1191NLC | WINNT LBATTACH | 08/24/00 12:00 AM 0300 | 000000007000013253 | 1 L100 |
| 3100147001 | 0080146511 | 150 1191NLC | WINNT LBATTACH | 08/24/00 12:00 AM 0300 | 000000007000013282 | 1 L100 |
| N/A | N/A | N/A | REEL Software | 08/25/00 12:00 AM 0300 | 000000007000013264 | 1 L100 |
| 3100147001 | 0080144049 | 401 1191NLC | REEL Software | 08/28/00 12:00 AM 0300 | N/A | 1 N/A |
| 3100147001 | 0080145838 | 51 1191NLC | WINNT LBATTACH | 08/31/00 12:00 AM 0300 | 000000007000013298 | 1 L100 |
| 3100147001 | 0080145838 | 51 1191NLC | WINNT LBATTACH | 09/06/00 12:00 AM 0300 | 000000007000013297 | 1 L100 |
| 3100147001 | 0080046262 | 101 1191NLC | WINNT LBATTACH | 09/06/00 12:00 AM 0300 | 000000007000013311 | 1 L100 |
| 3100147001 | 0080046262 | 151 1191NLC | WINNT LBATTACH | 09/06/00 12:00 AM 0300 | 000000007000013312 | 1 L100 |
| 3100147001 | 0080046262 | 201 1191NLC | WINNT LBATTACH | 09/08/00 12:00 AM 0300 | 000000007000013313 | 1 L100 |
| 3100147001 | 0080046282 | 101 1191NLC | WINNT LBATTACH | 09/08/00 12:00 AM 0300 | 000000007000013314 | 1 L100 |
| 3100147001 | 0080046838 | 201 1191NLC | WINNT LBATTACH | 09/14/00 12:00 AM 0300 | 000000007000013327 | 1 L100 |
| 3100147001 | 0080047579 | 580 1191NLC | WINNT LBATTACH | 09/18/00 12:00 AM 0300 | 000000007000013346 | 1 L100 |

