1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  ALBERT L. SIEBER (CSB No. 233482)
   asieber@fenwick.com
4  FENWICK & WEST LLP
   Embarcadero Center West
5  275 Battery Street, Ste. 1600
   San Francisco, CA 94111
6  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
7
   Attorneys for Defendants
8  STORAGE TECHNOLOGY CORPORATION and
   SUN MICROSYSTEMS, INC.
9

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                   SAN FRANCISCO DIVISION

14

15  NETBULA, LLC, a Delaware limited       Case No. C-06-07391
    liability company,
16                                          DECLARATION OF MICHAEL MELNICK IN
                  Plaintiff,                SUPPORT OF DEFENDANTS' OPPOSITION TO
17                                          APPLICATION FOR TEMPORARY RESTRAINING
       v.                                   ORDER AND IMPOUNDMENT
18
    STORAGE TECHNOLOGY, INC., a            Date:       December 5, 2006
19  Delaware corporation; SUN              Time:       3:00 p.m.
    MICROSYSTEMS, INC., a Delaware         Dept:       Courtroom G, 15th Floor
20  corporation; and DOES 1-100, inclusive, Judge:     Hon. Bernard Zimmerman

21                Defendants.

22

23       I, Michael Melnick, declare as follows:

24       1.      I am a Global Sourcing Manager of Defendant Sun Microsystems, Inc. ("Sun"),

25  and have held that position since approximately September 2006. Before that time, I was the

26  Contracts Administrator, Senior Consultant for Defendant Storage Technology, Inc.

27  ("StorageTek"). I make the following statements based upon my personal knowledge and, if

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    called upon to testify, could and would testify competently to the matters contained herein.

2        2.        Attached hereto as <u>Exhibit A</u> is a true and correct copy of the software license

3    agreement between StorageTek and Plaintiff Netbula, LLC ("Netbula") entered into in or about

4    March 2000. Exhibit C to this agreement sets forth StorageTek's payment obligations, including

5    a "one-time fee of $5,995 for the right to distribute up to 1,000 units of software containing the

6    Supporting Programs," and a schedule setting forth the fees to be paid for additional units

7    thereafter. Exhibit B to this agreement lists "pwrrpc32.dll" as "NETBULA COMPONENTS

8    PERMITTED TO BE DISTRIBUTED."

9        3.        Attached hereto as <u>Exhibit B</u> is a true and correct copy of the software license

10   agreement between StorageTek and Plaintiff Netbula, LLC ("Netbula") entered into in or about

11   March 2004 (the "Second License Agreement"). Exhibit C to this agreement sets forth

12   StorageTek's payment obligations, including a "one-time fee of $5,096 for the right to distribute

13   up to 1,000 units of ONC RPC client/server runtime license," and a schedule setting forth the fees

14   to be paid for additional units thereafter. Exhibit B to this agreement lists "pwrrpc32.dll" as

15   among "NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED."

16       4.        In or about August 2005, StorageTek produced a preliminary report to Netbula

17   setting forth information about StorageTek's distribution of certain products. On or about

18   December 16, 2005, after discussions between Netbula and StorageTek, StorageTek sent Netbula

19   a revised report and a seven-page letter setting forth the bases of this report.

20       5.        On information and belief, neither StorageTek nor Sun received any response to its

21   December 16 letter to Netbula until on or about March 13, 2006, nearly three months later, when

22   Netbula raised concerns about the information contained in this letter and stated that it "believes it

23   has a basis to bring action against both [StorageTek] and [StorageTek] customers who copied

24   pwrpc32.dll." A true and correct copy of this e-mail is attached as <u>Exhibit C</u>.

25       6.        On June 5, 2006, after additional sporadic communications between the parties,

26   Netbula (through its agent, Don Yue) sent an e-mail reiterating its position that "both StorageTek

27   and its customers infringed Netbula's copyrights" and stating that "SUN is well known as a

28   company of integrity. Personally, I respect SUN a lot. Otherwise, we would have sued

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    StorageTek months ago." A true and correct copy of this e-mail is attached as <u>Exhibit D</u>.

2         7.      On June 20, 2006, the parties held a conference call to discuss license royalty

3    issues. On June 23, 2006, Netbula sent an e-mail raising certain issues related to the conference

4    call, a true and correct copy of which is attached as <u>Exhibit E</u>. Neither StorageTek nor Sun

5    responded to this e-mail.

6         8.      On August 8, 2006, seven weeks later, Netbula forwarded its June 23 e-mail to

7    Jonathan Schwartz ("Schwartz"), Sun's Chief Executive Officer and President, a true and correct

8    copy of which is attached as <u>Exhibit F</u>. Neither StorageTek nor Sun responded to this e-mail.

9         9.      On September 22, 2006, over six weeks later, Netbula re-forwarded its August 8 e-

10   mail to Mr. Schwartz, a true and correct copy of which is attached as <u>Exhibit G</u>.

11        10.     On September 28, 2006, Sun tendered to Netbula a check in the amount of $22,480

12   "for full and final settlement of payments owed to Netbula" under the Second License

13   Agreement.

14        11.     Shortly thereafter, on October 2, 2006, Netbula e-mailed Sun briefly asking for

15   certain information about StorageTek products. On information and belief, neither Sun nor

16   StorageTek responded to this e-mail, and there were no further communications between Netbula

17   and either Sun or StorageTek before Netbula filed its Complaint and Application for a Temporary

18   Restraining Order on December 4, 2006, over two months later.

19       I declare under penalty of perjury under the laws of the United States of America that the

20   foregoing is true and correct, and that this declaration was executed this 5th day of December

21   2006 in Louisville, Colorado.

