LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
FENWICK & WEST LLP
Embarcadero Center West, Suite 1600
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION and
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C06-07391 BZ<br><br>**DECLARATION OF MICHAEL ABRAMOVITZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO APPLICATION FOR TEMPORARY RESTRAINING ORDER AND IMPOUNDMENT**<br><br>Date:     December 5, 2006<br>Time:    3:00 p.m.<br>Dept:    Courtroom G, 15th Floor<br>Judge:   Hon. Bernard Zimmerman |

DECLA. OF MICHAEL ABRAMOVITZ IN
OPPOSITION TO PL.'S TRO                    -i-                                 CASE NO. C06-07391 BZ

I, Michael Abramovitz, hereby declare as follows:

1. I am a Software Engineer for Sun Microsystems, Inc. ("Sun"). Before working for Sun, I was employed by StorageTek, also as a Software Engineer.

2. I make the following statements based upon my personal knowledge unless otherwise indicated and, if called as a witness, I could and would testify competently to the facts set forth herein.

3. I understand that Netbula seeks an order prohibiting Sun from distributing products containing certain Netbula code. On or about November 29, 2005 Sun replaced the code it had licensed from Netbula with a free, open source product available for download over the Internet. Thus, the Netbula code is not being included in any StorageTek products distributed to customers, and has not been in the last year.

4. Like Netbula's PowerRPC product, the free download was derived from Sun's ONC RPC, also referred to as Sun RPC. ONC RPC is short for *Open Network Computing Remote Procedure Call*. It is a widely deployed remote procedure call system originally developed by Sun as part of its Network File System project. Sun's ONC RPC allows an application running on one computer to utilize software on another. I understand that beginning in the 1980s, Sun began licensing ONC RPC to the public free of charge. Since then, several third parties have created implementations of ONC RPC for other environments, including Windows.

5. I have had an opportunity to evaluate Netbula's PowerRPC product, and to compare it to Sun's ONC RPC code. Based on this review, I believe that the vast majority of the functionality in the Netbula product is derived from Sun's ONC RPC code. Netbula's PowerRPC is a implementation of Sun's code to work in the Windows environment. As such, changes Netbula made to the original ONC RPC were required by the technical requirements and limitations of the Windows operating system.

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

1
2  By: /s/ Michael Abramovitz
3       Michael Abramovitz
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28