**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **12/05/2006**

**C06-7391 BZ**

**Netbula LLC v. Storage Technology Corporation, et al.**

Attorneys:   Vonnah M. Brillet   Jedediah Wakefield

Time: 3:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Jim Yeomans; 3:03-3:22, 3:52-4:14**

**PROCEEDINGS:**                                     **RULING:**

1. Plaintiff's Motion for Temporary Restraining Order          Motion Withdrawn
2. _____   _____
3. _____   _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Plaintiff's counsel withdrew Motion for Temporary Restraining Order.   Counsel may file a Motion for Preliminary Injunction.

(     ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court_____

(     ) Referred to Magistrate Judge for a Settlement Conference to occur as soon as schedule permits.
        ( ) By Court      ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____   for _____

Discovery Cut-Off_____   Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date -                    Trial Date-
                                         Type of Trial:

Notes:_____