LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB No. 233482)
asieber@fenwick.com
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street, Ste. 1600
San Francisco, CA 94111
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION and
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY, INC., a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-06-07391<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANTS STORAGE TECHNOLOGY CORPORATION and SUN MICROSYSTEMS, INC.** |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** of the following change of address for counsel for defendants Storage Technology Corporation and Sun Microsystems, Inc. Effective January 22, 2007, the contact information for defendants Storage Technology Corporation and Sun Microsystems, Inc.'s counsel will be as follows:

NOTICEOF CHANGE OF ADDRESS
(C-06-07391)

1

2         Laurence Pulgram

3         Jedediah Wakefield
       Albert Sieber

4         Fenwick & West LLP
       555 California Street, Suite 1200

5         San Francisco, CA  94104
       Telephone:  415.875.2300

6         Facsimile:  415.281.1350

7    Fenwick & West's email address and telephone numbers will remain the same.

8  Dated: January 22, 2007                FENWICK & WEST LLP

9

10                                  By: /s/ Jedediah Wakefield
                                     Jedediah Wakefield

11
                                Attorneys for Defendants
12                                 STORAGE TECHNOLOGY
                                CORPORATION and SUN
13                                 MICROSYSTEMS, INC

14

15

16

17  25686/00400/LIT/1260866.1

18

19

20

21

22

23

24

25

26

27

28