| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Vonnah M. Brillet, Bar #226545<br>2777 Alvarado St.<br>Suite E<br>San Leandro, CA 94577<br>Telephone No: (510) 351-5345    FAX No: (510) 351-5348 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>CCNetworks |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: Netbula, LLC
Defendant: Storage Technology Corporation et al.

| **PROOF OF SERVICE**<br>**ORDER** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 06-07391 BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER; Setting Initial Case Management Conference and ADR Deadlines, Standing Orders, Joint Case Management Statement and Proposed Order, Summons in a Civil Case, First Amended Complaint, Administrative Motion to Consider Whether Cases Should be Related, Dispute Resolution Proceedures

3. a. Party served:           Darden Restaurants, Inc.
   b. Person served:          party in item 3.a. Raziur Rahman, Registered Agent for Darden Restaurants, c/o Corporate Creations Network.

4. Address where the party was served:   Corporate Creations Network, Inc.
                                         11380 Prosperity Farms Road, Suite
                                         Palm Beach Gardens, FL 33410

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 19, 2007 (2) at: 2:07PM

7. *Person Who Served Papers:*
   a. Eric Simon
   b. **Due Process International, Inc.**
   P.O. Box 4529, Registration # 1074
   Tequesta, FL 33469
   c. (800) 805-7495

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $75.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   1117
      (iii) County:            Alameda

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jan. 24, 2007

(Eric Simon)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
ORDER

ccnetworks.3515345.21723