1  Stephanie Powers Skaff (State Bar No. 183119)
   Farella Braun & Martel LLP
2  235 Montgomery Street, 17th Floor
   San Francisco, CA 94104
3  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
4
   Attorneys for Defendant
5  DARDEN RESTAURANTS INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12 | NETBULA, LLC, a Delaware limited        | Case No. C06-07391 BZ
   | liability company,                      |
13 |                                         | **STIPULATION TO EXTEND TIME TO**
   |            Plaintiff,                   | **RESPOND TO FIRST AMENDED**
14 |                                         | **COMPLAINT**
   |     vs.                                 |
15 |                                         |
   | STORAGE TECHNOLOGY                      |
16 | CORPORATION, a Delaware corporation;    |
   | SUN MICROSYSTEMS Inc., a Delaware       |
17 | corporation; INTERNATIONAL              |
   | BUSINESS MACHINES                       |
18 | CORPORATION, a New York                 |
   | corporation; EMC CORPORATION, a         |
19 | Massachusetts corporation; VERITAS      |
   | SOFTWARE CORPORATION, a                 |
20 | Delaware corporation; DARDEN            |
   | RESTAURANTS, INC., a Florida            |
21 | Corporation; and DOES 1-100, inclusive, |
22 |            Defendants.                  |

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation to Extend Time to Respond to
Complaint - Case No. C06-07391 BZ                -1-                         07345\1164932.1

1   Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and among Plaintiff
2   NETBULA LLC and Defendant DARDEN RESTAURANTS INC., through their counsel, that
3   Darden Restaurants Inc. shall have until March 8, 2007, to answer or otherwise respond to
4   Netbula LLC's First Amended Complaint.

6   DATED: January 31, 2007          FARELLA BRAUN & MARTEL LLP

7                                    By:     /s/
                                           Stephanie P. Skaff

8                                    Attorneys for Defendant
                                     DARDEN RESTAURANTS INC.

11  DATED: January ___, 2007         LAW OFFICES OF VONNAH M. BRILLET

12                                   By:
                                           Vonnah M. Brillet

13                                   Attorney for Plaintiff
                                     NETBULA LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation to Extend Time to Respond to
Complaint - Case No. C06-07391 BZ         -2-                              07345\1164932.1

1  Pursuant to Civil Local Rule 6-1(a), it is hereby stipulated by and among Plaintiff
2  NETBULA LLC and Defendant DARDEN RESTAURANTS INC., through their counsel, that
3  Darden Restaurants Inc. shall have until March 8, 2007, to answer or otherwise respond to
4  Netbula LLC's First Amended Complaint.

DATED: January ___, 2007          FARELLA BRAUN & MARTEL LLP

                                  By:  /s/
                                       Stephanie P. Skaff

                                  Attorneys for Defendant
                                  DARDEN RESTAURANTS INC.


DATED: January 31, 2007           LAW OFFICES OF VONNAH M. BRILLET

                                  By:  [signature]
                                       Vonnah M. Brillet

                                  Attorney for Plaintiff
                                  NETBULA LLC

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation to Extend Time to Respond to
Complaint - Case No. C06-07391 BZ          - 2 -                    07345\1164932.1