QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Rachel Smith (Bar No. 222075)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile     (415) 875-6700
Email: davideiseman@quinnemanuel.com
       rachelsmith@quinnemanuel.com

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>        Defendants. | CASE NO. C06-07391 BZ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION TO RESPOND TO FIRST AMENDED COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED by and among Plaintiff Netbula LLC and Defendant International Business Machines Corporation ("IBM"), through their counsel, that IBM shall have until March 8, 2007 to answer or otherwise respond to Netbula LLC's First Amended Complaint.

DATED: February 2, 2007           QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ David Eiseman
David Eiseman

Attorneys for Defendant International Business Machines Corporation

DATED: February 2, 2007           LAW OFFICES OF VONNAH M. BRILLET

By  /s/ Vonnah M. Brillet
Vonnah M. Brillet

Attorneys for Plaintiff
Netbula LLC

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, David Eiseman, attest that concurrence in the filing of this document has been obtained from Vonnah M. Brillet, counsel for Plaintiff Netbula LLC.

I declare under penalty of perjury under the laws of the United Stzates of America that the foregoing is true and correct.

Dated: February 2, 2007           /s/ David Eiseman
David Eiseman