VONNAH M. BRILLET (SBN 226545)
LAW OFFICES OF VONNAH M. BRILLET
2777 Alvarado St., Suite E
San Leandro, CA 94577
Tel.: (510) 351-5345
Fax: (510) 351-5348
E-mail: BrilletLaw@yahoo.com

Attorney for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-06-07391-BZ<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT VERITAS SOFTWARE CORPORATION TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), IT IS HEREBY STIPULATED by and among
2  Plaintiff Netbula, LLC ("Netbula") and Defendant Veritas Software Corporation ("Veritas"),
3  through their counsel, that Veritas shall have until March 8, 2007 to answer or otherwise respond
4  to Netbula's First Amended Complaint.

Dated: February 6, 2007

By:      /S/
     Joseph FitzGerald

Counsel for Defendant
VERITAS SOFTWARE CORPORATION

Dated: February 6, 2007     LAW OFFICES OF VONNAH M. BRILLET

By:      /S/
     Vonnah S. Brillet

Attorney for Plaintiff
NETBULA, LLC

STIPULATION TO EXTEND TIME FOR
VERITAS TO RESPOND TO FAC      2      C-06-07391-BZ

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Vonnah M. Brillet, attest that concurrence in the filing of this document has been obtained from Joseph FitzGerald, counsel for Defendant Veritas Software Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 6, 2007                              By:            /S/
                                                                        Vonnah M. Brillet