QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Rachel Smith (Bar No. 222075)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile    (415) 875-6700
Email: davideiseman@quinnemanuel.com
       rachelsmith@quinnemanuel.com

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    vs.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | CASE NO. C06-07391 BZ<br><br>**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  Defendant International Business Machines Corporation declines to consent to the
2  assignment of this action to a United States Magistrate Judge for trial and disposition, and requests
3  the reassignment of this action to a United States District Judge.

4

5  DATED: February 16, 2007          QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP
6

7                                     By  /s/ David Eiseman
8                                         David Eiseman

9                                         Attorneys for Defendant International Business
                                          Machines Corporation
10