VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:    (510) 351-5345
Facsimile:    (510) 351-5348
E-Mail:       BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendants | Case No.   C06-07391 BZ<br><br>PROOF OF SERVICE |

-1-

Case No. C06-07391 BZ                                        PROOF OF SERVICE

## **CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. My business address is 2777 Alvarado Street, Suite E, San Leandro, CA 94577.

On February 23, 2007, I served a copy of the foregoing documents described as:

ADR
SUMMONS
FIRST AMENDED COMPLAINT
ADR PACKAGE
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
ECF DOCUMENTS

On all interested parties in said cause, by delivering a true copy as follows:

__X__   **(By E-Mail)**   By transmitting via email the document(s) listed above to the e-mail address(es) set forth below on this date.

        Gupta_Krish@emc.com
        Dianne.Christman@wolterskluwer.com

___   **(By Mail)**   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 23, 2007, at San Leandro, California.

                                                   Vonnah M. Brillet