1   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      David Eiseman (Bar No. 114758)
2     Rachel Smith (Bar No. 222075)
    50 California Street, 22nd Floor
3   San Francisco, California 94111
    Telephone:    (415) 875-6600
4   Facsimile     (415) 875-6700
    Email: davideiseman@quinnemanuel.com
5           rachelsmith@quinnemanuel.com

6   Attorneys for Defendant International Business
    Machines Corporation

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  NETBULA LLC, a Delaware limited liability    CASE NO. C 06-07391 MJJ
    company,
                                                 **DEFENDANT INTERNATIONAL**
13                    Plaintiff,                 **BUSINESS MACHINES**
                                                 **CORPORATION'S ANSWER AND**
14          vs.                                  **AFFIRMATIVE DEFENSES TO FIRST**
                                                 **AMENDED COMPLAINT**
15  STORAGE TECHNOLOGY
    CORPORATION, a Delaware corporation;         **DEMAND FOR JURY TRIAL**
16  SUN MICROSYSTEMS INC., a Delaware
    corporation; INTERNATIONAL BUSINESS          **CERTIFICATION OF INTERESTED**
17  MACHINES CORPORATION, a New York             **ENTITIES OR PERSONS**
    corporation; EMC CORPORATION, a
18  Massachusetts corporation; VERITAS
    SOFTWARE CORPORATION, a Delaware
19  corporation; DARDEN RESTAURANTS,
    INC., a Florida corporation; and DOES 1-100,
20  inclusive,

21                    Defendants.

22

23

24

25

26

27

28

51191/2058992.4

1

## ANSWER

Defendant International Business Machines Corporation ("IBM") answers the allegations made by Plaintiff Netbula LLC ("Netbula") in support of its First Amended Complaint, according to the numbered paragraphs thereof, as follows:

## INTRODUCTION

1.    To the extent any allegations in paragraph 1 of the First Amended Complaint are addressed to IBM, IBM denies those allegations.  IBM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 1 of the First Amended Complaint and therefore denies those allegations.

2.    To the extent any allegations in paragraph 2 of the First Amended Complaint are addressed to IBM, IBM denies those allegations.  IBM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 of the First Amended Complaint and therefore denies those allegations.

## JURISDICTION

3.    To the extent the allegations in paragraph 3 of the First Amended Complaint are conclusions of law, IBM is not required to respond to those allegations.  To the extent the allegations in paragraph 3 of the First Amended Complaint may be deemed allegations of fact, IBM admits that Netbula purports to base subject matter jurisdiction over this action on the statutes listed in paragraph 3 of the First Amended Complaint.  To the extent not expressly admitted, IBM denies the remaining allegations of paragraph 3 of the First Amended Complaint.

4.    To the extent the allegations in paragraph 4 of the First Amended Complaint are conclusions of law, IBM is not required to respond to those allegations.  To the extent the allegations in paragraph 4 of the First Amended Complaint may be deemed allegations of fact, IBM admits that IBM has engaged in business, has sold products and has engaged in communications within the Northern District of California.  To the extent not expressly admitted, IBM denies the remaining allegations of paragraph 4 of the First Amended Complaint that are addressed to IBM.  IBM lacks knowledge or information sufficient to form a belief as to the truth

1  of the remaining allegations in paragraph 4 of the First Amended Complaint and therefore denies

2  those allegations.

3  **INTRADISTRICT ASSIGNMENT**

4      5.      To the extent the allegations in paragraph 5 of the First Amended Complaint are

5  conclusions of law, IBM is not required to respond to those allegations.  To the extent the

6  allegations in paragraph 5 of the First Amended Complaint may be deemed allegations of fact,

7  IBM admits that Netbula purports to bring an Intellectual Property Action subject to assignment

8  on a district-wide basis as specified in Civil Local Rule 3-2(c).  To the extent not expressly

9  admitted, IBM denies the remaining allegations of paragraph 5 of the First Amended Complaint.

