LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>    v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. C-06-07391-MJJ<br><br>**ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**CERTIFICATION OF INTERESTED PERSONS AND ENTITIES** |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>          Counter-Claimant,<br><br>    v.<br><br>NETBULA, LLC, a Delaware limited liability company,<br><br>          Counterclaim Defendant,<br><br>    and<br><br>DONGXIAO YUE, an individual,<br><br>          Third-Party Counterclaim Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DARDEN'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC

C-06-07391-MJJ

1    Defendant Darden Restaurants, Inc. ("DARDEN") hereby submits its Answer and

2    Affirmative Defenses to the First Amended Complaint of Plaintiff Netbula, LLC ("Netbula") as

3    follows:

4    **INTRODUCTION**

5    1.    DARDEN is without knowledge or information sufficient to form a belief as to the

6    truth of the averments regarding Netbula and its products contained in Paragraph 1 of the First

7    Amended Complaint, and on that basis denies each of them.  DARDEN denies the averments

8    contained in Paragraph 1 in all other respects.

9    2.    DARDEN is without knowledge or information sufficient to form a belief as to the

10   truth of the averments regarding Defendants Storage Technology Corporation ("StorageTek") and

11   Sun Microsystems, Inc. contained in Paragraph 2 of the First Amended Complaint, and on that

12   basis denies each of them.  DARDEN denies the averments contained in Paragraph 2 in all other

13   respects.

14   **JURISDICTION**

15   3.    DARDEN neither admits nor denies the averments contained in Paragraph 3 of the

16   First Amended Complaint because those averments are conclusions of law to which no response

17   is required; to the extent those averments may be deemed averments of fact, DARDEN is without

18   knowledge or information sufficient to form a belief as to the truth of these averments and on that

19   basis denies each of them.

20   4.    DARDEN neither admits nor denies the averments contained in Paragraph 4 of the

21   First Amended Complaint because those averments are conclusions of law to which no response

22   is required; to the extent those averments may be deemed averments of fact, DARDEN denies

23   them, except that DARDEN admits that at least one of the Defendants resides in the State of

24   California and in this judicial district and that personal jurisdiction and venue are proper in this

25   district over it.

26   **INTRADISTRICT ASSIGNMENT**

27   5.    DARDEN neither admits nor denies the averments contained in Paragraph 5 of the

28   First Amended Complaint because those averments are conclusions of law to which no response

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1 | is required; to the extent those averments may be deemed averments of fact, DARDEN admits

2 | that this purports to be an Intellectual Property Action as specified in Northern District of

3 | California Civil L.R. 3-2(c).

4 | **THE PARTIES**

5 | 6.      DARDEN is without knowledge or information sufficient to form a belief as to the

6 | truth of the averments contained in Paragraph 6 of the First Amended Complaint and on that basis

7 | denies each and every averment contained therein.

8 | 7.      DARDEN is without knowledge or information sufficient to form a belief as to the

9 | truth of the averments contained in Paragraph 7 of the First Amended Complaint and on that basis

10 | denies each and every averment contained therein.

11 | 8.      DARDEN is without knowledge or information sufficient to form a belief as to the

12 | truth of the averments contained in Paragraph 8 of the First Amended Complaint and on that basis

13 | denies each and every averment contained therein.

14 | 9.      DARDEN is without knowledge or information sufficient to form a belief as to the

15 | truth of the averments contained in Paragraph 9 of the First Amended Complaint and on that basis

16 | denies each and every averment contained therein.

17 | 10.      DARDEN is without knowledge or information sufficient to form a belief as to the

18 | truth of the averments contained in Paragraph 10 of the First Amended Complaint and on that

19 | basis denies each and every averment contained therein.

20 | 11.      DARDEN is without knowledge or information sufficient to form a belief as to the

21 | truth of the averments contained in Paragraph 11 of the First Amended Complaint and on that

22 | basis denies each and every averment contained therein.

