1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street, Ste. 1200
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendants
   VERITAS SOFTWARE CORPORATION

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 NETBULA, LLC, a Delaware limited liability      Case No.  C-06-07391-MJJ
   company,
12                                                 **ANSWER AND AFFIRMATIVE**
                  Plaintiff,                       **DEFENSES TO FIRST AMENDED**
13        v.                                       **COMPLAINT**

14 STORAGE TECHNOLOGY                              **DEMAND FOR JURY TRIAL**
   CORPORATION, a Delaware corporation;
15 SUN MICROSYSTEMS, INC., a Delaware             **CERTIFICATION OF INTERESTED**
   corporation; INTERNATIONAL BUSINESS           **ENTITIES OR PARTIES**
   MACHINES CORPORATION, a New York
16 corporation; EMC CORPORATION, a
   Massachusetts corporation; VERITAS
17 SOFTWARE CORPORATION, a Delaware
   corporation; DARDEN RESTAURANTS,
18 INC., a Florida corporation; and DOES 1-100,
   inclusive,
19
                  Defendants.
20
   SUN MICROSYSTEMS, INC., a Delaware
21 corporation,

22                Counter-Claimant,
          v.
23 NETBULA, LLC, a Delaware limited liability
   company,
24
                  Counterclaim Defendant,
25                and
   DONGXIAO YUE, an individual,
26
                  Third-Party Counterclaim
27                Defendant.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    Defendant Veritas Software Corporation ("VERITAS") hereby submits its Answer and

2  Affirmative Defenses to the First Amended Complaint of Plaintiff Netbula, LLC ("Netbula") as

3  follows:

4                              **INTRODUCTION**

5         1.       VERITAS is without knowledge or information sufficient to form a belief as to the

6  truth of the averments regarding Netbula and its products contained in Paragraph 1 of the First

7  Amended Complaint, and on that basis denies each of them.  VERITAS denies the averments

8  contained in Paragraph 1 in all other respects.

9         2.       VERITAS is without knowledge or information sufficient to form a belief as to the

10  truth of the averments regarding Defendants Storage Technology Corporation ("StorageTek") and

11  Sun Microsystems, Inc. contained in Paragraph 2 of the First Amended Complaint, and on that

12  basis denies each of them.  VERITAS denies the averments contained in Paragraph 2 in all other

13  respects.

14                              **JURISDICTION**

15        3.       VERITAS neither admits nor denies the averments contained in Paragraph 3 of the

16  First Amended Complaint because those averments are conclusions of law to which no response

17  is required; to the extent those averments may be deemed averments of fact, VERITAS is without

18  knowledge or information sufficient to form a belief as to the truth of these averments and on that

19  basis denies each of them.

20        4.       VERITAS neither admits nor denies the averments contained in Paragraph 4 of the

21  First Amended Complaint because those averments are conclusions of law to which no response

22  is required; to the extent those averments may be deemed averments of fact, VERITAS denies

23  them, except that VERITAS admits that at least one of the Defendants resides in the State of

24  California and in this judicial district and that personal jurisdiction and venue are proper in this

25  district over it.

26                          **INTRADISTRICT ASSIGNMENT**

27        5.       VERITAS neither admits nor denies the averments contained in Paragraph 5 of the

28  First Amended Complaint because those averments are conclusions of law to which no response

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1  is required; to the extent those averments may be deemed averments of fact, VERITAS admits

2  that this purports to be an Intellectual Property Action as specified in Northern District of

3  California Civil L.R. 3-2(c).

4  **THE PARTIES**

5       6.    VERITAS is without knowledge or information sufficient to form a belief as to the

6  truth of the averments contained in Paragraph 6 of the First Amended Complaint and on that basis

7  denies each and every averment contained therein.

8       7.    VERITAS is without knowledge or information sufficient to form a belief as to the

9  truth of the averments contained in Paragraph 7 of the First Amended Complaint and on that basis

10  denies each and every averment contained therein.

11       8.    VERITAS is without knowledge or information sufficient to form a belief as to the

12  truth of the averments contained in Paragraph 8 of the First Amended Complaint and on that basis

13  denies each and every averment contained therein.

14       9.    VERITAS is without knowledge or information sufficient to form a belief as to the

15  truth of the averments contained in Paragraph 9 of the First Amended Complaint and on that basis

16  denies each and every averment contained therein.

