LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
EMC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.  C-06-07391-MJJ<br><br>**ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>    Counter-Claimant,<br><br>  v.<br><br>NETBULA, LLC, a Delaware limited liability company,<br><br>    Counterclaim Defendant,<br><br>    and<br><br>DONGXIAO YUE, an individual,<br><br>    Third-Party Counterclaim Defendant. | |

1    Defendant EMC Corporation ("EMC") hereby submits its Answer and Affirmative

2    Defenses to the First Amended Complaint of Plaintiff Netbula, LLC ("Netbula") as follows:

3                                    **INTRODUCTION**

4    1.    EMC is without knowledge or information sufficient to form a belief as to the truth

5    of the averments regarding Netbula and its products contained in Paragraph 1 of the First

6    Amended Complaint, and on that basis denies each of them.  EMC denies the averments

7    contained in Paragraph 1 in all other respects.

8    2.    EMC is without knowledge or information sufficient to form a belief as to the truth

9    of the averments regarding Defendants Storage Technology Corporation ("StorageTek") and Sun

10   Microsystems, Inc. contained in Paragraph 2 of the First Amended Complaint, and on that basis

11   denies each of them.  EMC denies the averments contained in Paragraph 2 in all other respects.

12                                    **JURISDICTION**

13   3.    EMC neither admits nor denies the averments contained in Paragraph 3 of the First

14   Amended Complaint because those averments are conclusions of law to which no response is

15   required; to the extent those averments may be deemed averments of fact, EMC is without

16   knowledge or information sufficient to form a belief as to the truth of these averments and on that

17   basis denies each of them.

18   4.    EMC neither admits nor denies the averments contained in Paragraph 4 of the First

19   Amended Complaint because those averments are conclusions of law to which no response is

20   required; to the extent those averments may be deemed averments of fact, EMC denies them,

21   except that EMC admits that personal jurisdiction and venue are proper in this district over it.

22                              **INTRADISTRICT ASSIGNMENT**

23   5.    EMC neither admits nor denies the averments contained in Paragraph 5 of the First

24   Amended Complaint because those averments are conclusions of law to which no response is

25   required; to the extent those averments may be deemed averments of fact, EMC admits that this

26   purports to be an Intellectual Property Action as specified in Northern District of California Civil

27   L.R. 3-2(c).

28                                    **THE PARTIES**

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

6.      EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 6 of the First Amended Complaint and on that basis denies each and every averment contained therein.

7.      EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 7 of the First Amended Complaint and on that basis denies each and every averment contained therein.

8.      EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 8 of the First Amended Complaint and on that basis denies each and every averment contained therein.

9.      EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 9 of the First Amended Complaint and on that basis denies each and every averment contained therein.

10.     Admitted.

11.     EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 11 of the First Amended Complaint and on that basis denies each and every averment contained therein.

12.     EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 12 of the First Amended Complaint and on that basis denies each and every averment contained therein.

13.     EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 13 of the First Amended Complaint and on that basis denies each and every averment contained therein.

## FACTUAL DETAILS

14.     EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 14 of the First Amended Complaint and on that basis denies each and every averment contained therein.

15.     EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 15 of the First Amended Complaint and on that basis

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    denies each and every averment contained therein.

2        16.    EMC is without knowledge or information sufficient to form a belief as to the truth

3    of the averments contained in Paragraph 16 of the First Amended Complaint and on that basis

4    denies each and every averment contained therein.

5        17.    EMC is without knowledge or information sufficient to form a belief as to the truth

6    of the averments contained in Paragraph 17 of the First Amended Complaint and on that basis

7    denies each and every averment contained therein.

8        18.    EMC is without knowledge or information sufficient to form a belief as to the truth

9    of the averments contained in Paragraph 18 of the First Amended Complaint and on that basis

10   denies each and every averment contained therein.

11       19.    EMC is without knowledge or information sufficient to form a belief as to the truth

12   of the averments contained in Paragraph 19 of the First Amended Complaint and on that basis

13   denies each and every averment contained therein.

14       20.    EMC is without knowledge or information sufficient to form a belief as to the truth

15   of the averments contained in Paragraph 20 of the First Amended Complaint and on that basis

16   denies each and every averment contained therein.

17       21.    EMC is without knowledge or information sufficient to form a belief as to the truth

18   of the averments contained in Paragraph 21 of the Amended Complaint and on that basis denies

19   each and every averment contained therein, except that EMC admits that a purported copy of a

20   Copyright Office Certificate of Registration, Registration No. TX 6-211-063, is attached to the

21   First Amended Complaint as Exhibit A.

22       22.    EMC is without knowledge or information sufficient to form a belief as to the truth

23   of the averments contained in Paragraph 22 of the First Amended Complaint and on that basis

24   denies each and every averment contained therein.

25       23.    EMC is without knowledge or information sufficient to form a belief as to the truth

26   of the averments contained in Paragraph 23 of the First Amended Complaint and on that basis

27   denies each and every averment contained therein.

28       24.    EMC is without knowledge or information sufficient to form a belief as to the truth

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1   of the averments contained in Paragraph 24 of the First Amended Complaint and on that basis

2   denies each and every averment contained therein.

3         25.    EMC is without knowledge or information sufficient to form a belief as to the truth

4   of the averments contained in Paragraph 25 of the First Amended Complaint and on that basis

5   denies each and every averment contained therein.

6         26.    EMC is without knowledge or information sufficient to form a belief as to the truth

7   of the averments contained in Paragraph 26 of the First Amended Complaint and on that basis

8   denies each and every averment contained therein.

9         27.    EMC is without knowledge or information sufficient to form a belief as to the truth

10  of the averments contained in Paragraph 27 of the First Amended Complaint and on that basis

11  denies each and every averment contained therein.

12        28.    EMC is without knowledge or information sufficient to form a belief as to the truth

13  of the averments contained in Paragraph 28 of the First Amended Complaint and on that basis

14  denies each and every averment contained therein.

15        29.    EMC is without knowledge or information sufficient to form a belief as to the truth

16  of the averments contained in Paragraph 29 of the First Amended Complaint and on that basis

17  denies each and every averment contained therein.

18        30.    EMC is without knowledge or information sufficient to form a belief as to the truth

19  of the averments contained in Paragraph 30 of the First Amended Complaint and on that basis

20  denies each and every averment contained therein.

21        31.    EMC are without knowledge or information sufficient to form a belief as to the

22  truth of the averments contained in Paragraph 31 of the First Amended Complaint and on that

23  basis deny each and every averment contained therein.

24        32.    EMC is without knowledge or information sufficient to form a belief as to the truth

25  of the averments contained in Paragraph 32 of the First Amended Complaint and on that basis

26  denies each and every averment contained therein.

27        33.    EMC is without knowledge or information sufficient to form a belief as to the truth

28  of the averments contained in Paragraph 33 of the First Amended Complaint and on that basis

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    denies each and every averment contained therein.

2        34.    EMC is without knowledge or information sufficient to form a belief as to the truth

3    of the averments contained in Paragraph 34 of the First Amended Complaint and on that basis

4    denies each and every averment contained therein.

5        35.    EMC is without knowledge or information sufficient to form a belief as to the truth

6    of the averments contained in Paragraph 35 of the First Amended Complaint and on that basis

7    denies each and every averment contained therein.

8        36.    EMC is without knowledge or information sufficient to form a belief as to the truth

9    of the averments contained in Paragraph 36 of the First Amended Complaint and on that basis

10    denies each and every averment contained therein.

11        37.    EMC is without knowledge or information sufficient to form a belief as to the truth

12    of the averments contained in Paragraph 37 of the First Amended Complaint and on that basis

13    denies each and every averment contained therein.

14        38.    EMC is without knowledge or information sufficient to form a belief as to the truth

15    of the averments contained in Paragraph 38 of the First Amended Complaint and on that basis

16    denies each and every averment contained therein.

17        39.    EMC is without knowledge or information sufficient to form a belief as to the truth

18    of the averments contained in Paragraph 39 of the First Amended Complaint and on that basis

19    denies each and every averment contained therein.

20        40.    EMC is without knowledge or information sufficient to form a belief as to the truth

21    of the averments contained in Paragraph 40 of the First Amended Complaint and on that basis

22    denies each and every averment contained therein.

23        41.    EMC is without knowledge or information sufficient to form a belief as to the truth

24    of the averments contained in Paragraph 41 of the First Amended Complaint and on that basis

25    denies each and every averment contained therein.

26        42.    EMC is without knowledge or information sufficient to form a belief as to the truth

27    of the averments contained in Paragraph 42 of the First Amended Complaint and on that basis

28    denies each and every averment contained therein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

43.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 43 of the First Amended Complaint and on that basis denies each and every averment contained therein.

44.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 44 of the First Amended Complaint and on that basis denies each and every averment contained therein.

45.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 45 of the First Amended Complaint and on that basis denies each and every averment contained therein.

46.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 46 of the First Amended Complaint and on that basis denies each and every averment contained therein.

47.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 47 of the First Amended Complaint and on that basis denies each and every averment contained therein.

48.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 48 of the First Amended Complaint and on that basis denies each and every averment contained therein.

49.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 49 of the First Amended Complaint and on that basis denies each and every averment contained therein.

50.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 50 of the First Amended Complaint and on that basis denies each and every averment contained therein.

51.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 51 of the First Amended Complaint and on that basis denies each and every averment contained therein.

52.    EMC is without knowledge or information sufficient to form a belief as to the truth

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    of the averments contained in Paragraph 52 of the First Amended Complaint and on that basis

2    denies each and every averment contained therein.

3         53.    EMC is without knowledge or information sufficient to form a belief as to the truth

4    of the averments contained in Paragraph 53 of the First Amended Complaint and on that basis

5    denies each and every averment contained therein.

6         54.    EMC is without knowledge or information sufficient to form a belief as to the truth

7    of the averments contained in Paragraph 54 of the First Amended Complaint and on that basis

8    denies each and every averment contained therein.

9         55.    EMC is without knowledge or information sufficient to form a belief as to the truth

10   of the averments contained in Paragraph 55 of the First Amended Complaint and on that basis

11   denies each and every averment contained therein.

12        56.    EMC is without knowledge or information sufficient to form a belief as to the truth

13   of the averments contained in Paragraph 56 of the First Amended Complaint and on that basis

14   denies each and every averment contained therein.

15        57.    EMC is without knowledge or information sufficient to form a belief as to the truth

16   of the averments contained in Paragraph 57 of the First Amended Complaint and on that basis

17   denies each and every averment contained therein.

18        58.    EMC is without knowledge or information sufficient to form a belief as to the truth

19   of the averments contained in Paragraph 58 of the First Amended Complaint and on that basis

20   denies each and every averment contained therein.

21        59.    EMC is without knowledge or information sufficient to form a belief as to the truth

22   of the averments contained in Paragraph 59 of the First Amended Complaint and on that basis

23   denies each and every averment contained therein.

24        60.    EMC is without knowledge or information sufficient to form a belief as to the truth

25   of the averments contained in Paragraph 60 of the First Amended Complaint and on that basis

26   denies each and every averment contained therein.

27        61.    EMC is without knowledge or information sufficient to form a belief as to the truth

28   of the averments contained in Paragraph 61 of the First Amended Complaint and on that basis

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    denies each and every averment contained therein.

2        62.    EMC is without knowledge or information sufficient to form a belief as to the truth

3    of the averments contained in Paragraph 62 of the First Amended Complaint and on that basis

4    denies each and every averment contained therein.

5        63.    EMC is without knowledge or information sufficient to form a belief as to the truth

6    of the averments contained in Paragraph 63 of the First Amended Complaint and on that basis

7    denies each and every averment contained therein, except that EMC admits that it licensed

8    various versions of "LibAttach" and/or "LibAttach Integrator's Kit" from StorageTek and used

9    those products in the development of its Legato NetWorker software.

10        64.    EMC is without knowledge or information sufficient to form a belief as to the truth

11    of the averments contained in Paragraph 64 of the First Amended Complaint and on that basis

12    denies each and every averment contained therein.

13        65.    EMC is without knowledge or information sufficient to form a belief as to the truth

14    of the averments contained in Paragraph 65 of the First Amended Complaint and on that basis

15    denies each and every averment contained therein.

## FIRST CLAIM FOR RELIEF

### *COPYRIGHT INFRINGEMENT (DIRECT, CONTRIBUTORY, AND VICARIOUS)*

### *(Against All DEFENDANTS)*

20        66.    Replying to Paragraph 66 of the Amended Complaint, EMC incorporates by

21    reference its responses to Paragraphs 1 through 65 as though fully set forth herein.

22        67.    EMC is without knowledge or information sufficient to form a belief as to the truth

23    of the averments contained in Paragraph 67 of the First Amended Complaint and on that basis

24    denies each and every averment contained therein.

25        68.    EMC is without knowledge or information sufficient to form a belief as to the truth

26    of the averments contained in Paragraph 68 of the First Amended Complaint and on that basis

27    denies each and every averment contained therein, except that EMC admits that a purported copy

28    of a Copyright Office Certificate of Registration, Registration No. TX 6-211-063, is attached to

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    the First Amended Complaint as Exhibit A

2        69.    EMC is without knowledge or information sufficient to form a belief as to the truth

3    of the averments contained in Paragraph 69 of the First Amended Complaint and on that basis

4    denies each and every averment contained therein.

5        70.    EMC is without knowledge or information sufficient to form a belief as to the truth

6    of the averments contained in Paragraph 70 of the First Amended Complaint and on that basis

7    denies each and every averment contained therein.

8        71.    EMC is without knowledge or information sufficient to form a belief as to the truth

9    of the averments contained in Paragraph 71 of the First Amended Complaint and on that basis

10    denies each and every averment contained therein, except that EMC denies LibAttach and

11    REELS are EMC's products.

12        72.    EMC is without knowledge or information sufficient to form a belief as to the truth

13    of the averments contained in Paragraph 72 of the First Amended Complaint and on that basis

14    denies each and every averment contained therein, except that EMC denies LibAttach and

15    REELS are EMC's products.

16        73.    EMC is without knowledge or information sufficient to form a belief as to the truth

17    of the averments contained in Paragraph 73 of the First Amended Complaint and on that basis

18    denies each and every averment contained therein.

19        74.    EMC is without knowledge or information sufficient to form a belief as to the truth

20    of the averments contained in Paragraph 74 of the First Amended Complaint and on that basis

21    denies each and every averment contained therein.

22        75.    EMC is without knowledge or information sufficient to form a belief as to the truth

23    of the averments contained in Paragraph 75 of the First Amended Complaint and on that basis

24    denies each and every averment contained therein.

25        76.    EMC is without knowledge or information sufficient to form a belief as to the truth

26    of the averments contained in Paragraph 76 of the First Amended Complaint and on that basis

27    denies each and every averment contained therein.

28        77.    EMC is without knowledge or information sufficient to form a belief as to the truth

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1 of the averments contained in Paragraph 77 of the First Amended Complaint and on that basis

2 denies each and every averment contained therein.

3    78.    EMC is without knowledge or information sufficient to form a belief as to the truth

4 of the averments contained in Paragraph 78 of the First Amended Complaint and on that basis

5 denies each and every averment contained therein.

6    79.    EMC is without knowledge or information sufficient to form a belief as to the truth

7 of the averments contained in Paragraph 79 of the First Amended Complaint and on that basis

8 denies each and every averment contained therein.

9    80.    EMC is without knowledge or information sufficient to form a belief as to the truth

10 of the averments contained in Paragraph 80 of the First Amended Complaint and on that basis

11 denies each and every averment contained therein.

12    81.    EMC is without knowledge or information sufficient to form a belief as to the truth

13 of the averments contained in Paragraph 81 of the First Amended Complaint and on that basis

14 denies each and every averment contained therein.

15    82.    EMC is without knowledge or information sufficient to form a belief as to the truth

16 of the averments contained in Paragraph 82 of the First Amended Complaint and on that basis

17 denies each and every averment contained therein, except that EMC denies each and every

18 averment contained in Paragraph 82 of the Amended Complaint to the extent it is directed at

19 EMC.

20    83.    EMC is without knowledge or information sufficient to form a belief as to the

21 truth of the averments contained in Paragraph 83 of the First Amended Complaint and on that

22 basis denies each and every averment contained therein.

23    84.    EMC is without knowledge or information sufficient to form a belief as to the truth

24 of the averments contained in Paragraph 84 of the First Amended Complaint and on that basis

25 denies each and every averment contained therein, except that EMC denies each and every

26 averment contained in Paragraph 84 of the Amended Complaint to the extent it is directed at

27 EMC.

28    85.    EMC is without knowledge or information sufficient to form a belief as to the truth

Fenwick & West LLP
Attorneys At Law
Mountain View

1  of the averments contained in Paragraph 85 of the First Amended Complaint and on that basis

2  denies each and every averment contained therein.

3        86.    EMC is without knowledge or information sufficient to form a belief as to the truth

4  of the averments contained in Paragraph 86 of the First Amended Complaint and on that basis

5  denies each and every averment contained therein, except that EMC denies each and every

6  averment contained in Paragraph 86 of the Amended Complaint to the extent it is directed at

7  EMC.

8        87.    EMC is without knowledge or information sufficient to form a belief as to the truth

9  of the averments contained in Paragraph 87 of the First Amended Complaint and on that basis

10  denies each and every averment contained therein.

11        88.    EMC is without knowledge or information sufficient to form a belief as to the truth

12  of the averments contained in Paragraph 88 of the First Amended Complaint and on that basis

13  denies each and every averment contained therein, except that EMC denies that it is contributorily

14  and/or vicariously liable for any acts of third parties.

15        89.    EMC is without knowledge or information sufficient to form a belief as to the truth

16  of the averments contained in Paragraph 89 of the First Amended Complaint and on that basis

17  denies each and every averment contained therein.

18        90.    EMC is without knowledge or information sufficient to form a belief as to the truth

19  of the averments contained in Paragraph 90 of the First Amended Complaint and on that basis

20  denies each and every averment contained therein, except that EMC denies each and every

21  averment contained in Paragraph 90 of the Amended Complaint to the extent it is directed at

22  EMC.

23        91.    EMC is without knowledge or information sufficient to form a belief as to the truth

24  of the averments contained in Paragraph 91 of the First Amended Complaint and on that basis

25  denies each and every averment contained therein, except that EMC denies each and every

26  averment contained in Paragraph 91 of the Amended Complaint to the extent it is directed at

27  EMC.

28        92.    EMC is without knowledge or information sufficient to form a belief as to the truth

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    of the averments contained in Paragraph 92 of the First Amended Complaint and on that basis

2    denies each and every averment contained therein, except that EMC denies each and every

3    averment contained in Paragraph 92 of the Amended Complaint to the extent it is directed at

4    EMC.

### SECOND CLAIM FOR RELIEF

### *INTENTIONAL FRAUD (California Civil Code § 1709)*

### *(Against StorageTek and Sun)*

9    93.    Replying to Paragraph 93 of the Amended Complaint, EMC incorporates by

10   reference its responses to Paragraphs 1 through 92 as though fully set forth herein.

11   94.    EMC is without knowledge or information sufficient to form a belief as to the truth

12   of the averments contained in Paragraph 94 of the First Amended Complaint and on that basis

13   denies each and every averment contained therein.

14   95.    EMC is without knowledge or information sufficient to form a belief as to the truth

15   of the averments contained in Paragraph 95 of the First Amended Complaint and on that basis

16   denies each and every averment contained therein.

17   96.    EMC is without knowledge or information sufficient to form a belief as to the truth

18   of the averments contained in Paragraph 96 of the First Amended Complaint and on that basis

19   denies each and every averment contained therein.

20   97.    EMC is without knowledge or information sufficient to form a belief as to the truth

21   of the averments contained in Paragraph 97 of the First Amended Complaint and on that basis

22   denies each and every averment contained therein.

23   98.    EMC is without knowledge or information sufficient to form a belief as to the truth

24   of the averments contained in Paragraph 98 of the First Amended Complaint and on that basis

25   denies each and every averment contained therein.

26   99.    EMC is without knowledge or information sufficient to form a belief as to the truth

27   of the averments contained in Paragraph 99 of the First Amended Complaint and on that basis

28   denies each and every averment contained therein.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1    100.    EMC is without knowledge or information sufficient to form a belief as to the truth

2    of the averments contained in Paragraph 100 of the First Amended Complaint and on that basis

3    denies each and every averment contained therein.

4    101.    EMC is without knowledge or information sufficient to form a belief as to the truth

5    of the averments contained in Paragraph 101 of the First Amended Complaint and on that basis

6    denies each and every averment contained therein.

7    ### THIRD CLAIM FOR RELIEF

8    ### *BREACH OF CONTRACT*

9    ### *(Against Defendants BindView and Symantec Only)*

10

11    102.    Replying to Paragraph 102 of the Amended Complaint, EMC incorporates by

12    reference its responses to Paragraphs 1 through 101 as though fully set forth herein.

13    103.    EMC is without knowledge or information sufficient to form a belief as to the truth

14    of the averments contained in Paragraph 103 of the First Amended Complaint and on that basis

15    denies each and every averment contained therein.

16    104.    EMC is without knowledge or information sufficient to form a belief as to the truth

17    of the averments contained in Paragraph 104 of the First Amended Complaint and on that basis

18    denies each and every averment contained therein.

19    105.    EMC is without knowledge or information sufficient to form a belief as to the truth

20    of the averments contained in Paragraph 105 of the First Amended Complaint and on that basis

21    denies each and every averment contained therein.

22    106.    EMC is without knowledge or information sufficient to form a belief as to the truth

23    of the averments contained in Paragraph 106 of the First Amended Complaint and on that basis

24    deny each and every averment contained therein.

25    107.    EMC is without knowledge or information sufficient to form a belief as to the truth

26    of the averments contained in Paragraph 107 of the First Amended Complaint and on that basis

27    denies each and every averment contained therein.

28    / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## **FOURTH CLAIM FOR RELIEF**

### ***STATUTORY UNFAIR COMPETITION (Cal. Bus. & Prof. Code § 17200 et seq.)***

### ***(Against StorageTek and Sun)***

108.    Replying to Paragraph 108 of the Amended Complaint, EMC incorporates by reference its responses to Paragraphs 1 through 107 as though fully set forth herein.

109.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 109 of the First Amended Complaint and on that basis denies each and every averment contained therein.[1]

110.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 110 of the First Amended Complaint and on that basis denies each and every averment contained therein.

111.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 111 of the First Amended Complaint and on that basis denies each and every averment contained therein.

112.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 112 of the First Amended Complaint and on that basis denies each and every averment contained therein.

113.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 113 of the First Amended Complaint and on that basis denies each and every averment contained therein.

114.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 114 of the First Amended Complaint and on that basis denies each and every averment contained therein.

115.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 115 of the First Amended Complaint and on that basis

---

[1] This Cause of Action being asserted only against Defendants StorageTek and Sun, EMC interprets and responds to the allegations herein against "Defendants" as including only StorageTek and Sun, and not EMC.

denies each and every averment contained therein.

116.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 116 of the First Amended Complaint and on that basis denies each and every averment contained therein.

117.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 117 of the First Amended Complaint and on that basis denies each and every averment contained therein.

## FIFTH CAUSE OF ACTION

### *EQUITABLE ACCOUNTING AND IMPOSITION OF A CONSTRUCTIVE TRUST*

### *(Against All Defendants)*

118.    Replying to Paragraph 118 of the Amended Complaint, EMC incorporates by reference its responses to Paragraphs 1 through 117 as though fully set forth herein.

119.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 119 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that EMC denies each and every averment contained in Paragraph 119 of the Amended Complaint to the extent it is directed at EMC.

120.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 120 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that EMC denies each and every averment contained in Paragraph 120 of the Amended Complaint to the extent it is directed at EMC.

121.    EMC is without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph 121 of the First Amended Complaint and on that basis denies each and every averment contained therein, except that EMC denies each and every averment contained in Paragraph 121 of the Amended Complaint to the extent it is directed at EMC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

122.    Any allegations in the First Amended Complaint not expressly admitted herein are hereby denied.

## PRAYER FOR RELIEF

123.    Defendant EMC Corporation denies that Plaintiff is entitled to any relief against it.

## AFFIRMATIVE DEFENSES

As separate and affirmative defenses to Netbula's Amended Complaint and to each cause of action, claim, and allegation contained therein, Defendant EMC Corporation ("EMC") states as follows:

### First Affirmative Defense – Failure to State a Cause of Action

124.    Each purported cause of action in the First Amended Complaint fails to state facts sufficient to constitute a cause of action against EMC.

### Second Affirmative Defense – Statutes of Limitations

125.    Each cause of action in the First Amended Complaint is barred by the applicable statutes of limitations.

### Third Affirmative Defense – Equitable Estoppel

126.    Each cause of action in the First Amended Complaint is barred by the doctrine of equitable estoppel.

### Fourth Affirmative Defense – Unclean Hands

127.    Each cause of action in the First Amended Complaint is barred by the doctrine of unclean hands.

### Fifth Affirmative Defense – Laches

128.    Each cause of action in the First Amended Complaint is barred by the doctrine of laches.

### Sixth Affirmative Defense – Waiver

129.    Each cause of action in the First Amended Complaint is barred by the doctrine of waiver.

### Seventh Affirmative Defense – Promissory Estoppel

130.    Each cause of action in the Amended Complaint is barred by the doctrine of

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

EMC'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC

17

C-06-07391-MJJ

1    promissory estoppel.

2    **Eighth Affirmative Defense – Failure to Do Equity**

3    131.    Each cause of action in the First Amended Complaint is barred by reason of

4    Plaintiff's failure to do equity in the matters alleged in the First Amended Complaint.

5    **Ninth Affirmative Defense – Acquiescence**

6    132.    Each cause of action in the First Amended Complaint is barred by the doctrine of

7    acquiescence.

8    **Tenth Affirmative Defense – Lack of Originality**

9    133.    The first cause of action, for copyright infringement, is barred for lack of

10    originality.

11    **Eleventh Affirmative Defense – Invalidity of Copyright Registration**

12    134.    The first cause of action, for copyright infringement, is barred because its

13    copyright registration is invalid.

14    **Twelfth Affirmative Defense – License**

15    135.    The first cause of action, for copyright infringement, is barred by the existence of

16    an express or implied license.

17    **Thirteenth Affirmative Defense – Adequate Remedy at Law**

18    136.    The fifth cause of action in the First Amended Complaint, for equitable accounting

19    and imposition of a constructive trust, is barred because the injury or damage suffered by

20    Plaintiff, if any, would be adequately compensated in an action at law for damages and therefore

21    is not entitled to seek equitable relief.

22    **Fourteenth Affirmative Defense – Mootness**

23    137.    Plaintiff's request for injunctive relief is moot.

24    **Fifteenth Affirmative Defense – Failure to Mitigate**

25    138.    Netbula has failed, and continues to fail, to act reasonably to mitigate the damages

26    alleged in this action.

27    **Sixteenth Affirmative Defense – Lack of Subject Matter Jurisdiction**

28    139.    The Court lacks subject matter jurisdiction over this action.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

EMC'S ANSWER AND AFFIRMATIVE
DEFENSES TO FAC                                18                        C-06-07391-MJJ

1

**Seventeenth Affirmative Defense - Causation**

2          140.    Netbula's damages, if any, were not caused by EMC and are not attributable to the

3   acts or omissions of EMC.

4

5   WHEREFORE, Defendant EMC Corporation prays for judgment on the First Amended

6   Complaint as follows:

7          1.    That Netbula, LLC take nothing by its First Amended Complaint;

8          2.    That the First Amended Complaint be dismissed with prejudice;

9          3.    For costs of suit, including reasonable attorneys' fees; and

10         4.    For such other and further relief as this Court may deem just and proper.

11

12  Dated: March 15, 2007                    FENWICK & WEST LLP

13

14                                    By:_____/S/_____

                                            Albert L. Sieber

15                                    Attorneys for Defendants

16                                    EMC CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## DEMAND FOR JURY TRIAL

Defendant EMC Corporation hereby demands a trial by jury on all claims and issues in the First Amended Complaint so triable.

Dated: March 15, 2007                    FENWICK & WEST LLP

By: _____
                                                /S/
                                          Albert L. Sieber

Attorneys for Defendants
EMC CORPORATION

1

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

4

5  Dated: March 15, 2007                    FENWICK & WEST LLP

6

7                                    By:        _____/S/_____

8                                              Albert L. Sieber

9                                    Attorneys for Defendants
                                     EMC CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW