# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Netbula, LLC,<br><br>       Plaintiff(s),<br><br>    v.<br><br>Storage Technology Corporation,<br><br>       Defendant(s). | 06-07391 MJJ<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4  It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: April 25, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
06-07391 MJJ                              -2-

**PROOF OF SERVICE**

Case Name:      Netbula, LLC v. Storage Technology Corporation

Case Number:    06-07391 MJJ

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On April 25, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Vonnah Brillet
>   The Law Office of Vonnah M. Brillet
>   2777 Alvarado Street
>   Suite E
>   San Leandro, CA 94577
>   brilletlaw@yahoo.com
>
>   Jedediah Wakefield
>   Fenwick & West LLP
>   555 California Street, Suite 1200
>   San Francisco, CA 94104
>   jwakefield@fenwick.com
>
>   Albert L. Sieber
>   Fenwick & West LLP
>   555 California Street, Suite 1200
>   San Francisco, CA 94104
>   asieber@fenwick.com

Laurence F. Pulgram
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
lpulgram@fenwick.com

David Eiseman
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street
22nd Floor
San Francisco, CA 94111
davideiseman@quinnemanuel.com

Rachel Heather Smith
Quinn Emanuel Urquhart Oliver & Hedges, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
rachelsmith@quinnemanuel.com

Stephanie Powers Skaff
Farella Braun and Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
sskaff@fbm.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 25, 2007 in San Francisco, California.

                                                RICHARD W. WIEKING
                                              Clerk
                                              by:    Timothy J. Smagacz

                                              ADR Administrative Assistant
                                              415-522-4205
                                              Tim_Smagacz@cand.uscourts.gov