UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Netbula, LLC

                Plaintiff(s),

     v.

Storage Technology Corporation, et al

                Defendant(s).
_____/

Case No. C06-07391-MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 04/26/2007

                                                                [Party] NETBULA, LLC

Dated: 04/26/2007

                                                                [Counsel]