

LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>        Defendants. | Case No.  C-06-07391-MJJ<br><br>**ADR CERTIFICATION OF DEFENDANT AND COUNTER-CLAIMANT SUN MICROSYSTEMS, INC.** |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>        Counter-Claimant,<br><br>    v.<br><br>NETBULA, LLC, a Delaware limited liability company,<br><br>        Counterclaim Defendant,<br><br>    and<br><br>DONGXIAO YUE, an individual,<br><br>        Third-Party Counterclaim Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(**1**) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(**2**) Discussed the available dispute resolution options provided by the Court and private entities; and

(**3**) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 27, 2007                                SUN MICROSYSTEMS, INC.


By:_____/S/_____
                              Julie DeCecco

                    Assistant General Counsel


Dated: April 27, 2007


                                                    FENWICK & WEST LLP


By:_____/S/_____
                              Jedediah Wakefield

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3

       I, Jedediah Wakefield, attest that concurrence in the filing of this document has been

4

obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed

5

document.

6

       I declare under penalty of perjury under the laws of the United States of America that the

7

foregoing is true and correct.  Executed this 27th day of April, 2007 at San Francisco, California.

8

9

Dated:                              April 27,     FENWICK & WEST LLP
2007

10

11

                                    By:_____ /S/_____
12

                                        Jedediah Wakefield

13

                                    Attorneys for Defendant and Counter-Claimant
                                    SUN MICROSYSTEMS, INC.

14

15

25689/00400/LIT/1266380.1

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO