1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    David Eiseman (Bar No. 114758)
2   Rachel Smith (Bar No. 222075)
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone:    (415) 875-6600
4  Facsimile     (415) 875-6700
   Email: davideiseman@quinnemanuel.com
5          rachelsmith@quinnemanuel.com

6  Attorneys for Defendant International Business
   Machines Corporation

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 | NETBULA LLC, a Delaware limited liability company, | CASE NO. C06-7391 MJJ |
| --- | --- |
|    Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
|    vs. | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | |
|    Defendants. | |

51191/2102067.1
                                                                    Case No. C06-7391 MJJ
                    ADR CERTIFICATION BY PARTIES AND COUNSEL

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that
2  he or she has:
3  (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern*
4  *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited*
5  *printed copies are available from the clerk's office for parties in cases not subject to the court's*
6  *Electronic Case Filing program (ECF) under General Order 45)*;
7  (2) Discussed the available dispute resolution options provided by the Court and
8  private entities; and
9  (3) Considered whether this case might benefit from any of the available dispute
10 resolution options.

DATED: May 1, 2007

By  /s/ Jeffrey T. Zachmann
    Jeffrey T. Zachmann
    International Business Machines Corporation

DATED: May 1, 2007              QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP

                                By  /s/ David Eiseman
                                    David Eiseman
                                    Attorneys for Defendant International Business
                                    Machines Corporation

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David Eiseman, attest that concurrence in the filing of this document has been obtained from Jeffrey T. Zachmann.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 27th day of April 2007 in San Francisco, California.

/s/ David Eiseman
David Eiseman