1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street, Ste. 1200
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendant
   STORAGE TECHNOLOGY CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br>     v.<br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.  C-06-07391-MJJ<br><br>**ADR CERTIFICATION OF DEFENDANT STORAGE TECHNOLOGY CORPORATION** |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>                    Counter-Claimant,<br>     v.<br>NETBULA, LLC, a Delaware limited liability company,<br><br>                    Counterclaim Defendant,<br>     and<br>DONGXIAO YUE, an individual,<br><br>                    Third-Party Counterclaim Defendant. | |

DEFENDANT STORAGE TECHNOLOGY
CORP ADR CERTIFICATION (C-06-07391-MJJ)

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2  that he or she has:

3  **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
4  of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
5  copies are available from the clerk's office for parties in cases not subject to the court's
6  Electronic Case Filing program (ECF) under General Order 45);*

7  **(2)** Discussed the available dispute resolution options provided by the Court and private
8  entities; and

9  **(3)** Considered whether this case might benefit from any of the available dispute
10 resolution options.

Dated: May 2, 2007

STORAGE TECHNOLOGY CORPORATION

By: _____/S/_____
        Julie DeCecco


Dated: May 2, 2007

FENWICK & WEST LLP


By: _____/S/_____
        Jedediah Wakefield

Attorneys for Defendant
STORAGE TECHNOLOGY CORPORATION

DEFENDANT STORAGE TECHNOLOGY
CORP'S ADR CERTIFICATION (C-06-
07391-MJJ)                                  2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jedediah Wakefield, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2007 at San Francisco, California.

Dated: May 2, 2007                              FENWICK & WEST LLP


                                                By:            /S/
                                                    Jedediah Wakefield

                                                Attorneys for Defendant
                                                STORAGE TECHNOLOGY
                                                CORPORATION

25686/00400/LIT/1266742.1

DEFENDANT STORAGE TECHNOLOGY
CORP'S ADR CERTIFICATION (C-06-           3
07391-MJJ)