1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street, Ste. 1200
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendant
   VERITAS SOFTWARE CORPORATION
8

9                UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>              Plaintiff,<br>    v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>              Defendants. | Case No.  C-06-07391-MJJ<br><br>**ADR CERTIFICATION OF DEFENDANT VERITAS SOFTWARE CORPORATION** |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>              Counter-Claimant,<br>    v.<br>NETBULA, LLC, a Delaware limited liability company,<br><br>              Counterclaim Defendant,<br>              and<br>DONGXIAO YUE, an individual,<br><br>              Third-Party Counterclaim Defendant. | |

DEFENDANT VERITAS'S ADR
CERTIFICATION (C-06-07391-MJJ)

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2   that he or she has:
3   **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District
4   of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed
5   copies are available from the clerk's office for parties in cases not subject to the court's
6   Electronic Case Filing program (ECF) under General Order 45)*;
7   **(2)** Discussed the available dispute resolution options provided by the Court and private
8   entities; and
9   **(3)** Considered whether this case might benefit from any of the available dispute
10  resolution options.

Dated: May 2, 2007                    VERITAS SOFTWARE CORPORATION

                                      By:          /S/
                                             Joseph Fitzgerald


Dated: May 2, 2007                    FENWICK & WEST LLP

                                      By:          /S/
                                             Jedediah Wakefield

                                      Attorneys for Defendant
                                      VERITAS SOFTWARE CORPORATION

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT VERITAS'S ADR
CERTIFICATION (C-06-07391-MJJ)           2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Jedediah Wakefield, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of May, 2007 at San Francisco, California.

Dated: May 2, 2007                               FENWICK & WEST LLP


By: _____/S/_____
    Jedediah Wakefield

Attorneys for Defendant
VERITAS SOFTWARE CORPORATION

25686/00400/LIT/1266741.1