LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
EMC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NETBULA, LLC, a Delaware limited liability company,

Plaintiff,

v.

STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,

Defendants.

SUN MICROSYSTEMS, INC., a Delaware corporation,

Counter-Claimant,

v.

NETBULA, LLC, a Delaware limited liability company,

Counterclaim Defendant,

and

DONGXIAO YUE, an individual,

Third-Party Counterclaim Defendant.

Case No. C-06-07391-MJJ

**ADR CERTIFICATION OF DEFENDANT EMC CORPORATION**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 26, 2007

EMC CORPORATION

By: /S/
William R. Clark
Director, Senior IP Counsel

Dated: May 4, 2007

FENWICK & WEST LLP

By: /S/
Laurence F. Pulgram

Attorneys for Defendant
EMC CORPORATION

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Pulgram, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of May, 2007 at San Francisco, California.

Dated: May 4, 2007

FENWICK & WEST LLP

By: /S/
Laurence F. Pulgram

Attorneys for Defendant EMC CORPORATION

25689/00400/LIT/1266386.1