1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  FENWICK & WEST LLP
   555 California Street, Ste. 1200
5  San Francisco, CA  94104
   Telephone: (415) 875-2300
6  Facsimile:  (415) 281-1350

7  Attorneys for Defendant
   DARDEN RESTAURANTS, INC.

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 | NETBULA, LLC, a Delaware limited liability company, | Case No.  C-06-07391-MJJ |
12 | Plaintiff, | **ADR CERTIFICATION OF DEFENDANT DARDEN RESTAURANTS, INC.** |
13 | v. | |

14 STORAGE TECHNOLOGY
   CORPORATION, a Delaware corporation;
   SUN MICROSYSTEMS, INC., a Delaware
15 corporation; INTERNATIONAL BUSINESS
   MACHINES CORPORATION, a New York
16 corporation; EMC CORPORATION, a
   Massachusetts corporation; VERITAS
17 SOFTWARE CORPORATION, a Delaware
   corporation; DARDEN RESTAURANTS,
18 INC., a Florida corporation; and DOES 1-100,
   inclusive,

19                 Defendants.

20 SUN MICROSYSTEMS, INC., a Delaware
   corporation,
21
                 Counter-Claimant,
22        v.

23 NETBULA, LLC, a Delaware limited liability
   company,
24
                 Counterclaim Defendant,
25
                 and
26 DONGXIAO YUE, an individual,

                 Third-Party Counterclaim
27               Defendant.

28

DEFENDANT DARDEN'S ADR
CERTIFICATION (C-06-07391-MJJ)



FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

2  that he or she has:

3    **(1)**    Read the handbook entitled "*Dispute Resolution Procedures in the Northern*

4  *District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited*

5  *printed copies are available from the clerk's office for parties in cases not subject to the court's*

6  *Electronic Case Filing program (ECF) under General Order 45);*

7    **(2)**    Discussed the available dispute resolution options provided by the Court and

8  private entities; and

9    **(3)**    Considered whether this case might benefit from any of the available dispute

10  resolution options.

11

12  Dated: May 7, 2007                    DARDEN RESTAURANTS, INC.

13

14                                By:_____/S/_____

                                           Sally Blackmun
15                                    Senior Associate General Counsel

16

17  Dated: May 7, 2007                    FENWICK & WEST LLP

18

19                                By:_____/S/_____

                                          Laurence F. Pulgram
20

21                                Attorneys for Defendant
                                  DARDEN RESTAURANTS, INC.

22

23

24

25

26

27

28

DEFENDANT DARDEN'S ADR
CERTIFICATION (C-06-07391-MJJ)                    2

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Pulgram, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of May, 2007 at San Francisco, California.

Dated: May 7, 2007                                    FENWICK & WEST LLP


                                                      By:_____/S/_____
                                                           Laurence F. Pulgram

                                                      Attorneys for Defendant DARDEN
                                                      RESTAURANTS, INC.

25689/00400/LIT/1266386.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANT DARDEN'S ADR
CERTIFICATION (C-06-07391-MJJ)                    3