IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**              Courtroom Clerk: **Edward Butler**

DATE: **May 8, 2007**                        Court reporter: **Not Reported**

Case Number:    **C06-7391 MJJ**             Time in Court: **2:40 - 3:11 p.m.**

Case Name:      **NETBULA, LLC** v. **STORAGE TECHNOLOGY CORPORATION, ET AL.**

COUNSEL FOR PLAINTIFF:              COUNSEL FOR DEFENSE:
**Vonnah Brillet**                  **Rachel Smith, David Eiseman (for IBM)**
                                    **LaUrence Pulgram, Jed Wakefield (for Storage Tek)**

TYPE OF PROCEEDINGS:
() Status Conference    ()P/T Conference    (X)Case Management Conference

ORDERED AFTER HEARING:
- Regarding current outstanding discovery, the parties do not have to respond at this time.
- The parties are to initially focus on the License Issues/Contract claims.
- The Parties are directed to exchange letters confirming their stay of responses to pending discovery requests.

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Joint ()  Court (X)

Referred to Magistrate Judge _____    For:  **Settlement in** _____

(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

CASE CONTINUED TO:   **12/11/07**    for   **Further Status Conference**

Discovery Cut-Off:  **8/31/07**           Expert Discovery Cut-Off: **10/5/07**

Parties to Name Experts by: **9/7/07**    Expert Reports to be Tendered by: **9/14/07**

Designation of Supplemental/Rebuttal Experts:  **9/28/07**    Reports: **9/28/07**

Dispositive Motions shall be heard by:   **11/27/07 at 9:30 a.m.**

Pre-Trial Conference Date : _____    at **3:30 p.m.**

Trial Date: **July 21, 2008** at **8:30 a.m.**   [TENTATIVE]    Set for ___ days
            Type of Trial:  ( )Jury    ( )Court

Notes:  2 Experts per side.  Discovery Limits: 5 depositions, 25 Interrogatories, 25 Requests for Production, 25 Req. For. Admissions.