LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

Attorneys for Defendants
SUN MICROSYSTEMS, INC., STORAGE TECHNOLOGY CORPORATION,
EMC CORPORATION, VERITAS SOFTWARE CORPORATION, and DARDEN RESTAURANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**NOTICE OF APPEARANCE OF DAVID M. LACY KUSTERS FOR DEFENDANTS SUN MICROSYSTEMS, INC., STORAGE TECHNOLOGY CORPORATION, EMC CORPORATION, VERITAS SOFTWARE CORPORATION, AND DARDEN RESTAURANTS** |

David M. Lacy Kusters of the law firm of Fenwick & West LLP, hereby enters his appearance in the above-captioned action on behalf of Defendants, Sun Microsystems, Inc., Storage Technology Corporation, EMC Corporation, Veritas Software Corporation, and Darden Restaurants.

| | |
|---|---|
| NOTICE OF APPEARANCE OF<br>DAVID M. LACY KUSTERS | CASE NO. C06-07391-MJJ |

|   |   |
|---|---|
| 1 | For purposes of receipt of Notices of Electronic Filing, his e-mail address is: |
| 2 | David M. Lacy Kusters    dlacykusters@fenwick.com |
| 3 | For other purposes, counsel's address is: |

        David M. Lacy Kusters
        FENWICK & WEST LLP
        555 California Street, 12th Floor
        San Francisco, CA  94104
        Telephone:  (415) 875-2300
        Facsimile:  (415) 281-1350

Dated:  June 1, 2007        FENWICK & WEST LLP

        By:  /s/ David M. Lacy Kusters
              David M. Lacy Kusters

        Attorneys for Defendants
        SUN MICROSYSTEMS, INC., STORAGE TECHNOLOGY CORPORATION,
        EMC CORPORATION, VERITAS SOFTWARE CORPORATION, and DARDEN RESTAURANTS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
DAVID M. LACY KUSTERS        CASE NO. C06-07391-MJJ