IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NETBULA, LLC,**

        Plaintiff(s),

 v.

**STORAGE TECHNOLOGY CORPORATION, et al.,**

        Defendant(s),
_____/

No. C06-7391 MJJ

**CLERK'S NOTICE VACATING MOTIONS HEARING**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the Notice of Electronic Filing)

YOU ARE NOTIFIED THAT the hearing regarding plaintiff's Motion for Leave to File Second Amended Complaint, set for July 31, 2007 at 9:30 a.m. before the Honorable Martin J. Jenkins is **VACATED**. The matter is deemed submitted on the papers.

Dated: 7/30/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Edward Butler
    Courtroom Deputy