LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC
CORPORATION, VERITAS SOFTWARE
CORPORATION, and
DARDEN RESTAURANTS, INC.

VONNAH M. BRILLET
(CSB NO. 226545)
*brilletlaw@yahoo.com*
LAW OFFICES OF VONNAH M.
BRILLET
2777 Alvarado Street, Suite E
San Leandro, CA  94577
Telephone: (510) 351-5345
Facsimile:  (510) 351-5348

Attorneys for Plaintiff
NETBULA, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br>    v.<br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br>                Defendants.<br><br>And related Counter-Claims | Case No. C-06-07391-MJJ<br><br>**STIPULATION FOR DISMISSAL OF ACTION AS TO VERITAS SOFTWARE CORPORATION WITH PREJUDICE** |

1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Netbula, LLC

2  ("Netbula") and Defendant Veritas Software Corporation ("Veritas") stipulate that the above

3  captioned action is hereby dismissed with prejudice as to Veritas only.  Veritas and Netbula

4  stipulate that each party shall pay its own fees and costs with respect to the action against Veritas.

5

6  Dated: September 26, 2007                    FENWICK & WEST LLP

7

8                                               By:            /s/
                                                     Jedediah Wakefield
9

10                                              Attorneys for Defendants
                                                STORAGE TECHNOLOGY
11                                              CORPORATION, SUN MICROSYSTEMS,
                                                INC., EMC CORPORATION, VERITAS
12                                              SOFTWARE CORPORATION, and
                                                DARDEN RESTAURANTS, INC.

13  Dated: September 26, 2007                   LAW OFFICES OF VONNAH M. BRILLET

14

15                                              By:            /s/
                                                     Vonnah M. Brillet
16

17                                              Attorneys for Plaintiff
                                                NETBULA, LLC
18

19                              **ATTORNEY ATTESTATION**

20  Pursuant to General Order 45, I hereby attest that concurrence in the filing has been

21  obtained from Jedediah Wakefield who is a signatory indicated by a conformed /s/ signature

22  within this efiled document.

23
                                                           /s/
24
                                                     Vonnah M. Brillet
25

26

27

28

2

STIPULATION FOR DISMISSAL OF VERITAS                            CASE NO.  C-06-07391-MJJ
SOFTWARE CORPORATION WITH PREJUDICE