| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
| | *lpulgram@fenwick.com* |
| 2 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
| | *jwakefield@fenwick.com* |
| 3 | ALBERT L. SIEBER (CSB NO. 233482) |
| | *asieber@fenwick.com* |
| 4 | LIWEN A. MAH (CSB NO. 239033) |
| | *lmah@fenwick.com* |
| 5 | FENWICK & WEST LLP |
| | 555 California Street, Suite 1200 |
| 6 | San Francisco, CA 94104 |
| | Telephone: (415) 875-2300 |
| 7 | Facsimile: (415) 281-1350 |
| 8 | Attorneys for Defendants |
| | STORAGE TECHNOLOGY CORPORATION, |
| 9 | SUN MICROSYSTEMS, INC., EMC CORPORATION |
| | VERITAS SOFTWARE CORPORATION, and |
| 10 | DARDEN RESTAURANTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NETBULA, LLC, a Delaware limited liability company, | | Case No. C-06-07391-MJJ |
| Plaintiff, | | **[PROPOSED] ORDER DISMISSING ACTION AGAINST VERITAS CORPORATION WITH PREJUDICE** |
| v. | | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | | |
| Defendants. | | |

/ / /

/ / /

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Stipulation of Plaintiff
2  Netbula LLC and Defendant Veritas Corporation, the above-captioned action is hereby dismissed
3  with prejudice as to Defendant Veritas Corporation only.  Each party shall pay its own fees and
4  costs with respect to the action against Veritas.

**IT IS SO ORDERED**.

Dated: _____       _____
                                     The Honorable Martin J. Jenkins
                                     United States District Court Judge

25689/00400/LIT/1273792.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DISMISSING ACTION
AGAINST VERITAS CORPORATION WITH             -2-                    CASE NO. C-06-07391-MJJ
PREJUDICE