VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:   (510) 351-5345
Facsimile:   (510) 351-5348
E-Mail:       BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>          v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No. C06-07391-MJJ<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT NETBULA, LLC'S MOTION FOR SUBSTITUTION OF PARTY AS TO THE COPYRIGHT INFRINGEMENT CLAIM**<br><br><br>Date:   November 20, 2007<br>Time:   9:30 a.m.<br>Dept.:   Courtroom 11<br>Judge:   Honorable Martin J. Jenkins |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 25(c), Plaintiff and Counterclaim Defendant Netbula, LLC ("Netbula") will and hereby moves to substitute Netbula, LLC with Dr. Dongxiao Yue as the plaintiff as to the copyright infringement claim. This motion is

-1-

currently set to be heard at 9:30 a.m. on November 20, 2007 in Department 11 of the above Court before the Honorable Martin J. Jenkins. Netbula's Motion is based on this Notice of Motion and Motion, Proposed Order, and Declaration of Vonnah M. Brillet, all of which the Plaintiff files concurrently, and upon such other matters as may be presented to the Court.

## PROCEDURAL BACKGROUND

On December 4, 2006, Netbula filed the instant action against Storage Technology Corporation and Sun Microsystems, Inc., asserting claims of copyright infringement, intentional fraud, breach of contract, unfair competition and imposition of a constructive trust. On December 18, 2006, Netbula filed the First Amended Complaint (Docket No. 15), naming four additional defendants, including Veritas Software Corporation ("Veritas"), a subsidiary of Symantec Corporation. On September 26, 2007, Netbula and Veritas filed a stipulated dismissal of the Action as to Veritas only. Docket No. 54.

On September 26, 2007, Netbula executed a written copyright assignment which assigned its exclusive copyrights in all Netbula PowerRPC and Netbula ONC RPC software created before January 1, 2007 to Dr. Dongxiao Yue ("Yue"), along with the claims against any infringement of the copyrights which may have heretofore arisen or which may hereafter arise. See Exhibit A to Declaration of Vonnah M. Brillet. As a result of the assignment of the copyright and related claims, Yue now owns the exclusive rights in the copyright at issue and the copyright claims in the instant action.

## ARGUMENT AND CONCLUSION

Federal Rule of Civil Procedure 25(c) permits that "the person to whom the interest is transferred to be substituted in the action or joined with the original party." Accordingly, Netbula requests that the Court directs that Dongxiao Yue is replaced as plaintiff for the copyright

-2-

1  infringement claim, in place of Netbula. Netbula remains as plaintiff as to other claims asserted by
2  Netbula.

4  Dated:   October 1, 2007                LAW OFFICES OF VONNAH M. BRILLET

                                           _____/S/_____
                                           By:     VONNAH M. BRILLET
                                                   Attorneys for Plaintiff NETBULA, LLC