VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:    (510) 351-5345
Facsimile:    (510) 351-5348
E-Mail:        BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>        v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No. C06-07391-MJJ<br><br>**DECLARATION OF VONNAH M. BRILLET IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT NETBULA, LLC'S MOTION FOR SUBSTITUTION OF PARTY AS TO THE COPYRIGHT INFRINGEMENT CLAIM**<br><br>Date:   November 20, 2007<br>Time:   9:30 a.m.<br>Dept.:  Courtroom 11<br>Judge:  Honorable Martin J. Jenkins |

I, Vonnah M. Brillet declare as follows,

1.      I am an attorney licensed to practice before this Court and all the courts of the State of California. I submit this Declaration in Support of plaintiff and Counterclaim defendant Netbula, LLC ("Netbula")'s Motion for Substitution of Party as to the Copyright Infringement claim.

-1-

2. Attached Exhibit A is a true copy of the "Copyright Assignment" ("Agreement") in which Netbula assigned Dr. Dongxiao Yue all copyrights for the Netbula PowerRPC and ONC RPC products created before January 1, 2007 and "any and all claims assertable under copyright against any infringement of THE POWERRPC COPYRIGHTS in any part of the world which may have heretofore arisen or which may hereafter arise as well as the right to investigate, prosecute, settle or otherwise control such accrued, ongoing or prospective claims except the claims that had been resolved before the signing date of this Agreement."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed in San Leandro, California, on October 1, 2007.

Dated:   October 1, 2007            LAW OFFICES OF VONNAH M. BRILLET


                                    _____/S/_____
                                By:     VONNAH M. BRILLET
                                        Attorneys for Plaintiff NETBULA, LLC

-2-

# EXHIBIT A

# COPYRIGHT ASSIGNMENT

This Copyright Assignment is made by **NETBULA, LLC**, a Delaware Limited Liability Company (hereafter **NETBULA** or **Assignor**) with its principal address of business at 2777 ALVARADO STR, SUITE C, SAN LEANDRO, CA 94577, USA to **Dr. DONGXIAO YUE** (hereafter **DR. YUE** or **Assignee**), an individual currently residing in Union City, California, USA.

For valuable consideration, receipt and sufficiency of which are hereby acknowledged, NETBULA transfers and assigns to DR. YUE, his successors and assigns, in perpetuity, all rights, ownership, title, and interest, throughout the world, including any copyrights and renewals or extensions thereto, in the works with U.S. copyright registration numbers TX 6-211-063, TX 6-446-398, TX 6-459-456, TX 6-437-847, TX 6-491-697 and all Netbula PowerRPC and Netbula ONC RPC software created before January 1, 2007 (collectively "THE POWERRPC COPYRIGHTS"). The Assignor acknowledges that DR. YUE was the founder of Netbula, LLC and the natural person who created the works protected by the THE POWERRPC COPYRIGHTS. The description of the works protected by the THE POWERRPC COPYRIGHTS is provided in Exhibit A of this copyright assignment document.

NETBULA further assigns to DR. YUE, his successors and assigns, the right to collect payment for any past, current and future use of the works protected by THE POWERRPC COPYRIGHTS in any part of the world. NETBULA further assigns to **DR. YUE,** his successors and assigns, any and all claims assertable under copyright against any infringement of THE POWERRPC COPYRIGHTS in any part of the world which may have heretofore arisen or which may hereafter arise as well as the right to investigate, prosecute, settle or otherwise control such accrued, ongoing or prospective claims except the claims that had been resolved before the signing date of this Agreement.

IN WITNESS THEREOF, Assignor has duly executed this Copyright Assignment.

NETBULA, LLC

By: _____
Dongxiao Yue, in his capacity as the President of Netbula, LLC

Title: President, Netbula, LLC

Date: 09-26, 2007

Page 1 of 2

## EXHIBIT A

## THE POWERRPC COPYRIGHTS ASSIGNED TO DR. YUE

| Title of Copyrighted Work | U.S. Copyright Registration No. | Date of Registration |
|---|---|---|
| Netbula PowerRPC | TX 6-211-063 | October 18, 2005 |
| Netbula PowerRPC Runtime DLL 98-NT-SDK-NTCT | TX 6-446-398 | October 6, 2006 |
| Netbula powerRPC-98 | TX 6-459-456 | October 6, 2006 |
| Netbula PowerRPC PWRPC32.DLL 00-SDK-STK | TX 6-437-847 | October 3, 2006 |
| NETBULA POWERRPC 2K4 | TX 6-491-697 | December 15, 2006 |
| All Netbula PowerRPC and ONC RPC software created before January 1, 2007 | | |

## NOTARIZATION

Before me this _September 26, 2007_ personally appeared: Dongxiao Yue, to me known to be the person who is described in and who executed the foregoing copyright assignment instrument and acknowledged to me that he executed the same in his capacity as President of Netbula, LLC for the purpose therein expressed.

_LeRoy E. Hollingworth_
Notary Public



LE ROY E. HOLLINGWORTH
Commission # 1689050
Notary Public - California
Alameda County
My Comm. Expires Sep 18, 2010

Page 2 of 2