VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:  (510) 351-5345
Facsimile:  (510) 351-5348
E-Mail:  BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTERCLAIM DEFENDANT NETBULA, LLC'S MOTION FOR SUBSTITUTION OF PARTY AS TO THE COPYRIGHT INFRINGEMENT CLAIM** |

Before the Court is Plaintiff and Counterclaim defendant Netbula, LLC ("Netbula")'s Motion for Substitution of Party as to the Copyright Infringement Claim (the "Motion") in the above captioned action (the "Action"), pursuant to Federal Rule of Civil Procedure 25(c). Having considered the parties' argument and record of the case, Netbula's Motion is hereby GRANTED.

-1-

1    It is directed that Dongxiao Yue substitutes Netbula as the plaintiff for the copyright
2 infringement claim in the Action.

**IT IS SO ORDERED**.

Dated:

_____
United States District Court Judge

-2-

Case No. C06-07391-MJJ                    ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY