

VONNAH M. BRILLET (SBN 226545)
LAW OFFICES OF VONNAH M. BRILLET
2777 Alvarado Street, Suite E
San Leandro, California 94577
Telephone:  (510) 351-5345
Facsimile:  (510) 351-5348
E-mail:  BrilletLaw@yahoo.com

Counsel for Netbula, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware Corporation; EMC CORPORATION, Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware Corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**<br><br><br>Date:  November 20, 2007<br>Time:  9:30 a.m.<br>Dept.:  Courtroom 11<br>Judge:  Honorable Martin J. Jenkins. |

Please take notice, hereby given, that Vonnah M. Brillet, plaintiff Netbula, LLC's attorney

of record, will move the court for permission to withdraw as counsel of record.  This motion is

based upon the grounds that (1) Netbula, LLC has consented in writing as evidenced in the

1  Consent to Withdrawal of Vonnah M. Brillet as Netbula LLC's Counsel of Record filed herewith

2  and (2) arguments of counsel at hearing, if any.

3  DATED: October 11, 2007

4                                                    LAW OFFICES OF VONNAH M. BRILLET

5

6                                        *By:* _____

7                                                    VONNAH M. BRILLET
                                                     2777 Alvarado Street, Suite E
8                                                    San Leandro, CA  94577
                                                     (510 351-5345

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28