VONNAH M. BRILLET (SBN 226545)
LAW OFFICES OF VONNAH M. BRILLET
2777 Alvarado Street, Suite E
San Leandro, California 94577
Telephone: (510) 351-5345
Facsimile: (510) 351-5348
E-mail: BrilletLaw@yahoo.com

Counsel for Netbula, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited Liability company,<br><br>Plaintiff,<br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware Corporation; EMC CORPORATION, Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware Corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**CONSENT TO WITHDRAW OF VONNAH M. BRILLET AS NETBULA, LLC'S COUNSEL OF RECORD**<br><br>Date: November 20, 2007<br>Time: 9:30 a.m.<br>Dept.: Courtroom 11<br>Judge: Honorable Martin J. Jenkins |

Plaintiff, Netbula, LLC hereby consents and agrees, effective October 11, 2007, to the withdrawal of Vonnah M. Brillet as counsel of record in the above captioned matter.

///////

///////

///////

CONSENT TO WITHDRAW OF VONNAH M. BRILLET AS NETBULA, LLC'S
COUNSEL OF RECORD
CASE NO. C06-07391-MJJ

- 1 -

1  All notices and pleadings in the above captioned matter directed to Netbula LLC
2  should continue to be served upon Ms. Brillet until the Court consents to Ms. Brillet's withdraw.
3  Dated: October 11, 2007             Netbula LLC

By: _____
    Dong Xiao Yue
    President