VONNAH M. BRILLET (SBN 226545)
LAW OFFICES OF VONNAH M. BRILLET
2777 Alvarado Street, Suite E
San Leandro, California 94577
Telephone: (510) 351-5345
Facsimile: (510) 351-5348
E-mail: BrilletLaw@yahoo.com

Counsel for Netbula, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware Corporation; EMC CORPORATION, Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware Corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>[Proposed] ORDER GRANTING MOTION OF VONNAH M. BRILLET TO WITHDRAW AS NETBULA, LLC'S COUNSEL OF RECORD<br><br>Date: November 20, 2007<br>Time: 9:30 a.m.<br>Dept.: Courtroom 11<br>Judge: Honorable Martin J. Jenkins |

Having considered the motion of Vonnah M. Brillet Withdraw as Netbula, LLC's Counsel of Record, the Netbula, LLC Consent to Withdrawal of Vonnah M. Brillet as Netbula, LLC's Counsel of Record Plaintiff, and good cause appearing therefore, the Court HEREBY ORDERS as

[PROPOSED] ORDER GRANTING MOTION OF VONNAH M. BRILLET TO
WITHDRAW AS NETBULA, LLC'S COUNSEL OF RECORD
CASE NO. C06-07391-MJJ

- 1 -

follows:

2     Motion granted. The withdrawal of Vonnah M. Brillet as Netbula, LLC's counsel of record is effective immediately.

IT SO ORDERED.

DATED: October 11, 2007

                                                The Honorable Martin J. Jenkins

                                                United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION OF VONNAH M. BRILLET TO
WITHDRAW AS NETBULA, LLC'S COUNSEL OF RECORD
CASE NO. C06-07391-MJJ

- 2 -