LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
VERITAS SOFTWARE CORPORATION, and
DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-06-07391-MJJ<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION AGAINST VERITAS CORPORATION WITH PREJUDICE |

///

///

[PROPOSED] ORDER DISMISSING ACTION
AGAINST VERITAS CORPORATION WITH
PREJUDICE

CASE NO. C-06-07391-MJJ

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the Stipulation of Plaintiff
2  Netbula LLC and Defendant Veritas Corporation, the above-captioned action is hereby dismissed
3  with prejudice as to Defendant Veritas Corporation only. Each party shall pay its own fees and
4  costs with respect to the action against Veritas.

**IT IS SO ORDERED.**

Dated: 10/13/2007

_____
The Honorable Martin J. Jenkins
United States District Court Judge

25689/00400/LIT/1273792.1