1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants
   STORAGE TECHNOLOGY CORPORATION,
9  SUN MICROSYSTEMS, INC., EMC CORPORATION
   VERITAS SOFTWARE CORPORATION, and
10 DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-06-07391-MJJ<br><br>**DECLARATION OF MICHAEL ABRAMOVITZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF LICENSE ISSUES**<br><br>Date:   November 27, 2007<br>Time:   9:30 a.m.<br>Dept:   Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

ABRAMOVITZ DECL. ISO OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

CASE NO. C-06-07391-MJJ

I, Michael Abramovitz, declare as follows:

1. I am a Software Engineer for Sun Microsystems, Inc. ("Sun"). Before working for Sun, I was employed by Storage Technology Corporation ("StorageTek"), also as a Software Engineer. I make the following statements based upon my personal knowledge and, if called upon to testify, could and would testify competently to the matters stated herein.

2. StorageTek designed, manufactured, and sold hardware, software, and services related to data storage, primarily based on tape-cartridge technology. StorageTek's Automated Cartridge System Library Software ("ACSLS") managed tape cartridge libraries, allowing the retrieval of tapes when needed. StorageTek also provided software that allows servers running various operating systems to interact with ACSLS. LibAttach is such a StorageTek software product that, among other things, allows Windows computers to communicate with servers running ACSLS. To ensure that the ACSLS server receives data in a consistent format, StorageTek used a standard protocol based on industry standard Remote Procedure Call ("RPC") technology. Sun, not Netbula, originally created the RPC technology known as ONC RPC. Other companies, such as Netbula, have adapted ONC RPC to support various operating systems.

3. Until 2001, StorageTek also sold storage management software known as REEL. StorageTek used the Supporting Programs licensed from Netbula in 2000 (including the Netbula .dll) in the REEL Backup Netclient version 2.5 for Windows NT. This REEL product was supported only for Windows NT and not for any other operating system. (None of the other products in the REEL software family used Netbula components.)

4. StorageTek used the Netbula Software Developer's Kits ("SDK") that it licensed from Netbula in connection with its development of REEL and LibAttach. Only LibAttach versions 1.1, 1.2, 1.3 and 1.4 contained the Supporting Programs licensed from Netbula. I personally participated in the development of both REEL Backup Netclient version 2.5 and LibAttach. To develop REEL Backup Netclient, StorageTek used the SDK received from Netbula in 2000, and only on Windows NT operating systems. No more than six people, comprised of myself, Keith Oliver, G. Ritzer, Dave Lombardi, Steve Kro and Dan Shern, ever worked on development of the REEL project using the Netbula SDK. The last REEL

1  development work concluded in 2000.  Following completion of the REEL development work, all
2  of the developers other than myself either retired or left StorageTek as part of a company that was
3  spun out of StorageTek in 2000.  Their computers which had included the Netbula SDK were
4  erased when they left.  As a result, after the REEL work, I was the only StorageTek employee
5  with the SDK installed, and it was on only one NT computer.  As noted above, in 2001,
6  StorageTek discontinued distribution of the REEL product.

7       5.     During development of LibAttach 1.1, I was the only person who loaded or used
8  the Netbula SDK.  I used the Netbula SDK on a Windows NT computer to develop LibAttach
9  version 1.1.

10       6.     LibAttach version 1.2 was developed by StorageTek employees in Australia in
11  2003, after REEL had been discontinued and the REEL personnel (other than me) departed.  I am
12  informed that the team in Australia consisted of two programmers.  I instructed Australia to use
13  only the Windows NT platform for development, and they returned the SDK to me after
14  completing version 1.2.

15       7.     Version 1.3 of LibAttach was developed in February to April, 2004.  Only one
16  StorageTek employee worked on developing version 1.3, Terry Schmitt.  I handed off the NT
17  development computer on which the 2000 SDK had been installed to Terry.  His development
18  occurred on this NT operating system.  During the period that he was working on this project, I
19  did not have access to or use of the SDK.  After Terry completed version 1.3, no work on
20  LibAttach occurred for many months.

21       8.     Eventually, when it came time to create version 1.4, I retrieved the information on
22  that same NT development computer that Terry had used.  I installed the SDK obtained from
23  Netbula in 2004 onto a different computer with a Windows 2003 operating system, and built
24  version 1.4 on that system completing it in 2005.  I was the only person at StorageTek (or Sun)
25  that worked on that Windows 2003 operating system in the creation of version 1.4.  The prior NT
26  development computer was erased.

27       9.     I completed version 1.4.1 on that same Windows 2003 computer in November
28  2005.  In that version, due to the dispute with Netbula, I replaced the Netbula code with free

ABRAMOVITZ DECL. ISO OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT    -3-    CASE NO. C-06-07391-MJJ

software I found on the Internet. That free software was based on the code that Sun originally created and made available free of charge to the developer community in the 1980s. I completed the replacement and testing of the replacement in a single day. The release date for version 1.4.1 was November 29, 2005. Thereafter, the LibAttach product distributed by StorageTek did not include the Netbula components or code. After that replacement, I deleted the Netbula SDK from the single computer on which it had been stored, retaining only the CDs received originally from Netbula. That SDK has not been used since.

10.  I understand that Sun acquired the stock of StorageTek in 2005, and that the companies merged into one entity in January, 2006. Thus, at no time after StorageTek stopped existing as a corporation was LibAttach (or REEL) software distributed that contained Netbula code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2007, at San Francisco, California.

                                         /S/  MICHAEL ABRAMOVITZ
                                           Michael Abramovitz


## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

/S/ LAURENCE F. PULGRAM
Laurence F. Pulgram

25689/00400/LIT/1275134.4