1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants
   STORAGE TECHNOLOGY CORPORATION,
9  SUN MICROSYSTEMS, INC., EMC CORPORATION
   and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C-06-07391-MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES RELATING TO LICENSE DEFENSE**<br><br>Date:　November 27, 2007<br>Time:　9:30 a.m.<br>Dept:　Courtroom 11<br>Judge:　The Honorable Martin J. Jenkins |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

On November 27, 2007, at 9:30 a.m., the Court heard the Motion for Summary Judgment or Summary Adjudication of Issues Relating to License Defense brought by Defendants Storage Technology Corporation, Sun Microsystems, Inc., EMC Corporation, and Darden Restaurants, Inc. (collectively, "Defendants"). All parties appeared by and through their respective counsel. The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, arguments of counsel, and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED THAT:

1. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant's Motion for Summary Judgment as to Plaintiff's Claim for Relief for Copyright Infringement (Direct, Contributory, and Vicarious) is GRANTED with respect to all Defendants.

2. Defendants International Business Machines Corporation, EMC Corporation, and Darden Restaurants, Inc. are DISMISSED from the action with prejudice.

**IT IS SO ORDERED**.

Dated: _____

The Honorable Martin J. Jenkins
United States District Court Judge