1   LAURENCE F. PULGRAM (CSB NO. 115163)
    *lpulgram@fenwick.com*
2   JEDEDIAH WAKEFIELD (CSB NO. 178058)
    *jwakefield@fenwick.com*
3   ALBERT L. SIEBER (CSB NO. 233482)
    *asieber@fenwick.com*
4   LIWEN A. MAH (CSB NO. 239033)
    *lmah@fenwick.com*
5   FENWICK & WEST LLP
    555 California Street, Suite 1200
6   San Francisco, CA  94104
    Telephone: (415) 875-2300
7   Facsimile:  (415) 281-1350

8   Attorneys for Defendants
    STORAGE TECHNOLOGY CORPORATION,
9   SUN MICROSYSTEMS, INC., EMC CORPORATION
    VERITAS SOFTWARE CORPORATION, and
10  DARDEN RESTAURANTS, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  NETBULA, LLC, a Delaware limited          Case No.  C-06-07391-MJJ
    liability company,
16                                            **DECLARATION OF MICHAEL MELNICK**
                    Plaintiff,                **IN SUPPORT OF DEFENDANTS' MOTION**
17                                            **FOR SUMMARY JUDGMENT OR**
            v.                                **SUMMARY ADJUDICATION OF LICENSE**
18                                            **ISSUES**
    STORAGE TECHNOLOGY
19  CORPORATION, a Delaware corporation;      Date:     November 27, 2007
    SUN MICROSYSTEMS, INC., a Delaware        Time:     9:30 a.m.
20  corporation; INTERNATIONAL                Dept:     Courtroom 11
    BUSINESS MACHINES                         Judge:    The Honorable Martin J. Jenkins
21  CORPORATION, a New York
    corporation; EMC CORPORATION, a
22  Massachusetts corporation; VERITAS
    SOFTWARE CORPORATION, a
23  Delaware corporation; DARDEN
    RESTAURANTS, INC., a Florida
24  corporation; and DOES 1-100, inclusive,

25                  Defendants.

26

27  AND RELATED COUNTERCLAIMS

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Michael Melnick, declare as follows:

1.      I am a Global Sourcing Manager of Sun Microsystems, Inc. ("Sun"), and have held that position since approximately September 2006.  Before that time, I was the Contracts Administrator, Senior Consultant for Defendant Storage Technology, Inc. ("StorageTek").  I make the following statements based upon my personal knowledge and, if called upon to testify, could and would testify competently to the matters stated herein.

2.      Attached as **Exhibit 1** and **Exhibit 2**, respectively, are true and correct copies of the signed written agreements between StorageTek and Netbula, the first dated March 1, 2000 (the "2000 Agreement") and the second dated March 17, 2004 (the "2004 Agreement) (collectively, the "Agreements").  I signed the Agreements on behalf of StorageTek.  Both agreements contain licenses for Netbula's software developer's kit, or "SDK," and separate licenses for distribution of Netbula's "Supporting Programs."

3.      In negotiating the original Agreement in 2000, I reviewed a form license agreement I had received from Netbula.  In a February 2000 email to Netbula, a true and correct copy of which is attached hereto as **Exhibit 3**, I proposed removing a term stating that "[w]ithout Netbula's written permission, the supporting RPC software can NOT be distributed with software development products that directly compete with NETBULA RPC development products."  In my email, I explained that StorageTek "can't be constrained in what we ship."  Ultimately, the agreement we signed did not include this restriction.

4.      In 2001, I received an inquiry from Netbula regarding the number of copies software containing Netbula's Supporting Programs distributed under the 2000 Agreement.  My understanding was that StorageTek only used Netbula's software for REEL.  Based on that understanding, I advised that that StorageTek had distributed 107 copies of products containing the Netbula Supporting Programs as of June 2001.  I received a second inquiry from Netbula in September 2002.  At the time, we were no longer distributing REEL, which I still understood was the only StorageTek product that included Netbula code.  Accordingly, I responded that the number remained the same as in June 2001, and that we were no longer shipping Netbula's software with our products.  At the time, I was unaware that the Netbula Supporting Programs

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   were being distributed with StorageTek's LibAttach product.

2       5.    In 2004, I learned that StorageTek's LibAttach product also contained Netbula's

3   Supporting Programs. On or about March 2, 2004, I sent Netbula an email to request a quote

4   confirming that the price for an additional 1000 copies was $5096 – the price under the existing

5   2000 Agreement.  Attached hereto as **Exhibit 4** is a true and correct copy of my March 2, 2004

6   email to Netbula.  In response, Netbula recommended that we purchase a new SDK with support

7   for Windows 2003.  Ultimately, pursuant to the 2004 Agreement, StorageTek paid for Netbula's

8   2004 version of Netbula's ONC RPC SDK, and paid $5,096 (the price for the second thousand

9   distribution copies under our 2000 Agreement) for the distribution of another 1,000 copies of the

10  Supporting Programs.

11      6.    Later in 2004, Netbula sent me a request for an additional report of the number of

12  copies of products containing the Supporting Programs.  I reported distribution of over 1000

13  copies before the 2004 Agreement and over another 1000 thereafter.  Based on past use and

14  anticipated future use, I proposed paying for 3,000 copies beyond the 2000 for which we had

15  already paid.  Netbula rejected this proposal.  In December 2005, I understand that we provided a

16  further report of the number of copies distributed, and again offered additional payment, which

17  was not accepted.

18      I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct.

20      Executed this 24th day of October, 2007.

21                                                      /s/  MICHAEL MELNICK
                                                        Michael Melnick
22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## ATTORNEY ATTESTATION

2

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this

3 document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within

4 this efiled document.

5

6

/S/ JEDEDIAH WAKEFIELD

Jedediah Wakefield

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MELNICK DECL. ISO OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT          -4-          CASE NO.  C-06-07391-MJJ

# EXHIBIT 1

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN STORAGE TECHNOLOGY CORPORATION ("STORAGETEK") AND NETBULA LLC.
("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the
SDK PRODUCT) is protected by copyright laws and international copyright
treaties, as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, irrevocable license for
use by STORAGETEK's employees, consultants and subsidiaries for up to ONE
user(s), for each of the licenses purchased, to use the PowerRPC SDK Product
under Windows NT and 95/98 platforms; each user can only use the software on one
computer. You have the right to make additional copies of the SDK Product solely
for backup or archival use.

The license is not transferable without written permission of Nebula.   Such
permission will not be unreasonably withheld.

2.    Copyright    -  -

You must treat the software as copyrighted material. You may not copy and
redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK
contains CODE that identify themselves as for development only and is not for
distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE
THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR
ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

If STORAGETEK reports in writing a software defect that prevents STORAGETEK from
using the SDK Product within  (30) days after STORAGETEK has paid for the
software, and NETBULA LLC, is unable to correct, repair or replace the SDK
Product within thirty (30) more days. , NETBULA LLC. will refund all
STORAGETEK's license fees fully.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, irrevocable license to
copy, sublicense, transfer and distribute the NETBULA RPC Supporting Programs
and components set forth on Exhibit B (the "Supporting Programs") along with
STORAGETEK's product to STORAGETEK's resellers and customers.

1.    Limited Distribution. You agree to maintain reasonable records of the
number of copies of the Supporting Programs distributed hereunder and to pay

1



NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

3.   Limited Warranty. NETBULA warrants that the Supporting Programs will, for sixty (60) days, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full.

GENERAL TERMS

1.   Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.   Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.   Year 2000 Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

4.   INDEMNITY. NETBULA will, at its expense, defend STORAGETEK against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees finally awarded, whether by judgment, settlement, or otherwise. STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgment such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing. If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a refund of the license fee paid. NETBULA shall have no

2

NB-0000847

obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.    PUBLIC RELEASE OF INFORMATION
NETBULA must have the prior written approval of STORAGETEK's authorized purchasing agent prior to use or publication of STORAGETEK's company name, logo or trademarks even on customer lists in promotion of NETBULA's business, services or products.

6.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the R SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail.  Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone.  Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.

3

NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94602

7.    Governing Law. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF
CALIFORNIA, as those laws are applied to contracts entered into and to be
performed entirely in California by California residents and without regard to
conflicts of laws principles.

8.    General. The parties hereto are independent contractors and no employment,
agency, or joint venture is created hereunder. All notices, requests and other
communications under this Agreement must be in writing, and may be sent via e-
mail or facsimile or delivered by hand to the party to whom such notice is
required or permitted to be given. This Agreement may not be assigned by either
party or amended without the written consent of both parties, which shall not be
unreasonably withheld. Any purported assignment or amendment in derogation of
the foregoing shall be void. If any provision of this Agreement is held by a
court of competent jurisdiction to be unenforceable for any reason, the
remaining provisions hereof shall be unaffected and remain in full force and
effect. This Agreement is the final, complete and exclusive agreement between
the parties relating to the subject matter hereof, and supersedes all prior or
contemporaneous understandings and agreements relating to such subject matter,
whether oral or written. Any termination of this Agreement will not affect any
sublicenses granted by STORAGETEK to their customers, such licenses will remain
in full force and effect.

Each signatory by its execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK
By: _Mike Melnick_

Print Name: _Mike Melnck_

Title: _Sub Contract Admin_

Date: _3/1/00_

NETBULA:
By: _____

Print Name: _____

Title: _____

Date: _____

4

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe      the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe     portmapper for Win32
* Pmapsvc.exe     portmapper service for Windows NT
* Rpcinfo.exe     program that displays registered RPC services
* Pwrpc32.dll     runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                      the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll       the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

5

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC
RPC applications.

* Pwrpc32.dll          The runtime library for NETBULA ONC RPC
* Portmap.exe          The portmapper program for Win32
* Pmapsvc.exe          The portmapper service for Windows NT

6

NB-0000851

## EXHIBIT C

### PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $895 per license for all rights granted under this Agreement with respect to the SDK Product, and one-time fee of $5,995 for the right to distribute up to 1000_ units of software containing the Supporting Programs, thirty (30) days after receipt of an invoice referencing a valid purchase order number. NETBULA agrees that future SDK license purchases will be at a mutually agreed to price. NETBULA agrees to offer STORAGETEK additional units of Supporting Program licenses for the limited distribution license, at the cumulative license purchased prices as provided listed below. Pricing is based on cumulative purchases, not single purchase events. Additional licenses purchased are subject to the terms and conditions of this Agreement.

List Price is $5995 per 1000.

| Quantity | Discount | Net Price |
|---|---|---|
| 1-1000 | 0% | $5995 |
| 1001-2000 | 15% | $5096 |
| 2001-3000 | 25% | $4796 |
| 3001 and above | 25% | $4796 |

7

# EXHIBIT 2

3036734945        storage tech                                    11 50 23 a m      03-17-2004        2/11

2004-3-12 12:51 FROM Fax Netbula LLC TO  1 303 673-4945  PAGE 002 OF 009

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN Storage Technology Corporation("STORAGETEK ") having a principal place of
business at One StorageTek Drive, Louisville Colorado 80028, AND NETBULA LLC. ("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT)
is protected by copyright laws and international copyright treaties, as well as other intellectual property laws
and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license, for use by
STORAGETEK's employees, consultants and subsidiaries for up to ONE user(s) for each of the licenses
purchased, to use, copy, display and prepare derivative works of the ONC RPC or PowerRPC SDK Product
under Windows Server 2003, NT/2K/XP and 95/98/ME platforms; each user can only use the software on
one computer. The license is not transferable without written permission of Nebula.  Such permission will not
be unreasonably withheld. You are granted the rights to make copies of the Product for backup or archival
purposes only.

2.    Copyright

You must treat the software as copyrighted material. You may not copy and redistribute the software except
as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify
themselves as for development only and is not for distribution/deployment except as permitted under this
Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE
OUTSIDE OF YOUR DEVELOPMENT ENVIRONMENT OR YOUR ORGANIZATION, YOU MUST
PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

NETBULA warrants that the SDK Product will perform in accordance with its documentation. If
STORAGETEK reports in writing a software defect that prevents STORAGETEK from using the SDK
Product in accordance with its documentation within ninety (90) days after STORAGETEK has paid for the
software, and NETBULA is unable to correct, repair or replace the SDK Product within thirty (30) more
days. , NETBULA will refund all STORAGETEK's license fees fully, and support and distribution fees on a
pro-rated basis.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE



EXHIBIT
3
Yue 9-12-07

CONFIDENTIAL

3036734945          storage tech                              11 50 51 a m    03-17-2004       3/11

2004-3-121251 FROM Fax Netbula LLC TO  1 303 673-4945  PAGE 003 OF 009

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license to copy, sublicense, transfer, demonstrate and distribute the NETBULA RPC Supporting Programs and components (including, but not limited to, all documentation and supporting materials therefor) set forth on Exhibit B (the "Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers, business partners and customers.

1.    Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

2.    Limited Warranty. NETBULA warrants that the Supporting Programs will, for ninety (90) days following distribution or sublicense thereof, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full, and support and distribution fees on a pro-rated basis.

3. Source code escrow

NETBULA uses a third party agent to provide source code escrow. To become a beneficiary of the escrow, STORAGETEK must sign a separate Escrow Agreement. The terms of the escrow such as release conditions will be defined in the Escrow Agreement among the Escrow Agent, NETBULA and STORAGETEK. STORAGETEK must also pay for all cost for setting up STORAGETEK as a beneficiary, and must pay for the annual maintenance fee to maintain its beneficiary status.

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.    Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000/ Virus Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance

2

NB-0000926

3036734945          storage tech                                        11 51.24 a m     03-17-2004      4/11

2004-3-12 1251 FROM Fax Kertula LLC TO 1 303 673-4945  PAGE 004 OF 009

with applicable documentation and are not dependent upon products which do not properly exchange date
data with SDK Products and Supporting Programs.

NETBULA warrants that SDK Products and Supporting Programs shall be virus-free.

4.      INDEMNITY.  NETBULA will, at its expense, defend STORAGETEK and its successors and assigns
against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i)
infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or
misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages
and attorneys' fees incurred, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give
NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of
infringement, or in NETBULA's judgement such a claim is likely to occur, NETBULA will procure the right for
STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or
modify the SDK Product and Supporting Programs so that they perform the same but becomes non-
infringing.  If none of the foregoing options are available on terms which are reasonable in NETBULA's
judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to
NETBULA, and STORAGETEK will receive a full refund of the license fee, and support and distribution fees
on a pro-rated basis paid.  NETBULA shall have no obligation with respect to any such claim based upon
STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.      Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the
NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or
functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other
NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one
year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent
(3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the severity of the problem. NETBULA
will provide its documented escalation procedures to STORAGETEK in the case wherein normal responses
are not adequate.

Method of Tech Support

3

3036734945        storage tech                                11 52 17 a m.    03-17-2004      5/11

2004-3-12 #2 51 FROM Fax Netbula LLC TO  1 300 873-4945  PAGE 005 OF 009

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.
NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94662

7.     Governing Law/Arbitration. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA, as those laws are applied to contracts entered into and to be performed entirely in California by California residents and without regard to conflicts of laws principles. All disputes involving this Agreement, except actions arising under the patent and copyright provisions of the U.S. Code, shall be submitted to a panel of three (3) arbitrators appointed and operating under the Uniform Arbitration Act and the procedural rules of the American Arbitration Association. Such panel shall include only persons with experience in the area of information technology or computer software licensing, installation and implementation. Each party shall choose one (1) arbitrator, and the third (3rd) arbitrator shall be chosen by the two (2) arbitrators thus selected by the parties. The location of the arbitration hearing will be chosen by the party not initiating the arbitration or action.

8.     General. The parties hereto are independent contractors and no employment, agency, or joint venture is created hereunder. All notices, requests and other communications under this Agreement must be in writing, and may be sent via e-mail or facsimile or delivered by hand to the party to whom such notice is required or permitted to be given. This Agreement may not be assigned by either party or amended without the written consent of both parties, which shall not be unreasonably withheld. Any purported assignment or amendment in derogation of the foregoing shall be void. If any provision of this Agreement is held by a court of competent jurisdiction to be unenforceable for any reason, the remaining provisions hereof shall be unaffected and remain in full force and effect. This Agreement is the final, complete and exclusive agreement between the parties relating to the subject matter hereof, and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. Any termination of this Agreement will not affect any sublicenses granted by STORAGETEK to their customers, such licenses will remain in full force and effect.

4

9.    Public Release of Information. NETBULA must have the prior written approval of
      STORAGETEK's authorized purchasing agent prior to use or publication of StorageTek's
      company name, logo or trademarks in promotion of NETBULA's business, services or products.

Each signatory by its execution of this Agreement represents that it has appropriate corporate authority to
enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                                   NETBULA:
By: _____                  By: _____
Print Name: _____ Mike McNeil                Print Name: DON YUE
Title: Contract Admin & Consultant           Title: VP SALES
Date: 3/17/04                                Date: 2004/03/12

5

NB-0000929

3036734945          storage tech                                    11 53 11 a.m.    03-17-2004       7/11

2004-3-12 12:51 FROM Fox Netbula LLC TO 1 303 673-4945 PAGE 007 OF 009

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe    the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe   portmapper for Win32
* Pmapsvc.exe   portmapper service for Windows NT
* Rpcinfo.exe   program that displays registered RPC services
* Pwrpc32.dll   runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                       the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll        the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

6

NB-0000930

3036734945          storage tech                                    11:53:24 a.m.    03-17-2004      8/11

2004-3-12 12:51 FROM: Fax Netbula LLC TO  1 303 673-4945  PAGE-008 OF 009

**EXHIBIT B**

**NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED**

One or more of the following components are distributed along with NETBULA ONC RPC applications.

* Pwrpc32.dll            The runtime library for NETBULA ONC RPC
* Portmap.exe            The portmapper program for Win32
* Pmapsvc.exe            The portmapper service for Windows NT

7

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $ 895 per developer license for all rights granted under this Agreement with respect to the NETBULA ONC RPC SDK Product, a one-time fee of $5,096 for the right to distribute up to 1000 units of ONC RPC client/server runtime license, thirty (30) days after receipt of an invoice referencing a valid purchase order number. A unit of ONC RPC client runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 client machine at the end-user site. A unit of ONC RPC server runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 server machine at the end-user site. Additional licenses purchased are subject to the terms and conditions of this Agreement.
Limited distribution licenses will be priced as follows:

| Quantity | Discount | Net price |
|----------|----------|-----------|
| 1000 | 0% | $5,995 |
| 1001-2000 | 15% | $5,096 |
| 2001+ | 25% | $4,496 |

Prices will be based on cumulative purchases and not single purchase events.

PAYMENT – SUPPORT & MAINTENANCE

This Support Contract shall be for one (1) year from shipment of SDK Products and Supporting Programs from NETBULA to STORAGETEK. This Support Contract will automatically be extended and renewed for additional terms of one year unless STORAGETEK provides written notice to NETBULA, of its intention not to renew support, within thirty (30) days of support's expiration date. Support & Maintenance payment will be 20% of SDK and Product/Supporting Programs license purchase price, and shall be first due at the time of license purchase, and one year thereafter if STORAGETEK so chooses to continue Support & Maintenance on such licenses.

8

# EXHIBIT 3

**Subject:** RE: RE: Quotes and License Agreement
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Mon, 28 Feb 2000 07:46:45 -0700
**To:** <ydx@netbula.com>

Don,
Please see my comments below.
Thanks,
mm

-----Original Message-----
From: ydx@netbula.com [ mailto:ydx@netbula.com <mailto:ydx@netbula.com> ]
Sent: Friday, February 25, 2000 9:09 AM
To: Melnick, Michael R
Subject: Re: RE: Quotes and License Agreement


Mike,
We have reviewed the draft and agree to most of the items, except the
following minor points:

1) Item 4 of the SDK License
   The draft specified a 90 day period within which StorageTek
   can request a refund due to defects, we would like to
   change it to 30 days (you will have 60 days to examine
   the product after it is delivered)
   We have full confidence on our software and our existing
  RPC customers never had any quality problems, we added this clause
   of quality insurance to give customers more confidence on our products.

This is acceptable and I will make the change.

2) Item 2 of the distribution license.
   You crossed out this item. Is there any reason?


We can't be constrained in what we ship. While it is unlikely that any
competitive product would be shipped in the same product, it cannot be ruled
out.

3) Item 3 of the distribution license
   We should add the same time constraint (30 days after payment) for
requesting refund.
This is acceptable and I will make the change.


4) The price of the distribution license (Exhibit C)
   The discount rate we normally offer is 20% for every 5 blocks of 1000
units.
   We would like to change the rate table to
   1-1000 0%
   1001-2000 15%
   2001-3000 20%
   3001-above 25%

   Basically, 25% discount for all orders after purchasing the initial 3
blocks.
This is acceptable and I will make the change.
Please review the above and hope we can enter a mutual agreement soon.
I will send you a clean copy with the changes. Give me your final o.k. after
review and I will send copies for signature. Thanks for your help!
Best regards,

Don



| Don,
| Here are the proposed revisions. Please take some time to review and give
me

NBS-0002571

# EXHIBIT 4

**Subject:** RE: Quote
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Wed, 3 Mar 2004 14:43:50 -0700
**To:** <sales@netbula.com>

Just following up.
Can you help me?
mm

-----Original Message-----
**From:** Melnick, Michael R
**Sent:** Tuesday, March 02, 2004 3:29 PM
**To:** 'sales@netbula.com'
**Subject:** Quote

Could you provide me with the StorageTek sales representative or if possible give me a quote on distributing an additional 1000 units of RPC?  The platform used will need to be Windows 2003.
The contract we have in place says that the cost is $5096, but I would like an official quote.
The agreement was signed 3-1-00

```
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

**CONFIDENTIALITY NOTICE**
- This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

NBS-0000135