Dr. DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:      (510) 396-0012
Facsimile:      (510) 291-2237
E-Mail:         ydx@netbula.com

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETBULA, LLC., a Delaware limited liability company,

                    Plaintiff,

        v.

STORAGE TECHNOLOGY
CORPORATION, et al.,

                    Defendants.

Case No. Case No. C06-07391-MJJ

**DECLARATION OF DONGXIAO YUE IN SUPPORT OF  MOTION (1) TO INTERVENE AND JOIN AS PLAINTIFF; (2) FOR INJUNCTIVE RELIEF; (3) FOR COPYRIGHT IMPOUNDMENT**

**EXHIBITS COVER PAGE**

Date: November 27, 2007
Time: 9:30 a.m.
Dept: Courtroom 11
Judge: The Honorable Martin J. Jenkins

# EXHIBITS A-J

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6—491—697**

EFFECTIVE DATE OF REGISTRATION

**Dec 15 2006**
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
NETBULA POWERRPC 2K4

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NETBULA PowerRPC

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**
NETBULA, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes. ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
COMPUTER PROGRAM

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2004 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January  Day ▶ 15  Year ▶ 2004
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
NETBULA, LLC
2777 ALVARADO STREET, SUITE C
SAN LEANDRO, CA 94577, U.S.A

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 15 2006
ONE DEPOSIT RECEIVED
DEC 15 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | ꭻᴍᴀ | FORM TX |
|---|---|---|
| CHECKED BY | | |

| | CORRESPONDENCE | FOR |
|---|---|---|
| ☐ | Yes | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX-6-211-063    **Year of Registration** ▶ 2005

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

SUN RPCSRC 4.0, Netbula PowerRPC (Registered: TX-6-211-063)

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

revisions and additional text of computer program, new programming text

**6**
a

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

DON YUE
2777 ALVRADO STREET, SUITE C
SAN LEANDRO, CA 94577

b

Area code and daytime telephone number ▶ 510-396-0012          Fax number ▶ 510-291-2237

Email ▶  ydx@netbula.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶ {  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  NETBULA, LLC

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

DONGXIAO YUE                                    Date ▶ December 7, 2006

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | Name ▼ DON YUE |
|---|---|
| | Number/Street/Apt ▼ 2777 ALVRADO STREET, SUITE C |
| | City/State/ZIP ▼ SAN LEANDRO, CA 94577 |

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. July 2003—xxx   Web Rev. July 2003   ⊕ Printed on recycled paper                    U.S. Government Printing Office: 2000-461-113/20,021

# EXHIBIT B

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN STORAGE TECHNOLOGY CORPORATION ("STORAGETEK") AND NETBULA LLC.
("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the
SDK PRODUCT) is protected by copyright laws and international copyright
treaties, as well as other intellectual property laws and treaties.

1.   LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, irrevocable license for
use by STORAGETEK's employees, consultants and subsidiaries for up to ONE
user(s), for each of the licenses purchased, to use the PowerRPC SDK Product
under Windows NT and 95/98 platforms; each user can only use the software on one
computer. You have the right to make additional copies of the SDK Product solely
for backup or archival use.

The license is not transferable without written permission of Nebula.  Such
permission will not be unreasonably withheld.

2.   Copyright

You must treat the software as copyrighted material. You may not copy and
redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK
contains CODE that identify themselves as for development only and is not for
distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE
THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR
ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.   Other restrictions

a.   You may not disassemble, decompile or reverse engineer the software.
b.   You may not rent or lease the software.

4.   Limited SDK Warranty

If STORAGETEK reports in writing a software defect that prevents STORAGETEK from
using the SDK Product within  (30) days after STORAGETEK has paid for the
software, and NETBULA LLC. is unable to correct, repair or replace the SDK
Product within thirty (30) more days. , NETBULA LLC. will refund all
STORAGETEK's license fees  fully.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, irrevocable license to
copy, sublicense, transfer and distribute the NETBULA RPC Supporting Programs
and components set forth on Exhibit B (the "Supporting Programs") along with
STORAGETEK's product to STORAGETEK's resellers and customers.

1.   Limited Distribution. You agree to maintain reasonable records of the
number of copies of the Supporting Programs distributed hereunder and to pay

1

NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

3.    Limited Warranty. NETBULA warrants that the Supporting Programs will, for sixty (60) days, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full.

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.    Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000 Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

4.    INDEMNITY. NETBULA will, at its expense, defend STORAGETEK against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees finally awarded, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgment such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.  If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a refund of the license fee paid.  NETBULA shall have no

2

obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.    PUBLIC RELEASE OF INFORMATION
NETBULA must have the prior written approval of STORAGETEK's authorized purchasing agent prior to use or publication of STORAGETEK's company name, logo or trademarks even on customer lists in promotion of NETBULA's business, services or products.

6.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the R SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail.  Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone.  Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.

NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 84602

7.    Governing Law. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF
CALIFORNIA, as those laws are applied to contracts entered into and to be
performed entirely in California by California residents and without regard to
conflicts of laws principles.

8.    General. The parties hereto are independent contractors and no employment,
agency, or joint venture is created hereunder. All notices, requests and other
communications under this Agreement must be in writing, and may be sent via e-
mail or facsimile or delivered by hand to the party to whom such notice is
required or permitted to be given. This Agreement may not be assigned by either
party or amended without the written consent of both parties, which shall not be
unreasonably withheld. Any purported assignment or amendment in derogation of
the foregoing shall be void. If any provision of this Agreement is held by a
court of competent jurisdiction to be unenforceable for any reason, the
remaining provisions hereof shall be unaffected and remain in full force and
effect. This Agreement is the final, complete and exclusive agreement between
the parties relating to the subject matter hereof, and supersedes all prior or
contemporaneous understandings and agreements relating to such subject matter,
whether oral or written. Any termination of this Agreement will not effect any
sublicenses granted by STORAGETEK to their customers, such licenses will remain
in full force and effect.

Each signatory by its execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK:                                     NETBULA:
By: _____                   By: _____

Print Name: _Mike Melnick_                       Print Name: _____

Title: _Sub Contract admin_                      Title: _____

Date: _3/1/00_                                    Date: _____

4

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe       the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe      portmapper for Win32
* Pmapsvc.exe      portmapper service for Windows NT
* Rpcinfo.exe      program that displays registered RPC services
* Pwrpc32.dll      runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                    the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll     the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

5

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC RPC applications.

* Pwrpc32.dll            The runtime library for NETBULA ONC RPC
* Portmap.exe            The portmapper program for Win32
* Pmapsvc.exe            The portmapper service for Windows NT

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $895 per license for all rights granted under this Agreement with respect to the SDK Product, and one-time fee of $5,995 for the right to distribute up to 1000_ units of software containing the Supporting Programs, thirty (30) days after receipt of an invoice referencing a valid purchase order number. NETBULA agrees that future SDK license purchases will be at a mutually agreed to price. NETBULA agrees to offer STORAGETEK additional units of Supporting Program licenses for the limited distribution license, at the cumulative license purchased prices as provided listed below. Pricing is based on cumulative purchases, not single purchase events. Additional licenses purchased are subject to the terms and conditions of this Agreement.

List Price is $5995 per 1000.

| Quantity | Discount | Net Price |
|---|---|---|
| 1-1000 | 0% | $5995 |
| 1001-2000 | 15% | $5096 |
| 2001-3000 | 25% | $4796 |
| 3001 and above | 25% | $4796 |

7

# EXHIBIT C

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

INVOICE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8183
One StorageTek Drive
Louisville, CO 80028
USA

# StorageTek PURCHASE ORDER

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DON YUE
P.O. BOX 99335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2637

RESALE PERMIT #: 10-13932
PAGE:    1 OF 2

PURCHASE ORDER NUMBER:   CCOL122576
PURCHASE ORDER DATE:     03/03/2000
DATE/TIME OF PO OUTPUT:  03/03/2000 - 14:02:43

BUYER/PHONE: Mike Melnick / 303-673-2914

TERMS: STK NET 30 DAYS

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
BLDG. 5, DOCK 21 OR 22 (MRO)
Louisville, CO 80028
USA

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB:  STK Free On Board -Origin

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-3-00

SHIP PRODUCT FEDEX 'EXPRESS SAVER' USING STORAGETEK ACCOUNT NUMBER 080201133-8

REFERENCE E-MAIL QUOTE OF 2-8-00 FOR PRICING ONLY

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|----------------------|-----------|-----|----------------|----------------|
| 10 | | developer licenses for power rpc | 8 | EA | 895.00 | 7,160.00 |

SUPPLIER'S MATERIAL#:
EC#:                      REV:                      FAMILY REVISION:
SPECIAL PACK REQUIREMENTS:          FAMILY SPEC:    PACK REVISION:
8 DEVELOPER LICENSES AND DOCUMENTATION FOR POWER RPC, ONC RPC SDK FOR WIN32          PACK SPEC:

## DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/08/2000 | 8 | EA | 0 |

CONTINUED

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

# StorageTek PURCHASE ORDER

PURCHASE ORDER NUMBER:  CCOL122576
PURCHASE ORDER DATE:    03/03/2000
DATE/TIME OF PO OUTPUT: 03/03/2000 - 14:02:43

RESALE PERMIT #: 10-13932
PAGE :    2 OF 2

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 20 | | 1000 unit distribution license | ZSU | 5,995 | 1.00 | 5,995.00 |

SUPPLIER'S MATERIAL#:
EC#:                    REV:                 FAMILY SPEC:
SPECIAL PACK REQUIREMENTS:                   PACK SPEC:
RIGHTS TO SHIP 1000 UNITS OF PRODUCT AS SPECIFIED IN THE AGREEMENT

### *DELIVERY SCHEDULE:*

| DELIVERY DATE | ORDER QTY | UM | QTY RECEVED |
|---|---|---|---|
| 03/08/2000 | 5,995 | ZSU | 0 |

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 30 | | 10 PACK INCIDENT SUPPORT | ZSU | 1,000 | 1.00 | 1,000.00 |

SUPPLIER'S MATERIAL#:
EC#:                    REV:                 FAMILY SPEC:
SPECIAL PACK REQUIREMENTS:                   PACK SPEC:
10 calls to support at $100 per call, per conditions provided in the agreement

### *DELIVERY SCHEDULE:*

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---|---|---|---|
| 03/08/2000 | 1,000 | ZSU | 0 |

P.O.TOTAL:    14,155.00 USD

**CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.**
PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS DESIGNATED TO APPLY.
ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER. BY ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.
* SU - SERVICE UNIT - IS A UNIT OF MEASURE VALUED AT $1.00 USED FOR THIS PURCHASE ORDER.

END OF PURCHASE ORDER

# EXHIBIT D

```
Received: from sweng.stortek.com (flanker.stortek.com [199.117.186.86]) by
janus.stortek.com

(8.9.3+Sun/8.9.1) with ESMTP id PAA05298 for <support@netbula.com>; Mon, 11 Jun 2001
15:50:41 +1000 (EST)
Sender: <vatcka@sweng.stortek.com>
Message-ID: <3B245D3C.328A8D93@sweng.stortek.com>
Date: Mon, 11 Jun 2001 15:55:08 +1000
From: "Anton Vatcky" <vatcka@sweng.stortek.com>
Reply-To: <Anton_Vatcky@storagetek.com>
Organization: StorageTek
X-Mailer: Mozilla 4.76 [en] (X11; U; SunOS 5.6 sun4u)
X-Accept-Language: en-GB, en
MIME-Version: 1.0
To: <support@netbula.com>
Subject: Re: PowerRPC for Win2K
```

G'day Support,

We at StorageTek currently use the NT version of PowerRPC in our product
called REELs. We have a license agreement with Netbula for this specific
version.

Would it be possible to obtain a copy of the Win2K version of PowerRPC,
to determine if our software will port OK to Win2K.

The intent is purely to evaluate our product as to its suitability for
Win2K.

A separate licensing agreement would follow up if StorageTek determines
that we will be able to sell our REEL software product for Win2K
platforms.

Regards,

--
Anton Vatcky
International Software Support
+61.(O)2.6263.5446 phone
+61.(O)2.6262.9995 fax
StorageTek
INFORMATION made POWERFUL

# EXHIBIT E

**STORAGETEK**

**LibAttach™ 1.1 Release Notes**

Revised: June 2000

This document supersedes all previous release notes and provides an overview of LibAttach Software 1.1. It describes the changes to LibAttach since the previous version and provides the latest information on the software and its documentation.

Always check the Customer Resource Center (**http://www.support.storagetek.com**) for the latest version of LibAttach software documentation and release notes.

## Proprietary Information Statement

The information in this document is confidential and proprietary to Storage Technology Corporation and may be used only under the terms of the product license or nondisclosure agreement. The information in this document, including any associated software program, may not be disclosed, disseminated, or distributed in any manner without the written consent of Storage Technology Corporation.

## Limitations on Warranties and Liability

This document neither extends nor creates warranties of any nature, expressed or implied. Storage Technology Corporation cannot accept any responsibility for your use of the information in this document or for your use of any associated software program. You are responsible for backing up your data. You should be careful to ensure that your use of the information complies with all applicable laws, rules, and regulations of the jurisdictions in which it is used.

**Warning**: No part or portion of this document may be reproduced in any manner or in any form without the written permission of Storage Technology Corporation.

## Restricted Rights

Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in subparagraph (c) (1) (ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c) (1) and (2) of the Commercial Computer Software - Restricted Rights at 48 CFR 52.227-19, as applicable.

## Trademarks

StorageTek is a registered trademark of Storage Technology Corporation. Other product names mentioned in this document may be trademarks. They are used for identification purposes only.

Part Number 313442301

EC Number 123113

# Highlights of the LibAttach 1.1 Release

## New Solution Support

LibAttach 1.1 introduces support for Windows 2000 systems.

# Installation Considerations

## LibraryStation support

StorageTek supports LibAttach 1.1 running with LibraryStation, but this configuration was not QA tested.

## ACSLS support

LibAttach 1.1 was tested and is supported to run with ACSLS release 5.3.

## Upgrade Install

LibAttach 1.1 does not offer a direct upgrade path from release 1.0. If you are running version 1.0 and wish to upgrade to 1.1, you must remove LibAttach 1.0 from your system fully and then perform a fresh install of LibAttach 1.1.

# Workarounds for Known Problems

The following issues are known problems in LibAttach 1.1 that have workarounds.

## Issue: How to sense a LibAttach 1.1 installation

**Solution:** Do the following:

1.  Search the local registry for the following entry:

`HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\App Paths\ssi.exe`

> The contents of this entry has two keys. The first contains the absolute path to the file SSI.EXE. It appears as: *LibAttach install directory*\bin\ssi.exe. The second contains only the path, without the .exe extension. It appears as: *LibAttach install directory*\bin. Test for the presence of the file SSI.EXE in the location the registry key says it should be and check for "execute" permission.

2.  Search the local registry for the following entry:

`HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Control\Session Manager\KnownDLLs`

> This entry contains a list of all registered DLLs on the system. LibAttach 1.0 did not register the DLLs; LibAttach 1.1 does. Find the entry libacs.dll containing the text "libacs.dll" and the entry pwrpc32.dll containing the text pwrpc32.dll. Test for the presence of the files libacs.dll and pwrpc32.dll in the Windows system32 directory.

3.  If Step 1 is successful but step 2 is not, you have a LibAttach 1.0 installation.

4.  If both Steps 1 and 2 are successful, you have a LibAttach 1.1 installation.

5.  If neither step is successful, LibAttach is not present on the system.

## Issue: Detecting the status of an ACSLS server

**Description:** LibAttach does not possess the innate ability to determine the up/down status of an ACSLS server to which it is talking. However, it can determine the up/down status of the server computer itself, but not the state of the ACSLS software. When a request is queued to a computer that is running but on which ACSLS is down, the call to acs_response () returns a STATUS_PENDING if the submitted timeout value is passed, or the call hangs forever if no timeout is given. LibAttach is functioning as designed.

**Solution**: StorageTek recommends any integrator who wishes to check the status of ACSLS before submitting a complex command, such as acs_mount (), perform a call to acs_query_acs () first. This function returns quickly if ACSLS is up. A timeout value of two or three seconds is acceptable for

the call to `acs_response ()`. If this call times out and STATUS_PENDING is returned, you can assume ACSLS is down. If the call succeeds, ACSLS is up and running.

Note: It is possible to receive a STATUS_PENDING during normal operations of LibAttach and ACSLS. For example, a busy library with DLT drives could take a minute or more to complete a mount or dismount. Also, a slow or "dirty" network could interfere with the call to `acs_response ()`. Timeout values submitted to `acs_response ()` should be reasonable for your installation.

We are aware that the ACSAPI programmer's guide states:

> STATUS PENDING – This is a status value which is reserved for use inside the ACS storage server. No request process will return it to the user. If it is seen, please notify Customer Support.

We ask that you disregard this entry as it applies to the operation of LibAttach as described here.

# Resolved Product Issues in LibAttach 1.1

| Description | Issue # |
|---|---|
| **Description**: Allow the LibAttach service to be started and stopped from within BAT and CMD files, and from the command line using "net start" and "net stop."<br><br>**Resolution**: The LibAttach service can be started and stopped from within BAT and CMD files and from the command line using "net start and "net stop." | 659186 |
| **Description**: Report of "Invalid current state zero" on fast systems<br><br>**Resolution**: Code change; LibAttach should never return an "Invalid current state" on any system. | 671283 |

# EXHIBIT F

```
Received: from lsv-bridge.stortek.com (lsv-bridge.stortek.com [129.80.5.131]) by
vinson-ether1.stortek.com

(8.12.3/8.12.0) with ESMTP id g89LZtjB016133 for <sales@netbula.com>; Mon, 9 Sep
2002 15:35:55 -0600 (MDT)
Received: by lsv-bridge.stortek.com with Internet Mail Service (5.5.2653.19) id
<PP7R9BRV>; Mon, 9 Sep

2002 15:35:54 -0600
Message-ID: <AEC265055889D31188CF002048406E080885FDE6@lsv-msg02.stortek.com>
From: "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
To: <sales@netbula.com>
Subject: RE: Netbula RPC License audit
Date: Mon, 9 Sep 2002 15:35:41 -0600
```

```
Jon,
We no longer distribute the runtimes with our products. Our count remains
the same as provided to you in June of 01.
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

# EXHIBIT G

# Christine Tocalino

| | |
|---|---|
| **From:** | Rady, Lisa K |
| **Sent:** | Tuesday, March 02, 2004 10:06 AM |
| **To:** | Melnick, Michael R |
| **Subject:** | LibAttach/Netbula - IXOS arch1 341 KB |

Hi Mike,

I have found out a bit more about LibAttach and Netbula. Below is a report from SMD on the number of LibAttach software we have sold. As you can see, we have exceeded the 1000 distributions that we had right to, with Netbula. I JUST inherited this program...so don't shoot the messenger. I think it is obvious that engineering has not and did not monitor the distributions on this product. Now that I own this product, I do not want engineering responsible for monitoring the distributions. We need to come up with some process where SMD may be able to provide reports (similar to that below) on how may LibAttach software's are being sold.

Now, for my actual request. Could you please contact Netbula and get a current quote for the rights to distribute another 1000 runtimes? Since all of our information is years old, I guess we need to start by getting a current quote from them.

Please let me know if you need more information.

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
**StorageTek**
INFORMATION *made* POWERFUL

-----Original Message-----
| | |
|---|---|
| **From:** | Wagner, Holly M |
| **Sent:** | Tuesday, March 02, 2004 8:32 AM |
| **To:** | Rady, Lisa K; McGovern, David L |
| **Subject:** | RE: LibAttach, number of copies sold?? |

placeholder.tmp

Here is a copy of the Lib Attach report.  The total number is 1365.

*Holly Wagner*
*Software Product Planner*
*303-661-7389*

**StorageTek** *Information made Powerful*

-----Original Message-----
**From:** Rady, Lisa K
**Sent:** Monday, March 01, 2004 4:38 PM
**To:** Wagner, Holly M
**Subject:** LibAttach, number of copies sold??

Hi Holly,

Do you know, or do you know who I could ask to find out how many copies of the LibAttach software has been

1

EXHIBIT
37
Melnick 9-19-07

STK00000597

sold? I need a total number from the first shipment until now. Can you help or point me in the right direction?

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
**StorageTek**
**INFORMATION** *made* **POWERFUL**

2

STK00000598

| From: | Rady, Lisa K |
|---|---|
| Sent: | Tuesday, March 2, 2004 10:52 AM |
| To: | Melnick, Michael R <melnimr@stortek.com> |
| Cc: | Rooney, Janet L <rooneyjl@stortek.com> |
| Subject: | RE: Netbula License Report for Audit 06/21 - REELNT Product |

Hi Mike,

It looks like Tracy G. is talking about a product called REELNT???? I have never heard of it before. The product that my team is using Netbula for is LibAttach, which is alive and well (although has been poorly managed). We are selling it today. I will be happy to work with you on this, whatever we need to do. Like I said, I just picked this up and things appear to be all over the place. I have a CD in my hand called "Netbula ONC RPC for Win32 Development Toolkit", licensed to StorageTek (1605) 8 Developers 1000 runtime. Inside the CD was the Receipt that included the PO number CCOL122576, your name as the buyer, and a date of 3/24/2000. That is all I know...

We do need to renew this license for LibAttach, so I am not clear on what Tracy was talking about in the emails below. Let me know how you want to proceed. Engineering will need to provide what specific platform they require.

Janet, can you provide that information?

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
StorageTek
INFORMATION made POWERFUL


-----Original Message-----
From: Melnick, Michael R
Sent: Tuesday, March 02, 2004 11:21 AM
To: Rady, Lisa K
Subject: FW: Netbula License Report for Audit 06/21 - REELNT Product


Lisa,
I can get a quote but original purchaser relayed the following information below to me in 2002. The agreement is specific to platform (Win NT and 95/98 platforms) types of Netbula software (PowerRPC SDK). This concerns me greatly as we have already told them we are no longer shipping it with our product. What do you need for sure? mm


-----Original Message-----
From: Melnick, Michael R
Sent: Monday, September 09, 2002 12:58 PM
To: Gagnon, Tracy A
Subject: RE: Netbula License Report for Audit 06/21 - REELNT Product


Tracy,
Are you saying that we have not shipped any additional product? mm

-----Original Message-----
From: Gagnon, Tracy A
Sent: Monday, September 09, 2002 12:35 PM
To: Melnick, Michael R
Subject: RE: Netbula License Report for Audit 06/21 - REELNT Product

EXHIBIT
9-19-07
25
Melnick

STK00000595

Michael,
Please use the same numbers that I provide to you back in June as they should not have changed.

The end of service date for REELNT is year end 2003 so I am not sure if there is anything we need to do on the contract side to follow up with Netbula?

Thanks

-----Original Message-----
From: Melnick, Michael R
Sent: September 06, 2002 12:44 PM
To: Gagnon, Tracy A
Subject: RE: Netbula License Report for Audit 06/21 - REELNT Product

Tracy,
I need these numbers again, from the last date of report to current. Thanks! mm

-----Original Message-----
From: Gagnon, Tracy A
Sent: Thursday, June 21, 2001 8:20 PM
To: Melnick, Michael R
Cc: Gagnon, Tracy A; Fitzpatrick, Gerard B
Subject: Netbula License Report for Audit 06/21 - REELNT Product
Importance: High

Mike:
Sorry it took a moment to get this data to you. I had to first receive a full product activity report from SCH and then review the product activity. Enclosed are the Netbula licenses for the REELNT product I am showing to date. I arrived at these numbers by going through the product history report from SCH. I am not sure if I have caught all the data points but it is close to accurate. My understanding is that we purchased 1000 Netbula licenses up front. We are not even close to utilizing that many licenses which is why I am surprised that Netbula made an official request for an audit.

Since I am coming into this program very late I am not exactly sure what this agreement with Netbula entails. Do you have a copy of the Netbula agreement that I can review. With the current product activity we will never utilize 1000 licenses so I would think we should not have to anticipate going through this exercise again.

If any information is missing please let me know.

Thanks for your patience,

Tracy Gagnon
Program Manager, Backup & Recovery Software
(303) 661 - 5938 (phone)
tracy_gagnon@stortek.com (email)
StorageTek
INFORMATION made POWERFUL

STK00000596

# EXHIBIT H



**Subject:** RE: Quote
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Wed, 3 Mar 2004 14:43:50 -0700
**To:** <sales@netbula.com>

Just following up.
Can you help me?
mm

-----Original Message-----
**From:** Melnick, Michael R
**Sent:** Tuesday, March 02, 2004 3:29 PM
**To:** 'sales@netbula.com'
**Subject:** Quote

Could you provide me with the StorageTek sales representative or if possible give me a quote on distributing an additional 1000 units of RPC?  The platform used will need to be Windows 2003.
The contract we have in place says that the cost is $5096, but I would like an official quote.
The agreement was signed 3-1-00

```
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

**CONFIDENTIALITY NOTICE**
- This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

# EXHIBIT I

3036734945          storage tech                    11:50:23 a.m.     03-17-2004        2 /11

Case 5:06-cv-07391-JW     Document 70     Filed 10/22/2007     Page 35 of 45
2004-3-12 12:51 FROM: Pax Netbula LLC TO: 1 303 673-4945  PAGE: 002 OF 009

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN Storage Technology Corporation("STORAGETEK ") having a principal place of
business at One StorageTek Drive, Louisville Colorado 80028, AND NETBULA LLC. ("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT)
is protected by copyright laws and international copyright treaties, as well as other intellectual property laws
and treaties.

1.      LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license, for use by
STORAGETEK's employees, consultants and subsidiaries for up to ONE user(s) for each of the licenses
purchased, to use, copy, display and prepare derivative works of the ONC RPC or PowerRPC SDK Product
under Windows Server 2003, NT/2K/XP and 95/98/ME platforms; each user can only use the software on
one computer. The license is not transferable without written permission of Nebula.  Such permission will not
be unreasonably withheld. You are granted the rights to make copies of the Product for backup or archival
purposes only.

2.      Copyright

You must treat the software as copyrighted material. You may not copy and redistribute the software except
as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify
themselves as for development only and is not for distribution/deployment except as permitted under this
Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE
OUTSIDE OF YOUR DEVELOPMENT ENVIRONMENT OR YOUR ORGANIZATION, YOU MUST
PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.      Other restrictions

a.      You may not disassemble, decompile or reverse engineer the software.
b.      You may not rent or lease the software.

4.      Limited SDK Warranty

NETBULA warrants that the SDK Product will perform in accordance with its documentation. If
STORAGETEK reports in writing a software defect that prevents STORAGETEK from using the SDK
Product in accordance with its documentation within ninety (90) days after STORAGETEK has paid for the
software, and NETBULA is unable to correct, repair or replace the SDK Product within thirty (30) more
days. , NETBULA will refund all STORAGETEK's license fees fully, and support and distribution fees on a
pro-rated basis.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

1

3036734945 storage tech 11:50:51 a.m. 03-17-2004 3/11

Case 5:06-cv-07391-JW Document 70 Filed 10/22/2007 Page 36 of 45
2004-3-12 12:51 FROM: Pak Netbula LLC TO. 1 303 673 4945 PAGE: 003 OF 009

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license to copy, sublicense, transfer, demonstrate and distribute the NETBULA RPC Supporting Programs and components (including, but not limited to, all documentation and supporting materials therefor) set forth on Exhibit B (the "Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers, business partners and customers.

1.      Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

2.      Limited Warranty. NETBULA warrants that the Supporting Programs will, for ninety (90) days following distribution or sublicense thereof, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full, and support and distribution fees on a pro-rated basis.

3. Source code escrow

NETBULA uses a third party agent to provide source code escrow. To become a beneficiary of the escrow, STORAGETEK must sign a separate Escrow Agreement. The terms of the escrow such as release conditions will be defined in the Escrow Agreement among the Escrow Agent, NETBULA and STORAGETEK. STORAGETEK must also pay for all cost for setting up STORAGETEK as a beneficiary, and must pay for the annual maintenance fee to maintain its beneficiary status.

GENERAL TERMS

1.      Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.      Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.      Year 2000/ Virus Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance

2

3036734945          storage tech                                11:51:24 a.m.      03-17-2004          4 /11

Case 5:06-cv-07391-JW    Document 70    Filed 10/22/2007    Page 37 of 45
2004-3-12 12:51  FROM- Fax Netbula LLC  TO-  1 303 673-4945  PAGE 004 OF 009

with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

NETBULA warrants that SDK Products and Supporting Programs shall be virus-free.

4.      INDEMNITY. NETBULA will, at its expense, defend STORAGETEK and its successors and assigns against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees incurred, whether by judgment, settlement, or otherwise. STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgement such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing. If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a full refund of the license fee, and support and distribution fees on a pro-rated basis paid. NETBULA shall have no obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.      Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the severity of the problem. NETBULA will provide its documented escalation procedures to STORAGETEK in the case wherein normal responses are not adequate.

Method of Tech Support

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.
NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94662


7.      Governing Law/Arbitration. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA, as those laws are applied to contracts entered into and to be performed entirely in California by California residents and without regard to conflicts of laws principles. All disputes involving this Agreement, except actions arising under the patent and copyright provisions of the U.S. Code, shall be submitted to a panel of three (3) arbitrators appointed and operating under the Uniform Arbitration Act and the procedural rules of the American Arbitration Association. Such panel shall include only persons with experience in the area of information technology or computer software licensing, installation and implementation. Each party shall choose one (1) arbitrator, and the third (3rd) arbitrator shall be chosen by the two (2) arbitrators thus selected by the parties. The location of the arbitration hearing will be chosen by the party not initiating the arbitration or action.

8.      General. The parties hereto are independent contractors and no employment, agency, or joint venture is created hereunder. All notices, requests and other communications under this Agreement must be in writing, and may be sent via e-mail or facsimile or delivered by hand to the party to whom such notice is required or permitted to be given. This Agreement may not be assigned by either party or amended without the written consent of both parties, which shall not be unreasonably withheld. Any purported assignment or amendment in derogation of the foregoing shall be void. If any provision of this Agreement is held by a court of competent jurisdiction to be unenforceable for any reason, the remaining provisions hereof shall be unaffected and remain in full force and effect. This Agreement is the final, complete and exclusive agreement between the parties relating to the subject matter hereof, and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. Any termination of this Agreement will not affect any sublicenses granted by STORAGETEK to their customers, such licenses will remain in full force and effect.

4

3036734945          storage tech                                    11:52:57 a.m.     03-17-2004     6 /11

Case 5:06-cv-07391-JW     Document 70     Filed 10/22/2007     Page 39 of 45
2004-3-12 12:51 FROM- Fax Netbula LLC TO- 1 303 673-4945  PAGE: 006 OF 009

9.     **Public Release of Information.** NETBULA must have the prior written approval of
        STORAGETEK's authorized purchasing agent prior to use or publication of StorageTek's
        company name, logo or trademarks in promotion of NETBULA's business, services or products.

Each signatory by its execution of this Agreement represents that it has appropriate corporate authority to
enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                                              NETBULA:
By: _____                            By: _____
Print Name: _____Mike McNeil_____                    Print Name: __DON YUE__
Title: __Contract Admin & Consultant__                 Title: __VP SALES__
Date: __3/17/04__                                       Date: __2004/03/12__

                                                                                         5

3036734945          storage tech                                    11:53:11 a.m.      03-17-2004      7 /11
2004-3-12 1251  FROM: Fax Netbula LLC TO.   1 303 673-4945   PAGE: 007 OF 009

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe    the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe   portmapper for Win32
* Pmapsvc.exe   portmapper service for Windows NT
* Rpcinfo.exe   program that displays registered RPC services
* Pwrpc32.dll   runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                          the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll           the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

6

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC RPC applications.

* Pwrpc32.dll              The runtime library for NETBULA ONC RPC
* Portmap.exe              The portmapper program for Win32
* Pmapsvc.exe              The portmapper service for Windows NT

3036734945          storage tech                              11:53:35 a.m.        03-17-2004          9 /11

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $ 895 per developer license for all rights granted under this Agreement with respect to the NETBULA ONC RPC SDK Product, a one-time fee of $5,096 for the right to distribute up to 1000 units of ONC RPC client\server runtime license, thirty (30) days after receipt of an invoice referencing a valid purchase order number. A unit of ONC RPC client runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 client machine at the end-user site.  A unit of ONC RPC server runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 server machine at the end-user site. Additional licenses purchased are subject to the terms and conditions of this Agreement.
Limited distribution licenses will be priced as follows:

| Quantity | Discount | Net price |
|----------|----------|-----------|
| 1000 | 0% | $5,995 |
| 1001-2000 | 15% | $5,096 |
| 2001+ | 25% | $4,496 |

Prices will be based on cumulative purchases and not single purchase events.

PAYMENT – SUPPORT & MAINTENANCE

This Support Contract shall be for one (1) year from shipment of SDK Products and Supporting Programs from NETBULA to STORAGETEK. This Support Contract will automatically be extended and renewed for additional terms of one year unless STORAGETEK provides written notice to NETBULA, of its intention not to renew support, within thirty (30) days of support's expiration date. Support & Maintenance payment will be 20% of SDK and Product/Supporting Programs license purchase price, and shall be first due at the time of license purchase, and one year thereafter if STORAGETEK so chooses to continue Support & Maintenance on such licenses.

# EXHIBIT J

# StorageTek PURCHASE ORDER

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303)673-5151

INVOICE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8183
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA

RESALE PERMIT #: 10-13932
PAGE :     1 OF 2

PURCHASE ORDER NUMBER:    CCOL123554
PURCHASE ORDER DATE:     03/17/2004
DATE/TIME OF PO OUTPUT:    03/17/2004 - 11:31:15

BUYER/PHONE: Mike Melnick / 303-673-2914

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DON YUE
P.O. BOX 99335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2637

TERMS: STK NET 30 DAYS

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
BLDG.7, DOCK 11 (MRO)
LOUISVILLE, CO 80028
USA

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB: STK Free On Board -Origin

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-17-04.

REFERENCE THE AGREEMENT FOR PRICING.

PLEASE SHIP PRODUCT FEDEX P1 USING STORAGETEK ACCOUNT 08020133-8.

1 SDK LICENSE AND 1000 RUNTIME LICENSES.

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 10 | | NETBULA SDK LICENSE | | 1 | ZSU | 895.00 | 895.00 |
| | SUPPLIER'S MATERIAL#: | | | | | | |
| | EC#: | REV: | FAMILY SPEC: | | | FAMILY REVISION: | |
| | SPECIAL PACK REQUIREMENTS: | | PACK SPEC: | | | PACK REVISION: | |

## DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | | QTY RECEIVED |
|---|---|---|---|---|
| 03/24/2004 | 1 | ZSU | | 0 |

CONTINUED

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303)673-5151

## StorageTek PURCHASE ORDER

PURCHASE ORDER NUMBER: CCOL123554
PURCHASE ORDER DATE: 03/17/2004
DATE/TIME OF PO OUTPUT: 03/17/2004 - 11:31:15

RESALE PERMIT #: 10-13932
PAGE :    2 OF 2

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|---------------------|-----------|-----|---------------|----------------|
| 20 | | 1000 RUNTIME LICENSES | 1 | ZSU | 5,096.00 | 5,096.00 |

SUPPLIER'S MATERIAL#:
EC#:    REV:
SPECIAL PACK REQUIREMENTS:

FAMILY SPEC:
PACK SPEC:

FAMILY REVISION:
PACK REVISION:

### DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/24/2004 | 1 | ZSU | 0 |

P.O.TOTAL:    5,991.00 USD

*CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.
PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS
DESIGNATED TO APPLY.
ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER. BY
ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.*

END OF PURCHASE ORDER