1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dr. DONGXIAO YUE
2777 ALVARADO ST., SUITE C
SAN LEANDRO, CA 94577
Telephone:     (510) 396-0012
Facsimile:     (510) 291-2237
E-Mail:        ydx@netbula.com

*Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETBULA, LLC., a Delaware limited liability company,

                    Plaintiff,

        v.

STORAGE TECHNOLOGY CORPORATION, et al.,

                    Defendants.

Case No. Case No. C06-07391-MJJ

**DECLARATION OF DONGXIAO YUE IN SUPPORT OF  MOTION (1) TO INTERVENE AND JOIN AS PLAINTIFF; (2) FOR INJUNCTIVE RELIEF; (3) FOR COPYRIGHT IMPOUNDMENT**

**EXHIBITS COVER PAGE**

Date: November 27, 2007
Time: 9:30 a.m.
Dept: Courtroom 11
Judge: The Honorable Martin J. Jenkins

# EXHIBITS K-S

# EXHIBIT K

**EXHIBIT**

_46_

Melnick 9-19-07

| | |
|---|---|
| **From:** | McGonigle, Jeffrey L |
| **Sent:** | Wednesday, March 17, 2004 11:21 AM |
| **To:** | Melnick, Michael R <melnimr@stortek.com> |
| **Cc:** | Murray, Thomas J <murratj@stortek.com> |
| **Subject:** | RE: LibAttach Update |

Mike,

Replied to you this a.m. but it must have been lost in the void.

Approved by Finance  Please use project R-0397,  GL # 630130,Dept 15107

Jeff

> -----Original Message-----
> **From:** Melnick, Michael R
> **Sent:** Wednesday, March 17, 2004 10:31 AM
> **To:** McGonigle, Jeffrey L
> **Cc:** Kennedy, Russell P (Russ); Murray, Thomas J
> **Subject:** RE: LibAttach Update
>
> Jeff,
> Left you a message about the costs. Just need an e-mail form you with your approval and the correct gl and cost center.
> Thanks,
> mm
>
> > -----Original Message-----
> > **From:** Murray, Thomas J
> > **Sent:** Monday, March 15, 2004 10:42 AM
> > **To:** McGonigle, Jeffrey L
> > **Cc:** Melnick, Michael R; Murray, Thomas J; Rady, Lisa K; Kennedy, Russell P (Russ)
> > **Subject:** RE: LibAttach Update
> > **Importance:** High
> >
> > Hi Jeff,
> >   Please approve this P.O and provide the gl account as Mike has requested (this is for ACSLS development, cost center 15107.)  We either need to increase the Netbula license or put a stop-ship on the LibAttach product, because we have shipped LibAttach copies up to the limit of the current Netbula license (Netbula is embedded in our LibAttach product.)
> >
> > Thanks,
> >
> > -Tom
> >
> > > -----Original Message-----
> > > **From:** Melnick, Michael R
> > > **Sent:** Monday, March 15, 2004 10:21 AM
> > > **To:** Murray, Thomas J
> > > **Cc:** McGonigle, Jeffrey L
> > > **Subject:** RE: LibAttach Update
> > >
> > > Thanks Tom,
> > > I do need some help. Jeff Mcgonigle never signed it and I just need an e-mail form him approving it and giving me the gl account and cost center numbers.
> > > mm
> > >
> > > > -----Original Message-----
> > > > **From:** Murray, Thomas J
> > > > **Sent:** Monday, March 15, 2004 9:14 AM
> > > > **To:** Melnick, Michael R

STK00000558

**Subject:** FW: LibAttach Update

Hi Mike,
  Thanks for helping with the Netbula P.O.  Janet Rooney is on a leave of absence starting today, so please contact me with any questions or status on Netbula.

Thanks,

-Tom

Thomas J. Murray
Manager, RD&E Software Engineering
x15735

-----Original Message-----
**From:** Rooney, Janet L
**Sent:** Monday, March 15, 2004 8:32 AM
**To:** Murray, Thomas J; Rady, Lisa K
**Subject:** RE: LibAttach Update

Yes, Mike Melnick is taking care of it.  Just let me know if you have any other questionsl.

Janet

> -----Original Message-----
> **From:** Murray, Thomas J
> **Sent:** Friday, March 12, 2004 5:09 PM
> **To:** Rady, Lisa K
> **Cc:** Rooney, Janet L
> **Subject:** RE: LibAttach Update
>
> Hi Lisa,
>   Do you know if Janet sent the Netbula PO to purchasing?
>
> Thanks,
>
> -Tom
>
> > -----Original Message-----
> > **From:** Rady, Lisa K
> > **Sent:** Friday, March 12, 2004 2:40 PM
> > **To:** Murray, Thomas J; Kennedy, Russell P (Russ)
> > **Cc:** Rooney, Janet L; Schmitt, Terry D; Dotson, Julia
> > **Subject:** LibAttach Update
> >
> > Hi Russ, Tom,
> >
> > Here is the section of my PMT minutes providing updates on the LibAttach work.

# LibAttach 1.2.1

### *Engineering*
3/11/04 LibAttach CFT code is complete and testing is going very well, no errors are being reported. Terry is testing LibAttach with two firewalls, ACSLS and ACSLS HA. Michael Abramovitch is available to help on an as needed basis.
3/4/04 It has been determined that we need to purchase a new SDK and the rights for a 1000 more distributions of Netbula. Lisa working with sourcing to obtain the new license.
3/11/04 Janet is writing up the PO for 1 SDK and 1000 more distributions of Netbula.
3/4/04 Terry has received one copy of Visual C++. He is still waiting to have another copy installed on the stand alone machine. Janet following up on getting the additional

STK00000559

copy.

3/11/04 Terry and Janet are still working on getting a copy of Visual C++ for a stand alone PC so that they have a build environment that is not attached to Terry's PC.

3/4/04 The new LibAttach code will temporarily be maintained in Per Force (due to time constraints). Once the code is complete, Julie Dotson will work with Chip to move the code into Continuus.

3/4/04 Lisa to work with Tom on CMM reporting on LibAttach.

3/11/04 The issue of lack of testing between LibAttach and Library Station came up. There are problems with LibAttach 1.2 working with LibStation. This configuration was never tested when LibAttach 1.2 was released. Lisa to work with Ernie Sandoval and Phil Rizzuto to determine a process to get Library Station validated with the new release of LibAttach.

3/12/04 Lisa spoke with both Ernie and Phil. Lisa to set up a meeting to discuss how we can get Library Station and LibAttach testing complete by our June 30 FRS date.

3/11/04 The LibAttach Controlled Field Test (CFT) can begin as soon as the documentation is ready (Doc. Possibly ready as soon as Monday). Julie Dotson has approximately five candidates for LibAttach CFT. Janet and Lisa suggested that we limit the CFT to two customers. Bank of America and Allstate were suggested. Engineering will select and manage the CFT sites.

### *Marketing*

2/19/04 LibAttach sells for approximately $695. Maintenance on the product is optional. There is no license key in the product, and it is apparent that the software has been copied, uncontrolled, for several years.

3/11/04 Tom Balue is looking into making a price change for LibAttach.

3/11/04 The team agreed to release the enhancements to LibAttach as a point release. The release number will be LibAttach 1.2.1.

### *Global Learning Solutions*

3/4/04 The team has been unable to locate the source documents for three of the five documents on LibAttach. Veda has proposed to her management that we may have to convert the files from PDF to Word and then possibly to frame. This will be time consuming and a resource to do this work may not be available until April. We do have the installation guide and release notes source, which we can update as the code changes are being made. Veda to continue to work the documentation issue.

3/11/04 Dan Tesone has assigned a resource to covert the LibAttach PDF documents to an editable source. This work is planned to be complete by end of April.

3/12/04 Veda has completedthe first draft of the online help and Install book for the LibAttach CFT.

### *ISV*

3/4/04 Bruce asked when the new version of LibAttach would be available for the ISV's to validate. An estimate of mid to late April was given.

3/4/04 Bruce asked whether Library Station was going to be tested with the new version of LibAttach. Lisa to follow up with the Library Station team.

3/11/04 Lisa working the LibAttach / LibStation validation issue.

## Report Date Codes - T (target)    A (actual)    CL (closed)GREEN (open action item) Replan (Purple)

*LibAttach Action Items*

| Date Opened | Open  Issue | Owner | Status | Report Due  Date |
|---|---|---|---|---|
| 02/ 19/04 | Learn more about the Integrator's kit for LibAttach | PMT | In Process | *03/01/04 T* |
| 02/ 26/04 | Figure out how the LibAttach work should be managed in regards to CMM and the Senior Management  Reviews. | Lisa Rady / Tom Murray | In Process | *03/11/04 T* |
|  |  |  |  |  |

STK00000560

| 02/26/04 | Work with Chip Furlong to get the LibAttach code into Continuus. | Julie Dotson | In Process | 3/11/04 T |
|---|---|---|---|---|
| 02/26/04 | Follow up on the request for Visual C++ | Janet Rooney | In Process | 03/04/04 T |
| 02/26/04 | Begin work on the requirements document. | Terry Schmitt | In Process | 03/04/04 T |
| 02/26/04 | Marketing to research implementing a price change for LibAttach. | Tom Balue | In Process | 03/11/04 T |
| 03/04/04 | Work with Marketing to determine the release number for LibAttach. | Lisa Rady | Complete | 03/18/04 T 03/11/04 A |
| 03/04/04 | Follow up with the Library Station team to see if they will be validating the new version of LibAttach. | Lisa Rady | Complete | 03/18/04 T 03/12/03A |
| 03/04/04 | Continue to work the documentation source issue. | Veda Prescott | Complete | 03/11/04 CL |
| 03/11/04 | Schedule a meeting to discuss how we can get Library Station and LibAttach testing complete by our June 30 FRS date. | Lisa Rady | Complete | 03/12/04 CL |

Lisa Rady
Automated Tape Solutions
Software Program Management
phone: 303.661.5848
fax: 303.673.6837
**StorageTek**
Information *made*Powerful

STK00000561

# EXHIBIT L

| | |
|---|---|
| **From:** | Melnick, Michael R |
| **Sent:** | Thursday, June 16, 2005 9:21 AM |
| **To:** | 'sales@netbula.com' |
| **Subject:** | RE: Netbula RPC License support and maintenance |

Hi John,

Hope things are well. If you recall we opted out of support last year and are only interested in continuing to purchase rights to distribute the software.

I'll check on the usage as a courtesy as the agreement does not obligate us to do so. That being said we do keep close watch on the usage so I should be able to get it.

As far as Sun, it should be completed by the end of the summer. As they have just put the integration\transition teams together we will not have information for a while. Assuming I stick I think that the acquisition will be a good thing.

The only thing that you and I may have to do is for you to allow assignment of the agreement to Sun. The agreements calls for your approval. I assume you would sallow this as if you did not the agreement would be terminated.

Anyway I will do my best to keep you informed if you don't know before I do. :>)


Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Wednesday, June 15, 2005 5:38 PM
**To:** Melnick, Michael R
**Subject:** Netbula RPC License support and maintenance

Mike,

Attached is an invoice for support and maintenance for the Netbula RPC Licneses for the period of March 2005 to March 2006. Please let me know if you have any questions.

Also, we would like to have an audit of the license usage. Please also keep us informed about the effects of the Sun/ StorageTek merger.

Best regards,

John

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)



EXHIBIT

51

Melnick 9-19-07

STK00000641

# EXHIBIT M

| **From:** | Murray, Thomas J <thomas_murray@storagetek.com> |
|---|---|
| **Sent:** | Tuesday, June 28, 2005 4:13 PM |
| **To:** | Melnick, Michael R <melnimr@stortek.com> |
| **Cc:** | Williams, Michael P <willimp@stortek.com>; Rady, Lisa K <radylk@stortek.com>; Murray, Thomas J <murratj@stortek.com> |
| **Subject:** | RE: Netbula |

Thanks, Mike. Mike Williams, the ACSLS development manager who has the budget to purchase more licenses, is out this week. Can this wait until next week when he returns?

-Tom

---

**From:** Melnick, Michael R
**Sent:** Tuesday, June 28, 2005 12:58 PM
**To:** Abramovitz, Michael P; Rady, Lisa K; Williams, Michael P; Murray, Thomas J
**Cc:** Wagner, Holly M
**Subject:** RE: Netbula

The number that Holly has provided and thought it may be low causes quite a problem for you. We have only made 2 purchases for the rights to distribute a total of 2000 licenses.

You will need to order additional distribution rights or we will be in breach of the agreement. As our pricing is based on cumulative purchases I will need to know how many additional licenses you wish to order so I can get you pricing.


```
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

CONFIDENTIALITY NOTICE - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:** Wagner, Holly M
**Sent:** Monday, June 20, 2005 9:08 AM
**To:** Melnick, Michael R; Abramovitz, Michael P; Rady, Lisa K; Williams, Michael P
**Subject:** RE: Netbula

The SAP query I ran this morning shows 2,386 models shipped. This number is low due to the fact that the query does not have the capability of pulling the client feature quantities that were released in November of last year.

*Holly Wagner*
Software Product Planner
303-661-7389

---

**From:** Melnick, Michael R

**Sent:** Friday, June 17, 2005 10:13 AM
**To:**  Wagner, Holly M
**Subject:**  FW: Netbula

Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:**  Murray, Thomas J
**Sent:**  Thursday, June 16, 2005 11:27 AM
**To:**  Wagner, Holly M
**Cc:**  Abramovitz, Michael P; Williams, Michael P; Melnick, Michael R; Rady, Lisa K
**Subject:**  FW: Netbula

Hi Holly,
  Can you give Mike Melnick an update on how may Netbula licenses we've issued?

Thanks,

-Tom

---

**From:**  Abramovitz, Michael P
**Sent:**  Thursday, June 16, 2005 11:22 AM
**To:**  Murray, Thomas J
**Subject:**  RE: Netbula

She would know better than anybody.

---

**From:** Murray, Thomas J
**Sent:** Thursday, June 16, 2005 11:21 AM
**To:** Abramovitz, Michael P
**Subject:** RE: Netbula

Who could tell us how many we have issued?  Holly?

---

**From:**  Abramovitz, Michael P
**Sent:**  Thursday, June 16, 2005 11:19 AM
**To:**  Murray, Thomas J
**Subject:**  RE: Netbula

To the best of my memory, we have a license to redistribute 2000 copies.

---

**From:** Murray, Thomas J
**Sent:** Thursday, June 16, 2005 11:18 AM
**To:** Abramovitz, Michael P
**Cc:** Rady, Lisa K; Williams, Michael P; Melnick, Michael R

STK00000541

**Subject:** FW: Netbula
**Importance:** High

Hi Michael,
 I think LibAttach uses Netbula.  Not sure you have this information or who could provide it: possibly Holly in SMD?

Thanks,

-Tom

---

**From:**   Melnick, Michael R
**Sent:**   Thursday, June 16, 2005 10:23 AM
**To:**   Murray, Thomas J
**Subject:**   Netbula
**Importance:**   High

Tom,
Can you give me an update of how many Netbula RPC licenses we have distributed? We need to make sure we have not exceeded what we have been licensed for.

Thanks!

Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

STK00000542

# EXHIBIT N

NBS-0001295

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000182224 | 100 | 1191NLC | WINNT LIBATTACH | 01/07/00 12:00 AM | q100 | 000000007000012634 | 1 | L100 |
| 3100147005 | 0000116791 | 51 | 1191NLC | WINNT LIBATTACH | 01/07/00 12:00 AM | q100 | 000000007000012635 | 1 | L100 |
| 3100147001 | 0000120030 | 51 | 1191NLC | WINNT LIBATTACH | 01/19/00 12:00 AM | q100 | 000000007000012659 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012670 | 1 | L100 |
| 3100147001 | 0000118613 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012671 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012672 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012673 | 1 | L100 |
| 3100147001 | 0000120858 | 101 | 1191NLC | WINNT LIBATTACH | 02/14/00 12:00 AM | q100 | 000000007000012723 | 1 | L100 |
| 3100147001 | 0000113817 | 651 | 1191NLC | WINNT LIBATTACH | 02/14/00 12:00 AM | q100 | 000000007000012724 | 1 | L100 |
| 3100147001 | 0000120843 | 101 | 1191NLC | WINNT LIBATTACH | 02/16/00 12:00 AM | q100 | 000000007000012733 | 1 | L100 |
| 3100147001 | 0000125353 | 101 | 1191NLC | WINNT LIBATTACH | 03/17/00 12:00 AM | q100 | 000000007000012820 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012827 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012828 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012829 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012830 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012841 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012842 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012843 | 1 | L100 |
| 3100147001 | 0000128104 | 101 | 1191NLC | WINNT LIBATTACH | 04/06/00 12:00 AM | Q200 | 000000007000012923 | 1 | L100 |
| 3100147005 | 0000127958 | 200 | 1191NLC | WINNT LIBATTACH | 04/06/00 12:00 AM | Q200 | 000000007000012924 | 1 | L100 |
| 3100147001 | 0000128958 | 110 | 1191NLC | WINNT LIBATTACH | 04/14/00 12:00 AM | Q200 | 000000007000012937 | 1 | L100 |
| 3100147001 | 0000128956 | 51 | 1191NLC | WINNT LIBATTACH | 04/14/00 12:00 AM | Q200 | 000000007000012938 | 1 | L100 |
| 3100147005 | 0000130853 | 150 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012962 | 1 | L100 |
| 3100147005 | 0000130854 | 200 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012963 | 1 | L100 |
| 3100147005 | 0000130854 | 300 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012964 | 1 | L100 |
| 3100147001 | 0000130946 | 51 | 1191NLC | WINNT LIBATTACH | 05/02/00 12:00 AM | Q200 | 000000007000012968 | 1 | L100 |
| 3100147001 | 0000130848 | 51 | 1191NLC | WINNT LIBATTACH | 05/02/00 12:00 AM | Q200 | 000000007000012969 | 1 | L100 |
| 3100147005 | 0000132719 | 150 | 1191NLC | WINNT LIBATTACH | 05/17/00 12:00 AM | Q200 | 000000007000012998 | 1 | L100 |
| 3100147001 | 0000132796 | 100 | 1191NLC | WINNT LIBATTACH | 05/18/00 12:00 AM | Q200 | 000000007000013001 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 25 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 13 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 16 | N/A |
| 3100147003 | 0000130645 | 201 | 1191NLC | WINNT LIBATTACH | 05/26/00 12:00 AM | Q200 | 000000007000013022 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 05/31/00 12:00 AM | Q200 | N/A | 1 | N/A |

NBS-0001296

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000136820 | 100 | 1191NLC | WINNT LIBATTACH | 06/21/00 12:00 AM | Q200 | 000000007000013102 | 1 | L100 |
| 3100147001 | 0000137149 | 151 | 1191NLC | WINNT LIBATTACH | 06/21/00 12:00 AM | Q200 | 000000007000013104 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM | Q200 | 000000007000013117 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM | Q200 | 000000007000013118 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM | Q200 | 000000007000013119 | 1 | L100 |
| 3100147005 | 0000139684 | 51 | 1191NLC | WINNT LIBATTACH | 07/07/00 12:00 AM | Q300 | 000000007000013176 | 1 | L100 |
| 3100147001 | 0000136388 | 100 | 1191NLC | WINNT LIBATTACH | 07/11/00 12:00 AM | Q300 | 000000007000013182 | 1 | L100 |
| 3100147001 | 0000136388 | 100 | 1191NLC | WINNT LIBATTACH | 07/11/00 12:00 AM | Q300 | 000000007000013183 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 07/17/00 12:00 AM | Q300 | N/A | 4 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/19/00 12:00 AM | Q300 | N/A | 3 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/21/00 12:00 AM | Q300 | N/A | 1 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/26/00 12:00 AM | Q300 | N/A | 1 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/26/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140882 | 1001 | 1191NLC | WINNT LIBATTACH | 07/27/00 12:00 AM | Q300 | 000000007000013208 | 1 | L100 |
| 3100147001 | 0000141797 | 51 | 1191NLC | WINNT LIBATTACH | 07/28/00 12:00 AM | Q300 | 000000007000013209 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 07/28/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140651 | 351 | 1191NLC | WINNT LIBATTACH | 07/31/00 12:00 AM | Q300 | 000000007000013213 | 1 | L100 |
| 3100147001 | 0000153729 | 100 | 1191NLC | WINNT LIBATTACH | 08/01/00 12:00 AM | Q300 | 000000007000013216 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 08/02/00 12:00 AM | Q300 | N/A | 18 | N/A |
| 3100147001 | 0000143443 | 101 | 1191NLC | WINNT LIBATTACH | 08/11/00 12:00 AM | Q300 | 000000007000013241 | 1 | L100 |
| 3100147001 | 0000143587 | 100 | 1191NLC | WINNT LIBATTACH | 08/14/00 12:00 AM | Q300 | 000000007000013247 | 1 | L100 |
| 3100147001 | 0000144058 | 100 | 1191NLC | WINNT LIBATTACH | 08/23/00 12:00 AM | Q300 | 000000007000013262 | 1 | L100 |
| 3100147003 | 0000144058 | 200 | 1191NLC | WINNT LIBATTACH | 08/23/00 12:00 AM | Q300 | 000000007000013263 | 1 | L100 |
| 3100147001 | 0000149259 | 251 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM | Q300 | 000000007000013282 | 1 | L100 |
| 3100147001 | 0000146511 | 150 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM | Q300 | 000000007000013284 | 1 | L100 |
| 3100147001 | 0000146511 | 150 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM | Q300 | 000000007000013285 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 08/25/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140049 | 401 | 1191NLC | WINNT LIBATTACH | 08/29/00 12:00 AM | Q300 | 000000007000013289 | 1 | L100 |
| 3100147001 | 0000145636 | 51 | 1191NLC | WINNT LIBATTACH | 08/31/00 12:00 AM | Q300 | 000000007000013297 | 1 | L100 |
| 3100147001 | 0000146262 | 51 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013311 | 1 | L100 |
| 3100147001 | 0000146262 | 101 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013312 | 1 | L100 |
| 3100147001 | 0000146262 | 151 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013313 | 1 | L100 |
| 3100147001 | 0000146262 | 201 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013314 | 1 | L100 |
| 3100147001 | 0000146938 | 101 | 1191NLC | WINNT LIBATTACH | 09/14/00 12:00 AM | Q300 | 000000007000013327 | 1 | L100 |
| 3100147001 | 0000147579 | 560 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM | Q300 | 000000007000013346 | 1 | L100 |
| 3100147001 | 0000147579 | 605 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM | Q300 | 000000007000013347 | 1 | L100 |

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000147579 | 655 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM | Q300 | 000000007000013348 | 1 | L100 |
| 3100147001 | 0000148820 | 51 | 1191NLC | WINNT LIBATTACH | 09/26/00 12:00 AM | Q300 | 000000007000013416 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 09/29/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000150811 | 51 | 1191NLC | WINNT LIBATTACH | 10/10/00 12:00 AM | Q400 | 000000007000013446 | 1 | L100 |
| 3100147005 | 0000151913 | 101 | 1191NLC | WINNT LIBATTACH | 10/20/00 12:00 AM | Q400 | 00000007000013461 | 1 | L100 |
| 3100147005 | 0000151914 | 1201 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 00000007000013463 | 1 | L100 |
| 3100147005 | 0000151914 | 1251 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 00000007000013464 | 1 | L100 |
| 3100147005 | 0000151914 | 1301 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 00000007000013465 | 1 | L100 |
| 3100147005 | 0000151914 | 1351 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 00000007000013466 | 1 | L100 |
| 3100147005 | 0000152227 | 251 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 00000007000013469 | 1 | L100 |
| 3100147005 | 0000152501 | 101 | 1191NLC | WINNT LIBATTACH | 10/26/00 12:00 AM | Q400 | 00000007000013475 | 1 | L100 |
| 3100147001 | 0000152865 | 101 | 1191NLC | WINNT LIBATTACH | 10/27/00 12:00 AM | Q400 | 00000007000013483 | 1 | L100 |
| 3100147001 | 0000152864 | 51 | 1191NLC | WINNT LIBATTACH | 10/27/00 12:00 AM | Q400 | 00000007000013484 | 1 | L100 |
| 3100147005 | 0000157181 | 476 | 1191NLC | WINNT LIBATTACH | 10/30/00 12:00 AM | Q400 | 00000007000013486 | 1 | L100 |
| 3100147005 | 0000158350 | 476 | 1191NLC | WINNT LIBATTACH | 10/31/00 12:00 AM | Q400 | 00000007000013493 | 1 | L100 |
| 3100147001 | 0000153183 | 51 | 1191NLC | WINNT LIBATTACH | 10/31/00 12:00 AM | Q400 | 00000007000013496 | 1 | L100 |
| 3100147005 | 0000157214 | 576 | 1191NLC | WINNT LIBATTACH | 11/02/00 12:00 AM | Q400 | 00000007000013499 | 1 | L100 |
| 3100147005 | 0000180360 | 51 | 1191NLC | WINNT LIBATTACH | 11/06/00 12:00 AM | Q400 | 00000007000013516 | 1 | L100 |
| 3100147001 | 0000152100 | 851 | 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM | Q400 | 00000007000013528 | 1 | L100 |
| 3100147005 | 0000154590 | 101 | 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM | Q400 | 00000007000013529 | 1 | L100 |
| 3100147005 | 0000154591 | 101 | 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM | Q400 | 00000007000013530 | 1 | L100 |
| 3100147001 | 0000154439 | 601 | 1191NLC | WINNT LIBATTACH | 11/13/00 12:00 AM | Q400 | 00000007000013536 | 1 | L100 |
| 3100147001 | 0000154439 | 651 | 1191NLC | WINNT LIBATTACH | 11/13/00 12:00 AM | Q400 | 00000007000013537 | 1 | L100 |
| 3100147001 | 0000154446 | 251 | 1191NLC | WINNT LIBATTACH | 11/16/00 12:00 AM | Q400 | 00000007000013550 | 1 | L100 |
| 3100147001 | 0000154133 | 451 | 1191NLC | WINNT LIBATTACH | 11/20/00 12:00 AM | Q400 | 00000007000013526 | 1 | L100 |
| 3100147005 | 0000155782 | 51 | 1191NLC | WINNT LIBATTACH | 11/22/00 12:00 AM | Q400 | 00000007000013576 | 1 | L100 |
| 3100147001 | 0000156456 | 51 | 1191NLC | WINNT LIBATTACH | 11/28/00 12:00 AM | Q400 | 00000007000013584 | 1 | L100 |
| 3100147009 | 0000156857 | 51 | 1191NLC | WINNT LIBATTACH | 11/30/00 12:00 AM | Q400 | 00000007000013600 | 1 | L100 |
| 3100147009 | 0000156507 | 51 | 1191NLC | WINNT LIBATTACH | 11/30/00 12:00 AM | Q400 | 00000007000013604 | 1 | L100 |
| 3100147001 | 0000157369 | 51 | 1191NLC | WINNT LIBATTACH | 12/01/00 12:00 AM | Q400 | 00000007000013611 | 1 | L100 |
| 3100147001 | 0000157983 | 201 | 1191NLC | WINNT LIBATTACH | 12/06/00 12:00 AM | Q400 | 00000007000013620 | 1 | L100 |
| 3100147009 | 0000158410 | 100 | 1191NLC | WINNT/2000 LIBATTA( | 12/07/00 12:00 AM | Q400 | 00000007000013637 | 1 | L110 |
| 3100147001 | 0000158939 | 51 | 1191NLC | LIBATTACH | 12/11/00 12:00 AM | Q400 | 00000007000001615 | 1 | L100 |
| 3100147001 | 0000160307 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 12/19/00 12:00 AM | Q400 | 00000007000013684 | 1 | L110 |
| 3100147009 | 0000160141 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 12/19/00 12:00 AM | Q400 | 00000007000013693 | 1 | L110 |
| 3100147009 | 0000161085 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 00000007000013720 | 1 | L110 |

NBS-0001297

StorageTek_LibATTFinal 8-21-05.xls

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147009 | 0000161085 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 000000007000013721 | 1 | L110 |
| 3100147009 | 0000161085 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 000000007000013722 | 1 | L110 |
| 3100147009 | 0000161085 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 000000007000013723 | 1 | L110 |
| 3100147009 | 0000161085 | 301 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 000000007000013724 | 1 | L110 |
| 3100147009 | 0000162740 | 601 | 1191NLC | WINNT/2000 LIBATTA( | 12/22/00 12:00 AM | Q400 | 000000007000013733 | 1 | L110 |
| 3100147001 | 0000162070 | 51 | 1191NLC | WINNT LIBATTACH | 12/28/00 12:00 AM | Q400 | 000000007000013758 | 1 | L100 |
| 3100147009 | 0000162333 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/03/01 12:00 AM | Q101 | 000000007000013767 | 1 | L110 |
| 3100147008 | 0000162570 | 601 | 1191NLI | WINNT/2000 INTGRTR | 01/05/01 12:00 AM | Q101 | 000000007000013773 | 1 | L110 |
| 3100147009 | 0000163273 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 01/10/01 12:00 AM | Q101 | 000000007000013784 | 1 | L110 |
| 3100147008 | 0000166390 | 51 | 1191NLI | WINNT/2000 INTGRTR | 01/12/01 12:00 AM | Q101 | 000000007000013786 | 1 | L110 |
| 3100147009 | 0000164810 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/23/01 12:00 AM | Q101 | 000000007000013799 | 1 | L110 |
| 3100147005 | 0000165288 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/29/01 12:00 AM | Q101 | 000000007000013814 | 1 | L110 |
| 3100147009 | 0000165468 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 01/30/01 12:00 AM | Q101 | 000000007000013818 | 1 | L110 |
| 3100147001 | 0000165815 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/01/01 12:00 AM | Q101 | 000000007000013825 | 1 | L110 |
| N/A | N/A | N/A | N/A | REEL Software | 02/01/01 12:00 AM | Q100 | N/A | 1 | N/A |
| 3100147009 | 0000166639 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/05/01 12:00 AM | Q101 | 000000007000013833 | 1 | L110 |
| 3100147009 | 0000166332 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/06/01 12:00 AM | Q101 | 000000007000013835 | 1 | L110 |
| 3100147009 | 0000167605 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 000000007000013898 | 1 | L110 |
| 3100147009 | 0000167605 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 000000007000013899 | 1 | L110 |
| 3100147009 | 0000167605 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 000000007000013900 | 1 | L110 |
| 3100147009 | 0000167605 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 02/16/01 12:00 AM | Q101 | 000000007000013901 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 000000007000013914 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 000000007000013915 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 000000007000013916 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/22/01 12:00 AM | Q101 | 000000007000013917 | 1 | L110 |
| 3100147001 | 0000168747 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 000000007000013931 | 1 | L110 |
| 3100147001 | 0000168747 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 000000007000013932 | 1 | L110 |
| 3100147001 | 0000168748 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 000000007000013933 | 1 | L110 |
| 3100147001 | 0000168748 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 02/28/01 12:00 AM | Q101 | 000000007000013934 | 1 | L110 |
| 3100147009 | 0000169286 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/02/01 12:00 AM | Q101 | 000000007000013937 | 1 | L110 |
| 3100147009 | 0000169737 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/02/01 12:00 AM | Q101 | 000000007000013938 | 1 | L110 |
| 3100147009 | 0000169967 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/08/01 12:00 AM | Q101 | 000000007000013975 | 1 | L110 |
| 3100147009 | 0000170758 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/15/01 12:00 AM | Q101 | 000000007000013995 | 1 | L110 |
| 3100147009 | 0000169098 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/20/01 12:00 AM | Q101 | 000000007000014008 | 1 | L110 |
| 3100147009 | 0000171873 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 03/21/01 12:00 AM | Q101 | 000000007000014017 | 1 | L110 |
| 3100147009 | 0000171873 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/21/01 12:00 AM | Q101 | 000000007000014018 | 1 | L110 |

NBS-0001298

NBS-0001299

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147009 | 0000172314 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 03/27/01 12:00 AM | Q101 | 000000007000014039 | 1 | L110 |
| 3100147009 | 0000173393 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014058 | 1 | L110 |
| 3100147009 | 0000173044 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014059 | 1 | L110 |
| 3100147009 | 0000173016 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014060 | 1 | L110 |
| 3100147009 | 0000173393 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014061 | 1 | L110 |
| 3100147009 | 0000171997 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014063 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014066 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014067 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014068 | 1 | L110 |
| 3100147009 | 0000173153 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014069 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014070 | 1 | L110 |
| 3100147005 | 0000173805 | 101 | 1191NLC | WINNT LIBATTACH | 04/04/01 12:00 AM | Q201 | 000000007000014077 | 1 | L100 |
| 3100147009 | 0000173980 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/05/01 12:00 AM | Q201 | 000000007000014089 | 1 | L110 |
| 3100147009 | 0000173980 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 04/05/01 12:00 AM | Q201 | 000000007000014090 | 1 | L110 |
| 3100147009 | 0000174567 | 100 | 1191NLC | WINNT/2000 LIBATTA( | 04/10/01 12:00 AM | Q201 | 000000007000014100 | 1 | L110 |
| 3100147001 | 0000174649 | 52 | 1191NLC | WINNT LIBATTACH | 04/11/01 12:00 AM | Q201 | 000000007000014101 | 1 | L100 |
| 3100147009 | 0000175105 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/17/01 12:00 AM | Q201 | 000000007000014110 | 1 | L110 |
| 3100147009 | 0000175456 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/23/01 12:00 AM | Q201 | 000000007000014118 | 1 | L110 |
| 3100147009 | 0000177218 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/24/01 12:00 AM | Q201 | 000000007000014119 | 1 | L110 |
| 3100147009 | 0000175972 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014120 | 1 | L110 |
| 3100147009 | 0000175972 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014121 | 1 | L110 |
| 3100147009 | 0000175972 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014122 | 1 | L110 |
| 3100147009 | 0000175972 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014123 | 1 | L110 |
| 3100147009 | 0000175972 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014124 | 1 | L110 |
| 3100147009 | 0000175972 | 301 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014125 | 1 | L110 |
| 3100147009 | 0000176392 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/02/01 12:00 AM | Q201 | 000000007000014140 | 1 | L110 |
| 3100147009 | 0000176392 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/02/01 12:00 AM | Q201 | 000000007000014141 | 1 | L110 |
| 3100147009 | 0000176896 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/03/01 12:00 AM | Q201 | 000000007000014145 | 1 | L110 |
| 3100147009 | 0000177204 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/08/01 12:00 AM | Q201 | 000000007000014147 | 1 | L110 |
| 3100147009 | 0000178384 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/15/01 12:00 AM | Q201 | 000000007000014162 | 1 | L110 |
| 3100147009 | 0000178401 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/16/01 12:00 AM | Q201 | 000000007000014163 | 1 | L110 |
| 3100147009 | 0000179101 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/21/01 12:00 AM | Q201 | 000000007000014170 | 1 | L110 |
| 3100147009 | 0000179101 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/21/01 12:00 AM | Q201 | 000000007000014171 | 1 | L110 |
| 3100147009 | 0000176671 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM | Q201 | 000000007000014169 | 1 | L110 |
| 3100147009 | 0000176671 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM | Q201 | 000000007000014172 | 1 | L110 |
| 3100147009 | 0000176671 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM | Q201 | 000000007000014173 | 1 | L110 |

NBS-0001356

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147012 | 0001155422 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 06/22/05 12:00 AM | Q205 | 000000007000021429 | 1 | L140 |
| 3100147012 | 0001155666 | 52 | 1191NLC | WINNT-2000-2003 LIB/ | 06/22/05 12:00 AM | Q205 | 000000007000021435 | 10 | L140 |
| 3100147012 | 0001154782 | 151 | 1191NLC | WINNT-2000-2003 LIB/ | 06/23/05 12:00 AM | Q205 | 000000007000021419 | 1 | L140 |
| 3100147012 | 0001156097 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/27/05 12:00 AM | Q205 | 000000007000021447 | 1 | L140 |
| 3100147012 | 0001156060 | 251 | 1191NLC | WINNT-2000-2003 LIB/ | 06/27/05 12:00 AM | Q205 | 000000007000021449 | 10 | L140 |
| 3100147012 | 0001156278 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 06/28/05 12:00 AM | Q205 | 000000007000021461 | 1 | L140 |
| 3100147012 | 0001156278 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/28/05 12:00 AM | Q205 | 000000007000021462 | 1 | L140 |
| 3100147012 | 0001156278 | 151 | 1191NLC | WINNT-2000-2003 LIB/ | 06/28/05 12:00 AM | Q205 | 000000007000021463 | 1 | L140 |
| 3100147012 | 0001155463 | 101 | 1191NLC | WINNT-2000-2003 LIB/ | 06/30/05 12:00 AM | Q205 | 000000007000021430 | 10 | L140 |
| 3100147010 | 0001156618 | 401 | 1191NLC | WINNT/2000 LIBATTA( | 07/01/05 12:00 AM | Q305 | 000000007000021474 | 10 | L130 |
| 3100147012 | 0001156713 | 301 | 1191NLC | WINNT-2000-2003 LIB/ | 07/01/05 12:00 AM | Q305 | 000000007000021487 | 10 | L140 |
| 3100147012 | 0001157559 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021504 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021506 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021507 | 10 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021508 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021509 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021510 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021511 | 10 | L140 |
| 3100147012 | 0001157621 | 301 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021513 | 1 | L140 |
| 3100147012 | 0001157621 | 301 | 1191NLC | WINNT-2000-2003 LIB/ | 07/08/05 12:00 AM | Q305 | 000000007000021514 | 1 | L140 |
| 3100147012 | 0001157821 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/12/05 12:00 AM | Q305 | 000000007000021517 | 1 | L140 |
| 3100147012 | 0001158228 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/15/05 12:00 AM | Q305 | 000000007000021524 | 10 | L140 |
| 3100147012 | 0001157203 | 201 | 1191NLC | WINNT-2000-2003 LIB/ | 07/21/05 12:00 AM | Q305 | 000000007000021526 | 10 | L140 |
| 3100147012 | 0001159056 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/25/05 12:00 AM | Q305 | 000000007000021534 | 50 | L140 |
| 3100147010 | 0001157864 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 07/26/05 12:00 AM | Q305 | 000000007000021536 | 1 | L130 |
| 3100147012 | 0001159167 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/26/05 12:00 AM | Q305 | 000000007000021538 | 10 | L140 |
| 3100147012 | 0001156447 | 426 | 1191NLC | WINNT-2000-2003 LIB/ | 07/27/05 12:00 AM | Q305 | 000000007000021540 | 10 | L140 |
| 3100147012 | 0001156447 | 426 | 1191NLC | WINNT-2000-2003 LIB/ | 07/27/05 12:00 AM | Q305 | 000000007000021541 | 10 | L140 |
| 3100147012 | 0001159378 | 151 | 1191NLC | WINNT-2000-2003 LIB/ | 07/28/05 12:00 AM | Q305 | 000000007000021547 | 10 | L140 |
| 3100147012 | 0001159683 | 51 | 1191NLC | WINNT-2000-2003 LIB/ | 07/29/05 12:00 AM | Q305 | 000000007000021552 | 1 | L140 |
| | | | | | | | Total Clients = | 7455 | |

# EXHIBIT O

STK Florida Contract Page 9 viewed in browser



| | | |
|------|---------------|----------------------------|
| TAPE | 1190VW0-ONLD | PDF/ONLINE MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L130 | LEVEL 1.3.0 |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-S001 | UP TO 1 CLIENT |
| TAPE | 1191NLC-S010 | UP TO 10 CLIENTS |
| TAPE | 1191NLC-S050 | UP TO 50 CLIENTS |
| TAPE | 1191NLC-S100 | UP TO 100 CLIENTS |
| TAPE | 1191NLC-S1K0 | UP TO 1000 CLIENTS |
| TAPE | 1191NLC-S250 | UP TO 250 CLIENTS |
| TAPE | 1191NLC-S500 | UP TO 500 CLIENTS |
| TAPE | 1191NLC-S750 | UP TO 750 CLIENTS |
| TAPE | 1191NLC-SENT | UNLIMITED CLIENTS |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |

# EXHIBIT P

| 1191NLC-S001 | UP TO 1 CLIENT | $850.00 | |
| 1191NLC-S010 | UP TO 10 CLIENTS | $1,000.00 | |
| 1191NLC-S050 | UP TO 50 CLIENTS | $1,200.00 | |
| 1191NLC-S100 | UP TO 100 CLIENTS | $1,500.00 | |
| 1191NLC-S1K0 | UP TO 1000 CLIENTS | $12,000.00 | |
| 1191NLC-S250 | UP TO 250 CLIENTS | $2,750.00 | |
| 1191NLC-S500 | UP TO 500 CLIENTS | $5,000.00 | |
| 1191NLC-S750 | UP TO 750 CLIENTS | $8,000.00 | |
| 1191NLC-SENT | UNLIMITED CLIENTS | $25,000.00 | |
| 1191NLI-0000 | WINNT INTGRTRS LIBATTACH | $5,500.00 | |
| 1191RDW-0000 | REDWOOD NT DEVICE DRIVER | $1,000.00 | |
| 1191TBL-0000 | TIMBERLINE NT DEVICE DRIVER | $500.00 | |
| 1191TPK-0000 | TWINPEAK NT DEVICE DRIVER | $250.00 | |
| | LIBRARY MANAGER | $11,000.00 | 2 |
| | | $1,100.00 | 2 |
| | | $2,750.00 | 2 |
| | | $4,125.00 | 2 |

11 of 88

## StorageTek Price List for

## New York State Systems and Peripherals Hardware and

# EXHIBIT Q

**Table of Contents**



# Storage Technology Corporation
### One StorageTek Drive
### Louisville, Colorado 80028

July 27, 2005

Dear Stockholder:

We cordially invite you to attend a special meeting of stockholders of Storage Technology Corporation (also referred to as "StorageTek" or "we") to be held on August 30, 2005 at 10 a.m., local time, at the offices of Cadwalader, Wickersham & Taft LLP, One World Financial Center, 200 Liberty Street, 39th Floor, New York, New York 10281.

At the special meeting, we will ask you to consider and vote on a proposal to approve the merger of a subsidiary of Sun Microsystems, Inc. (also referred to as "Sun") with and into Storage Technology Corporation and to adopt and approve the Agreement and Plan of Merger we entered into on June 2, 2005 with Sun Microsystems, Inc., and its wholly owned subsidiary, Stanford Acquisition Corporation. In the merger, Stanford Acquisition Corporation will merge with and into Storage Technology Corporation, and each outstanding share of our common stock, par value $0.10 will be converted into the right to receive $37 in cash, without interest. After the merger, Storage Technology Corporation will be a wholly owned subsidiary of Sun Microsystems, Inc.

YOUR BOARD OF DIRECTORS HAS UNANIMOUSLY DETERMINED THAT THE TERMS OF THE MERGER ARE FAIR TO AND IN THE BEST INTERESTS OF STORAGE TECHNOLOGY CORPORATION AND OUR STOCKHOLDERS. **ACCORDINGLY, YOUR BOARD OF DIRECTORS HAS UNANIMOUSLY ADOPTED THE MERGER AGREEMENT AND RECOMMENDS THAT YOU VOTE "FOR" APPROVAL OF THE MERGER AND ADOPTION AND APPROVAL OF THE MERGER AGREEMENT.**

Your vote is very important. We cannot complete the merger unless the merger agreement is approved by holders of a majority of our outstanding shares. WHETHER OR NOT YOU PLAN TO BE PRESENT AT THE SPECIAL MEETING, WE URGE YOU TO VOTE IN ADVANCE TO ENSURE YOUR SHARES ARE REPRESENTED AT THE MEETING. YOU MAY USE THE INTERNET, TELEPHONE OR THE ENCLOSED PROXY TO VOTE IN ADVANCE. If you do not send in your proxy, do not instruct your broker to vote your shares, or if you abstain from voting, it will have the same effect as a vote against approval of the merger and the adoption and approval of the merger agreement.

The enclosed proxy statement provides you with detailed information about the merger and related matters. We urge you to read the proxy statement carefully, including the annexes. If the merger agreement is adopted and approved and the merger is completed, you will be sent written instructions for exchanging your Storage Technology Corporation common stock certificates for your cash payment. If you hold Storage Technology Corporation common stock, please do not send us your certificates until you receive these instructions.

If you have any questions about the merger please call Georgeson Shareholder Communications, Inc., our proxy solicitor, at (866) 357-4033.

On behalf of the board of directors, I thank you for your support and appreciate your consideration of this matter.

Yours truly,

STORAGE TECHNOLOGY CORPORATION
Patrick J. Martin
Chairman, President and Chief Executive Officer

THIS PROXY STATEMENT IS DATED JULY 27, 2005 AND IS FIRST BEING MAILED TO STOCKHOLDERS ON OR ABOUT JULY 27, 2005.

---

**Table of Contents**

## QUESTIONS AND ANSWERS ABOUT THE MERGER
## AND THE SPECIAL MEETING

*These questions and answers do not, and are not intended to, address all the information that may be important to you. You should read the summary and the remainder of this proxy statement, including all annexes, carefully.*

**Q:  What is the proposed Merger?**

A:  Under the terms of the Agreement and Plan of Merger dated as of June 2, 2005 among Sun Microsystems, Inc. ("Sun"), Stanford Acquisition Corporation, a direct wholly-owned subsidiary of Sun ("Merger Sub"), and Storage Technology Corporation ("StorageTek"), referred to in this proxy statement as the merger agreement, Merger Sub will be merged with and into StorageTek with StorageTek emerging as the surviving corporation and a wholly-owned subsidiary of Sun. The merger agreement is attached to this proxy statement as Annex A. We encourage you to read it carefully.

**Q:  What will I receive in the merger?**

A:  Upon completion of the merger, you will be entitled to receive $37 in cash, without interest, in exchange for each share of StorageTek common stock, par value $0.10 per share, that you own.

**Q:  What are the United States federal income tax consequences of the merger?**

A:  The receipt of cash for shares pursuant to the merger will be a taxable transaction for United States federal income tax purposes. In general, a stockholder who receives cash in exchange for shares pursuant to the merger will recognize gain or loss for United States federal income tax purposes equal to the difference, if any, between the amount of cash received and the stockholder's adjusted tax basis in the shares exchanged for cash pursuant to the merger. Because the tax consequences of the merger are complex and may vary depending on your particular circumstances, we recommend that you consult your tax advisor concerning the federal (and any state, local or foreign) tax consequences to you of the merger.

**Q:  What is the vote required to approve the merger agreement?**

A:  Approval of the merger agreement requires the affirmative vote of a majority of the outstanding shares of StorageTek common stock. This means that the affirmative vote of at least 54,178,269 shares of our common stock is required for adoption of the merger agreement.

**Q:  Is our board of directors recommending that I vote for the merger agreement?**

A:  Yes. After considering a number of factors, your board of directors unanimously believes that the terms of the merger agreement are fair to and in the best interests of StorageTek and our stockholders. Your board of directors unanimously recommends that you vote FOR approval of the merger and adoption and approval of the merger agreement.

**Q:  Why did the directors enter into the voting agreements?**

A:  In order to induce Sun to execute the merger agreement, the directors, each in their capacity as a stockholder of StorageTek common stock, agreed to vote the StorageTek common stock they own FOR the merger. The execution and delivery of the voting agreements was a material condition to Sun's willingness to enter into the merger agreement. As of July 26, 2005, the directors beneficially owned an aggregate of 1.2% of the outstanding shares of StorageTek common stock.

# EXHIBIT R



Commonwealth of Virginia
Virginia Information Technologies Agency

## VaPP ENTERPRISE STORAGE DEVICES

<u>Date</u>:                                          May 17, 2007

<u>Contract #</u>:                                VA-040330-STK

<u>Authorized User</u>:                        State Agencies, Institutions and Other Public Bodies

<u>Contractor</u>:                              Sun Microsystems
                                                  4150 Network Circle
                                                  Santa Clara, CA  95054
                                                  Phone:  800-555-9SUN

<u>FIN</u>:                                         94-2805249

<u>Contact Person</u>:                          See Attached

<u>Contract Price List</u>:                    See Attachment C

<u>Term</u>:                                       June 1, 2007 – May 31, 2008

<u>Delivery</u>:                                  21 Days ARO

Shipping:                                     FOB Destination

<u>Payment</u>:                                  Net 30 days


For Additional Information, Please Contact:

John Tackley
IT Acquisition Manager
Phone:  804-371-5930
E-Mail: john.tackley@vita.virginia.gov
Fax:  804-371-5969


NOTES:        Individual Commonwealth of Virginia employees are not authorized to purchase equipment or
              services for their personal use from this Contract.

              For updates, please visit our Website at http://wwwvita.virginia.gov/procurement/procurement.cfm

NBS-0002409



## COMMONWEALTH *of* VIRGINIA

| | | |
|---|---|---|
| CIO of the Commonwealth | **VIRGINIA INFORMATION TECHNOLOGIES AGENCY** | TDD VOICE -TEL. NO. |
| Email: lem.stewart@vita.virginia.gov | **110 S. Seventh Street** | 711 |
| Lemuel C. Stewart, Jr. | **Richmond, Virginia  23219** | |
| | **(804) 371-5000** | |

May 14, 2007

<u>VIA EMAIL</u>

**TO:  Storage Technology Corp.**

**RE:  VA-040330-STK**

Please consider this correspondence your notification of the Commonwealth's extension of the above referenced contract, in accordance with the Terms of the agreement.

The expiration of the agreement is now extended to May 31, 2008.

Regards,

# John Tackley

Digitally signed by John Tackley
DN: cn=John Tackley, c=US,
o=Supply Chain Management,
ou=Virginia Information
Technologies Agency, email=john.
tackley@vita.virginia.gov
Reason: on behalf of the
Commonwealth of Virginia
Date: 2007.05.14 09:33:33 -04'00'

John Tackley

Supply Chain Management

c: contract file

AN EQUAL OPPORTUNITY EMPLOYER

NBS-0002412

ASSIGNMENT AGREEMENT

TO

CONTRACT VA-040330-STK

This is an agreement relating to Contract VA-040330-STK (the "Contract") between the Commonwealth of Virginia ("Commonwealth") and Storage Technology Corporation, (the "Assignor"). The parties to this Assignment Agreement are the Commonwealth, the Assignor, and SUN Microsystems Corporation, a Delaware (state of incorporation) corporation located at 4150 Network Circle, Santa Clara, CA 95054 (full address)( the "Assignee"). The Contract is incorporated herein by reference.

    1.    <u>Assignment of Rights</u>  Assignor hereby certifies and warrants to the Commonwealth that Assignor has irrevocably assigned to Assignee all of Assignor's rights under the Contract. Without limiting the foregoing, this assignment includes any outstanding right to payment for work or deliverables rendered prior to the assignment, and Assignor agrees it retains no right to assert any contractual claim whatsoever in connection with the Contract.

    2.    <u>Acceptance of Assignment of Rights</u>  Assignee acknowledges and agrees that its rights against the Commonwealth in connection with this assignment are no greater than such rights would have been in the hands of the Assignor. Without limiting the foregoing, all rights to payment are subject to such offset, and all other performance by the Commonwealth shall be subject to such defenses as the Commonwealth would have been able to assert against the Assignor in the absence of this assignment.

    3.    <u>Assumption of Duties.</u>  Assignee hereby makes its unconditional commitment to the Commonwealth to assume and perform all of Assignor's remaining obligations under the Contract. Without limiting the foregoing, this assumption includes completion of all work in progress and responsibility for correcting, maintaining or replacing any prior deliverables which were intended by the Contract to be of ongoing use or benefit to the Commonwealth.

    4.    <u>Consent to Assignment.</u>  The Commonwealth hereby consents to the assignment. In the event the Commonwealth mistakenly directs any further payment under the Contract to Assignor (or in the event the Commonwealth has already remitted to Assignor any payment covered by the assignment to Assignee), Assignor agrees that it has and will hold such payment in trust for Assignee and, on behalf of the Commonwealth and without any offset or reduction whatsoever, shall promptly remit same to the Assignee for credit to the Commonwealth's account.

*Page 1 of 2*
*Assignment of*
*Contract VA-040330-STK*

NBS-0002413

5.    <u>No Release; Arrangements as between Assignor and Assignee</u>  This agreement does not release Assignor from its obligations under the Contract.  Any arrangements which Assignor and Assignee may make or have already made in regard to rights and duties as between themselves are separate from this Consent To Assignment and shall not affect the Commonwealth's right hereunder to treat the Assignee as holding all rights and obligations of Assignor under the Contract, or the Commonwealth's right hereunder to look to Assignee to fulfill Assignor's responsibilities under the Contract (or to look to Assignor directly).

6.    <u>Notice to Assignor</u>.  If the Commonwealth sends any notice terminating the Contract, or any notice warning of possible termination of the Contract, the Commonwealth will send a copy of any such notice to Assignor.

7.    <u>Transition Duties</u>.  The effective date of this Assignment is November 15, 2006.

8.    <u>Applicable law</u>  In accordance with the Contract, this Assignment Agreement shall be governed by the laws of Virginia and any litigation with respect thereto shall be brought only in the courts of the Commonwealth of Virginia.  All other terms and conditions of the Contract remain in full force.

9.    <u>Complete Agreement</u>  This is the complete and final expression of the Assignor's and Assignee's agreement with the Commonwealth and can be modified only in a writing signed by all parties.

IN WITNESS WHEREOF, the parties have caused this Assignment Agreement to be signed by their duly authorized officers, intending to be bound thereby.

**STORAGE TECHNOLOGY CORP.**
**VIRGINIA**
Assignor

BY: _____
NAME: _Kathleen Harper_____
TITLE: _Financial Sales Manager_
DATE: _12/6/06_____

**SUN MICROSYSTEMS**
Assignee

BY: _Kate Z Driscoll_____
NAME: _Kate Z. Driscoll_____
TITLE: _Area Vice President___
DATE: _11/21/06_____

**COMMONWEALTH OF**

Virginia Information Technologies Agency
VITA
expect the best

John Tackley
On behalf of the
Commonwealth of Virginia
Richmond, VA
2006.12.20 09:12:45
-05'00'

BY: _____
NAME: _____
TITLE: _____
DATE: _____

*Page 2 of 2*
*Assignment of*
*Contract VA-040330-STK*

NBS-0002414

**VITA**
*Virginia Information Technologies Agency*
*expect the best*

**SUPPLY CHAIN MANAGEMENT** (SCM)

# COMMONWEALTH of VIRGINIA

**VIRGINIA INFORMATION TECHNOLOGIES AGENCY**
SUPPLY CHAIN MANAGEMENT
110 SOUTH 7TH STREET
RICHMOND, VIRGINIA  23219

## VITA STATEWIDE TERM CONTRACT:  VA-040330-STK

### CONTRACTOR / PARTNER

| | | | |
|---|---|---|---|
| **COMPANY NAME:** | Storage Technology Corporation | **SALES CONTACT:** | Kristofor Wright |
| **ADDRESS:** | 6095 Marshalee Drive | **TITLE:** | Account Executive State, Local and Ed. |
| | Suite 100 | **PHONE NO:** | 410-564-5467 |
| **CITY/STATE/ZIP:** | Elkridge, MD 21075 | | |
| **FEIN:** | 840593263 | **E-MAIL ADDRESS:** | Kristofor_Wright@storagetek.com |
| **WEBSITE URL:** | http://www.storagetek.com | | |

*[The following information is for VITA internal use only.]*

| | |
|---|---|
| **Products/Services:** | **Enterprise Storage Device Categories:** SAN/DASD/TAPE |
| | **Brands:** StorageTek; various other brands listed in "Attachment C" |
| **Authorized Contract Users:** | VA Agencies, Institutions and other public bodies |
| **Contract Term:** | Two (2) years, with three optional one (1) year renewals |
| **Pricing (Not-to-Exceed):** | Standard order process for Products in "Attachment C" and Services in "Attachment D" |
| **Additional Discounts:** | Transaction based and Annual Cumulative based, see "Attachment E" |
| **RFQ Process:** | Available for large or non-standard order purchases |
| **RFQ Categories:** | SAN/DASD/TAPE |
| **RFQ Brands:** | StorageTek; various other brands listed in "Attachment C" |
| **Delivery:** | 21 days After Receipt of Order (ARO) |
| **Shipping Costs:** | FOB Destination |
| **Installation Services:** | Optional, Available |
| **Warranty:** | Greater of one year, or manufacturer's standard warranty, with various Service Level Agreements (SLA) available |
| **Maintenance:** | Post-Warranty Maintenance w/various SLAs are available |

| | | |
|---|---|---|
| **VITA SCM Contacts**: | **Contract Information** | **Contract Administration/Compliance** |
| | John J. Tackley, VCO | SCM Contracts Administration |
| | Voice: (804) 371-5930 | (804) 371-5900 |
| | Fax:  (804) 371-5969 | (804) 371-5969 |
| | E-mail Address john.tackley@vita.virginia.gov | contracts@vita.virginia.gov |

*[The above information is for VITA internal use only.]*

NBS-0002416

# MASTER CONTRACT
## VA-040330-STK
### BETWEEN
### THE COMMONWEALTH OF VIRGINIA
### AND
### STORAGE TECHNOLOGY CORPORATION

## 1.    SCOPE OF AGREEMENT

This is an agreement (the "Contract" or "Agreement") between the Commonwealth of Virginia ("Commonwealth", "State" or "Virginia Information Technologies Agency" ("VITA")) and STORAGE TECHNOLOGY CORPORATION (STK) (the "Contractor"), FEIN # 840593263, having its principal place of business at 6095 Marshalee Drive, Suite 100, Elkridge, MD 21075 for the purchase of Enterprise Storage Devices (the "Product", "Products", or Equipment), along with any required support services (the "Services") pursuant to the Commonwealth's Request For Proposal #2004-12, dated October 23, 2003 (the "RFP") and the Contractor's proposal, dated November 13, 2003 in response thereto. This Agreement establishes a Master Contract for the use by State Agencies, Institutions, and other public bodies as defined in §2.2-4301 of the Virginia Public Procurement Act (VPPA), and hereinafter referred to as "Authorized Users".

All Products are delivered and accepted with any integral software and firmware necessary for the complete operation of the Products. All software and firmware are considered to be perpetual and are not sold as discrete individual items. All Products are bought and sold on a Performance Basis.

## 2.    INTERPRETATION OF AGREEMENT

Headings are for reference purposes only and shall not be considered in construing this Agreement.

The documents comprising this Agreement, and their order of precedence in case of conflict, are: (1) this document's pages 1 through 16; (2) Attachment A, entitled CERTIFICATION REGARDING LOBBYING; (3) Attachment B, entitled LISTING OF PRODUCTS & SERVICES, PRICING & CONTRACT USAGE INSTRUCTIONS; (4) Attachment C, entitled PRICING; (5) Attachment D, entitled SERVICES; (6) Attachment E, entitled ADDITIONAL DISCOUNTS and (7) all future executed Orders referencing this Agreement. The foregoing documents represent the complete and final agreement of the parties with respect to the subject matter of this Agreement.

If any term or condition of this Agreement is found to be illegal or unenforceable, it shall be severed, and the validity of the remaining terms and conditions shall not be affected.

Nothing in this Agreement shall be construed as an express or implied waiver of the Commonwealth's sovereign or Eleventh Amendment immunity, or as a pledge of its full faith and credit.

## 3.    INCURRED EXPENSES

Neither the Commonwealth of Virginia nor the Authorized Users are responsible for expenses incurred by your company to develop and submit your Proposal. Any costs incurred for site visits for discussions or negotiations are also entirely your responsibility.

## 4.    OWNERSHIP OF OFFEROR DATA

Ownership of all data, materials, and documentation originated and prepared for the Commonwealth pursuant to the RFP shall belong exclusively to the Commonwealth and be subject to public inspection in accordance with the Virginia Freedom of Information Act. Trade secrets or proprietary information submitted by an offeror shall not be subject to public disclosure under the Virginia Freedom of Information Act; however, the offeror must invoke the protections of § 2.2-4342F of the Code of Virginia, in writing, either before or at the time the data or

## 50.    TERM

This Agreement shall take effect on the date of its final execution by both parties, and shall continue in full force for two (2) years, "initial Term". The Commonwealth at its sole discretion may extend this Agreement for three (3) additional one (1) year periods. The Commonwealth will issue a written notification to the Contractor stating the extension period, 30 days prior to the expiration of any current Term.

## 51.    TERMINATION FOR CONVENIENCE

The Commonwealth may terminate this Contract in whole or in part for convenience at any time by submitting to the Contractor a writing, sixty (60) days prior to the date of Termination. The Commonwealth shall be obligated for all outstanding Orders, according to the Contract, subsequent to this Termination. The Commonwealth shall not be obligated for any other costs in the event of Termination for convenience.

## 52.    CATALOG INTEGRITY

The Contractor agrees to continuously provide an updated catalog minimally every 90 days that will be available to all Authorized Users. The updated catalogue may be on eVA only or located at the Contractor's web site, or both, as provided for herein, but in every instance all catalogs maintained by the Contractor shall be up to date.

## 53.    INTEGRAL SOFTWARE

All Products are delivered with any necessary firmware, and or software integral to the Product necessary for the complete operation. All firmware and software shall be considered to be the latest version available and any software upgrades necessary for the complete operation of the Products shall be available at no cost to the Authorized User. All licenses granted under this Agreement are provided on a non-exclusive, irrevocable perpetual license basis and shall commence upon the acceptance of the Product by the Authorized User.

## 54.    INTELLECTUAL PROPERTY INDEMNIFICATION

Contractor will defend, indemnify and hold the Commonwealth harmless from any action based on a claim that an Authorized User's use of the products or services in accordance with this agreement infringes any patent, copyright, or trade secrets of any third party.

**PERSONS SIGNING THIS CONTRACT ARE AUTHORIZED REPRESENTATIVES OF EACH PARTY TO THIS CONTRACT AND ACKNOWLEDGE THAT EACH PARTY AGREES TO BE BOUND BY THE TERMS AND CONDITIONS OF THE CONTRACT.**

**STORAGE TECHNOLOGY CORPORATION**

BY: _____

NAME: Lianne M. White

TITLE: Contracts Manager, U.S./Canada

DATE: May 17, 2004

**COMMONWEALTH OF VIRGINIA**

BY: _____

NAME: PHILIP L. PIPPERT

TITLE: Assoc. Director, SCM

DATE: 6/1/04

NBS-0002431

**ATTACHMENT "A"**
**TO**
**CONTRACT**
**VA-040330-STK**

### *CERTIFICATION REGARDING LOBBYING*

The undersigned certifies, to the best of his or her knowledge and belief, that:

a.     No Federal appropriated funds have been paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee or an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal Contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal Contract, grant, loan, or cooperative agreement.

b.     If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal Contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

c.     The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and Contracts under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

d.     This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into.  Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, title 31, U.S. Code.  Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Signature:

Printed Name:     Lianne M. White

Organization:     Storage Technology Corporation

Date:     May 17, 2004

NBS-0002432

**ATTACHMENT "B"**
**TO**
**CONTRACT**
**VA-040330-STK**

**LISTING OF PRODUCTS & SERVICES, PRICING & CONTRACT USAGE INSTRUCTIONS**

Attachment "B" is hereby incorporated into and made an integral part of Agreement Number VA-040330-STK between STORAGE TECHNOLOGY CORPORATION and the Commonwealth of Virginia. In the event of any discrepancy between this Attachment "B" and pages 1 through 16 of this Contract VA-040330-STK, the provisions on those pages 1 – 16 of Contract VA-040330-STK shall control.

- **PRODUCTS & SERVICES:**  All product and related services (warranty upgrades, maintenance SLAs) pricing is contained in "Attachment C".  Supplemental services are contained in "Attachment D".
- **PRICING**:  All pricing shown in "Attachment C" is Not-to-Exceed pricing for the term of this contract.  All "Percentage Discounts" indicated are fixed for the entire term of this contract.   All purchase prices for each order are calculated by taking the appropriate percentage discount from the current price found at the indicated Index Price List Source, on the actual date of each order (this price cannot exceed the price for that product shown in Attachment C). For items acquired through the standard order process, pricing will be determined by the contractor's current eVA catalog.  For systems/items acquired through the RFQ order process, pricing will be determined by each contractor's quotation.  The contractor(s) will calculate the quoted pricing by using the prices found at the index price list source, less the appropriate percentage discounts. Separate pricing may be submitted for Government vs. Academic to account for higher discounts to education and, if offered, are indicated in Attachment C, the Index Price List Source and in the eVA catalog.

  The Index Price List Source is a widely used, publicly available Index Price List that has a consistent basis of calculation and is available throughout the life of the contract, for instance, a GSA Contract/Price Schedule or a manufacturer's Suggest Retail Price List.  If the basis of calculation for the Index Price List changes in a material fashion during the life of the contract, the Commonwealth and the contractor will renegotiate any Index Price List Source changes and pricing to ensure that the net price to the Commonwealth is consistent with percentage discounts calculated from the original index source.  Any new Index Price List must be submitted to VITA for review at least 30 days prior to any request for contract modification.

  It is important to remember that the net price indicated in the original price list, Attachment C, is a "not-to-exceed" price.  A Contractor may opt to be more competitive than this price for a specific purchase or a specific authorized user, but pricing shall never exceed the net price indicated in Attachment C.
- **Additional Discounts:**  Transaction and Annual-Cumulative based discounts are shown in Attachment E.  Users should check with StorageTek, to determine if additional discounts will apply, when placing each standard process or RFQ process order.

NBS-0002433

| Category | Part Number | Manufacturer | Part Number | Description | Price | % | Price | Price | % | Price |
|---|---|---|---|---|---|---|---|---|---|---|
| SAN | SNS4524-0000 | MCDATA Corp. | SNS4524-0000 | SPHEREON 4500, 24 PORT SWITCH | $ 24,030.00 | 21.00% | $ 18,983.70 | 24,030.00 | 21.00% | $ 18,983.70 |
| SAN | SNSE003-2010 | MCDATA Corp. | SNSE003-2010 | LOGICAL MULTI SINGLE ENDED,HSSI | $ 52,886.00 | 21.00% | $ 41,779.94 | 52,886.00 | 21.00% | $ 41,779.94 |
| SAN | SWFMGR1-0000 | Brocade | SWFMGR1-0000 | FABRIC MANAGER SW, BASE | $ 14,000.00 | 10.00% | $ 12,600.00 | 14,000.00 | 10.00% | $ 12,600.00 |
| SAN | SWFMGR2-0000 | Brocade | SWFMGR2-0000 | FABRIC MANAGER SW, STANDARD | $ 28,000.00 | 10.00% | $ 25,200.00 | 28,000.00 | 10.00% | $ 25,200.00 |
| SAN | SWFMGR3-0000 | Brocade | SWFMGR3-0000 | FABRIC MANAGER SW, ENTERPRISE | $ 37,000.00 | 10.00% | $ 33,300.00 | 37,000.00 | 10.00% | $ 33,300.00 |
| SAN | SWFMGR4-0000 | Brocade | SWFMGR4-0000 | FABRIC MANAGER, BASE TO STD | $ 14,000.00 | 10.00% | $ 12,600.00 | 14,000.00 | 10.00% | $ 12,600.00 |
| SAN | SWFMGR5-0000 | Brocade | SWFMGR5-0000 | FABRIC MGR, BASE TO ENTERPRISE | $ 23,000.00 | 10.00% | $ 20,700.00 | 23,000.00 | 10.00% | $ 20,700.00 |
| SAN | SWFMGR6-0000 | Brocade | SWFMGR6-0000 | FABRIC MGR, STD TO ENTERPRISE | $ 9,000.00 | 10.00% | $ 8,100.00 | 9,000.00 | 10.00% | $ 8,100.00 |
| SAN | SWFMGR7-0000 | Brocade | SWFMGR7-0000 | FABRIC MANAGER 3.X TO 4.0 UPG | $ 21,000.00 | 10.00% | $ 18,900.00 | 21,000.00 | 10.00% | $ 18,900.00 |
| SAN | SWSEC12-0000 | Brocade | SWSEC12-0000 | SECURE OS S/W, 12000 | $ 34,000.00 | 10.00% | $ 30,600.00 | 34,000.00 | 10.00% | $ 30,600.00 |
| SAN | SWSEC32-0000 | Brocade | SWSEC32-0000 | SECURE OS S/W, 3200 | $ 5,000.00 | 10.00% | $ 4,500.00 | 5,000.00 | 10.00% | $ 4,500.00 |
| SAN | SWSEC38-0000 | Brocade | SWSEC38-0000 | SECURE OS S/W, 3800 | $ 6,000.00 | 10.00% | $ 5,400.00 | 6,000.00 | 10.00% | $ 5,400.00 |
| SAN | SWSEC39-0000 | Brocade | SWSEC39-0000 | SECURE OS S/W, 3900 | $ 9,000.00 | 10.00% | $ 8,100.00 | 9,000.00 | 10.00% | $ 8,100.00 |
| LIBRARY | 1187G02-0000 | StorageTek Corp. | 1187G02-0000 | RMLS | $ 4,200.00 | 4.00% | $ 4,032.00 | 4,200.00 | 4.00% | $ 4,032.00 |
| LIBRARY | 1189L10-0000 | StorageTek Corp. | 1189L10-0000 | LIBRARY STATION | $ 15,000.00 | 4.00% | $ 14,400.00 | 15,000.00 | 4.00% | $ 14,400.00 |
| LIBRARY | 1189L10-2902 | StorageTek Corp. | 1189L10-2902 | DSLO LICENSE | $ 11,250.00 | 4.00% | $ 10,800.00 | 11,250.00 | 4.00% | $ 10,800.00 |
| LIBRARY | 1189L10-GWMG | StorageTek Corp. | 1189L10-GWMG | L M GATEWAY | $ 9,450.00 | 4.00% | $ 9,072.00 | 9,450.00 | 4.00% | $ 9,072.00 |
| LIBRARY | 1189M10-0000 | StorageTek Corp. | 1189M10-0000 | MVS/CSC (CLIENT SYS CMPNT) | $ 20,000.00 | 4.00% | $ 19,200.00 | 20,000.00 | 4.00% | $ 19,200.00 |
| LIBRARY | 1189M10-2902 | StorageTek Corp. | 1189M10-2902 | DSLO LICENSE | $ 15,000.00 | 4.00% | $ 14,400.00 | 15,000.00 | 4.00% | $ 14,400.00 |
| LIBRARY | 1189M18-0000 | StorageTek Corp. | 1189M18-0000 | MVS/CSC SW FOR L180 LIBRARY | $ 4,000.00 | 4.00% | $ 3,840.00 | 4,000.00 | 4.00% | $ 3,840.00 |
| LIBRARY | 1189M18-2902 | StorageTek Corp. | 1189M18-2902 | DSLO LICENSE | $ 2,650.00 | 4.00% | $ 2,544.00 | 2,650.00 | 4.00% | $ 2,544.00 |
| LIBRARY | 1189M55-0000 | StorageTek Corp. | 1189M55-0000 | MVS/CSC SW FOR L5500 LIBRARY | $ 12,500.00 | 4.00% | $ 12,000.00 | 12,500.00 | 4.00% | $ 12,000.00 |
| LIBRARY | 1189M55-2902 | StorageTek Corp. | 1189M55-2902 | DSLO LICENSE | $ 8,250.00 | 4.00% | $ 7,920.00 | 8,250.00 | 4.00% | $ 7,920.00 |
| LIBRARY | 1189M70-0000 | StorageTek Corp. | 1189M70-0000 | MVS/CSC SW FOR L700 LIBRARY | $ 6,000.00 | 4.00% | $ 5,760.00 | 6,000.00 | 4.00% | $ 5,760.00 |
| LIBRARY | 1189M70-2902 | StorageTek Corp. | 1189M70-2902 | DSLO LICENSE | $ 4,000.00 | 4.00% | $ 3,840.00 | 4,000.00 | 4.00% | $ 3,840.00 |
| LIBRARY | 1190M20-0000 | StorageTek Corp. | 1190M20-0000 | MVS HSC | $ 20,000.00 | 10.00% | $ 18,000.00 | 20,000.00 | 10.00% | $ 18,000.00 |
| LIBRARY | 1190M20-2902 | StorageTek Corp. | 1190M20-2902 | DSLO LICENSE | $ 15,000.00 | 10.00% | $ 13,500.00 | 15,000.00 | 10.00% | $ 13,500.00 |
| LIBRARY | 1190MJ1-0000 | StorageTek Corp. | 1190MJ1-0000 | HSC MVS/XA/ESA 1.2 JR POWDER | $ 12,500.00 | 10.00% | $ 11,250.00 | 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190MJ1-2902 | StorageTek Corp. | 1190MJ1-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190MJ2-0000 | StorageTek Corp. | 1190MJ2-0000 | MVS HSC JR POWDERHORN | $ 12,500.00 | 10.00% | $ 11,250.00 | 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190MJ2-2902 | StorageTek Corp. | 1190MJ2-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190MT2-0000 | StorageTek Corp. | 1190MT2-0000 | MVS HSC TIMBERWOLF | $ 6,000.00 | 10.00% | $ 5,400.00 | 6,000.00 | 10.00% | $ 5,400.00 |
| LIBRARY | 1190MT2-2902 | StorageTek Corp. | 1190MT2-2902 | DSLO LICENSE | $ 4,000.00 | 10.00% | $ 3,600.00 | 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190MW0-0000 | StorageTek Corp. | 1190MW0-0000 | MVS HSC WC | $ 4,000.00 | 10.00% | $ 3,600.00 | 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190MW0-2902 | StorageTek Corp. | 1190MW0-2902 | DSLO LICENSE | $ 3,000.00 | 10.00% | $ 2,700.00 | 3,000.00 | 10.00% | $ 2,700.00 |
| LIBRARY | 1190MW0-F100 | StorageTek Corp. | 1190MW0-F100 | 1000 WOLFCREEK CART LIB | $ 4,000.00 | 10.00% | $ 3,600.00 | 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190MW0-F500 | StorageTek Corp. | 1190MW0-F500 | 500 WOLFCREEK CART LIB | $ 1,000.00 | 10.00% | $ 900.00 | 1,000.00 | 10.00% | $ 900.00 |
| LIBRARY | 1190MW0-F750 | StorageTek Corp. | 1190MW0-F750 | 750 WOLFCREEK CART LIB | $ 2,500.00 | 10.00% | $ 2,250.00 | 2,500.00 | 10.00% | $ 2,250.00 |
| LIBRARY | 1190V20-0000 | StorageTek Corp. | 1190V20-0000 | VM/HSC 2.0 | $ 20,000.00 | 10.00% | $ 18,000.00 | 20,000.00 | 10.00% | $ 18,000.00 |
| LIBRARY | 1190V20-2902 | StorageTek Corp. | 1190V20-2902 | DSLO LICENSE | $ 15,000.00 | 10.00% | $ 13,500.00 | 15,000.00 | 10.00% | $ 13,500.00 |
| LIBRARY | 1190VJ1-0000 | StorageTek Corp. | 1190VJ1-0000 | VM HSC 1.2 JR POWDERHORN | $ 12,500.00 | 10.00% | $ 11,250.00 | 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190VJ1-2902 | StorageTek Corp. | 1190VJ1-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190VJ2-0000 | StorageTek Corp. | 1190VJ2-0000 | VM HSC 2.0 JR POWDERHORN | $ 12,500.00 | 10.00% | $ 11,250.00 | 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190VJ2-2902 | StorageTek Corp. | 1190VJ2-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190VT2-0000 | StorageTek Corp. | 1190VT2-0000 | VM/HSC 9740 LIBRARY | $ 6,000.00 | 10.00% | $ 5,400.00 | 6,000.00 | 10.00% | $ 5,400.00 |
| LIBRARY | 1190VW0-0000 | StorageTek Corp. | 1190VW0-0000 | VM HSC FOR WOLFCREEK | $ 4,000.00 | 10.00% | $ 3,600.00 | 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190VW0-2902 | StorageTek Corp. | 1190VW0-2902 | DSLO LICENSE | $ 3,000.00 | 10.00% | $ 2,700.00 | 3,000.00 | 10.00% | $ 2,700.00 |
| LIBRARY | 1190VW0-F100 | StorageTek Corp. | 1190VW0-F100 | 1000 WOLFCREEK CART LIB | $ 4,000.00 | 10.00% | $ 3,600.00 | 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190VW0-F500 | StorageTek Corp. | 1190VW0-F500 | 500 WOLFCREEK CART LIB | $ 1,000.00 | 10.00% | $ 900.00 | 1,000.00 | 10.00% | $ 900.00 |
| LIBRARY | 1190VW0-F750 | StorageTek Corp. | 1190VW0-F750 | 750 WOLFCREEK CART LIB | $ 2,500.00 | 10.00% | $ 2,250.00 | 2,500.00 | 10.00% | $ 2,250.00 |
| LIBRARY | 1191NLC-0000 | StorageTek Corp. | 1191NLC-0000 | WINNT LIBATTACH CLIENT | $ 695.00 | 4.00% | $ 667.20 | 695.00 | 4.00% | $ 667.20 |
| LIBRARY | 1191NLI-0000 | StorageTek Corp. | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH | $ 5,500.00 | 4.00% | $ 5,280.00 | 5,500.00 | 4.00% | $ 5,280.00 |
| LIBRARY | 1191RDW-0000 | StorageTek Corp. | 1191RDW-0000 | REDWOOD NT DEVICE DRIVER | $ 1,000.00 | 4.00% | $ 960.00 | 1,000.00 | 4.00% | $ 960.00 |
| LIBRARY | 1191TBL-0000 | StorageTek Corp. | 1191TBL-0000 | TIMBERLINE NT DEVICE DRIVER | $ 500.00 | 4.00% | $ 480.00 | 500.00 | 4.00% | $ 480.00 |
| LIBRARY | 1191TPK-0000 | StorageTek Corp. | 1191TPK-0000 | TWINPEAK NT DEVICE DRIVER | $ 250.00 | 4.00% | $ 240.00 | 250.00 | 4.00% | $ 240.00 |
| LIBRARY | 1193M10-0000 | StorageTek Corp. | 1193M10-0000 | EXPERT LIBRARY MANAGER | $ 11,000.00 | 10.00% | $ 9,900.00 | 11,000.00 | 10.00% | $ 9,900.00 |
| LIBRARY | 1193M10-ELM4 | StorageTek Corp. | 1193M10-ELM4 | 3-4 LSM | $ 1,100.00 | 10.00% | $ 990.00 | 1,100.00 | 10.00% | $ 990.00 |
| LIBRARY | 1193M10-ELM8 | StorageTek Corp. | 1193M10-ELM8 | 5-8 LSM | $ 2,750.00 | 10.00% | $ 2,475.00 | 2,750.00 | 10.00% | $ 2,475.00 |
| LIBRARY | 1193M10-ELM9 | StorageTek Corp. | 1193M10-ELM9 | 9+ LSM | $ 4,125.00 | 10.00% | $ 3,712.50 | 4,125.00 | 10.00% | $ 3,712.50 |
| LIBRARY | 1195M10-0000 | StorageTek Corp. | 1195M10-0000 | EXPERT PERFORMANCE REPORTER | $ 15,000.00 | 4.00% | $ 14,400.00 | 15,000.00 | 4.00% | $ 14,400.00 |
| LIBRARY | 1195M10-EXDS | StorageTek Corp. | 1195M10-EXDS | EXPR DIRECT SMF | $ 5,000.00 | 4.00% | $ 4,800.00 | 5,000.00 | 4.00% | $ 4,800.00 |
| LIBRARY | 1195M10-EXFL | StorageTek Corp. | 1195M10-EXFL | ALL OPTIONAL COMPONENTS | $ 28,000.00 | 4.00% | $ 26,880.00 | 28,000.00 | 4.00% | $ 26,880.00 |
| LIBRARY | 1195M10-EXRT | StorageTek Corp. | 1195M10-EXRT | EXPR RTM | $ 10,000.00 | 4.00% | $ 9,600.00 | 10,000.00 | 4.00% | $ 9,600.00 |
| LIBRARY | 1195M10-EXTC | StorageTek Corp. | 1195M10-EXTC | EXPR TAPECAT | $ 10,000.00 | 4.00% | $ 9,600.00 | 10,000.00 | 4.00% | $ 9,600.00 |
| LIBRARY | 1198M10-CPU1 | StorageTek Corp. | 1198M10-CPU1 | 1 CPU | $ 98,000.00 | 10.00% | $ 88,200.00 | 98,000.00 | 10.00% | $ 88,200.00 |
| LIBRARY | 1198M10-CPU2 | StorageTek Corp. | 1198M10-CPU2 | 2 CPU | $ 147,000.00 | 10.00% | $ 132,300.00 | 147,000.00 | 10.00% | $ 132,300.00 |
| LIBRARY | 1198M10-CPU3 | StorageTek Corp. | 1198M10-CPU3 | 3 CPU | $ 196,000.00 | 10.00% | $ 176,400.00 | 196,000.00 | 10.00% | $ 176,400.00 |
| LIBRARY | 1198M10-CPU4 | StorageTek Corp. | 1198M10-CPU4 | 4 OR MORE CPUS | $ 245,000.00 | 10.00% | $ 220,500.00 | 245,000.00 | 10.00% | $ 220,500.00 |
| LIBRARY | 4410001:9310001 | StorageTek Corp. | 4410001:9310001 | POWDERHORN 6000 CART/350 EPH | 128,134.10 | 30.00% | $ 89,693.87 | 128,134.10 | 30.00% | $ 89,693.87 |
| LIBRARY | 4410001:9310002 | StorageTek Corp. | 4410001:9310002 | POWDERHORN 6000 CART/450 EPH | 175,134.10 | 30.00% | $ 122,593.87 | 175,134.10 | 30.00% | $ 122,593.87 |
| LIBRARY | 4410001:931000C | StorageTek Corp. | 4410001:931000C | POWDERHORN 6000 CART/190 EPH | 109,009.10 | 30.00% | $ 76,306.37 | 109,009.10 | 30.00% | $ 76,306.37 |
| LIBRARY | 4410001:L551015 | StorageTek Corp. | 4410001:L551015 | 1500 SLOT, LTO ONLY, LSM | 101,902.00 | 30.00% | $ 71,331.40 | 101,902.00 | 30.00% | $ 71,331.40 |
| LIBRARY | 4410001:L551020 | StorageTek Corp. | 4410001:L551020 | 2000 SLOT, LTO ONLY, LSM | 125,902.00 | 30.00% | $ 88,131.40 | 125,902.00 | 30.00% | $ 88,131.40 |
| LIBRARY | 4410001:L551025 | StorageTek Corp. | 4410001:L551025 | 2500 SLOT, LTO ONLY, LSM | 143,902.00 | 30.00% | $ 100,731.40 | 143,902.00 | 30.00% | $ 100,731.40 |
| LIBRARY | 4410001:L551030 | StorageTek Corp. | 4410001:L551030 | 3000 SLOT, LTO ONLY, LSM | 159,902.00 | 30.00% | $ 111,931.40 | 159,902.00 | 30.00% | $ 111,931.40 |
| LIBRARY | 4410001:L551035 | StorageTek Corp. | 4410001:L551035 | 3500 SLOT, LTO ONLY, LSM | 172,902.00 | 30.00% | $ 121,031.40 | 172,902.00 | 30.00% | $ 121,031.40 |
| LIBRARY | 4410001:L551040 | StorageTek Corp. | 4410001:L551040 | 4000 SLOT, LTO ONLY, LSM | 183,902.00 | 30.00% | $ 128,731.40 | 183,902.00 | 30.00% | $ 128,731.40 |
| LIBRARY | 4410001:L551045 | StorageTek Corp. | 4410001:L551045 | 4500 SLOT, LTO ONLY, LSM | 191,902.00 | 30.00% | $ 134,331.40 | 191,902.00 | 30.00% | $ 134,331.40 |
| LIBRARY | 4410001:L551050 | StorageTek Corp. | 4410001:L551050 | 5000 SLOT, LTO ONLY, LSM | 197,902.00 | 30.00% | $ 138,531.40 | 197,902.00 | 30.00% | $ 138,531.40 |
| LIBRARY | 4410001:L551055 | StorageTek Corp. | 4410001:L551055 | 5500 SLOT, LTO ONLY, LSM | 201,902.00 | 30.00% | $ 141,331.40 | 201,902.00 | 30.00% | $ 141,331.40 |
| LIBRARY | 4410001:L5510BB | StorageTek Corp. | 4410001:L5510BB | 1000 LTO/1000 T9X40 SLOTS LSM | 95,902.00 | 30.00% | $ 67,131.40 | 95,902.00 | 30.00% | $ 67,131.40 |
| LIBRARY | 4410001:L5510CC | StorageTek Corp. | 4410001:L5510CC | 1500 LTO/1500 T9X40 SLOTS LSM | 101,902.00 | 30.00% | $ 71,331.40 | 101,902.00 | 30.00% | $ 71,331.40 |

# EXHIBIT S

# FENWICK & WEST LLP

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104

TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

October 3, 2007

JEDEDIAH WAKEFIELD

EMAIL JWAKEFIELD@FENWICK.COM
DIRECT DIAL (415) 875-2331

**VIA E-MAIL (BRILLETLAW@YAHOO.COM)**
**CONFIRMATION VIA U.S. MAIL**

Vonnah M. Brillet
Law Offices of Vonnah M. Brillet
2777 Alvarado Street, Ste. E
San Leandro, CA 94577

> Re:   Netbula, LLC v. Sun Microsystems, *et al.*
>         Case No. C-06-07381-MJJ-WDB (N.D. Cal.)

Dear Vonnah:

We are in receipt of your "Notice of Unavailability" in this matter, in which you claim that you are unavailable on a variety of dates, including November 20 and 27, 2007. As you are aware, Judge Jenkins hears civil motions on Tuesdays, and long ago the Court set Tuesday, November 27 as the last day to hear summary judgment motions concerning the license defense in this case. Your purported unavailability on November 20 and 27 would unilaterally reschedule the summary judgment motion two weeks earlier than the date scheduled by the Court.

While we are always open to discussing reasonable accommodations for scheduling conflicts, Defendants have every right to notice the summary judgment motion for a regular civil motion date on or before November 27, and we reserve the right to do so. Please plan accordingly. If you wish to request that the Court reschedule the hearing date it specified, you will need to address this with the Court.

Sincerely,

Jedediah Wakefield

25689/00401/LIT/1273975.1