Case No. C06-07391-MJJ (N.D. Cal)

NETBULA, LLC v. Storage Technology Corp., et al.

### CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On October 22, 2007, I served a copy of the following documents described as:

- DONGXIAO YUE'S NOTICE AND MOTION (1) TO INTERVENE AND JOIN AS PLAINTIFF; (2) FOR INJUNCTIVE RELIEF; (3) FOR COPYRIGHT IMPOUNDMENT

- [PROPOSED] ORDER GRANTING DONGXIAO YUE'S MOTION (1) TO INTERVENE AND JOIN AS PLAINTIFF; (2) FOR INJUNCTIVE RELIEF; (3) FOR COPYRIGHT IMPOUNDMENT

- DECLARATION OF DONGXIAO YUE IN SUPPORT OF MOTION (1) TO INTERVENE AND JOIN AS PLAINTIFF; (2) FOR INJUNCTIVE RELIEF; (3) FOR COPYRIGHT IMPOUNDMENT

- Exhibits A-S attached to DONGXIAO YUE's Declaration

On all interested parties in said cause, by delivering a true copy as follows:

__X__   **(By Mail)**   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

Liwen Mah, Esq.
Jedediah Wakefield, Esq
Albert L. Sieber, Esq.
Laurence F. Pulgram, Esq.
Fenwick & West, LLP
555 California Street, Suite 1200
San Francisco, CA 94104

X   **(By E-Mail)**   By emailing the document(s) listed above in PDF format to
brilletlaw@yahoo.com
Law Offices of Vonnah M. Brillet
Attorneys for Plaintiff, Netbula, LLC

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 22, 2007, at San Leandro, California.

_____
Dongxiao Yue