1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:     (510) 351-5345
4  Facsimile:     (510) 351-5348
   E-Mail:        BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC

7
8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  NETBULA, LLC., a Delaware limited liability company, | **Case No. C06-07391-MJJ** |
| 12 | **PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR SUMMARY ADJUDICATION; DECLARATION OF CRAIG K. MARTIN; MEMORANDUM IN SUPPORT OF MOTION** |
| 13             Plaintiff, | |
| 14        v. | |
| 15  STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive, | |
| 21 | Date:   November 27, 2007<br>Time:   1:30 p.m.<br>Dept:   Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |
| 22             Defendants. | |

### MOTION TO ENLARGE TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff NETBULA, LLC, respectfully requests a 15-day enlargement of time within which to file an Opposition to the Motion for Summary Judgment or Summary Adjudication of

Issues by defendants STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., EMC CORPORATION, DARDEN RESTAURANTS, INC. (collectively "Defendants").

This motion is made on the grounds that good cause exists for seeking a 15-day enlargement of time to respond to the Motion for Summary Judgment or Summary Adjudication of Issues. Counsel for the plaintiff, VONNAH M. BRILLET, filed a Motion to Withdraw as Attorney on October 11, 2007. This motion is on calendar to be heard on November 20, 2007.

Plaintiff would like to have additional time to secure alternate counsel to both respond to the Motion for Summary Judgment or Summary Adjudication of Issues and to appear on behalf of Plaintiff.

A 15-day continuance of time to file the opposition will not prejudice the defendant, and the Court can re-schedule the hearing to a convenient date in December of 2007. On the other hand, if plaintiff does not have adequate time to file the opposition and the motion is granted, plaintiff will suffer grave prejudice and hardship.

This motion will be based on this application, the accompanying declaration of Vonnah M. Brillet, and the accompanying points and authorities.

Dated: October 26, 2007                    LAW OFFICES OF VONNAH M. BRILLET

                                           /s/
                                           Vonnah M. Brillet, Attorney for
                                           Netbula, LLC, Plaintiff

**DECLARATION OF VONNAH M. BRILLET IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

I, VONNAH M. BRILLET, declare:

1. I am an attorney at law, licensed to practice before all Courts of the State of California, and before this Court. I am the attorney of record for the Plaintiff, herein.

2. On October 23, 2007, the Defendants filed a Motion for Summary Judgment or Summary Adjudication of Issues.

3. The motion has been set for hearing on November 27, 2007, and the Opposition is

due on November 6, 2007.

4. On October 11, 2007 I filed a Motion to Withdraw as Counsel, as well as a Consent to Withdraw signed by Plaintiff.

5. I have been unable to obtain a continuance of the hearing or a stipulation from the defendant. I contacted opposing counsel, Jedediah Wakefield, regarding my schedule conflict, but he was unwilling to change the court date.

6. I notified the defendant's counsel that I would be unavailable on November 27, 2007 due to another court appearance that is scheduled. I gave defendant's counsel alternate dates of availability.

7. I am a sole practitioner and due to the nature of my withdrawal and the matters of this case, I do not have anyone who can prepare the opposition or make the November 27, 2007 court appearance.

8. I do not believe defendant will suffer any prejudice if the time to file an opposition is enlarged, and if the Court deems appropriate, the hearing date on the motion can be changed to permit defendant additional time to file a Reply. On the other hand, plaintiff would suffer considerable prejudice if the motion is granted without adequate time to secure alternate counsel to file an opposition and appear on Plaintiff's behalf.

7. No previous time modifications have been sought or granted in this case. Granting of the extension of time would not have substantial effect on the schedule in this case.

8. Based upon the foregoing, I am respectfully requesting that the court enlarge time to file the Opposition to November 21, 2007.

These facts are within my personal knowledge and if called as a witness I can competently testify thereto. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed by me, at San Leandro, California, this 26th day of October 2007.

/s/
VONNAH M. BRILLET
Declarant

PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT                - 3 -

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT

Local Rule 6 provides that a Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court (other than an initial response to the complaint).

Local Rule 6-3 states:

"A motion to enlarge or shorten time may be no more than 5 pages in length and must be accompanied by a proposed order and by a declaration that:
(1) Sets forth with particularity, the reasons for the requested enlargement or shortening of time;
(2) Describes the efforts the party has made to obtain a stipulation to the time change;
(3) Identifies the substantial harm or prejudice that would occur if the Court did not change the time; ...
(5) Discloses all previous time modifications in the case, whether by stipulation or Court order;
(6) Describes the effect the requested time modification would have on the schedule for the case.

It is respectfully requested that the Court grant an order enlarging the time in which plaintiff can prepare and file an opposition to the motion for summary judgment. Plaintiff's attorney filed a motion to withdraw from the present case prior to the filing of the motion for summary judgment. Based on the date presently set, the opposition would be due on November 6, 2007, and plaintiff's attorney who is a sole practitioner will be unable to prepare an opposition in time to file the same. Further, plaintiff seeks time to find alternate counsel for representation on this action.

//////

//////

PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT           - 4 -

Based upon the foregoing, plaintiff respectfully requests that the Court grant him until November 21, 2007, to file an Opposition, and continue the hearing to allow defendant the opportunity to file a Reply.

Dated: October 26, 2007

LAW OFFICES OF VONNAH M. BRILLET

By: _____/s/_____
Vonnah M. Brillet, Attorney for
Netbula, LLC, Plaintiff

PLAINTIFF'S MOTION TO ENLARGE TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT         - 5 -