VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone: (510) 351-5345
Facsimile: (510) 351-5348
E-Mail: BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | **Case No. C06-07391-MJJ**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY FOR SUMMARY ADJUDICATION**<br><br>Date: November 27, 2007<br>Time: 1:30 p.m.<br>Dept: Courtroom 11<br>Judge: The Honorable Martin J. Jenkins |

Plaintiff NETBULA, LLC's motion to enlarge time to respond to defendant STORAGE TECHNOLOGY, was reviewed by the Honorable Martin J. Jenkins.

Good cause appearing therefor, Plaintiffs' time to respond to defendant's Motion for Summary Judgment or Alternatively for Summary Adjudication of Issues is hereby enlarged up to and including November 21, 2007.

///////

ORDER RE: MOTION TO ENLARGE TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT                      - 1 -

1  The hearing on the Motion is scheduled on December ____, 2007.

2      IT IS SO ORDERED.

3      DATED:

4

5                            THE HON. MARTIN J. JENKINS
                            United States District Judge