LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C-06-07391-MJJ<br><br>**DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION** |

WAKEFIELD DECL. ISO OF DEFENDANTS'
OPPOSITION TO MOTION TO LENGTHEN
TIME

CASE NO.  C-06-07391-MJJ

I, Jedediah Wakefield, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner at the law firm of Fenwick & West LLP, counsel of record for Defendants Storage Technology Corporation, EMC Corporation, and Darden Restaurants, Inc. and Defendant and Counterclaimant Sun Microsystems, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called upon, could and would testify competently thereto.

2. On or about October 9, 2007, I had a telephone conversation with Vonnah Brillet, Netbula's counsel of record in this action. During this conversation, Ms. Brillet stated that the copyright transfer from Netbula to Don Yue was motivated by Dr. Yue's desire to represent himself in this action, on a *pro se* basis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2007, at San Francisco, California.

                /S/  JEDEDIAH WAKEFIELD
                Jedediah Wakefield

Attorneys for Defendants
STORAGE TECHNOLOGY
CORPORATION, SUN MICROSYSTEMS,
INC., EMC CORPORATION, and DARDEN
RESTAURANTS, INC.

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

                /S/ ALBERT L. SIEBER
                Albert L. Sieber