1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendants
   STORAGE TECHNOLOGY CORPORATION,
9  SUN MICROSYSTEMS, INC., EMC CORPORATION
   and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C-06-07391-MJJ<br><br>**DECLARATION OF ALBERT L. SIEBER IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION** |

SIEBER DECL. ISO OF DEFENDANTS'
OPPOSITION TO MOTION TO LENGTHEN
TIME

CASE NO.  C-06-07391-MJJ

I, Albert L. Sieber, declare as follows:

1.   I am an attorney admitted to practice before this Court. I am an associate with the law firm of Fenwick & West LLP, counsel of record for Defendants Storage Technology Corporation ("StorageTek"), EMC Corporation, and Darden Restaurants, Inc. and Defendant and Counterclaimant Sun Microsystems, Inc. ("Sun") in this action. My colleague, Jedediah Wakefield, was unavailable to incorporate the below facts into his declaration because he was attending to his wife, who was entering into labor. I have personal knowledge of the matters set forth herein and, if called upon, could testify competently thereto.

2.   Attached hereto as Exhibit A is a true and correct copy of a letter sent via e-mail by Mr. Wakefield, to Netbula's counsel of record, Vonnah M. Brillet, on October 3, 2007.

3.   Attached hereto as Exhibit B is a true and correct copy of Netbula's Notice of Unavailability of Counsel, served on my office via e-mail on October 1, 2007.

4.   Attached hereto as Exhibit C is a true and correct copy of an October 8, 2007 e-mail from Ms. Brillet to Mr. Wakefield.

5.   Attached hereto as Exhibit D is a true and correct copy of an October 8, 2007 e-mail from Mr. Wakefield to Vonnah M. Brillet proposing an alternate briefing schedule. I understand that Ms. Brillet did not accept this schedule.

6.   There have been no previous time modifications in this action, either by stipulation or Court order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2007, at San Francisco, California.

/S/  ALBERT L. SIEBER
Albert L. Sieber

# EXHIBIT A

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

October 3, 2007

JEDEDIAH WAKEFIELD

EMAIL JWAKEFIELD@FENWICK.COM
DIRECT DIAL (415) 875-2331

**VIA E-MAIL (BRILLETLAW@YAHOO.COM)
CONFIRMATION VIA U.S. MAIL**

Vonnah M. Brillet
Law Offices of Vonnah M. Brillet
2777 Alvarado Street, Ste. E
San Leandro, CA 94577

Re:   Netbula, LLC v. Sun Microsystems, et al.
      Case No. C-06-07381-MJJ-WDB (N.D. Cal.)

Dear Vonnah:

We are in receipt of your "Notice of Unavailability" in this matter, in which you claim that you are unavailable on a variety of dates, including November 20 and 27, 2007. As you are aware, Judge Jenkins hears civil motions on Tuesdays, and long ago the Court set Tuesday, November 27 as the last day to hear summary judgment motions concerning the license defense in this case. Your purported unavailability on November 20 and 27 would unilaterally reschedule the summary judgment motion two weeks earlier than the date scheduled by the Court.

While we are always open to discussing reasonable accommodations for scheduling conflicts, Defendants have every right to notice the summary judgment motion for a regular civil motion date on or before November 27, and we reserve the right to do so. Please plan accordingly. If you wish to request that the Court reschedule the hearing date it specified, you will need to address this with the Court.

Sincerely,

Jedediah Wakefield

25689/00401/LIT/1273975.1

# EXHIBIT B

VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:  (510) 351-5345
Facsimile:   (510) 351-5348
E-Mail:       BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts Corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC, a Florida Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | Case No.: C06-07391-MJJ <br><br> **NOTICE OF UNAVAILABILITY OF COUNSEL** |

NOTICE IS HEREBY GIVEN that on the following days, VONNAH M. BRILLET will be unavailable for any purpose whatsoever: October 10, 16, 18-19, 22-25, 29-31; November 1, 6, 8, 12, 19-23, 26, 27, and 29; December 3, 4, 6, 11, 13, and 17-28, 2007. During this time period there is no one competent and/or responsible for receiving notices of any kind, responding to ex-parte applications, appearing in court, attending depositions or providing legal services.

As of this date the undersigned is aware of nothing calendared by way of hearing, deposition, or

other matter pertaining to this case for said period, and hereby asserts that there appears to be no prejudice to any party as a result of this notice of unavailability.

Purposefully scheduling a conflicting procedure without good cause is sanctionable conduct. <u>Tenderloin Housing Clinic v. Sparks</u> (1992) 8 Cal. App. 4th 299.

Dated:   October 1, 2007

LAW OFFICES OF VONNAH M. BRILLET

By:  *Vonnah M. Brillet* (signature)
Vonnah M. Brillet
Attorneys for Plaintiff NETBULA, LLC

# CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. My business address is 2777 Alvarado Street, Suite E, San Leandro, CA 94577.

On October 1, 2007, I served a copy of the foregoing documents described as:

NOTICE OF UNAVAILABILITY OF COUNSEL

On all interested parties in said cause, by delivering a true copy as follows:

__X__ **(By Mail)** I placed a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and deposited said envelope in the United States mail in the City of San Leandro, California.

____ **(By Hand)** I sent a true copy thereof to a process serving company and caused such envelope to be delivered to the offices of the addressee.

____ **(By Email)** I sent a true copy thereof via facsimile transmission to the following email addresses set forth below on this date:

jwakefield@fenwick.com
lpulgram@fenwick.com
asieber@feniwck.com
davideiseman@quinnemanuel.com
rachelsmith@quinnemanuel.com

Mail delivery was made to the following address:

| Jedediah Wakefield, Esq.<br>Fenwick & West, LLP<br>555 California Street, Suite 1200<br>San Francisco, CA 94104<br>Attorneys for Defendants<br>STORAGE TECHNOLOGY CORPORATION<br>SUN MICROSYSTEMS, INC.<br>EMC CORPORATION<br>DARDEN RESTAURANTS, INC. | David Eiseman<br>Quinn Emanuel Urquhart Oliver & Hedges<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Attorneys for Defendants<br>INTERNATIONAL BUSINESS MACHINES CORPORATION |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 1, 2007, at San Leandro, California.

_____
Vonnah M. Brillet

# EXHIBIT C

**Albert Sieber**

| | |
|---|---|
| **From:** | Vonnah Brillet [brilletlaw@yahoo.com] |
| **Sent:** | Monday, October 08, 2007 10:20 AM |
| **To:** | Jedediah Wakefield |
| **Subject:** | November 20th Open |

Dear Jed:

I am able to do an MSJ hearing on 11/20/07, but not on the 27th. As I mentioned on the telephone, I'll be in court on the 27th.

Regards,
Vonnah

*Jedediah Wakefield <JWakefield@Fenwick.com> wrote:*

> ------------------------------------------
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
> ------------------------------------------
> ATTENTION:
> The information contained in this message may be legally privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.
>
> If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.

**Vonnah M. Brillet, Esq.**
**LAW OFFICE OF VONNAH M. BRILLET**
**2777 Alvarado Street, Suite E**
**San Leandro, CA 94577**
**(510) 351-5345 Office**
**(510) 351-5348 Fax**

---

Tonight's top picks. What will you watch tonight? Preview the hottest shows on Yahoo! TV.

10/25/2007

# EXHIBIT D

## Albert Sieber

**From:** Jedediah Wakefield
**Sent:** Monday, October 08, 2007 3:56 PM
**To:** 'Vonnah Brillet'
**Subject:** RE: November 20th Open

Dear Vonnah:

By setting the last date for the hearing on November 27, the Court set the last date to file for October 23, 35 days prior. We are happy to accommodate your schedule, but not at the expense of our clients' time to prepare their summary judgment papers or replies. Accordingly, we will stipulate to the following briefing schedule for Defendants' dispositive motion(s):

October 23rd: last day for Defendants to file dispositive motions.
October 30: last date for Plaintiff to file opposition papers.
November 6: last day for Defendants to file replies.
Hearing: November 20.

Please advise if this proposal is acceptable.

Regards,

Jed

---

**From:** Vonnah Brillet [mailto:brilletlaw@yahoo.com]
**Sent:** Monday, October 08, 2007 3:32 PM
**To:** Jedediah Wakefield
**Subject:** RE: November 20th Open

Dear Jed:

My intention was not to unilaterally modify any dates. You mentioned that my unavailability would cause a problem for you. I was simply letting you know that the 20th is still open. The court's date was a LAST day for the hearing. It was not THE date for the hearing, as you seem to assume.

Yes, Netbula is seeking alternate counsel. However, until that happens, I am still counsel of record.

Regards,
Vonnah

*Jedediah Wakefield <JWakefield@Fenwick.com> wrote:*

> Dear Vonnah:
>
> As you know, the Court set the November 27 date long ago. Plaintiff cannot unilaterally modify that date
> -- or the filing deadlines that flow from it -- based on intervening scheduling issues in other matters.
> Moreover, in our telephone call last week you did not state that you were available on the 20th, but rather

10/25/2007

you stated that Netbula was in the process of obtaining new counsel and that you intended to seek to withdraw.

Is that still the case?

Regards,

Jed

*****************************
Jedediah Wakefield
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
phone: 415.875.2331
fax: 415.281.1350
email: jwakefield@fenwick.com

---

**From:** Vonnah Brillet [mailto:brilletlaw@yahoo.com]
**Sent:** Monday, October 08, 2007 10:20 AM
**To:** Jedediah Wakefield
**Subject:** November 20th Open

Dear Jed:

I am able to do an MSJ hearing on 11/20/07, but not on the 27th. As I mentioned on the telephone, I'll be in court on the 27th.

Regards,
Vonnah

*Jedediah Wakefield <JWakefield@Fenwick.com> wrote:*

> ---
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
> ---
> ATTENTION:
> The information contained in this message may be legally privileged and confidential. It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.
>
> If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.

10/25/2007

**Vonnah M. Brillet, Esq.**
**LAW OFFICE OF VONNAH M. BRILLET**
**2777 Alvarado Street, Suite E**
**San Leandro, CA 94577**
**(510) 351-5345 Office**
**(510) 351-5348 Fax**

Tonight's top picks. What will you watch tonight? Preview the hottest shows on Yahoo! TV.

Shape Yahoo! in your own image. Join our Network Research Panel today!

10/25/2007