| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
| | *lpulgram@fenwick.com* |
| 2 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
| | *jwakefield@fenwick.com* |
| 3 | ALBERT L. SIEBER (CSB NO. 233482) |
| | *asieber@fenwick.com* |
| 4 | LIWEN A. MAH (CSB NO. 239033) |
| | *lmah@fenwick.com* |
| 5 | FENWICK & WEST LLP |
| | 555 California Street, Suite 1200 |
| 6 | San Francisco, CA  94104 |
| | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company, | Case No.  C-06-07391-MJJ |
| Plaintiff, | **DECLARATION OF ALBERT L. SIEBER IN SUPPORT OF DEFENDANTS' MOTION TO VACATE HEARING ON NON-PARTY DONGXIAO YUE'S REQUEST FOR INJUNCTIVE RELIEF AND IMPOUNDMENT** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

SIEBER DECL. ISO OF DEFENDANTS' ADMIN. MOTION TO VACATE HEARING ON REQUEST FOR INJUNCTIVE RELIEF

CASE NO.  C-06-07391-MJJ

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Albert L. Sieber, declare as follows:

1. I am an attorney admitted to practice before this Court. I am an associate with the law firm of Fenwick & West LLP, counsel of record for Defendants Storage Technology Corporation ("StorageTek"), EMC Corporation, and Darden Restaurants, Inc. and Defendant and Counterclaimant Sun Microsystems, Inc. ("Sun") in this action. I have personal knowledge of the matters set forth herein and, if called upon, could testify competently thereto.

2. I have reviewed a series of e-mails between my colleague Laurence Pulgram and Don Yue in which Dr. Yue refused to stipulate to the relief now sought by Defendants through this motion. Specifically, on August 25, 2007, Mr. Pulgram sent an e-mail to Don Yue setting forth at length Defendants' objections to Dr. Yue's "Motion to Intervene and Join as Plaintiff and for Injunctive Relief and Copyright Impoundment," and asked that Dr. Yue stipulate to postponing briefing and hearing on Dr. Yue's request for injunctive relief until after resolution of the motion to intervene. Dr. Yue responded by e-mail that "[w]hether my motion to intervene and for injunctive relief was proper is to be determined by the court." Mr. Pulgram then sought clarification whether Dr. Yue was in fact refusing to stipulate, which Dr. Yue confirmed he was.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2007, at San Francisco, California.

/S/ ALBERT L. SIEBER
Albert L. Sieber

SIEBER DECL. ISO OF DEFENDANTS'
ADMIN. MOTION TO VACATE HEARING          -2-                    CASE NO. C-06-07391-MJJ
ON REQUEST FOR INJUNCTIVE RELIEF