LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION, and
DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BINDVIEW DEVELOPMENT CORPORATION SYMANTEC CORPORATION, et al.,<br><br>Defendants. | Case Nos. C-06-0711-MJJ-WDB, C-06-07391-MJJ<br><br>**DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' CONSOLIDATED OPPOSITION TO PLAINTIFF NETBULA, LLC'S MOTIONS TO SUBSTITUTE PARTIES AND FOR WITHDRAWAL OF COUNSEL, AND TO NON-PARTY DONGXIAO YUE'S MOTION TO INTERVENE AND ENFORCE PROTECTIVE ORDER**<br><br>Date: November 20, 2007<br>Time: 9:30 a.m.<br>Dept: Courtroom 11<br>Judge: The Honorable Martin J. Jenkins |
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., et al.,<br><br>Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

WAKEFIELD DECL. ISO DEFS' OPPOSITION TO MOTIONS TO SUBSTITUTE, WITHDRAW, INTERVENE AND ENFORCE    -1-    CASE NOS. C-06-0711-MJJ-WDB, C-06-07391-MJJ

I, Jedediah Wakefield, declare as follows:

1. I am an attorney admitted to practice before this Court. I am a partner at the law firm of Fenwick & West LLP, counsel of record for Sun Microsystems, Inc., EMC Corporation, and Darden Restaurants, Inc. (collectively, "Defendants") in the case of *Netbula, LLC v. Storage Technology Corp.*, Case No. 06-07391-MJJ (N.D. Cal.) (the "*Sun* case"). My firm was also counsel of record for Defendants BindView Development Corporation, Symantec Corporation, and Eric J. Pulaski in the related case of *Netbula, LLC v. BindView Development Corp.*, Case. No. 06-0711-MJJ-WDB (N.D. Cal.) (the "*Symantec* case"), which was recently dismissed. I submit this Declaration in Support of Defendants' Consolidated Opposition to Plaintiff Netbula, LLC's Motion to Substitute Parties and for Withdrawal of Counsel in this action and Non-Party Dongxiao Yue's Motion to Intervene and Enforce. I have personal knowledge of the matters set forth herein and, if called upon, could and would testify competently thereto.

2. Attached hereto as <u>Exhibit A</u> are true and correct copies of excerpts from the September 12, 2007 deposition of Netbula's Rule 30(b)(6) witness, Dongxiao Yue, in the *Sun* case, which have been conditionally filed under seal.

3. Neither I nor any of my colleagues have provided any materials or otherwise conveyed information Netbula designated as "Confidential" or "Confidential – Attorneys' Eyes Only" in the *Symantec* case to any of the Defendants in the *Sun* case, including Storage Technology Corporation, Sun Microsystems, Inc., EMC Corporation, Darden Restaurants, Inc., and International Business Machines Corporation. The only access that outside counsel for IBM had to materials designated as "Confidential" or "Confidential – Attorneys' Eyes Only" was the access to exhibits marked during the 30(b)(6) deposition of Netbula in the *Sun* case, during which counsel for Netbula, Vonnah M. Brillet, agreed on the record that such materials could be used during the deposition, and that counsel for IBM could have access to such materials and need not leave the room during their use.

WAKEFIELD DECL. ISO DEFS' OPPOSITION TO MOTIONS TO SUBSTITUTE, WITHDRAW, INTERVENE AND ENFORCE    -2-    CASE NOS. C-06-0711-MJJ-WDB, C-06-07391-MJJ

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 30th day of October, 2007, at San Francisco, California.

4  /s/  JEDEDIAH WAKEFIELD
   Jedediah Wakefield

6  Attorneys STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., EMC CORPORATION, and DARDEN RESTAURANTS, INC.

8  25689/00400/DOCS/1814148.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

WAKEFIELD DECL. ISO DEFS' OPPOSITION TO MOTIONS TO SUBSTITUTE, WITHDRAW, INTERVENE AND ENFORCE    -3-    CASE NOS.  C-06-0711-MJJ-WDB, C-06-07391-MJJ

1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for STORAGE TECHNOLOGY CORPORATION,
   SUN MICROSYSTEMS, INC., EMC CORPORATION, and
9  DARDEN RESTAURANTS, INC.

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14  NETBULA, LLC, a Delaware limited liability company,<br>15<br>          Plaintiff,<br>16<br>     v.<br>17<br>BINDVIEW DEVELOPMENT CORPORATION<br>18  SYMANTEC CORPORATION, et al.,<br>19<br>          Defendants.<br>20<br>NETBULA, LLC, a Delaware limited liability<br>21  company,<br>22<br>          Plaintiff,<br>23<br>     v.<br>24  STORAGE TECHNOLOGY CORPORATION,<br>     SUN MICROSYSTEMS, INC., et al.,<br>25<br>          Defendants.<br>26<br>27  AND RELATED COUNTERCLAIMS. | Case Nos.  C-06-0711-MJJ-WDB,<br>                  C-06-07391-MJJ<br><br>**DEFENDANTS' NOTICE OF MANUAL FILING RE:  EXHIBIT A TO THE DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF DEFENDANTS' CONSOLIDATED OPPOSITION TO PLAINTIFF NETBULA, LLC'S MOTIONS TO SUBSTITUTE PARTIES AND FOR WITHDRAWAL OF COUNSEL, AND TO NON-PARTY DONGXIAO YUE'S MOTION TO INTERVENE AND ENFORCE PROTECTIVE ORDER**<br><br>Date:   November 20, 2007<br>Time:   9:30 a.m.<br>Dept:   Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

28

**DEFENDANTS' NOTICE OF MANUAL FILING RE:
EXHIBIT A TO WAKEFIELD DECLARATION**       -1-        CASE NOS. C-06-0711-MJJ-WDB,
                                                                C-06-07391-MJJ

1

2   Regarding: **EXHIBIT A to the DECLARATION OF JEDEDIAH WAKEFIELD IN**
3   **SUPPORT OF DEFENDANTS' CONSOLIDATED OPPOSITION TO PLAINTIFF**
4   **NETBULA, LLC'S MOTIONS TO SUBSTITUTE PARTIES AND FOR WITHDRAWAL**
5   **OF COUNSEL, AND TO NON-PARTY DONGXIAO YUE'S MOTION TO INTERVENE**
6   **AND ENFORCE PROTECTIVE ORDER.**

7   This filing is in paper or physical form only, and is being maintained in the case file in the
8   Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly.
9   For information on retrieving this filing directly from the court, please see the court's main web
10  site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11  This filing was not e-filed for the following reason(s):

12  [_]   Voluminous Document (PDF file size larger than the e-filing system allows);

13  [_]   Unable to Scan Documents;

14  [_]   Physical Object (description): _____

15  _____;

16  [_]   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media;

17  [X]   Item Under Seal;

18  [_]   Conformance with the Judicial Conference Privacy Policy (General Order 53);

19  [_]   Other (description): _____

20  _____.

21  Dated:   October 30, 2007          Respectfully submitted,

22                                      FENWICK & WEST LLP

23

24                                      By:_____/S/_____
                                              Jedediah Wakefield
25
                                        Attorneys for Defendants
26                                      STORAGE TECHNOLOGY
                                        CORPORATION, SUN MICROSYSTEMS,
27                                      INC., EMC CORPORATION, and DARDEN
                                        RESTAURANTS, INC.
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**DEFENDANTS' NOTICE OF MANUAL FILING RE:**   -2-   CASE NOS. C-06-0711-MJJ-WDB,
**EXHIBIT A TO WAKEFIELD DECLARATION**                         C-06-07391-MJJ