LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION, and
DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BINDVIEW DEVELOPMENT CORPORATION SYMANTEC CORPORATION, et al.,<br><br>　　　　　Defendants. | Case Nos.  C-06-0711-MJJ-WDB,<br>　　　　　　C-06-07391-MJJ<br><br>**DEFENDANTS' CONSOLIDATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL**<br><br>Dept:　Courtroom 11<br>Judge:　The Honorable Martin J. Jenkins |
| NETBULA, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., et al.,<br><br>　　　　　Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Pursuant to Civil Local Rule 79-5 and the Protective Order governing this case,[1] Sun Microsystems, Inc., EMC Corporation, and Darden Restaurants, Inc., Defendants in the case of *Netbula, LLC v. Storage Technology Corporation*, Case No. 06-07391-MJJ (N.D. Cal.), and Intervenors in the related case of *Netbula, LLC v. BindView Development Corp.*, Case. No. 06-0711-MJJ-WDB (N.D. Cal.) (the "*Symantec* case"), collectively "Defendants," move to file under seal the following documents:

- **Exhibit A** to the Declaration of Jedediah Wakefield in Support of Defendants' Consolidated Opposition to Plaintiff Netbula, LLC's Motions to Substitute Parties and for Withdrawal of Counsel, and to Non-Party Dongxiao Yue's Motion to Intervene and Enforce Protective Order.

Exhibit A of the Wakefield Reply Declaration contains information that Plaintiff Netbula, LLC ("Netbula") has asserted is "Confidential" or "Highly Confidential—Attorneys' Eyes Only" pursuant to the Protective Order in the *Symantec* case, on grounds that the information is confidential, not publicly disclosed, and may cause harm to Plaintiff if disclosed publicly. By the terms of the Protective Order, Defendants are required to file such materials under seal.

In accordance with the Protective Order, which limits access to materials so designated, Defendants respectfully request that this Court allow it to file the above-referenced document under seal per Civil L.R. 79-5.

///
///
///
///
///
///

---

[1] The parties to the case of *Netbula, LLC v. Storage Technology Corp.*, Case No. 06-07391-MJJ (N.D. Cal.) (the "*Sun* case") agreed to abide by the protective order (*Symantec* Docket No. 58), entered in the related case of *Netbula, LLC v. BindView Development Corp.*, Case. No. 06-0711-MJJ-WDB (N.D. Cal.) (the "*Symantec* case"), except with respect to production of source code. The parties have not produced source code as part of the initial phase in the *Sun* case, since the initial phase only pertains to licensing issues.

| | |
|---|---|
| Dated: October 30, 2007 | FENWICK & WEST LLP |
| | By: /s/ ALBERT L. SIEBER |
| | Albert L. Sieber |
| | Attorneys for Defendants<br>STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., EMC CORPORATION, and DARDEN RESTAURANTS, INC |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MATERIALS DESIGNATED AS CONFIDENTIAL   -3-   CASE NOS. C-06-0711-MJJ-WDB, C-06-07391-MJJ