1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA 94104
   Telephone: (415) 875-2300
7  Facsimile: (415) 281-1350

8  Attorneys for STORAGE TECHNOLOGY CORPORATION,
   SUN MICROSYSTEMS, INC., EMC CORPORATION, and
9  DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETBULA, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>BINDVIEW DEVELOPMENT CORPORATION SYMANTEC CORPORATION, et al.,<br><br>        Defendants. | Case Nos. C-06-0711-MJJ-WDB,<br>             C-06-07391-MJJ<br><br>**DECLARATION OF ALBERT L. SIEBER IN SUPPORT OF CONSOLIDATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL INFORMATION AND DOCUMENTS DESIGNATED AS CONFIDENTIAL**<br><br>Dept: Courtroom 11<br>Judge: The Honorable Martin J. Jenkins |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>   v.<br><br>STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., et al.,<br><br>        Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

SIEBER DECL. IN SUPPORT OF CONSOLIDATED MOTION TO FILE UNDER SEAL     -1-     CASE NOS. C-06-0711-MJJ-WDB, C-06-07391-MJJ

1    I, Albert L. Sieber, declare as follows:

2    1.   I am an attorney admitted to practice before this Court. I am an associate at the law firm of Fenwick & West LLP, counsel of record for Sun Microsystems, Inc., EMC Corporation, Darden Restaurants, Inc. (collectively, "Defendants") in the case of *Netbula, LLC v. Storage Technology Corp.*, Case No. 06-07391-MJJ (N.D. Cal.) (the "*Sun* case"). My firm was also counsel of record for Defendants BindView Development Corporation, Symantec Corporation, and Eric J. Pulaski in the related case of *Netbula, LLC v. BindView Development Corp.*, Case. No. 06-0711-MJJ-WDB (N.D. Cal.) (the "*Symantec* case"), which was recently dismissed. I have personal knowledge of the matters set forth herein and, if called upon, could and would testify competently to them. I make this declaration of my own personal knowledge, except where otherwise indicated, in support of Defendants' request to file documents under seal in connection with Defendants' Consolidated Opposition to Plaintiff Netbula, LLC's ("Netbula") Motions to Substitute Parties and for Withdrawal of Counsel, and to Non-Party Dongxiao Yue's Motion to Intervene and Enforce Protective Order.

3    2.   On December 15, 2006, the Honorable Martin J. Jenkins entered a Protective Order in the *Symantec* case ("*Symantec* Protective Order") (*Symantec* Docket No. 58).

4    3.   In September 2007, the parties to the *Sun* case agreed to abide by the *Symantec* Protective Order, with the exception of the handling of source code. *See* **Exhibit A** to the Declaration of Jedediah Wakefield in Support of Defendants' Consolidated Opposition to Plaintiff Netbula, LLC's Motions to Substitute Parties and for Withdrawal of Counsel, and to Non-Party Dongxiao Yue's Motion to Intervene and Enforce Protective Order [Deposition Testimony of Netbula's Rule 30(b)(6) Witness (Dongxiao Yue), Sept. 12, 2007 ("Netbula Depo.")], at pp.19:21:21:6]. It is my understanding that the parties did not expect to produce source code during the initial Phase of the *Sun* case because the initial Phase only pertained to licensing issues for which source code was not relevant.

5    4.   Pursuant to the Protective Order, **Exhibit A** to the Declaration of Jedediah Wakefield in Support of Defendants' Consolidated Opposition to Plaintiff Netbula, LLC's Motions to Substitute Parties and for Withdrawal of Counsel, and to Non-Party Dongxiao Yue's

1  Motion to Intervene and Enforce Protective Order is sealable because it contains information that
2  Netbula has identified as being confidential under the *Symantec* Protective Order on the grounds
3  that such information (1) is confidential; (2) has not been disclosed to the public; and (3) could,
4  if disclosed to the public, cause harm to Plaintiff.

5      5.    Defendants will lodge with the Clerk sealed copies of these documents.

6      6.    Pursuant to Civil L.R. 79-5, Defendants intend to file publicly or withdraw from
7  the record any exhibit that it requested to be filed under seal based on the confidentiality
8  designations where such designation is withdrawn by Netbula or Defendants' request is denied
9  by this Court.

11  I declare under penalty of perjury that the foregoing is true and correct, and that this
12  declaration was executed on October 30, 2007 in San Francisco, California.

                       /s/ Albert Sieber
                        Albert Sieber

16  25689/00400/LIT/1275604.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SIEBER DECL. IN SUPPORT OF CONSOLIDATED MOTION TO FILE UNDER SEAL    -3-    CASE NOS. C-06-0711-MJJ-WDB, C-06-07391-MJJ