1 LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
2 JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
3 ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
4 LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
5 FENWICK & WEST LLP
555 California Street, Suite 1200
6 San Francisco, CA  94104
Telephone: (415) 875-2300
7 Facsimile:  (415) 281-1350

8 Attorneys for STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION, and
9 DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>BINDVIEW DEVELOPMENT CORPORATION SYMANTEC CORPORATION, et al.,<br><br>  Defendants. | Case Nos. C-06-0711-MJJ-WDB,<br>                 C-06-07391-MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSOLIDATED ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED BY DEFENDANTS AS CONFIDENTIAL**<br><br>Dept:    Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |
| NETBULA, LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., et al.,<br><br>  Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

[PROPOSED] ORDER GRANTING DEFS' CONSOLIDATED MOTION TO FILE UNDER SEAL     -1-     CASE NOS.  C-06-0711-MJJ-WDB,
                                                                                                                C-06-07391-MJJ

1  Having considered the Administrative Motion to File Under Seal filed by Sun
2  Microsystems, Inc., EMC Corporation, and Darden Restaurants, Inc. (collectively, "Defendants"),
3  the supporting Declaration of Albert L. Sieber, and other materials as may be considered by the
4  Court, and good cause being shown, the Court, HEREBY ORDERS the following documents be
5  filed under seal:

6  1) Exhibit A to the Declaration of Jedediah Wakefield in Support of Defendants'
7  Consolidated Opposition to Plaintiff Netbula, LLC's Motions to Substitute Parties
8  and for Withdrawal of Counsel, and to Non-Party Dongxiao Yue's Motion to
9  Intervene and Enforce Protective Order.

**IT IS SO ORDERED**.

Dated: _____    _____
The Honorable Martin J. Jenkins
United States District Court Judge

25689/00400/LIT/1275603.1