LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-06-07391-MJJ<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF NETBULA LLC'S MOTIONS TO SUBSTITUTE PARTIES AND FOR WITHDRAWAL OF COUNSEL**<br><br>Date:   November 20, 2007<br>Time:   9:30 a.m.<br>Dept:   Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

1  On November 20, 2007, at 9:30 a.m., the Court heard Plaintiff Netbula, LLC's Motions to
2 Substitute Parties and for Withdrawal of Counsel.  All parties appeared by and through their
3 respective counsel.
4  The matter having been submitted and after considering the Motions, papers filed in
5 support and in opposition thereof, arguments of counsel, and all other matters on file in this action
6 and presented to the Court,
7  IT IS HEREBY ORDERED THAT:
8  1. Plaintiff's Motion to Substitute Parties in the *Sun* case is DENIED.
9  2. Plaintiff's Motion for Withdrawal of Counsel in the *Sun* case is GRANTED
10 UPON THE CONDITION THAT the withdrawal will not be effective until December 18, 2007,
11 or until substitute counsel makes an appearance, whichever is sooner.  If by that date substitute
12 counsel has not made an appearance, the Court shall dismiss with prejudice all of Netbula's
13 claims and will enter default judgment against Netbula as to the counterclaim of Defendant Sun
14 Microsystems, Inc.
15  3. Netbula may appear at the November 27, 2007 hearing on Defendants' Motion for
16 Summary Judgment or Summary Adjudication of Issues Relating to License Defense, and all
17 further proceedings before this Court, *only through counsel*, as required under Civil L.R. 3.9(b).
18 Dongxiao Yue is ordered that he is not to appear or submit pleadings or argument in this action
19 either in his individual capacity or on behalf of Netbula.

21 **IT IS SO ORDERED**.

22 Dated: _____      _____
23                                    The Honorable Martin J. Jenkins
                                      United States District Court Judge

24 25689/00400/DOCS/1804219.1

[PROPOSED] ORDER DENYING NETBULA'S
MOTIONS TO SUBSTITUTE PARTIES AND      -2-           CASE NO. C-06-07391-MJJ
FOR WITHDRAWAL OF COUNSEL

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO