UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: October 31, 2007

**Case No:** C 06-07391 MJJ

**Case Title**: NETBULLA LLC v. STORAGE TECHNOLOGY CORP., et al.

**Appearances:**

    For Plaintiff(s): Vonnah Brillet

    For Defendant(s): Jed Wakefield, Laurence Pulgram

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

### PROCEEDINGS

1. Telephonic Status Conference - held

MOTION/MATTER: ( ) Granted
                     ( ) Denied
                     ( ) Granted in part/Denied in part
                     ( ) Taken under submission
                     ( ) Withdrawn/Off Calendar
                     (X) Continued to: **Thursday, 12/13/07 @ 3:00 PM for Motion Hearing**

Order to be prepared by:     (X) Plaintiff   (X) Defendant   ( ) Court

### SUMMARY

- Currently pending motions discussed.
- The motion for summary judgment shall be heard on 12/13/07 at 3:00 PM. All currently scheduled motion hearing dates are vacated pending ruling on the motion for summary judgment.
- Parties shall file a proposed order re: issues discussed at the status conference by the end of business tomorrow, 11/01/07.