Case No. C06-07391-MJJ (N.D. Cal)

NETBULA, LLC v. Storage Technology Corp., et al.

## CERTIFICATE OF SERVICE

I, Dongxiao Yue, with address at 2777 Alvarado Street, Suite C, San Leandro, CA 94577, declare:

On October 30, 2007, I served a copy of the following documents described as:

(1) INTERVENOR DONGXIAO YUE'S OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO VACATE HEARING ON NON-PARTY DONGXIAO YUE'S REQUEST FOR INJUNCTIVE RELIEF AND IMPOUNDMENT

(2) DECLARATION OF DONGXIAO YUE IN OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO VACATE HEARING ON NON-PARTY DONGXIAO YUE'S REQUEST FOR INJUNCTIVE RELIEF AND IMPOUNDMENT

(3) INTERVENOR DONGXIAO YUE'S OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR CONSIDERATION OF DECLARATION OF MICHAEL MELNICK IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

(4) Proposed Order for (1)

(5) Proposed Order for (3)

On all interested parties in said cause, by delivering a true copy as follows:

__X__   (By Mail)   By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Leandro, California addressed as set forth below.

Liwen Mah, Esq.
Jedediah Wakefield, Esq, Albert L. Sieber, Esq., Laurence F. Pulgram, Esq.
Fenwick & West, LLP, 555 California Street, Suite 1200, San Francisco, CA 94104

David Eiseman, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street, 22nd Floor, San Francisco, CA 94111

__X__   (By E-Mail)   By emailing the document(s) listed above in PDF format to
brilletlaw@yahoo.com
Law Offices of Vonnah M. Brillet
Attorneys for Plaintiff, Netbula, LLC

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 30, 2007, at San Leandro, California.

Dongxiao Yue