| | |
|---|---|
| 1 | LAURENCE F. PULGRAM (CSB NO. 115163) |
|   | *lpulgram@fenwick.com* |
| 2 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
|   | *jwakefield@fenwick.com* |
| 3 | ALBERT L. SIEBER (CSB NO. 233482) |
|   | *asieber@fenwick.com* |
| 4 | LIWEN A. MAH (CSB NO. 239033) |
|   | *lmah@fenwick.com* |
| 5 | FENWICK & WEST LLP |
|   | 555 California Street, Suite 1200 |
| 6 | San Francisco, CA  94104 |
|   | Telephone: (415) 875-2300 |
| 7 | Facsimile:  (415) 281-1350 |
| 8 | Attorneys for Defendants |
|   | STORAGE TECHNOLOGY CORPORATION, |
| 9 | SUN MICROSYSTEMS, INC., EMC CORPORATION |
|   | and DARDEN RESTAURANTS, INC. |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company, | Case No.  C-06-07391-MJJ |
| Plaintiff, | [~~PROPOSED~~] ORDER ON VARIOUS ADMINISTRATIVE MATTERS |
| v. | Dept:   Courtroom 11 |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | Judge: The Honorable Martin J. Jenkins |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

ORDER ON VARIOUS ADMINISTRATIVE MATTERS       -1-       CASE NO. C-06-07391-MJJ

The Court convened a telephonic conference on October 31, 2007 at 2:00 P.M. Plaintiff Netbula, LLC was represented by Vonnah Brillet. Defendants Storage Technology Corp., Sun Microsystems, Inc., Darden Restaurants, Inc. and EMC Corporation ("Defendants") were represented by Laurence Pulgram and Jedediah Wakefield. The Court having considered the pleadings filed by the parties and the argument of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. Defendants' Motion for Summary Judgment or Summary Adjudication of Issues Relating to License Defense [Docket Nos. 63-67] is hereby rescheduled for hearing on December 13, 2007 at 3:00 P.M. Plaintiff's Opposition shall be filed and served no later than November 13, 2007, and Defendants' Reply shall be filed and served no later than November 20, 2007. Defendants' Motion for Administrative Relief for Consideration of Declaration [Docket No. 78] is moot, as the declaration at issue was filed more than 35 days before the rescheduled hearing date.

2. Defendants' Motion for Administrative Relief to Vacate Hearing on Non-Party Dongxiao Yue's Request for Injunctive Relief and Impoundment [Docket Nos. 80-81] is hereby GRANTED. The Motion of DongxiaoYue to Intervene and Join as Plaintiff; for Injunctive Relief; and for Copyright Impoundment [Docket Nos. 68-72] will be taken off calendar. The Court will decide the appropriate schedule for considering this motion after the hearing on Netbula's Motion for Substitution of Party as to the Copyright Infringement Claim [Docket Nos. 56-58], which remains scheduled for hearing November 20, 2007.

4. Ms. Brillet's Motion to Withdraw as Counsel for Netbula [Docket Nos. 59-61] will be taken off calendar for November 20, 2007, and will be decided after the Court's ruling granting or denying Defendants' Motion for Summary Judgment or Summary Adjudication of Issues Relating to License Defense. Ms. Brillet will continue as counsel for Netbula in the interim, pending the Court's ruling.

The status conference on 12/11/07 is VACATED.

SO ORDERED.

Dated: 11/01/07

United States District Ju

Judge Martin J. Jenkins

ORDER ON VARIOUS ADMINISTRATIVE MATTERS   -2-   CASE ___-06-07391-MJJ