QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (Bar No. 114758)
  Stacy Monahan (Bar No. 218942)
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile      (415) 875-6700
Email: davideiseman@quinnemanuel.com
          stacymonahan@quinnemanuel.com

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA LLC, a Delaware limited liability company,<br><br>                 Plaintiff,<br><br>        vs.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>                 Defendants. | CASE NO.  06-07391 MJJ<br><br>**IBM'S NOTICE OF JOINDER IN MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES RELATING TO LICENSE DEFENSE**<br><br>Date:    December 13, 2007<br>Time:   3:00 pm<br>Before: Hon. Martin J. Jenkins<br>Place:   Courtroom 11 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant International Business Machines Corporation. ("IBM") joins in the notice of motion and motion brought by Storage Technology Corporation, Sun Microsystems, Inc, EMC Corporation, and Darden Restaurants, Inc., titled "Defendants' Notice of Motion and Motion For Summary Judgment or Summary Adjudication of Issues Relating to License Defense," ("Defendants' Motion for Summary Judgment") filed on October 26, 2007 in this action. The hearing on Defendants' Motion for Summary Judgment has been rescheduled to December 13, 2007 at 3:00 pm pursuant to this Court's Order On Various Administrative Matters filed on November 2, 2007. IBM adopts the arguments contained in Defendants' Motion for Summary Judgment, and seeks an order granting summary judgment in favor of IBM as to Plaintiff's First Claim for Relief for Copyright Infringement (Direct, Contributory, and Vicarious) and dismissing IBM from the action with prejudice.

DATED: November 5, 2007                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ David Eiseman

David Eiseman
Attorneys for Defendant
International Business Machines Corporation