**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 50 California Street, 22nd Floor, San Francisco, California 94111.

On , I served true copies of the following document(s) described as:

**IBM'S NOTICE OF JOINDER IN MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES RELATING TO LICENSE DEFENSE**

on the parties in this action as follows:

SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with the practices of Quinn Emanuel Urquhart Oliver & Hedges for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. I enclosed the foregoing in sealed envelope(s) addressed as shown above, and such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at San Francisco, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 5, 2007**, at San Francisco, California.

*/s/ Monita Jones*
Monita Jones

51191/2284973.1

**SERVICE LIST**

| | |
|---|---|
| Dongxiao Yue<br>2777 Alvarado Street, Suite C<br>San Leandro, CA 94577 | |

51191/2284973.1

-2-