1 | VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO STR
SUITE E
SAN LEANDRO, CA 94577
Telephone:   (510) 351-5345
Facsimile:   (510) 351-5348
E-Mail:      BrilletLaw@yahoo.com

Attorneys for Counterclaim Defendant
Dongxiao Yue

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br>  Plaintiff,<br>v.<br>STORAGE TECHNOLOGY CORPORATION, et al.,<br>  Defendants. | Case No. C06-07391-MJJ<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEY**<br><br>**AND**<br><br>**[PROPOSED] ORDER** |
| SUN Microsystems, Inc., a Delaware corporation,<br>  Counter-Claimant,<br>v.<br>NETBULA, LLC,<br>  Counterclaim Defendant<br>and<br>DONGXIAO YUE, an individual,<br>  Third-Party Counterclaim Defendant. | |

Third-Party Counterclaim Defendant Dongxiao Yue, an individual, with address at 2777 ALVARADO ST., SUITE C, SAN LEANDRO, CA 94577, Telephone: (510) 396-0012, Facsimile: (510) 291-2237, E-Mail: ydx@netbula.com, substitutes himself, *in propria persona*, in place of Vonnah M. Brillet of Law Offices of Vonnah M. Brillet, 2777 Alvarado Street, Suite E, San Leandro, CA 94577. Dongxiao Yue shall appear *pro se*. All future correspondence, pleadings, other documents and other communications should be directed to Dongxiao Yue at the address given above. Vonnah M. Brillet continues to be counsel of Netbula, LLC in the interim, pending Court's ruling on her motion to withdraw.

Each of the undersigned consents to this substitution:

Dated: November 5, 2007

By: _____
Dongxiao Yue

Dated: November 5, 2007

By: _____/S/_____

Vonnah M. Brillet
Law Offices of Vonnah M. Brillet
Attorneys for Counterclaim Defendant Dongxiao Yue

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge