1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:     (510) 351-5345
   Facsimile:      (510) 351-5348
4  E-Mail:        BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC
7
8              UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
   NETBULA, LLC., a Delaware limited liability     Case No. Case No. C06-07391-MJJ
11 company,
                                                   **DECLARATION OF DONGXIAO YUE IN**
12              Plaintiff,                          **OPPOSITION TO DEFENDANTS'**
                                                   **MOTION FOR SUMMARY JUDGMENT**
13      v.                                         **OR SUMMARY ADJUDICATION OF**
                                                   **ISSUES RELATING TO LICENSE**
14                                                 **DEFENSE**
15 STORAGE TECHNOLOGY
   CORPORATION, et al.,                            Date: December 13, 2007
16                                                 Time: 3:00 p.m.
                                                   Dept: Courtroom 11
17              Defendants.                        Judge: The Honorable Martin J. Jenkins
18

19                    # EXHIBITS 1-20
20                  **Pages A0001 – A0079**

21
| EXHIBIT | CONTENT PAGE | EXHIBIT | CONTENT PAGE |
|---------|--------------|---------|--------------|
| **1**   | **A0002**    | **11**  | **A0044**    |
| **2**   | **A0003**    | **12**  | **A0046**    |
| **3**   | **A0007**    | **13**  | **A0049**    |
| **4**   | **A0009**    | **14**  | **A0056**    |
| **5**   | **A0012**    | **15**  | **A0059**    |
| **6**   | **A0016**    | **16**  | **A0061**    |
| **7**   | **A0020**    | **17**  | **A0064**    |
| **8**   | **A0023**    | **18**  | **A0072**    |
| **9**   | **A0031**    | **19**  | **A0075**    |
| **10**  | **A0040**    | **20**  | **A0079**    |

28

A0001

# EXHIBIT 1

# EXHIBIT 1

A0001

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

RE **TX 6-211-063**

EFFECTIVE DATE OF REGISTRATION

10 / 18 / 05
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
NETBULA POWERRPC

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
NETBULA, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Computer program

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 1   Year ▶ 1996   Nation U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
NETBULA, LLC
2777 Alvarado Street, Suite C, San Leandr, CA 94577

See instructions before completing this space.

**APPLICATION RECEIVED**
OCT. 18 2005
**ONE DEPOSIT RECEIVED**
OCT. 18 2005
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

A0002

A0003

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☑ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

SUN RPCSRC 4.0 1984, RFC 1831, RFC 1832

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New programming text, revisions and additional text of computer program.

See instructions before completing this space.

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                                                              Account Number ▼

Sheppard Mullin Richter & Hampton LLP                           DA: 92924

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Edwin Komen - Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW - 11th Floor East
Washington, DC 20005-3314

Area code and daytime telephone number ▶ 202-218-0000                    Fax number ▶ 202-218-0020

Email ▶ ekomen@sheppardmullin.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of    NETBULA, LLC

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Edwin Komen                                                           Date ▶ December 7, 2005

Handwritten signature (X) ▼

X _____

**9**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Edwin Komen - Sheppard Mullin Richter & Hampton LLP

Number/Street/Apt ▼
1300 I Street NW - 11th Floor East

City/State/ZIP ▼
Washington, DC 20005-3314

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

A0003

A0004

# EXHIBIT 2

# EXHIBIT 2

A0004

# COPYRIGHT ASSIGNMENT

This Copyright Assignment is made by **NETBULA, LLC**, a Delaware Limited Liability Company (hereafter **NETBULA** or **Assignor**) with its principal address of business at 2777 ALVARADO STR, SUITE C, SAN LEANDRO, CA 94577, USA  to **Dr. DONGXIAO YUE** (hereafter **DR. YUE** or **Assignee**), an individual currently residing in Union City, California, USA.

For valuable consideration, receipt and sufficiency of which are hereby acknowledged, NETBULA transfers and assigns to DR. YUE, his successors and assigns, in perpetuity, all rights, ownership, title, and interest, throughout the world, including any copyrights and renewals or extensions thereto, in the works with U.S. copyright registration numbers TX 6-211-063, TX 6-446-398, TX 6-459-456, TX 6-437-847, TX 6-491-697 and all Netbula PowerRPC and Netbula ONC RPC software created before January 1, 2007 (collectively "THE POWERRPC COPYRIGHTS"). The Assignor acknowledges that DR. YUE was the founder of Netbula, LLC and the natural person who created the works protected by the THE POWERRPC COPYRIGHTS. The description of the works protected by the THE POWERRPC COPYRIGHTS is provided in Exhibit A of this copyright assignment document.

NETBULA further assigns to DR. YUE, his successors and assigns, the right to collect payment for any past, current and future use of the works protected by THE POWERRPC COPYRIGHTS in any part of the world. NETBULA further assigns to **DR. YUE,** his successors and assigns, any and all claims assertable under copyright against any infringement of THE POWERRPC COPYRIGHTS in any part of the world which may have heretofore arisen or which may hereafter arise as well as the right to investigate, prosecute, settle or otherwise control such accrued, ongoing or prospective claims except the claims that had been resolved before the signing date of this Agreement.

IN WITNESS THEREOF, Assignor has duly executed this Copyright Assignment.

NETBULA, LLC

By: _____

      Dongxiao Yue, in his capacity as the President of Netbula, LLC

Title: President, Netbula, LLC

Date: _09-26, 2007_

Page 1 of 2

## EXHIBIT A

### THE POWERRPC COPYRIGHTS ASSIGNED TO DR. YUE

| Title of Copyrighted Work | U.S. Copyright Registration No. | Date of Registration |
|---|---|---|
| Netbula PowerRPC | TX 6-211-063 | October 18, 2005 |
| Netbula PowerRPC Runtime DLL 98-NT-SDK-NTCT | TX 6-446-398 | October 6, 2006 |
| Netbula powerRPC-98 | TX 6-459-456 | October 6, 2006 |
| Netbula PowerRPC PWRPC32.DLL 00-SDK-STK | TX 6-437-847 | October 3, 2006 |
| NETBULA POWERRPC 2K4 | TX 6-491-697 | December 15, 2006 |
| All Netbula PowerRPC and ONC RPC software created before January 1, 2007 | | |

### NOTARIZATION

Before me this _September 26, 2007_ personally appeared: <u>Dongxiao Yue,</u> to me known to be the person who is described in and who executed the foregoing copyright assignment instrument and acknowledged to me that he executed the same in his capacity as President of Netbula, LLC for the purpose therein expressed.

_LeRoy E. Hollingworth_
Notary Public



LE ROY E. HOLLINGWORTH
Commission # 1689050
Notary Public - California
Alameda County
My Comm. Expires Sep 18, 2010

A0007

# EXHIBIT 3

# EXHIBIT 3

A0007

A0008

EXHIBIT
9-19-07
3
Melnick

**Subject:** Need Full Version to Test ONC RPC
**From:** "Carroll, Don B" <CarroDB@LOUISVILLE.STORTEK.COM>
**Date:** Tue, 18 Jan 2000 11:51:28 -0700
**To:** <sales@netbula.com>
**CC:** "Howard, Vaughn B" <HowarVB@LOUISVILLE.STORTEK.COM>, "Oliver, Keith A"
<OliveKA@LOUISVILLE.STORTEK.COM>

Dear sales@netbula.com <mailto:sales@netbula.com> :

Is there anyway we can get the full version of ONC RPC for testing and
evaluation?  We have an existing product that we are tying to replace MKS
NutCracker RPC with your product.  Our product has far more than 6 RPC
functions.  We are unable to properly evaluate your product with these
limitations.

The product we are working on is for re-sale and not internal use.  We are a
large company and it would not be wise for us to distribute this software
unlicensed.  We are willing to sign agreements to this affect.

Don B. Carroll
Project Manager
(303)661-5223
For:
Vaughn Howard
Backup and Recovery Engineering Manager
StorageTek
2270 South 88th Street
Louisville, CO  80028-5210
(303)661-6704
howarvb@louisville.stortek.com

A0009

# EXHIBIT 4

# EXHIBIT 4

A0009

A0010

EXHIBIT
9-14-07
4
Melnic V

**Subject:** Quotes and License Agreement
**From:** "mike melnick" <melnimr@louisville.stortek.com>
**Date:** Mon, 07 Feb 2000 13:46:38 -0800
**To:** <sales@netbula.com>

```
I am looking to speak with someone on the purchase of 8 developer
licenses for Power RPC, ONC RPC SDK for Win 32, and a limited
application distribution agreement. I would also like to see your
license and distribution agreement and need to know who i can negotiate
the agreement with.
Regards,
Mike Melnick
SubContract Admin.
StorageTek Corp.
303-673-2914 (v)
303-673-4945 (f)
```

A0011

# EXHIBIT 5

# EXHIBIT 5

A0011



# Netbula, LLC

P. O. Box 99335
Emeryville, CA  94662
510-593-7053 fax 510-291-2237

**Invoice No.          1540**

## *INVOICE*

### Customer

| | |
|---|---|
| Name | ████████████ |
| Address | Level 5, 330 Collins St |
| City | Melbourne, VIC      State AUS      ZIP 3000 |
| Phone | ████████████ |

| | |
|---|---|
| Date | 10/28/1999 |
| Order No. | |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | ONC RPC Development License | $525.00 | $525.00 |
| 1 | ONC RPC 20 machine runtime | $1,000.00 | $1,000.00 |

| | |
|---|---|
| SubTotal | $1,525.00 |
| Shipping & Handling | $25.00 |
| Taxes          State | $0.00 |
| **TOTAL** | $1,550.00 |
| **AMT PAID** | |
| **AMT DUE** | $1,550.00 |

### Payment Details

○  Cash
◉  Check
○  Credit Card

Name _____
CC # _____
          Expires _____

Office Use Only

*Due upon deliver of product*

*Providing enterprises with client/server and internet solutions*

NBS-0002621                                    A0012



# Netbula, LLC

P. O. Box 99335
Emeryville, CA 94662
510-593-7053 fax 510-291-2237

**Invoice No.        1552**

## *INVOICE*

**Customer**

| | |
|---|---|
| Name | ████████ |
| Address | 102 SHOE LANE |
| City | LODON            State UK        ZIP EC41 2BB |
| Phone | ████████ |

| | |
|---|---|
| Date | 12/2/1999 |
| Order No. | C607227/2 |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Netbula ONC RPC WIN32 20 machine runtime | $1,000.00 | $1,000.00 |

**Payment Details**

- ○ Cash
- ○ Check
- ◉ Credit Card      Visa card

Name D Berry
CC # 47….4589
Expires _____ Sep-00

| | |
|---|---|
| SubTotal | $1,000.00 |
| Shipping & Handling | $16.00 |
| Taxes        State | $0.00 |
| **TOTAL** | $1,016.00 |
| **AMT PAID** | 1016 |
| **AMT DUE** | $0.00 |

Office Use Only

*Due upon deliver of product*

*Providing enterprises with client/server and internet solutions*

*Pº Imperial, No. 6 - 2º D/1*
*28005 MADRID*

*Fax No.* (█████) █████

*e-mail:* ████████

**CONSULTORES S.L.**

*VAT No. ES* ███████

| | |
|---|---|
| NETBULA | *Pedido Nº:* *Purchase Order No.:* 156/00-ASC |

*Fecha:*
*Date:* 28th February 2000

| POS. | QTY. | DESCRIPTION | TOTAL PRICE |
|------|------|-------------|-------------|
| 1 | 1 | Netbula ONCRPC (RPCGEN) SDK for WIN32 – per developer (platforms: Windows NT V4.0). | US$  895.00 |
| 1 | 1 | Netbula ONCRPC for WIN32 Runtime license (for 20 machines runtime) – (Platforms: Windows NT workstation V4.0). | US$ 1,000.00 |
| | | Shipping cost. | US$   25.00 |
| | | **TOTAL PRICE** .................................................................... | **US$ 1,920.00** |
| | | ✓  Prices are based on your quotations dated 1/28/00 and 1/31/00. | |

Shipment has to be done by UPS – Account No. OE04X8.

Partial Shipments are not allowed.

Delivery Time: As soon as possible.

Payment Terms: Net 30 Days.



SALES MANAGER

A0015

# EXHIBIT 6

# EXHIBIT 6

A0015

# Netbula Secure Order Form

**Please Note:** The information you enter on this order form will be received in a secure mode from any Netscape or SSL browser.
You may also print out this order form and FAX it to (510)-291-2237
To request Federal Tax ID, Wire transfer information and other information, please fax to 510-291-2237

## Alternative Order Method:

- Print and fill the order form and mail it to
  **Netbula, LLC, Sales Department,**
  **P. O. Box 99335**
  **Emeryville, CA 94662, USA.**
- FAX the order form to Netbula at **(510)-291-2237**
- Use your company Purchase Order Form and mail/fax to Netbula.
  Payment is due upon delivery of product. **Temporary licenses are issued before payment is received.**

## Alternative Payment Method:

- Send check/money order to Netbula.
- Wire to our bank account, please contact sales for info, $15 processing fee applies.

# Explaination of license terms

**One development license is for one developer to use Netbula RPC (PowerRPC or ONC RPC)**
to develop client/server applications on one machine running one operating system (each UNIX flavor is a different OS).
**A Netbula ONC RPC limited application distribution license is for**

- installing applications developed using Netbula RPC tools and supporting infrastructure (DLLs, portmapper, etc)
- for one operating system
- on up to 1,000 (one thousand) machines for any number of users

*Netbula may request you to conduct an audit to account the number of runtimes that have been installed.*
*ONC RPC runtime licenses can also be purchased at smaller paks.*
**A Netbula Java RPC limited application distribution license is for**

- Installing netbula.ORPC package on up to 1,000 end-user machines..
- Or, installing netbula.ORPC package on up to 10 WEB servers.

Please compare our products and prices with similar products.
Please contact us if you have other licensing inquiries, such as site development license and RPC library source code license.
Users of Netbula RPC development tools include:
AOL, CITICORP, FUJITSU, HP, NOKIA, SONY, TEKTRONICS
Please fill the quantity for the product(s) and calculate the amount

**The prices listed here may subject to change without notice.**
**To obtain a price quote that is valid for 30 days, please send an email/fax**
**to us, we will fax back a quote.**

| Product (part#) | Platform (enter) | Unit price | Quantity | Amount |
|---|---|---|---|---|
| Netbula ONC RPC SDK for WIN32 development license (ORW32SDK) | Windows NT/95 | $895 | 1 (ONE) | $ 895.00 |
| Netbula ONC RPC Windows NT/95 limited application distribution license (ORW32DIS) | Windows NT/95 | $5995 | x 0 | = 0 |
| Netbula Java RPC development license (JRSDK) | JAVA | $525 | x 0 | = 0 |
| Netbula Java RPC limited application distribution license (JRDIS) | JAVA | $5995 | x 0 | = 0 |
| Netbula Java RPC DLL(JavaRPC.dll) limited application distribution license (JRDLLDIS) | Win32 | $2995 | x 0 | = 0 |
| *Please add the total* | | | shipping | $ 00.00 |
| | | | *Total Amount ==>* | $ 895.00 |

If you have additional comments, please write it in the space below.

**THE VISA CARD HAS A MAXIMUM AMOUNT (US $ 750.00) FOR EACH**
**TRANSACTION.**
**YOU SHOULD DIVIDE THE TOTAL AMOUNT IN TWO DISTINCT**
**TRANSACTIONS (US $ 450.00 AND US $ 445.00).**

**IF THIS SHORTCUT IS NOT ACCEPTABLE, PLEASE CONTACT US.**
Email address: ███████████████████████████

Please, SEND US THE INVOICE (via FAX).

███████████████████████████

*Payment Information (Fields with * are optional):*

| Credit Card Type | _VISA | |
| Credit Card Number | ███████████ | Exp. Date (mmyy) __12 07__ |
| Credit card customer service number | | |
| CVV number | | |
| Cardholder name | ███████████ | |
| Your name | █████████████ | |
| Company name | | |
| Address line1 | | |
| City & State | | State |
| Zip & Country | | Country    ITALY |
| Daytime phone | | |
| FAX | | |
| Email address | ███████████ .it | |

**Refund policy: no refund in any case, please try out the software before you purchase.**

Your personal information, address and email address won't be released to any third party for any purpose by Netbula.

If you have any problems using this order form, please email support@netbula.com.

You may also print out this form and send it to :

**Netbula, LLC, Sales Department, P. O. Box 99335, Emeryville, CA 94662, USA**

A0019

# EXHIBIT 7

# EXHIBIT 7

A0019

**Subject:** RE: RE: Quotes and License Agreement
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Thu, 17 Feb 2000 11:08:07 -0700
**To:** <ydx@netbula.com>

```
X-Priority: 3
X-MSMail-Priority: Normal
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
```

Don,
Can you provide a quote on support please. Our expectation is that we
provide 1st call and pass any issues on to Netbula. The document I send will
clarify this
Regards,
Mike Melnick
SubContract Administrator
Computing Tools Sourcing
303-673-2914 phone
303-673-4945 fax
Melnimr@Louisville.Stortek.com
StorageTek
INFORMATION made POWERFUL


-----Original Message-----
From: sales@netbula.com [mailto:sales@netbula.com]
Sent: Tuesday, February 08, 2000 11:42 AM
To: Melnick, Michael R
Cc: ydx@netbula.com
Subject: Re: RE: Quotes and License Agreement


The following are the quotes:
PowerRPC developer license: $1495 per developer per machine
ONC RPC WIn32 developer license : $895 per developer per machine
PowerRPC limited distribution license: $6995 per platform
ONC RPC Win32 limited distribution license: $5995

The price is good till March 8, 2000.

The contact person for RPC product sales is Don Yue at 510-593-7053
(ydx@netbula.com)

Thank you very much.


   Thank you,
   Could you provide a quote also? And the name and number of someone I can
   discuss this with.
   Regards,
   Mike Melnick
   SubContract Administrator
   Computing Tools Sourcing
   303-673-2914 phone
   303-673-4945 fax
   Melnimr@Louisville.Stortek.com
   StorageTek
   INFORMATION made POWERFUL


   -----Original Message-----
   From: Netbula Sales [mailto:sales@netbula.com]
   Sent: Monday, February 07, 2000 3:28 PM
   To: Melnick, Michael R
   Subject: Re: Quotes and License Agreement


   Dear Mike,
   Please read the attached license agreement template.
   The limited distribution license is for distributing the DLLs and
   support programs to 1,000 machines.
```

We can discuss the alternatives if this agreement does not
suit your needs.

Sales
Netbula

mike melnick wrote:

I am looking to speak with someone on the purchase of 8 developer
licenses for Power RPC, ONC RPC SDK for Win 32, and a limited
application distribution agreement. I would also like to see your
license and distribution agreement and need to know who i can negotiate
the agreement with.
Regards,
Mike Melnick
SubContract Admin.
StorageTek Corp.
303-673-2914 (v)
303-673-4945 (f)

A0022

# EXHIBIT 8

# EXHIBIT 8

A0022



NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN Storage Technology Corporation ("StorageTek"), AND NETBULA LLC.
("NETBULA")

**Deleted:** YOU (AN INDIVIDUAL OR A SINGLE ENTITY SIGNING BELOW)

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The Netbula ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the
SDK PRODUCT) is protected by copyright laws and international copyright treaties,
as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants StorageTek, a non-exclusive, perpetual, irrevocable license for
use by StorageTek's employees, consultants and subsidiaries for up to ONE
user(s), for each of the licenses purchased, to use the PowerRPC SDK Product
under Windows NT and 95/98 platforms; each user can only use the software on one
computer. You have the right to make additional copies of the SDK Product solely
for backup or archival use.

**Deleted:** you

The license is not transferable without written permission of Nebula.  Such
permission will not be unreasonably withheld.

2.    Copyright

You must treat the software as copyrighted material. You may not copy and
redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK
contains CODE that identify themselves as for development only and is not for
distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE
THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR
ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
c.    You may not rent or lease the software.

4.    Limited SDK Warranty

If StorageTek reports in writing a software defect that prevents StorageTek from
using the SDK Product within ninety (90) days after StorageTek has paid for the
software, and NETBULA LLC. is unable to correct, repair or replace the SDK
Product , NETBULA LLC. will refund all StorageTek's license fees fully.

**Deleted:** you
**Deleted:** you
**Deleted:** thirty
**Deleted:** you
**Deleted:** the defect within 30 more days
**Deleted:** you
**Deleted:** r
**Deleted:** payment
**Deleted:** you
**Deleted:** r

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to StorageTek, a non-exclusive, perpetual, irrevocable license to
copy, sublicense, transfer and distribute the Netbula RPC Supporting Programs
and components set forth on Exhibit B (the "Supporting Programs") along with
StorageTek's product to StorageTek's resellers and customers.

1.    Limited Distribution. You agree to maintain reasonable records of the
number of copies of the Supporting Programs distributed hereunder and to pay
Netbula as set forth in Exhibit C for such copies. Netbula may, with reasonable

notice, and at times that do not interfere with StorageTek's business, request StorageTek to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

Deleted: you

▾

3.    Limited Warranty. NETBULA warrants that the Supporting Programs will perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect StorageTek reports in the Supporting Programs and re-deliver to StorageTek corrected versions as well as any other fixes or enhancements. If Netbula is unable to correct, replace or repair the Supporting Programs, Netbula will refund all license fees paid in full.

Deleted: 2. Restrictions. Without Nebula's written permission, the supporting RPC software can NOT be distributed with software development products that directly compete with NETBULA RPC development products.

Deleted: you

Deleted: you

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.    Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000 Warranty. Netbula warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

4.    INDEMNITY.  Netbula will, at its expense, defend StorageTek against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and Netbula will indemnify StorageTek against all costs, damages and attorneys' fees finally awarded, whether by judgment, settlement, or otherwise.  StorageTek agrees to give Netbula prompt written notice of any such claim. Netbula agrees that in the event of any claim of infringement, or in Netbula's judgment such a claim is likely to occur, Netbula will procure the right for StorageTek to continue using the SDK Product and Supporting Programs or Netbula will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.  If none of the foregoing options are available on terms which are reasonable in Netbula's judgment, upon written request StorageTek will return the SDK Product and Supporting Programs to Netbula, and StorageTek will receive a refund of the license fee paid.  Netbula shall have no

A0025

obligation with respect to any such claim based upon StorageTek's unauthorized modification of the SDK Product and Supporting Programs.

5.    PUBLIC RELEASE OF INFORMATION
Netbula must have the prior written approval of StorageTek's authorized purchasing agent prior to use or publication of StorageTek's company name, logo or trademarks even on customer lists in promotion of Netbula's business, services or products.

6.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the Netbula SDK Products and Supporting Programs.

Problems and questions related to the usage of the R SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

Netbula will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other Netbula or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by StorageTek. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

Deleted: Product: Netbula RPC Platform: Win32, Solaris(Sparc) Customer:

Deleted: Start Date: February 17, 2000   End Date:

Deleted: (PO#_____,
INV#_____)
Netbula RPC Support Terms and Conditions.

Deleted: RPC Product.

Deleted: PC library functions.

Deleted: RPC programming techniques.

Deleted: RPC

Deleted: terminates at the end date specified

Deleted: The service fee is not refundable.

A0025

Netbula will provide a FAQ list that has been complied from our Netbula's
customers, which will answer commonly asked questions.
Netbula Tech Support

Support@netbula.com

http://www.netbula.com/

Netbula LLC
P. O. Box 99335
Emeryville, CA 84602

7 .    Governing Law. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF
CALIFORNIA, as those laws are applied to contracts entered into and to be
performed entirely in California by California residents and without regard to
conflicts of laws principles.

8 .    General. The parties hereto are independent contractors and no employment,
agency, or joint venture is created hereunder. All notices, requests and other
communications under this Agreement must be in writing, and may be sent via e-
mail or facsimile, or delivered by hand to the party to whom such notice is
required or permitted to be given. This Agreement may not be assigned by either
party or amended without the written consent of both parties, which shall not be
unreasonably withheld. Any purported assignment or amendment in derogation of
the foregoing shall be void. If any provision of this Agreement is held by a
court of competent jurisdiction to be unenforceable for any reason, the
remaining provisions hereof shall be unaffected and remain in full force and
effect. This Agreement is the final, complete and exclusive agreement between
the parties relating to the subject matter hereof, and supersedes all prior or
contemporaneous understandings and agreements relating to such subject matter,
whether oral or written. Any termination of this Agreement will not effect any
sublicenses granted by StorageTek to their customers, such licenses will remain
in full force and effect.

Each signatory by its execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                              NETBULA:
By:_____                          By:_____
Print Name:_____                  Print Name:_____
Title:_____                       Title:_____
Date:_____                        Date:_____

| Deleted: 3 |
| --- |

| Deleted: , and the parties submit to the exclusive jurisdiction of the courts of California for all disputes arising hereunder. |
| --- |

| Deleted: 4 |
| --- |

| Deleted: . This Agreement shall for all purposes be governed by and interpreted in accordance with the laws of the State of California, USA |
| --- |

| Deleted: must be mailed by registered or certified mail, postage prepaid and return receipt requested, |
| --- |

| Deleted: LICENSEE |
| --- |

A0027

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe      the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe     portmapper for Win32
* Pmapsvc.exe     portmapper service for Windows NT
* Rpcinfo.exe     program that displays registered RPC services
* Pwrpc32.dll     runtime library for Netbula ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                       the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll        the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

A0027

A0028

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with Netbula ONC
RPC applications.

* Pwrpc32.dll            The runtime library for Netbula ONC RPC
* Portmap.exe            The portmapper program for Win32
* Pmapsvc.exe            The portmapper service for Windows NT

A0028

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $895 per license for all rights granted under this Agreement with respect to the SDK Product, and one-time fee of $5,995 for the right to distribute up to 1000 units of software containing the Supporting Programs, thirty (30) days after receipt of an invoice referencing a valid purchase order number. NETBULA agrees that future SDK license purchases will be at a mutually agreed to price. NETBULA agrees to offer STORAGETEK additional units of Supporting Program licenses for the limited distribution license, at the cumulative license purchased prices as provided listed below. Pricing is based on cumulative purchases, not single purchase events. Additional licenses purchased are subject to the terms and conditions of this Agreement.

| Quantity | Price (per thousand) | Discount |
|---|---|---|
| 1-1000 | $5995 | 0% |
| 1001-2000 | $4796 | 20% |
| 2001-3000 | $4496 | 25% |
| 3001-and above | $4196 | 30% |

| Deleted: LICENSEE |

| Deleted: LICENSEE |
| Deleted: the current price of |
| Deleted: . |

A0030

# EXHIBIT 9

# EXHIBIT 9

A0030

Storage Technology Corporation 303.673.4945 fax
One StorageTek Drive
Louisville, Colorado 80028
MS 5236

No Send

# F A C S I M I L E

**STORAGETEK**

TO _Don Yue_ FROM _Mike Melnick_

COMPANY _____ # PAGES _8_

FAX # _____ SUBJECT _____

DATE _3/2_

Don,

here is The agreement. Please Countersign +
fax Back and I will issue you a
purchase order.

Thanks.

MM (303-673-4945 F)

I N F O R M A T I O N *made* P O W E R F U L

## NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING AGREEMENT BETWEEN STORAGE TECHNOLOGY CORPORATION ("STORAGETEK") AND NETBULA LLC. ("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT) is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, irrevocable license for use by STORAGETEK's employees, consultants and subsidiaries for up to ONE user(s), for each of the licenses purchased, to use the PowerRPC SDK Product under Windows NT and 95/98 platforms; each user can only use the software on one computer. You have the right to make additional copies of the SDK Product solely for backup or archival use.

The license is not transferable without written permission of Nebula.  Such permission will not be unreasonably withheld.

2.    Copyright

You must treat the software as copyrighted material. You may not copy and redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify themselves as for development only and is not for distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

If STORAGETEK reports in writing a software defect that prevents STORAGETEK from using the SDK Product within  (30) days after STORAGETEK has paid for the software, and NETBULA LLC. is unable to correct, repair or replace the SDK Product within thirty (30) more days. , NETBULA LLC. will refund all STORAGETEK's  license fees  fully.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, irrevocable license to copy, sublicense, transfer and distribute the NETBULA RPC Supporting Programs and components set forth on Exhibit B (the "Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers and customers.

1.    Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay

1

NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

3.    Limited Warranty. NETBULA warrants that the Supporting Programs will, for sixty (60) days, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full.

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2.    Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000 Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

4.    INDEMNITY. NETBULA will, at its expense, defend STORAGETEK against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees finally awarded, whether by judgment, settlement, or otherwise. STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgment such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing. If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a refund of the license fee paid. NETBULA shall have no

2

obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.   PUBLIC RELEASE OF INFORMATION

NETBULA must have the prior written approval of STORAGETEK's authorized purchasing agent prior to use or publication of STORAGETEK's company name, logo or trademarks even on customer lists in promotion of NETBULA's business, services or products.

6.   Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the R SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail.  Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone.  Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.

3

NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94602

7.    Governing Law. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF
CALIFORNIA, as those laws are applied to contracts entered into and to be
performed entirely in California by California residents and without regard to
conflicts of laws principles.

8.    General. The parties hereto are independent contractors and no employment,
agency, or joint venture is created hereunder. All notices, requests and other
communications under this Agreement must be in writing, and may be sent via e-
mail or facsimile or delivered by hand to the party to whom such notice is
required or permitted to be given. This Agreement may not be assigned by either
party or amended without the written consent of both parties, which shall not be
unreasonably withheld. Any purported assignment or amendment in derogation of
the foregoing shall be void. If any provision of this Agreement is held by a
court of competent jurisdiction to be unenforceable for any reason, the
remaining provisions hereof shall be unaffected and remain in full force and
effect. This Agreement is the final, complete and exclusive agreement between
the parties relating to the subject matter hereof, and supersedes all prior or
contemporaneous understandings and agreements relating to such subject matter,
whether oral or written. Any termination of this Agreement will not effect any
sublicenses granted by STORAGETEK to their customers, such licenses will remain
in full force and effect.

Each signatory by its execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                              NETBULA:
By: _Mike Melnick_                      By: _____

Print Name: _MiKE Melnk_                Print Name: _____

Title: _Sub Contract admin_             Title: _____

Date: _3/1/00_                          Date: _____

4

NBS-0000019                                          A0035

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe       the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe      portmapper for Win32
* Pmapsvc.exe      portmapper service for Windows NT
* Rpcinfo.exe      program that displays registered RPC services
* Pwrpc32.dll      runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                      the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll       the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

5

                    A0036

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC
RPC applications.

* Pwrpc32.dll              The runtime library for NETBULA ONC RPC
* Portmap.exe              The portmapper program for Win32
* Pmapsvc.exe              The portmapper service for Windows NT

6

EXHIBIT C

PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $895 per license for all rights granted under this Agreement with respect to the SDK Product, and one-time fee of $5,995 for the right to distribute up to 1000_ units of software containing the Supporting Programs, thirty (30) days after receipt of an invoice referencing a valid purchase order number. NETBULA agrees that future SDK license purchases will be at a mutually agreed to price. NETBULA agrees to offer STORAGETEK additional units of Supporting Program licenses for the limited distribution license, at the cumulative license purchased prices as provided listed below. Pricing is based on cumulative purchases, not single purchase events. Additional licenses purchased are subject to the terms and conditions of this Agreement.

List Price is $5995 per 1000.

| Quantity | Discount | Net Price |
|---|---|---|
| 1-1000 | 0% | $5995 |
| 1001-2000 | 15% | $5096 |
| 2001-3000 | 25% | $4796 |
| 3001 and above | 25% | $4796 |

7

A0039

# EXHIBIT 10

# EXHIBIT 10

A0039

A0040



**STORAGETEK**
INFORMATION MADE POWERFUL

Fax Cover Sheet

Date:  Friday, March 03, 2000
Time:  02:08:08


To:
Phone:
Fax:        510-291-2237

From:      17662
Phone:
Fax:

Number of pages including cover sheet:  3

Subject:

Message:



EXHIBIT
10

A0041

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

INVOICE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8183
One StorageTek Drive
Louisville, CO 80028
USA

## StorageTek PURCHASE ORDER

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DON YUE
P.O. BOX 99335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2637

RESALE PERMIT #: 10-13932
PAGE:    1 OF 2

PURCHASE ORDER NUMBER:  COOL122576
PURCHASE ORDER DATE:  03/03/2000
DATE/TIME OF PO OUTPUT:  03/03/2000 - 14:02:43

BUYER/PHONE: Mike Melnick / 303-673-2914

TERMS: STK NET 30 DAYS

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
BLDG. 5, DOCK 21 OR 22 (MRO)
Louisville, CO 80028
USA

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB: STK Free On Board -Origin

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-3-00

SHIP PRODUCT FEDEX "EXPRESS SAVER" USING STORAGETEK ACCOUNT NUMBER 080201133-8

REFERENCE E-MAIL QUOTE OF 2-8-00 FOR PRICING ONLY

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| 10 | | developer licenses for power rpc | 8 | EA | 895.00 | 7,160.00 |

SUPPLIER'S MATERIAL#:
ECR:    REV:    FAMILY SPEC:    FAMILY REVISION:
SPECIAL PACK REQUIREMENTS:    PACK SPEC:    PACK REVISION:
8 DEVELOPER LICENSES AND DOCUMENTATION FOR POWER RPC, ONC RPC SDK FOR WIN32

### DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---|---|---|---|
| 03/08/2000 | 8 | EA | 0 |

CONTINUED

NBS-0000024

A0041

STORAGE TECHNOLOGY CORPORATION
One StorageTek Drive
Louisville, CO 80028
USA
(303)673-5151

# StorageTek PURCHASE ORDER

| PURCHASE ORDER NUMBER: | CCOL122576 |
| PURCHASE ORDER DATE: | 03/03/2000 |
| DATE/TIME OF PO OUTPUT: | 03/03/2000 - 14:02:43 |

RESALE PERMIT #: 10-13932
PAGE:   2 OF 2

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | UMI | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 20 | | 1000 unit distribution license | | 5,995 | ZSU | 1.00 | 5,995.00 |

SUPPLIER'S MATERIAL#:

EC#:                                      REV:                   FAMILY SPEC:                              FAMILY REVISION:
SPECIAL PACK REQUIREMENTS:                                      PACK SPEC:                                PACK REVISION:
RIGHTS TO SHIP 1000 UNITS OF PRODUCT AS SPECIFIED IN THE AGREEMENT

**DELIVERY SCHEDULE:**

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---|---|---|---|
| 03/08/2000 | 5,995 | ZSU | 0 |

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | UMI | PRICE PER UNIT | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| 30 | | 10 PACK INCIDENT SUPPORT | | 1,000 | ZSU | 1.00 | 1,000.00 |

SUPPLIER'S MATERIAL#:

EC#:                                      REV:                   FAMILY SPEC:                              FAMILY REVISION:
SPECIAL PACK REQUIREMENTS:                                      PACK SPEC:                                PACK REVISION:
10 calls to support at $100 per call, per conditions provided in the agreement

**DELIVERY SCHEDULE:**

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---|---|---|---|
| 03/08/2000 | 1,000 | ZSU | 0 |

P.O.TOTAL:          14,155.00 USD

*CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.*
*PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS DESIGNATED TO APPLY.*
*ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER. BY ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.*
*\* SU - SERVICE UNIT - IS A UNIT OF MEASURE VALUED AT $1.00 USED FOR THIS PURCHASE ORDER.*

END OF PURCHASE ORDER

A0043

# EXHIBIT 11

# EXHIBIT 11

A0043



**Subject:** PowerRPC Portmapper
**From:** "Scott Painter" <paintes@louisville.stortek.com>
**Date:** Mon, 01 May 2000 15:39:18 -0600
**To:** <support@netbula.com>
**CC:** <abrammp@louisville.stortek.com>
**X-Mozilla-Status:** 0001
**X-Mozilla-Status2:** 00000000
**Received:** by www1.web2010.com (8.9.3/8.9.0) id RAA18264 for netbula2; Mon, 1 May 2000 17:33:08 -0400 (EDT)
**Received:** from cyclone.stortek.com (cyclone.stortek.com [129.80.22.130]) by www1.web2010.com (8.9.3/8.9.0) with ESMTP id RAA18258 for <support@netbula.com>; Mon, 1 May 2000 17:33:07 -0400 (EDT)
**Received:** from cyclone.stortek.com (localhost [127.0.0.1]) by cyclone.stortek.com (8.9.3/8.9.3) with ESMTP id PAA07510 for <support@netbula.com>; Mon, 1 May 2000 15:39:10 -0600 (MDT)
**X-Priority:** 3
**X-MSMail-Priority:** Normal
**Received:** from vinson-atm6.stortek.com (vinson.stortek.com [129.80.120.134]) by cyclone.stortek.com (8.9.3/8.9.3) with ESMTP id PAA07505 for <support@netbula.com>; Mon, 1 May 2000 15:39:09 -0600 (MDT)
**Received:** from louisville.stortek.com (L202929.stortek.com [129.80.213.104]) by vinson-atm6.stortek.com (8.9.3/8.9.3) with ESMTP id PAA27315; Mon, 1 May 2000 15:39:20 -0600 (MDT)
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.00.2900.2180
**Message-ID:** <390DF986.C16CD2B0@louisville.stortek.com>
**Organization:** CSTBG
**X-Mailer:** Mozilla 4.7 [en] (WinNT; U)
**X-Accept-Language:** en,pdf
**MIME-Version:** 1.0
**Content-Type:** text/plain; charset="us-ascii"
**Content-Transfer-Encoding:** 7bit
**X-UIDL:** <gC!!,!bd9Gn_!!AU'!!
**Status:** RO
**X-Mozilla-Status:** 0000

```
Is it possible to customize the NT service name?  For example, our StorageTek products install some
other NT services and we would like them to all show up together, e.g. "StorageTek Portmapper",
etc.  We're using version 1.5 of your PowerRPCPortmapper.

thanks in advance

Scott Painter
StorageTek
303.673.7806
```

NBS-0000032

A0044

A0045

# EXHIBIT 12

# EXHIBIT 12

A0045



**Subject:** Re: PowerRPC for Win2K
**From:** "Anton Vatcky" <vatcka@sweng.stortek.com>
**Date:** Mon, 11 Jun 2001 15:55:08 +1000
**To:** <support@netbula.com>
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**Received:** by www1.web2010.com (8.9.3/8.9.0) id BAA28441 for netbula2; Mon, 11 Jun 2001 01:51:02 -0400 (EDT)
**Received:** from cyclone.stortek.com (cyclone.stortek.com [129.80.22.130]) by www1.web2010.com (8.9.3/8.9.0) with ESMTP id BAA28427 for <support@netbula.com>; Mon, 11 Jun 2001 01:51:01 -0400 (EDT)
**Received:** from cyclone.stortek.com (localhost [127.0.0.1]) by cyclone.stortek.com (8.9.3/8.9.3) with ESMTP id XAA25171 for <support@netbula.com>; Sun, 10 Jun 2001 23:50:59 -0600 (MDT)
**X-Priority:** 3
**X-MSMail-Priority:** Normal
**Received:** from vinson-atm6.stortek.com (root@vinson.stortek.com [129.80.40.134] (may be forged)) by cyclone.stortek.com (8.9.3/8.9.3) with ESMTP id XAA25166 for <support@netbula.com>; Sun, 10 Jun 2001 23:50:58 -0600 (MDT)
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.00.2900.2180
**Received:** from janus.stortek.com (janus.stortek.com [199.117.186.54]) by vinson-atm6.stortek.com (8.9.3/8.9.3) with ESMTP id XAA01467 for <support@netbula.com>; Sun, 10 Jun 2001 23:50:57 -0600 (MDT)
**Received:** from sweng.stortek.com (flanker.stortek.com [199.117.186.86]) by janus.stortek.com (8.9.3+Sun/8.9.1) with ESMTP id PAA05298 for <support@netbula.com>; Mon, 11 Jun 2001 15:50:41 +1000 (EST)
**Sender:** <vatcka@sweng.stortek.com>
**Message-ID:** <3B245D3C.328A8D93@sweng.stortek.com>
**Reply-To:** <Anton_Vatcky@storagetek.com>
**Organization:** StorageTek
**X-Mailer:** Mozilla 4.76 [en] (X11; U; SunOS 5.6 sun4u)
**X-Accept-Language:** en-GB, en
**MIME-Version:** 1.0
**References:** <200106082348.RAA08874@cyclone.stortek.com>
**Content-Type:** text/plain; charset="us-ascii"
**Content-Transfer-Encoding:** 7bit
**X-UIDL:** 6bF"!3_^"!HNk!!Ro/!!
**Status:** RO

```
G'day Support,

We at StorageTek currently use the NT version of PowerRPC in our product
called REELs. We have a license agreement with Netbula for this specific
version.

Would it be possible to obtain a copy of the Win2K version of PowerRPC,
to determine if our software will port OK to Win2K.

The intent is purely to evaluate our product as to its suitability for
Win2K.

A separate licensing agreement would follow up if StorageTek determines
that we will be able to sell our REEL software product for Win2K
platforms.

Regards,

--
Anton Vatcky
International Software Support
+61.(0)2.6263.5446 phone
+61.(0)2.6262.9995 fax
StorageTek
INFORMATION made POWERFUL


support@netbula.com wrote:
```

NBS-0000044

A0046

G'day Support,

I would like to know if you have a version of PowerRPC that is supported
on Windows 2000?

Yes. We have a version that's supported under Windows 2000.

Regards,

Dave King
Netbula LLC

If not, do you have any plans to port it to this platform?

If yes, in what time frame?

Thank you,

Regards,

--
Anton Vatcky
International Software Support
+61.(0)2.6263.5446 phone
+61.(0)2.6262.9995 fax
StorageTek
INFORMATION made POWERFUL

-------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

NBS-0000045

A0048

# EXHIBIT 13

# EXHIBIT 13

A0048



**STORAGETEK**

A0049

EXHIBIT
18 9-19-07
Melnick

## LibAttach™ 1.1 Release Notes

Revised: June 2000

This document supersedes all previous release notes and provides an overview of LibAttach Software 1.1.
It describes the changes to LibAttach since the previous version and provides the latest information on the
software and its documentation.

Always check the Customer Resource Center (**http://www.support.storagetek.com**) for the latest
version of LibAttach software documentation and release notes.

## Proprietary Information Statement

The information in this document is confidential and proprietary to Storage Technology Corporation and
may be used only under the terms of the product license or nondisclosure agreement. The information in
this document, including any associated software program, may not be disclosed, disseminated, or
distributed in any manner without the written consent of Storage Technology Corporation.

## Limitations on Warranties and Liability

This document neither extends nor creates warranties of any nature, expressed or implied. Storage
Technology Corporation cannot accept any responsibility for your use of the information in this document
or for your use of any associated software program. You are responsible for backing up your data. You
should be careful to ensure that your use of the information complies with all applicable laws, rules, and
regulations of the jurisdictions in which it is used.

**Warning**: No part or portion of this document may be reproduced in any manner or in any form without
the written permission of Storage Technology Corporation.

## Restricted Rights

Use, duplication, or disclosure by the U.S. Government is subject to restrictions as set forth in
subparagraph (c) (1) (ii) of the Rights in Technical Data and Computer Software clause at DFARS
252.227-7013 or subparagraphs (c) (1) and (2) of the Commercial Computer Software - Restricted Rights
at 48 CFR 52.227-19, as applicable.

## Trademarks

StorageTek is a registered trademark of Storage Technology Corporation. Other product names mentioned
in this document may be trademarks. They are used for identification purposes only.

Part Number 313442301

EC Number 123113

NBS-0000033

A0049

A0050

# Highlights of the LibAttach 1.1 Release

## New Solution Support

LibAttach 1.1 introduces support for Windows 2000 systems.

A0050

A0051

# Installation Considerations

## LibraryStation support

StorageTek supports LibAttach 1.1 running with LibraryStation, but this configuration was not QA tested.

## ACSLS support

LibAttach 1.1 was tested and is supported to run with ACSLS release 5.3.

## Upgrade Install

LibAttach 1.1 does not offer a direct upgrade path from release 1.0. If you are running version 1.0 and wish to upgrade to 1.1, you must remove LibAttach 1.0 from your system fully and then perform a fresh install of LibAttach 1.1.

Page 3 of 6

A0051

# Workarounds for Known Problems

The following issues are known problems in LibAttach 1.1 that have workarounds.

## Issue: How to sense a LibAttach 1.1 installation

**Solution:** Do the following:

1. Search the local registry for the following entry:

`HKEY_LOCAL_MACHINE\SOFTWARE\Microsoft\Windows\CurrentVersion\App Paths\ssi.exe`

The contents of this entry has two keys. The first contains the absolute path to the file SSI.EXE. It appears as: `LibAttach install directory\bin\ssi.exe`. The second contains only the path, without the `.exe` extension. It appears as: `LibAttach install directory\bin`. Test for the presence of the file SSI.EXE in the location the registry key says it should be and check for "execute" permission.

2. Search the local registry for the following entry:

`HKEY_LOCAL_MACHINE\SYSTEM\CurrentControlSet\Control\Session Manager\KnownDLLs`

This entry contains a list of all registered DLLs on the system. LibAttach 1.0 did not register the DLLs; LibAttach 1.1 does. Find the entry `libacs.dll` containing the text "`libacs.dll`" and the entry `pwrpc32.dll` containing the text `pwrpc32.dll`. Test for the presence of the files `libacs.dll` and `pwrpc32.dll` in the Windows system32 directory.

3. If Step 1 is successful but step 2 is not, you have a LibAttach 1.0 installation.

4. If both Steps 1 and 2 are successful, you have a LibAttach 1.1 installation.

5. If neither step is successful, LibAttach is not present on the system.

## Issue: Detecting the status of an ACSLS server

**Description:** LibAttach does not possess the innate ability to determine the up/down status of an ACSLS server to which it is talking. However, it can determine the up/down status of the server computer itself, but not the state of the ACSLS software. When a request is queued to a computer that is running but on which ACSLS is down, the call to `acs_response ()` returns a STATUS_PENDING if the submitted timeout value is passed, or the call hangs forever if no timeout is given. LibAttach is functioning as designed.

**Solution**: StorageTek recommends any integrator who wishes to check the status of ACSLS before submitting a complex command, such as `acs_mount ()`, perform a call to `acs_query_acs ()` first. This function returns quickly if ACSLS is up. A timeout value of two or three seconds is acceptable for

A0053

the call to `acs_response ()`. If this call times out and STATUS_PENDING is returned, you can assume ACSLS is down. If the call succeeds, ACSLS is up and running.

Note: It is possible to receive a STATUS_PENDING during normal operations of LibAttach and ACSLS. For example, a busy library with DLT drives could take a minute or more to complete a mount or dismount. Also, a slow or "dirty" network could interfere with the call to `acs_response ()`. Timeout values submitted to `acs_response ()` should be reasonable for your installation.

We are aware that the ACSAPI programmer's guide states:

> STATUS PENDING – This is a status value which is reserved for use inside the ACS storage server. No request process will return it to the user. If it is seen, please notify Customer Support.

We ask that you disregard this entry as it applies to the operation of LibAttach as described here.

NBS-0000037

A0053

# Resolved Product Issues in LibAttach 1.1

| Description | Issue # |
|---|---|
| **Description**: Allow the LibAttach service to be started and stopped from within BAT and CMD files, and from the command line using "net start" and "net stop." <br><br> **Resolution**: The LibAttach service can be started and stopped from within BAT and CMD files and from the command line using "net start and "net stop." | 659186 |
| **Description**: Report of "Invalid current state zero" on fast systems <br><br> **Resolution**: Code change; LibAttach should never return an "Invalid current state" on any system. | 671283 |

A0055

# EXHIBIT 14

# EXHIBIT 14

A0055

A0056

| From: | Rady, Lisa K |
| --- | --- |
| Sent: | Tuesday, March 2, 2004 10:52 AM |
| To: | Melnick, Michael R <melnimr@stortek.com> |
| Cc: | Rooney, Janet L <rooneyjl@stortek.com> |
| Subject: | RE: Netbula License Report for Audit 06/21 - REELNT Product |

Hi Mike,

It looks like Tracy G. is talking about a product called REELNT???? I have never heard of it before. The product that my team is using Netbula for is LibAttach, which is alive and well (although has been poorly managed). We are selling it today. I will be happy to work with you on this, whatever we need to do. Like I said, I just picked this up and things appear to be all over the place. I have a CD in my hand called "Netbula ONC RPC for Win32 Development Toolkit", licensed to StorageTek (1605) 8 Developers 1000 runtime. Inside the CD was the Receipt that included the PO number CCOL122576, your name as the buyer, and a date of 3/24/2000. That is all I know...

We do need to renew this license for LibAttach, so I am not clear on what Tracy was talking about in the emails below. Let me know how you want to proceed. Engineering will need to provide what specific platform they require.

Janet, can you provide that information?

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
StorageTek
INFORMATION made POWERFUL

-----Original Message-----
From: Melnick, Michael R
Sent: Tuesday, March 02, 2004 11:21 AM
To: Rady, Lisa K
Subject: FW: Netbula License Report for Audit 06/21 - REELNT Product

Lisa,
I can get a quote but original purchaser relayed the following information below to me in 2002. The agreement is specific to platform (Win NT and 95/98 platforms) types of Netbula software (PowerRPC SDK). This concerns me greatly as we have already told them we are no longer shipping it with our product. What do you need for sure? mm

-----Original Message-----
From: Melnick, Michael R
Sent: Monday, September 09, 2002 12:58 PM
To: Gagnon, Tracy A
Subject: RE: Netbula License Report for Audit 06/21 - REELNT Product

Tracy,
Are you saying that we have not shipped any additional product? mm

-----Original Message-----
From: Gagnon, Tracy A
Sent: Monday, September 09, 2002 12:35 PM
To: Melnick, Michael R
Subject: RE: Netbula License Report for Audit 06/21 - REELNT Product

EXHIBIT
9-19-07
25
Melnick

STK00000595

A0056

A0057

Michael,
Please use the same numbers that I provide to you back in June as they should not have changed.

The end of service date for REELNT is year end 2003 so I am not sure if there is anything we need to do on the contract side to follow up with Netbula?

Thanks

-----Original Message-----
From: Melnick, Michael R
Sent: September 06, 2002 12:44 PM
To: Gagnon, Tracy A
Subject: RE: Netbula License Report for Audit 06/21 - REELNT Product

Tracy,
I need these numbers again, from the last date of report to current. Thanks! mm

-----Original Message-----
From: Gagnon, Tracy A
Sent: Thursday, June 21, 2001 8:20 PM
To: Melnick, Michael R
Cc: Gagnon, Tracy A; Fitzpatrick, Gerard B
Subject: Netbula License Report for Audit 06/21 - REELNT Product
Importance: High

Mike:
Sorry it look a moment to get this data to you. I had to first receive a full product activity report from SCH and then review the product activity. Enclosed are the Netbula licenses for the REELNT product I am showing to date. I arrived at these numbers by going through the product history report from SCH. I am not sure if I have caught all the data points but it is close to accurate. My understanding is that we purchased 1000 Netbula licenses up front. We are not even close to utilizing that many licenses which is why I am surprised that Netbula made an official request for an audit.

Since I am coming into this program very late I am not exactly sure what this agreement with Netbula entails. Do you have a copy of the Netbula agreement that I can review. With the current product activity we will never utilize 1000 licenses so I would think we should not have to anticipate going through this exercise again.

If any information is missing please let me know.

Thanks for your patience,

Tracy Gagnon
Program Manager, Backup & Recovery Software
(303) 661 - 5938 (phone)
tracy_gagnon@stortek.com (email)
StorageTek
INFORMATION made POWERFUL

A0057

A0058

# EXHIBIT 15

# EXHIBIT 15

A0058

**Subject:** RE: License audit for Netbula ONC RPC runtime license
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Fri, 22 Jun 2001 07:46:02 -0600
**To:** "'Netbula Sales'" <sales@netbula.com>

John,
The license agreements requires us to provide the number of licenses
distributed. We will not provide customer information as we consider this to
be confidential. The license count you request is 107, this leaves us the
rights to distribute 893. If you have any questions please let me know.
Regards,
Mike Melnick
Contract Administration Sr. Consultant
Software and Systems Strategic Alliances
One StorageTek Drive
Louisville, Colorado 80028
303-673-2914 phone
303-673-4945 fax
Melnimr@Louisville.Stortek.com
StorageTek
INFORMATION made POWERFUL


-----Original Message-----
From: Netbula Sales [mailto:sales@netbula.com]
Sent: Thursday, May 03, 2001 1:46 AM
To: Melnick, Michael R
Subject: License audit for Netbula ONC RPC runtime license


Dear Michael,

Please haved the attached license audit form filled in and returned to us
via fax or mail by June 30, 2001.
The invoice number for your order was 1605, and the PO # was CCOL122576

Thank you very much,

John Young
Netbula LLC

A0060

# EXHIBIT 16

# EXHIBIT 16

A0060

A0061

EXHIBIT
9-19-07
216
Melnick

**Subject:** RE: Netbula RPC License audit
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Mon, 9 Sep 2002 15:35:41 -0600
**To:** <sales@netbula.com>

Jon,
We no longer distribute the runtimes with our products. Our count remains the same as provided to you in June of 01.
Regards,

```
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

-----Original Message-----
**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Friday, September 06, 2002 7:03 AM
**To:** Melnick, Michael R
**Subject:** Netbula RPC License audit

```
Mike,

Could you please provide us an updated audit of the number of runtimes distributed?

Thank you and best regards,

John Young
Netbula LLC


----- Original Message -----
From: "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
To: "'Netbula Sales'" <sales@netbula.com>
Sent: Friday, June 22, 2001 6:46 AM
Subject: RE: License audit for Netbula ONC RPC runtime license

> John,
> The license agreements requires us to provide the number of licenses
> distributed. We will not provide customer information as we consider this to
> be confidential. The license count you request is 107, this leaves us the
> rights to distribute 893. If you have any questions please let me know.
> Regards,
> Mike Melnick
> Contract Administration Sr. Consultant
> Software and Systems Strategic Alliances
> One StorageTek Drive
> Louisville, Colorado 80028
> 303-673-2914 phone
> 303-673-4945 fax
> Melnimr@Louisville.Stortek.com
> StorageTek
```

NBS-0000048

A0061

A0062

```
> INFORMATION made POWERFUL
>
>
>
> -----Original Message-----
> From: Netbula Sales [mailto:sales@netbula.com]
> Sent: Thursday, May 03, 2001 1:46 AM
> To: Melnick, Michael R
> Subject: License audit for Netbula ONC RPC r! un! time license
>
>
> Dear Michael,
>
> Please haved the attached license audit form filled in and returned to us
> via fax or mail by June 30, 2001.
> The invoice number for your order was 1605, and the PO # was CCOL122576
>
> Thank you very much,
>
> John Young
> Netbula LLC
>
>
>
>
> ------------------- Email sent using AnyEmail (http://netbula.com/anyemail/)
```

A0062

A0063

# EXHIBIT 17

# EXHIBIT 17

A0063

A0064

**CONFIDENTIAL**

# NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING AGREEMENT BETWEEN ███████████████████████████████ INC. AND NETBULA LLC. ("NETBULA")

## NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE

The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT) is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties.

1.    **LICENSE**

NETBULA grants ██████████████████████████, INC., a non-exclusive, perpetual, worldwide, irrevocable license, for use by ██████████████████████████ INC. employees, consultants and all subsidiaries and business lines for up to ONE user(s) for each of the licenses purchased, to use, copy, display and prepare derivative works of the ONC RPC or PowerRPC SDK Product under Windows NT and Windows XP and 95/98 platforms. The license is not transferable without written permission of Nebula . Such permission will not be unreasonably withheld.

2.    **Copyright**

You must treat the software as copyrighted material. You may not copy and redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify themselves as for development only and is not for distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR ORGANIZATION (as defined in Section 1), YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

      a.    The software may not be rented or leased as independent software licenses but the license may be incorporated as part of the entire CT system.

3.    **Other restrictions**

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    **Limited SDK Warranty**

NETBULA warrants that the SDK Product will perform in accordance with its documentation. If ██████████████████████████ INC. reports in writing a software defect that prevents ██████████████████████████, INC. from using the SDK Product in accordance with its documentation within (30) days after ████████████████████ (CLEVELAND), INC. has paid for the software, and NETBULA LLC. is unable to correct, repair or

A0064

A0065

CONFIDENTIAL

replace the SDK Product within thirty (30) more days. , NETBULA LLC. will refund all monies for the defective licenses fully to ████████████████████████████, INC.

## NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to █████████████████████████████, INC., a non-exclusive, perpetual, worldwide, irrevocable license to copy, sublicense, transfer, demonstrate and distribute the NETBULA RPC Supporting Programs and components (including, but not limited to, all documentation and supporting materials therefor) set forth on Exhibit B (the "Supporting Programs") along with ███████████████████████████, INC.'S product to █████████████████████████████████, INC.'S resellers, business partners and customers.

1.     Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with ██████████████████████, INC.'S business, request ███████████████████████████████████████, INC. to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.
2.     Limited Warranty. NETBULA warrants that the Supporting Programs will, for ninety (90) days following distribution or sublicense thereof, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect ████████████████████████████ INC. reports in the Supporting Programs and re-deliver to █████████████████████████ ████████████████. corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA at █████' option will refund all license fees paid in full.

3. Source code escrow

NETBULA uses a third party agent to provide source code escrow. To become a beneficiary of the escrow, █████████████████, INC. must sign a separate Escrow Agreement. The terms of the escrow such as release conditions will be defined in the Escrow Agreement among the Escrow Agent, NETBULA and ████████████████████ ███████, INC. (the licensee). ██████████████████████████████, INC. must also pay for all cost for setting up ███████████████████████████, INC. as a beneficiary, and must pay for the annual maintenance fee to maintain its beneficiary status.

## GENERAL TERMS

1.     Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, sixty (60) days end of month after receipt of an invoice referencing a valid purchase order number.

2.     Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN

2

A0065

A0066

CONFIDENTIAL

ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000/ Virus Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K compliant.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products, which do not properly exchange date data with SDK Products and Supporting Programs.

NETBULA warrants that SDK Products and Supporting Programs shall be virus-free.

4.    INDEMNITY.  NETBULA will, at its expense, defend ████████████████ (CLEVELAND), INC.and its successors and assigns against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify ██████████████████████████), INC. against all costs, damages and attorneys' fees incurred, whether by judgment, settlement, or otherwise. ████████████████████████. INC. agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgement such a claim is likely to occur, NETBULA will procure the right for ████ ████████████████, INC.to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.   NETBULA shall have no obligation with respect to any such claim based upon ██████████████████████, INC.'S unauthorized modification of the SDK Product and Supporting Programs.


5.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but cannot write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

3

A0066

A0067
CONFIDENTIAL

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one-year periods by ███████████████████████████████████, INC. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the complexity of the problem.

Method of Tech Support

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.

NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94662

7.      Governing Law/Arbitration. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA, as those laws are applied to contracts entered into and to be performed entirely in California by California residents and without regard to conflicts of laws principles. All disputes involving this Agreement, except actions arising under the patent and copyright provisions of the U.S. Code shall be submitted to a panel of three (3) arbitrators appointed and operating under the Uniform Arbitration Act and the procedural rules of the American Arbitration Association. Such panel shall include only persons with experience in the area of information technology or computer software licensing, installation and implementation. Each party shall choose one (1) arbitrator, and the third (3rd) arbitrator shall be chosen by the two (2) arbitrators thus selected by the parties. The location of the arbitration hearing will be chosen by the party not initiating the arbitration or action. The written decision of the arbitrators shall be final, binding and convertible to a court judgment in any appropriate jurisdiction.

4

A0067

A0068

CONFIDENTIAL

8.      General. The parties hereto are independent contractors and no employment, agency, or joint venture is created hereunder. All notices, requests and other communications under this Agreement must be in writing, and may be sent via e-mail or facsimile or delivered by hand to the party to whom such notice is required or permitted to be given. This Agreement may not be assigned by either party or amended without the written consent of both parties, which shall not be unreasonably withheld. Any purported assignment or amendment in derogation of the foregoing shall be void. If any provision of this Agreement is held by a court of competent jurisdiction to be unenforceable for any reason, the remaining provisions hereof shall be unaffected and remain in full force and effect. This Agreement is the final, complete and exclusive agreement between the parties relating to the subject matter hereof, and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. Any termination of this Agreement will not affect any sublicenses granted by ███████████████████████████████████. to their customers, such licenses will remain in full force and effect.

Each signatory by its execution of this Agreement represents that it has appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

Title: _UP Supply Chain_

Date: _10-29-03_

NETBULA:

By: _[signature]_

Print Name: _DON YUE_

Title: _UP Sales_

Date: _2003-10-06_

5

A0068

A0069

CONFIDENTIAL

## EXHIBIT A

**NETBULA ONC RPC SDK AND POWERRPC SDK**
**PRODUCT DESCRIPTION**

**ONC RPC SDK CONTAINS**

* Rpcgen.exe  the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe portmapper for Win32
* Pmapsvc.exe        portmapper service for Windows NT and Windows XP
* Rpcinfo.exe  program that displays registered RPC services
* Pwrpc32.dll  runtime library for NETBULA ONC RPC
* C header files and import library

**PowerRPC SDK (WIN32 Version) CONTAINS**

* PowerRPC.exe                    the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll     the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

## EXHIBIT B

**NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED**

One or more of the following components are distributed along with NETBULA ONC RPC applications.

* Pwrpc32.dll            The runtime library for NETBULA ONC RPC
* Portmap.exe            The portmapper program for Win32
* Pmapsvc.exe            The portmapper service for Windows NT & Windows XP

NBS-0002741                                                                A0069

A0070

CONFIDENTIAL

# EXHIBIT C

# PAYMENT

██████████████████████████████, INC. has paid NETBULA a one-time fee of $895.00 per developer license for all rights granted under this Agreement with respect to the NETBULA ONC RPC SDK Product and a
one-time fee of $7995.00 for the right to distribute up to 1000 units of ONC RPC client runtime license. Client runtime License pricing has been defined as $680 for 20 licenses or $17,850 for 1000 license. Server runtime license pricing has been defined as $800 per unit. A unit of ONC RPC client runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 client machine at the end-user site. A unit of ONC RPC server runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 server machine at the end-user site. NETBULA agrees that future NETBULA ONC RPC SDK license purchases and future units of software containing the Supporting Programs for the limited distribution license will be at the mutually agreed to price as set forth herein, Exhibit C. Minimum shipments will not be required. Any quantity is acceptable. Additional licenses purchased are subject to the terms and conditions of this Agreement. ████████████████████████
(███████████ INC. shall pay NETBULA LLC for the licenses purchases sixty (60) days end of month after receipt of an invoice referencing a valid purchase order number.

## PAYMENT – SUPPORT, MAINTENANCE & UPGRADE

This Support Contract shall be for one (1) year from shipment of SDK Products and Supporting Programs from NETBULA to ████████████████████████, INC. ████████ ██████████████████████, INC may renew this contract for additional terms of one year upon written notice to NETBULA. Support, Maintenance and Upgrade payment will be 15% of SDK and Product/Supporting Programs license purchase price from the previous calendar year, and shall be payable sixty (60) days end of month from the receipt date of license purchase, and one year thereafter if ██████████████████████████████, INC so chooses to continue Support, Maintenance & Upgrade on such licenses.

A0070

A0071

# EXHIBIT 18

# EXHIBIT 18

A0071

A0072

**Christine Tocalino**

| | |
|---|---|
| From: | Rady, Lisa K |
| Sent: | Tuesday, March 02, 2004 10:06 AM |
| To: | Melnick, Michael R |
| Subject: | LibAttach/Netbula - IXOS arch1 341 KB |

Hi Mike,

I have found out a bit more about LibAttach and Netbula. Below is a report from SMD on the number of LibAttach software we have sold. As you can see, we have exceeded the 1000 distributions that we had right to, with Netbula. I JUST inherited this program...so don't shoot the messenger. I think it is obvious that engineering has not and did not monitor the distributions on this product. Now that I own this product, I do not want engineering responsible for monitoring the distributions. We need to come up with some process where SMD may be able to provide reports (similar to that below) on how may LibAttach software's are being sold.

Now, for my actual request. Could you please contact Netbula and get a current quote for the rights to distribute another 1000 runtimes? Since all of our information is years old, I guess we need to start by getting a current quote from them.

Please let me know if you need more information.

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
**StorageTek**
INFORMATION *made* POWERFUL

-----Original Message-----

| | |
|---|---|
| From: | Wagner, Holly M |
| Sent: | Tuesday, March 02, 2004 8:32 AM |
| To: | Rady, Lisa K; McGovern, David L |
| Subject: | RE: LibAttach, number of copies sold?? |

placeholder.tmp

Here is a copy of the Lib Attach report.  The total number is 1365.

*Holly Wagner*
*Software Product Planner*
*303-661-7389*

**StorageTek** *Information made Powerful*

-----Original Message-----
**From:** Rady, Lisa K
**Sent:** Monday, March 01, 2004 4:38 PM
**To:** Wagner, Holly M
**Subject:** LibAttach, number of copies sold??

Hi Holly,

Do you know, or do you know who I could ask to find out how many copies of the LibAttach software has been

1

EXHIBIT

37

Melnick 9-19-07

STK00000597

A0072

sold? I need a total number from the first shipment until now. Can you help or point me in the right direction?

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
**StorageTek**
**INFORMATION** *made* **POWERFUL**

STK00000598

A0073

A0074

# EXHIBIT 19

# EXHIBIT 19

A0074

A0075

EXHIBIT
39
Melnick 9-14-07

| From: | Rady, Lisa K |
|---|---|
| Sent: | Tuesday, March 2, 2004 1:42 PM |
| To: | Rooney, Janet L <roonejl@stortek.com> |
| Cc: | Melnick, Michael R <melnimr@stortek.com> |
| Subject: | RE: LibAttach/Netbula software |

Janet,

Can you respond to Mike Melnick regarding what platform you need, for Netbula? He needs that information before he can obtain a quote. The CD you gave me was for Windows NT/95/98. Do we need to request a more current windows version?

If you could email Mike Melnick directly and copy me, that would be great.

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
StorageTek
INFORMATION made POWERFUL


-----Original Message-----
From: Rooney, Janet L
Sent: Tuesday, March 02, 2004 2:21 PM
To: Rady, Lisa K
Subject: RE: LibAttach/Netbula software


Hi Lisa, Just another reason to modify the pricing.

Janet :)

-----Original Message-----
From: Abramovitz, Michael P
Sent: Tuesday, March 02, 2004 10:38 AM
To: Rady, Lisa K; Rooney, Janet L; Murray, Thomas J
Cc: Schmitt, Terry D
Subject: RE: LibAttach/Netbula software

Some kind of port mapper must always be present for LibAttach to function. NetBula was chosen because it was one of only a handful of port mappers that ran natively on windows. All other port mappers require a UNIX emulation layer (like NuTCracker or some such). Of course, this was more than three years ago. Things may have changed since then. Re freeware alternatives: it is possible to build ONCRPC from source, but only with one such UNIX emulation layer. So, that would only substitute one redistribution agreement for another.

-----Original Message-----
From: Rady, Lisa K
To: Rooney, Janet L; Murray, Thomas J
Cc: Schmitt, Terry D; Abramovitz, Michael P
Sent: 3/2/04 10:27 AM
Subject: LibAttach/Netbula software

Janet, Tom,

Below is the number of LibAttach sold, from SMD. As you can see we have exceeded our 1000 distributions of Netbula, so that is one issue. Next, it is obvious we will need to purchase the rights to distribute more. Mike Melnick said they sell in 1000 increments @ $6000 per 1000 distributions.

I think it was pretty unrealistic for sourcing to accept that engineering would manage the number of distributions. We need to work on this, and make sure there is a better process in place for managing the number of distributions and making sure we are compliant with our contract with Netbula.

So, what is the next step here? I can contact Mike Melnick and ask him to get a quote for another 1000 distributions from Netbula, but then he will need a PO to make the purchase.

Just a thought here, have we validated that we have to use this third party software? Is there any freeware that is comparable? Just thinking out loud. Let me know if you see any other issues here. In the mean time I will ask Mike Melnick to contact Netbula for a current quote.

Thanks,

Lisa Rady
Automated Tape Solutions
Software Program Management
Phone: 303.661.5848
FAX: 303.673.6837
Pager: 303.461.9576
StorageTek
INFORMATION made POWERFUL

> -----Original Message-----
>From: Wagner, Holly M
>Sent: Tuesday, March 02, 2004 8:32 AM
>To: Rady, Lisa K; McGovern, David L
>Subject: RE: LibAttach, number of copies sold??
>
>Here is a copy of the Lib Attach report. The total number is 1365.
>>
>
>Holly Wagner
>Software Product Planner
>303-661-7389
>
>StorageTek Information made Powerful
>
> -----Original Message-----
> From: Rady, Lisa K
> Sent: Monday, March 01, 2004 4:38 PM
> To: Wagner, Holly M
> Subject: LibAttach, number of copies sold??
>
> Hi Holly,
>
> Do you know, or do you know who I could ask to find out how many
>copies of the LibAttach software has been sold? I need a total number
>from the first shipment until now. Can you help or point me in the
>right direction?
>
> Thanks,
>
> Lisa Rady
> Automated Tape Solutions
> Software Program Management
> Phone: 303.661.5848
> FAX: 303.673.6837
> Pager: 303.461.9576
> StorageTek
> INFORMATION made POWERFUL
>

**Subject:** RE: Quote
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Wed, 3 Mar 2004 14:43:50 -0700
**To:** <sales@netbula.com>

Just following up.
Can you help me?
mm

-----Original Message-----
**From:** Melnick, Michael R
**Sent:** Tuesday, March 02, 2004 3:29 PM
**To:** 'sales@netbula.com'
**Subject:** Quote

Could you provide me with the StorageTek sales representative or if possible give me a quote on distributing an additional 1000 units of RPC? The platform used will need to be Windows 2003.
The contract we have in place says that the cost is $5096, but I would like an official quote.
The agreement was signed 3-1-00
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE**
- This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

NBS-0000135

A0078

# EXHIBIT 20

# EXHIBIT 20

A0078

EXHIBIT

40

Melnick 9-19-07

**Subject:** RE: Quote
**From:** "Melnick, Michael R" <MelniMR@LOUISVILLE.STORTEK.COM>
**Date:** Wed, 3 Mar 2004 14:43:50 -0700
**To:** <sales@netbula.com>

Just following up.
Can you help me?
mm

-----Original Message-----
**From:** Melnick, Michael R
**Sent:** Tuesday, March 02, 2004 3:29 PM
**To:** 'sales@netbula.com'
**Subject:** Quote

Could you provide me with the StorageTek sales representative or if possible give me a quote on distributing an additional 1000 units of RPC? The platform used will need to be Windows 2003.
The contract we have in place says that the cost is $5096, but I would like an official quote.
The agreement was signed 3-1-00
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
Software Systems Strategic Alliance Sourcing
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE**
- This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you