1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:     (510) 351-5345
   Facsimile:     (510) 351-5348
4  E-Mail:        BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10
   NETBULA, LLC., a Delaware limited liability     Case No. Case No. C06-07391-MJJ
11 company,
                                                   **DECLARATION OF DONGXIAO YUE IN**
12                        Plaintiff,               **OPPOSITION TO DEFENDANTS'**
                                                   **MOTION FOR SUMMARY JUDGMENT**
13        v.                                       **OR SUMMARY ADJUDICATION OF**
                                                   **ISSUES RELATING TO LICENSE**
14                                                 **DEFENSE**
15 STORAGE TECHNOLOGY
   CORPORATION, et al.,                            Date: December 13, 2007
16                                                 Time: 3:00 p.m.
                                                   Dept: Courtroom 11
17                        Defendants.              Judge: The Honorable Martin J. Jenkins
18

# EXHIBITS 21-39
### Pages A00080 – A0186

| EXHIBIT | CONTENT PAGE | EXHIBIT | CONTENT PAGE |
|---------|--------------|---------|--------------|
| 21 | A0081 | 31 | A0144 |
| 22 | A0086 | 32 | A0151 |
| 23 | A0095 | 33 | A0156 |
| 24 | A0107 | 34 | A0160 |
| 25 | A0109 | 35 | A0163 |
| 26 | A0113 | 36 | A0170 |
| 27 | A0118 | 37 | A0172 |
| 28 | A0135 | 38 | A0174 |
| 29 | A0137 | 39 | A0185 |
| 30 | A0141 | | |

A0080

# EXHIBIT 21

# EXHIBIT 21

A0080

A0081

**EXHIBIT**

416

Melnick 9-19-07

| | |
|---|---|
| **From:** | McGonigle, Jeffrey L |
| **Sent:** | Wednesday, March 17, 2004 11:21 AM |
| **To:** | Melnick, Michael R <melnimr@stortek.com> |
| **Cc:** | Murray, Thomas J <murratj@stortek.com> |
| **Subject:** | RE: LibAttach Update |

Mike,

Replied to you this a.m. but it must have been lost in the void.

Approved by Finance  Please use project R-0397,  GL # 630130,Dept 15107

Jeff

> -----Original Message-----
> **From:** Melnick, Michael R
> **Sent:** Wednesday, March 17, 2004 10:31 AM
> **To:** McGonigle, Jeffrey L
> **Cc:** Kennedy, Russell P (Russ); Murray, Thomas J
> **Subject:** RE: LibAttach Update
>
> Jeff,
> Left you a message about the costs. Just need an e-mail form you with your approval and the correct gl and cost center.
> Thanks,
> mm
>
> > -----Original Message-----
> > **From:** Murray, Thomas J
> > **Sent:** Monday, March 15, 2004 10:42 AM
> > **To:** McGonigle, Jeffrey L
> > **Cc:** Melnick, Michael R; Murray, Thomas J; Rady, Lisa K; Kennedy, Russell P (Russ)
> > **Subject:** RE: LibAttach Update
> > **Importance:** High
> >
> > Hi Jeff,
> >   Please approve this P.O and provide the gl account as Mike has requested (this is for ACSLS development, cost center 15107.)  We either need to increase the Netbula license or put a stop-ship on the LibAttach product, because we have shipped LibAttach copies up to the limit of the current Netbula license (Netbula is embedded in our LibAttach product.)
> >
> > Thanks,
> >
> > -Tom
> >
> > > -----Original Message-----
> > > **From:** Melnick, Michael R
> > > **Sent:** Monday, March 15, 2004 10:21 AM
> > > **To:** Murray, Thomas J
> > > **Cc:** McGonigle, Jeffrey L
> > > **Subject:** RE: LibAttach Update
> > >
> > > Thanks Tom,
> > > I do need some help. Jeff Mcgonigle never signed it and I just need an e-mail form him approving it and giving me the gl account and cost center numbers.
> > > mm
> > >
> > > > -----Original Message-----
> > > > **From:** Murray, Thomas J
> > > > **Sent:** Monday, March 15, 2004 9:14 AM
> > > > **To:** Melnick, Michael R

A0082

**Subject:** FW: LibAttach Update

Hi Mike,
  Thanks for helping with the Netbula P.O.  Janet Rooney is on a leave of absence starting today, so please contact me with any questions or status on Netbula.

Thanks,

-Tom

Thomas J. Murray
Manager, RD&E Software Engineering
x15735

-----Original Message-----
**From:** Rooney, Janet L
**Sent:** Monday, March 15, 2004 8:32 AM
**To:** Murray, Thomas J; Rady, Lisa K
**Subject:** RE: LibAttach Update

Yes, Mike Melnick is taking care of it.  Just let me know if you have any other questionsl.

Janet

        -----Original Message-----
        **From:** Murray, Thomas J
        **Sent:** Friday, March 12, 2004 5:09 PM
        **To:** Rady, Lisa K
        **Cc:** Rooney, Janet L
        **Subject:** RE: LibAttach Update

        Hi Lisa,
          Do you know if Janet sent the Netbula PO to purchasing?

        Thanks,

        -Tom

                -----Original Message-----
                **From:** Rady, Lisa K
                **Sent:** Friday, March 12, 2004 2:40 PM
                **To:** Murray, Thomas J; Kennedy, Russell P (Russ)
                **Cc:** Rooney, Janet L; Schmitt, Terry D; Dotson, Julia
                **Subject:** LibAttach Update

                Hi Russ, Tom,

                Here is the section of my PMT minutes providing updates on the LibAttach work.

# LibAttach 1.2.1

### *Engineering*
3/11/04 LibAttach CFT code is complete and testing is going very well, no errors are being reported. Terry is testing LibAttach with two firewalls, ACSLS and ACSLS HA. Michael Abramovitch is available to help on an as needed basis.
3/4/04 It has been determined that we need to purchase a new SDK and the rights for a 1000 more distributions of Netbula. Lisa working with sourcing to obtain the new license.
3/11/04 Janet is writing up the PO for 1 SDK and 1000 more distributions of Netbula.
3/4/04 Terry has received one copy of Visual C++. He is still waiting to have another copy installed on the stand alone machine. Janet following up on getting the additional

STK00000559

A0082

A0083

copy.

3/11/04 Terry and Janet are still working on getting a copy of Visual C++ for a stand alone PC so that they have a build environment that is not attached to Terry's PC.

3/4/04 The new LibAttach code will temporarily be maintained in Per Force (due to time constraints). Once the code is complete, Julie Dotson will work with Chip to move the code into Continuus.

3/4/04 Lisa to work with Tom on CMM reporting on LibAttach.

3/11/04 The issue of lack of testing between LibAttach and Library Station came up. There are problems with LibAttach 1.2 working with LibStation. This configuration was never tested when LibAttach 1.2 was released. Lisa to work with Ernie Sandoval and Phil Rizzuto to determine a process to get Library Station validated with the new release of LibAttach.

3/12/04 Lisa spoke with both Ernie and Phil. Lisa to set up a meeting to discuss how we can get Library Station and LibAttach testing complete by our June 30 FRS date.

3/11/04 The LibAttach Controlled Field Test (CFT) can begin as soon as the documentation is ready (Doc. Possibly ready as soon as Monday). Julie Dotson has approximately five candidates for LibAttach CFT. Janet and Lisa suggested that we limit the CFT to two customers. Bank of America and Allstate were suggested. Engineering will select and manage the CFT sites.

### *Marketing*

2/19/04 LibAttach sells for approximately $695. Maintenance on the product is optional. There is no license key in the product, and it is apparent that the software has been copied, uncontrolled, for several years.

3/11/04 Tom Balue is looking into making a price change for LibAttach.

3/11/04 The team agreed to release the enhancements to LibAttach as a point release. The release number will be LibAttach 1.2.1.

### *Global Learning Solutions*

3/4/04 The team has been unable to locate the source documents for three of the five documents on LibAttach. Veda has proposed to her management that we may have to convert the files from PDF to Word and then possibly to frame. This will be time consuming and a resource to do this work may not be available until April. We do have the installation guide and release notes source, which we can update as the code changes are being made. Veda to continue to work the documentation issue.

3/11/04 Dan Tesone has assigned a resource to covert the LibAttach PDF documents to an editable source. This work is planned to be complete by end of April.

3/12/04 Veda has completedthe first draft of the online help and Install book for the LibAttach CFT.

### *ISV*

3/4/04 Bruce asked when the new version of LibAttach would be available for the ISV's to validate. An estimate of mid to late April was given.

3/4/04 Bruce asked whether Library Station was going to be tested with the new version of LibAttach. Lisa to follow up with the Library Station team.

3/11/04 Lisa working the LibAttach / LibStation validation issue.

### Report Date Codes - T (target)   A (actual)   CL (closed)GREEN (open action item) Replan (Purple)

*LibAttach Action Items*

| Date Opened | Open Issue | Owner | Status | Report Due Date |
|---|---|---|---|---|
| 02/19/04 | Learn more about the Integrator's kit for LibAttach | PMT | In Process | *03/01/04 T* |
| 02/26/04 | Figure out how the LibAttach work should be managed in regards to CMM and the Senior Management Reviews. | Lisa Rady / Tom Murray | In Process | *03/11/04 T* |
|  |  |  |  |  |

A0083

| 02/26/04 | Work with Chip Furlong to get the LibAttach code into Continuus. | Julie Dotson | In Process | 3/11/04 T |
|---|---|---|---|---|
| 02/26/04 | Follow up on the request for Visual C++ | Janet Rooney | In Process | 03/04/04 T |
| 02/26/04 | Begin work on the requirements document. | Terry Schmitt | In Process | 03/04/04 T |
| 02/26/04 | Marketing to research implementing a price change for LibAttach. | Tom Balue | In Process | 03/11/04 T |
| 03/04/04 | Work with Marketing to determine the release number for LibAttach. | Lisa Rady | Complete | 03/18/04 T 03/11/04 A |
| 03/04/04 | Follow up with the Library Station team to see if they will be validating the new version of LibAttach. | Lisa Rady | Complete | 03/18/04 T 03/12/03A |
| 03/04/04 | Continue to work the documentation source issue. | Veda Prescott | Complete | 03/11/04 CL |
| 03/11/04 | Schedule a meeting to discuss how we can get Library Station and LibAttach testing complete by our June 30 FRS date. | Lisa Rady | Complete | 03/12/04 CL |

Lisa Rady
Automated Tape Solutions
Software Program Management
phone: 303.661.5848
fax: 303.673.6837
**StorageTek**
Information *made*Powerful

STK00000561

A0084

A0085

# EXHIBIT 22

# EXHIBIT 22

A0085

NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING
AGREEMENT BETWEEN Storage Technology Corporation ("STOEAGETEK ") having a
principal place of business at One StorageTek Drive, Louisville Colorado 80028,
AND NETBULA LLC. ("NETBULA")

| | |
|---|---|
| **Deleted:** _____ |
| **Deleted:** YOUR_COMPANY |

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the
SDK PRODUCT) is protected by copyright laws and international copyright treaties,
as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable
license, for use by STORAGETEK's employees, consultants and subsidiaries for up
to ONE user(s) for each of the licenses purchased, to use, copy, display and
prepare derivative works of the ONC RPC or PowerRPC SDK Product under Windows
Server 2003, NT/2K/XP and 95/98/ME platforms; each user can only use the
software on one computer. The license is not transferable without written
permission of Nebula.  Such permission will not be unreasonably withheld. You
are granted the rights to make copies of the Product for backup or archival
purposes only.

| | |
|---|---|
| **Deleted:** YOUR_COMPANY |
| **Deleted:** YOUR_COMPANY |
| **Deleted:** |

2.    Copyright

You must treat the software as copyrighted material. You may not copy and
redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK
contains CODE that identify themselves as for development only and is not for
distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE
THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR
DEVELOPMENT ENVIRONMENT OR YOUR ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION
LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

NETBULA warrants that the SDK Product will perform in accordance with its
documentation. If STORAGETEK reports in writing a software defect that prevents
STORAGETEK from using the SDK Product in accordance with its documentation
within ninety ( 90) days after STORAGETEK has paid for the software, and NETBULA
is unable to correct, repair or replace the SDK Product within thirty (30) more
days. , NETBULA will refund all STORAGETEK's license fees fully, and support and
distribution fees on a pro-rated basis.

| | |
|---|---|
| **Deleted:** YOUR_COMPANY |
| **Deleted:** YOUR_COMPANY |
| **Deleted:** 3 |
| **Deleted:** YOUR_COMPANY |
| **Deleted:** LLC. |
| **Deleted:**  LLC. |
| **Deleted:** YOUR_COMPANY |
| **Deleted:** YOUR_COMPANY |

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable
license to copy, sublicense, transfer, demonstrate and distribute the NETBULA
RPC Supporting Programs and components (including, but not limited to, all
documentation and supporting materials therefor) set forth on Exhibit B (the

"Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers, business partners and customers.

> Deleted: YOUR_COMPANY
> Deleted: YOUR_COMPANY

1.    Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

> Deleted: YOUR_COMPANY
> Deleted: YOUR_COMPANY

2.    Limited Warranty. NETBULA warrants that the Supporting Programs will, for ninety (90) days following distribution or sublicense thereof, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full, and support and distribution fees on a pro-rated basis.

> Deleted:
> Deleted: YOUR_COMPANY
> Deleted: YOUR_COMPANY

3. Source code escrow

NETBULA uses a third party agent to provide source code escrow. To become a beneficiary of the escrow, STORAGETEK must sign a separate Escrow Agreement. The terms of the escrow such as release conditions will be defined in the Escrow Agreement among the Escrow Agent, NETBULA and STORAGETEK. STORAGETEK must also pay for all cost for setting up STORAGETEK as a beneficiary, and must pay for the annual maintenance fee to maintain its beneficiary status.

> Deleted: YOUR_COMPANY
> Deleted: YOUR_COMPANY
> Deleted: (the licensee)
> Deleted: YOUR_COMPANY
> Deleted: YOUR_COMPANY

GENERAL TERMS

1.    Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, sixty (60) days after receipt of an invoice referencing a valid purchase order number.

> Deleted: thirty
> Deleted: 3

2.    Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3.    Year 2000/ Virus Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs. (DON'T THINK THIS IS NESSASARY.

NETBULA warrants that SDK Products and Supporting Programs shall be virus-free.

4.    INDEMNITY.  NETBULA will, at its expense, defend STORAGETEK and its successors and assigns against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees incurred, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgement such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing. If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a full refund of the license fee, and support and distribution fees on a pro-rated basis paid. NETBULA shall have no obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

| Deleted: YOUR_COMPANY |
| --- |

| Deleted: YOUR_COMPANY |
| --- |

| Deleted: YOUR_COMPANY |
| --- |

| Deleted: YOUR_COMPANY |
| --- |

| Deleted: YOUR_COMPANY |
| --- |

| Deleted: YOUR_COMPANY |
| --- |

| Deleted: fee |
| --- |

| Deleted: YOUR_COMPANY |
| --- |

5.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

| Deleted: YOUR_COMPANY |
| --- |

Normal response time is <1 hour to 3 business days, depending on the severity of the problem. NETBULA will provide its documented escalation procedures to STORAGETEK in the case wherein normal responses are not adequate.

| Deleted: |
| --- |

| Deleted: complexity |
| --- |

Method of Tech Support

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.
NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94662


7.    Governing Law/Arbitration. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA, as those laws are applied to contracts entered into and to be performed entirely in California by California residents and without regard to conflicts of laws principles. All disputes involving this Agreement, except actions arising under the patent and copyright provisions of the U.S. Code, shall be submitted to a panel of three (3) arbitrators appointed and operating under the Uniform Arbitration Act and the procedural rules of the American Arbitration Association.  Such panel shall include only persons with experience in the area of information technology or computer software licensing, installation and implementation.  Each party shall choose one (1) arbitrator, and the third (3rd) arbitrator shall be chosen by the two (2) arbitrators thus selected by the parties.  The location of the arbitration hearing will be chosen by the party not initiating the arbitration or action.

8.    General. The parties hereto are independent contractors and no employment, agency, or joint venture is created hereunder. All notices, requests and other communications under this Agreement must be in writing, and may be sent via e-mail or facsimile or delivered by hand to the party to whom such notice is required or permitted to be given. This Agreement may not be assigned by either party or amended without the written consent of both parties, which shall not be unreasonably withheld. Any purported assignment or amendment in derogation of the foregoing shall be void. If any provision of this Agreement is held by a court of competent jurisdiction to be unenforceable for any reason, the remaining provisions hereof shall be unaffected and remain in full force and effect. This Agreement is the final, complete and exclusive agreement between the parties relating to the subject matter hereof, and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. Any termination of this Agreement will not affect any sublicenses

| Deleted: The written decision of the arbitrators shall be final, binding and convertible to a court judgment in any appropriate jurisdiction. |
| Deleted: 8. |
| Formatted: Bullets and Numbering |

granted by STORAGETEK to their customers, such licenses will remain in
full force and effect.

9.    Public Release of Information. NETBULA must have the prior written
approval of STORAGETEK's authorized purchasing agent prior to use or
publication of StorageTek's company name, logo or trademarks in
promotion of NETBULA's business, services or products.

Deleted: YOUR_COMPANY

Each signatory by its execution of this Agreement represents that it has
appropriate corporate authority to enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK                              NETBULA:
By:_____                          By:_____
Print Name:_____                  Print Name:_____
Title:_____                       Title:_____
Date:_____                        Date:_____

Deleted: YOUR_COMPANY

```
                        EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION


ONC RPC SDK CONTAINS

* Rpcgen.exe      the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe     portmapper for Win32
* Pmapsvc.exe     portmapper service for Windows NT
* Rpcinfo.exe     program that displays registered RPC services
* Pwrpc32.dll     runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                    the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll     the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs
(I have to trust you on all this as I do not know if this changes for the4
platform we will be using.
```

A0092

EXHIBIT B

NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC
RPC applications.

```
* Pwrpc32.dll          The runtime library for NETBULA ONC RPC
* Portmap.exe          The portmapper program for Win32
* Pmapsvc.exe          The portmapper service for Windows NT
(Have to trust you on this as well)
```

```
                                EXHIBIT C

                                PAYMENT
```

STORAGETEK shall pay NETBULA a one-time fee of $750 per developer license for all rights granted under this Agreement with respect to the NETBULA ONC RPC SDK Product, a one-time fee of $5,096, for the right to distribute up to 1000 units of ONC RPC client\server runtime license, sixty (60) days after receipt of an invoice referencing a valid purchase order number. A unit of ONC RPC client runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 client machine at the end-user site. A unit of ONC RPC server runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 server machine at the end-user site. Additional licenses purchased are subject to the terms and conditions of this Agreement.

Limited distribution licenses will be priced as follows:

| Quantity | Discount | Net price |
|----------|----------|-----------|
| 1000     | 0%       | $5,995    |
| 1001-2000 | 20%     | $4,796    |
| 2001+    | 25%      | $4,496    |

Prices will be based on cumulative purchases and not single purchase events.

PAYMENT – SUPPORT & MAINTENANCE

This Support Contract shall be for one (1) year from shipment of SDK Products and Supporting Programs from NETBULA to STORAGETEK. This Support Contract will automatically be extended and renewed for additional terms of one year unless STORAGETEK provides written notice to NETBULA, of its intention not to renew support, within thirty (30) days of support's expiration date. Support & Maintenance payment will be 20% of SDK and Product/Supporting Programs license purchase price, and shall be first due at the time of license purchase, and one year thereafter if STORAGETEK so chooses to continue Support & Maintenance on such licenses.

| Deleted: YOUR_COMPANY |
| Deleted: 18,000 |
| Deleted: and one-time fee of $800 for the right to distribute up to 1 (one) unit of ONC RPC server runtime license for the Supporting Programs, thirty |
| Deleted: 3 |
| Deleted: . NETBULA agrees that future NETBULA ONC RPC SDK license purchases and future units of software containing the Supporting Programs for the limited distribution license will be at the mutually agreed to price as set forth herein, Exhibit C |
| Deleted: YOUR_COMPANY |
| Deleted: YOUR_COMPANY |
| Deleted: YOUR_COMPANY |

A0094

# EXHIBIT 23

# EXHIBIT 23

A0094

A0095


EXHIBIT
48
Melnick 9-19-07


**F A X**   · · · ·

**Netbula LLC**
**2777 Alvarado Street**
**Suite C**
**San Leandro, CA 94577**

To:          Mike Melnick    *John Yang*
Fax number:    1 303 673-4945

From:        Netbula Sales    *Mike Melnick*
Fax number:    1-510-291-2237
Business phone:
Home phone:

Date & Time:   3/12/2004 12:51:41 PM    *11 Sheet*
Pages:        8
Re:          Netbula RPC License Agreement

Mike,
I have changed the payment terms from 60 to 30 days according to the original agreement.

Thank you,
John

*John,*
*here is the order +*
*signed agreement. Please ship*
*FedEx PI as noted in the order*
*+ provide me with the airbill*
*Thanks!*
*M*

A0095

A0096

# NETBULA SOFTWARE LICENSE AGREEMENT

BY SIGNING BELOW, THE PARTIES INDICATE THEIR ACCEPTANCE OF THE FOLLOWING AGREEMENT BETWEEN Storage Technology Corporation("STORAGETEK ") having a principal place of business at One StorageTek Drive, Louisville Colorado 80028, AND NETBULA LLC. ("NETBULA")

NETBULA ONC RPC SDK AND POWERRPC SDK PRODUCT LICENSE
The NETBULA ONC RPC SDK and PowerRPC SDK as further described on Exhibit A (the SDK PRODUCT) is protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties.

1.    LICENSE

NETBULA grants STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license, for use by STORAGETEK's employees, consultants and subsidiaries for up to ONE user(s) for each of the licenses purchased, to use, copy, display and prepare derivative works of the ONC RPC or PowerRPC SDK Product under Windows Server 2003, NT/2K/XP and 95/98/ME platforms; each user can only use the software on one computer. The license is not transferable without written permission of Nebula.  Such permission will not be unreasonably withheld. You are granted the rights to make copies of the Product for backup or archival purposes only.

2.    Copyright

You must treat the software as copyrighted material. You may not copy and redistribute the software except as permitted under this Agreement.

The SDK Product (including runtime DLLs and supporting programs) of the SDK contains CODE that identify themselves as for development only and is not for distribution/deployment except as permitted under this Agreement. TO DISTRIBUTE THE SUPPORTING COMPONENTS (DLLs/Programs) TO ANY MACHINE OUTSIDE OF YOUR DEVELOPMENT ENVIRONMENT OR YOUR ORGANIZATION, YOU MUST PURCHASE A DISTRIBUTION LICENSE FROM NETBULA.

3.    Other restrictions

a.    You may not disassemble, decompile or reverse engineer the software.
b.    You may not rent or lease the software.

4.    Limited SDK Warranty

NETBULA warrants that the SDK Product will perform in accordance with its documentation. If STORAGETEK reports in writing a software defect that prevents STORAGETEK from using the SDK Product in accordance with its documentation within ninety (90) days after STORAGETEK has paid for the software, and NETBULA is unable to correct, repair or replace the SDK Product within thirty (30) more days. , NETBULA will refund all STORAGETEK's license fees fully, and support and distribution fees on a pro-rated basis.

NETBULA ONC RPC AND POWERRPC DISTRIBUTION LICENSE

1

A0096

A0097

2004-3-12 12:51 FROM: Fax Netbula LLC TO. 1 303 673-4945  PAGE: 003 OF 009

NETBULA grants to STORAGETEK, a non-exclusive, perpetual, worldwide, irrevocable license to copy, sublicense, transfer, demonstrate and distribute the NETBULA RPC Supporting Programs and components (including, but not limited to, all documentation and supporting materials therefor) set forth on Exhibit B (the "Supporting Programs") along with STORAGETEK's product to STORAGETEK's resellers, business partners and customers.

1. Limited Distribution. You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEK's business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. However, Nebula may not request more than one audit in a twelve (12) month period.

2. Limited Warranty. NETBULA warrants that the Supporting Programs will, for ninety (90) days following distribution or sublicense thereof, perform substantially in accordance with their published documentation and with generally accepted programming standards. NETBULA shall use its best efforts to correct any error or defect STORAGETEK reports in the Supporting Programs and re-deliver to STORAGETEK corrected versions as well as any other fixes or enhancements. If NETBULA is unable to correct, replace or repair the Supporting Programs, NETBULA will refund all license fees paid in full, and support and distribution fees on a pro-rated basis.

3. Source code escrow

NETBULA uses a third party agent to provide source code escrow. To become a beneficiary of the escrow, STORAGETEK must sign a separate Escrow Agreement. The terms of the escrow such as release conditions will be defined in the Escrow Agreement among the Escrow Agent, NETBULA and STORAGETEK. STORAGETEK must also pay for all cost for setting up STORAGETEK as a beneficiary, and must pay for the annual maintenance fee to maintain its beneficiary status.

GENERAL TERMS

1. Payment. You agree to pay NETBULA the amounts set forth in Exhibit C in full payment for the rights and licenses granted herein, thirty (30) days after receipt of an invoice referencing a valid purchase order number.

2. Limitation of Liability. IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING, BUT NOT LIMITED TO, ANY LOST PROFITS, LOST SAVINGS, LOST INFORMATION OR ANY OTHER LOSS ARISING OUT OF THE USE OR INABILITY TO USE (EXCEPT AS PROVIDED FOR BELOW, IN SECTION 4, INFRINGEMENT), THE SOFTWARE EVEN IF SUCH PARTY OR AN AUTHORIZED REPRESENTATIVE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY OTHER PARTY.

3. Year 2000/ Virus Warranty. NETBULA warrants that SDK Products and Supporting Programs ordered which have the capability to process, receive and/or render date data will maintain such capability when data includes dates involving the 20th and 21st centuries, i.e. SDK Products and Supporting Programs are Y2K complaint.

Your nonexclusive remedy for failure of SDK Products and Supporting Programs under this warranty shall be repair, replacement or refund, provided SDK Products and Supporting Programs are used in accordance

2

NBS-0000138

A0097

3036734945

A0098

with applicable documentation and are not dependent upon products which do not properly exchange date data with SDK Products and Supporting Programs.

NETBULA warrants that SDK Products and Supporting Programs shall be virus-free.

4.    INDEMNITY. NETBULA will, at its expense, defend STORAGETEK and its successors and assigns against any claim that the SDK Product and Supporting Programs supplied hereunder or any part thereof (i) infringes a patent, copyright, trademark or similar proprietary right or (ii) constitutes a misuse or misappropriation of a trade secret, and NETBULA will indemnify STORAGETEK against all costs, damages and attorneys' fees incurred, whether by judgment, settlement, or otherwise.  STORAGETEK agrees to give NETBULA prompt written notice of any such claim. NETBULA agrees that in the event of any claim of infringement, or in NETBULA's judgement such a claim is likely to occur, NETBULA will procure the right for STORAGETEK to continue using the SDK Product and Supporting Programs or NETBULA will replace or modify the SDK Product and Supporting Programs so that they perform the same but becomes non-infringing.  If none of the foregoing options are available on terms which are reasonable in NETBULA's judgment, upon written request STORAGETEK will return the SDK Product and Supporting Programs to NETBULA, and STORAGETEK will receive a full refund of the license fee, and support and distribution fees on a pro-rated basis paid.  NETBULA shall have no obligation with respect to any such claim based upon STORAGETEK's unauthorized modification of the SDK Product and Supporting Programs.

5.    Scope of Tech Support for the SDK Products and Supporting Programs include the following:

Problems and questions related to the installation, setup and usage (options, environment settings) of the NETBULA SDK Products and Supporting Programs.

Problems and questions related to the usage of the SDK Products and Supporting Programs.

General consultation on SDK Products and Supporting Programs.

Bug reports and fixes.

Additional Conditions & Exclusions

NETBULA will provide pseudo-code type of code for illustration, but can not write complete programs or functions for the customer.

Support is for SDK Products and Supporting Programs on the specific platforms only, and not for other NETBULA or third party products unless licenses and support fees have been paid for.

The support contract is for one year from receipt of SDK Product in duration, but may be extended for one year periods by STORAGETEK. Such annual support renewal fees will not increase more than three percent (3%) over the previous year's fees on an annual basis.

Normal response time is <1 hour to 3 business days, depending on the severity of the problem. NETBULA will provide its documented escalation procedures to STORAGETEK in the case wherein normal responses are not adequate.

Method of Tech Support

3

NBS-0000139

A0098

A0099

E-mail. Due to the nature of the RPC product, most technical questions require some investigation by both the customer developer and the support staff. E-mail support is the preferred method of solving problems. By formulating the problems clearly in e-mail messages with detailed information, such as source code segments, error messages, system settings, etc, both the customer and the support staff can find solutions and identify problems more efficiently.

Phone. Phone support is available on request, and should be limited to issues related to installation and setup, for which the support staff can provide "off-the-shelf" solutions and instructions, or in a case where e-mail communication is inadequate. When phone support is required, please email the support staff and request for a phone number. The support staff on duty will answer the call or call the customer back.

NETBULA will provide a FAQ list that has been complied from our NETBULA's customers, which will answer commonly asked questions.
NETBULA Tech Support

Support@netbula.com

http://www.netbula.com/

NETBULA LLC.
P. O. Box 99335
Emeryville, CA 94662

7.      Governing Law/Arbitration. THIS AGREEMENT WILL BE GOVERNED BY THE LAWS OF THE STATE OF CALIFORNIA, as those laws are applied to contracts entered into and to be performed entirely in California by California residents and without regard to conflicts of laws principles. All disputes involving this Agreement, except actions arising under the patent and copyright provisions of the U.S. Code, shall be submitted to a panel of three (3) arbitrators appointed and operating under the Uniform Arbitration Act and the procedural rules of the American Arbitration Association. Such panel shall include only persons with experience in the area of information technology or computer software licensing, installation and implementation. Each party shall choose one (1) arbitrator, and the third (3rd) arbitrator shall be chosen by the two (2) arbitrators thus selected by the parties. The location of the arbitration hearing will be chosen by the party not initiating the arbitration or action.

8.      General. The parties hereto are independent contractors and no employment, agency, or joint venture is created hereunder. All notices, requests and other communications under this Agreement must be in writing, and may be sent via e-mail or facsimile or delivered by hand to the party to whom such notice is required or permitted to be given. This Agreement may not be assigned by either party or amended without the written consent of both parties, which shall not be unreasonably withheld. Any purported assignment or amendment in derogation of the foregoing shall be void. If any provision of this Agreement is held by a court of competent jurisdiction to be unenforceable for any reason, the remaining provisions hereof shall be unaffected and remain in full force and effect. This Agreement is the final, complete and exclusive agreement between the parties relating to the subject matter hereof, and supersedes all prior or contemporaneous understandings and agreements relating to such subject matter, whether oral or written. Any termination of this Agreement will not affect any sublicenses granted by STORAGETEK to their customers, such licenses will remain in full force and effect.

4

NBS-0000140

A0099

A0100

9.   Public Release of Information. NETBULA must have the prior written approval of
STORAGETEK's authorized purchasing agent prior to use or publication of StorageTek's
company name, logo or trademarks in promotion of NETBULA's business, services or products.

Each signatory by its execution of this Agreement represents that it has appropriate corporate authority to
enter into this Agreement.

ACCEPTED AND AGREED,

STORAGETEK
By: _____
Print Name: _Mike Mednul_
Title: _Contract Admin & Consultant_
Date: _3/17/04_

NETBULA:
By: _____
Print Name: _DON YUE_
Title: _VP SALES_
Date: _2004/03/12_

5

A0100

A0101

EXHIBIT A

NETBULA ONC RPC SDK AND POWERRPC SDK
PRODUCT DESCRIPTION

ONC RPC SDK CONTAINS

* Rpcgen.exe    the rpcgen IDL compiler which compile *.x files to RPC stubs
* Portmap.exe   portmapper for Win32
* Pmapsvc.exe  portmapper service for Windows NT
* Rpcinfo.exe    program that displays registered RPC services
* Pwrpc32.dll    runtime library for NETBULA ONC RPC
* C header files and import library

PowerRPC SDK (WIN32 Version) CONTAINS

* PowerRPC.exe                                the PowerRPC IDL compiler
* Pwrpc32.lib and pwrpc32.dll            the runtime library for PowerRPC
* Portmap.exe and Pmapsvc.exe
* Rpcinfo.exe
* C header files
* Samples programs

6

NBS-0000142

A0101

### EXHIBIT B

## NETBULA COMPONENTS PERMITTED TO BE DISTRIBUTED

One or more of the following components are distributed along with NETBULA ONC RPC applications.

* Pwrpc32.dll      The runtime library for NETBULA ONC RPC
* Portmap.exe      The portmapper program for Win32
* Pmapsvc.exe      The portmapper service for Windows NT

7

A0103

## EXHIBIT C

## PAYMENT

STORAGETEK shall pay NETBULA a one-time fee of $ 895 per developer license for all rights granted under this Agreement with respect to the NETBULA ONC RPC SDK Product, a one-time fee of $5,096 for the right to distribute up to 1000 units of ONC RPC client\server runtime license, thirty (30) days after receipt of an invoice referencing a valid purchase order number. A unit of ONC RPC client runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 client machine at the end-user site. A unit of ONC RPC server runtime license shall be defined as the right to install NETBULA ONC RPC runtime library on up to 1 server machine at the end-user site. Additional licenses purchased are subject to the terms and conditions of this Agreement.

Limited distribution licenses will be priced as follows:

| Quantity | Discount | Net price |
|----------|----------|-----------|
| 1000 | 0% | $5,995 |
| 1001-2000 | 15% | $5,096 |
| 2001+ | 25% | $4,496 |

Prices will be based on cumulative purchases and not single purchase events.

## PAYMENT – SUPPORT & MAINTENANCE

This Support Contract shall be for one (1) year from shipment of SDK Products and Supporting Programs from NETBULA to STORAGETEK. This Support Contract will automatically be extended and renewed for additional terms of one year unless STORAGETEK provides written notice to NETBULA, of its intention not to renew support, within thirty (30) days of support's expiration date. Support & Maintenance payment will be 20% of SDK and Product/Supporting Programs license purchase price, and shall be first due at the time of license purchase, and one year thereafter if STORAGETEK so chooses to continue Support & Maintenance on such licenses.

8

A0103

3036734945

A0104

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303)673-5151

INVOICE TO:
STORAGE TECHNOLOGY CORPORATION
ATTN: ACCOUNTS PAYABLE, MS 8183
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA

# StorageTek PURCHASE ORDER

PURCHASE ORDER ISSUED TO:
NETBULA LLC
ATTN: DON YUE
P.O. BOX 99335
EMERYVILLE, CA 94662
USA

YOUR SUPPLIER # WITH STK: 2637

RESALE PERMIT #: 10-13932
PAGE:        1 OF 2

PURCHASE ORDER NUMBER:    CCOL123554
PURCHASE ORDER DATE:      03/17/2004
DATE/TIME OF PO OUTPUT:   03/17/2004 - 11:31:15

BUYER/PHONE: Mike Melnick / 303-673-2814

TERMS: STK NET 30 DAYS

SHIP TO:
STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
BLDG.7, DOCK 11 (MRO)
LOUISVILLE, CO 80028
USA

SHIPPING INSTRUCTIONS:
SHIP VIA:
FOB: STK Free On Board -Origin

CURRENCY: USD

P.O. HEADER TEXT:
THIS PURCHASE ORDER SUBJECT TO THE TERMS AND CONDITIONS OF THE NETBULA SOFTWARE LICENSE AGREEMENT SIGNED 3-17-04.

REFERENCE THE AGREEMENT FOR PRICING.

PLEASE SHIP PRODUCT FEDEX P1 USING STORAGETEK ACCOUNT 080020133-8.

1 SDK LICENSE AND 1000 RUNTIME LICENSES.

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|----------------------|-----------|-----|----------------|----------------|
| 10 | | NETBULA SDK LICENSE | 1 | ZSU | 895.00 | 895.00 |

SUPPLIER'S MATERIAL#:
EC#:                    REV:
SPECIAL PACK REQUIREMENTS:

FAMILY SPEC:
PACK SPEC:

FAMILY REVISION:
PACK REVISION:

## DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/24/2004 | 1 | ZSU | 0 |

CONTINUED

NBS-0000145

A0104

STORAGE TECHNOLOGY CORPORATION
ONE STORAGETEK DRIVE
LOUISVILLE, CO 80028
USA
(303) 673-5151

## StorageTek PURCHASE ORDER

PURCHASE ORDER NUMBER: CCOL123554
PURCHASE ORDER DATE: 03/17/2004
DATE/TIME OF PO OUTPUT: 03/17/2004 - 11:31:15

RESALE PERMIT #: 10-13932
PAGE: 2 OF 2

| ITEM | MATERIAL NUMBER | MATERIAL DESCRIPTION | UM | ORDER QTY | UM | PRICE PER UNIT | EXTENDED PRICE |
|------|-----------------|---------------------|-----|-----------|-----|----------------|----------------|
| 20 | | 1000 RUNTIME LICENSES | | 1 | ZSU | 5,096.00 | 5,096.00 |

SUPPLIER'S MATERIAL#:
EC#:                    REV:
SPECIAL PACK REQUIREMENTS:

FAMILY SPEC:            FAMILY REVISION:
PACK SPEC:             PACK REVISION:

### DELIVERY SCHEDULE:

| DELIVERY DATE | ORDER QTY | UM | QTY RECEIVED |
|---------------|-----------|-----|--------------|
| 03/24/2004 | 1 | ZSU | 0 |

P.O. TOTAL: 5,991.00 USD

**CONFIDENTIAL. THIS PURCHASE ORDER IS SUBJECT TO STORAGETEK TERMS AND CONDITIONS, SUPPLIED ON REQUEST.**
PURCHASE ORDER NUMBER AND MATERIAL NUMBER MUST APPEAR ON ALL PACKING LISTS, INVOICES, OUTSIDE OF CONTAINERS AND CORRESPONDENCE. PACKAGING SPECS AS
DESIGNATED TO APPLY.
ALL PARTS ORDERED UNDER THIS PURCHASE ORDER MUST USE MATERIAL AS SPECIFIED ON THE DRAWING(S) AT THE E.C. LEVEL(S) SHOWN ON THIS PURCHASE ORDER. BY
ACCEPTANCE OF THIS PURCHASE ORDER, THE SUPPLIER GUARANTEES THAT ONLY THE DESIGNATED MATERIAL(S) EXACTLY AS SPECIFIED WAS USED.

END OF PURCHASE ORDER

A0105

A0106

# EXHIBIT 24

# EXHIBIT 24

A0106

A0107

| | |
|---|---|
| **From:** | Melnick, Michael R |
| **Sent:** | Thursday, June 16, 2005 9:21 AM |
| **To:** | 'sales@netbula.com' |
| **Subject:** | RE: Netbula RPC License support and maintenance |

Hi John,

Hope things are well. If you recall we opted out of support last year and are only interested in continuing to purchase rights to distribute the software.

I'll check on the usage as a courtesy as the agreement does not obligate us to do so. That being said we do keep close watch on the usage so I should be able to get it.

As far as Sun, it should be completed by the end of the summer. As they have just put the integration\transition teams together we will not have information for a while. Assuming I stick I think that the acquisition will be a good thing.

The only thing that you and I may have to do is for you to allow assignment of the agreement to Sun. The agreements calls for your approval. I assume you would sallow this as if you did not the agreement would be terminated.

Anyway I will do my best to keep you informed if you don't know before I do. :>)


Regards,

Mike Melnick

Contract Administrator, Senior Consultant

OEM Systems

StorageTek

One StorageTek Drive

Louisville, Colorado 80028

MS 5236

303-673-2914 (v)

303-673-4945 (f)

Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Wednesday, June 15, 2005 5:38 PM
**To:** Melnick, Michael R
**Subject:** Netbula RPC License support and maintenance

Mike,

Attached is an invoice for support and maintenance for the Netbula RPC Licneses for the period of March 2005 to March 2006. Please let me know if you have any questions.

Also, we would like to have an audit of the license usage. Please also keep us informed about the effects of the Sun/ StorageTek merger.

Best regards,

John

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)



EXHIBIT

51

Melnick 9-19-07

STK00000641

A0107

A0108

# EXHIBIT 25

# EXHIBIT 25

A0108

A0109

**EXHIBIT**
C-2
Melnick 9-19-07

| | |
|---|---|
| **From:** | Murray, Thomas J <thomas_murray@storagetek.com> |
| **Sent:** | Tuesday, June 28, 2005 4:13 PM |
| **To:** | Melnick, Michael R <melnimr@stortek.com> |
| **Cc:** | Williams, Michael P <willimp@stortek.com>; Rady, Lisa K <radylk@stortek.com>; Murray, Thomas J <murratj@stortek.com> |
| **Subject:** | RE: Netbula |

Thanks, Mike. Mike Williams, the ACSLS development manager who has the budget to purchase more licenses, is out this week. Can this wait until next week when he returns?

-Tom

**From:** Melnick, Michael R
**Sent:** Tuesday, June 28, 2005 12:58 PM
**To:** Abramovitz, Michael P; Rady, Lisa K; Williams, Michael P; Murray, Thomas J
**Cc:** Wagner, Holly M
**Subject:** RE: Netbula

The number that Holly has provided and thought it may be low causes quite a problem for you. We have only made 2 purchases for the rights to distribute a total of 2000 licenses.

You will need to order additional distribution rights or we will be in breach of the agreement. As our pricing is based on cumulative purchases I will need to know how many additional licenses you wish to order so I can get you pricing.

```
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

**From:** Wagner, Holly M
**Sent:** Monday, June 20, 2005 9:08 AM
**To:** Melnick, Michael R; Abramovitz, Michael P; Rady, Lisa K; Williams, Michael P
**Subject:** RE: Netbula

The SAP query I ran this morning shows 2,386 models shipped. This number is low due to the fact that the query does not have the capability of pulling the client feature quantities that were released in November of last year.

*Holly Wagner*
Software Product Planner
303-661-7389

**From:** Melnick, Michael R

STK00000540

A0109

A0110

**Sent:** Friday, June 17, 2005 10:13 AM
**To:**  Wagner, Holly M
**Subject:**  FW: Netbula

Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:**  Murray, Thomas J
**Sent:**  Thursday, June 16, 2005 11:27 AM
**To:**  Wagner, Holly M
**Cc:**  Abramovitz, Michael P; Williams, Michael P; Melnick, Michael R; Rady, Lisa K
**Subject:**  FW: Netbula

Hi Holly,
 Can you give Mike Melnick an update on how may Netbula licenses we've issued?

Thanks,

-Tom

---

**From:**  Abramovitz, Michael P
**Sent:**  Thursday, June 16, 2005 11:22 AM
**To:**  Murray, Thomas J
**Subject:**  RE: Netbula

She would know better than anybody.

---

**From:** Murray, Thomas J
**Sent:** Thursday, June 16, 2005 11:21 AM
**To:** Abramovitz, Michael P
**Subject:** RE: Netbula

Who could tell us how many we have issued?  Holly?

---

**From:**  Abramovitz, Michael P
**Sent:**  Thursday, June 16, 2005 11:19 AM
**To:**  Murray, Thomas J
**Subject:**  RE: Netbula

To the best of my memory, we have a license to redistribute 2000 copies.

---

**From:** Murray, Thomas J
**Sent:** Thursday, June 16, 2005 11:18 AM
**To:** Abramovitz, Michael P
**Cc:** Rady, Lisa K; Williams, Michael P; Melnick, Michael R

STK00000541

A0110

A0111

**Subject:** FW: Netbula
**Importance:** High

Hi Michael,
I think LibAttach uses Netbula.  Not sure you have this information or who could provide it: possibly Holly in SMD?

Thanks,

-Tom

---

**From:**   Melnick, Michael R
**Sent:**   Thursday, June 16, 2005 10:23 AM
**To:**   Murray, Thomas J
**Subject:**   Netbula
**Importance:**   High

Tom,
Can you give me an update of how many Netbula RPC licenses we have distributed? We need to make sure we have not exceeded what we have been licensed for.

Thanks!

Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

A0111

A0112

# EXHIBIT 26

# EXHIBIT 26

A0112

SL
Melnick 9-19-07

**Subject:** RE: RE: RE: Netbula RPC License support and maintenance
**From:** "Melnick, Michael R" <michael_melnick@storagetek.com>
**Date:** Mon, 11 Jul 2005 08:21:59 -0600
**To:** <sales@netbula.com>
**X-Mozilla-Status:** 0011
**X-Mozilla-Status2:** 00000000
**Return-path:** <michael_melnick@storagetek.com>
**Envelope-to:** sales@netbula.com
**Delivery-date:** Mon, 11 Jul 2005 10:24:35 -0400
**Received:** from netbula by server.virtuosonetsolutions.com with local-bsmtp (Exim 4.51) id 1DrzCv-0005nt-KY for sales@netbula.com; Mon, 11 Jul 2005 10:24:35 -0400
**Received:** from [129.80.22.147] (helo=prospect.stortek.com) by server.virtuosonetsolutions.com with esmtp (Exim 4.51) id 1DrzCv-0005no-AP for sales@netbula.com; Mon, 11 Jul 2005 10:24:29 -0400
**Received:** from prospect.stortek.com (localhost [127.0.0.1]) by prospect.stortek.com (8.12.10/8.12.0) with ESMTP id j6BEORWl024202 for <sales@netbula.com>; Mon, 11 Jul 2005 08:24:27 -0600 (MDT)
**Received:** from louisville.stortek.com (hq-exchsrs.stortek.com [129.80.18.187]) by prospect.stortek.com (8.12.10/8.12.0) with ESMTP id j6BEOQbe024190 for <sales@netbula.com>; Mon, 11 Jul 2005 08:24:26 -0600 (MDT)
**Received:** from EXCHVS2.louisville.stortek.com ([129.80.18.183]) by louisville.stortek.com with Microsoft SMTPSVC(6.0.3790.211); Mon, 11 Jul 2005 08:22:00 -0600
**X-MimeOLE:** Produced By Microsoft Exchange V6.5.7226.0
**Content-class:** urn:content-classes:message
**MIME-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="----_=_NextPart_001_01C58623.E6629F42"
**Message-ID:** <E708F030B61FC748817076631746D3D84B1E36@EXCHVS2.louisville.stortek.com>
**Thread-Topic:** RE: RE: Netbula RPC License support and maintenance
**Thread-Index:** AcWEDMX7tplsZm0tR5uW8cyaVzy+xgCE++HQ
**X-OriginalArrivalTime:** 11 Jul 2005 14:22:00.0111 (UTC) FILETIME=[E69F63F0:01C58623]
**X-Spam-Checker-Version:** SpamAssassin 3.0.4 (2005-06-05) on server.virtuosonetsolutions.com
**X-Spam-Status:** No, score=-2.5 required=5.0 tests=AWL,BAYES_00,HTML_30_40, HTML_MESSAGE,HTML_NONELEMENT_00_10 autolearn=ham version=3.0.4

John,
I think you'll need to point that audit clause to me in the agreement signed between the parties on 3-12-04 by Don Yue and I. There is nothing in the agreement that allows any kind of audit, nor was there one in the previous agreement.
We would love to pay you on a royalty "as we use basis" but when this was requested we were reminded that this was not your model and that we must prepay.
The only thing that we have ever discussed was that we were no longer interested in paying for support as we felt the application was stable enough to warrant foregoing this. We did continue to distribute the product which is why we purchased an additional block of licenses. We also bought and paid for an additional SDK license. I do not know if that is the upgrade you were talking about. But your e-mail of 3-4-2004 notes that the SDK we had to acquire was the latest for Windows 2003. I can forward this if you like.
As far as your suggestion that you will go to Sun for an audit, I would suggest that you wait until after September which is when it is expected to be finalized. Until then nothing has changed.
If you'd like to discuss this via phone my number is below. I think that would be better as e-mails tend to come of as adversarial and that is not the intent. We just want to get additional licenses whether we have to use to old model or whether you are will to use our royalty process.

Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

A0114

CONFIDENTIALITY NOTICE
- This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Friday, July 08, 2005 4:31 PM
**To:** Melnick, Michael R
**Subject:** Re: RE: RE: Netbula RPC License support and maintenance

Mike,

The license agreement is clear: "You agree to maintain reasonable records of the number of copies of the Supporting Programs distributed hereunder and to pay NETBULA as set forth in Exhibit C for such copies. NETBULA may, with reasonable notice, and at times that do not interfere with STORAGETEKfs business, request STORAGETEK to conduct an internal audit to count the number of copies distributed. "

Since the original agreement signed in 2000, we have requested several times for an audit, but never got any result. We were told at one point that the product using Netbula ONC RPC was terminated, no audit would be needed. But last year, StorageTek asked for a new version of Netbula ONC RPC for Wndows 2003 and purchased additional runtimes. We felt that there was some inconsistency there. We provided the upgrade for free even though StorageTek never purchased a support contract.

We request StorageTek to provide us an actual count of Netbula ONC RPC usage ASAP. You must have information on what products are using Netbula ONC RPC and how many copies of these products were running on how many machines since year 2000. Since StorageTek has been acquired by Sun, we would like to have the audit done ASAP, or we will have to ask Sun for the audit.

Payment based on actual use is what is stated in the agreement. Quarterly royalty reporting and payment is the rule in the industry. The problem is, we don't have a single report in 5 years.

Regards,

John

------------------------
"Melnick, Michael R" :

John,
Ouch,
What about something more short term. Like quarterly payments for actual use. or a yearly lump sum for usage?
Were just trying to make it easier for both of us to track.
We certainly don't have the ROI or $250k.
If nothing else we'll go with the current
process.
Thanks!
Regards,
Mike Melnick
Contract Administrator,
Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5236 303-673-2914

NBS-0001221

A0114

A0115

(v)
303-673-4945
(f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY
NOTICE - This e-mail
transmission, and any attachments, may contain information that is confidential
or legally privileged. If you are not the intended recipient, or a person
responsible for delivering it to the intended recipient, you are hereby notified
that you must not read this transmission and that any disclosure, copying,
printing, distribution or use of any of the information contained in or attached
to this transmission is STRICTLY PROHIBITED. If you have received this
transmission in error, please immediately notify the sender by telephone or
return e-mail and delete the original transmission and its attachments without
reading or saving in any manner. Thank you


From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Friday, July 08, 2005 9:15
AMTo: Melnick, Michael RSubject: Re: RE: Netbula RPC
License support and maintenance

Mike,
The cost for unlimited server and client runtime license is $250,000, with
one year of upgrades and fixes included.
Regards,
John YoungNetbula LLC
------------------------"Melnick, Michael R"
:We would like to get a quote on having
an un! limited distribution model. Is this available? Tracking usage is
becoming burdensome and we want to ensure we continue to be in
compliance.Let me know and thanks! Regards, Mike Melnick
Contract Administrator, Senior Consultant OEM Systems StorageTek One
StorageTek Drive Louisville, Colorado 80028 MS 5236 303-673-2914 (v)
303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY
NOTICE - This e-mail transmission, and any attachments, may contain
information that is confidential or legally privileged. If you are not the
intended recipient, or a person responsible for delivering it to the
intended recipient, you are hereby notified that you must not read this
transmission and that any disclosure, copying, printing, distribution or use
of any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify the sender by telephone or return e-mail and delete the
original transmission and its attachments without reading or saving in any
manner. Thank you From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Wednesday, June 15, 2005 5:38 PMTo:
Melnick, Michael RSubject: Netbula RPC License support and
maintenanceMike,Attached is an invoice for support and maintenance
for the Netbula RPC Licneses for the period of March 2005 to March 2006.
Please let me know if you have any questions.Also, we would like to have an
audit of the license usage. Please also keep us informed about the effects
of the Sun/StorageTek merger.Best regards,John--------------------
Email sent using AnyEmail (http://netbula.com/anyemail/) Attachment:
Content-Type:
text/plain;charset="us-ascii"Content-Transfer-Encoding: quot! ed-print
able------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/)

NBS-0001222

A0115

A0116

Attachment:
Content-Type: text/plain;
charset="us-ascii"
Content-Transfer-Encoding: quoted-printabl! e

------------------- Email sent using AnyEmail (http://netbula.com/anyemail/)

A0117

# EXHIBIT 27

# EXHIBIT 27

A0117

A0118

EXHIBIT
55
Melnick 9-19-07

| | |
|---|---|
| **From:** | sales@netbula.com |
| **Sent:** | Wednesday, July 27, 2005 10:48 AM |
| **To:** | Melnick, Michael R <michael_melnick@storagetek.com> |
| **Subject:** | Re: RE: RE: RE: RE: RE: Netbula RPC License Audit |

Mike,

Can we get a detailed royalty report, including product names, platform information(version of Windows), month and year of deployment?

We had a discussion internally on this, and we felt that there are a number of issues:

1) Supported platforms-- the original 2000 agreement does not cover the Windows 2000 platform, howvever, we believe some of the licenses were used on the Win2K platform. Those were not covered by the license agreement. The 2004 purchases can't be used to cover usages under the 2000 agreement.

2) Pricing-- The pricing on the agreement was deeply discounted and based on a pre-paid scheme in blocks of 1000. We can not honor the price when the purchases were made after 2 to 3 years of usage. Our other customers are paying $35 per client runtime without a prepayment agreement.

3) 2004 Agreement--Inconsistency in StorageTek's responses-- we felt that we were misled and were being taken advantage of when signing the 2004 agreement. We were told in 2002 the StorageTek product was terminated and fewer than 200 licenses of the 1000 were used(with 800+ wasted), so when we were contacted in 2004 about Netbula RPC for Windows 2003, we were eager to make it up to you by using the original pricing, even though our pricing model had been changed since 2001. The prices were raised and made closer to the offerings of other vendors (our prices are still lower). In 2004, our price for Netbula RPC was $3500 if purchased in blocks of 100, or $18000 if purchased in blocks of 1000. Going forward, we would like to redo an agreement based on our current licensing and pricing models.

The above is our preliminary position on the matter.

Regards,

John


------------------------
"Melnick, Michael R" :

Hi John,
To show we are working in good faith to get this resolved
we are going to send you a p.o. for 3000 units to cover back fees and licenses
going forward.
We do have 23 other customers that we are continuing to
pull information for and will issue an additional p.o. for those once we have
verified those counts.
I would like to make this process easier for us to track as
well as be able to ensure that you get your money on time, causing less burden
on all of us.
I would like you to consider making this a true royalty
payment stream where we pay you at the end of each quarter for what is actually
shipped and an updated discount structure which will ease the process as well..
We are also going to have it keyed by the end of the year.
Here are our counts. I don't have the specific dates or
detailed information, but do have the numbers

Total pre 2004 licenses
distributed  2,127
minus 2000 licenses
purchased   =127

A0118

A0119

short:
Post 2004  1810
Licenses forecast through the end of 2005
(approximately 970)
23 customers still being
reconciled.
Total licenses owed for back fees and forecast fees
(2907).  Licenses we will purchase at this time (3000) licenses total
$13488
Let me know if this works for you short term, as I said
we want to make sure we have paid for what we have used as well as what we need
going forward.
We may
not have kept the best records (which we are fixing) but we do have some
integrity. Do you want the p.o. to come to you as in the
past?

Regards,
Mike Melnick
Contract Administrator,
Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-
2914 (v)
303-673-4945
(f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY
NOTICE - This e-mail
transmi! ssion, a nd any attachments, may contain information that is confidential
or legally privileged. If you are not the intended recipient, or a person
responsible for delivering it to the intended recipient, you are hereby notified
that you must not read this transmission and that any disclosure, copying,
printing, distribution or use of any of the information contained in or attached
to this transmission is STRICTLY PROHIBITED. If you have received this
transmission in error, please immediately notify the sender by telephone or
return e-mail and delete the original transmission and its attachments without
reading or saving in any manner. Thank you


From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Friday, July 22, 2005 2:33
PMTo: Melnick, Michael RSubject: Re: RE: RE: RE: RE:
Netbula RPC License Audit

Mike,Next week is fine. I guess it does take some time to trace
back a few years.What we also need is a way to ensure proper
accounting of future license usage, hope that you can work that out
next week.Have a great weekend.
John----------------------"Melnick, Michael R"
:John,Don't want you to think that I
was putting you off and know that we missed our Tuesday extension that you
let us have.We in fact are out of compliance with the counts and want to
make sure that we have accurate numbers so we can get you the purchase orders
to make this right. We are still aggregating the counts, but initial pass
shows that we owe you for about an additional 3200 licenses.I could
give you 100 reasons as to how this happened but all I want to do is make
sure we cover our gaffe. They have approval to purchase 2000
license, I told them they need to not only come up with additional but they
need to forecast out for the next year as well. Near term they plan on
keying the software which will make it much easier to track. We
are meeting early next week to get the total numbe! r finali zed at which time
I will send you an order to make up the short fall as well as the forecasted
quantity.Is this acceptable to you?Either way thanks for
your patience and have a good weekend. Regards, Mike Melnick

STK00000489

A0119

Contract Administrator, Senior Consultant OEM Systems StorageTek One
StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914 (v)
303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY
NOTICE - This e-mail transmission, and any attachments, may contain
information that is confidential or legally privileged. If you are not the
intended recipient, or a person responsible for delivering it to the
intended recipient, you are hereby notified that you must not read this
transmission and that any disclosure, copying, printing, distribution or use
of any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify the sendl er by te lephone or return e-mail and delete
the original transmission and its attachments without reading or saving in
any manner. Thank you From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Friday, July 15, 2005 5:46 PMTo:
Melnick, Michael RSubject: Re: RE: RE: Netbula RPC License
AuditMike,Thanks a lot.Yes, we need to count the attached
clients.Regards,John-----------------------"Melnick, Michael R" :Hi
John,I will send you a p.o. for an additional 2000 licenses on Monday. I
show the price based on the aggregated pricing to be $8992. For our
counts I need to know if client attach to our product would need to be in
our counts for you?Have a good weekend. Regards, Mike Melnick Contract
Administrator, Senior Consultant OEM Systems StorageTek One StorageTek Drive
Louisville, Colorado 80028 MS 5236 303-673-2914 (v) 303-673-4945 (f)
Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail
transmission, and any attachl ments, m ay contain information that is
confidential or legally privileged. If you are not the intended recipient,
or a person responsible for delivering it to the intended recipient, you are
hereby notified that you must not read this transmission and that any
disclosure, copying, printing, distribution or use of any of the information
contained in or attached to this transmission is STRICTLY PROHIBITED. If you
have received this transmission in error, please immediately notify the
sender by telephone or return e-mail and delete the original transmission
and its attachments without reading or saving in any manner. Thank
you From: sales@netbula.com [mailto:sales@netbula.com] Sent:
Thursday, July 14, 2005 2:39 PMTo: Melnick, Michael RSubject: Re: RE: RE:
Netbula RPC License AuditMike,Tuesday is
fine.Regards,John-----------------------"Melnick, Michael R" :John,To
get the detail you require plus the time frame is going to take a little longer than first expected. Can we get this to
you on Tuesday? Regards,
Mike Melnick Contract Administrator, Senior Consultant OEM Systems
StorageTek One StorageTek Drive Louisville, Col lorado 8 0028 MS 5236
303-673-2914 (v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY NOTICE - This e-mail transmission, and any attachments, may
contain information that is confidential or legally privileged. If you are
not the intended recipient, or a person responsible for delivering it to the
intended recipient, you are hereby notified that you must not read this
transmission and that any disclosure, copying, printing, distribution or use
of any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify the sender by telephone or return e-mail and delete the
original transmission and its attachments without reading or saving in any
manner. Thank you From: sall es@netbu la.com
[mailto:sales@netbula.com] Sent: Monday, July 11, 2005 9:32 PMTo:
Melnick, Michael RSubject: Re: RE: Netbula RPC License AuditMike,Thanks
a lot.John-----------------------"Melnick, Michael R" :John,As an FYI it
looks like they are going to go ahead and purchase an additional 2000
licenses which I show to be $4496 per 1000.I have requested your information
to be delivered to me by weeks end. I'll let you know when I get
it. Regards, Mike Melnick Contract Administrator, Senior Consultant OEM
Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5236
303-673-2914 (v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY NOTICE - This e-mail transmission, and any! attachm ents,

A0121

may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not real d this < BR>transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you ! have rec eived this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you From: sales@netbula.com [mailto:sales@netbula.com] Sent: Monday, July 11, 2005 10:45 AMTo: Melnick, Michael RSubject: Netbula RPC License AuditMike,I dig out some old emails for reference. The audit clause was in the 2000 agreement. If you do not have a copy of the 2000 agreement, I can send it to you. We would like to request StorageTek to perform an audit of the license usage from year 2000 to June 2005, with the product name and quarterly installation numbers.John------------------------- RE: RE: Netbula RPC License audit From: Melnick, Michael R ! To: Dat! e: Sep 1 0 2002 - 6:20am John, Yes this is correct, I was told that the product is being end of lifed and that we are no longer shipping it. Regards, mm -----Original Message----- From: sales@netbula.com [mailto:sales@netbula.com] Sent: Monday, September 09, 2002 11:34 AM To: Melnick, Michael R Subject: Re: RE: Netbula RPC License audit Mike, Is it true that StorageTek no longer uses Netbula RPC in its products? If so, I will remove StorageTek from the audit list. Regards, John >Jon, >We no longer distribute the runtimes with our products. Our count remains >the same as provided to you in June of 01. >Regards, >Mike Melnick >Contract Administrator, Senior Consultant >Software Systems S! trategic Alliance Sourcing >StorageTek >One StorageTek Drive >Louisville, Colorado 80028 >MS 5236 >303-673-2914 (v) >303-673-4945 (f) >Melnimr@Louisville.Stortek.Com > >-----Original Message----- >From: sales! @netbula .com [mailto:sales@netbula.com] >Sent: Friday, September 06, 2002 7:03 AM >To: Melnick, Michael R >Subject: Netbula RPC License audit > > >Mike, > >Could you ! please p rovide us an updated audit of the number of runtimes >distributed? > >Thank you and best regards, >! ; ! >John Young >Netbula LLC > >----- Original Message ----- >From: "Melnick, Michael R" < M elniMR@LOUISVILLE.STORTEK.COM > > >To: "'Netbula Sales'" < sales@netbula.com > >Sent: Friday, June 22, 2001 6:46 AM >Subject: RE: License audit for Netbula ONC RPC runtime license > >> John, >> The license agreements requires us to provide the number of licenses >> distributed. We will not provide customer information as we consider this >to >> be confidential. The license count you request is 107, this leaves us the >> rights to distribute 893. If you have any questions please let me ! know. &g t;! > Regards, >> Mike Melnick >> Contract Administration Sr. Consultant ! g! t;> Software and Systems Strategic Alliances >> One StorageTek Drive >> Louisville, Colorado 80028 >> 303-673-2914 phone >> 303-673-4945 fax >> Melnimr@Louisville.Stortek.com >> StorageTek >> INFORMATION made POWERFUL >> >> >> >> -----Original Message----- >> From: Netbula Sales [mailto:sales@netbula.com] >> Sent: Thursday, May 03, 2001 1:46 AM >> To: Melnick, Michael R >> Subject: License audit for Netbula ONC RPC r! un! time license >> >> >> Dear Michael, >> >> Please haved the attached license audit ! form fil led in and returned to us >> via fax or mail by June 30, 2001. >> The invoice number for your order was 1605, and the PO # was CCOL122576 >> >> Thank you very much, >> >> John Young >&g! t; Netbu la LLC >> ------------------- Email sent using AnyEmail (http://netbula.com/anyemail/) Attachment: Content-Type: text/plain;charset="us-ascii"Content-Transfer-Encoding: quoted-pri! ntable-- ----------------- Email sent using AnyEmail (http://netbula.com/anyemail/) Attachment: Content-Type: text/plain;charset="US-ASCII"Content-Transfer-Encoding:

A0121

quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type:
text/plain;charset="US-ASCII"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type:
text/plain;charset="us-ascii"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/)

Attachment:
Content-Type: text/plain;
charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

STK00000492

A0122

**Subject:** FW: Netbula RPC License Audit -- on report analysis
**From:** "Melnick, Michael R" <michael_melnick@storagetek.com>
**Date:** Thu, 18 Aug 2005 12:58:02 -0600
**To:** <sales@netbula.com>

Here are our responses to your questions..
1. Yes, we are sure that the number of clients is correct.  Prior to November 18th 2004 all of our Lib Attach software was sold one-for-one (each model could only be used for one client). As of November 18th 2004 we started offering multiple client usage under one license.
2. Reels is not part of LibAttach. As the reporting for Reels fell off years ago due to it being end of life and done before the current person responsible for tracking it had not been included. These were the 107 I reported a few years ago. I was able to find the worksheet with those and am including it.
3. The reference field "WINNT-2003 LIBATT" should also state WIN 2000. We assumed that everyone knew that the 2000 was included in this release. Our mistake.

Hope this provides the information you are looking for.


```
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5264
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

**CONFIDENTIALITY NOTICE**
- This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Tuesday, August 16, 2005 12:21 PM
**To:** Melnick, Michael R
**Subject:** Netbula RPC License Audit -- on report analysis


Mike,

Thanks for the clarification on the terms.

We are looking at the report and having some questions

1) Number of clients

From 2000 to November 18, 2004, all orders showed the number of clients being 1. Then we see later orders with "# of Clients" greater than 1 (1, 10, 50...) . We calculated the number of orders and number of client liceneses for each quarter and have the following list:

A0124

00Q2: license count 17, orders count:  17
00Q3: license count 25, orders count:  25
00Q4: license count 39, orders count:  39
00q1: license count 18, orders count:  18
01Q1: license count 40, orders count:  40
01Q2: license count 68, orders count:  68
01Q3: license count 63, orders count:  63
01Q4: license count 118, orders count:  118
02Q1: license count 75, orders count:  75
02Q2: license count 62, orders count:  62
02Q3: license count 71, orders count:  71
02Q4: license count 192, orders count:  192
03Q1: license count 102, orders count:  102
03Q2: license count 159, orders count:  159
03Q3: license count 102, orders count:  102
03Q4: license count 205, orders count:  205
04Q1: license count 178, orders count:  178
04Q2: license count 142, orders count:  142
04Q3: license count 134, orders count:  134
04Q4: license count 2266, orders count:  189
05Q1: license count 736, orders count:  92
05Q2: license count 2392, orders count:  98

The number of orders look pretty consistent, they are 100-200 per quarter. But the number of client licenses differ substantially. Especially before Q304, there was no order with more than 1 client. Are you sure that the orders before Nov 18, 2004 were correctly counted for the number of clients? Please check this with the people who are conducting the internal audit.

2) The REELs application
The report all shows product name as Library Attach. But REELs was using Netbula RPC. Is REELs a part of Lib Attach?

3) Windows 2000
From StorageTek web site, Lib Attach is available for Windows 2K, the report only shows NT and 2003.

Regards,

John




------------------------
"Melnick, Michael R" :

here it is.

Material = Configured part
number
Order Number = STK Sales order
number
Ord Ln Nbr = The specific line item from
the sales order
Modl Nbr = STK Model Number

Modl Desc = Model
Description

NBS-0001285

A0124

Actl Ship Dt = Date that the
original license of software was shipped
Quarter = Business quarter that it was
shipped.  ex - Q401 = 4th qtr 2001
Serial Nbr = STK serial
number
# of Clients = Number of clients that the
license will be used on
Feat Cd = The version of
software.  ex - L100 = level/version 1.0.0

Lib Attach Software is the name of the STK software that
uses Netbula

Regards,
Mike Melnick
Contract Administrator,
Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914
(v)
303-673-4945
(f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY
NOTICE - This e-mail
transmission, and any attachments, may contain information that is confidential
or legally privileged. If you are not the intended recipient, or a person
responsible for delivering it to the intended recipient, you are hereby notified
that you must not read this transmission and that any disclosure, copying,
printing, distribution or use of any of the information contained in or attached
to this transmission is STRICTLY PROHIBITED. If you have received this
transmission in error, please immediately notify the sender by telephone or
return e-mail and delete the original transmission and its attachments without
reading or saving in any manner. Thank you

From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Monday, August 15, 2005 12:21
PMTo: Melnick, Michael RSubject: Re: RE: RE: Netbula RPC
License Audit

Mike,
Thanks a lot for the report. Could you pr! ovide de finition to some of the
field names?

Material

Order Nbr
Ord Ln Nbr
Modl Nbr
Modl Desc
Actl Ship Dt
Quarter
Serial Nbr
# of
Clients
Feat Cd
I guess Material is a product ID, Modl Nbr is a module ID? What is Feat
Cd?

NBS-0001286

LIBATTCH is a library which uses Netbula RPC?I heard that there is a
REELS application by StorageTek uses Netbula RPC, does it use the
LIBATTCH?Regards,
John
-----------------------"Melnick, Michael R"
:Here is the report you requested. The
total number does not take into account the 2000 licenses paid for
previously. total due 5364, we would also like to add a number to the order
to get us through the end of the year while we consider our options. I
believe you had said you were going to send me an invoice. If you can do
that via e-mail that would be great.  Regards,
Mike Melnick Contract Administrator, Senior Consultant OEM Systems
StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914
(v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY
NOTICE - This e-mail transmission, and any attachments, may contain
information that is confidential or legally privileged. If you are not the
intended recipient, or a person responsible for delivering it to the
intended recipient, you are hereby notified that you must not read this
transmission and that any disclosure, copying, printing, distribution or use
of any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify the sender by telephone or return e-mail and delete the
original transmission and its attachments without reading or saving in any
manner. Thank you From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Thursday, August 11, 2005 11:12 AMTo:
Melnick, Michael RSubject: Re: RE: Netbula RPC License AuditMike,How
is the ot! her data coming?Please send me what you have now if it will take
longer to have a complete set.Regards,John-----------------------"Melnick,
Michael R" :John,We have a spreadsheet that covers 90% of what was
distributed. We are still working on the rest. I can send the current
worksheet if you'd like. I think that we will have the rest ! next
week. Regards, Mike Melnick Contract Administrator, Senior Consultant
OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS
5264 303-673-2914 (v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY NOTICE - This e-mail transmission, and any attachments, may
contain information that is confidential or legally privileged. If you are
not the intended recipient, or a person responsible for delivering it to the
intended recipient, you are hereby notified that you must not read this
transmission and that any disclosure, copying, printing, distribution or use
of any of the information contained in or attached to this transmission is
STRICTLY PROHIBITED. If you have received this transmission in error, please
immediately notify the sender by telephone or return e-mail and delete the
original transmission and its attachments without reading or saving in any
manner. Thank you From: sales@netbula.com [mailto:sales@netbula.com]
Sent: Friday, August 05, 2005 12:41 PMTo: Melnick, Michael RSubject: Netbula
RPC License AuditMike,When can we get a full audit
report?John-----------------------"Melnick, Michael R" :John,I will get
you the information on the licenses as requested. Note in this e-mail that
we have offered to provide a p.o. for 3000 licenses immediately. The new
agreement allows us to use the software on all Win platforms, we just added
the win2003 platform as part of the disty, so in fact the 1000 would have
covered both back distribution as well as going forward As far as
termination of the agreement, what do ! you show as the ! terminat ion clause?I
will get back with you when I have the final counts. I am not going to
continue this back and forth e-mailing over things we obviously disagree on.
I would be happy to have a phone conversation.Let me know.Regards, Mike
Melnick Contract Administrator, Senior Consultant OEM Systems StorageTek

NBS-0001287

A0126

One StorageTek Dri! ve Louis ville, Colorado 80028 MS 5264 303-673-2914 (v)
303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE -
This e-mail transmission, and any attachments, may contain information that
is confidential or legally privileged. If you are not the intended
recipient, or a person responsible for delivering it to the intended
recipient, you are hereby notified that you must not read this transmission
and that any disclosure, copying, printing, distribution or use of any of
the information contained in or attached to this transmission is STRICTLY
PROHIBITED. If you have received this transmission in error, please
immediately notify the sender by telephone or return e-mail and delete the
original transmission and its attachments without reading or saving in any
manner. Thank you From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Wednesday, July 27, 2005 2:26 PMTo:
Melnick, Michael RSubject: Re: RE: RE: RE: RE: RE: RE: Netbula RPC Licens! e
Audit< BR>Mike,We feel that there are issues that must be cleared up.
We will wait until we see the full royalty report to settle the differences.
However, there are several points I must make:1) The PO CCOL123554 was for
1000 licenses for the new Windows 2003, not for "licenses for past
oversights". You can check our communications to verify this. When you
placed the order, you said it's for Windows 2003. When I asked you for an
audit in Oct 2004, the reply we got was:"I'll check but as it took 2 years
to go through the first  1000 licenses I doubt we have gone through the
1000 we just purchased i! n March. &n! bsp; " I t is clear we both understood
that the 1000 licenses purchased in March 2004 was NOT for past oversights,
but prepayment for future license usages.2) When we were doing the
March 2004 agreement, there was no change in your previous position
that the product was terminated and StorageTek would no longer report
royalties. ! We were still under the impression that the product was
terminated, and you only used 107 licenses, and you needed RPC again in
2004  for new development (SDK and runtime). Later, from your
October 2004 email, we realized that StorageTek must have used over 1000
licenses and the product was not terminated. That's why we insisted on an
audit. Your own preliminary result show more than 2000 licenses
were used prior to March 2004 agreement.3) Going forward, we feel that
the license agreement must be redone or shall be terminated. For now, it's
better to communicate via email, so we have a
record.Regards,John------------------------"Melnick, Michael R" :John,As
I said we are working in good faith to get you what you are owed. See my
comments below. Regards, Mike Melnick Contract Administrator, Senior
Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado
80028 MS 5264 303-673-2914 (v) 303-673-4945 (f) Meln! imr@Loui
sville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail transmission, and
any attachments, may contain information that is confidential or legally
privileged. If you are not the intended recipient, or a person responsible
for delivering it to the intended recipient, you are hereby notified that
you must not read this transmission and that any disclosure, copying,
printing, distribution or use of any of the information contained in or
attached to this transmission is STRICTLY PROHIBITED. If you have received
this transmission in error, please immediately notify the sender by
telephone or return e-mail and ! delete! t he or iginal transmission and its
attachments without reading or saving in any manner. Thank you From:
sales@netbula.com [mailto:sales@netbula.com] Sent: Wednesday, July 27, 2005
11:48 AMTo: Melnick, Michael RSubject: Re: RE: RE: RE: RE: RE: Netbula RPC
License AuditMike,Can we get a detailed royalty report, including product
na! mes, pla tform information(version of Windows), month and year of
deployment? We are working on that. We had a discussion internally
on this, and we felt that there are a number of issues:1) Supported

platforms-- the original 2000 agreement does not cover the
Windows 2000 platform, hovvever, we believe some of the licenses were used
on the Win2K platform.  Until we know this as fact I will not
comment on what is believed. Those were not covered by the license
agreement. The 2004 purch! ases can 't be used to cover usages under the
2000 agreement.  It was obvious in the 2004 contract renegotiation that
not only did we want to start shipping the win 2003 platform but that we
would buy 1000 licenses for past oversights and distribution going
forward. No disagreement with the that the original agreement was for
 (Windows NT/98/95 only). An e-mail from you suggested we amend the
agreement for the new platform ! and that " To avoid confusion, we
should also use the original discount schedule (noting 1000 runtimes had
already been purchased in 2000)"., and that "We need to use the pricing and
payment terms in the original agreement." Not my suggestion, yours. If this
was contrary to your pricing model you did not attempt to incorporate it
into the new agreement. 2) Pricing-- The pricing on the agreement was
deeply discounted and based on a pre-paid scheme in blocks of 1000. We can
not honor the price when the purchases were made after 2 or 3 years of
usage.  Netbula knew when the new agreem! ent ! was done that
we were paying for some over distribution and accepted the p.o. for the
additional 1000 ordered on p.o. CCOL123554 anyway. Seems contradictory to
your statement of not honoring pricing. Our other customers are paying
$35 per client runtime without a prepayment agreement.  So based on
this, the $50.96 price we ! paid was well above what you offered your
other customers and they didn't have to prepay which means you got money
from us well in advance of anybody else as opposed a per use basis.3)
2004 Agreement--Inconsistency in StorageTek's responses-- we felt that we
were misled and were being taken advantage of when signing the
2004 agreement. Based on the statement above of what Netbula allowed
your other customers to pay and the fact that you told us your model
was the same when the agreement was re-done it would ! seem we were mis-led
and taken advantage of. I totally disagree that the contract was negotiated
in anything but good faith. We would have loved to have it on a straight
royalty pay basis. It would have meant that these discussions, e-mails would
never have happened but we were told that it was not your model.  We
were told in 2002 the StorageTek product was terminated
and fewer than 200 licenses of the 1000 we! re used( with 800+
wasted),  so when we were contacted in 2004 about Netbula RPC for
Windows 2003, we were eager to make it up to you by using the original
pricing, even though our pricing model had been changed since
2001. The prices were raised and made closer to the offerings
of other vendors (our prices are still lower). We paid for a block of
licenses at the signing of the new agreement based on the pricing you had
asked to be kept consistent in March of 2004, which showed that we were
keeping consistent with providing you the funds as agreed to. In 2004,
our price for Ne! tb! ula RPC was $3500 if purchased in blocks of
100, or $18000 if purchased in blocks of 1000. Going forward, we would like
to redo an agreement based on our current licensing and pricing
models. I am suggesting that we will pay what is owed, at the pricing
as agreed to in the 2004 agreement as proposed by Netbula. The over
shipme! nts in q uestion were done after the 2004 agreement was put in place
so should be subject to the terms of the 2004 agreement. At this time based
on Nebula's response to our trying to take care of this in a good faith
manner I am not willing to discuss any new agreement.The above is our
preliminary position on the matter. I can have a purchase order to
you for the rights to distribute 3000 copies right now. I think that e-mail
is a lousy way to negotiate or resolve problems and can make it look like it

is an adversarial e! xchange. All I want is resolution. Perhaps we should talk via phone when you have an opportunity. Let me know how you want to proceed. Regards, Mike Melnick Contract Administrator, Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914 (v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail transmission, and any attachments, may contain information that i! s co nfidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you   !! Regards ,

John ------------------------"Melnick, Michael R" :Hi John,To show we are working in good faith to get this resolved we are going to send you a p.o. for 3000 units to cover back fees and licenses going forward.We do have 23 other customers that we are continuing to pull information for and will issue an additional p.o. for those! once we have verified those counts.I would like to make this process easier for us to track as well as be able to ensure that you get your money on time, causing less burden on all of us.I would like you to consider making this a true royalty payment stream where we pay you at the end of each quarter for what is actually shipped and an updated discount structure which will ease the process as well.. We are also going to have it keyed by the end of the year.Here are our counts. I don't h! ave the specific dates or detailed information, but do have the numbersTotal pre 2004 licenses distributed  2,127minus 2000 licenses purchased   =127 short:Post 2004  1810Licenses forecast through the end of 2005 (approximately 970)23 customers still being reconciled.Total licenses owed for back fees and forecast fees (2907).  Licenses we will purchase at this time (3000) licenses total $13488Let me know if this works for you short term, as I sa! id we wa nt to make sure we have paid for what we have used as well as what we need going forward.We may not have kept the best records (which we are fixing) but we do have some integrity. Do you want the p.o. to come to you as in the past? Regards, Mike Melnick Contract Administrator, Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914 (v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail transmi! ssion, a nd any attachments, may contain information that is confidential or legally privileged. If you are! not th! e intend ed recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received! this tr ansmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you From: sales@netbula.com [mailto:sales@netbula.com] Sent: Friday, July 22, 2005 2:33 PMTo: Melnick, Michael RSubject: Re: RE: RE: RE: RE: Netbula RPC License AuditMike,Next week is fine. I guess it does take some time to trace back a few years.What we also need is a way to ensure of pr! oper acc ounting of future license usage, hope that you can work that out next week.Have a great weekend.John------------------------"Melnick, Michael R" :John,Don't want you to think that I was putting you off and know that we missed our

A0130

Tuesday extension that you let us have.We in fact are out of compliance with
the counts and want to make sure that we have accurate numbers so we can get
you the purchase orders to make this right. We are still aggregating the
counts, but init! ial pass shows that we owe you for about an additional
3200 licenses.I could give you 100 reasons as to how this happened but all I
want to do is make sure we cover our gaffe. They have approval to
purchase 2000 license, I told them they need to not only come up with
additional but they need to forecast out for the next year as well. Near
term they plan on keying the software which will make it much easier to
track. We are meeting early next week to get the total numbe! r finali
zed at which time I will send you an order to make up the short fall as well
as the forecasted quantity.I! s this a ccep! table to you?Either way thanks for
your patience and have a good weekend. Regards, Mike Melnick
Contract Administrator, Senior Consultant OEM Systems StorageTek One
StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914 (v)
303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE -
This e-mail transmissi! on, and any attachments, may contain information
that is confidential or legally privileged. If you are not the intended
recipient, or a person responsible for delivering it to the intended
recipient, you are hereby notified that you must not read this transmission
and that any disclosure, copying, printing, distribution or use of any of
the information contained in or attached to this transmission is STRICTLY
PROHIBITED. If you have received this transmission in error, please
immediately notify th! e send! er by te lephone or return e-mail and delete
the original transmission and its attachments without reading or saving in
any manner. Thank you From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Friday, July 15, 2005 5:46 PMTo:
Melnick, Michael RSubject: Re: RE: RE: RE: Netbula RPC License
AuditMike,Thanks a lot.Yes, we need to count the attached
clients.Regards,John------------------------"Melnick, Michael R" :Hi
John,I will send you a p.o. for an additional 2000 lic! enses on Monday. I
show the price based on the aggregated pricing to be $8992. For our
counts I need to know if client attach to our product would need to be in
our counts for you?Have a good weekend. Regards, Mike Melnick Contract
Administrator, Senior Consultant OEM Systems StorageTek One StorageTek Drive
Louisville, Colorado 80028 MS 5236 303-673-2914 (v) 303-673-4945 (f)
Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail
transmission, and any attach! ments, m ay contain information that is
confidential or legally privileged. If you are not the intended rec! ipient,
or a! person responsible for delivering it to the intended recipient, you
are hereby notified that you must not read this transmission and that any
disclosure, copying, printing, distribution or use of any of the information
contained in or attached to this transmission is STRICTLY PROHIBITED. If you
have received this transmission in error! , please immediately notify the
sender by telephone or return e-mail and delete the original transmission
and its attachments without reading or saving in any manner. Thank
you From: sales@netbula.com [mailto:sales@netbula.com] Sent:
Thursday, July 14, 2005 2:39 PMTo: Melnick, Michael RSubject: Re: RE: RE:
Netbula RPC License AuditMike,Tuesday is
fine.Regards,John------------------------"Melnick, Michael R" :John,To
get the detail you require plus the time frame is going to take a little
longer! than fi rst expected. Can we get this to you on
Tuesday? Regards, Mike Melnick Contract Administrator, Senior
Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Co!
lorado 8 0028 MS 5236 303-673-2914 (v) 303-673-4945 (f)
Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail
transmission, and any attachments, may contain information that is

NBS-0001291

A0130

confidential or legally privileged. If you are not the intended recipient, or a person responsible for deliver! ing it t o the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you From: sal! es@netbu la.com [mailto:sales@netbula.com] Sent: Monday, July 11, 2005 9:32 PMTo: Melnic! k, Micha el RSubject! : Re: RE : Netbula RPC License AuditMike,Thanks a lot.John------------------------"Melnick, Michael R" :John,As an FYI it looks like they are going to go ahead and purchase an additional 2000 licenses which I show to be $4496 per 1000.I have requested your information to be delivered to me by weeks end. I'll let you know when I g! et it.&n bsp;Regards, Mike Melnick Contract Administrator, Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5236 303-673-2914 (v) 303-673-4945 (f) Melnimr@Louisville.Stortek.Com CONFIDENTIALITY NOTICE - This e-mail transmission, and any! attachm ents, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not rea! d this < BR>transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you ! have rec eived this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you From: sales@netbula.com [mailto:sales@netbula.com] Sent: Monday, Ju! ly 11, 2 005 10:45 AMTo: Melnick, Michael RSubject: Netbula RPC License AuditMike,I dig out some old emails for reference. The audit clause was in the 2000 agreement. If you do not have a copy of the 2000 agreement, I can send it to you. We would like to request StorageTek to perform an audit of the license usage from year 2000 to June 2005, with the product name and quarterly installation numbers.John-------------------------- RE: RE: Netbula RPC License audit From: Melnick, Michael R ! To: Dat! e: Sep 1 0 2002 - 6:20am John, Yes this is correct, I was told ! that the product is being end! of life d and that we are no longer shipping it. Regards, mm -----Original Message----- From: sales@netbula.com [mailto:sales@netbula.com] Sent: Monday, September 09, 2002 11:34 AM To: Melnick, Michael R Subject: Re: RE: Netbula RPC License audit Mike, Is it true that StorageTek no longer uses Netbula RPC in its products? If s! o, I wil l remove StorageTek from the audit list. Regards, John >Jon, >We no longer distribute the runtimes with our products. Our count remains >the same as provided to you in June of 01. >Regards, >Mike Melnick >Contract Administrator, Senior Consultant >Software Systems S! trategic Alliance Sourcing >StorageTek >One StorageTek Drive >Louisville, Colorado 80028 >MS 5236 >303-673-2914 (v) >303-673-4945 (f) >Melnimr@Louisville.Stortek.Com > >-----Original Message----- >F! rom: sal es! @netbula ..com [mailto:sales@netbula.com] >Sent: Friday, September 06, 2002 7:03 AM >To: Melnick, Michael R >Subject: Netbula RPC License audit > > >Mike, > >Could you ! please p rovide us an updated audit of the number of runtimes >distributed? > >Thank you and best regards, >! ; ! >John Young >Netbula LLC > >------ Original Message ----- >From: "Melnick, Michael R" < M elniMR@LOUISVILLE.STORTEK.COM > > >T! o: "'Net bula Sales'" < sales@netbula.com > >Sent: Friday, June 22, 2001 6:46 AM >Subject: RE: License audit for Netbula ONC

RPC runtime license > >> John, >> The license agreements
requires us to provide the number of licenses >> distributed. We will
not provide customer information as we consider this >to >> be
confidential. The license count you request is 107, this leaves us the
>> rights to distribute 893. If you have any questions please let me
! know. &g t;! > Regards, >> Mike Melnick >> ! Contract
Administration Sr. Co! nsultant ! g! t;> Software and Systems Strategic
Alliances >> One StorageTek Drive >> Louisville, Colorado 80028
>> 303-673-2914 phone >> 303-673-4945 fax >>
Melnimr@Louisville.Stortek.com >> StorageTek >> INFORMATION made
POWERFUL >> >> >> >> -----Original Mes! sage---- -
>> From: Netbula Sales [mailto:sales@netbula.com] >> Sent:
Thursday, May 03, 2001 1:46 AM >> To: Melnick, Michael R >>
Subject: License audit for Netbula ONC RPC r! un! time license >>
>> >> Dear Michael, >> >> Please haved the attached
license audit ! form fil led in and returned to us >> via fax or mail
by June 30, 2001. >> The invoice number for your order was 1605, and
the PO # was CCOL122576 >> >> Thank you very much, >>
>&g! t; John Young >&g! t; Netbu la LLC >>
------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)
Attachment: Content-Type:
text/plain;charset="us-ascii"Content-Transfer-Encoding: quoted-pri! ntable--
----------------- Email sent using AnyEmail (http://netbula.com/anyemail/)
Attachment: Content-Type:
text/plain;charset="US-ASCII"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/any! email/) Attachment: Content-Type:
text/plain;charset="US-ASCII"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type:
text/plain;charset="us-ascii"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type:
text/plain;charset="us-ascii"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Conten! t-Type:
text/plain;charset="us-asci! i"Conten t-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type:
text/plain;charset="us-ascii"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type: ! text
/plain;charset="us-ascii"Content-Transfer-Encoding:
quoted-printable------------------ Email sent using AnyEmail
(http://netbula.com/anyemail/) Attachment: Content-Type:
text/plain;charset="US-ASCII"Content-Transfer-Encoding:
quoted-printableAttachment: LibATTFinal 8-12-05.xlsLibATTFinal
8-12-05.xlsContent-Type: application/vnd.ms-excel;name="LibATTFinal
8-12-05.xls"Content-Transfer-Encoding: base64Content-Description:
LibATTFinal 8-12-05.xlsContent-Disposition:
attachment;filename="LibATTFinal 8-12-05.xls"------------------
Email sent using AnyEmail (http://netbula.com/anyemail/)

Attachment:
Content-Type: text/plain;
charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

NBS-0001293

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

| | |
|---|---|
| **NetbulaLic0621tracking.xls** | **Content-Description:** NetbulaLic0621tracking.xls<br>**Content-Type:**  application/vnd.ms-excel<br>**Content-Encoding:**  base64 |

A0134

# EXHIBIT 28

# EXHIBIT 28

A0134

**Gill, Carmel C**

| | |
|---|---|
| **From:** | Abramovitz, Michael P |
| **Sent:** | Thursday, July 28, 2005 8:56 AM |
| **To:** | Melnick, Michael R; Rady, Lisa K; Wagner, Holly M; Williams, Michael P |
| **Subject:** | RE: Netbula |

# FILED UNDER SEAL

11/3/2005

CONFIDENTIAL d

A0136

# EXHIBIT 29

# EXHIBIT 29

A0136

**Table of Contents**



# Storage Technology Corporation
### One StorageTek Drive
### Louisville, Colorado 80028

July 27, 2005

Dear Stockholder:

We cordially invite you to attend a special meeting of stockholders of Storage Technology Corporation (also referred to as "StorageTek" or "we") to be held on August 30, 2005 at 10 a.m., local time, at the offices of Cadwalader, Wickersham & Taft LLP, One World Financial Center, 200 Liberty Street, 39th Floor, New York, New York 10281.

At the special meeting, we will ask you to consider and vote on a proposal to approve the merger of a subsidiary of Sun Microsystems, Inc. (also referred to as "Sun") with and into Storage Technology Corporation and to adopt and approve the Agreement and Plan of Merger we entered into on June 2, 2005 with Sun Microsystems, Inc., and its wholly owned subsidiary, Stanford Acquisition Corporation. In the merger, Stanford Acquisition Corporation will merge with and into Storage Technology Corporation, and each outstanding share of our common stock, par value $0.10 will be converted into the right to receive $37 in cash, without interest. After the merger, Storage Technology Corporation will be a wholly owned subsidiary of Sun Microsystems, Inc.

YOUR BOARD OF DIRECTORS HAS UNANIMOUSLY DETERMINED THAT THE TERMS OF THE MERGER ARE FAIR TO AND IN THE BEST INTERESTS OF STORAGE TECHNOLOGY CORPORATION AND OUR STOCKHOLDERS. **ACCORDINGLY, YOUR BOARD OF DIRECTORS HAS UNANIMOUSLY ADOPTED THE MERGER AGREEMENT AND RECOMMENDS THAT YOU VOTE "FOR" APPROVAL OF THE MERGER AND ADOPTION AND APPROVAL OF THE MERGER AGREEMENT.**

Your vote is very important. We cannot complete the merger unless the merger agreement is approved by holders of a majority of our outstanding shares. WHETHER OR NOT YOU PLAN TO BE PRESENT AT THE SPECIAL MEETING, WE URGE YOU TO VOTE IN ADVANCE TO ENSURE YOUR SHARES ARE REPRESENTED AT THE MEETING. YOU MAY USE THE INTERNET, TELEPHONE OR THE ENCLOSED PROXY TO VOTE IN ADVANCE. If you do not send in your proxy, do not instruct your broker to vote your shares, or if you abstain from voting, it will have the same effect as a vote against approval of the merger and the adoption and approval of the merger agreement.

The enclosed proxy statement provides you with detailed information about the merger and related matters. We urge you to read the proxy statement carefully, including the annexes. If the merger agreement is adopted and approved and the merger is completed, you will be sent written instructions for exchanging your Storage Technology Corporation common stock certificates for your cash payment. If you hold Storage Technology Corporation common stock, please do not send us your certificates until you receive these instructions.

If you have any questions about the merger please call Georgeson Shareholder Communications, Inc., our proxy solicitor, at (866) 357-4033.

On behalf of the board of directors, I thank you for your support and appreciate your consideration of this matter.

Yours truly,

STORAGE TECHNOLOGY CORPORATION
Patrick J. Martin
Chairman, President and Chief Executive Officer

THIS PROXY STATEMENT IS DATED JULY 27, 2005 AND IS FIRST BEING MAILED TO STOCKHOLDERS ON OR ABOUT JULY 27, 2005.

---

**Table of Contents**

## QUESTIONS AND ANSWERS ABOUT THE MERGER AND THE SPECIAL MEETING

*These questions and answers do not, and are not intended to, address all the information that may be important to you. You should read the summary and the remainder of this proxy statement, including all annexes, carefully.*

**Q:  What is the proposed Merger?**

A:  Under the terms of the Agreement and Plan of Merger dated as of June 2, 2005 among Sun Microsystems, Inc. ("Sun"), Stanford Acquisition Corporation, a direct wholly-owned subsidiary of Sun ("Merger Sub"), and Storage Technology Corporation ("StorageTek"), referred to in this proxy statement as the merger agreement, Merger Sub will be merged with and into StorageTek with StorageTek emerging as the surviving corporation and a wholly-owned subsidiary of Sun. The merger agreement is attached to this proxy statement as Annex A. We encourage you to read it carefully.

**Q:  What will I receive in the merger?**

A:  Upon completion of the merger, you will be entitled to receive $37 in cash, without interest, in exchange for each share of StorageTek common stock, par value $0.10 per share, that you own.

**Q:  What are the United States federal income tax consequences of the merger?**

A:  The receipt of cash for shares pursuant to the merger will be a taxable transaction for United States federal income tax purposes. In general, a stockholder who receives cash in exchange for shares pursuant to the merger will recognize gain or loss for United States federal income tax purposes equal to the difference, if any, between the amount of cash received and the stockholder's adjusted tax basis in the shares exchanged for cash pursuant to the merger. Because the tax consequences of the merger are complex and may vary depending on your particular circumstances, we recommend that you consult your tax advisor concerning the federal (and any state, local or foreign) tax consequences to you of the merger.

**Q:  What is the vote required to approve the merger agreement?**

A:  Approval of the merger agreement requires the affirmative vote of a majority of the outstanding shares of StorageTek common stock. This means that the affirmative vote of at least 54,178,269 shares of our common stock is required for adoption of the merger agreement.

**Q:  Is our board of directors recommending that I vote for the merger agreement?**

A:  Yes. After considering a number of factors, your board of directors unanimously believes that the terms of the merger agreement are fair to and in the best interests of StorageTek and our stockholders. Your board of directors unanimously recommends that you vote FOR approval of the merger and adoption and approval of the merger agreement.

**Q:  Why did the directors enter into the voting agreements?**

A:  In order to induce Sun to execute the merger agreement, the directors, each in their capacity as a stockholder of StorageTek common stock, agreed to vote the StorageTek common stock they own FOR the merger. The execution and delivery of the voting agreements was a material condition to Sun's willingness to enter into the merger agreement. As of July 26, 2005, the directors beneficially owned an aggregate of 1.2% of the outstanding shares of StorageTek common stock.

A0140

# EXHIBIT 30

# EXHIBIT 30

A0140

Java    Solaris    Communities     About Sun    How to Buy     My Account     Cart          United States | Worldwide

Home > About Sun > Sun News Archive > Press Releases >

| Headlines | **Press Room** | Sun in the News | Analyst Corner |

Print-friendly Page

Press Releases   Press Kits   Blogs   Executive Bios   Photos   Event Calendar   Press Contacts

Press Release Finder           Week in Review

### Sun Microsystems Completes Acquisition of StorageTek

# Sun Microsystems Completes Acquisition of StorageTek

**Sun's $4.1 Billion Investment in StorageTek Creates New Global Powerhouse in Storage Industry**

**Company Poised to Capitalize on $65 Billion Storage Market**

**SANTA CLARA, CALIF. - August 31, 2005 - Sun Microsystems, Inc. (NASDAQ: SUNW) today announced it has completed its acquisition of StorageTek (NYSE: STK) following approval of StorageTek stockholders. Under the terms of the agreement, StorageTek stockholders will receive $37 per share in cash for each StorageTek share for an aggregate value of approximately $4.1 billion, including the assumption of employee stock options. Trading of StorageTek common stock has been suspended.**

"By combining with StorageTek and leveraging its 35 years of leadership in the storage and data management market with Sun's 24 years in network computing solutions, Sun becomes an instant heavyweight in the global storage market," said Scott McNealy, Chairman and Chief Executive Officer, Sun Microsystems, Inc. "Few companies are better positioned to help enterprises manage the complexities of information management. StorageTek knows how to store it and Sun knows how to put that data to work better than any other company on the planet."

The Sun-StorageTek combination:

- Creates a global leader in network computing and data management with combined revenues of $13.3 billion for the last 12 months, and whose products hold 36% of the world's total archived data;
- Instantly expands the addressable customer base, providing significant new channels for each company's products and services around the globe;
- Provides customers with flexibility and choice in storage and data management offerings for heterogeneous environments, coupled with robust identity management and security solutions, drawing upon the combined companies' long history of innovation and proven data center expertise;
- Delivers shareholder value through access to significant growth opportunities in the storage market and an expanded sales force with a broader product and services portfolio.

With the close of the acquisition, StorageTek becomes a part of Sun's Data Management Group (DMG), formerly named Sun's Network Storage Group (NWS). This newly formed organization will be led by Mark Canepa, Executive Vice President, Data Management Group. Canepa, a 30 year tech veteran, has put the vision, strategy and leadership team in place to leverage Sun's powerful new position in the global storage market.

The DMG consists of three distinct business units - Disk, Tape, and ILMS (Information Lifecycle Management Solutions) - that are supported by world-class storage sales and services organizations, as well as data management experts committed to innovation in software, hardware and solutions development. The DMG leadership team is comprised of former StorageTek executives from sales, services and product development and marketing, along with members of Sun's storage team.

Leading the three key business units are: Kathleen Holmgren, Vice President, Disk Business; Nigel Dessau, Vice President, Tape Business; and Brenda Zawatski, Vice President, ILMS Business. The business units will be supported with world-class storage sales and services organizations, led by Michael McLay, Vice President of Data Management Sales, and Eula Adams, Vice President, Data Management Services. Dessau, Zawatski, McLay and Adams join Sun from StorageTek.

How helpful have you found this article?

Select Rating -->     **Submit**

Contact | About Sun | News & Events | Employment | Site Map | Privacy | Terms of Use | Trademarks | Copyright 1994-2007 Sun Microsystems, Inc.

A0143

# EXHIBIT 31

# EXHIBIT 31

A0143

A0144

NBS-0001295

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000182224 | 100 | 1191NLC | WINNT LIBATTACH | 01/07/00 12:00 AM | q100 | 000000007000012634 | 1 | L100 |
| 3100147005 | 0000116791 | 51 | 1191NLC | WINNT LIBATTACH | 01/07/00 12:00 AM | q100 | 000000007000012635 | 1 | L100 |
| 3100147001 | 0000120030 | 51 | 1191NLC | WINNT LIBATTACH | 01/19/00 12:00 AM | q100 | 000000007000012659 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012670 | 1 | L100 |
| 3100147001 | 0000118613 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012671 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012672 | 1 | L100 |
| 3100147001 | 0000120521 | 51 | 1191NLC | WINNT LIBATTACH | 01/24/00 12:00 AM | q100 | 000000007000012673 | 1 | L100 |
| 3100147001 | 0000120858 | 101 | 1191NLC | WINNT LIBATTACH | 02/14/00 12:00 AM | q100 | 000000007000012723 | 1 | L100 |
| 3100147001 | 0000113817 | 651 | 1191NLC | WINNT LIBATTACH | 02/14/00 12:00 AM | q100 | 000000007000012724 | 1 | L100 |
| 3100147001 | 0000120843 | 101 | 1191NLC | WINNT LIBATTACH | 02/16/00 12:00 AM | q100 | 000000007000012733 | 1 | L100 |
| 3100147001 | 0000125353 | 101 | 1191NLC | WINNT LIBATTACH | 03/17/00 12:00 AM | q100 | 000000007000012820 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012827 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012828 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012829 | 1 | L100 |
| 3100147001 | 0000125451 | 100 | 1191NLC | WINNT LIBATTACH | 03/21/00 12:00 AM | q100 | 000000007000012830 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012841 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012842 | 1 | L100 |
| 3100147001 | 0000123454 | 151 | 1191NLC | WINNT LIBATTACH | 03/22/00 12:00 AM | q100 | 000000007000012843 | 1 | L100 |
| 3100147001 | 0000128104 | 101 | 1191NLC | WINNT LIBATTACH | 04/06/00 12:00 AM | Q200 | 000000007000012923 | 1 | L100 |
| 3100147005 | 0000127958 | 200 | 1191NLC | WINNT LIBATTACH | 04/06/00 12:00 AM | Q200 | 000000007000012924 | 1 | L100 |
| 3100147001 | 0000128958 | 110 | 1191NLC | WINNT LIBATTACH | 04/14/00 12:00 AM | Q200 | 000000007000012937 | 1 | L100 |
| 3100147001 | 0000128956 | 51 | 1191NLC | WINNT LIBATTACH | 04/14/00 12:00 AM | Q200 | 000000007000012938 | 1 | L100 |
| 3100147005 | 0000130853 | 150 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012962 | 1 | L100 |
| 3100147005 | 0000130854 | 200 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012963 | 1 | L100 |
| 3100147005 | 0000130854 | 300 | 1191NLC | WINNT LIBATTACH | 05/01/00 12:00 AM | Q200 | 000000007000012964 | 1 | L100 |
| 3100147001 | 0000130946 | 51 | 1191NLC | WINNT LIBATTACH | 05/02/00 12:00 AM | Q200 | 000000007000012968 | 1 | L100 |
| 3100147001 | 0000130848 | 51 | 1191NLC | WINNT LIBATTACH | 05/02/00 12:00 AM | Q200 | 000000007000012969 | 1 | L100 |
| 3100147005 | 0000132719 | 150 | 1191NLC | WINNT LIBATTACH | 05/17/00 12:00 AM | Q200 | 000000007000012998 | 1 | L100 |
| 3100147001 | 0000132796 | 100 | 1191NLC | WINNT LIBATTACH | 05/18/00 12:00 AM | Q200 | 000000007000013001 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 25 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 10 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 13 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 05/24/00 12:00 AM | Q200 | N/A | 16 | N/A |
| 3100147003 | 0000130645 | 201 | 1191NLC | WINNT LIBATTACH | 05/26/00 12:00 AM | Q200 | 000000007000013022 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 05/31/00 12:00 AM | Q200 | N/A | 1 | N/A |

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|----------|-----------|-----------|----------|-----------|--------------|---------|-----------|--------------|---------|
| 3100147001 | 0000136820 | 100 | 1191NLC | WINNT LIBATTACH | 06/21/00 12:00 AM | Q200 | 000000007000013102 | 1 | L100 |
| 3100147001 | 0000137149 | 151 | 1191NLC | WINNT LIBATTACH | 06/21/00 12:00 AM | Q200 | 000000007000013104 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM | Q200 | 00000007000013117 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM | Q200 | 000000007000013118 | 1 | L100 |
| 3100147003 | 0000137462 | 201 | 1191NLC | WINNT LIBATTACH | 06/22/00 12:00 AM | Q200 | 000000007000013119 | 1 | L100 |
| 3100147005 | 0000139684 | 51 | 1191NLC | WINNT LIBATTACH | 07/07/00 12:00 AM | Q300 | 00000007000013176 | 1 | L100 |
| 3100147001 | 0000136388 | 100 | 1191NLC | WINNT LIBATTACH | 07/11/00 12:00 AM | Q300 | 00000007000013182 | 1 | L100 |
| 3100147001 | 0000136388 | 100 | 1191NLC | WINNT LIBATTACH | 07/11/00 12:00 AM | Q300 | 000000007000013183 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 07/17/00 12:00 AM | Q300 | N/A | 4 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/19/00 12:00 AM | Q300 | N/A | 3 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/21/00 12:00 AM | Q300 | N/A | 1 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/26/00 12:00 AM | Q300 | N/A | 1 | N/A |
| N/A | N/A | N/A | N/A | REEL Software | 07/26/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140882 | 1001 | 1191NLC | WINNT LIBATTACH | 07/27/00 12:00 AM | Q300 | 000000007000013208 | 1 | L100 |
| 3100147001 | 0000141797 | 51 | 1191NLC | WINNT LIBATTACH | 07/28/00 12:00 AM | Q300 | 000000007000013209 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 07/28/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140651 | 351 | 1191NLC | WINNT LIBATTACH | 07/31/00 12:00 AM | Q300 | 000000007000013213 | 1 | L100 |
| 3100147001 | 0000153729 | 100 | 1191NLC | WINNT LIBATTACH | 08/01/00 12:00 AM | Q300 | 00000007000013216 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 08/02/00 12:00 AM | Q300 | N/A | 18 | N/A |
| 3100147001 | 0000143443 | 101 | 1191NLC | WINNT LIBATTACH | 08/11/00 12:00 AM | Q300 | 000000007000013241 | 1 | L100 |
| 3100147001 | 0000143587 | 100 | 1191NLC | WINNT LIBATTACH | 08/14/00 12:00 AM | Q300 | 00000007000013247 | 1 | L100 |
| 3100147001 | 0000144058 | 100 | 1191NLC | WINNT LIBATTACH | 08/23/00 12:00 AM | Q300 | 00000007000013262 | 1 | L100 |
| 3100147003 | 0000144058 | 200 | 1191NLC | WINNT LIBATTACH | 08/23/00 12:00 AM | Q300 | 000000007000013263 | 1 | L100 |
| 3100147001 | 0000149259 | 251 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM | Q300 | 000000007000013282 | 1 | L100 |
| 3100147001 | 0000146511 | 150 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM | Q300 | 000000007000013284 | 1 | L100 |
| 3100147001 | 0000146511 | 150 | 1191NLC | WINNT LIBATTACH | 08/24/00 12:00 AM | Q300 | 000000007000013285 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 08/25/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000140049 | 401 | 1191NLC | WINNT LIBATTACH | 08/29/00 12:00 AM | Q300 | 000000007000013289 | 1 | L100 |
| 3100147001 | 0000145636 | 51 | 1191NLC | WINNT LIBATTACH | 08/31/00 12:00 AM | Q300 | 00000007000013297 | 1 | L100 |
| 3100147001 | 0000146262 | 51 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 00000007000013311 | 1 | L100 |
| 3100147001 | 0000146262 | 101 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013312 | 1 | L100 |
| 3100147001 | 0000146262 | 151 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013313 | 1 | L100 |
| 3100147001 | 0000146262 | 201 | 1191NLC | WINNT LIBATTACH | 09/08/00 12:00 AM | Q300 | 000000007000013314 | 1 | L100 |
| 3100147001 | 0000146938 | 101 | 1191NLC | WINNT LIBATTACH | 09/14/00 12:00 AM | Q300 | 00000007000013327 | 1 | L100 |
| 3100147001 | 0000147579 | 560 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM | Q300 | 00000007000013346 | 1 | L100 |
| 3100147001 | 0000147579 | 605 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM | Q300 | 000000007000013347 | 1 | L100 |

NBS-0001296

A0146

Holly M. Wagner                                 StorageTek_LibATTFinal 8-21-05.xls                                    Page 3

NBS-0001297

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147001 | 0000147579 | 655 | 1191NLC | WINNT LIBATTACH | 09/18/00 12:00 AM | Q300 | 000000007000013348 | 1 | L100 |
| 3100147001 | 0000148820 | 51 | 1191NLC | WINNT LIBATTACH | 09/26/00 12:00 AM | Q300 | 000000007000013416 | 1 | L100 |
| N/A | N/A | N/A | N/A | REEL Software | 09/29/00 12:00 AM | Q300 | N/A | 1 | N/A |
| 3100147001 | 0000150811 | 51 | 1191NLC | WINNT LIBATTACH | 10/10/00 12:00 AM | Q400 | 000000007000013446 | 1 | L100 |
| 3100147005 | 0000151913 | 101 | 1191NLC | WINNT LIBATTACH | 10/20/00 12:00 AM | Q400 | 00000007000013461 | 1 | L100 |
| 3100147005 | 0000151914 | 1201 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 000000007000013463 | 1 | L100 |
| 3100147005 | 0000151914 | 1251 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 000000007000013464 | 1 | L100 |
| 3100147005 | 0000151914 | 1301 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 000000007000013465 | 1 | L100 |
| 3100147005 | 0000151914 | 1351 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 000000007000013466 | 1 | L100 |
| 3100147005 | 0000152227 | 251 | 1191NLC | WINNT LIBATTACH | 10/24/00 12:00 AM | Q400 | 000000007000013469 | 1 | L100 |
| 3100147005 | 0000152501 | 101 | 1191NLC | WINNT LIBATTACH | 10/26/00 12:00 AM | Q400 | 000000007000013475 | 1 | L100 |
| 3100147001 | 0000152865 | 101 | 1191NLC | WINNT LIBATTACH | 10/27/00 12:00 AM | Q400 | 000000007000013483 | 1 | L100 |
| 3100147001 | 0000152864 | 51 | 1191NLC | WINNT LIBATTACH | 10/27/00 12:00 AM | Q400 | 000000007000013484 | 1 | L100 |
| 3100147005 | 0000157181 | 476 | 1191NLC | WINNT LIBATTACH | 10/30/00 12:00 AM | Q400 | 000000007000013486 | 1 | L100 |
| 3100147005 | 0000158350 | 476 | 1191NLC | WINNT LIBATTACH | 10/31/00 12:00 AM | Q400 | 000000007000013493 | 1 | L100 |
| 3100147001 | 0000153183 | 51 | 1191NLC | WINNT LIBATTACH | 10/31/00 12:00 AM | Q400 | 000000007000013496 | 1 | L100 |
| 3100147005 | 0000157214 | 576 | 1191NLC | WINNT LIBATTACH | 11/02/00 12:00 AM | Q400 | 000000007000013499 | 1 | L100 |
| 3100147005 | 0000180360 | 51 | 1191NLC | WINNT LIBATTACH | 11/06/00 12:00 AM | Q400 | 000000007000013516 | 1 | L100 |
| 3100147001 | 0000152100 | 851 | 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM | Q400 | 000000007000013528 | 1 | L100 |
| 3100147005 | 0000154590 | 101 | 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM | Q400 | 000000007000013529 | 1 | L100 |
| 3100147005 | 0000154591 | 101 | 1191NLC | WINNT LIBATTACH | 11/10/00 12:00 AM | Q400 | 000000007000013530 | 1 | L100 |
| 3100147001 | 0000154439 | 601 | 1191NLC | WINNT LIBATTACH | 11/13/00 12:00 AM | Q400 | 000000007000013536 | 1 | L100 |
| 3100147001 | 0000154439 | 651 | 1191NLC | WINNT LIBATTACH | 11/13/00 12:00 AM | Q400 | 000000007000013537 | 1 | L100 |
| 3100147001 | 0000154446 | 251 | 1191NLC | WINNT LIBATTACH | 11/16/00 12:00 AM | Q400 | 000000007000013550 | 1 | L100 |
| 3100147001 | 0000154133 | 451 | 1191NLC | WINNT LIBATTACH | 11/20/00 12:00 AM | Q400 | 000000007000013526 | 1 | L100 |
| 3100147005 | 0000155782 | 51 | 1191NLC | WINNT LIBATTACH | 11/22/00 12:00 AM | Q400 | 000000007000013576 | 1 | L100 |
| 3100147001 | 0000156456 | 51 | 1191NLC | WINNT LIBATTACH | 11/28/00 12:00 AM | Q400 | 000000007000013584 | 1 | L100 |
| 3100147009 | 0000156857 | 51 | 1191NLC | WINNT LIBATTACH | 11/30/00 12:00 AM | Q400 | 000000007000013600 | 1 | L100 |
| 3100147009 | 0000156507 | 51 | 1191NLC | WINNT LIBATTACH | 11/30/00 12:00 AM | Q400 | 000000007000013604 | 1 | L100 |
| 3100147001 | 0000157369 | 51 | 1191NLC | WINNT LIBATTACH | 12/01/00 12:00 AM | Q400 | 000000007000013611 | 1 | L100 |
| 3100147001 | 0000157983 | 201 | 1191NLC | WINNT LIBATTACH | 12/06/00 12:00 AM | Q400 | 000000007000013620 | 1 | L100 |
| 3100147009 | 0000158410 | 100 | 1191NLC | WINNT/2000 LIBATTAC | 12/07/00 12:00 AM | Q400 | 000000007000013637 | 1 | L110 |
| 3100147001 | 0000158939 | 51 | 1191NLC | LIBATTACH | 12/11/00 12:00 AM | Q400 | 000000007000001615 | 1 | L100 |
| 3100147001 | 0000160307 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 12/19/00 12:00 AM | Q400 | 000000007000013684 | 1 | L110 |
| 3100147009 | 0000160141 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 12/19/00 12:00 AM | Q400 | 000000007000013693 | 1 | L110 |
| 3100147009 | 0000161085 | 101 | 1191NLC | WINNT/2000 LIBATTAC | 12/22/00 12:00 AM | Q400 | 000000007000013720 | 1 | L110 |

A0146

A0147

Holly M. Wagner                              StorageTek_LibATTFinal 8-21-05.xls                         Page 4

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147009 | 0000161085 | 151 | 1191NLC | WINNT/2000 LIBATTAC | 12/22/00 12:00 AM | Q400 | 000000007000013721 | 1 | L110 |
| 3100147009 | 0000161085 | 201 | 1191NLC | WINNT/2000 LIBATTAC | 12/22/00 12:00 AM | Q400 | 000000007000013722 | 1 | L110 |
| 3100147009 | 0000161085 | 251 | 1191NLC | WINNT/2000 LIBATTAC | 12/22/00 12:00 AM | Q400 | 000000007000013723 | 1 | L110 |
| 3100147009 | 0000161085 | 301 | 1191NLC | WINNT/2000 LIBATTAC | 12/22/00 12:00 AM | Q400 | 000000007000013724 | 1 | L110 |
| 3100147009 | 0000162740 | 601 | 1191NLC | WINNT/2000 LIBATTAC | 12/22/00 12:00 AM | Q400 | 000000007000013733 | 1 | L110 |
| 3100147001 | 0000162070 | 51 | 1191NLC | WINNT LIBATTACH | 12/28/00 12:00 AM | Q400 | 000000007000013758 | 1 | L100 |
| 3100147009 | 0000162333 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 01/03/01 12:00 AM | Q101 | 000000007000013767 | 1 | L110 |
| 3100147008 | 0000162570 | 601 | 1191NLI | WINNT/2000 INTGRTR | 01/05/01 12:00 AM | Q101 | 000000007000013773 | 1 | L110 |
| 3100147009 | 0000163273 | 101 | 1191NLC | WINNT/2000 LIBATTAC | 01/10/01 12:00 AM | Q101 | 000000007000013784 | 1 | L110 |
| 3100147008 | 0000166390 | 51 | 1191NLI | WINNT/2000 INTGRTR | 01/12/01 12:00 AM | Q101 | 000000007000013786 | 1 | L110 |
| 3100147009 | 0000164810 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 01/23/01 12:00 AM | Q101 | 000000007000013799 | 1 | L110 |
| 3100147005 | 0000165288 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 01/29/01 12:00 AM | Q101 | 000000007000013814 | 1 | L110 |
| 3100147009 | 0000165468 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 01/30/01 12:00 AM | Q101 | 000000007000013818 | 1 | L110 |
| 3100147001 | 0000165815 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/01/01 12:00 AM | Q101 | 000000007000013825 | 1 | L110 |
| N/A | N/A | N/A | N/A | REEL Software | 02/01/01 12:00 AM | Q100 | N/A | 1 | N/A |
| 3100147009 | 0000166639 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/05/01 12:00 AM | Q101 | 000000007000013833 | 1 | L110 |
| 3100147009 | 0000166332 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/06/01 12:00 AM | Q101 | 000000007000013835 | 1 | L110 |
| 3100147009 | 0000167605 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/16/01 12:00 AM | Q101 | 000000007000013898 | 1 | L110 |
| 3100147009 | 0000167605 | 101 | 1191NLC | WINNT/2000 LIBATTAC | 02/16/01 12:00 AM | Q101 | 000000007000013899 | 1 | L110 |
| 3100147009 | 0000167605 | 151 | 1191NLC | WINNT/2000 LIBATTAC | 02/16/01 12:00 AM | Q101 | 000000007000013900 | 1 | L110 |
| 3100147009 | 0000167605 | 201 | 1191NLC | WINNT/2000 LIBATTAC | 02/16/01 12:00 AM | Q101 | 000000007000013901 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/22/01 12:00 AM | Q101 | 000000007000013914 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/22/01 12:00 AM | Q101 | 000000007000013915 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/22/01 12:00 AM | Q101 | 000000007000013916 | 1 | L110 |
| 3100147009 | 0000173415 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/22/01 12:00 AM | Q101 | 000000007000013917 | 1 | L110 |
| 3100147001 | 0000168747 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/28/01 12:00 AM | Q101 | 000000007000013931 | 1 | L110 |
| 3100147001 | 0000168747 | 101 | 1191NLC | WINNT/2000 LIBATTAC | 02/28/01 12:00 AM | Q101 | 000000007000013932 | 1 | L110 |
| 3100147001 | 0000168748 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 02/28/01 12:00 AM | Q101 | 000000007000013933 | 1 | L110 |
| 3100147001 | 0000168748 | 101 | 1191NLC | WINNT/2000 LIBATTAC | 02/28/01 12:00 AM | Q101 | 000000007000013934 | 1 | L110 |
| 3100147009 | 0000169286 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 03/02/01 12:00 AM | Q101 | 000000007000013937 | 1 | L110 |
| 3100147009 | 0000169737 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 03/02/01 12:00 AM | Q101 | 000000007000013938 | 1 | L110 |
| 3100147009 | 0000169967 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 03/08/01 12:00 AM | Q101 | 000000007000013975 | 1 | L110 |
| 3100147009 | 0000170758 | 51 | 1191NLC | WINNT/2000 LIBATTAC | 03/15/01 12:00 AM | Q101 | 000000007000013995 | 1 | L110 |
| 3100147009 | 0000169098 | 251 | 1191NLC | WINNT/2000 LIBATTAC | 03/20/01 12:00 AM | Q101 | 000000007000014008 | 1 | L110 |
| 3100147009 | 0000171873 | 201 | 1191NLC | WINNT/2000 LIBATTAC | 03/21/01 12:00 AM | Q101 | 000000007000014017 | 1 | L110 |
| 3100147009 | 0000171873 | 251 | 1191NLC | WINNT/2000 LIBATTAC | 03/21/01 12:00 AM | Q101 | 000000007000014018 | 1 | L110 |

NBS-0001298

A0147

A0148

Holly M. Wagner                    StorageTek_LibATTFinal 8-21-05.xls                    Page 5

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|----------|-----------|-----------|----------|-----------|--------------|---------|------------|--------------|---------|
| 3100147009 | 0000172314 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 03/27/01 12:00 AM | Q101 | 000000007000014039 | 1 | L110 |
| 3100147009 | 0000173393 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014058 | 1 | L110 |
| 3100147009 | 0000173044 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014059 | 1 | L110 |
| 3100147009 | 0000173016 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014060 | 1 | L110 |
| 3100147009 | 0000173393 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 03/29/01 12:00 AM | Q101 | 000000007000014061 | 1 | L110 |
| 3100147009 | 0000171997 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014063 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014066 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014067 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014068 | 1 | L110 |
| 3100147009 | 0000173153 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014069 | 1 | L110 |
| 3100147009 | 0000173575 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 03/30/01 12:00 AM | Q101 | 000000007000014070 | 1 | L110 |
| 3100147005 | 0000173805 | 101 | 1191NLC | WINNT LIBATTACH | 04/04/01 12:00 AM | Q201 | 000000007000014077 | 1 | L100 |
| 3100147009 | 0000173980 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/05/01 12:00 AM | Q201 | 000000007000014089 | 1 | L110 |
| 3100147009 | 0000173980 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 04/05/01 12:00 AM | Q201 | 000000007000014090 | 1 | L110 |
| 3100147009 | 0000174567 | 100 | 1191NLC | WINNT/2000 LIBATTA( | 04/10/01 12:00 AM | Q201 | 000000007000014100 | 1 | L110 |
| 3100147001 | 0000174649 | 52 | 1191NLC | WINNT LIBATTACH | 04/11/01 12:00 AM | Q201 | 000000007000014101 | 1 | L100 |
| 3100147009 | 0000175105 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/17/01 12:00 AM | Q201 | 000000007000014110 | 1 | L110 |
| 3100147009 | 0000175456 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/23/01 12:00 AM | Q201 | 000000007000014118 | 1 | L110 |
| 3100147009 | 0000177218 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/24/01 12:00 AM | Q201 | 000000007000014119 | 1 | L110 |
| 3100147009 | 0000175972 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014120 | 1 | L110 |
| 3100147009 | 0000175972 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014121 | 1 | L110 |
| 3100147009 | 0000175972 | 151 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014122 | 1 | L110 |
| 3100147009 | 0000175972 | 201 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014123 | 1 | L110 |
| 3100147009 | 0000175972 | 251 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014124 | 1 | L110 |
| 3100147009 | 0000175972 | 301 | 1191NLC | WINNT/2000 LIBATTA( | 04/25/01 12:00 AM | Q201 | 000000007000014125 | 1 | L110 |
| 3100147009 | 0000176392 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/02/01 12:00 AM | Q201 | 000000007000014140 | 1 | L110 |
| 3100147009 | 0000176392 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/02/01 12:00 AM | Q201 | 000000007000014141 | 1 | L110 |
| 3100147009 | 0000176896 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/03/01 12:00 AM | Q201 | 000000007000014145 | 1 | L110 |
| 3100147009 | 0000177204 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/08/01 12:00 AM | Q201 | 000000007000014147 | 1 | L110 |
| 3100147009 | 0000178384 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/15/01 12:00 AM | Q201 | 000000007000014162 | 1 | L110 |
| 3100147009 | 0000178401 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/16/01 12:00 AM | Q201 | 000000007000014163 | 1 | L110 |
| 3100147009 | 0000179101 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/21/01 12:00 AM | Q201 | 000000007000014170 | 1 | L110 |
| 3100147009 | 0000179101 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 05/21/01 12:00 AM | Q201 | 000000007000014171 | 1 | L110 |
| 3100147009 | 0000176671 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM | Q201 | 000000007000014169 | 1 | L110 |
| 3100147009 | 0000176671 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM | Q201 | 000000007000014172 | 1 | L110 |
| 3100147009 | 0000176671 | 101 | 1191NLC | WINNT/2000 LIBATTA( | 05/23/01 12:00 AM | Q201 | 000000007000014173 | 1 | L110 |

NBS-0001299

A0148

A0149

Holly M. Wagner                           StorageTek_LibATTFinal 8-21-05.xls                           Page 62

| Material | Order Nbr | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|---|---|---|---|---|---|---|---|---|---|
| 3100147012 | 0001155422 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 06/22/05 12:00 AM | Q205 | 000000007000021429 | 1 | L140 |
| 3100147012 | 0001155666 | 52 | 1191NLC | WINNT-2000-2003 LIBA | 06/22/05 12:00 AM | Q205 | 000000007000021435 | 10 | L140 |
| 3100147012 | 0001154782 | 151 | 1191NLC | WINNT-2000-2003 LIBA | 06/23/05 12:00 AM | Q205 | 000000007000021419 | 1 | L140 |
| 3100147012 | 0001156097 | 101 | 1191NLC | WINNT-2000-2003 LIBA | 06/27/05 12:00 AM | Q205 | 000000007000021447 | 10 | L140 |
| 3100147012 | 0001156060 | 251 | 1191NLC | WINNT-2000-2003 LIBA | 06/27/05 12:00 AM | Q205 | 000000007000021449 | 10 | L140 |
| 3100147012 | 0001156278 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 06/28/05 12:00 AM | Q205 | 000000007000021461 | 1 | L140 |
| 3100147012 | 0001156278 | 101 | 1191NLC | WINNT-2000-2003 LIBA | 06/28/05 12:00 AM | Q205 | 000000007000021462 | 1 | L140 |
| 3100147012 | 0001156278 | 151 | 1191NLC | WINNT-2000-2003 LIBA | 06/28/05 12:00 AM | Q205 | 000000007000021463 | 1 | L140 |
| 3100147012 | 0001155463 | 101 | 1191NLC | WINNT-2000-2003 LIBA | 06/30/05 12:00 AM | Q205 | 000000007000021430 | 10 | L140 |
| 3100147010 | 0001156618 | 401 | 1191NLC | WINNT/2000 LIBATTA( | 07/01/05 12:00 AM | Q305 | 000000007000021474 | 10 | L130 |
| 3100147012 | 0001156713 | 301 | 1191NLC | WINNT-2000-2003 LIBA | 07/01/05 12:00 AM | Q305 | 000000007000021487 | 10 | L140 |
| 3100147012 | 0001157559 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021504 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021506 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021507 | 10 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021508 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021509 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021510 | 1 | L140 |
| 3100147012 | 0001157620 | 401 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021511 | 10 | L140 |
| 3100147012 | 0001157621 | 301 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021513 | 1 | L140 |
| 3100147012 | 0001157621 | 301 | 1191NLC | WINNT-2000-2003 LIBA | 07/08/05 12:00 AM | Q305 | 000000007000021514 | 1 | L140 |
| 3100147012 | 0001157821 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 07/12/05 12:00 AM | Q305 | 000000007000021517 | 1 | L140 |
| 3100147012 | 0001158228 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 07/15/05 12:00 AM | Q305 | 000000007000021524 | 10 | L140 |
| 3100147012 | 0001157203 | 201 | 1191NLC | WINNT-2000-2003 LIBA | 07/21/05 12:00 AM | Q305 | 000000007000021526 | 10 | L140 |
| 3100147012 | 0001159056 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 07/25/05 12:00 AM | Q305 | 000000007000021534 | 50 | L140 |
| 3100147010 | 0001157864 | 51 | 1191NLC | WINNT/2000 LIBATTA( | 07/26/05 12:00 AM | Q305 | 000000007000021536 | 1 | L130 |
| 3100147012 | 0001159167 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 07/26/05 12:00 AM | Q305 | 000000007000021538 | 10 | L140 |
| 3100147012 | 0001156447 | 426 | 1191NLC | WINNT-2000-2003 LIBA | 07/27/05 12:00 AM | Q305 | 000000007000021540 | 10 | L140 |
| 3100147012 | 0001156447 | 426 | 1191NLC | WINNT-2000-2003 LIBA | 07/27/05 12:00 AM | Q305 | 000000007000021541 | 10 | L140 |
| 3100147012 | 0001159378 | 151 | 1191NLC | WINNT-2000-2003 LIBA | 07/28/05 12:00 AM | Q305 | 000000007000021547 | 10 | L140 |
| 3100147012 | 0001159683 | 51 | 1191NLC | WINNT-2000-2003 LIBA | 07/29/05 12:00 AM | Q305 | 000000007000021552 | 1 | L140 |
| | | | | | | | Total Clients = | 7455 | |

NBS-0001356

A0150

# EXHIBIT 32

# EXHIBIT 32

A0150

DE-DESIGNATED AS NON-CONFIDENTIAL

**Subject:** RE: RE: Netbula RPC License Audit
**From:** "Woods, Maria V" <maria.woods@sun.com>
**Date:** Mon, 3 Oct 2005 10:57:44 -0600
**To:** <ydx@netbula.com>
**CC:** "Urynowicz, Jean M" <jean.urynowicz@sun.com>

Don,

Would it be possible for us to set up a conference call to discuss this situation?  We have done some background work and would be able to have a call this Friday.

Please let me know of you availability.

**Maria V. Woods**
Corporate Counsel
Law Department
One StorageTek Drive, MS 4309
Louisville,  CO   80028
maria.woods@sun.com
303.673.5037 (phone)
303.673.4151 (fax)
720.244.8450 (cell)

**Sun Microsystems, Inc.**

*CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain information that is confidential or legally privileged. Any such information is intended only for use by the original recipient and may not be used or relied upon by a third party. Please do not disseminate this message without the permission of the author. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.*

---

**From:** ydx@netbula.com [mailto:ydx@netbula.com]
**Sent:** Wednesday, September 28, 2005 2:02 PM
**To:** Woods, Maria V
**Subject:** Re: RE: Netbula RPC License Audit

Please let me know if  you have looked into this matter.

Regards,

Don

------------------------
"Woods, Maria V" :

I am currently out of the country and will
need to return to US in order to discuss this request internal.  I will be in
touch with you.

Maria V. Woods
Corporate Counsel
Law Department
One StorageTek
Drive, MS 4309
Louisville, CO 80028
mailto:maria_woods@StorageTek..com
303.673.5037 (phone)
303.673.4151 (fax)
720.244.8450 (cell)

StorageTek

CONFIDENTIALITY
NOTICE - This e-mail transmission, and any documents, files or previous e-mail
messages attached to it may contain information that is confidential or legally
privileged. Any such information is intended only for use by the original
recipient and may not be used or relied upon by a third party. Please do not
disseminate this message without the permission of the author. If you are not
the intended recipient, or a person responsible for delivering it to the
intended recipient, please immediately notify the sender by telephone or return
e-mail and delete the original transmission and its attachments without reading
or saving in any manner. Thank you.

From: ydx@netbula.com
[mailto:ydx@netbula.com]
Sent: Tuesday, September 06, 2005
12:46 PM
To: Woods, Maria V
Subject: Netbula RPC License Audit

Dear Ms.
Woods,

 Mr. Melnick has asked us to refer to you all inquiries regarding the
Netbula RPC software. The following is a summary of the situation:

1) In
March 2000, StorageTek and Netbula signed a license agreement. Netbula licensed
the ONC RPC SDK and runtime on Windows 95/98/NT platform to StorageTek. The
pricing was set based on prepayment of fees for lots of 1000 licenses.

2)
In June 2001, we requested a license usage count, and got a count of 107.

3) In
September 2002, we requested another license usage count, and was told theproduc t was being end of lifed
and we were told that license
usage stayed at 107. We confirmed with StorageTek that Netbula RPC is no longer

used by StorageTek, and we stopped requesting license usage reports.

4) In
March 2004, StorageTek asked about upgrades to Windows Server 2003, and
purchased an additional 1000 client runtime licenses.

5) In October
2004, we requested a license usage report. The answer we got was: "it took
2 years to go through the first 1000 licenses I doubt we have gone through the
1000 we just purchased in March.". We did not get a report.

6) In
July 2005, we requested an audit, and we pointed out the inconsistencies in the
previous statements.

7) We got
a usage report which shows a license usage of 7455

However,
there are still several issues with this report:

a) Number of Lib Attach clients From 2000 to November 18, 2004: all orders
showed the number of clients being 1.  We were told prior to Nov 18, 204,
only one client was sold for one model. Considering the functionality of the
Lib Attach software(allow sharing of library on desktop), this is implausible.

b) REEL
Software: the report showed 0 orders after Feb 2001, but as we know, the REEL
software was end of lifed in December 2001.

c) We get
a sense that there is a lack of license control, and it's unclear whether
Netbula RPC is used in other products.

d)
StorageTek used Netbula RPC on Windows 2K before March 2004 without a license.

Based on
the above, we would like to arrange an external audit of StorageTek Netbula
RPC license usage. If you agree, we can come up with a list  of
documents and data that can help speeding up the audit process.

Regards,


Don Yue


------------------ Email sent using AnyEmail

(http://netbula.com/anyemail/)

Attachment:
Content-Type: text/plain;
charset="US-AS! CII"
Content-Transfer-Encoding: quoted-printable

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

NBS-0003023

A0155

# EXHIBIT 33

EXHIBIT 33

A0155

A0156

**Subject:** Re: StorageTek Final Accounting for Netbula
**Date:** Tue, 14 Mar 2006 02:18:43 +0000
**From:** ydx@netbula.com
**To:** Clay James <Clayton.James@Sun.COM>
**CC:** ydx@netbula.com, nsmith@sheppardmullin.com

Clay,

Nebula has reviewed the information StorageTek sent regarding the Netbula PowerRPC runtime. We believe StorageTek (STK) infringed Netbula's copyright and breached a contract, we believe that StorageTek's customers who copied pwrpc32.dll also infringed Netbula's copyright, based on the following facts:

1) In 2000, Netbula granted STK a license for limited copy of pwrpc32.dll on Windows 95/NT only, subject to the terms of the agreement.

2) Later in June 2000, STK inquired about a new license to add Windows 2000 support. Netbula provided a demo version for Windows 2000. But STK never signed up for a license for WIN2K. Instead, STK told Netbula it had ceased to use pwrpc32.dll and STK ceased to report royalties.

3) In fact, STK continued to use pwrpc32.dll extensively in its products, including unauthorized use on Windows 2000 and beyond.

4) STK customers' use of pwrpc32.dll was also unauthorized.

5) STK provided Netbula a royalty report only after Netbula got suspicious and brought up the question of SUN acquisition.

6) There is an abnormal pattern on reported license usage.

7) STK issued site licenses which allowed its customers unlimited copying of pwrpc32.dll, a clear violation of the license agreement.

Netbula believes that it has basis to bring action against both STK and STK customers who copied pwrpc32.dll . However, before Netbula proceeds, we would like to explore the possibility of settling this and without a lawsuit.

Regards,

Don Yue

---------------------
"Gill, Carmel C" :

A0156

StorageTek Final Accounting for Nethula

Don,

I apologize for the delay in responding to your inquiries on our call October 26. I had a family emergency that kept me out of the office more than two weeks. Attached is a letter setting forth StorageTek's responses to your questions, final accounting and offer to compromise.

Please note that this is my last day at StorageTek. Please direct any further communications regarding this matter to Clay James in the Sun Legal Department. You can reach Clay at (303) 272-7769 or clayton.james@sun.com.

Thank you for your patience, and Happy Holidays!

Carmel Gill

Sun StorageTek Legal Department

◇ ◇ ◇ ◇ ◇ ◇

Attachment:
Content-Type: text/plain;
charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

Attachment: Letter to Don Yue 12-16-05.docLetter to Don Yue 12-16-05.doc
Content-Type: application/msword;
name="Letter to Don Yue 12-16-05.doc"
Content-Transfer-Encoding: base64
Content-Description: Letter to Don Yue 12-16-05.doc
Content-Disposition: attachment;
filename="Letter to Don Yue 12-16-05.doc"

Attachment: Software Schedule.pdfSoftware Schedule.pdf
Content-Type: application/octet-stream;
name="Software Schedule.pdf"
Content-Transfer-Encoding: base64
Content-Description: Software Schedule.pdf
Content-Disposition: attachment;
filename="Software Schedule.pdf"

Attachment: Master T's C's (Form 3187) rev 0898.docMaster T's C's (Form 3187) rev 0898.doc
Content-Type: application/msword;
name="Master T's C's (Form 3187) ! rev 0898.doc"
Content-Transfer-Encoding: base64
Content-Description: Master T's C's (Form 3187) rev 0898.doc
Content-Disposition: attachment;
filename="Master T's C's (Form 3187) rev 0898.doc"

Attachment: STK - Form CPA (US) 011904.docSTK - Form CPA (US) 011904.doc
Content-Type: application/msword;
name="STK - Form CPA (US) 011904.doc"
Content-Transfer-Encoding: base64
Content-Description: STK - Form CPA (US) 011904.doc
Content-Disposition: attachment;
filename="STK - Form CPA (US) 011904.doc"

12/5/2006

A0158

Attachment: StorageTek - Form CPA     ;) 041505.docStorageTek - Form CP/     'S) 041505.doc
Content-Type: application/msword;
name="StorageTek - Form CPA (US) 041505.doc"
Content-Transfer-Encoding: base64
Content-Description: StorageTek - Form CPA (US) 041505.doc
Content-Disposition: attachment;
filename="StorageTek - Form CPA (US) 041505.doc"

Attachment: FinalCount-RoyaltyItemsOnly.xlsFinalCount-RoyaltyItemsOnly.xls
Content-Type: application/vnd.ms-excel;
name="FinalCount-RoyaltyItems! Only.xls"
Content-Transfer-Encoding: base64
Content-Description: FinalCount-RoyaltyItemsOnly.xls
Content-Disposition: attachment;
filename="FinalCount-RoyaltyItemsOnly.xls"

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

12/5/2006

A0158

A0159

# EXHIBIT 34

# EXHIBIT 34

A0159

| CEI | Sales Order | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|-----|-------------|-----------|----------|-----------|--------------|---------|-----------|--------------|---------|
| 3100147012 | 1162776 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 08/30/05 12:00 AM | Q305 | 7000021622 | 10 | L140 |
| 3100147012 | 1162814 | 51 | 1191NLC | WINNT/2000 LIBATTACH | 08/31/05 12:00 AM | Q305 | 7000021624 | 10 | L130 |
| 3100147012 | 1163176 | 101 | 1191NLC | WINNT/2000 LIBATTACH | 09/02/05 12:00 AM | Q305 | 7000021632 | 1 | L130 |
| 3100147012 | 1163311 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/02/05 12:00 AM | Q305 | 7000021633 | 50 | L140 |
| 3100147012 | 1163392 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/02/05 12:00 AM | Q305 | 7000021637 | 50 | L140 |
| 3100147012 | 1163389 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/14/05 12:00 AM | Q305 | 7000021663 | 10 | L140 |
| 3100147012 | 1164375 | 151 | 1191NLC | WINNT-2000-2003 LIBATT | 09/15/05 12:00 AM | Q305 | 7000021667 | 10 | L140 |
| 3100147012 | 1164562 | 401 | 1191NLC | WINNT-2000-2003 LIBATT | 09/14/05 12:00 AM | Q305 | 7000021674 | 50 | L140 |
| 3100147012 | 1164208 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 09/21/05 12:00 AM | Q305 | 7000021686 | 50 | L140 |
| 3100147012 | 1165503 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 09/21/05 12:00 AM | Q305 | 7000021688 | 10 | L140 |
| 3100147012 | 1165521 | 351 | 1191NLC | WINNT-2000-2003 LIBATT | 09/23/05 12:00 AM | Q305 | 7000021692 | 10 | L140 |
| 3100147012 | 1163961 | 901 | 1191NLC | WINNT-2000-2003 LIBATT | 09/21/05 12:00 AM | Q305 | 7000021702 | 10 | L140 |
| 3100147012 | 1166141 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 09/24/05 12:00 AM | Q305 | 7000021718 | 10 | L140 |
| 3100147012 | 1166348 | 151 | 1191NLC | WINNT-2000-2003 LIBATT | 09/27/05 12:00 AM | Q305 | 7000021722 | 10 | L140 |
| 3100147012 | 1165596 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/27/05 12:00 AM | Q305 | 7000021725 | 1 | L140 |
| 3100147012 | 1166355 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/27/05 12:00 AM | Q305 | 7000021727 | 10 | L140 |
| 3100147012 | 1166356 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/27/05 12:00 AM | Q305 | 7000021728 | 1 | L140 |
| 3100147012 | 1166680 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 09/29/05 12:00 AM | Q305 | 7000021734 | 10 | L140 |
| 3100147012 | 1166795 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021736 | 10 | L140 |
| 3100147012 | 1166795 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021737 | 10 | L140 |
| 3100147012 | 1166795 | 151 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021738 | 10 | L140 |
| 3100147012 | 1166795 | 201 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021739 | 10 | L140 |
| 3100147012 | 1166795 | 251 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021740 | 10 | L140 |
| 3100147012 | 1166795 | 301 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021741 | 10 | L140 |
| 3100147012 | 1166795 | 351 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021742 | 10 | L140 |
| 3100147012 | 1166795 | 401 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021743 | 10 | L140 |
| 3100147012 | 1166795 | 451 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021744 | 10 | L140 |
| 3100147012 | 1166795 | 501 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021745 | 10 | L140 |
| 3100147012 | 1166811 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021746 | 10 | L140 |
| 3100147012 | 1166905 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 09/30/05 12:00 AM | Q305 | 7000021750 | 1 | L140 |
| 3100147012 | 1167061 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 10/04/05 12:00 AM | Q405 | 7000021754 | 1 | L140 |
| 3100147012 | 1165345 | 201 | 1191NLC | WINNT-2000-2003 LIBATT | 10/04/05 12:00 AM | Q405 | 7000021757 | 50 | L140 |
| 3100147012 | 1165345 | 201 | 1191NLC | WINNT-2000-2003 LIBATT | 10/04/05 12:00 AM | Q405 | 7000021758 | 50 | L140 |
| 3100147010 | 1167076 | 301 | 1191NLC | WINNT/2000 LIBATTACH | 10/06/05 12:00 AM | Q405 | 7000021761 | 1 | L130 |
| 3100147012 | 1167400 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/05/05 12:00 AM | Q405 | 7000021764 | 10 | L140 |
| 3100147012 | 1167147 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 10/06/05 12:00 AM | Q405 | 7000021768 | 10 | L140 |
| 3100147012 | 1168091 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 10/12/05 12:00 AM | Q405 | 7000021778 | 1 | L140 |
| 3100147012 | 1168264 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/13/05 12:00 AM | Q405 | 7000021780 | 1 | L140 |
| 3100147012 | 1168763 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/19/05 12:00 AM | Q405 | 7000021785 | 10 | L140 |

FinalCount-RoyaltyItemsOnly.xls

| CEI | Sales Order | Ord Ln Nbr | Modl Nbr | Modl Desc | Actl Ship Dt | Quarter | Serial Nbr | # of Clients | Feat Cd |
|-----|-------------|------------|----------|-----------|--------------|---------|------------|--------------|---------|
| 3100147012 | 1168876 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/19/05 12:00 AM | Q405 | 7000021787 | 10 | L140 |
| 3100147012 | 1168867 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/20/05 12:00 AM | Q405 | 7000021789 | 1 | L140 |
| 3100147012 | 1169184 | 651 | 1191NLC | WINNT-2000-2003 LIBATT | 10/21/05 12:00 AM | Q405 | 7000021796 | 10 | L140 |
| 3100147012 | 1169529 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/25/05 12:00 AM | Q405 | 7000021804 | 1 | L140 |
| 3100147012 | 1168478 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 10/28/05 12:00 AM | Q405 | 7000021813 | 10 | L140 |
| 3100147013 | 1168478 | 301 | 1191NLI | WINNT-2000-2003 LIBATT | 10/28/05 12:00 AM | Q405 | 7000021815 | 1 | L140 |
| 3100147012 | 1169714 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 10/28/05 12:00 AM | Q405 | 7000021818 | 10 | L140 |
| 3100147012 | 1170058 | 52 | 1191NLC | WINNT-2000-2003 LIBATT | 10/28/05 12:00 AM | Q405 | 7000021820 | 1 | L140 |
| 3100147012 | 1170318 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/01/05 12:00 AM | Q405 | 7000021825 | 10 | L140 |
| 3100147012 | 1170211 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 11/02/05 12:00 AM | Q405 | 7000021826 | 10 | L140 |
| 3100147012 | 1169412 | 52 | 1191NLC | WINNT-2000-2003 LIBATT | 11/02/05 12:00 AM | Q405 | 7000021828 | 1 | L140 |
| 3100147010 | 1169094 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/02/05 12:00 AM | Q405 | 7000021830 | 50 | L130 |
| 3100147012 | 1170380 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/02/05 12:00 AM | Q405 | 7000021832 | 10 | L140 |
| 3100147012 | 1170710 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 11/04/05 12:00 AM | Q405 | 7000021836 | 10 | L140 |
| 3100147012 | 1170932 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 11/07/05 12:00 AM | Q405 | 7000021844 | 10 | L140 |
| 3100147012 | 1170938 | 351 | 1191NLC | WINNT-2000-2003 LIBATT | 11/07/05 12:00 AM | Q405 | 7000021846 | 10 | L140 |
| 3100147012 | 1171046 | 151 | 1191NLC | WINNT-2000-2003 LIBATT | 11/08/05 12:00 AM | Q405 | 7000021850 | 1 | L140 |
| 3100147012 | 1171030 | 2751 | 1191NLC | WINNT-2000-2003 LIBATT | 11/09/05 12:00 AM | Q405 | 7000021851 | 50 | L140 |
| 3100147012 | 1171365 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/10/05 12:00 AM | Q405 | 7000021860 | 1 | L140 |
| 3100147012 | 1171438 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/10/05 12:00 AM | Q405 | 7000021864 | 1 | L140 |
| 3100147012 | 1171438 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/10/05 12:00 AM | Q405 | 7000021865 | 1 | L140 |
| 3100147012 | 1171438 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/10/05 12:00 AM | Q405 | 7000021866 | 1 | L140 |
| 3100147012 | 1171438 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/10/05 12:00 AM | Q405 | 7000021867 | 1 | L140 |
| 3100147012 | 1171438 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/10/05 12:00 AM | Q405 | 7000021868 | 1 | L140 |
| 3100147012 | 1172771 | 101 | 1191NLC | WINNT-2000-2003 LIBATT | 11/22/05 12:00 AM | Q405 | 7000021889 | 1 | L140 |
| 3100147012 | 1172640 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 11/30/05 12:00 AM | Q405 | 7000021902 | 1 | L140 |
| 3100147012 | 1172641 | 51 | 1191NLC | WINNT-2000-2003 LIBATT | 11/30/05 12:00 AM | Q405 | 7000021903 | 1 | L140 |
| | | | | | | | Total = | 6492 | |

A0162

# EXHIBIT 35

# EXHIBIT 35

A0162

A0163

December 16, 2005

<u>Via Email</u>
Mr. Don Yue
Netbula LLC
2777 Alvarado Steet, Suite C
San Leandro, CA 94577

     Re:   <u>Response to Audit Request</u>

Dear Mr. Yue,

This letter responds to the questions you most recently posed to StorageTek, presents StorageTek's final audit numbers, and offers to settle the outstanding issues between the parties. All of the information provided in this letter is confidential.

## StorageTek's Good Faith in Dealing with Netbula

In one of the emails exchanged between Netbula and StorageTek, Netbula alleged that StorageTek entered into the March 2004 agreement with Netbula in bad faith. StorageTek disputes this allegation, and reminds Netbula that it was StorageTek that brought the additional licenses issue to Netbula's attention.

StorageTek has provided the information that Netbula has requested as quickly as possible. In the haste to provide timely information covering 5 years of sales, on occasion StorageTek admits that it has made some errors in the earlier accountings; however, StorageTek has attempted to respond as quickly and as accurately as possible to each of the many requests for clarification you have submitted. Most of the earlier errors in reporting were the result of StorageTek attempting to over-estimate, rather than under-estimate the number of licenses sold.

As you may be aware, both engineering and marketing responsibilities for the LibAttach software and its predecessor products have changed hands within StorageTek multiple times over the course of the past five years, which explains the misunderstandings and miscommunications regarding the Netbula license restrictions. Also, as Mike Melnick informed Netbula back in 2000, StorageTek systems are set up to track royalties on a going-forward basis, not on a pre-paid basis. Mike Melnick suggested that the parties enter into a straight royalty-type agreement, but Netbula declined to do so, which, in part, accounts for the situation today.

## Model Numbers 1191RDW, 1191TBL and 1191TPK

Letter to Don Yue
4/18/2006
Page 2 of 6

In answer to your question why StorageTek never reported to Netbula any sales of model numbers 1191RDW, 1191TBL and 1191TPK: All of those sales occurred prior to 2000 (there were fewer than 10 in any event). Those models did not include any Netbula software and were appropriately not included in the audit.

## Standard Software License Language

You have requested information regarding StorageTek's standard software licensing language. While some customers, of course, have non-standard agreements, attached are copies of standard end-user contracts and Software Schedules that have been used by StorageTek to sell software since 2000. Up until November 2004, customers could purchase only individual CPU or server licenses, called "Basic" licenses. While customers could order multiple Basic licenses, each Basic license entitled the customer to only one copy per CPU or server. *See, e.g., Software Schedule (Rev 8:2 June 04) attached hereto as Software Schedule, and the three versions of End User Agreements, attached hereto as StorageTek – Form CPA; STK – Form CPA; and Master T's and C's.*

## Multiple Licenses Feature Codes

As StorageTek earlier explained to you, beginning in November 2004 StorageTek introduced feature codes that allowed customers to purchase licenses for LibAttach in blocks of 1, 10, 50, 100, 250, 500, 750, and 1000. Included in these types of multiple licenses was a site license. StorageTek removed all feature codes that allowed more than 50 client licenses on July 29, 2005.

StorageTek's systems reflected that 23 instances of site licenses were sold into 3 customer accounts. In the earlier accountings provided to Netbula, StorageTek estimated each of these 23 instances of site licenses at 100 individual client licenses actually being used and reported each site license instance as such, (which accounts for 2300 licenses in the earlier accountings). On the last spreadsheet we sent you, the site licenses can be found on these lines: First site license Customer, line nos. 1969 -1982; Second Customer, line no. 2139; and Third Customer, line nos. 2161 - 2168.

Upon investigation, it turned out that only 9 site licenses were sold into 2 customer accounts (1 site license to the Second Customer and 8 site licenses to the Third Customer). The internal sales representative for the First Customer that purchased 14 licenses, had mistakenly entered the sales order into the StorageTek system with the wrong feature code (as a site license), but the customer was billed only for individual licenses and understood that it was entitled only to individual licenses.

With respect to the Second Customer that purchased one site license, we are working with that customer to swap out the old version of the software for our new version that does not include any Netbula code. That customer reports that it

Letter to Don Yue
4/18/2006
Page 3 of 6

originally installed approximately 21 copies of the LibAttach version 1.4 software, but has now reduced that number to 10 copies installed.  The Third Customer had agreed (at the time of the initial license sale) to a cap on all 8 site licenses at 500 individual licenses at the end of the three-year contract term.  We are working with that customer now to cap the number of licenses at 500 immediately.

The site license sales are now reported as:  First Customer lines 1877-1890 (14 licenses total); Second Customer line 2045 (21 licenses); and Third Customer, lines 2067-2074 (500 licenses total); highlighted in pink in the current version of the accounting.   The number of licenses attributable to these 3 customers has thus dropped from 2300 to 535.

## Questions Regarding Darden Restaurant and Swedish Tax Board

You requested information regarding the Darden Restaurant and Swedish Tax Board orders, asserting that, as both of these customers use large numbers of servers, they would need large numbers of LibAttach licenses.

While it may be true that Darden Restaurant and Swedish Tax Board have large numbers of servers it is important to understand that customers with large data centers typically support a variety of heterogeneous operating environments. It is not uncommon for customers to support several of the following operating environments within a single data center: IBM Mainframe, AS/400, Unisys, Solaris, AIX, HPUX, Windows, and a number of other environments.  Each operating environment requires specific software components in order to properly manage the equipment.

The LibAttach software is only used within the Windows operating environments.  Also, only a subset of the Windows operating environments requires the use of LibAttach.  Many of the Tape Management Applications that service the Windows operating environments that use StorageTek equipment do not require the use of LibAttach.

Even if the customer data center consisted of only Windows servers the number of LibAttach licenses typically would be small compared to the number of servers within the company.  LibAttach is only required on the Windows servers that manage a data path or physical connection to a tape drive contained within a managed tape library.  (Note: A data path consists of a fiber channel or SCSI Host Bus Adapter (HBA) and all the switches, routers, and cables used to connect a tape drive to a server.).   Due to costs and system complexity data centers strive to consolidate their data with the goal of minimizing the servers that maintain data path or physical connection to the tape drives.   It is not uncommon for a single server with a data path to service large numbers and possibly thousands of additional servers.  Thus, while a customer may have thousands of servers, only a few of those servers might be Windows servers, and it is possible that only a small number of LibAttach licenses are needed in order for them to communicate with ACSLS to mount and dismount the tape cartridges within a library.

A0166

Letter to Don Yue
4/18/2006
Page 4 of 6

Therefore it is very difficult to draw any correlation between the number of servers or even the number of Windows servers that a customer has and the number of LibAttach licenses that a customer is required to own.

**Increase in License Numbers after 04Q4**

You have asked StorageTek for an explanation of the dramatic increase in licenses sold in 04Q4 and later. We attribute this rise to the multiple licenses pricing structure that was introduced for the LibAttach product in November 2004 (*see section entitled "Multiple Licenses Feature Codes," above*). As Holly and others have explained to you on the telephone, because the pricing for multiple licenses was so attractive, customers who would previously have purchased only 1 Basic license, were then purchasing blocks of 10, 50 or 100, for only a few hundred dollars more than the Basic license price.

In addition, StorageTek's initial reporting of the "site" licenses as 100 installations per license, over-reported the sales numbers beginning in 04Q4 by at least 1765 (2300 – 535). Thus, the numbers in the quarterly accounting should read as follows:

| Quarter | LibAttach Licenses Sold |
|---------|-------------------------|
| 04Q1 | 178 |
| 04Q2 | 142 |
| 04Q3 | 134 |
| 04Q4 | 879 |
| 05Q1 | 736 |
| 05Q2 | 2013 |
| 05Q3 | 689 |
| 05Q4 | 349 |

It appears that the multiple licenses pricing scheme (which peaked in 05Q2, but was shut down immediately thereafter), in conjunction with Microsoft's withdrawal of Windows 2000 server availability and support in December 2004, accounts for the increase in sales during this time.

**Final Audit Results**

Attached is a spreadsheet,[1] FinalCount-RoyaltyItemsOnly.xls, that sets forth the final results of our internal audit. This spreadsheet eliminates all of the entries that were erroneously included in earlier spreadsheets (for example, sales

---

[1] In light of our inability to resolve this matter swiftly with you, StorageTek placed a stop shipment on the LibAttach version 1.4 software on November 10, 2005. The last shipment of LibAttach 1.4 occurred on November 30, 2005. Thus, our audit report correctly ends as of November 30, 2005. StorageTek is no longer shipping any products that contain Netbula software.

Letter to Don Yue
4/18/2006
Page 5 of 6
of LibAttach version 1.0 that did not incorporate any Netbula software). In addition, the final audit corrects the original spreadsheet that reported each license entered as a site license as a 100-user license, and states the actual number of installations.

Our audit shows that StorageTek sold a total of 6492 client licenses of software that includes Netbula code. The first 1000 sales were covered by the agreement signed by the parties in 2000. The second thousand were paid for in March 2004. That leaves 4491 licenses for which license fees need to be paid. Under the March 2004 contract, all licenses above the first 2000 licenses cost $4496 per block of 1000 licenses. Paying for an additional 5 blocks of licenses at the March 2004 contract rate, leaves us with a total owed to Netbula of $22,480.

**Offer to Compromise**

StorageTek would like to resolve this situation to the parties' mutual satisfaction. While StorageTek believes that the March 2004 agreement was entered into by StorageTek with the best of intentions, and that the parties should be operating under that agreement, StorageTek is offering to compromise this dispute by paying for the licenses over and above the initial 1000 licenses at Netbula's standard commercial bulk pricing in place in March 2004. StorageTek understands that Netbula was pricing its licenses at the bulk rate of $18,000 per 1000 licenses in March 2004. In exchange for a mutual release of all claims related to these agreements, StorageTek is willing to reimburse Netbula for each license sold after the initial pre-paid 1000 licenses at that rate.

Thus, we have 5492 licenses that need to be addressed. Multiplying 5492 by $18 produces a total of $98,856. Subtracting from that amount the $5096 that StorageTek paid Netbula for the second pre-paid 1000 licenses leaves a total amount of $93,760. StorageTek is willing to compromise this matter in exchange for a mutual release of claims, for the sum of $93,760.

I hope that this letter satisfactorily answers your questions regarding our earlier accounting, and that the parties may reach an amicable resolution of this matter. Clay James, Sun's Lead Litigation Counsel, will be handling this matter from this point forward, as I will not be working for Sun StorageTek after December 16. You can reach Clay James at (303) 272-7769 or clayton.james@sun.com.

Sincerely,

Carmel C. Gill
Sun StorageTek Legal Department

A0168

Letter to Don Yue
4/18/2006
Page 6 of 6
c:      Neil Smith, Esq.
        Clay James, Esq.

A0168

A0169

# EXHIBIT 36

# EXHIBIT 36

A0169

STK Florida Contract Page 9 viewed in browser



| | | |
|------|----------------|----------------------------|
| TAPE | 1190VW0-ONLD | PDF/ONLINE MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1190VW0-PRNT | PRINTED MANUALS |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-0000 | WINNT LIBATTACH CLIENT |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-ACLS | ACSLS CLIENT INSTALLATION |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-CDRM | CD-ROM |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L110 | LEVEL 1.1.0 |
| TAPE | 1191NLC-L130 | LEVEL 1.3.0 |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-LBST | LIBSTATION CLIENT INSTALL |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-RDWD | REDWOOD DEVICE DRIVER |
| TAPE | 1191NLC-S001 | UP TO 1 CLIENT |
| TAPE | 1191NLC-S010 | UP TO 10 CLIENTS |
| TAPE | 1191NLC-S050 | UP TO 50 CLIENTS |
| TAPE | 1191NLC-S100 | UP TO 100 CLIENTS |
| TAPE | 1191NLC-S1K0 | UP TO 1000 CLIENTS |
| TAPE | 1191NLC-S250 | UP TO 250 CLIENTS |
| TAPE | 1191NLC-S500 | UP TO 500 CLIENTS |
| TAPE | 1191NLC-S750 | UP TO 750 CLIENTS |
| TAPE | 1191NLC-SENT | UNLIMITED CLIENTS |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TBLN | TIMBERLINE DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLC-TWPK | TWINPEAK DEVICE DRIVER |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |
| TAPE | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH |

A0171

# EXHIBIT 37

# EXHIBIT 37

A0171



| 1191NLC-S001 | UP TO 1 CLIENT | $850.00 |
| 1191NLC-S010 | UP TO 10 CLIENTS | $1,000.00 |
| 1191NLC-S050 | UP TO 50 CLIENTS | $1,200.00 |
| 1191NLC-S100 | UP TO 100 CLIENTS | $1,500.00 |
| 1191NLC-S1K0 | UP TO 1000 CLIENTS | $12,000.00 |
| 1191NLC-S250 | UP TO 250 CLIENTS | $2,750.00 |
| 1191NLC-S500 | UP TO 500 CLIENTS | $5,000.00 |
| 1191NLC-S750 | UP TO 750 CLIENTS | $8,000.00 |
| 1191NLC-SENT | UNLIMITED CLIENTS | $25,000.00 |
| 1191NLI-0000 | WINNT INTGRTRS LIBATTACH | $5,500.00 |
| 1191RDW-0000 | REDWOOD NT DEVICE DRIVER | $1,000.00 |
| 1191TBL-0000 | TIMBERLINE NT DEVICE DRIVER | $500.00 |
| 1191TPK-0000 | TWINPEAK NT DEVICE DRIVER | $250.00 |
| | LIBRARY MANAGER | $11,000.00 |
| | | $1,100.00 |
| | | $2,750.00 |
| | | $4,125.00 |

11 of 88

# StorageTek Price List for

# New York State Systems and Peripherals Hardware and

A0173

# EXHIBIT 38

# EXHIBIT 38

A0173

A0174



Commonwealth of Virginia
Virginia Information Technologies Agency

## **VaPP ENTERPRISE STORAGE DEVICES**

Date:                                       May 17, 2007

Contract #:                                 VA-040330-STK

Authorized User:                            State Agencies, Institutions and Other Public Bodies

Contractor:                                 Sun Microsystems
                                            4150 Network Circle
                                            Santa Clara, CA  95054
                                            Phone:  800-555-9SUN

FIN:                                        94-2805249

Contact Person:                             See Attached

Contract Price List:                        See Attachment C

Term:                                       June 1, 2007 – May 31, 2008

Delivery:                                   21 Days ARO

Shipping:                                   FOB Destination

Payment:                                    Net 30 days


For Additional Information, Please Contact:

John Tackley
IT Acquisition Manager
Phone:  804-371-5930
E-Mail: john.tackley@vita.virginia.gov
Fax:  804-371-5969


NOTES:        Individual Commonwealth of Virginia employees are not authorized to purchase equipment or
              services for their personal use from this Contract.

              For updates, please visit our Website at http://wwwvita.virginia.gov/procurement/procurement.cfm

NBS-0002409

A0174



# COMMONWEALTH *of* VIRGINIA

CIO of the Commonwealth

Email: lem.stewart@vita.virginia.gov
Lemuel C. Stewart, Jr.

VIRGINIA INFORMATION TECHNOLOGIES AGENCY
**110 S. Seventh Street**
**Richmond, Virginia  23219**
**(804) 371-5000**

TDD VOICE -TEL. NO.
711

May 14, 2007


<u>VIA EMAIL</u>


TO:   Storage Technology Corp.


RE:   VA-040330-STK

Please consider this correspondence your notification of the Commonwealth's extension of the above referenced contract, in accordance with the Terms of the agreement.

The expiration of the agreement is now extended to May 31, 2008.


Regards,



Digitally signed by John Tackley
DN: cn=John Tackley, c=US,
o=Supply Chain Management,
ou=Virginia Information
Technologies Agency, email=john.
tackley@vita.virginia.gov
Reason: on behalf of the
Commonwealth of Virginia
Date: 2007.05.14 09:33:33 -04'00'

John Tackley

Supply Chain Management




c: contract file

ASSIGNMENT AGREEMENT
TO
CONTRACT VA-040330-STK

This is an agreement relating to Contract VA-040330-STK (the "Contract") between the Commonwealth of Virginia ("Commonwealth") and Storage Technology Corporation, (the "Assignor"). The parties to this Assignment Agreement are the Commonwealth, the Assignor, and SUN Microsystems Corporation, a Delaware (state of incorporation) corporation located at 4150 Network Circle, Santa Clara, CA 95054 (full address)( the "Assignee"). The Contract is incorporated herein by reference.

1.    Assignment of Rights  Assignor hereby certifies and warrants to the Commonwealth that Assignor has irrevocably assigned to Assignee all of Assignor's rights under the Contract. Without limiting the foregoing, this assignment includes any outstanding right to payment for work or deliverables rendered prior to the assignment, and Assignor agrees it retains no right to assert any contractual claim whatsoever in connection with the Contract.

2.    Acceptance of Assignment of Rights  Assignee acknowledges and agrees that its rights against the Commonwealth in connection with this assignment are no greater than such rights would have been in the hands of the Assignor. Without limiting the foregoing, all rights to payment are subject to such offset, and all other performance by the Commonwealth shall be subject to such defenses as the Commonwealth would have been able to assert against the Assignor in the absence of this assignment.

3.    Assumption of Duties  Assignee hereby makes its unconditional commitment to the Commonwealth to assume and perform all of Assignor's remaining obligations under the Contract. Without limiting the foregoing, this assumption includes completion of all work in progress and responsibility for correcting, maintaining or replacing any prior deliverables which were intended by the Contract to be of ongoing use or benefit to the Commonwealth.

4.    Consent to Assignment  The Commonwealth hereby consents to the assignment. In the event the Commonwealth mistakenly directs any further payment under the Contract to Assignor (or in the event the Commonwealth has already remitted to Assignor any payment covered by the assignment to Assignee), Assignor agrees that it has and will hold such payment in trust for Assignee and, on behalf of the Commonwealth and without any offset or reduction whatsoever, shall promptly remit same to the Assignee for credit to the Commonwealth's account.

NBS-0002413

A0177

5.    <u>No Release; Arrangements as between Assignor and Assignee</u> This agreement does not release Assignor from its obligations under the Contract. Any arrangements which Assignor and Assignee may make or have already made in regard to rights and duties as between themselves are separate from this Consent To Assignment and shall not affect the Commonwealth's right hereunder to treat the Assignee as holding all rights and obligations of Assignor under the Contract, or the Commonwealth's right hereunder to look to Assignee to fulfill Assignor's responsibilities under the Contract (or to look to Assignor directly).

6.    <u>Notice to Assignor</u>. If the Commonwealth sends any notice terminating the Contract, or any notice warning of possible termination of the Contract, the Commonwealth will send a copy of any such notice to Assignor.

7.    <u>Transition Duties</u>. The effective date of this Assignment is November 15, 2006.

8.    <u>Applicable law</u> In accordance with the Contract, this Assignment Agreement shall be governed by the laws of Virginia and any litigation with respect thereto shall be brought only in the courts of the Commonwealth of Virginia. All other terms and conditions of the Contract remain in full force.

9.    <u>Complete Agreement</u> This is the complete and final expression of the Assignor's and Assignee's agreement with the Commonwealth and can be modified only in a writing signed by all parties.

IN WITNESS WHEREOF, the parties have caused this Assignment Agreement to be signed by their duly authorized officers, intending to be bound thereby.

**STORAGE TECHNOLOGY CORP.**
**VIRGINIA**
Assignor

BY: _____
NAME: Kathleen Harper
TITLE: Financial Sales Manager
DATE: 12/6/06

**COMMONWEALTH OF**

John Tackley
On behalf of the
Commonwealth of Virginia
Richmond, VA
2006.12.20 09:12:45
-05'00'

BY: _____
NAME: _____
TITLE: _____
DATE: _____

**SUN MICROSYSTEMS**
Assignee

BY: Kate Z Driscoll
NAME: Kate Z. Driscoll
TITLE: Area Vice President
DATE: 11/21/06

*Page 2 of 2*
*Assignment of*
*Contract VA-040330-STK*

A0177

**VITA**
expect the best

# COMMONWEALTH of VIRGINIA

## VIRGINIA INFORMATION TECHNOLOGIES AGENCY
SUPPLY CHAIN MANAGEMENT
110 SOUTH 7TH STREET
RICHMOND, VIRGINIA  23219

### VITA STATEWIDE TERM CONTRACT:  VA-040330-STK

## CONTRACTOR / PARTNER

| | |
|---|---|
| **COMPANY NAME:** Storage Technology Corporation | **SALES CONTACT:** Kristofor Wright |
| **ADDRESS:** 6095 Marshalee Drive | **TITLE:** Account Executive State, Local and Ed. |
| Suite 100 | **PHONE NO:** 410-564-5467 |
| **CITY/STATE/ZIP:** Elkridge, MD 21075 | |
| **FEIN:** 840593263 | **E-MAIL ADDRESS:** Kristofor_Wright@storagetek.com |
| **WEBSITE URL:** http://www.storagetek.com | |

*[The following information is for VITA internal use only.]*

| | |
|---|---|
| **Products/Services:** | **Enterprise Storage Device Categories:** SAN/DASD/TAPE |
| | **Brands:** StorageTek; various other brands listed in "Attachment C" |
| **Authorized Contract Users:** | VA Agencies, Institutions and other public bodies |
| **Contract Term:** | Two (2) years, with three optional one (1) year renewals |
| **Pricing (Not-to-Exceed):** | Standard order process for Products in "Attachment C" and Services in "Attachment D" |
| **Additional Discounts:** | Transaction based and Annual Cumulative based, see "Attachment E" |
| **RFQ Process:** | Available for large or non-standard order purchases |
| **RFQ Categories:** | SAN/DASD/TAPE |
| **RFQ Brands:** | StorageTek; various other brands listed in "Attachment C" |
| **Delivery:** | 21 days After Receipt of Order (ARO) |
| **Shipping Costs:** | FOB Destination |
| **Installation Services:** | Optional, Available |
| **Warranty:** | Greater of one year, or manufacturer's standard warranty, with various Service Level Agreements (SLA) available |
| **Maintenance:** | Post-Warranty Maintenance w/various SLAs are available |

**VITA SCM Contacts:**

| **Contract Information** | **Contract Administration/Compliance** |
|---|---|
| *John J. Tackley, VCO* | *SCM Contracts Administration* |
| *Voice: (804) 371-5930* | *(804) 371-5900* |
| *Fax:  (804) 371-5969* | *(804) 371-5969* |
| *E-mail Address* john.tackley@vita.virginia.gov | contracts@vita.virginia.gov |

*[The above information is for VITA internal use only.]*

# MASTER CONTRACT
## VA-040330-STK
### BETWEEN
### THE COMMONWEALTH OF VIRGINIA
### AND
### STORAGE TECHNOLOGY CORPORATION

## 1.      SCOPE OF AGREEMENT

This is an agreement (the "Contract" or "Agreement") between the Commonwealth of Virginia ("Commonwealth", "State" or "Virginia Information Technologies Agency" ("VITA")) and STORAGE TECHNOLOGY CORPORATION (STK) (the "Contractor"), FEIN # 840593263, having its principal place of business at 6095 Marshalee Drive, Suite 100, Elkridge, MD 21075 for the purchase of Enterprise Storage Devices (the "Product", "Products", or Equipment), along with any required support services (the "Services") pursuant to the Commonwealth's Request For Proposal #2004-12, dated October 23, 2003 (the "RFP") and the Contractor's proposal, dated November 13, 2003 in response thereto. This Agreement establishes a Master Contract for the use by State Agencies, Institutions, and other public bodies as defined in §2.2-4301 of the Virginia Public Procurement Act (VPPA), and hereinafter referred to as "Authorized Users".

All Products are delivered and accepted with any integral software and firmware necessary for the complete operation of the Products.  All software and firmware are considered to be perpetual and are not sold as discrete individual items.  All Products are bought and sold on a Performance Basis.

## 2.      INTERPRETATION OF AGREEMENT

Headings are for reference purposes only and shall not be considered in construing this Agreement.

The documents comprising this Agreement, and their order of precedence in case of conflict, are:  (1) this document's pages 1 through 16; (2) Attachment A, entitled CERTIFICATION REGARDING LOBBYING; (3) Attachment B, entitled LISTING OF PRODUCTS & SERVICES, PRICING & CONTRACT USAGE INSTRUCTIONS; (4) Attachment C, entitled PRICING; (5) Attachment D, entitled SERVICES; (6) Attachment E, entitled ADDITIONAL DISCOUNTS and (7) all future executed Orders referencing this Agreement.  The foregoing documents represent the complete and final agreement of the parties with respect to the subject matter of this Agreement.

If any term or condition of this Agreement is found to be illegal or unenforceable, it shall be severed, and the validity of the remaining terms and conditions shall not be affected.

Nothing in this Agreement shall be construed as an express or implied waiver of the Commonwealth's sovereign or Eleventh Amendment immunity, or as a pledge of its full faith and credit.

## 3.      INCURRED EXPENSES

Neither the Commonwealth of Virginia nor the Authorized Users are responsible for expenses incurred by your company to develop and submit your Proposal.  Any costs incurred for site visits for discussions or negotiations are also entirely your responsibility.

## 4.      OWNERSHIP OF OFFEROR DATA

Ownership of all data, materials, and documentation originated and prepared for the Commonwealth pursuant to the RFP shall belong exclusively to the Commonwealth and be subject to public inspection in accordance with the Virginia Freedom of Information Act.  Trade secrets or proprietary information submitted by an offeror shall not be subject to public disclosure under the Virginia Freedom of Information Act; however, the offeror must invoke the protections of § 2.2-4342F of the Code of Virginia, in writing, either before or at the time the data or

A0180

## 50.    TERM

This Agreement shall take effect on the date of its final execution by both parties, and shall continue in full force for two (2) years, "initial Term". The Commonwealth at its sole discretion may extend this Agreement for three (3) additional one (1) year periods. The Commonwealth will issue a written notification to the Contractor stating the extension period, 30 days prior to the expiration of any current Term.

## 51.    TERMINATION FOR CONVENIENCE

The Commonwealth may terminate this Contract in whole or in part for convenience at any time by submitting to the Contractor a writing, sixty (60) days prior to the date of Termination. The Commonwealth shall be obligated for all outstanding Orders, according to the Contract, subsequent to this Termination. The Commonwealth shall not be obligated for any other costs in the event of Termination for convenience.

## 52.    CATALOG INTEGRITY

The Contractor agrees to continuously provide an updated catalog minimally every 90 days that will be available to all Authorized Users. The updated catalogue may be on eVA only or located at the Contractor's web site, or both, as provided for herein, but in every instance all catalogs maintained by the Contractor shall be up to date.

## 53.    INTEGRAL SOFTWARE

All Products are delivered with any necessary firmware, and or software integral to the Product necessary for the complete operation. All firmware and software shall be considered to be the latest version available and any software upgrades necessary for the complete operation of the Products shall be available at no cost to the Authorized User.    All licenses granted under this Agreement are provided on a non-exclusive, irrevocable perpetual license basis and shall commence upon the acceptance of the Product by the Authorized User.

## 54.    INTELLECTUAL PROPERTY INDEMNIFICATION

Contractor will defend, indemnify and hold the Commonwealth harmless from any action based on a claim that an Authorized User's use of the products or services in accordance with this agreement infringes any patent, copyright, or trade secrets of any third party.

**PERSONS SIGNING THIS CONTRACT ARE AUTHORIZED REPRESENTATIVES OF EACH PARTY TO THIS CONTRACT AND ACKNOWLEDGE THAT EACH PARTY AGREES TO BE BOUND BY THE TERMS AND CONDITIONS OF THE CONTRACT.**

**STORAGE TECHNOLOGY CORPORATION**

BY: _____

NAME: Lianne M. White

TITLE: Contracts Manager, U.S./Canada

DATE: May 17, 2004

**COMMONWEALTH OF VIRGINIA**

BY: _____

NAME: Philip L. Pippert

TITLE: Assoc. Director, SCM

DATE: 6/1/04

Page 16 of 16                              Contract VA-040330-STK

A0180

A0181

**ATTACHMENT "A"**
**TO**
**CONTRACT**
**VA-040330-STK**

### *CERTIFICATION REGARDING LOBBYING*

The undersigned certifies, to the best of his or her knowledge and belief, that:

a.    No Federal appropriated funds have been paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or employee or an agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the awarding of any Federal Contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any Federal Contract, grant, loan, or cooperative agreement.

b.    If any funds other than Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with this Federal Contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

c.    The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and Contracts under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

d.    This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into.  Submission of this certification is a prerequisite for making or entering into this transaction imposed by Section 1352, title 31, U.S. Code.  Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

Signature: _____

Printed Name: _____ Lianne M. White _____

Organization: _____ Storage Technology Corporation _____

Date: _____ May 17, 2004 _____

NBS-0002432

A0181

A0182

**ATTACHMENT "B"**
**TO**
**CONTRACT**
**VA-040330-STK**

**LISTING OF PRODUCTS & SERVICES, PRICING & CONTRACT USAGE INSTRUCTIONS**

Attachment "B" is hereby incorporated into and made an integral part of Agreement Number VA-040330-STK between STORAGE TECHNOLOGY CORPORATION and the Commonwealth of Virginia. In the event of any discrepancy between this Attachment "B" and pages 1 through 16 of this Contract VA-040330-STK, the provisions on those pages 1 – 16 of Contract VA-040330-STK shall control.

- **PRODUCTS & SERVICES:** All product and related services (warranty upgrades, maintenance SLAs) pricing is contained in "Attachment C". Supplemental services are contained in "Attachment D".
- **PRICING**: All pricing shown in "Attachment C" is Not-to-Exceed pricing for the term of this contract. All "Percentage Discounts" indicated are fixed for the entire term of this contract. All purchase prices for each order are calculated by taking the appropriate percentage discount from the current price found at the indicated Index Price List Source, on the actual date of each order (this price cannot exceed the price for that product shown in Attachment C). For items acquired through the standard order process, pricing will be determined by the contractor's current eVA catalog. For systems/items acquired through the RFQ order process, pricing will be determined by each contractor's quotation. The contractor(s) will calculate the quoted pricing by using the prices found at the index price list source, less the appropriate percentage discounts. Separate pricing may be submitted for Government vs. Academic to account for higher discounts to education and, if offered, are indicated in Attachment C, the Index Price List Source and in the eVA catalog.

  The Index Price List Source is a widely used, publicly available Index Price List that has a consistent basis of calculation and is available throughout the life of the contract, for instance, a GSA Contract/Price Schedule or a manufacturer's Suggest Retail Price List. If the basis of calculation for the Index Price List changes in a material fashion during the life of the contract, the Commonwealth and the contractor will renegotiate any Index Price List Source changes and pricing to ensure that the net price to the Commonwealth is consistent with percentage discounts calculated from the original index source. Any new Index Price List must be submitted to VITA for review at least 30 days prior to any request for contract modification.

  It is important to remember that the net price indicated in the original price list, Attachment C, is a "not-to-exceed" price. A Contractor may opt to be more competitive than this price for a specific purchase or a specific authorized user, but pricing shall never exceed the net price indicated in Attachment C.

- **Additional Discounts:** Transaction and Annual-Cumulative based discounts are shown in Attachment E. Users should check with StorageTek, to determine if additional discounts will apply, when placing each standard process or RFQ process order.

NBS-0002433

A0182

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SAN | SNS4524-0000 | MCDATA Corp | SNS4524-0000 | SPHEREON 4500, 24 PORT SWITCH | $ 74,930.00 | 21.00% | $ 18,962.70 | $ 24,030.00 | 21.00% | $ 18,983.70 |
| SAN | SNSE0013-2010 | MCDATA Corp | SNSE0013-2010 | OS SERVER, SNGL, ENDED, HSE | $ 73,580.00 | 21.00% | $ 52,886.00 | $ 52,886.00 | 21.00% | $ 41,779.94 |
| SAN | SWFMGR1-0000 | Brocade | SWFMGR1-0000 | FABRIC MANAGER SW, BASE | $ 14,000.00 | 10.00% | $ 12,600.00 | $ 14,000.00 | 10.00% | $ 12,600.00 |
| SAN | SWFMGR2-0000 | Brocade | SWFMGR2-0000 | FABRIC MANAGER SW, STANDARD | $ 28,000.00 | 10.00% | $ 25,200.00 | $ 28,000.00 | 10.00% | $ 25,200.00 |
| SAN | SWFMGR3-0000 | Brocade | SWFMGR3-0000 | FABRIC MANAGER SW, ENTERPRISE | $ 37,000.00 | 10.00% | $ 33,300.00 | $ 37,000.00 | 10.00% | $ 33,300.00 |
| SAN | SWFMGR4-0000 | Brocade | SWFMGR4-0000 | FABRIC MANAGER, BASE TO STD | $ 14,000.00 | 10.00% | $ 12,600.00 | $ 14,000.00 | 10.00% | $ 12,600.00 |
| SAN | SWFMGR5-0000 | Brocade | SWFMGR5-0000 | FABRIC MGR, BASE TO ENTERPRISE | $ 23,000.00 | 10.00% | $ 20,700.00 | $ 23,000.00 | 10.00% | $ 20,700.00 |
| SAN | SWFMGR6-0000 | Brocade | SWFMGR6-0000 | FABRIC MGR, STD TO ENTERPRISE | $ 9,000.00 | 10.00% | $ 8,100.00 | $ 9,000.00 | 10.00% | $ 8,100.00 |
| SAN | SWFMGR7-0000 | Brocade | SWFMGR7-0000 | FABRIC MANAGER 3.X TO 4.0 UPG | $ 21,000.00 | 10.00% | $ 18,900.00 | $ 21,000.00 | 10.00% | $ 18,900.00 |
| SAN | SWSEC12-0000 | Brocade | SWSEC12-0000 | SECURE OS S/W, 12000 | $ 34,000.00 | 10.00% | $ 30,600.00 | $ 34,000.00 | 10.00% | $ 30,600.00 |
| SAN | SWSEC32-0000 | Brocade | SWSEC32-0000 | SECURE OS S/W, 3200 | $ 5,000.00 | 10.00% | $ 4,500.00 | $ 5,000.00 | 10.00% | $ 4,500.00 |
| SAN | SWSEC38-0000 | Brocade | SWSEC38-0000 | SECURE OS S/W, 3800 | $ 6,000.00 | 10.00% | $ 5,400.00 | $ 6,000.00 | 10.00% | $ 5,400.00 |
| SAN | SWSEC39-0000 | Brocade | SWSEC39-0000 | SECURE OS S/W, 3900 | $ 9,000.00 | 10.00% | $ 8,100.00 | $ 9,000.00 | 10.00% | $ 8,100.00 |
| LIBRARY | 1187G02-0000 | StorageTek Corp. | 1187G02-0000 | RMLS | $ 4,200.00 | 4.00% | $ 4,032.00 | $ 4,200.00 | 4.00% | $ 4,032.00 |
| LIBRARY | 1189L10-0000 | StorageTek Corp. | 1189L10-0000 | LIBRARY STATION | $ 15,000.00 | 4.00% | $ 14,400.00 | $ 15,000.00 | 4.00% | $ 14,400.00 |
| LIBRARY | 1189L10-2902 | StorageTek Corp. | 1189L10-2902 | DSLO LICENSE | $ 11,250.00 | 4.00% | $ 10,800.00 | $ 11,250.00 | 4.00% | $ 10,800.00 |
| LIBRARY | 1189L10-GWMG | StorageTek Corp. | 1189L10-GWMG | L M GATEWAY | $ 9,450.00 | 4.00% | $ 9,072.00 | $ 9,450.00 | 4.00% | $ 9,072.00 |
| LIBRARY | 1189M10-0000 | StorageTek Corp. | 1189M10-0000 | MVS/CSC (CLIENT SYS CMPNT) | $ 20,000.00 | 4.00% | $ 19,200.00 | $ 20,000.00 | 4.00% | $ 19,200.00 |
| LIBRARY | 1189M10-2902 | StorageTek Corp. | 1189M10-2902 | DSLO LICENSE | $ 15,000.00 | 4.00% | $ 14,400.00 | $ 15,000.00 | 4.00% | $ 14,400.00 |
| LIBRARY | 1189M18-0000 | StorageTek Corp. | 1189M18-0000 | MVS/CSC SW FOR L180 LIBRARY | $ 4,000.00 | 4.00% | $ 3,840.00 | $ 4,000.00 | 4.00% | $ 3,840.00 |
| LIBRARY | 1189M18-2902 | StorageTek Corp. | 1189M18-2902 | DSLO LICENSE | $ 2,650.00 | 4.00% | $ 2,544.00 | $ 2,650.00 | 4.00% | $ 2,544.00 |
| LIBRARY | 1189M55-0000 | StorageTek Corp. | 1189M55-0000 | MVS/CSC SW FOR L5500 LIBRARY | $ 12,500.00 | 4.00% | $ 12,000.00 | $ 12,500.00 | 4.00% | $ 12,000.00 |
| LIBRARY | 1189M55-2902 | StorageTek Corp. | 1189M55-2902 | DSLO LICENSE | $ 8,250.00 | 4.00% | $ 7,920.00 | $ 8,250.00 | 4.00% | $ 7,920.00 |
| LIBRARY | 1189M70-0000 | StorageTek Corp. | 1189M70-0000 | MVS/CSC SW FOR L700 LIBRARY | $ 6,000.00 | 4.00% | $ 5,760.00 | $ 6,000.00 | 4.00% | $ 5,760.00 |
| LIBRARY | 1189M70-2902 | StorageTek Corp. | 1189M70-2902 | DSLO LICENSE | $ 4,000.00 | 4.00% | $ 3,840.00 | $ 4,000.00 | 4.00% | $ 3,840.00 |
| LIBRARY | 1190M20-0000 | StorageTek Corp. | 1190M20-0000 | MVS HSC | $ 20,000.00 | 10.00% | $ 18,000.00 | $ 20,000.00 | 10.00% | $ 18,000.00 |
| LIBRARY | 1190M20-2902 | StorageTek Corp. | 1190M20-2902 | DSLO LICENSE | $ 15,000.00 | 10.00% | $ 13,500.00 | $ 15,000.00 | 10.00% | $ 13,500.00 |
| LIBRARY | 1190MJ1-0000 | StorageTek Corp. | 1190MJ1-0000 | HSC MVS/XA/ESA 1.2 JR POWDER | $ 12,500.00 | 10.00% | $ 11,250.00 | $ 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190MJ1-2902 | StorageTek Corp. | 1190MJ1-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | $ 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190MJ2-0000 | StorageTek Corp. | 1190MJ2-0000 | MVS HSC JR POWDERHORN | $ 12,500.00 | 10.00% | $ 11,250.00 | $ 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190MJ2-2902 | StorageTek Corp. | 1190MJ2-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | $ 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190MT2-0000 | StorageTek Corp. | 1190MT2-0000 | MVS HSC TIMBERWOLF | $ 6,000.00 | 10.00% | $ 5,400.00 | $ 6,000.00 | 10.00% | $ 5,400.00 |
| LIBRARY | 1190MT2-2902 | StorageTek Corp. | 1190MT2-2902 | DSLO LICENSE | $ 4,000.00 | 10.00% | $ 3,600.00 | $ 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190MW0-0000 | StorageTek Corp. | 1190MW0-0000 | MVS HSC WC | $ 4,000.00 | 10.00% | $ 3,600.00 | $ 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190MW0-2902 | StorageTek Corp. | 1190MW0-2902 | DSLO LICENSE | $ 3,000.00 | 10.00% | $ 2,700.00 | $ 3,000.00 | 10.00% | $ 2,700.00 |
| LIBRARY | 1190MW0-F100 | StorageTek Corp. | 1190MW0-F100 | 1000 WOLFCREEK CART LIB | $ 4,000.00 | 10.00% | $ 3,600.00 | $ 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190MW0-F500 | StorageTek Corp. | 1190MW0-F500 | 500 WOLFCREEK CART LIB | $ 1,000.00 | 10.00% | $ 900.00 | $ 1,000.00 | 10.00% | $ 900.00 |
| LIBRARY | 1190MW0-F750 | StorageTek Corp. | 1190MW0-F750 | 750 WOLFCREEK CART LIB | $ 2,500.00 | 10.00% | $ 2,250.00 | $ 2,500.00 | 10.00% | $ 2,250.00 |
| LIBRARY | 1190V20-0000 | StorageTek Corp. | 1190V20-0000 | VM/HSC 2.0 | $ 20,000.00 | 10.00% | $ 18,000.00 | $ 20,000.00 | 10.00% | $ 18,000.00 |
| LIBRARY | 1190V20-2902 | StorageTek Corp. | 1190V20-2902 | DSLO LICENSE | $ 15,000.00 | 10.00% | $ 13,500.00 | $ 15,000.00 | 10.00% | $ 13,500.00 |
| LIBRARY | 1190VJ1-0000 | StorageTek Corp. | 1190VJ1-0000 | VM HSC 1.2 JR POWDERHORN | $ 12,500.00 | 10.00% | $ 11,250.00 | $ 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190VJ1-2902 | StorageTek Corp. | 1190VJ1-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | $ 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190VJ2-0000 | StorageTek Corp. | 1190VJ2-0000 | VM HSC 2.0 JR POWDERHORN | $ 12,500.00 | 10.00% | $ 11,250.00 | $ 12,500.00 | 10.00% | $ 11,250.00 |
| LIBRARY | 1190VJ2-2902 | StorageTek Corp. | 1190VJ2-2902 | DSLO LICENSE | $ 9,375.00 | 10.00% | $ 8,437.50 | $ 9,375.00 | 10.00% | $ 8,437.50 |
| LIBRARY | 1190VT2-0000 | StorageTek Corp. | 1190VT2-0000 | VM/HSC 9740 LIBRARY | $ 6,000.00 | 10.00% | $ 5,400.00 | $ 6,000.00 | 10.00% | $ 5,400.00 |
| LIBRARY | 1190VW0-0000 | StorageTek Corp. | 1190VW0-0000 | VM HSC FOR WOLFCREEK | $ 4,000.00 | 10.00% | $ 3,600.00 | $ 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190VW0-2902 | StorageTek Corp. | 1190VW0-2902 | DSLO LICENSE | $ 3,000.00 | 10.00% | $ 2,700.00 | $ 3,000.00 | 10.00% | $ 2,700.00 |
| LIBRARY | 1190VW0-F100 | StorageTek Corp. | 1190VW0-F100 | 1000 WOLFCREEK CART LIB | $ 4,000.00 | 10.00% | $ 3,600.00 | $ 4,000.00 | 10.00% | $ 3,600.00 |
| LIBRARY | 1190VW0-F500 | StorageTek Corp. | 1190VW0-F500 | 500 WOLFCREEK CART LIB | $ 1,000.00 | 10.00% | $ 900.00 | $ 1,000.00 | 10.00% | $ 900.00 |
| LIBRARY | 1190VW0-F750 | StorageTek Corp. | 1190VW0-F750 | 750 WOLFCREEK CART LIB | $ 2,500.00 | 10.00% | $ 2,250.00 | $ 2,500.00 | 10.00% | $ 2,250.00 |
| LIBRARY | 1191NLC-0000 | StorageTek Corp. | 1191NLC-0000 | WINNT LIBATTACH CLIENT | $ 695.00 | 4.00% | $ 667.20 | $ 695.00 | 4.00% | $ 667.20 |
| LIBRARY | 1191NLI-0000 | StorageTek Corp. | 1191NLI-0000 | WINNT INTGRTRS LIBATTACH | $ 5,500.00 | 4.00% | $ 5,280.00 | $ 5,500.00 | 4.00% | $ 5,280.00 |
| LIBRARY | 1191RDW-0000 | StorageTek Corp. | 1191RDW-0000 | REDWOOD NT DEVICE DRIVER | $ 1,000.00 | 4.00% | $ 960.00 | $ 1,000.00 | 4.00% | $ 960.00 |
| LIBRARY | 1191TBL-0000 | StorageTek Corp. | 1191TBL-0000 | TIMBERLINE NT DEVICE DRIVER | $ 500.00 | 4.00% | $ 480.00 | $ 500.00 | 4.00% | $ 480.00 |
| LIBRARY | 1191TPK-0000 | StorageTek Corp. | 1191TPK-0000 | TWINPEAK NT DEVICE DRIVER | $ 250.00 | 4.00% | $ 240.00 | $ 250.00 | 4.00% | $ 240.00 |
| LIBRARY | 1193M10-0000 | StorageTek Corp. | 1193M10-0000 | EXPERT LIBRARY MANAGER | $ 11,000.00 | 10.00% | $ 9,900.00 | $ 11,000.00 | 10.00% | $ 9,900.00 |
| LIBRARY | 1193M10-ELM4 | StorageTek Corp. | 1193M10-ELM4 | 3-4 LSM | $ 1,100.00 | 10.00% | $ 990.00 | $ 1,100.00 | 10.00% | $ 990.00 |
| LIBRARY | 1193M10-ELM8 | StorageTek Corp. | 1193M10-ELM8 | 5-8 LSM | $ 2,750.00 | 10.00% | $ 2,475.00 | $ 2,750.00 | 10.00% | $ 2,475.00 |
| LIBRARY | 1193M10-ELM9 | StorageTek Corp. | 1193M10-ELM9 | 9+ LSM | $ 4,125.00 | 10.00% | $ 3,712.50 | $ 4,125.00 | 10.00% | $ 3,712.50 |
| LIBRARY | 1195M10-0000 | StorageTek Corp. | 1195M10-0000 | EXPERT PERFORMANCE REPORTER | $ 15,000.00 | 4.00% | $ 14,400.00 | $ 15,000.00 | 4.00% | $ 14,400.00 |
| LIBRARY | 1195M10-EXDS | StorageTek Corp. | 1195M10-EXDS | EXPR DIRECT SMF | $ 5,000.00 | 4.00% | $ 4,800.00 | $ 5,000.00 | 4.00% | $ 4,800.00 |
| LIBRARY | 1195M10-EXFL | StorageTek Corp. | 1195M10-EXFL | ALL OPTIONAL COMPONENTS | $ 28,000.00 | 4.00% | $ 26,880.00 | $ 28,000.00 | 4.00% | $ 26,880.00 |
| LIBRARY | 1195M10-EXRT | StorageTek Corp. | 1195M10-EXRT | EXPR RTM | $ 10,000.00 | 4.00% | $ 9,600.00 | $ 10,000.00 | 4.00% | $ 9,600.00 |
| LIBRARY | 1195M10-EXTC | StorageTek Corp. | 1195M10-EXTC | EXPR TAPECAT | $ 10,000.00 | 4.00% | $ 9,600.00 | $ 10,000.00 | 4.00% | $ 9,600.00 |
| LIBRARY | 1198M10-CPU1 | StorageTek Corp. | 1198M10-CPU1 | 1 CPU | $ 98,000.00 | 10.00% | $ 88,200.00 | $ 98,000.00 | 10.00% | $ 88,200.00 |
| LIBRARY | 1198M10-CPU2 | StorageTek Corp. | 1198M10-CPU2 | 2 CPU | $ 147,000.00 | 10.00% | $ 132,300.00 | $ 147,000.00 | 10.00% | $ 132,300.00 |
| LIBRARY | 1198M10-CPU3 | StorageTek Corp. | 1198M10-CPU3 | 3 CPU | $ 196,000.00 | 10.00% | $ 176,400.00 | $ 196,000.00 | 10.00% | $ 176,400.00 |
| LIBRARY | 1198M10-CPU4 | StorageTek Corp. | 1198M10-CPU4 | 4 OR MORE CPUS | $ 245,000.00 | 10.00% | $ 220,500.00 | $ 245,000.00 | 10.00% | $ 220,500.00 |
| LIBRARY | 4410001:9310001 | StorageTek Corp. | 4410001:9310001 | POWDERHORN 6000 CART/350 EPH | $ 128,134.10 | 30.00% | $ 89,693.87 | $ 128,134.10 | 30.00% | $ 89,693.87 |
| LIBRARY | 4410001:9310002 | StorageTek Corp. | 4410001:9310002 | POWDERHORN 6000 CART/450 EPH | $ 175,134.10 | 30.00% | $ 122,593.87 | $ 175,134.10 | 30.00% | $ 122,593.87 |
| LIBRARY | 4410001:931000C | StorageTek Corp. | 4410001:931000C | POWDERHORN 6000 CART/100 EPH | $ 109,009.10 | 30.00% | $ 76,306.37 | $ 109,009.10 | 30.00% | $ 76,306.37 |
| LIBRARY | 4410001:L551015 | StorageTek Corp. | 4410001:L551015 | 1500 SLOT, LTO ONLY, LSM | $ 101,902.00 | 30.00% | $ 71,331.40 | $ 101,902.00 | 30.00% | $ 71,331.40 |
| LIBRARY | 4410001:L551020 | StorageTek Corp. | 4410001:L551020 | 2000 SLOT, LTO ONLY, LSM | $ 125,902.00 | 30.00% | $ 88,131.40 | $ 125,902.00 | 30.00% | $ 88,131.40 |
| LIBRARY | 4410001:L551025 | StorageTek Corp. | 4410001:L551025 | 2500 SLOT, LTO ONLY, LSM | $ 143,902.00 | 30.00% | $ 100,731.40 | $ 143,902.00 | 30.00% | $ 100,731.40 |
| LIBRARY | 4410001:L551030 | StorageTek Corp. | 4410001:L551030 | 3000 SLOT, LTO ONLY, LSM | $ 159,902.00 | 30.00% | $ 111,931.40 | $ 159,902.00 | 30.00% | $ 111,931.40 |
| LIBRARY | 4410001:L551035 | StorageTek Corp. | 4410001:L551035 | 3500 SLOT, LTO ONLY, LSM | $ 172,902.00 | 30.00% | $ 121,031.40 | $ 172,902.00 | 30.00% | $ 121,031.40 |
| LIBRARY | 4410001:L551040 | StorageTek Corp. | 4410001:L551040 | 4000 SLOT, LTO ONLY, LSM | $ 183,902.00 | 30.00% | $ 128,731.40 | $ 183,902.00 | 30.00% | $ 128,731.40 |
| LIBRARY | 4410001:L551045 | StorageTek Corp. | 4410001:L551045 | 4500 SLOT, LTO ONLY, LSM | $ 191,902.00 | 30.00% | $ 134,331.40 | $ 191,902.00 | 30.00% | $ 134,331.40 |
| LIBRARY | 4410001:L551050 | StorageTek Corp. | 4410001:L551050 | 5000 SLOT, LTO ONLY, LSM | $ 197,902.00 | 30.00% | $ 138,531.40 | $ 197,902.00 | 30.00% | $ 138,531.40 |
| LIBRARY | 4410001:L551055 | StorageTek Corp. | 4410001:L551055 | 5500 SLOT, LTO ONLY, LSM | $ 201,902.00 | 30.00% | $ 141,331.40 | $ 201,902.00 | 30.00% | $ 141,331.40 |
| LIBRARY | 4410001:L5510BB | StorageTek Corp. | 4410001:L5510BB | 1000 LTO/1000 T9X40 SLOTS LSM | $ 95,902.00 | 30.00% | $ 67,131.40 | $ 95,902.00 | 30.00% | $ 67,131.40 |
| LIBRARY | 4410001:L5510CC | StorageTek Corp. | 4410001:L5510CC | 1500 LTO/1500 T9X40 SLOTS LSM | $ 101,902.00 | 30.00% | $ 71,331.40 | $ 101,902.00 | 30.00% | $ 71,331.40 |

Gateway 2000 v. Quantum ... cv-00... W Document 11-7 Filed 11/.../2007 Page 105 of ...

A0184

# EXHIBIT 39

# EXHIBIT 39

A0184



# Netbula, LLC

P. O. Box 99335
Emeryville, CA  94662
510-593-7053 fax 510-291-2237

**Invoice No.**          **1605**

## INVOICE

### Customer

| | |
|---|---|
| Name | StorageTek / Mike Melnick |
| Address | One StorageTek Drv |
| City | Louisville        State CO        ZIP 80028 |
| Phone | 303-673-2914 |

| | |
|---|---|
| Date | 3/7/2000 |
| Order No. | CCOL122576 |
| Rep | |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 8 | Netbula ONC RPC Win32 One Developer License | $895.00 | $7,160.00 |
| 1 | Netbula ONC RPC WIN32 1000 Machine Runtime License | $5,995.00 | $5,995.00 |
| 1 | 10 INCIDENT SUPPORT | $1,000.00 | $1,000.00 |

| | | |
|---|---|---|
| | SubTotal | $14,155.00 |
| | Shipping & Handling | $0.00 |
| Taxes | State | $0.00 |
| | **TOTAL** | $14,155.00 |
| | **AMT PAID** | |
| | **AMT DUE** | $14,155.00 |

### Payment Details

○  Cash
◉  Check
○  Credit Card

Name _____
CC # _____
        Expires _____

Office Use Only

*Due upon deliver of product*

*Providing enterprises with client/server and internet solutions*

A0186



# Netbula, LLC

2777 Alvarado Street, Suite C
San Leandro, CA  94577
510-351-7672 fax 510-291-2237

**Invoice No.**     **10302**

## *INVOICE*

**Customer**

| | | | |
|---|---|---|---|
| Name | SOTRAGE TECH CORP/ACCOUNTS PAYABLE | Date | 3/18/2004 |
| Address | ONE STOTAGETEK DRV | Order No. | CCOL 123554 |
| City | LOUISEVILLE    State CO    ZIP 80028 | Rep | JY |
| Phone | 303-673-5151 | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | NETBULA ONC RPC WIN32 SDK | $895.00 | $895.00 |
| 1 | NETBULA ONC RPC RUNETIME 1000 Machines Pak | $5,096.00 | $5,096.00 |

| | |
|---|---|
| SubTotal | $5,991.00 |
| Shipping & Handling | $0.00 |
| Taxes      State | $0.00 |
| **TOTAL** | $5,991.00 |
| **AMT PAID** | |
| **AMT DUE** | $5,991.00 |

**Payment Details**

○    Cash
◉    Check
○    Credit Card

Name _____
CC # _____
        Expires _____

Office Use Only

*Due upon deliver of product*

*Providing enterprises with client/server and internet solutions*

A0186