2

DEC 01,2006 19:01   VONNAH BRILLET                5103515346                          Page 19

STK 2005-8-21 REPORT

| Part | Loc | Description | Date | Serial | Qty |
|---|---|---|---|---|---|
| 3100147001 0000147579 | 605 1191NLC | WINNT LBATTACH | 09/18/00 12:00 AM Q300 | 00000000070000013347 | 1 L500 |
| 3100147001 0000147579 | 655 1191NLC | WINNT LBATTACH | 09/18/00 12:00 AM Q300 | 00000000070000013348 | 1 L700 |
| 3100147001 0000148820 | 51 1191NLC | WINNT LBATTACH | 09/26/00 12:00 AM Q300 | 00000000070000013416 | 1 L700 |
| N/A N/A | N/A | REEL Software | 09/28/00 12:00 AM Q300 | N/A | 1 N/A |
| 3100147005 0000180811 | 51 1191NLC | WINNT LBATTACH | 10/10/00 12:00 AM Q400 | 00000000070000013448 | 1 L100 |
| 3100147005 0000151913 | 101 1191NLC | WINNT LBATTACH | 10/20/00 12:00 AM Q400 | 00000000070000013461 | 1 L100 |
| 3100147005 0000151913 | 1201 1191NLC | WINNT LBATTACH | 10/24/00 12:00 AM Q400 | 00000000070000013453 | 1 L100 |
| 3100147005 0000151914 | 1251 1191NLC | WINNT LBATTACH | 10/24/00 12:00 AM Q400 | 00000000070000013464 | 1 L100 |
| 3100147005 0000151914 | 1301 1191NLC | WINNT LBATTACH | 10/24/00 12:00 AM Q400 | 00000000070000013465 | 1 L100 |
| 3100147005 0000151914 | 1351 1191NLC | WINNT LBATTACH | 10/24/00 12:00 AM Q400 | 00000000070000013466 | 1 L100 |
| 3100147005 0000152227 | 251 1191NLC | WINNT LBATTACH | 10/24/00 12:00 AM Q400 | 00000000070000013475 | 1 L100 |
| 3100147005 0000152501 | 101 1191NLC | WINNT LBATTACH | 10/26/00 12:00 AM Q400 | 00000000070000013483 | 1 L100 |
| 3100147001 0000152684 | 251 1191NLC | WINNT LBATTACH | 10/27/00 12:00 AM Q400 | 00000000070000013484 | 1 L100 |
| 3100147001 0000157161 | 51 1191NLC | WINNT LBATTACH | 10/27/00 12:00 AM Q400 | 00000000070000013483 | 1 L100 |
| 3100147005 0000168350 | 476 1191NLC | WINNT LBATTACH | 10/30/00 12:00 AM Q400 | 00000000070000013495 | 1 L108 |
| 3100147001 0000163183 | 51 1191NLC | WINNT LBATTACH | 10/31/00 12:00 AM Q400 | 00000000070000013496 | 1 L100 |
| 3100147005 0000157214 | 576 1191NLC | WINNT LBATTACH | 10/31/00 12:00 AM Q400 | 00000000070000013499 | 1 L100 |
| 3100147005 0000180350 | 51 1191NLC | WINNT LBATTACH | 11/02/00 12:00 AM Q400 | 00000000070000013516 | 1 L100 |
| 3100147005 0000152100 | 851 1191NLC | WINNT LBATTACH | 11/06/00 12:00 AM Q400 | 00000000070000013528 | 1 L100 |
| 3100147005 0000154590 | 101 1191NLC | WINNT LBATTACH | 11/10/00 12:00 AM Q400 | 00000000070000013529 | 1 L100 |
| 3100147005 0000154691 | 51 1191NLC | WINNT LBATTACH | 11/10/00 12:00 AM Q400 | 00000000070000013530 | 1 L100 |
| 3100147001 0000154439 | 601 1191NLC | WINNT LBATTACH | 11/13/00 12:00 AM Q400 | 00000000070000013535 | 1 L100 |
| 3100147005 0000154438 | 851 1191NLC | WINNT LBATTACH | 11/13/00 12:00 AM Q400 | 00000000070000013537 | 1 L100 |
| 3100147001 0000154445 | 451 1191NLC | WINNT LBATTACH | 11/19/00 12:00 AM Q400 | 00000000070000013550 | 1 L100 |
| 3100147001 0000155782 | 51 1191NLC | WINNT LBATTACH | 11/20/00 12:00 AM Q400 | 00000000070000013576 | 1 L100 |
| 3100147009 0000156455 | 51 1191NLC | WINNT LBATTACH | 11/22/00 12:00 AM Q400 | 00000000070000013564 | 1 L100 |
| 3100147009 0000156857 | 51 1191NLC | WINNT LBATTACH | 11/23/00 12:00 AM Q400 | 00000000070000013900 | 1 L100 |
| 3100147009 0000156507 | 61 1191NLC | WINNT LBATTACH | 11/30/00 12:00 AM Q400 | 00000000070000013604 | 1 L100 |
| 3100147001 0000157899 | 201 1191NLC | WINNT LBATTACH | 12/06/00 12:00 AM Q400 | 00000000070000013611 | 1 L100 |
| 3100147001 0000157883 | 100 1191NLC | WINNT LBATTACH | 12/07/00 12:00 AM Q400 | 00000000070000013620 | 1 L510 |
| 3100147009 0000158410 | 51 1191NLC | WINNT/2000 LBATTACH | 12/07/00 12:00 AM Q400 | 00000000070000013937 | 1 L510 |
| 3100147009 0000159839 | 51 1191NLC | LBATTACH | 12/11/00 12:00 AM Q400 | 00000000070000013615 | 1 L500 |
| 3100147001 0000160307 | 51 1191NLC | WINNT/2000 LBATTACH | 12/18/00 12:00 AM Q400 | 00000000070000013964 | 1 L510 |
| 3100147009 0000160141 | 51 1191NLC | WINNT/2000 LBATTACH | 12/19/00 12:00 AM Q400 | 00000000070000013963 | 1 L510 |

3

DEC 01,2006 19:01  VONNAH BRILLET                    5103515348                    Page 20

STK 2005-8-21-REPORT

| Part | Serial | Line | Item | Description | Date | Code | Reference | Qty |
|---|---|---|---|---|---|---|---|---|
| 3100147009 | 0000161085 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007/000013720 | 1 L110 |
| 3100147009 | 0000161085 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007/000013721 | 1 L110 |
| 3100147009 | 0000161085 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007/000013722 | 1 L110 |
| 3100147009 | 0000161085 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007/000013723 | 1 L110 |
| 3100147009 | 0000161085 | 301 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007/000013724- | 1 L110 |
| 3100147009 | 0000162740 | 601 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007/000013733 | 1 L100 |
| 3100147001 | 0000163070 | 51 | 1191NLC | WINNT LIBATTACH | 12/26/00 12:00 AM | Q400 | 00000007/000013768 | 1 L110 |
| 3100147009 | 0000162333 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/03/01 12:00 AM | Q101 | 00000007/000013767 | 1 L110 |
| 3100147008 | 0000163257D | 601 | 1191NLC | WINNT/2000 INTGRTF | 01/05/01 12:00 AM | Q101 | 00000007/000013773 | 1 L110 |
| 3100147008 | 0000163273 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 01/10/01 12:00 AM | Q101 | 00000007/000013784 | 1 L110 |
| 3100147008 | 0000185360 | 51 | 1191NLJ | WINNT/2000 INTGRTF | 01/12/01 12:00 AM | Q101 | 00000007/000013786 | 1 L110 |
| 3100147009 | 0000164410 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/23/01 12:00 AM | Q101 | 00000007/000013799 | 1 L110 |
| 3100147005 | 0000165288 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/23/01 12:00 AM | Q101 | 00000007/000013814 | 1 L1D0 |
| 3100147008 | 0000165465 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/30/01 12:00 AM | Q101 | 00000007/000013818 | 1 L1D0 |
| 3100147001 | 0000165815 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/01/01 12:00 AM | Q101 | 00000007/000013825 | 1 L110 |
| N/A | N/A | N/A | | REEL Software | 02/05/01 12:00 AM | Q100 | N/A | 1 N/A |
| 3100147009 | 0000166039 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/05/01 12:00 AM | Q101 | 00000007/000013833 | 1 L110 |
| 3100147008 | 0000166332 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/05/01 12:00 AM | Q101 | 00000007/000013835 | 1 L110 |
| 3100147009 | 0000167605 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007/000013868 | 1 L110 |
| 3100147008 | 0000167605 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007/000013899 | 1 L110 |
| 3100147008 | 0000167605 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007/000013900 | 1 L110 |
| 3100147008 | 0000167605 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 00000007/000013901 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007/000013915 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007/000013916 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007/000013917 | 1 L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 00000007/000013931 | 1 L110 |
| 3100147001 | 0000168747 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007/000013932 | 1 L110 |
| 3100147001 | 0000168747 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007/000013933 | 1 L110 |
| 3100147001 | 0000168748 | 101 | 1191NLC | WINNN/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 00000007/000013934 | 1 L110 |
| 3100147008 | 0000169288 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/02/01 12:00 AM | Q101 | 00000007/000013937 | 1 L110 |
| 3100147009 | 0000169737 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/02/01 12:00 AM | Q101 | 00000007/000013938 | 1 L110 |
| 3100147009 | 0000169967 | 61 | 1191NLC | WINNT/2000 LIBATTA( | 03/08/01 12:00 AM | Q101 | 00000007/000013976 | 1 L110 |
| 3100147009 | 0000170758 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/16/01 12:00 AM | Q101 | 00000007/000013995 | 1 L110 |
| 3100147009 | 0000169098 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/20/01 12:00 AM | Q101 | 00000007/000014008 | 1 L110 |
| 3100147009 | 0000171873 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 03/21/01 12:00 AM | Q101 | 00000007/000014017 | 1 L110 |

STK 2005-5-31 REPORT

| Serial | Qty/Code | Attach | Date | Number | Model |
|---|---|---|---|---|---|
| 31001470D9 0000171873 | 251 1191NLC | WINNT/2000 LIBATTA | 03/21/01 12:00 AM 0101 | 00000007000014018 | 1 L510 |
| 31001470D9 0000172314 | 101 1191NLC | WINNT/2000 LIBATTA | 03/22/01 12:00 AM 0101 | 00000007000014059 | 1 L510 |
| 31001470D9 0000173393 | 251 1191NLC | WINNT/2000 LIBATTA | 03/26/01 12:00 AM 0101 | 00000007000014058 | 1 L510 |
| 31001470D9 0000173044 | 51 1191NLC | WINNT/2000 LIBATTA | 03/26/01 12:00 AM 0101 | 00000007000014059 | 1 L510 |
| 31001470D9 0000173016 | 251 1191NLC | WINNT/2000 LIBATTA | 03/26/01 12:00 AM 0101 | 00000007000014060 | 1 L510 |
| 31001470D9 0000173393 | 251 1191NLC | WINNT/2000 LIBATTA | 03/28/01 12:00 AM 0101 | 00000007000014061 | 1 L510 |
| 31001470D9 0000174997 | 51 1191NLC | WINNT/2000 LIBATTA | 03/28/01 12:00 AM 0101 | 00000007000014062 | 1 L510 |
| 31001470D9 0000173675 | 51 1191NLC | WINNT/2000 LIBATTA | 03/29/01 12:00 AM 0101 | 00000007000014063 | 1 L510 |
| 31001470D9 0000173675 | 51 1191NLC | WINNT/2000 LIBATTA | 03/30/01 12:00 AM 0101 | 00000007000014057 | 1 L510 |
| 31001470D9 0000173675 | 51 1191NLC | WINNT/2000 LIBATTA | 03/30/01 12:00 AM 0101 | 00000007000014068 | 1 L510 |
| 31001470D9 0000173575 | 51 1191NLC | WINNT/2000 LIBATTA | 03/30/01 12:00 AM 0101 | 00000007000014069 | 1 L510 |
| 31001470D9 0000173575 | 101 1191NLC | WINNT LIBATTACH | 04/04/01 12:00 AM 0101 | 00000007000014077 | 1 L510 |
| 31001470D5 0000173585 | 51 1191NLC | WINNT/2000 LIBATTA | 04/05/01 12:00 AM 0201 | 00000007000014089 | 1 L510 |
| 31001470D9 0000173880 | 101 1191NLC | WINNT/2000 LIBATTA | 04/05/01 12:00 AM 0201 | 00000007000014090 | 1 L510 |
| 31001470D9 0000174000 | 100 1191NLC | WINNT/2000 LIBATTA | 04/10/01 12:00 AM 0201 | 00000007000014100 | 1 L500 |
| 31001470D9 0000174657 | 52 1191NLC | WINNT LIBATTACH | 04/11/01 12:00 AM 0201 | 00000007000014101 | 1 L510 |
| 31001470D9 0000174949 | 51 1191NLC | WINNT/2000 LIBATTA | 04/17/01 12:00 AM 0201 | 00000007000014110 | 1 L510 |
| 31001470D9 0000174705 | 51 1191NLC | WINNT/2000 LIBATTA | 04/23/01 12:00 AM 0201 | 00000007000014119 | 1 L510 |
| 31001470D9 0000174958 | 51 1191NLC | WINNT/2000 LIBATTA | 04/25/01 12:00 AM 0201 | 00000007000014120 | 1 L510 |
| 31001470D9 0000177218 | 61 1191NLC | WINNT/2000 LIBATTA | 04/25/01 12:00 AM 0201 | 00000007000014121 | 1 L510 |
| 31001470D9 0000176972 | 101 1191NLC | WINNT/2000 LIBATTA | 04/25/01 12:00 AM 0201 | 00000007000014122 | 1 L510 |
| 31001470D9 0000176972 | 151 1191NLC | WINNT/2000 LIBATTA | 04/25/01 12:00 AM 0201 | 00000007000014123 | 1 L510 |
| 31001470D9 0000176972 | 201 1191NLC | WINNT/2000 LIBATTA | 04/25/01 12:00 AM 0201 | 00000007000014124 | 1 L510 |
| 31001470D9 0000176972 | 301 1191NLC | WINNT/2000 LIBATTA | 05/02/01 12:00 AM 0201 | 00000007000014125 | 1 L510 |
| 31001470D9 0000176972 | 51 1191NLC | WINNT/2000 LIBATTA | 05/02/01 12:00 AM 0201 | 00000007000014140 | 1 L510 |
| 31001470D9 0000176382 | 101 1191NLC | WINNT/2000 LIBATTA | 05/03/01 12:00 AM 0201 | 00000007000014145 | 1 L510 |
| 31001470D9 0000176896 | 51 1191NLC | WINNT/2000 LIBATTA | 05/03/01 12:00 AM 0201 | 00100007000014147 | 1 L510 |
| 31001470D9 0000177204 | 51 1191NLC | WINNT/2000 LIBATTA | 05/15/01 12:00 AM 0201 | 00000007000014163 | 1 L510 |
| 31001470D9 0000176364 | 51 1191NLC | WINNT/2000 LIBATTA | 05/16/01 12:00 AM 0201 | 00000007000014165 | 1 L510 |
| 31001470D9 0000176401 | 51 1191NLC | WINNT/2000 LIBATTA | 05/21/01 12:00 AM 0201 | 00000007000014170 | 1 L510 |
| 31001470D9 0000179101 | 51 1191NLC | WINNT/2000 LIBATTA | 05/21/01 12:00 AM 0201 | 00000007000014171 | 1 L510 |
| 31001470D9 0000178871 | 101 1191NLC | WINNT/2000 LIBATTA | 05/23/01 12:00 AM 0201 | 00000007000014169 | 1 L510 |
| 31001470D9 0000178871 | 101 1191NLC | WINNT/2000 LIBATTA | 05/23/01 12:00 AM 0201 | 00000007000014172 | 1 L510 |

5

# Exhibit G

The email message that Notbula sent to Maria Woods, Corporate Counsel of

StorageTek on September 06, 2005 questioning the PowerRPC runtime usage report

DEC 01,2006 19:02   VONNAH BRILLET          5103515348                    Page 23

Netbula RPC License Audit

Subject: Netbula RPC License Audit
From: ydx@netbula.com
To: maria_woods@storagetek.com
CC:

Dear Ms. Woods,

Mr. Melnick has asked us to refer to you all inquiries regarding the Netbula RPC software. The following is a summary of the situation:

1) In March 2000, StorageTek and Netbula signed a license agreement. Netbula licensed the ONC RPC SDK and runtime on Windows 95/98/NT platform to StorageTek. The pricing was set based on prepayment of fees for lots of 1000 licenses.

2) In June 2001, we requested a license usage count, and got a count of 107.

3) In September 2002, we requested another license usage count, and was told the product was being end of lifed and we were told that license usage stayed at 107. We confirmed with StorageTek that Netbula RPC is no longer used by StorageTek, and we stopped requesting license usage reports.

4) In March 2004, StorageTek asked about upgrades to Windows Server 2003, and purchased an additional 1000 client runtime licenses.

5) In October 2004, we requested a license usage report. The answer we got was: "it took 2 years to go through the first 1000 licenses I doubt we have gone through the 1000 we just purchased in March.". We did not get a report.

6) In July 2005, we requested an audit, and we pointed out the inconsistencies in the previous statements.

7) We got a usage report which shows a license usage of 7455

However, there are still several issues with this report:

a) Number of Lib Attach clients From 2000 to November 18, 2004: all orders showed the number of clients being 1. We were told prior to Nov 18, 204, only one client was sold for one model. Considering the functionality of the Lib Attach software(allow sharing of library on desktop), this is implausible.

b) REEL Software: the report showed 0 orders after Feb 2001, but as we know, the REEL software was end of lifed in December 2001.

c) We get a sense that there is a lack of license control, and it's unclear whether Netbula RPC is used in other products.

d) StorageTek used Netbula RPC on Windows 2K before March 2004 without a license.

Based on the above, we would like to arrange an external audit of StorageTek Netbula RPC license usage. If you agree, we can come up with a list of documents and data that can help speeding up the audit process.

Regards,


Don Yue


----------- Email sent using AnyEmail (http://netbula.com/anyemail/)


1 of 1

DEC-04-2006 MON 04:23 PM SUN MICROSYSTEMS    FAX NO. 3032728054    P. 16/38

DEC 01,2006 19:02  VONNAH BRILLET    5103515348    Page 24



RECEIVED  DEC-04-06  03:33PM    FROM-3032728054    TO-Fenwick & West CTR#5    PAGE 016

DEC 01,2006 19:02  VONNAH BRILLET          5103515346          Page 25

STK Florida Contract Page 9 viewed in browser



| | | |
|------|--------------|------------------------|
| TAPE | 1190VW0-ONED | PDF/ONLINE MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L130 | LEVEL 1.3.0 |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-S001 | UP TO 1 CLIENT |
| TAPE | 1191NLC-S010 | UP TO 10 CLIENTS |
| TAPE | 1191NLC-S050 | UP TO 50 CLIENTS |
| TAPE | 1191NLC-S100 | UP TO 100 CLIENTS |
| TAPE | 1191NLC-S1K0 | UP TO 1000 CLIENTS |
| TAPE | 1191NLC-S250 | UP TO 250 CLIENTS |
| TAPE | 1191NLC-S500 | UP TO 500 CLIENTS |
| TAPE | 1191NLC-S750 | UP TO 750 CLIENTS |
| TAPE | 1191NLC-SENT | UNLIMITED CLIENTS |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |

# Exhibit J

A screen dump of page 11 of a StorageTek PDF document titled "StorageTek Price

List for New York State Systems and Peripherals Hardware and Software (Storage)

Contract".

Case 5:06-cv-07391-JW    Document 11    Filed 12/05/2006    Page 35 of 37
DEC-04-2006 MON 04:24 PM SUN MICROSYSTEMS          FAX NO. 3032728054          P. 19/38

DEC 01,2006 19:02  VONNAH BRILLET          5103515348                    Page 27



| 1191NLC-S001 | UP TO 1 CLIENT | $850.00 | |
| 1191NLC-S010 | UP TO 10 CLIENTS | $1,000.00 | |
| 1191NLC-S050 | UP TO 50 CLIENTS | $1,200.00 | |
| 1191NLC-S100 | UP TO 100 CLIENTS | $1,500.00 | |
| 1191NLC-S1K0 | UP TO 1000 CLIENTS | $12,000.00 | |
| 1191NLC-S250 | UP TO 250 CLIENTS | $2,750.00 | |
| 1191NLC-S500 | UP TO 500 CLIENTS | $5,000.00 | |
| 1191NLC-S750 | UP TO 750 CLIENTS | $8,000.00 | |
| 1191NLC-SENT | UNLIMITED CLIENTS | $25,000.00 | |
| 1191NLI-0000 | WINNT INTGRTRS LIBATTACH | $5,500.00 | |
| 1191RDW-0000 | REDWOOD NT DEVICE DRIVER | $1,000.00 | |
| 1191TBL-0000 | TIMBERLINE NT DEVICE DRIVER | $500.00 | |
| 1191TPK-0000 | TWINPEAK NT DEVICE DRIVER | $250.00 | |
| | LIBRARY MANAGER | $11,000.00 | 2 |
| | | $1,100.00 | 2 |
| | | $2,750.00 | 2 |
| | | $4,125.00 | 2 |

11 of 88

## StorageTek Price List for

## New York State Systems and Peripherals Hardware and

DEC 01,2006 19:03  VONNAH BRILLET             5103515348                    Page 28

## CERTIFICATE OF SERVICE

1

2        I declare that I am a citizen of the United States, over the age of 18 years, and not a party
to the within entitled action. My business address is 2777 Alvarado Street, Suite F, San Leandro,
3    CA 94577.

4        On December 1, 2006, I served a copy of the foregoing documents described as:

5    COMPLAINT FOR COMPENSATORY DAMAGES, DISGORGEMENT OF PROFITS,
6    INJUCTION RELIEF, AND ATTORNEYS' FEES AND COSTS FOR: Direct, Contributory,
and Vicarious Copyright Infringement Under 17 U.S.C. Section 101 et seq.

7

8    DON YUE'S DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR
TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION
AND IMPOUNDMENT

9

10   PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION
FOR PRELIMINARY INJUNCTION AND IMPOUNDMENT

11

12   [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND IMPOUNDING UNLICENSED NETBULA SOFTWARE;
ORDER TO SHOW CAUSE

13

On all interested parties in said cause, by delivering a true copy as follows:

14

____    (By Mail)    I placed a true copy thereof enclosed in a sealed envelope with postage
15   thereon fully prepaid and deposited said envelope in the United States mail in the City and
county of San Leandro, California.

16

__X__  (By Hand)    I sent a true copy thereof to a process serving company and caused such
17   envelope to be delivered to the offices of the addressee.

18

__X__  (By Facsimile)    I sent a true copy thereof via telephone facsimile transmission to
19   the following number:  (303) 272-8054.

20       Hand delivery was made to the following address:

21   SUN Microsystems, Inc.                     Storage Technology Corporation
c/o CSC – Lawyers Incorporating Service     c/o CSC – Lawyers Incorporating Service
22   2216  Gateway Oaks Drive, #100             2216  Gateway Oaks Drive, #100
Sacramento, CA 95833                        Sacramento, CA 95833
23

24   I declare under penalty of perjury that the foregoing is true and correct and that this declaration
25   was executed on December 1, 2006, at San Leandro, California.

26                                        _____
                                           Vonnah M. Brillet

DEC-04-2006 MON 04:24 PM SUN MICROSYSTEMS          FAX NO. 3032728054          P. 21/38

DEC 01,2006 19:03  VONNAH BRILLET          5103515348          Page 29

## CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. My business address is 2777 Alvarado Street, Suite E, San Leandro, CA 94577.

On December 1, 2006, I served a copy of the foregoing documents described as:

SUMMONS IN A CIVIL CASE (SUN Microsystems, Inc.)
SUMMONS IN A CIVIL CASE (Storage Technology Corporation)

On all interested parties in said cause, by delivering a true copy as follows:

___ **(By Mail)**    I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and deposited said envelope in the United States mail in the City and county of San Leandro, California.

_X_ **(By Hand)**    I sent a true copy thereof to a process serving company and caused such envelope to be delivered to the offices of the addressee.

_X_ **(By Facsimile)**    I sent a true copy thereof via telephone facsimile transmission to the following number: (303) 272-8054.

Hand delivery was made to the following address:

SUN Microsystems, Inc.                    Storage Technology Corporation
c/o CSC  Lawyers Incorporating Service     c/o CSC – Lawyers Incorporating Service
2216 Gateway Oaks Drive, #100              2216 Gateway Oaks Drive, #100
Sacramento, CA 95833                       Sacramento, CA 95833

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 1, 2006, at San Leandro, California.

Vonnah M. Brillet