22

23

24                             Michael Melnick

25

26   H9000/01176/LIT/1259339.3

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN STORAGE TECHNOLOGY CORPORATION ("STORAGETEK") AND NETBULA LLC.
("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the
SDK PRODUCT) is protected by copyright laws and international copyright
treaties, as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, irrevocable license for
use by STORAGETEK's employees, consultants and subsidiaries for up to ONE
user(s), for each of the licenses purchased, to use the PowerRPC SDK Product
under Windows NT and 95/98 platforms; each user can only use the software on one
computer. You have the right to make additional copies of the SDK Product solely
for backup or archival use.

The license is not transferable without written permission of Nebula.  Such
permission will not be unreasonably withheld.

2.    Copyright

You must treat the software as copyrighted material. You may not copy and
redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK
contains CODE that identify themselves as for development only and is not for
distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE
THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR
ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

If STORAGETEK reports in writing a software defect that prevents STORAGETEK from
using the SDK Product within  (30) days after STORAGETEK has paid for the
software, and NETBULA LLC. is unable to correct, repair or replace the SDK
Product within thirty (30) more days. , NETBULA LLC. will refund all
STORAGETEK's  license fees  fully.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, irrevocable license to
copy, sublicense, transfer and distribute the NETBULA RPC Supporting Programs
and components set forth on Exhibit B (the "Supporting Programs") along with
STORAGETEK's product to STORAGETEK's resellers and customers.

1.    Limited Distribution. You agree to maintain reasonable records of the
number of copies of the Supporting Programs distributed hereunder and to pay

NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

3.    Limited Warranty. NETBULA warrants that the Supporting Programs will, for sixty (60) days, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full.

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.     Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000 Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

4.    INDEMNITY.  NETBULA will, at its expense, defend STORAGETEK against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees finally awarded, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgment such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.  If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a refund of the license fee paid.  NETBULA shall have no

2

obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.    PUBLIC RELEASE OF INFORMATION
NETBULA must have the prior written approval of STORAGETEK's authorized purchasing agent prior to use or publication of STORAGETEK's company name, logo or trademarks even on customer lists in promotion of NETBULA's business, services or products.

6.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the R SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail.  Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone.  Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.

3

NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC
P. O. Box 39586
Emeryville, CA 94602

7.    Governing Law. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF
CALIFORNIA, as those laws are applied to contracts entered into and to be
performed entirely in California by California residents and without regard to
conflicts of laws principles.

8.    General. The parties hereto are independent contractors and no employment,
agency, or joint venture is created hereunder. All notices, requests and other
communications under this Agreement must be in writing, and may be sent via e-
mail or facsimile, or delivered by hand to the party or when such notice is
required or permitted to be given. This Agreement may not be assigned by either
party or amended without the written consent of both parties, which shall not be
unreasonably withheld. Any purported assignment or amendment in derogation of
the foregoing shall be void. If any provision of this Agreement is held by a
court of competent jurisdiction to be unenforceable for any reason, the
remaining provisions hereof shall be unaffected and remain in full force and
effect. This Agreement is the final, complete and exclusive agreement between
the parties relating to the subject matter hereof, and supersedes all prior or
contemporaneous understandings and agreements relating to such subject matter,
whether oral or written. Any termination of this Agreement will not affect any
sublicenses granted by STORAGETEK to their customers, such licensee will remain
in full force and effect.

Each signatory to the execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK:
By: _____

Print Name: Mike Melnick

Title: Sub Contract Admin

Date: 3/1/00

NETBULA:
By: _____

Print Name: DON  YUE

Title: DIRECTOR RPC GROUP  MEMBER

Date: 3/2/00

4

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe      the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe     portmapper for Win32
* Pmapsvc.exe     portmapper service for Windows NT
* Rpcinfo.exe     program that displays registered RPC services
* Pwrpc32.dll     runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                     the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll      the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

5

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC RPC applications.

```
* Pwrpc32.dll          The runtime library for NETBULA ONC RPC
* Portmap.exe          The portmapper program for Win32
* Pmapsvc.exe          The portmapper service for Windows NT
```

6

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $895 per license for all rights granted under this Agreement with respect to the SDK Product, and one-time fee of $5,995 for the right to distribute up to 1000_ units of software containing the Supporting Programs, thirty (30) days after receipt of an invoice referencing a valid purchase order number. NETBULA agrees that future SDK license purchases will be at a mutually agreed to price. NETBULA agrees to offer STORAGETEK additional units of Supporting Program licenses for the limited distribution license, at the cumulative license purchased prices as provided listed below. Pricing is based on cumulative purchases, not single purchase events. Additional licenses purchased are subject to the terms and conditions of this Agreement.

List Price is $5995 per 1000.

| Quantity | Discount | Net Price |
|----------|----------|-----------|
| 1-1000 | 0% | $5995 |
| 1001-2000 | 15% | $5096 |
| 2001-3000 | 25% | $4796 |
| 3001 and above | 25% | $4796 |

7

# EXHIBIT B

2004-3-'2 12 51 FROM Fax Netbula LLC TC   1 303 673-4845  PAGE 002 OF 009

*2004 license*

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN Storage Technology Corporation("STORAGETEK ") having a principal place of
business at One StorageTek Drive, Louisville Colorado 80028, AND NETBULA LLC. ("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT)
is protected by copyright laws and international copyright treaties, as well as other intellectual property laws
and treaties.

1.     LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license, for use by
STORAGETEK's employees, consultants and subsidiaries for up to ONE user(s) for each of the licenses
purchased, to use, copy, display and prepare derivative works of the ONC RPC or PowerRPC SDK Product
under Windows Server 2003, NT/2K/XP and 95/98/ME platforms; each user can only use the software on
one computer. The license is not transferable without written permission of Nebula. Such permission will not
be unreasonably withheld. You are granted the rights to make copies of the Product for backup or archival
purposes only.

2.     Copyright

You must treat the software as copyrighted material. You may not copy and redistribute the software except
as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify
themselves as for development only and is not for distribution/deployment except as permitted under this
Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE
OUTSIDE OF YOUR DEVELOPMENT ENVIRONMENT OR YOUR ORGANIZATION, YOU MUST
PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.     Other restrictions

a.     You may not disassemble, decompile or reverse engineer the software.
b.     You may not rent or lease the software.

4.     Limited SDK Warranty

NETBULA warrants that the SDK Product will perform in accordance with its documentation. If
STORAGETEK reports in writing a software defect that prevents STORAGETEK from using the SDK
Product in accordance with its documentation within ninety (90) days after STORAGETEK has paid for the
software, and NETBULA is unable to correct, repair or replace the SDK Product within thirty (30) more
days. . NETBULA will refund all STORAGETEK's license fees fully, and support and distribution fees on a
pro-rated basis.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

2004-3-12 12:51 FROM Fax NetBula LLC TO  1 303 673-4945  PAGE 003 OF 009

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license to copy, sublicense, transfer, demonstrate and distribute the NETBULA RPC Supporting Programs and components (including, but not limited to, all documentation and supporting materials therefor) set forth on Exhibit B (the "Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers, business partners and customers.

1.      Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than an audit in a twelve (12) month period.

2.      Limited Warranty. NETBULA warrants that the Supporting Programs will, for ninety (90) days following distribution or sublicense thereof, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full, and support and distribution fees on a pro-rated basis.

3. Source code escrow

NETBULA uses a third party agent to provide source code escrow. To become a beneficiary of the escrow, STORAGETEK must sign a separate Escrow Agreement. The terms of the escrow such as release conditions will be defined in the Escrow Agreement among the Escrow Agent, NETBULA and STORAGETEK. STORAGETEK must also pay for all cost for setting up STORAGETEK as a beneficiary, and must pay for the annual maintenance fee to maintain its beneficiary status.

GENERAL TERMS

1.      Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.      Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.      Year 2000/ Virus Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance

with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

NETBULA warrants that SDK Products and Supporting Programs shall be virus-free.

4.     INDEMNITY. NETBULA will, at its expense, defend STORAGETEK and its successors and assigns against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees incurred, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgement such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.  If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a full refund of the license fee, and support and distribution fees on a pro-rated basis paid.  NETBULA shall have no obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.     Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the severity of the problem. NETBULA will provide its documented escalation procedures to STORAGETEK in the case wherein normal responses are not adequate.

Method of Tech Support

3

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.
NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94662

7.      Governing Law/Arbitration. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA, as those laws are applied to contracts entered into and to be performed entirely in California by California residents and without regard to conflicts of laws principles. All disputes involving this Agreement, except actions arising under the patent and copyright provisions of the U.S. Code, shall be submitted to a panel of three (3) arbitrators appointed and operating under the Uniform Arbitration Act and the procedural rules of the American Arbitration Association. Such panel shall include only persons with experience in the area of information technology or computer software licensing, installation and implementation. Each party shall choose one (1) arbitrator, and the third (3rd) arbitrator shall be chosen by the two (2) arbitrators thus selected by the parties. The location of the arbitration hearing will be chosen by the party not initiating the arbitration or action.

8.      General. The parties hereto are independent contractors and no employment, agency, or joint venture is created hereunder. All notices, requests and other communications under this Agreement must be in writing, and may be sent via e-mail or facsimile or delivered by hand to the party to whom such notice is required or permitted to be given. This Agreement may not be assigned by either party or amended without the written consent of both parties, which shall not be unreasonably withheld. Any purported assignment or amendment in derogation of the foregoing shall be void. If any provision of this Agreement is held by a court of competent jurisdiction to be unenforceable for any reason, the remaining provisions hereof shall be unaffected and remain in full force and effect. This Agreement is the final, complete and exclusive agreement between the parties relating to the subject matter hereof, and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. Any termination of this Agreement will not affect any sublicenses granted by STORAGETEK to their customers, such licenses will remain in full force and effect.

4

2004 3-12 12:51 FROM Fax Netbula LLC TO   (302 675-4945   PAGE 001 OF 009

9.    Public Release of Information. NETBULA must have the prior written approval of
        STORAGETEK's authorized purchasing agent prior to use or publication of StorageTek's
        company name, logo or trademarks in promotion of NETBULA's business, services or products.

Each signatory by its execution of this Agreement represents that it has appropriate corporate authority to
enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                                    NETBULA:
By:_____                              By: _____
Print Name:_____                         Print Name: DON YUE
Title:_____                              Title: VP SALES
Date:_____                               Date: 2004/03/12

5

2004-3-12 12 51 FR JM  Fax Netbula LLC TO   303 673-4945   PAGE 007 OF 009

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe    the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe   portmapper for Win32
* Pmapsvc.exe   portmapper service for Windows NT
* Rpcinfo.exe   program that displays registered RPC services
* Pwrpc32.dll   runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                      the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll       the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

2004-3-12 12:51 FROM Far Net: Is LLC TO    305 673-4945  PAGE 008 OF 009

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC RPC applications.

* Pwrpc32.dll              The runtime library for NETBULA ONC RPC
* Portmap.exe              The portmapper program for Win32
* Pmapsvc.exe              The portmapper service for Windows NT

7

2004-3-12 12:51 FROM Fax-Netbula LLC TO  1 303-673-4945    PAGE 009 OF 009

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $ 895 per developer license for all rights granted under this Agreement with respect to the NETBULA ONC RPC SDK Product, a one-time fee of $5,096 for the right to distribute up to 1000 units of ONC RPC client\server runtime license, thirty (30) days after receipt of an invoice referencing a valid purchase order number. A unit of ONC RPC client runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 client machine at the end-user site.  A unit of ONC RPC server runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 server machine at the end-user site. Additional licenses purchased are subject to the terms and conditions of this Agreement.

Limited distribution licenses will be priced as follows:

| Quantity | Discount | Net price |
|----------|----------|-----------|
| 1000 | 0% | $5,995 |
| 1001-2000 | 15% | $5,096 |
| 2001+ | 25% | $4,496 |

Prices will be based on cumulative purchases and not single purchase events.

PAYMENT – SUPPORT & MAINTENANCE

This Support Contract shall be for one (1) year from shipment of SDK Products and Supporting Programs from NETBULA to STORAGETEK. This Support Contract will automatically be extended and renewed for additional terms of one year unless STORAGETEK provides written notice to NETBULA, of its intention not to renew support, within thirty (30) days of support's expiration date. Support & Maintenance payment will be 20% of SDK and Product/Supporting Programs license purchase price, and shall be first due at the time of license purchase, and one year thereafter if STORAGETEK so chooses to continue Support & Maintenance on such licenses.

8

EXHIBIT C

**Subject:** Re: StorageTek Final Accounting for Netbula
**Date:** Tue, 14 Mar 2006 02:18:43 +0000
**From:** ydx@netbula.com
**To:** Clay James <Clayton.James@Sun.COM>
**CC:** ydx@netbula.com, nsmith@sheppardmullin.com

Clay,

Nebula has reviewed the information StorageTek sent regarding the Netbula PowerRPC runtime. We believe StorageTek (STK) infringed Netbula's copyright and breached a contract, we believe that StorageTek's customers who copied pwrpc32.dll also infringed Netbula's copyright, based on the following facts:

1) In 2000, Netbula granted STK a license for limited copy of pwrpc32.dll on Windows 95/NT only, subject to the terms of the agreement.

2) Later in June 2000, STK inquired about a new license to add Windows 2000 support. Netbula provided a demo version for Windows 2000. But STK never signed up for a license for WIN2K. Instead, STK told Netbula it had ceased to use pwrpc32.dll and STK ceased to report royalties.

3) In fact, STK continued to use pwrpc32.dll extensively in its products, including unauthorized use on Windows 2000 and beyond.

4) STK customers' use of pwrpc32.dll was also unauthorized.

5) STK provided Netbula a royalty report only after Netbula got suspicious and brought up the question of SUN acquisition.

6) There is an abnormal pattern on reported license usage.

7) STK issued site licenses which allowed its customers unlimited copying of pwrpc32.dll, a clear violation of the license agreement.

Netbula believes that it has basis to bring action against both STK and STK customers who copied pwrpc32.dll . However, before Netbula proceeds, we would like to explore the possibility of settling this and without a lawsuit.

Regards,

Don Yue

-----------------------
"Gill, Carmel C" :

StorageTek Final Accounting for Nebula

Don,

I apologize for the delay in responding to your inquiries on our call October 26. I had a family emergency that kept me out of the office more than two weeks. Attached is a letter setting forth StorageTek's responses to your questions, final accounting and offer to compromise.

Please note that this is my last day at StorageTek. Please direct any further communications regarding this matter to Clay James in the Sun Legal Department. You can reach Clay at (303) 272-7769 or clayton.james@sun.com.

Thank you for your patience, and Happy Holidays!

Carmel Gill

Sun StorageTek Legal Department

◇ ◇ ◇ ◇ ◇ ◇

Attachment:
Content-Type: text/plain;
charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Attachment: Letter to Don Yue 12-16-05.docLetter to Don Yue 12-16-05.doc
Content-Type: application/msword;
name="Letter to Don Yue 12-16-05.doc"
Content-Transfer-Encoding: base64
Content-Description: Letter to Don Yue 12-16-05.doc
Content-Disposition: attachment;
filename="Letter to Don Yue 12-16-05.doc"

Attachment: Software Schedule.pdfSoftware Schedule.pdf
Content-Type: application/octet-stream;
name="Software Schedule.pdf"
Content-Transfer-Encoding: base64
Content-Description: Software Schedule.pdf
Content-Disposition: attachment;
filename="Software Schedule.pdf"

Attachment: Master T's C's (Form 3187) rev 0898.docMaster T's C's (Form 3187) rev 0898.doc
Content-Type: application/msword;
name="Master T's C's (Form 3187) ! rev 0898.doc"
Content-Transfer-Encoding: base64
Content-Description: Master T's C's (Form 3187) rev 0898.doc
Content-Disposition: attachment;
filename="Master T's C's (Form 3187) rev 0898.doc"

Attachment: STK - Form CPA (US) 011904.docSTK - Form CPA (US) 011904.doc
Content-Type: application/msword;
name="STK - Form CPA (US) 011904.doc"
Content-Transfer-Encoding: base64
Content-Description: STK - Form CPA (US) 011904.doc
Content-Disposition: attachment;
filename="STK - Form CPA (US) 011904.doc"

Attachment: StorageTek - Form CPA    5) 041505.docStorageTek - Form CP/    S) 041505.doc
Content-Type: application/msword;
name="StorageTek - Form CPA (US) 041505.doc"
Content-Transfer-Encoding: base64
Content-Description: StorageTek - Form CPA (US) 041505.doc
Content-Disposition: attachment;
filename="StorageTek - Form CPA (US) 041505.doc"

Attachment: FinalCount-RoyaltyItemsOnly.xlsFinalCount-RoyaltyItemsOnly.xls
Content-Type: application/vnd.ms-excel;
name="FinalCount-RoyaltyItems! Only.xls"
Content-Transfer-Encoding: base64
Content-Description: FinalCount-RoyaltyItemsOnly.xls
Content-Disposition: attachment;
filename="FinalCount-RoyaltyItemsOnly.xls"

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

# EXHIBIT D

**From:**    ydx@netbula.com
**Sent:**    Monday, June 05, 2006 2:15 PM
**To:**    Clayton James
**Cc:**    ydx@netbula.com; Julie.Dececco@Sun.COM
**Subject:** Re: Re: Netbula vs STK and proposal

Mr. James,

Mr. Smith is handling a separate and similar matter for Netbula. We have not yet decided to take legal action against StorageTek. Mr. Smith was originally consulted for opinion, but he is not formally on this matter yet. So, your previous communication to him was a bit unexpected.  We still hope the matter can be resolved as a business issue. I think we made a reasonable counter proposal. However, if StorageTek disagrees, then we will have to litigate in a Court. Most probably, another lawyer will take up this case. Netbula has presented its position: both StorageTek and its customers infringed Netbula's copyrights, StorageTek breached a contract and we think many of its actions were deceptive. The SUN acquisition of STK complicated the matter. SUN is well known as  company of integrity. Personally, I respect SUN a lot. Otherwise, we would have sued StorageTek months ago.

Please feel free to communicate with me directly. If you feel that our counter proposal should be rejected, please let me know by June 15, 2006.

Regards,

Don Yue


------------------------
Clayton James :
Mr. Yue,

Unless Mr. Smith is no longer serving as your counsel or he contacts me
to give me permission to speak with you directly, the rules of
professional conduct prohibit me from contacting you directly. Also, as
I believe you are aware, Julie DeCecco is the Sun lawyer handling this
matter.

Clayton James

ydx@netbula.com wrote:

> Mr. James,
>
> Please respond to our proposal directly to me by June 15, 2006. Please
> do not contact Neil Smith.
>
> Regards,
>
> Don
>
> ------------------------
> ydx@netbula.com:
> Mr. James,

12/5/2006

> I have received information from Neil Smith regarding SUN's position
> on the case.Please see attached PDF file on Netbula's position and
> proposal for compromise.
> Regards,
> Don Yue
> ------------------
&! gt; Email sent using AnyEmail (http://netbula.com/anyemail/)
>
> Attachment: stk_case_summary_v1.pdf
> Content-type: application/pdf
> Content-transfer-encoding: base64
> Content-disposition: attachment; filename="stk_case_summary_v1.pdf"
>
> ------------------ Email sent using AnyEmail
> (http://netbula.com/anyemail/)

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

# EXHIBIT E

**From:** ydx@netbula.com
**Sent:** Friday, June 23, 2006 9:13 AM
**To:** Julie.Dececco@Sun.COM
**Subject:** Re: Re: Netbula vs STK and proposal

Julie,

I went back to the calculation and redid it. From 4Q04 to 3Q05, total number of WIN2K licenses were 4317. From 1Q01 to 4Q05, there were 5 years, leading to a total of 21585, substracting 1000, resulting in 20585 (the usage started in 1Q00, the original 1000 licenses were used to for the Windows NT in year 2000). Using an average per license fee of ($34+$50)/2 = $42 . I have $864,570. There is also the issue of interest over the years. My suggestion is to base on the prime rate of the time to compute intrest. Or, we simply use a per copy of fee of $50  and forgo interest calculation -- under this scheme the final amount will be $1,029,000.

I have collected some sample orders/agreement from customers from 1999 to 2006. I can send them to you, if you agree not to release the document to anyone who is not involved in handling the STK-Netbula dispute.

Please respond by June 30, 2006.
Regards,

Don

------------------------
Julie.Dececco@Sun.COM:

Mr. Yue,

Thanks for your response.  Let's plan on meeting tomorrow from 9-10 PT/10-11 MT.  Attending for Sun will be Holly Wagner, Michael Melnick, and I.  Dial in number is:

866.230.6968
code:  4971387

Regards,
Julie

Don Yue wrote On 06/16/06 10:15,:

Mrs. DeCecco,

Tuesday 10-1 MT is fine with me. Please email me the exact schedule.

Regards,

Don Yue


On 6/16/06, Julie DeCecco
wrote:
Mr.
Yue,

12/5/2006

Jolly Wagner, Michael Melnick, and     ave reviewed your latest letter to
Sun regarding this matter and have several questions that we would like

o discuss with you in more detail.  Rather than continue with a
protracted email exchange, we are hoping that you can be available for a
meeting by phone on Tuesday of next week between 10-1 MT or on Wednesdayprior to 10 MT. Alternatively, please
et me know if there is another
ime that would work for you next week.

Regards,
Julie DeCecco

Julie DeCecco
Assistant General Counsel
Sun Microsystems, Inc.

303.272.9498

ydx@netbula.com wrote:
>
> Mr. James,
>
> Netbula is trying to establish a business communication channel
with
> SUN to see if we can resolve this without going thru the legal

> channel. However, from the very beginning of the discussion,
> StorageTek had legal people involved. This matter was transfered to
> lawyers' hands by StorageTek first.
>
> If possible, please forward Netbula's proposal to business
decision

> makers at SUN.
>
> Regards,
>
> Don Yue
>
>
> -----------------------
> Clayton James :
>
> Mr. Yue,
>
> Given that Mr. Smith was copied on several of your emails! to us,
we're

> uncomfortable with contacting you directl y without his permission.
> Part of our caution is based on the repeated lawsuit threats,
which up
> the ante for all concerned.  Please have Mr. Smith send an email
to Ms.

12/5/2006

> DeCecco indicating that he is not representing you in this matter
and
> that she can contact you directly.
>
> Clay James
>
> ydx@netbula.com wrote:
>
>
> Mr. James,
>
> Mr. Smith is handling a separate and similar matter for Netbula. We
> have not yet decided to take legal action against StorageTek. Mr.
Smith
> was originally consulted for opinion, but he is not formally on
this
> matter yet. So, your previous communication to him was a bit
> unexpected.  We still hope the matter can be resolved as a
> business issu! e. I think we made a reasonable counter proposal.
However,
> if StorageTek disagrees, then we will have to litigate in a Court.
Mos! t
> probably, another lawyer will take up this case. Netbula has
presented
> its position: both StorageTek and its customers infringed
Netbula's
> copyrights, StorageTek breached a contract and we think many of its
> actions were deceptive. The SUN acquisition of STK complicated the
> matter. SUN is well known as  company of integrity. Personally, I
> respect SUN a lot. Otherwise, we would have sued StorageTek months
ago.
> Please feel free to communicate with me directly. If you feel that
> our counter proposal should be rejected, please let me know by
June 15,
> 2006.
>
> Regards,
> Don Yue
>
> ------------------------
> Clayton James :
> Mr. Yue,
>
> Unless Mr. Smith is no longer serving as your counsel or he
contacts me
>
> to give me permission to speak with you directly, the rules of
> profess! ional con! duct prohibit me from contacting you directly.
Also, as
> *I believe you are aware, Julie DeCecco is the Sun lawyer handling

12/5/2006

his

> matter.
>
> Clayton James
>
> ydx@netbula.com wrote:
>
> > Mr. James,
> >
> > Please respond to our proposal directly to me by June 15,
2006.

> Please
> > do not contact Neil Smith.
> >
> > Regards,
> >
> > Don
> >
> > ------------------------
> > ydx@netbula.com
:
> > Mr. James,
> > I have received information from Neil Smith regarding SUN's
> position
> > on the case.Please see attached PDF file on Netbula's
position and
>
> > proposal for compromise.

> > Regards,
> > Don Yue
> > -------------------

--

# EXHIBIT F

Subject:    Re: Re: Netbula vs STK and proposal
Date:       Tue, 08 Aug 2006 11:02:42 -0700
From:       Don Yue <ydx@netbula.com>
To:   jis@sun.com
References:        <4496E996.7010205@Sun.COM>
<20060623161309.31454.qmail@numberweb.com>


Jonathan,

My company (Netbula) develops a product called PowerRPC for Win32, which
is built on top of SUN's ONC RPC. Six years ago, StorageTek bought a
PowerRPC license from us and used it in one of its key products to
enable the control of tape drives from Windows. There was a dispute (see
attached PDF file on case history), and there didn't seem to be any
option but to go to the Court. Our laywers work on contingent basis and
it would be very costly to settle after a lawsuit is filed. Netbula
proposed a compromise it can accept in a hope to avoid a costly lawsuit
(see communication with Julie Dececco). The proposal we offered was an
effort for settlement and is not admissable as evidence in a litigation.
We have not gotten a response from SUN on our proposal.

I am a frequent reader of your blog and I wish SUN the best. It would be
very unfortunate if Netbula had to file a lawsuit against StorageTek and
its customers now that StorageTek is part of SUN. We are suing Symantec
on a similar case for copyright infringement, fraud and breach of
contract, and we are confident that we will prevail.

I would appreciate if you could have someone look into this matter and
respond to our final proposal.

Regards,

Don Yue
Netbula, LLC


On 23 Jun 2006 16:13:09 -0000, *ydx@netbula.com
<mailto:ydx@netbula.com>* <ydx@netbula.com <mailto:ydx@netbula.com>> wrote:

     Julie,

     I went back to the calculation and redid it. From 4Q04 to 3Q05,
     total number of WIN2K licenses were 4317. From 1Q01 to 4Q05, there
     were 5 years, leading to a total of 21585, substracting 1000,
     resulting in 20585 (the usage started in 1Q00, the original 1000
     licenses were used to for the Windows NT in year 2000). Using an
     average per license fee of ($34+$50)/2 = $42 . I have $864,570.
     There is also the issue of interest over the years. My suggestion is
     to base on the prime rate of the time to compute intrest. Or, we
     simply use a per copy of fee of $50  and forgo interest calculation
     -- under this scheme the final amount will be $1,029,000.

     I have collected some sample orders/agreement from customers from
     1999 to 2006. I can send them to you, if you agree not to release
     the document to anyone who is not involved in handling the
     STK-Netbula dispute.

     Please respond by June 30, 2006.

     Regards,

     Don

     ------------------------
     Julie.Dececco@Sun.COM <mailto:Julie.Dececco@Sun.COM>:


     Mr. Yue,

     Thanks for your response.  Let's plan on meeting tomorrow from 9-10
     PT/10-11 MT.  Attending for Sun will be Holly Wagner, Michael Melnick,
     and I.  Dial in number is:

     866.230.6968
     code:  4971387

     Regards,
     Julie

     Don Yue wrote On 06/16/06 10:15,:

     Mrs. DeCecco,

     Tuesday 10-1 MT is fine with me. Please email me the exact schedule.

     Regards,

     Don Yue


     On 6/16/06, Julie DeCecco
     wrote:
     Mr.

2

Yue,

Holly Wagner, Michael Melnick, and I have reviewed your latest letter to
Sun regarding this matter and have several questions that we would like

to discuss with you in more detail.  Rather than continue with a
protracted email exchange, we are hoping that you can be available for a
meeting by phone on Tuesday of next week between 10-1 MT or on Wednesday
prior to 10 MT. Alternatively, please let me know if there is another
time that would work for you next week.

Regards,
Julie DeCecco

Julie DeCecco
Assistant General Counsel
Sun Microsystems, Inc.

303.272.9498

ydx@netbula.com <mailto:ydx@netbula.com> wrote:

> Mr. James,
>
> Netbula is trying to establish a business communication channel with
> SUN to see if we can resolve this without going thru the legal

> channel. However, from the very beginning of the discussion,
> StorageTek had legal people involved. This matter was transfered to
> lawyers' hands by StorageTek first.
>
> If possible, please forward Netbula's proposal to business decision

> makers at SUN.
>
> Regards,
>
> Don Yue
>
>
> ------------------------
> Clayton James :
>
> Mr. Yue,
>
> Given that Mr. Smith was copied on several of your emails to us, we're

> uncomfortable with contacting you directly without his permission.
> Part of our caution is based on the repeated lawsuit threats, which up
> the ante for all concerned.  Please have Mr. Smith send an email to Ms.

> DeCecco indicating that he is not representing you in this matter and
> that she can contact you directly.
>
> Clay James
>
> ydx@netbula.com <mailto:ydx@netbula.com> wrote:

3

```
>
> Mr. James,
>
> Mr. Smith is handling a separate and similar matter for Netbula. We
> have not yet decided to take legal action against StorageTek. Mr.
    Smith
> was originally consulted for opinion, but he is not formally on
    this

> matter yet. So, your previous communication to him was a bit
> unexpected.  We still hope the matter can be resolved as a
> business issu! e. I think we made a reasonable counter proposal.
    However,
> if StorageTek disagrees, then we will have to litigate in a Court.
    Most
> probably, another lawyer will take up this case. Netbula has
    presented
> its position: both StorageTek and its customers infringed
    Netbula's

> copyrights, StorageTek breached a contract and we think many of its
> actions were deceptive. The SUN acquisition of STK complicated the
> matter. SUN is well known as  company of integrity. Personally, I

> respect SUN a lot. Otherwise, we would have sued StorageTek months
    ago.
> Please feel free to communicate with me directly. If you feel that
> our counter proposal should be rejected, please let me know by
    June 15,

> 2006.
>
> Regards,
> Don Yue
>
> -----------------------
> Clayton James :
> Mr. Yue,
>
> Unless Mr. Smith is no longer serving as your counsel or he
    contacts me

>
> to give me permission to speak with you directly, the rules of
> profess! ional conduct prohibit me from contacting you directly.
    Also, as
> *I believe you are aware, Julie DeCecco is the Sun lawyer handling
    this

> matter.
>
> Clayton James
>
> ydx@netbula.com <mailto:ydx@netbula.com> wrote:
>
> > Mr. James,
> >
> > Please respond to our proposal directly to me by June 15,
    2006.

> Please
> do not contact Neil Smith.
> >
> > Regards,
> >
> > Don
> >
```

```
>    > -----------------------
>    > ydx@netbula.com <mailto:ydx@netbula.com>
>       :
>    > Mr. James,
>    > I have received information from Neil Smith regarding SUN's
>    position
>    > on the case.Please see attached PDF file on Netbula's
>      position and
>
>    > proposal for compromise.

>    > Regards,
>    > Don Yue
>    > -------------------
```

# EXHIBIT G

**From:**    netbula@gmail.com on behalf of Don Yue [ydx@netbula.com]
**Sent:**    Friday, September 22, 2006 1:06 PM
**To:**    jis@sun.com
**Subject:** Re: Re: Netbula vs STK and proposal

Jonathan,

I sent you the email below last month, I am not sure if you received it.
Could you have someone contact me by any means if you got it?

I am under a lot of pressure to move the case forward. If I do not get a response from SUN by September 29, 2006, then I will have to conclude that all possible ways of resolving the dispute as a license matter have been exhausted, despite our utmost unwillingness to enage SUN --such a great company led by such great people -- in a lawsuit.

On the other case, we are simply nailing the Symantec dudes. They think they are big and they can run from the law. They are wrong.

My cell phone number is 510-396-0012
and my mailing address is

2777 ALVARADO STREET
SUITE C
San Leandro, CA 94577

Regards,

Don Yue

http://netbula.com/


On 8/8/06, **Don Yue** <ydx@netbula.com> wrote:
Jonathan,

My company (Netbula) develops a product called PowerRPC for Win32, which is built on top of SUN's ONC RPC. Six years ago, StorageTek bought a PowerRPC license from us and used it in one of its key products to enable the control of tape drives from Windows. There was a dispute (see attached PDF file on case history), and there didn't seem to be any option but to go to the Court. Our laywers work on contingent basis and it would be very costly to settle after a lawsuit is filed. Netbula proposed a compromise it can accept in a hope to avoid a costly lawsuit (see communication with Julie Dececco). The proposal we offered was an effort for settlement and is not admissable as evidence in a litigation. We have not gotten a response from SUN on our proposal.

I am a frequent reader of your blog and I wish SUN the best. It would be very unfortunate if Netbula had to file a lawsuit against StorageTek and its customers now that StorageTek is part of SUN. We are suing Symantec on a similar case for copyright infringement, fraud and breach of contract, and we are confident that we will prevail.

I would appreciate if you could have someone look into this matter and respond to our final proposal.

Regards,

12/5/2006

Don Yue
Netbula, LLC


On 23 Jun 2006 16:13:09 -0000, **ydx@netbula.com** < ydx@netbula.com> wrote:

Julie,

I went back to the calculation and redid it. From 4Q04 to 3Q05, total number of WIN2K licenses were 4317. From 1Q01 to 4Q05, there were 5 years, leading to a total of 21585, substracting 1000, resulting in 20585 (the usage started in 1Q00, the original 1000 licenses were used to for the Windows NT in year 2000). Using an average per license fee of ($34+$50)/2 = $42 . I have $864,570. There is also the issue of interest over the years. My suggestion is to base on the prime rate of the time to compute intrest. Or, we simply use a per copy of fee of $50 and forgo interest calculation -- under this scheme the final amount will be $1,029,000.

I have collected some sample orders/agreement from customers from 1999 to 2006. I can send them to you, if you agree not to release the document to anyone who is not involved in handling the STK-Netbula dispute.

Please respond by June 30, 2006.

Regards,

Don

------------------------
Julie.Dececco@Sun.COM:

Mr. Yue,

Thanks for your response.  Let's plan on meeting tomorrow from 9-10 PT/10-11 MT.  Attending for Sun will be Holly Wagner, Michael Melnick, and I.  Dial in number is:

866.230.6968
code:  4971387

Regards,
Julie

Don Yue wrote On 06/16/06 10:15,:

Mrs. DeCecco,

Tuesday 10-1 MT is fine with me. Please email me the exact schedule.

Regards,

Don Yue


On 6/16/06, Julie DeCecco
wrote:
Mr.

Yue,

Holly Wagner, Michael Melnick, and I have reviewed your latest letter to
Sun regarding this matter and have several questions that we would like

to discuss with you in more detail.  Rather than continue with a
protracted email exchange, we are hoping that you can be available for a
meeting by phone on Tuesday of next week between 10-1 MT or on Wednesday
prior to 10 MT. Alternatively, please let me know if there is another
time that would work for you next week.

Regards,
Julie DeCecco

Julie DeCecco
Assistant General Counsel
Sun Microsystems, Inc.

303.272.9498

ydx@netbula.com wrote:
>
> Mr. James,
>
> Netbula is trying to establish a business communication channel
with
> SUN to see if we can resolve this without going thru the legal

> channel. However, from the very beginning of the discussion,
> StorageTek had legal people involved. This matter was transfered to
> lawyers' hands by StorageTek first.
>
> If possible, please forward Netbula's proposal to business
decision

> makers at SUN.
>
> Regards,
>
> Don Yue
>
>
> ------------------------
> Clayton James :
>
> Mr. Yue,
>
> Given that Mr. Smith was copied on several of your emails to us,
we're

> uncomfortable with contacting you directly without his permission.
> Part of our caution is based on the repeated lawsuit threats,
which up
> the ante for all concerned.  Please have Mr. Smith send an email
to Ms.

12/5/2006

> DeCecco indicating that he is r.  .epresenting you in this matter and
> that she can contact you directly.
>
> Clay James
>
> ydx@netbula.com wrote:

>
> Mr. James,
>
> Mr. Smith is handling a separate and similar matter for Netbula. We
> have not yet decided to take legal action against StorageTek. Mr. Smith
> was originally consulted for opinion, but he is not formally on this

> matter yet. So, your previous communication to him was a bit
> unexpected. We still hope the matter can be resolved as a
> business issu! e. I think we made a reasonable counter proposal. However,
> if StorageTek disagrees, then we will have to litigate in a Court. Most
> probably, another lawyer will take up this case. Netbula has presented
> its position: both StorageTek and its customers infringed Netbula's

> copyrights, StorageTek breached a contract and we think many of its
> actions were deceptive. The SUN acquisition of STK complicated the
> matter. SUN is well known as  company of integrity. Personally, I

> respect SUN a lot. Otherwise, we would have sued StorageTek months ago.
> Please feel free to communicate with me directly. If you feel that
> our counter proposal should be rejected, please let me know by June 15,

> 2006.
>
> Regards,
> Don Yue
>
> ------------------------
> Clayton James :
> Mr. Yue,
>
> Unless Mr. Smith is no longer serving as your counsel or he contacts me

>
> to give me permission to speak with you directly, the rules of
> profess! ional conduct prohibit me from contacting you directly. Also, as

> *I believe you are aware, Julie ~~DeCecco is the Sun lawyer handling this

> matter.
>
> Clayton James
>
> ydx@netbula.com wrote:
>
> > Mr. James,
> >
> > Please respond to our proposal directly to me by June 15, 2006.

> Please
> > do not contact Neil Smith.
> >
> > Regards,
> >
> > Don
> >
> > ----------------------
> > ydx@netbula.com
:
> > Mr. James,
> > I have received information from Neil Smith regarding SUN's
> position
> > on the case.Please see attached PDF file on Netbula's position and
>
> > proposal for compromise.

> > Regards,
> > Don Yue
> > -------------------


--
Julie A. DeCecco
Sun Microsystems, Inc.
julie.dececco@sun.com
phone: x 79498 or 303.272.9498
fax: 303.272.8054

Attachment:
Content-type: text/plain; format=flowed; charset=us-ascii
Content-transfer-encoding: 7BIT
------------------ Email sent using AnyEmail ( http://netbula.com/anyemail/)