10  **THE PARTIES**

11      6.      IBM lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations in paragraph 6 of the First Amended Complaint and therefore denies those

13  allegations.

14      7.      IBM lacks knowledge or information sufficient to form a belief as to the truth of

15  the allegations in paragraph 7 of the First Amended Complaint and therefore denies those

16  allegations.

17      8.      IBM lacks knowledge or information sufficient to form a belief as to the truth of

18  the allegations in paragraph 8 of the First Amended Complaint and therefore denies those

19  allegations.

20      9.      IBM admits that it is a New York corporation with a principal place of business at

21  New Orchard Road, Armonk, New York 10504.

22      10.      IBM lacks knowledge or information sufficient to form a belief as to the truth of

23  the allegations in paragraph 10 of the First Amended Complaint and therefore denies those

24  allegations.

25      11.      IBM lacks knowledge or information sufficient to form a belief as to the truth of

26  the allegations in paragraph 11 of the First Amended Complaint and therefore denies those

27  allegations.

28

12.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the First Amended Complaint and therefore denies those allegations.

13.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 13 of the First Amended Complaint and therefore denies those allegations.

## **FACTUAL DETAILS**

14.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the First Amended Complaint and therefore denies those allegations.

15.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the First Amended Complaint and therefore denies those allegations.

16.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the First Amended Complaint and therefore denies those allegations.

17.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the First Amended Complaint and therefore denies those allegations.

18.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the First Amended Complaint and therefore denies those allegations.

19.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 19 of the First Amended Complaint and therefore denies those allegations.

20.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the First Amended Complaint and therefore denies those allegations.

-4-

1    21.    IBM admits that a document that purports to be a Copyright Office Certificate of

2  Registration, Registration No. TX 6-211-063, is attached to the First Amended Complaint as

3  Exhibit A.  IBM lacks knowledge or information sufficient to form a belief as to the truth of the

4  remaining allegations in paragraph 21 of the First Amended Complaint and therefore denies those

5  allegations.

6    22.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

7  the allegations in paragraph 22 of the First Amended Complaint and therefore denies those

8  allegations.

9    23.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

10  the allegations in paragraph 23 of the First Amended Complaint and therefore denies those

11  allegations.

12    24.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

13  the allegations in paragraph 24 of the First Amended Complaint and therefore denies those

14  allegations.

15    25.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations in paragraph 25 of the First Amended Complaint and therefore denies those

17  allegations.

18    26.    IBM admits that Defendant Storage Technology Corporation ("StorageTek")

19  product literature describes products known as "Automated Cartridge System Library Software"

20  ("ACSLS"), "Library Manager" and "Library Station."  IBM lacks knowledge or information

21  sufficient to form a belief as to the truth of the remaining allegations in paragraph 26 of the First

22  Amended Complaint and therefore denies those allegations.

23    27.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

24  the allegations in paragraph 27 of the First Amended Complaint and therefore denies those

25  allegations.

26    28.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

27  the allegations in paragraph 28 of the First Amended Complaint and therefore denies those

28  allegations.

1         29.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

2  the allegations in paragraph 29 of the First Amended Complaint and therefore denies those

3  allegations.

4         30.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

5  the allegations in paragraph 30 of the First Amended Complaint and therefore denies those

6  allegations.

7         31.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

8  the allegations in paragraph 31 of the First Amended Complaint and therefore denies those

9  allegations.

10        32.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

11  the allegations in paragraph 32 of the First Amended Complaint and therefore denies those

12  allegations.

13        33.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

14  the allegations in paragraph 33 of the First Amended Complaint and therefore denies those

15  allegations.

16        34.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

17  the allegations in paragraph 34 of the First Amended Complaint and therefore denies those

18  allegations.

19        35.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

20  the allegations in paragraph 35 of the First Amended Complaint and therefore denies those

21  allegations.

22        36.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

23  the allegations in paragraph 36 of the First Amended Complaint and therefore denies those

24  allegations.

25        37.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

26  the allegations in paragraph 37 of the First Amended Complaint and therefore denies those

27  allegations.

28

51191/2058992.4

38.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the First Amended Complaint and therefore denies those allegations.

39.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the First Amended Complaint and therefore denies those allegations.

40.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the First Amended Complaint and therefore denies those allegations.

41.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the First Amended Complaint and therefore denies those allegations.

42.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the First Amended Complaint and therefore denies those allegations.

43.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the First Amended Complaint and therefore denies those allegations.

44.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the First Amended Complaint and therefore denies those allegations.

45.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the First Amended Complaint and therefore denies those allegations.

46.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the First Amended Complaint and therefore denies those allegations.

47.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the First Amended Complaint and therefore denies those allegations.

48.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 48 of the First Amended Complaint and therefore denies those allegations.

49.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the First Amended Complaint and therefore denies those allegations.

50.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the First Amended Complaint and therefore denies those allegations.

51.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the First Amended Complaint and therefore denies those allegations.

52.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the First Amended Complaint and therefore denies those allegations.

53.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the First Amended Complaint and therefore denies those allegations.

54.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the First Amended Complaint and therefore denies those allegations.

55.    IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 55 of the First Amended Complaint and therefore denies those allegations.

1   56.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

2   the allegations in paragraph 56 of the First Amended Complaint and therefore denies those

3   allegations.

4   57.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

5   the allegations in paragraph 57 of the First Amended Complaint and therefore denies those

6   allegations.

7   58.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

8   the allegations in paragraph 58 of the First Amended Complaint and therefore denies those

9   allegations.

10   59.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

11   the allegations in paragraph 59 of the First Amended Complaint and therefore denies those

12   allegations.

13   60.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

14   the allegations in paragraph 60 of the First Amended Complaint and therefore denies those

15   allegations.

16   61.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

17   the allegations in paragraph 61 of the First Amended Complaint and therefore denies those

18   allegations.

19   62.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

20   the allegations in paragraph 62 of the First Amended Complaint regarding industry reports by IDC

21   relating to IBM's storage management software revenues.  IBM denies the remaining allegations

22   of paragraph 62 of the First Amended Complaint.

23   63.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

24   the allegations in paragraph 63 of the First Amended Complaint and therefore denies those

25   allegations.

26   64.   IBM lacks knowledge or information sufficient to form a belief as to the truth of

27   the allegations in paragraph 64 of the First Amended Complaint and therefore denies those

28   allegations.

51191/2058992.4

65.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 65 of the First Amended Complaint and therefore denies those allegations.

### FIRST CLAIM FOR RELIEF

**COPYRIGHT INFRINGEMENT (DIRECT, CONTRIBUTORY, AND VICARIOUS)**

**(17 U.S.C. § 101 *et seq.*)**

**(Against All Defendants.  For Damages and Profits, and Injunctive Relief.)**

66.     IBM realleges and incorporates by reference each of its responses to paragraphs 1 through 65 of the First Amended Complaint as though fully set forth in this paragraph.

67.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 67 of the First Amended Complaint and therefore denies those allegations.

68.     IBM admits that a document that purports to be a Copyright Office Certificate of Registration, Registration No. TX 6-211-063, is attached to the First Amended Complaint as Exhibit A.  IBM lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 68 of the First Amended Complaint and therefore denies those allegations.

69.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 69 of the First Amended Complaint and therefore denies those allegations.

70.     IBM lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 70 of the First Amended Complaint and therefore denies those allegations.

71.     The allegations in paragraph 71 of the First Amended Complaint are not addressed to IBM and therefore no response by IBM is required.  To the extent any allegations in paragraph 71 are addressed to IBM, IBM denies those allegations.

72.     To the extent any allegations in paragraph 72 of the First Amended Complaint are addressed to IBM, IBM denies those allegations.  IBM lacks knowledge or information sufficient

1   to form a belief as to the truth of the remaining allegations in paragraph 72 of the First Amended

2   Complaint and therefore denies those allegations.

3       73.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

4   the allegations in paragraph 73 of the First Amended Complaint and therefore denies those

5   allegations.

6       74.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

7   the allegations in paragraph 74 of the First Amended Complaint and therefore denies those

8   allegations.

9       75.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

10  the allegations in paragraph 75 of the First Amended Complaint and therefore denies those

11  allegations.

12      76.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

13  the allegations in paragraph 76 of the First Amended Complaint and therefore denies those

14  allegations.

15      77.     IBM lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations in paragraph 77 of the First Amended Complaint and therefore denies those

17  allegations.

18      78.     To the extent any allegations in paragraph 78 of the First Amended Complaint are

19  addressed to IBM, IBM denies those allegations.  IBM lacks knowledge or information sufficient

20  to form a belief as to the truth of the remaining allegations in paragraph 78 of the First Amended

21  Complaint and therefore denies those allegations.

22      79.     To the extent any allegations in paragraph 79 of the First Amended Complaint are

23  addressed to IBM, IBM denies those allegations.  IBM lacks knowledge or information sufficient

24  to form a belief as to the truth of the remaining allegations in paragraph 79 of the First Amended

25  Complaint and therefore denies those allegations.

26      80.     To the extent any allegations in paragraph 80 of the First Amended Complaint are

27  addressed to IBM, IBM denies those allegations.  IBM lacks knowledge or information sufficient

28

51191/2058992.4

DEFENDANT IBM'S ANSWER AND AFFIRMATIVE DEFENSES
TO FIRST AMENDED COMPLAINT -- CASE NO. C 06-07391 MJJ

1   to form a belief as to the truth of the remaining allegations in paragraph 80 of the First Amended

2   Complaint and therefore denies those allegations.

3       81.    To the extent any allegations in paragraph 81 of the First Amended Complaint are

4   addressed to IBM, IBM denies those allegations. IBM lacks knowledge or information sufficient

5   to form a belief as to the truth of the remaining allegations in paragraph 81 of the First Amended

6   Complaint and therefore denies those allegations.

7       82.    To the extent any allegations in paragraph 82 of the First Amended Complaint are

8   addressed to IBM, IBM denies those allegations. IBM lacks knowledge or information sufficient

9   to form a belief as to the truth of the remaining allegations in paragraph 82 of the First Amended

10  Complaint and therefore denies those allegations.

11      83.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

12  the allegations in paragraph 83 of the First Amended Complaint and therefore denies those

13  allegations.

14      84.    IBM denies the allegations of paragraph 84 of the First Amended Complaint.

15      85.    IBM lacks knowledge or information sufficient to form a belief as to the truth of

16  the allegations in paragraph 85 of the First Amended Complaint and therefore denies those

17  allegations.

18      86.    IBM denies the allegations of paragraph 86 of the First Amended Complaint.

19      87.    IBM denies the allegations of paragraph 87 of the First Amended Complaint.

20      88.    IBM denies the allegations of paragraph 88 of the First Amended Complaint.

21      89.    IBM denies the allegations of paragraph 89 of the First Amended Complaint.

22      90.    IBM denies the allegations of paragraph 90 of the First Amended Complaint.

23      91.    IBM denies the allegations of paragraph 91 of the First Amended Complaint.

24      92.    IBM denies the allegations of paragraph 92 of the First Amended Complaint.

25

26

27

28

1

### SECOND CLAIM FOR RELIEF

2

### INTENTIONAL FRAUD

3

### (California Civil Code § 1709)

4

**(Against Defendants StorageTek and SUN Only.  For Damages and Exemplary Damages.)**

5       93.     IBM realleges and incorporates by reference each of its responses to paragraphs 1

6  through 92 of the First Amended Complaint as though fully set forth in this paragraph.

7       94.     The allegations in the Second Claim for Relief do not assert a claim against IBM

8  and therefore IBM is not required to respond to paragraph 94 of the First Amended Complaint.

9       95.     The allegations in the Second Claim for Relief do not assert a claim against IBM

10  and therefore IBM is not required to respond to paragraph 95 of the First Amended Complaint.

11      96.     The allegations in the Second Claim for Relief do not assert a claim against IBM

12  and therefore IBM is not required to respond to paragraph 96 of the First Amended Complaint.

13      97.     The allegations in the Second Claim for Relief do not assert a claim against IBM

14  and therefore IBM is not required to respond to paragraph 97 of the First Amended Complaint.

15      98.     The allegations in the Second Claim for Relief do not assert a claim against IBM

16  and therefore IBM is not required to respond to paragraph 98 of the First Amended Complaint.

17      99.     The allegations in the Second Claim for Relief do not assert a claim against IBM

18  and therefore IBM is not required to respond to paragraph 99 of the First Amended Complaint.

19      100.    The allegations in the Second Claim for Relief do not assert a claim against IBM

20  and therefore IBM is not required to respond to paragraph 100 of the First Amended Complaint.

21      101.    The allegations in the Second Claim for Relief do not assert a claim against IBM

22  and therefore IBM is not required to respond to paragraph 101 of the First Amended Complaint.

23

### THIRD CLAIM FOR RELIEF

24

### BREACH OF CONTRACT

25

**(Against Defendants StorageTek and SUN only.  For Damages.)**

26      102.    IBM realleges and incorporates by reference each of its responses to paragraphs 1

27  through 101 of the First Amended Complaint as though fully set forth in this paragraph.

28

103.    The allegations in the Third Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 103 of the First Amended Complaint.

104.    The allegations in the Third Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 104 of the First Amended Complaint.

105.    The allegations in the Third Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 105 of the First Amended Complaint

106.    The allegations in the Third Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 106 of the First Amended Complaint.

107.    The allegations in the Third Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 107 of the First Amended Complaint.

## FOURTH CLAIM FOR RELIEF

### STATUTORY UNFAIR COMPETITION

### (Cal. Bus. & Prof. Code § 17200 *et seq.*)

### (Against StorageTek and SUN.  For Restitution and Injunctive Relief.)

108.    IBM realleges and incorporates by reference each of its responses to paragraphs 1 through 107 of the First Amended Complaint as though fully set forth in this paragraph.

109.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 109 of the First Amended Complaint.

110.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 110 of the First Amended Complaint.

111.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 111 of the First Amended Complaint.

112.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 112 of the First Amended Complaint.

113.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 113 of the First Amended Complaint.

114.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM and therefore IBM is not required to respond to paragraph 114 of the First Amended Complaint.

1    115.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM

2    and therefore IBM is not required to respond to paragraph 115 of the First Amended Complaint.

3    116.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM

4    and therefore IBM is not required to respond to paragraph 116 of the First Amended Complaint.

5    117.    The allegations in the Fourth Claim for Relief do not assert a claim against IBM

6    and therefore IBM is not required to respond to paragraph 117 of the First Amended Complaint.

7    **FIFTH CLAIM FOR RELIEF**

8    **EQUITABLE ACCOUNTING AND IMPOSITION OF A CONSTRUCTIVE TRUST**

9    **(Against All Defendants.)**

10    118.    IBM realleges and incorporates by reference each of its responses to paragraphs 1

11    through 117 of the First Amended Complaint as though fully set forth in this paragraph.

12    119.    IBM denies the allegations of paragraph 119 of the First Amended Complaint.

13    120.    IBM denies the allegations of paragraph 120 of the First Amended Complaint.

14    121.    IBM denies the allegations of paragraph 121 of the First Amended Complaint.

15

16    IBM otherwise denies each allegation in the First Amended Complaint.  IBM also denies

17    that Netbula is entitled to the relief sought by its Prayer for Relief set forth on pages 35 through 39

18    of the First Amended Complaint.

19

20    **AFFIRMATIVE DEFENSES**

21    IBM asserts its affirmative defenses to Netbula's First Amended Complaint as follows:

22    **FIRST AFFIRMATIVE DEFENSE**

23    **(Failure to State a Claim)**

24    122.    Netbula's First Amended Complaint fails to state a claim against IBM upon which

25    relief can be granted.

26    **SECOND AFFIRMATIVE DEFENSE**

27    **(Non-Infringement)**

28    123.    IBM has not infringed any valid copyright owned by Netbula.

1  **THIRD AFFIRMATIVE DEFENSE**

2  **(No Protectable Expression)**

3      124.    Netbula's claim for copyright infringement fails because Netbula's allegedly

4  infringed works are not entitled to copyright protection.

5  **FOURTH AFFIRMATIVE DEFENSE**

6  **(Lack of Originality)**

7      125.    Netbula's claim for copyright infringement is not protected by copyright because it

8  is not an original work of authorship.

9  **FIFTH AFFIRMATIVE DEFENSE**

10  **(License)**

11      126.    Netbula's claim for copyright infringement is barred by the existence of an express

12  or implied license.

13  **SIXTH AFFIRMATIVE DEFENSE**

14  **(Laches)**

15      127.    Netbula's claim for copyright infringement is barred by the doctrine of laches.

16  **SEVENTH AFFIRMATIVE DEFENSE**

17  **(Statute of Limitations)**

18      128.    Netbula's claim for copyright infringement is barred by the statute of limitations.

19  **EIGHTH AFFIRMATIVE DEFENSE**

20  **(Waiver)**

21      129.    Netbula's claim for copyright infringement is barred by the doctrine of waiver.

22  **NINTH AFFIRMATIVE DEFENSE**

23  **(Acquiescence)**

24      130.    Netbula's claim for copyright infringement is barred by the doctrine of

25  acquiescence.

26  **TENTH AFFIRMATIVE DEFENSE**

27  **(Failure to Mitigate)**

28      131.    Netbula has failed to mitigate its damages, if any.

51191/2058992.4

DEFENDANT IBM'S ANSWER AND AFFIRMATIVE DEFENSES
TO FIRST AMENDED COMPLAINT -- CASE NO. C 06-07391 MJJ

## ELEVENTH AFFIRMATIVE DEFENSE

### (Causation)

132.    Netbula's damages, if any, were not caused by IBM and are not attributable to the acts or omissions of IBM.

## TWELFTH AFFIRMATIVE DEFENSE

### (Indemnification)

133.    If Netbula is found to be entitled to any damages, IBM is not liable for those damages and/or is entitled to indemnification from other parties or third parties.

## PRAYER FOR RELIEF

WHEREFORE, IBM requests that the Court:

1.    Enter judgment in favor of IBM and against Netbula on Netbula's First Amended Complaint;

2.    Dismiss Netbula's First Amended Complaint with prejudice;

3.    Award to IBM its attorney's fees and costs; and

4.    Award to IBM such other and further relief as the Court deems just and proper.


DATED:  March 8, 2007                    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                          By  /s/ David Eiseman
                                              David Eiseman

                                          Attorneys for Defendant International Business Machines Corporation

1    **<u>DEMAND FOR JURY TRIAL</u>**

2        In accordance with Federal Rule of Civil Procedure 38(b), Defendant International

3    Business Machines Corporation demands a trial by jury on all issues triable by a jury.

4

5    DATED:  March 8, 2007                QUINN EMANUEL URQUHART OLIVER &
                                         HEDGES, LLP
6

7                                          By   /s/ David Eiseman
8                                            David Eiseman

9                                            Attorneys for Defendant International Business
                                             Machines Corporation
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

51191/2058992.4

DEFENDANT IBM'S ANSWER AND AFFIRMATIVE DEFENSES
TO FIRST AMENDED COMPLAINT -- CASE NO. C 06-07391 MJJ

1             <u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

2          Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

3 the named parties, there is no such interest to report.

4

5 DATED:  March 8, 2007                QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

6

7                          By <u>  /s/ David Eiseman               </u>

8                             David Eiseman

9                             Attorneys for Defendant International Business
                            Machines Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-19-

DEFENDANT IBM'S ANSWER AND AFFIRMATIVE DEFENSES
TO FIRST AMENDED COMPLAINT -- CASE NO. C 06-07391 MJJ