23 | 12.      Admitted.

24 | 13.      DARDEN is without knowledge or information sufficient to form a belief as to the

25 | truth of the averments contained in Paragraph 13 of the First Amended Complaint and on that

26 | basis denies each and every averment contained therein.

27 | **FACTUAL DETAILS**

28 | 14.      DARDEN is without knowledge or information sufficient to form a belief as to the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   truth of the averments contained in Paragraph 14 of the First Amended Complaint and on that

2   basis denies each and every averment contained therein.

3          15.    DARDEN is without knowledge or information sufficient to form a belief as to the

4   truth of the averments contained in Paragraph 15 of the First Amended Complaint and on that

5   basis denies each and every averment contained therein.

6          16.    DARDEN is without knowledge or information sufficient to form a belief as to the

7   truth of the averments contained in Paragraph 16 of the First Amended Complaint and on that

8   basis denies each and every averment contained therein.

9          17.    DARDEN is without knowledge or information sufficient to form a belief as to the

10   truth of the averments contained in Paragraph 17 of the First Amended Complaint and on that

11   basis denies each and every averment contained therein.

12          18.    DARDEN is without knowledge or information sufficient to form a belief as to the

13   truth of the averments contained in Paragraph 18 of the First Amended Complaint and on that

14   basis denies each and every averment contained therein.

15          19.    DARDEN is without knowledge or information sufficient to form a belief as to the

16   truth of the averments contained in Paragraph 19 of the First Amended Complaint and on that

17   basis denies each and every averment contained therein.

18          20.    DARDEN is without knowledge or information sufficient to form a belief as to the

19   truth of the averments contained in Paragraph 20 of the First Amended Complaint and on that

20   basis denies each and every averment contained therein.

21          21.    DARDEN is without knowledge or information sufficient to form a belief as to the

22   truth of the averments contained in Paragraph 21 of the Amended Complaint and on that basis

23   denies each and every averment contained therein, except that DARDEN admits that a purported

24   copy of a Copyright Office Certificate of Registration, Registration No. TX 6-211-063, is

25   attached to the First Amended Complaint as Exhibit A.

26          22.    DARDEN is without knowledge or information sufficient to form a belief as to the

27   truth of the averments contained in Paragraph 22 of the First Amended Complaint and on that

28   basis denies each and every averment contained therein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    23.    DARDEN is without knowledge or information sufficient to form a belief as to the

2    truth of the averments contained in Paragraph 23 of the First Amended Complaint and on that

3    basis denies each and every averment contained therein.

4    24.    DARDEN is without knowledge or information sufficient to form a belief as to the

5    truth of the averments contained in Paragraph 24 of the First Amended Complaint and on that

6    basis denies each and every averment contained therein.

7    25.    DARDEN is without knowledge or information sufficient to form a belief as to the

8    truth of the averments contained in Paragraph 25 of the First Amended Complaint and on that

9    basis denies each and every averment contained therein.

10    26.    DARDEN is without knowledge or information sufficient to form a belief as to the

11    truth of the averments contained in Paragraph 26 of the First Amended Complaint and on that

12    basis denies each and every averment contained therein.

13    27.    DARDEN is without knowledge or information sufficient to form a belief as to the

14    truth of the averments contained in Paragraph 27 of the First Amended Complaint and on that

15    basis denies each and every averment contained therein.

16    28.    DARDEN is without knowledge or information sufficient to form a belief as to the

17    truth of the averments contained in Paragraph 28 of the First Amended Complaint and on that

18    basis denies each and every averment contained therein.

19    29.    DARDEN is without knowledge or information sufficient to form a belief as to the

20    truth of the averments contained in Paragraph 29 of the First Amended Complaint and on that

21    basis denies each and every averment contained therein.

22    30.    DARDEN is without knowledge or information sufficient to form a belief as to the

23    truth of the averments contained in Paragraph 30 of the First Amended Complaint and on that

24    basis denies each and every averment contained therein.

25    31.    DARDEN are without knowledge or information sufficient to form a belief as to

26    the truth of the averments contained in Paragraph 31 of the First Amended Complaint and on that

27    basis deny each and every averment contained therein.

28    32.    DARDEN is without knowledge or information sufficient to form a belief as to the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

truth of the averments contained in Paragraph 32 of the First Amended Complaint and on that basis denies each and every averment contained therein.

33.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 33 of the First Amended Complaint and on that basis denies each and every averment contained therein.

34.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 34 of the First Amended Complaint and on that basis denies each and every averment contained therein.

35.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 35 of the First Amended Complaint and on that basis denies each and every averment contained therein.

36.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 36 of the First Amended Complaint and on that basis denies each and every averment contained therein.

37.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 37 of the First Amended Complaint and on that basis denies each and every averment contained therein.

38.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 38 of the First Amended Complaint and on that basis denies each and every averment contained therein.

39.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 39 of the First Amended Complaint and on that basis denies each and every averment contained therein.

40.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 40 of the First Amended Complaint and on that basis denies each and every averment contained therein.

41.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 41 of the First Amended Complaint and on that

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   basis denies each and every averment contained therein.

2          42.      DARDEN is without knowledge or information sufficient to form a belief as to the

3   truth of the averments contained in Paragraph 42 of the First Amended Complaint and on that

4   basis denies each and every averment contained therein.

5          43.      DARDEN is without knowledge or information sufficient to form a belief as to the

6   truth of the averments contained in Paragraph 43 of the First Amended Complaint and on that

7   basis denies each and every averment contained therein.

8          44.      DARDEN is without knowledge or information sufficient to form a belief as to the

9   truth of the averments contained in Paragraph 44 of the First Amended Complaint and on that

10  basis denies each and every averment contained therein.

11         45.      DARDEN is without knowledge or information sufficient to form a belief as to the

12  truth of the averments contained in Paragraph 45 of the First Amended Complaint and on that

13  basis denies each and every averment contained therein.

14         46.      DARDEN is without knowledge or information sufficient to form a belief as to the

15  truth of the averments contained in Paragraph 46 of the First Amended Complaint and on that

16  basis denies each and every averment contained therein.

17         47.      DARDEN is without knowledge or information sufficient to form a belief as to the

18  truth of the averments contained in Paragraph 47 of the First Amended Complaint and on that

19  basis denies each and every averment contained therein.

20         48.      DARDEN is without knowledge or information sufficient to form a belief as to the

21  truth of the averments contained in Paragraph 48 of the First Amended Complaint and on that

22  basis denies each and every averment contained therein.

23         49.      DARDEN is without knowledge or information sufficient to form a belief as to the

24  truth of the averments contained in Paragraph 49 of the First Amended Complaint and on that

25  basis denies each and every averment contained therein.

26         50.      DARDEN is without knowledge or information sufficient to form a belief as to the

27  truth of the averments contained in Paragraph 50 of the First Amended Complaint and on that

28  basis denies each and every averment contained therein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

51.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 51 of the First Amended Complaint and on that basis denies each and every averment contained therein.

52.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 52 of the First Amended Complaint and on that basis denies each and every averment contained therein.

53.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 53 of the First Amended Complaint and on that basis denies each and every averment contained therein.

54.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 54 of the First Amended Complaint and on that basis denies each and every averment contained therein.

55.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 55 of the First Amended Complaint and on that basis denies each and every averment contained therein.

56.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 56 of the First Amended Complaint and on that basis denies each and every averment contained therein.

57.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 57 of the First Amended Complaint and on that basis denies each and every averment contained therein.

58.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 58 of the First Amended Complaint and on that basis denies each and every averment contained therein.

59.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 59 of the First Amended Complaint and on that basis denies each and every averment contained therein.

60.     DARDEN is without knowledge or information sufficient to form a belief as to the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    truth of the averments contained in Paragraph 60 of the First Amended Complaint and on that

2    basis denies each and every averment contained therein.

3        61.    DARDEN is without knowledge or information sufficient to form a belief as to the

4    truth of the averments contained in Paragraph 61 of the First Amended Complaint and on that

5    basis denies each and every averment contained therein.

6        62.    DARDEN is without knowledge or information sufficient to form a belief as to the

7    truth of the averments contained in Paragraph 62 of the First Amended Complaint and on that

8    basis denies each and every averment contained therein.

9        63.    DARDEN is without knowledge or information sufficient to form a belief as to the

10   truth of the averments contained in Paragraph 63 of the First Amended Complaint and on that

11   basis denies each and every averment contained therein.

12       64.    DARDEN is without knowledge or information sufficient to form a belief as to the

13   truth of the averments contained in Paragraph 64 of the First Amended Complaint and on that

14   basis denies each and every averment contained therein.

15       65.    DARDEN denies each and every contained in Paragraph 65 of the First Amended

16   Complaint, except that DARDEN admits that it acquired a license from StorageTek to use the

17   "LibAttach" software, which DARDEN installed pursuant to that license on a single computer.

## FIRST CLAIM FOR RELIEF

### *COPYRIGHT INFRINGEMENT (DIRECT, CONTRIBUTORY, AND VICARIOUS)*

### *(Against All DEFENDANTS)*

22       66.    Replying to Paragraph 66 of the Amended Complaint, DARDEN incorporates by

23   reference its responses to Paragraphs 1 through 65 as though fully set forth herein.

24       67.    DARDEN is without knowledge or information sufficient to form a belief as to the

25   truth of the averments contained in Paragraph 67 of the First Amended Complaint and on that

26   basis denies each and every averment contained therein.

27       68.    DARDEN is without knowledge or information sufficient to form a belief as to the

28   truth of the averments contained in Paragraph 68 of the First Amended Complaint and on that

DARDEN'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                        9                        C-06-07391-MJJ

1   basis denies each and every averment contained therein, except that DARDEN admits that a

2   purported copy of a Copyright Office Certificate of Registration, Registration No. TX 6-211-063,

3   is attached to the First Amended Complaint as Exhibit A

4        69.    DARDEN is without knowledge or information sufficient to form a belief as to the

5   truth of the averments contained in Paragraph 69 of the First Amended Complaint and on that

6   basis denies each and every averment contained therein.

7        70.    DARDEN is without knowledge or information sufficient to form a belief as to the

8   truth of the averments contained in Paragraph 70 of the First Amended Complaint and on that

9   basis denies each and every averment contained therein.

10       71.    DARDEN is without knowledge or information sufficient to form a belief as to the

11  truth of the averments contained in Paragraph 71 of the First Amended Complaint and on that

12  basis denies each and every averment contained therein, except that DARDEN admits that it

13  acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed

14  on a single computer, and DARDEN denies LibAttach and REELS are Darden's products and

15  that Darden repeatedly copied Netbula's RPC technology.

16       72.    DARDEN is without knowledge or information sufficient to form a belief as to the

17  truth of the averments contained in Paragraph 72 of the First Amended Complaint and on that

18  basis denies each and every averment contained therein, except that DARDEN admits that it

19  acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed

20  on a single computer, and denies LibAttach and REELS are Darden's products.

21       73.    DARDEN is without knowledge or information sufficient to form a belief as to the

22  truth of the averments contained in Paragraph 73 of the First Amended Complaint and on that

23  basis denies each and every averment contained therein.

24       74.    DARDEN is without knowledge or information sufficient to form a belief as to the

25  truth of the averments contained in Paragraph 74 of the First Amended Complaint and on that

26  basis denies each and every averment contained therein.

27       75.    DARDEN is without knowledge or information sufficient to form a belief as to the

28  truth of the averments contained in Paragraph 75 of the First Amended Complaint and on that

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    basis denies each and every averment contained therein.

2         76.    DARDEN is without knowledge or information sufficient to form a belief as to the

3    truth of the averments contained in Paragraph 76 of the First Amended Complaint and on that

4    basis denies each and every averment contained therein.

5         77.    DARDEN is without knowledge or information sufficient to form a belief as to the

6    truth of the averments contained in Paragraph 77 of the First Amended Complaint and on that

7    basis denies each and every averment contained therein.

8         78.    DARDEN is without knowledge or information sufficient to form a belief as to the

9    truth of the averments contained in Paragraph 78 of the First Amended Complaint and on that

10   basis denies each and every averment contained therein, except that DARDEN admits that it

11   acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed

12   on a single computer, and DARDEN denies that its use of LibAttach was for unauthorized

13   platforms or without a license.

14        79.    DARDEN is without knowledge or information sufficient to form a belief as to the

15   truth of the averments contained in Paragraph 79 of the First Amended Complaint and on that

16   basis denies each and every averment contained therein, except that DARDEN admits that it

17   acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed

18   on a single computer, and DARDEN denies that its use of LibAttach was unauthorized and that it

19   further copied or distributed "LibAttach" to third parties.

20        80.    DARDEN is without knowledge or information sufficient to form a belief as to the

21   truth of the averments contained in Paragraph 80 of the First Amended Complaint and on that

22   basis denies each and every averment contained therein, except that DARDEN admits that it

23   acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed

24   on a single computer.

25        81.    DARDEN is without knowledge or information sufficient to form a belief as to the

26   truth of the averments contained in Paragraph 81 of the First Amended Complaint and on that

27   basis denies each and every averment contained therein.

28        82.    DARDEN is without knowledge or information sufficient to form a belief as to the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   truth of the averments contained in Paragraph 82 of the First Amended Complaint and on that

2   basis denies each and every averment contained therein, except that DARDEN denies each and

3   every averment contained in Paragraph 82 of the Amended Complaint to the extent it is directed

4   at DARDEN.

5         83.    DARDEN is without knowledge or information sufficient to form a belief as to

6   the truth of the averments contained in Paragraph 83 of the First Amended Complaint and on that

7   basis denies each and every averment contained therein.

8         84.    DARDEN is without knowledge or information sufficient to form a belief as to the

9   truth of the averments contained in Paragraph 84 of the First Amended Complaint and on that

10  basis denies each and every averment contained therein, except that DARDEN denies each and

11  every averment contained in Paragraph 84 of the Amended Complaint to the extent it is directed

12  at DARDEN.

13        85.    DARDEN is without knowledge or information sufficient to form a belief as to the

14  truth of the averments contained in Paragraph 85 of the First Amended Complaint and on that

15  basis denies each and every averment contained therein.

16        86.    DARDEN is without knowledge or information sufficient to form a belief as to the

17  truth of the averments contained in Paragraph 86 of the First Amended Complaint and on that

18  basis denies each and every averment contained therein, except that DARDEN denies each and

19  every averment contained in Paragraph 86 of the Amended Complaint to the extent it is directed

20  at DARDEN.

21        87.    DARDEN is without knowledge or information sufficient to form a belief as to the

22  truth of the averments contained in Paragraph 87 of the First Amended Complaint and on that

23  basis denies each and every averment contained therein, except that DARDEN admits that it

24  acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed

25  on a single server.

26        88.    DARDEN is without knowledge or information sufficient to form a belief as to the

27  truth of the averments contained in Paragraph 88 of the First Amended Complaint and on that

28  basis denies each and every averment contained therein, except that DARDEN admits that it

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

acquired a license from StorageTek to use the "LibAttach" software, which DARDEN installed on a single server, and denies that it is contributorily and/or vicariously liable for any acts of third parties.

89.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 89 of the First Amended Complaint and on that basis denies each and every averment contained therein.

90.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 90 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that DARDEN denies each and every averment contained in Paragraph 90 of the Amended Complaint to the extent it is directed at DARDEN.

91.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 91 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that DARDEN denies each and every averment contained in Paragraph 91 of the Amended Complaint to the extent it is directed at DARDEN.

92.     DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 92 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that DARDEN denies each and every averment contained in Paragraph 92 of the Amended Complaint to the extent it is directed at DARDEN.

## SECOND CLAIM FOR RELIEF

### *INTENTIONAL FRAUD (California Civil Code § 1709)*

### *(Against StorageTek and Sun)*

93.     Replying to Paragraph 93 of the Amended Complaint, DARDEN incorporates by reference its responses to Paragraphs 1 through 92 as though fully set forth herein.

94.     DARDEN is without knowledge or information sufficient to form a belief as to the

Fenwick & West LLP
Attorneys At Law
Mountain View

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1 truth of the averments contained in Paragraph 94 of the First Amended Complaint and on that

2 basis denies each and every averment contained therein.

3    95.    DARDEN is without knowledge or information sufficient to form a belief as to the

4 truth of the averments contained in Paragraph 95 of the First Amended Complaint and on that

5 basis denies each and every averment contained therein.

6    96.    DARDEN is without knowledge or information sufficient to form a belief as to the

7 truth of the averments contained in Paragraph 96 of the First Amended Complaint and on that

8 basis denies each and every averment contained therein.

9    97.    DARDEN is without knowledge or information sufficient to form a belief as to the

10 truth of the averments contained in Paragraph 97 of the First Amended Complaint and on that

11 basis denies each and every averment contained therein.

12    98.    DARDEN is without knowledge or information sufficient to form a belief as to the

13 truth of the averments contained in Paragraph 98 of the First Amended Complaint and on that

14 basis denies each and every averment contained therein.

15    99.    DARDEN is without knowledge or information sufficient to form a belief as to the

16 truth of the averments contained in Paragraph 99 of the First Amended Complaint and on that

17 basis denies each and every averment contained therein.

18    100.    DARDEN is without knowledge or information sufficient to form a belief as to the

19 truth of the averments contained in Paragraph 100 of the First Amended Complaint and on that

20 basis denies each and every averment contained therein.

21    101.    DARDEN is without knowledge or information sufficient to form a belief as to the

22 truth of the averments contained in Paragraph 101 of the First Amended Complaint and on that

23 basis denies each and every averment contained therein.

24
## THIRD CLAIM FOR RELIEF

25
### *BREACH OF CONTRACT*

26
### *(Against Defendants BindView and Symantec Only)*

27

28    102.    Replying to Paragraph 102 of the Amended Complaint, DARDEN incorporates by

reference its responses to Paragraphs 1 through 101 as though fully set forth herein.

103.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 103 of the First Amended Complaint and on that basis denies each and every averment contained therein.

104.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 104 of the First Amended Complaint and on that basis denies each and every averment contained therein.

105.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 105 of the First Amended Complaint and on that basis denies each and every averment contained therein.

106.    DARDEN are without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 106 of the First Amended Complaint and on that basis deny each and every averment contained therein.

107.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 107 of the First Amended Complaint and on that basis denies each and every averment contained therein.

## FOURTH CLAIM FOR RELIEF

### STATUTORY UNFAIR COMPETITION (Cal. Bus. & Prof. Code § 17200 et seq.)

### (Against StorageTek and Sun)

108.    Replying to Paragraph 108 of the Amended Complaint, DARDEN incorporates by reference its responses to Paragraphs 1 through 107 as though fully set forth herein.

109.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 109 of the First Amended Complaint and on that basis denies each and every averment contained therein.[1]

110.    DARDEN is without knowledge or information sufficient to form a belief as to the

---

[1] This Cause of Action being asserted only against Defendants StorageTek and Sun, DARDEN interprets and responds to the allegations herein against "Defendants" as including only StorageTek and Sun, and not DARDEN.

DARDEN'S ANSWER AND AFFIRMATIVE DEFENSES TO FAC

15

C-06-07391-MJJ

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

truth of the averments contained in Paragraph 110 of the First Amended Complaint and on that basis denies each and every averment contained therein.

111.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 111 of the First Amended Complaint and on that basis denies each and every averment contained therein.

112.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 112 of the First Amended Complaint and on that basis denies each and every averment contained therein.

113.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 113 of the First Amended Complaint and on that basis denies each and every averment contained therein.

114.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 114 of the First Amended Complaint and on that basis denies each and every averment contained therein.

115.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 115 of the First Amended Complaint and on that basis denies each and every averment contained therein.

116.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 116 of the First Amended Complaint and on that basis denies each and every averment contained therein.

117.    DARDEN is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 117 of the First Amended Complaint and on that basis denies each and every averment contained therein.

## FIFTH CAUSE OF ACTION

### *EQUITABLE ACCOUNTING AND IMPOSITION OF A CONSTRUCTIVE TRUST*

### *(Against All Defendants)*

118.    Replying to Paragraph 118 of the Amended Complaint, DARDEN incorporates by

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  reference its responses to Paragraphs 1 through 117 as though fully set forth herein.

2    119.    DARDEN is without knowledge or information sufficient to form a belief as to the

3  truth of the averments contained in Paragraph 119 of the First Amended Complaint and on that

4  basis denies each and every averment contained therein, except that DARDEN denies each and

5  every averment contained in Paragraph 119 of the Amended Complaint to the extent it is directed

6  at DARDEN.

7    120.    DARDEN is without knowledge or information sufficient to form a belief as to the

8  truth of the averments contained in Paragraph 120 of the First Amended Complaint and on that

9  basis denies each and every averment contained therein, except that DARDEN denies each and

10  every averment contained in Paragraph 120 of the Amended Complaint to the extent it is directed

11  at DARDEN.

12    121.    DARDEN is without knowledge or information sufficient to form a belief as to the

13  truth of the averments contained in Paragraph 121 of the First Amended Complaint and on that

14  basis denies each and every averment contained therein, except that DARDEN denies each and

15  every averment contained in Paragraph 121 of the Amended Complaint to the extent it is directed

16  at DARDEN.

17    122.    Any allegations in the First Amended Complaint not expressly admitted herein are

18  hereby denied.

19                                **PRAYER FOR RELIEF**

20    123.    Defendant Darden Restaurants, Inc. denies that Plaintiff is entitled to any relief

21  against it.

22                               **AFFIRMATIVE DEFENSES**

23    As separate and affirmative defenses to Netbula's Amended Complaint and to each cause

24  of action, claim, and allegation contained therein, Defendant Darden Restaurants, Inc.

25  ("DARDEN") states as follows:

26          **First Affirmative Defense – Failure to State a Cause of Action**

27    124.    Each purported cause of action in the First Amended Complaint fails to state facts

28  sufficient to constitute a cause of action against DARDEN.

DARDEN'S ANSWER AND AFFIRMATIVE          17          C-06-07391-MJJ
DEFENSES TO FAC

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

### Second Affirmative Defense – Statutes of Limitations

2      125.    Each cause of action in the First Amended Complaint is barred by the applicable

3  statutes of limitations.

4

### Third Affirmative Defense – Equitable Estoppel

5      126.    Each cause of action in the First Amended Complaint is barred by the doctrine of

6  equitable estoppel.

7

### Fourth Affirmative Defense – Unclean Hands

8      127.    Each cause of action in the First Amended Complaint is barred by the doctrine of

9  unclean hands.

10

### Fifth Affirmative Defense – Laches

11     128.    Each cause of action in the First Amended Complaint is barred by the doctrine of

12  laches.

13

### Sixth Affirmative Defense – Waiver

14     129.    Each cause of action in the First Amended Complaint is barred by the doctrine of

15  waiver.

16

### Seventh Affirmative Defense – Promissory Estoppel

17     130.    Each cause of action in the Amended Complaint is barred by the doctrine of

18  promissory estoppel.

19

### Eighth Affirmative Defense – Failure to Do Equity

20     131.    Each cause of action in the First Amended Complaint is barred by reason of

21  Plaintiff's failure to do equity in the matters alleged in the First Amended Complaint.

22

### Ninth Affirmative Defense – Acquiescence

23     132.    Each cause of action in the First Amended Complaint is barred by the doctrine of

24  acquiescence.

25

### Tenth Affirmative Defense – Lack of Originality

26     133.    The first cause of action, for copyright infringement, is barred for lack of

27  originality.

28  ///

DARDEN'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                            18                      C-06-07391-MJJ

1

**Eleventh Affirmative Defense – Invalidity of Copyright Registration**

2        134.    The first cause of action, for copyright infringement, is barred because its

3    copyright registration is invalid.

4

**Twelfth Affirmative Defense – License**

5        135.    The first cause of action, for copyright infringement, is barred by the existence of

6    an express or implied license.

7

**Thirteenth Affirmative Defense – Adequate Remedy at Law**

8        136.    The fifth cause of action in the First Amended Complaint, for equitable accounting

9    and imposition of a constructive trust, is barred because the injury or damage suffered by

10    Plaintiff, if any, would be adequately compensated in an action at law for damages and therefore

11    is not entitled to seek equitable relief.

12

**Fourteenth Affirmative Defense – Mootness**

13        137.    Plaintiff's request for injunctive relief is moot.

14

**Fifteenth Affirmative Defense – Failure to Mitigate**

15        138.    Netbula has failed, and continues to fail, to act reasonably to mitigate the damages

16    alleged in this action.

17

**Sixteenth Affirmative Defense – Lack of Subject Matter Jurisdiction**

18        139.    The Court lacks subject matter jurisdiction over this action.

19

**Seventeenth Affirmative Defense - Causation**

20        140.    Netbula's damages, if any, were not caused by DARDEN and are not attributable

21    to the acts or omissions of DARDEN.

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DARDEN'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                               19                          C-06-07391-MJJ

1    WHEREFORE, Defendant Darden Restaurants, Inc. prays for judgment on the First Amended

2    Complaint as follows:

3        1.      That Netbula, LLC take nothing by its First Amended Complaint;

4        2.      That the First Amended Complaint be dismissed with prejudice;

5        3.      For costs of suit, including reasonable attorneys' fees; and

6        4.      For such other and further relief as this Court may deem just and proper.

7

8    Dated: March 8, 2007                        FENWICK & WEST LLP

9

10                                               By:_____/S/_____
                                                            Jedediah Wakefield

11
                                                 Attorneys for Defendant
12                                               DARDEN RESTAURANTS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Defendant Darden Restaurants, Inc. hereby demands a trial by jury on all claims and issues in the First Amended Complaint so triable.


Dated: March 8, 2007                              FENWICK & WEST LLP


By:  _____/S/_____

Jedediah Wakefield

Attorneys for Defendant
DARDEN RESTAURANTS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DARDEN'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                              21                              C-06-07391-MJJ

1

## <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3 named parties, there is no such interest to report.

4

5 Dated: March 8, 2007                    FENWICK & WEST LLP

6

7                                         By:        /S/
                                          _____
8                                                    Jedediah Wakefield

9                                         Attorneys for Defendant
                                          DARDEN RESTAURANTS, INC.

10

11
25689/00400/LIT/1263945.3
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DARDEN'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                          22                   C-06-07391-MJJ