17       10.    VERITAS is without knowledge or information sufficient to form a belief as to the

18  truth of the averments contained in Paragraph 10 of the First Amended Complaint and on that

19  basis denies each and every averment contained therein.

20       11.    VERITAS denies each and every averment contained in Paragraph 11 of the

21  Amended Complaint, except that VERITAS admits that VERITAS is a Delaware Corporation

22  with its principal place of business within this judicial district.

23       12.    VERITAS is without knowledge or information sufficient to form a belief as to the

24  truth of the averments contained in Paragraph 12 of the First Amended Complaint and on that

25  basis denies each and every averment contained therein.

26       13.    VERITAS is without knowledge or information sufficient to form a belief as to the

27  truth of the averments contained in Paragraph 13 of the First Amended Complaint and on that

28  basis denies each and every averment contained therein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

**FACTUAL DETAILS**

2    14.    VERITAS is without knowledge or information sufficient to form a belief as to the

3   truth of the averments contained in Paragraph 14 of the First Amended Complaint and on that

4   basis denies each and every averment contained therein.

5    15.    VERITAS is without knowledge or information sufficient to form a belief as to the

6   truth of the averments contained in Paragraph 15 of the First Amended Complaint and on that

7   basis denies each and every averment contained therein.

8    16.    VERITAS is without knowledge or information sufficient to form a belief as to the

9   truth of the averments contained in Paragraph 16 of the First Amended Complaint and on that

10   basis denies each and every averment contained therein.

11    17.    VERITAS is without knowledge or information sufficient to form a belief as to the

12   truth of the averments contained in Paragraph 17 of the First Amended Complaint and on that

13   basis denies each and every averment contained therein.

14    18.    VERITAS is without knowledge or information sufficient to form a belief as to the

15   truth of the averments contained in Paragraph 18 of the First Amended Complaint and on that

16   basis denies each and every averment contained therein.

17    19.    VERITAS is without knowledge or information sufficient to form a belief as to the

18   truth of the averments contained in Paragraph 19 of the First Amended Complaint and on that

19   basis denies each and every averment contained therein.

20    20.    VERITAS is without knowledge or information sufficient to form a belief as to the

21   truth of the averments contained in Paragraph 20 of the First Amended Complaint and on that

22   basis denies each and every averment contained therein.

23    21.    VERITAS is without knowledge or information sufficient to form a belief as to the

24   truth of the averments contained in Paragraph 21 of the Amended Complaint and on that basis

25   denies each and every averment contained therein, except that VERITAS admits that a copy of a

26   Copyright Office Certificate of Registration, Registration No. TX 6-211-063, is attached to the

27   First Amended Complaint as Exhibit A.

28    22.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 22 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

23.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 23 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

24.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 24 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

25.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 25 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

26.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 26 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

27.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 27 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

28.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 28 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

29.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 29 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

30.    VERITAS is without knowledge or information sufficient to form a belief as to the

truth of the averments contained in Paragraph 30 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

31.    VERITAS are without knowledge or information sufficient to form a belief as to

the truth of the averments contained in Paragraph 31 of the First Amended Complaint and on that

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    basis deny each and every averment contained therein.

2         32.    VERITAS is without knowledge or information sufficient to form a belief as to the

3    truth of the averments contained in Paragraph 32 of the First Amended Complaint and on that

4    basis denies each and every averment contained therein.

5         33.    VERITAS is without knowledge or information sufficient to form a belief as to the

6    truth of the averments contained in Paragraph 33 of the First Amended Complaint and on that

7    basis denies each and every averment contained therein.

8         34.    VERITAS is without knowledge or information sufficient to form a belief as to the

9    truth of the averments contained in Paragraph 34 of the First Amended Complaint and on that

10   basis denies each and every averment contained therein.

11        35.    VERITAS is without knowledge or information sufficient to form a belief as to the

12   truth of the averments contained in Paragraph 35 of the First Amended Complaint and on that

13   basis denies each and every averment contained therein.

14        36.    VERITAS is without knowledge or information sufficient to form a belief as to the

15   truth of the averments contained in Paragraph 36 of the First Amended Complaint and on that

16   basis denies each and every averment contained therein.

17        37.    VERITAS is without knowledge or information sufficient to form a belief as to the

18   truth of the averments contained in Paragraph 37 of the First Amended Complaint and on that

19   basis denies each and every averment contained therein.

20        38.    VERITAS is without knowledge or information sufficient to form a belief as to the

21   truth of the averments contained in Paragraph 38 of the First Amended Complaint and on that

22   basis denies each and every averment contained therein.

23        39.    VERITAS is without knowledge or information sufficient to form a belief as to the

24   truth of the averments contained in Paragraph 39 of the First Amended Complaint and on that

25   basis denies each and every averment contained therein.

26        40.    VERITAS is without knowledge or information sufficient to form a belief as to the

27   truth of the averments contained in Paragraph 40 of the First Amended Complaint and on that

28   basis denies each and every averment contained therein.

Fenwick & West LLP
Attorneys At Law
Mountain View

1    41.    VERITAS is without knowledge or information sufficient to form a belief as to the

2    truth of the averments contained in Paragraph 41 of the First Amended Complaint and on that

3    basis denies each and every averment contained therein.

4    42.    VERITAS is without knowledge or information sufficient to form a belief as to the

5    truth of the averments contained in Paragraph 42 of the First Amended Complaint and on that

6    basis denies each and every averment contained therein.

7    43.    VERITAS is without knowledge or information sufficient to form a belief as to the

8    truth of the averments contained in Paragraph 43 of the First Amended Complaint and on that

9    basis denies each and every averment contained therein.

10    44.    VERITAS is without knowledge or information sufficient to form a belief as to the

11    truth of the averments contained in Paragraph 44 of the First Amended Complaint and on that

12    basis denies each and every averment contained therein.

13    45.    VERITAS is without knowledge or information sufficient to form a belief as to the

14    truth of the averments contained in Paragraph 45 of the First Amended Complaint and on that

15    basis denies each and every averment contained therein.

16    46.    VERITAS is without knowledge or information sufficient to form a belief as to the

17    truth of the averments contained in Paragraph 46 of the First Amended Complaint and on that

18    basis denies each and every averment contained therein.

19    47.    VERITAS is without knowledge or information sufficient to form a belief as to the

20    truth of the averments contained in Paragraph 47 of the First Amended Complaint and on that

21    basis denies each and every averment contained therein.

22    48.    VERITAS is without knowledge or information sufficient to form a belief as to the

23    truth of the averments contained in Paragraph 48 of the First Amended Complaint and on that

24    basis denies each and every averment contained therein.

25    49.    VERITAS is without knowledge or information sufficient to form a belief as to the

26    truth of the averments contained in Paragraph 49 of the First Amended Complaint and on that

27    basis denies each and every averment contained therein.

28    50.    VERITAS is without knowledge or information sufficient to form a belief as to the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    truth of the averments contained in Paragraph 50 of the First Amended Complaint and on that

2    basis denies each and every averment contained therein.

3        51.    VERITAS is without knowledge or information sufficient to form a belief as to the

4    truth of the averments contained in Paragraph 51 of the First Amended Complaint and on that

5    basis denies each and every averment contained therein.

6        52.    VERITAS is without knowledge or information sufficient to form a belief as to the

7    truth of the averments contained in Paragraph 52 of the First Amended Complaint and on that

8    basis denies each and every averment contained therein.

9        53.    VERITAS is without knowledge or information sufficient to form a belief as to the

10   truth of the averments contained in Paragraph 53 of the First Amended Complaint and on that

11   basis denies each and every averment contained therein.

12       54.    VERITAS is without knowledge or information sufficient to form a belief as to the

13   truth of the averments contained in Paragraph 54 of the First Amended Complaint and on that

14   basis denies each and every averment contained therein.

15       55.    VERITAS is without knowledge or information sufficient to form a belief as to the

16   truth of the averments contained in Paragraph 55 of the First Amended Complaint and on that

17   basis denies each and every averment contained therein.

18       56.    VERITAS is without knowledge or information sufficient to form a belief as to the

19   truth of the averments contained in Paragraph 56 of the First Amended Complaint and on that

20   basis denies each and every averment contained therein.

21       57.    VERITAS is without knowledge or information sufficient to form a belief as to the

22   truth of the averments contained in Paragraph 57 of the First Amended Complaint and on that

23   basis denies each and every averment contained therein.

24       58.    VERITAS is without knowledge or information sufficient to form a belief as to the

25   truth of the averments contained in Paragraph 58 of the First Amended Complaint and on that

26   basis denies each and every averment contained therein.

27       59.    VERITAS is without knowledge or information sufficient to form a belief as to the

28   truth of the averments contained in Paragraph 59 of the First Amended Complaint and on that

basis denies each and every averment contained therein.

60.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 60 of the First Amended Complaint and on that basis denies each and every averment contained therein.

61.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 61 of the First Amended Complaint and on that basis denies each and every averment contained therein.

62.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 62 of the First Amended Complaint and on that basis denies each and every averment contained therein.

63.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 63 of the First Amended Complaint and on that basis denies each and every averment contained therein.

64.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 64 of the First Amended Complaint and on that basis denies each and every averment contained therein.

65.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 65 of the First Amended Complaint and on that basis denies each and every averment contained therein.

### FIRST CLAIM FOR RELIEF

### *COPYRIGHT INFRINGEMENT (DIRECT, CONTRIBUTORY, AND VICARIOUS)*

### *(Against All DEFENDANTS)*

66.    Replying to Paragraph 66 of the Amended Complaint, VERITAS incorporates by reference its responses to Paragraphs 1 through 65 as though fully set forth herein.

67.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 67 of the First Amended Complaint and on that basis denies each and every averment contained therein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

68.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 68 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that VERITAS admits that a copy of a Copyright Office Certificate of Registration, Registration No. TX 6-211-063, is attached to the First Amended Complaint as Exhibit A

69.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 69 of the First Amended Complaint and on that basis denies each and every averment contained therein.

70.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 70 of the First Amended Complaint and on that basis denies each and every averment contained therein.

71.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 71 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that VERITAS denies LibAttach and REELS are Veritas's products.

72.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 72 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that VERITAS denies LibAttach and REELS are Veritas's products.

73.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 73 of the First Amended Complaint and on that basis denies each and every averment contained therein.

74.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 74 of the First Amended Complaint and on that basis denies each and every averment contained therein.

75.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 75 of the First Amended Complaint and on that basis denies each and every averment contained therein.

1   76.     VERITAS is without knowledge or information sufficient to form a belief as to the

2   truth of the averments contained in Paragraph 76 of the First Amended Complaint and on that

3   basis denies each and every averment contained therein.

4   77.     VERITAS is without knowledge or information sufficient to form a belief as to the

5   truth of the averments contained in Paragraph 77 of the First Amended Complaint and on that

6   basis denies each and every averment contained therein.

7   78.     VERITAS is without knowledge or information sufficient to form a belief as to the

8   truth of the averments contained in Paragraph 78 of the First Amended Complaint and on that

9   basis denies each and every averment contained therein.

10  79.     VERITAS is without knowledge or information sufficient to form a belief as to the

11  truth of the averments contained in Paragraph 79 of the First Amended Complaint and on that

12  basis denies each and every averment contained therein.

13  80.     VERITAS is without knowledge or information sufficient to form a belief as to the

14  truth of the averments contained in Paragraph 80 of the First Amended Complaint and on that

15  basis denies each and every averment contained therein.

16  81.     VERITAS is without knowledge or information sufficient to form a belief as to the

17  truth of the averments contained in Paragraph 81 of the First Amended Complaint and on that

18  basis denies each and every averment contained therein.

19  82.     VERITAS is without knowledge or information sufficient to form a belief as to the

20  truth of the averments contained in Paragraph 82 of the First Amended Complaint and on that

21  basis denies each and every averment contained therein, except that VERITAS denies each and

22  every averment contained in Paragraph 82 of the Amended Complaint to the extent it is directed

23  at VERITAS.

24  83.     VERITAS is without knowledge or information sufficient to form a belief as to

25  the truth of the averments contained in Paragraph 83 of the First Amended Complaint and on that

26  basis denies each and every averment contained therein.

27  84.     VERITAS is without knowledge or information sufficient to form a belief as to the

28  truth of the averments contained in Paragraph 84 of the First Amended Complaint and on that

VERITAS'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                                    11                         C-06-07391-MJJ

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

basis denies each and every averment contained therein, except that VERITAS denies each and every averment contained in Paragraph 84 of the Amended Complaint to the extent it is directed at VERITAS.

85.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 85 of the First Amended Complaint and on that basis denies each and every averment contained therein.

86.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 86 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that VERITAS denies each and every averment contained in Paragraph 86 of the Amended Complaint to the extent it is directed at VERITAS.

87.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 87 of the First Amended Complaint and on that basis denies each and every averment contained therein.

88.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 88 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that VERITAS denies that it is contributorily and/or vicariously liable for any acts of third parties.

89.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 89 of the First Amended Complaint and on that basis denies each and every averment contained therein.

90.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 90 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that VERITAS denies each and every averment contained in Paragraph 90 of the Amended Complaint to the extent it is directed at VERITAS.

91.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 91 of the First Amended Complaint and on that

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    basis denies each and every averment contained therein, except that VERITAS denies each and

2    every averment contained in Paragraph 91 of the Amended Complaint to the extent it is directed

3    at VERITAS.

4         92.    VERITAS is without knowledge or information sufficient to form a belief as to the

5    truth of the averments contained in Paragraph 92 of the First Amended Complaint and on that

6    basis denies each and every averment contained therein, except that VERITAS denies each and

7    every averment contained in Paragraph 92 of the Amended Complaint to the extent it is directed

8    at VERITAS.

9                        **SECOND CLAIM FOR RELIEF**

10               ***INTENTIONAL FRAUD (California Civil Code § 1709)***

11                        ***(Against StorageTek and Sun)***

12

13        93.    Replying to Paragraph 93 of the Amended Complaint, VERITAS incorporates by

14    reference its responses to Paragraphs 1 through 92 as though fully set forth herein.

15        94.    VERITAS is without knowledge or information sufficient to form a belief as to the

16    truth of the averments contained in Paragraph 94 of the First Amended Complaint and on that

17    basis denies each and every averment contained therein.

18        95.    VERITAS is without knowledge or information sufficient to form a belief as to the

19    truth of the averments contained in Paragraph 95 of the First Amended Complaint and on that

20    basis denies each and every averment contained therein.

21        96.    VERITAS is without knowledge or information sufficient to form a belief as to the

22    truth of the averments contained in Paragraph 96 of the First Amended Complaint and on that

23    basis denies each and every averment contained therein.

24        97.    VERITAS is without knowledge or information sufficient to form a belief as to the

25    truth of the averments contained in Paragraph 97 of the First Amended Complaint and on that

26    basis denies each and every averment contained therein.

27        98.    VERITAS is without knowledge or information sufficient to form a belief as to the

28    truth of the averments contained in Paragraph 98 of the First Amended Complaint and on that

Fenwick & West LLP
Attorneys At Law
Mountain View

VERITAS'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                    13                    C-06-07391-MJJ

basis denies each and every averment contained therein.

99.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 99 of the First Amended Complaint and on that basis denies each and every averment contained therein.

100.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 100 of the First Amended Complaint and on that basis denies each and every averment contained therein.

101.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 101 of the First Amended Complaint and on that basis denies each and every averment contained therein.

## THIRD CLAIM FOR RELIEF

### *BREACH OF CONTRACT*

### *(Against Defendants BindView and Symantec Only)*

102.    Replying to Paragraph 102 of the Amended Complaint, VERITAS incorporates by reference its responses to Paragraphs 1 through 101 as though fully set forth herein.

103.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 103 of the First Amended Complaint and on that basis denies each and every averment contained therein.

104.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 104 of the First Amended Complaint and on that basis denies each and every averment contained therein.

105.    VERITAS is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 105 of the First Amended Complaint and on that basis denies each and every averment contained therein.

106.    VERITAS are without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 106 of the First Amended Complaint and on that basis deny each and every averment contained therein.

1    107.    VERITAS is without knowledge or information sufficient to form a belief as to the

2    truth of the averments contained in Paragraph 107 of the First Amended Complaint and on that

3    basis denies each and every averment contained therein.

4    **FOURTH CLAIM FOR RELIEF**

5    ***STATUTORY UNFAIR COMPETITION (Cal. Bus. & Prof. Code § 17200 et seq.)***

6    ***(Against StorageTek and Sun)***

7

8    108.    Replying to Paragraph 108 of the Amended Complaint, VERITAS incorporates by

9    reference its responses to Paragraphs 1 through 107 as though fully set forth herein.

10    109.    VERITAS is without knowledge or information sufficient to form a belief as to the

11    truth of the averments contained in Paragraph 109 of the First Amended Complaint and on that

12    basis denies each and every averment contained therein.[1]

13    110.    VERITAS is without knowledge or information sufficient to form a belief as to the

14    truth of the averments contained in Paragraph 110 of the First Amended Complaint and on that

15    basis denies each and every averment contained therein.

16    111.    VERITAS is without knowledge or information sufficient to form a belief as to the

17    truth of the averments contained in Paragraph 111 of the First Amended Complaint and on that

18    basis denies each and every averment contained therein.

19    112.    VERITAS is without knowledge or information sufficient to form a belief as to the

20    truth of the averments contained in Paragraph 112 of the First Amended Complaint and on that

21    basis denies each and every averment contained therein.

22    113.    VERITAS is without knowledge or information sufficient to form a belief as to the

23    truth of the averments contained in Paragraph 113 of the First Amended Complaint and on that

24    basis denies each and every averment contained therein.

25    114.    VERITAS is without knowledge or information sufficient to form a belief as to the

26    truth of the averments contained in Paragraph 114 of the First Amended Complaint and on that

27

28    [1] This Cause of Action being asserted only against Defendants StorageTek and Sun, VERITAS interprets and responds to the allegations herein against "Defendants" as including only StorageTek and Sun, and not VERITAS.

VERITAS'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                                15                        C-06-07391-MJJ

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    basis denies each and every averment contained therein.

2        115.    VERITAS is without knowledge or information sufficient to form a belief as to the

3    truth of the averments contained in Paragraph 115 of the First Amended Complaint and on that

4    basis denies each and every averment contained therein.

5        116.    VERITAS is without knowledge or information sufficient to form a belief as to the

6    truth of the averments contained in Paragraph 116 of the First Amended Complaint and on that

7    basis denies each and every averment contained therein.

8        117.    VERITAS is without knowledge or information sufficient to form a belief as to the

9    truth of the averments contained in Paragraph 117 of the First Amended Complaint and on that

10    basis denies each and every averment contained therein.

11            **FIFTH CAUSE OF ACTION**

12    ***EQUITABLE ACCOUNTING AND IMPOSITION OF A CONSTRUCTIVE TRUST***

13            ***(Against All Defendants)***

14

15        118.    Replying to Paragraph 118 of the Amended Complaint, VERITAS incorporates by

16    reference its responses to Paragraphs 1 through 117 as though fully set forth herein.

17        119.    VERITAS is without knowledge or information sufficient to form a belief as to the

18    truth of the averments contained in Paragraph 119 of the First Amended Complaint and on that

19    basis denies each and every averment contained therein, except that VERITAS denies each and

20    every averment contained in Paragraph 119 of the Amended Complaint to the extent it is directed

21    at VERITAS.

22        120.    VERITAS is without knowledge or information sufficient to form a belief as to the

23    truth of the averments contained in Paragraph 120 of the First Amended Complaint and on that

24    basis denies each and every averment contained therein, except that VERITAS denies each and

25    every averment contained in Paragraph 120 of the Amended Complaint to the extent it is directed

26    at VERITAS.

27        121.    VERITAS is without knowledge or information sufficient to form a belief as to the

28    truth of the averments contained in Paragraph 121 of the First Amended Complaint and on that

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   basis denies each and every averment contained therein, except that VERITAS denies each and

2   every averment contained in Paragraph 121 of the Amended Complaint to the extent it is directed

3   at VERITAS.

4       122.    Any allegations in the First Amended Complaint not expressly admitted herein are

5   hereby denied.

6                                   **PRAYER FOR RELIEF**

7       123.    Defendant Veritas Software Corporation denies that Plaintiff is entitled to any

8   relief against it.

9                                   **AFFIRMATIVE DEFENSES**

10      As separate and affirmative defenses to Netbula's Amended Complaint and to each cause

11  of action, claim, and allegation contained therein, Defendant Veritas Software Corporation

12  ("VERITAS") states as follows:

13          **First Affirmative Defense – Failure to State a Cause of Action**

14      124.    Each purported cause of action in the First Amended Complaint fails to state facts

15  sufficient to constitute a cause of action against VERITAS.

16          **Second Affirmative Defense – Statutes of Limitations**

17      125.    Each cause of action in the First Amended Complaint is barred by the applicable

18  statutes of limitations.

19          **Third Affirmative Defense – Equitable Estoppel**

20      126.    Each cause of action in the First Amended Complaint is barred by the doctrine of

21  equitable estoppel.

22          **Fourth Affirmative Defense – Unclean Hands**

23      127.    Each cause of action in the First Amended Complaint is barred by the doctrine of

24  unclean hands.

25          **Fifth Affirmative Defense – Laches**

26      128.    Each cause of action in the First Amended Complaint is barred by the doctrine of

27  laches.

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

VERITAS'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                    17                    C-06-07391-MJJ

1

### Sixth Affirmative Defense – Waiver

2    129.    Each cause of action in the First Amended Complaint is barred by the doctrine of

3    waiver.

4

### Seventh Affirmative Defense – Promissory Estoppel

5    130.    Each cause of action in the Amended Complaint is barred by the doctrine of

6    promissory estoppel.

7

### Eighth Affirmative Defense – Failure to Do Equity

8    131.    Each cause of action in the First Amended Complaint is barred by reason of

9    Plaintiff's failure to do equity in the matters alleged in the First Amended Complaint.

10

### Ninth Affirmative Defense – Acquiescence

11    132.    Each cause of action in the First Amended Complaint is barred by the doctrine of

12    acquiescence.

13

### Tenth Affirmative Defense – Lack of Originality

14    133.    The first cause of action, for copyright infringement, is barred for lack of

15    originality.

16

### Eleventh Affirmative Defense – Invalidity of Copyright Registration

17    134.    The first cause of action, for copyright infringement, is barred because its

18    copyright registration is invalid.

19

### Twelfth Affirmative Defense – License

20    135.    The first cause of action, for copyright infringement, is barred by the existence of

21    an express or implied license.

22

### Thirteenth Affirmative Defense – Adequate Remedy at Law

23    136.    The fifth cause of action in the First Amended Complaint, for equitable accounting

24    and imposition of a constructive trust, is barred because the injury or damage suffered by

25    Plaintiff, if any, would be adequately compensated in an action at law for damages and therefore

26    is not entitled to seek equitable relief.

27

### Fourteenth Affirmative Defense – Mootness

28    137.    Plaintiff's request for injunctive relief is moot.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

<u>**Fifteenth Affirmative Defense – Failure to Mitigate**</u>

2    138.    Netbula has failed, and continues to fail, to act reasonably to mitigate the damages

3    alleged in this action.

4    <u>**Sixteenth Affirmative Defense – Lack of Subject Matter Jurisdiction**</u>

5    139.    The Court lacks subject matter jurisdiction over this action.

6    <u>**Seventeenth Affirmative Defense - Causation**</u>

7    140.    Netbula's damages, if any, were not caused by VERITAS and are not attributable

8    to the acts or omissions of VERITAS.

9

10    WHEREFORE, Defendant Veritas Software Corporation prays for judgment on the First

11    Amended Complaint as follows:

12    1.    That Netbula, LLC take nothing by its First Amended Complaint;

13    2.    That the First Amended Complaint be dismissed with prejudice;

14    3.    For costs of suit, including reasonable attorneys' fees; and

15    4.    For such other and further relief as this Court may deem just and proper.

16

17    Dated: March 8, 2007                     FENWICK & WEST LLP

18

19    By:_____/S/_____
                                                Jedediah Wakefield

20    Attorneys for Defendants
21    VERITAS SOFTWARE CORPORATION

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

## **DEMAND FOR JURY TRIAL**

2      Defendant Veritas Software Corporation hereby demands a trial by jury on all claims and

3  issues in the First Amended Complaint so triable.

4

5  Dated: March 8, 2007                          FENWICK & WEST LLP

6

7                                       By:    _____/S/_____

8                                              Jedediah Wakefield

9                                       Attorneys for Defendants
                                        VERITAS SOFTWARE CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

2      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

3   associations of persons, firms, partnerships, corporations (including parent corporations) or other

4   entities (i) have a financial interest the subject matter of the controversy or in a party to the

5   proceeding, or (ii) have a non-financial interest in that subject matter that could be substantially

6   affected by the outcome of this proceeding:

7      Symantec Corporation is the parent corporation of Defendant Veritas Software Corporation.

8

9   Dated: March 8, 2007                    FENWICK & WEST LLP

10

11                                By:  _____/S/_____
                                              Jedediah Wakefield
12
                                     Attorneys for Defendants
13                                   VERITAS SOFTWARE CORPORATION

14
    25689/00400/LIT/1264076.2
15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW