1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
   SAN LEANDRO, CA 94577
3  Telephone:    (510) 351-5345
   Facsimile:    (510) 351-5348
4  E-Mail:       BrilletLaw@yahoo.com
5
   Attorneys for Plaintiff
6  NETBULA, LLC
7
8              UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
                                          Case No. Case No. C06-07391-MJJ
11 NETBULA, LLC., a Delaware limited liability
   company,                               **DECLARATION OF DONGXIAO YUE IN**
12                                         **OPPOSITION TO DEFENDANTS'**
                Plaintiff,                 **MOTION FOR SUMMARY JUDGMENT**
13                                         **OR SUMMARY ADJUDICATION OF**
        v.                                 **ISSUES RELATING TO LICENSE**
14                                         **DEFENSE**
15 STORAGE TECHNOLOGY
   CORPORATION, et al.,                    Date: December 13, 2007
16                                         Time: 3:00 p.m.
                                           Dept: Courtroom 11
17              Defendants.                Judge: The Honorable Martin J. Jenkins
18
19
20
21
22           # EXHIBIT 43
23           ## Pages A0296-469
24
25      ## 30 (b) (6) Deposition of Michael Melnick
26
27
28

A0297

# EXHIBIT 43

# EXHIBIT 43

A0297

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NETBULA, LLC, a Delaware
limited liability company,

       Plaintiff,

vs.                        No. C-06-07391-MJJ

STORAGE TECHNOLOGY CORPORATION, A DELAWARE
CORPORATION; SUN MICROSYSTEMS, INC., A
DELAWARE CORPORATION; INTERNATIONAL BUSINESS
MACHINES CORPORATION, A NEW YORK CORPORATION;
EMC CORPORATION, A MASSACHUSETTS CORPORATION,
VERITAS SOFTWARE CORPORATION, A DELAWARE
CORPORATION; DARDEN RESTAURANTS, INC., A
FLORIDA CORPORATION; AND DOES 1-100,
inclusive,

       Defendants.

_____

AND RELATED COUNTER-CLAIMS.

_____

CERTIFIED
COPY

30(b)(6) DEPOSITION OF MICHAEL MELNICK

San Francisco, California

Wednesday, September 19, 2007

REPORTED BY:
KELLI COMBS
CSR No. 7705

Job No. 3-73276

1                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
2                       SAN FRANCISCO DIVISION

3    NETBULA, LLC, a Delaware
     limited liability company,
4
                  Plaintiff,
5
     vs.                                    No. C-06-07391-MJJ
6
     STORAGE TECHNOLOGY CORPORATION, A DELAWARE
7    CORPORATION; SUN MICROSYSTEMS, INC., A
     DELAWARE CORPORATION; INTERNATIONAL BUSINESS
8    MACHINES CORPORATION, A NEW YORK CORPORATION;
     EMC CORPORATION, A MASSACHUSETTS CORPORATION,
9    VERITAS SOFTWARE CORPORATION, A DELAWARE
     CORPORATION; DARDEN RESTAURANTS, INC., A
10   FLORIDA CORPORATION; AND DOES 1-100,
     inclusive,
11
                  Defendants.
12   _____

13   AND RELATED COUNTER-CLAIMS.
     _____
14

15       30(B)(6) Deposition of MICHAEL MELNICK,  taken on

16   behalf of Plaintiff, at Sarnoff Court Reporters, 450

17   Sansome Street, Suite 1550, San Francisco, California,

18   beginning at 8:37 a.m. and ending at 1:18 p.m. on

19   Wednesday, September 19, 2007, before Kelli Combs, CSR

20   7705.

21

22

23

24

25

1  APPEARANCE OF COUNSEL:

2

3  FOR PLAINTIFF:

4          LAW OFFICES OF VONNAH M. BRILLET
           BY:  VONNAH M. BRILLET, ESQ.
5          2777 Alvarado Street, Suite E
           San Leandro, California 94577
6          (510) 351-5345
           brilletlaw@yahoo.com
7

8  FOR DEFENDANTS STORAGE TECHNOLOGY CORPORATION, SUN
   MICROSYSTEMS, INC., EMC CORPORATION, VERITAS SOFTWARE
9  CORPORATION, DARDEN RESTAURANTS, INC.:

10

11         FENWICK & WEST, LLP
           BY:  LAURENCE PULGRAM, ESQ.
           555 California Street, 12th Floor
12         San Francisco, California 94104
           (415) 875-2300
13         lpulgram@fenwick.com

14

15  FOR IBM CORPORATION:

16

17         QUINN, EMANUEL, URQUHART, OLIVER & HEDGES
           BY:  DAVID EISEMAN, ESQ.
           50 California Street, 22nd Floor
18         San Francisco, California 94111
           (415) 875-6314
19         davideiseman@quinnemanuel.com

20

21  Also Present:  Don Yue

22

23

24

25

3

MICHAEL MELNICK                                                        09/19/07

1                            INDEX

2    WITNESS                              EXAMINATION

3    MICHAEL MELNICK

4                     BY MS. BRILLET          10

5                        EXHIBITS

6    PLAINTIFF'S                              PAGE

7        1    Plaintiff's Notice of Deposition For    11
              Defendant Sun Microsystems, Inc.
8
         2    Two-page document titled "Business      22
9             Booming?", Bates stamped NBS-0002403
              and -2404
10
         3    E-mail from Don Carroll to             24
11            Sales@Netbula.com dated January
              18th, 2000, Bates stamped
12            NBS-0000001

13       4    E-mail from Mike Melnick to            33
              Sales@Netbula.com, Bates stamped
14            NBS-000002

15       5    E-mail to Michael Melnick from         38
              Netbula Sales dated February 7th,
16            2000, Bates stamped PTK00000664

17       6    E-mail string Bates stamped            39
              STK00000451 through 453
18
         7    E-mail String between Michael          41
19            Melnick and Netbula, Bates stamped
              STK00000440 through -442
20
         8    Netbula Software License Agreement,    44
21            Bates stamped NBS-0000005
              through-011
22
         9    Netbula Software License Agrfeement,   50
23            Bates stamped STK00000766 through
              -773
24

25

                                                                          4

A0301

### INDEX TO EXHIBITS CONTINUED

PLAINTIFF'S                                                    PAGE

10    Purchase order faxed to Netbula on          53
      March 3rd, 2000, Bates stamped
      NBS-0000023

11    Netbula Invoice dated 3/7/00, Bates         57
      stamped NBS-0000042

12    Letter dated 12/10/05 to Don Yue            60
      from Carmel C. Gill, Bates stamped
      STK00000006 through -011

13    E-mail from Keith Oliver to                 65
      Support@Netbula, cc'd to Jon Holdman
      and Gary Ritzer, Bates stamped
      NBS-0000026 and -027

14    E-mail string, Bates stamped                68
      NBS-0000028 and -029

15    E-mail from Scott Painter to                69
      Support@Netbula.com, Subject:
      "PowerRPC Portmapper," with cc to
      abrammp@louisville.stortek.com,
      Bates stamped NBS-0000032

16    E-mail dated October 25th, 2004,            72
      Bates stamped NBS-0000164

17    Declaration of Michael Abramovitz in        73
      Support of Defendant's Opposition to
      Application for Temporary
      Restraining Order and Impoundment

18    Document from StorageTek regarding          76
      LibAttach, Bates stamped NBS-0000033
      through -038

19    E-mail from Lori G. Richards to             79
      Support@Netbula dated July 11, 2000,
      Bates stamped NBS-0000039 and -040

20    E-mail from Anton Vatcky to                 80
      support@Netbula.com, Bates stamped
      NBS-0000043

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0302

INDEX TO EXHIBITS CONTINUED

PLAINTIFF'S                                                    PAGE

21   E-mail string, Bates stamped                             82
     NBS-0000044 and -045

22   E-mail from Michael Melnick to                           84
     Netbula responding to a May 3, 2001
     E-mail from Netbula dated June 22,
     2001, Bates stamped STK00000649

23   Excel spreadsheet sent to Netbula,                       85
     Bates stamped NBS-0000047

24   Web page from StorageTek.com printed                     87
     8/25/07 at 6:41 p.m., Bates stamped
     NBS-0002405 and -2406

25   E-mail string, Bates stamped                             88
     STK00000595 and -596

26   E-mail string, the top of which is                       92
     from Michael Melnick to
     Sales@Netbula dated September 9th,
     2002, Bates stamped NBS-0000048 and
     -049

27   StorageTek document Bates stamped                        94
     NBS-0000054 through -057

28   Slide by StorageTek titled                               95
     "StorageTek Libraries in a TSM
     Environment" Bates stamped
     NBS-0001357 through -1382

29   Document titled "LibAttach, 1.2                          96
     Release Notes," revised September
     2003 Bates stamped NBS-0000060
     through -065

30   StorageTek document, Second Edition,                     98
     EC: 128995, Bates stamped
     NBS-0000158 through -163

31   LibAttach 1.4 Release Notes, First                       98
     Edition, May 2005, Bates stamped
     NBS-0000652 through -657

INDEX TO EXHIBITS CONTINUED

PLAINTIFF'S                                              PAGE

32   Document titled "Case study" Bates          99
     stamped NBS-0000058 and -059

33   Document titled "Case Study" Bates          102
     stamped NBS-0000156 and -157

34   StorageTek spreadsheets e-mailed to         103
     Netbula, Bates stamped NBS-0001295
     through -1356

35   Document titled "Florida Contract           107
     Price List - Tape" Bates stamped
     NBS-0000666 and -667

36   Document entitled "StorageTek Price         108
     List for New York State Systems and
     Peripherals Hardware and Software
     (Storage) Contract" Bates stamped
     NBS-0001688

37   E-mail string, Bates stamped                110
     STK00000597 and -598

38   E-mail string, Bates stamped                113
     STK00000960 and -961

39   E-mail string, Bates stamped                115
     STK0000591, STK0000592, NBS-0000135

40   E-mail from Michael Melnick to              117
     Netbula dated March 3rd, 2004, Bates
     stamped NBS-0000135

41   E-mail from Sales@Netbula to Michael        121
     Melnick, Bates stamped NTK00000586
     and -587

42   E-mail string, Bates stamped                123
     STK00000580 and -581

43   E-mail from Russell Kennedy to Lisa         125
     Rady and Thomas Murray, Bates
     stamped STK00000754 and -755 (bound
     separately)

44   E-mail string, Bates stamped                131
     STK00000505 and -506

MICHAEL MELNICK

```
 1              INDEX TO EXHIBITS CONTINUED
 2    PLAINTIFF'S                                    PAGE
 3    45   E-mail string, Bates stamped             131
           STK00000477 and -478
 4
      46   E-mail string with attachment, Bates     132
 5         stamped STK00000558 thorugh -561
 6    47   E-mail from Mike Melnick to              137
           Sales@Netbula.com attaching Netbula
 7         Software License Agreement, Bates
           stamped STK00000932 through -940
 8
      48   Fax to Mike Melnick from Netbula         141
 9         Sales attaching a Netbula Software
           License Agreement, Bates stamped
10         NBS-0000136 through -146
11    49   E-mail string between Russell            142
           Kennedy, Lisa Rady, cc to Thomas
12         Murray, Terry Schmitt, Julia Dotson,
           Subject: "LibAttach Update" Bates
13         stamped STK00000253 and -254 (bound
           separately)
14
      50   E-mail from Michael Melnick to           147
15         Sales@Netbula dated October 26,
           2004, Bates stamped NBS-0000165 and
16         -166
17    51   Two-string E-mail between                149
           Sales@Netbula and Michael Melnick
18         dated June 16th, 2005, Bates stamped
           STK00000641
19
      52   E-mail string from June of 2005,         152
20         Bates stamped STK00000540 through
           -542
21
      53   E-mails between Sales@Netbula and        155
22         Michael Melnick dated June 15th,
           2005 and July 7th, 2005, Bates
23         stamped STK00000640
24    54   E-mail string between Michael            156
           Melnick and Sales@Netbula.com, Bates
25         stamped NBS-0001220 through -1223
```

8

MICHAEL MELNICK

1            INDEX TO EXHIBITS CONTINUED

2    PLAINTIFF'S                                    PAGE

3    55    E-mail from Sales@Netbula.com to         158
           Michael Melnick dated July 27, 2005,
4          with response, Bates stamped
           STK00000488 through -492
5

6    56    E-mail string, Bates stamped             159
           STK00000528 through -531
6

7    57    E-mail string, Bates stamped             162
           STK00000143 through -148
8

8    58    E-mail string, Bates stamped             164
           STK00000706 through -712
9

10   59    Letter to Don Yue dated September        164
           28, 2006 from Julie DeCecco
11         attaching a photocopy of a check and
           a FedEx airbill, Bates stamped
12         NBS-0002094 thorugh -2096

13   60    E-mail from Tracy Gagnon to a list       174
           of people attaching a summary of
14         Netbula License and support
           information, Bates stamped
15         STK00001053 through -1055

16   61    StorageTek master terms and              177
           conditions, Bates stamped
17         STK00001049 through -1052

18   QUESTIONS NOT ANSWERED:         PAGE   LINE

19                                   18     13
                                     19     8
20

21

22        CONFIDENTIAL TESTIMONY BOUND SEPARATELY

23                      PAGES

24                    125-130
                      144-146
25

9

MICHAEL MELNICK

```
 1    San Francisco, California, Wednesday, September 12, 2007
 2                   8:37 a.m. - 1:18 p.m.
 3                      MICHAEL MELNICK,
 4       after having been duly sworn, testified as follows:
 5

 6

 7                       EXAMINATION
 8   BY MS. BRILLET:
 9        Q     Good morning, Mr. Melnick.
10        A     Good morning.
11        Q     Mr. Melnick, have you ever had your deposition
12   taken before?
13        A     Yes.
14        Q     Okay.
15              So you understand the oath that you just took?
16        A     Yes.  Not in person, no, but I have the
17   deposition that we did, so...
18        Q     Do you understand that the oath that you have
19   just taken is the same oath you would be taking in the
20   court of law?
21        A     Yes.
22        Q     Please make sure that you enunciate all of
23   your answers.  Make sure you answer with "yes" or "no"
24   and no nods of the head so the court reporter will be
25   able to record every answer that you give.
```

1         A    I will.

2         Q    Please wait until I ask the question before

3    you begin to answer.

4         A    I will.

5         Q    At some point, you will be presented with an

6    opportunity to review the transcript from today's

7    deposition.  You can make any corrections or

8    clarifications.

9              However, if you do that, we'll have an

10   opportunity to comment on those clarifications in these

11   proceedings --

12        A    Okay.

13        Q    -- okay?

14             Are you under the influence of any medication

15   or aware of any reason why you would not be able to give

16   truthful testimony today?

17        A    No.

18             MS. BRILLET:  Start with Exhibit 1.

19                       (Plaintiff's Exhibit No. 1

20                       marked for identification.)

21             MS. BRILLET:  I did not bring an additional

22   copy, I'm sorry.  I did not know you were going to be

23   here today.

24             MR. EISEMAN:  You can assume that I will be at

25   depositions or someone from my office will be at

1    deposition.

2            MS. BRILLET:  Okay.

3    BY MS. BRILLET:

4        Q    Mr. Melnick, do you have Exhibit 1?

5        A    I do.

6        Q    Do you recognize this exhibit?

7        A    I do.

8        Q    Have you had an opportunity before today to

9    review that document?

10       A    I have.

11       Q    What did you do to prepare for today's

12   deposition?

13       A    I looked at documents, communications, license

14   agreements, those types of things.

15       Q    Okay.

16            And are you appearing as a designated 30(b)(6)

17   witness to testify for Sun and StorageTek?

18       A    I am.

19       Q    What is your current position at Sun?

20       A    At Sun?  Right now, I'm -- my title, I'm

21   global sourcing manager.

22       Q    When did you join Sun?

23       A    Officially, it was -- I believe it was

24   November of 2005.  The actual acquisition was completed

25   January 1st of 2006.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0309

MICHAEL MELNICK                              09/19/07

```
 1        Q      What titles or positions have you held since
 2   the time you joined Sun or StorageTek?
 3               MR. PULGRAM:   Compound.
 4   BY MS. BRILLET:
 5        Q      Since you joined Sun.
 6        A      I have just been a global sourcing manager.
 7   That was the title I was given.
 8        Q      Were you an employee of StorageTek?
 9        A      I was.
10        Q      And what was your position there?
11        A      The title then was -- what was it?  Senior
12   subcontract administrator, senior consultant.
13               THE WITNESS:   Want me to say that again just
14   in case?
15   BY MS. BRILLET:
16        Q      Would you please describe your job functions
17   since you joined Sun.
18        A      My responsibilities now are to source hardware
19   and security services globally on behalf of Sun.
20        Q      Have you reviewed the list of deposition
21   topics for today?
22        A      I have.
23        Q      Are you able to testify on the listed topics?
24               MR. PULGRAM:   Objection.  We've submitted
25   objections to the deposition, which I believe you
```

13

MICHAEL MELNICK

1   received, and those identify the subjects as to which

2   Sun and StorageTek are offering a 30(b)(6) witness.

3   Mr. Melnick is here to testify about those subjects.

4   BY MS. BRILLET:

5       Q    And for those particular subjects, you are

6   prepared to testify on those today?

7       A    I am.

8       Q    Okay.

9            Do you have personal knowledge of all the

10  deposition topics?

11           MR. PULGRAM:  Objection; calls for -- well,

12  it's compound.

13  BY MS. BRILLET:

14      Q    I'm just asking if you have knowledge of the

15  topics?

16           MR. PULGRAM:  Also vague.

17  BY MS. BRILLET:

18      Q    Are you familiar with the topics of today's

19  deposition?

20           MR. PULGRAM:  Also vague.

21  BY MS. BRILLET:

22      Q    Have you seen the questions of today's

23  deposition?  Have you seen the topic list for today's

24  deposition?

25      A    I have looked at the list.

```
 1        Q      Thank you.

 2               And would you be able to look at the list and

 3    tell me which topics you are prepared to testify on

 4    today?

 5        A      Yes.

 6        Q      Would you please do that?

 7        A      Oh, is this the one?

 8               MR. PULGRAM:  I'm going to instruct the

 9    witness that he needs to look at the objections that

10    were filed, because that is the subjects as to which we

11    have put him up as a deponent.

12               Would you like a copy of those objections?

13               MS. BRILLET:  Please.  Your witness has not

14    seen those objections yet?

15               MR. PULGRAM:  I believe he has, but you can

16    ask him.

17               Frankly, I'm not sure I have a clean copy.

18    BY MS. BRILLET:

19        Q      Mr. Melnick, have you seen the Defendants'

20    objections to the deposition topics?

21        A      I have.  Do I know them by heart?  No as far

22    as which ones they are.

23        Q      Okay.

24               Mr. Melnick, have you brought any documents

25    for today's deposition?
```

15

A0312

A0313
MICHAEL MELNICK                                    09/19/07

```
 1        A    I have not.
 2             MS. BRILLET:  Do you have a clean copy of
 3   those?
 4             MR. PULGRAM:  I don't.
 5             THE WITNESS:  Actually, I may have.  Do you
 6   want me to look?  It's up to you.  You decide.
 7   BY MS. BRILLET:
 8        Q    In the meantime, we'll move on.
 9             Sun Microsystems and Storage Technology
10   produced some documents responsive to Plaintiff's
11   Request for Production of Documents.
12             Did you participate in the production of any
13   of those documents?
14        A    Can you be a little more specific about
15   documents?
16        Q    Well, did you see the request for documents
17   that Plaintiff sent to Defendants?
18        A    I don't recall, honestly, because I'm not sure
19   what you're talking about.  Any documents?
20        Q    Yes.
21        A    I have seen some documents, participated in
22   the preparation of some documents.
23        Q    Did you participate in preparing any documents
24   or giving documents for the Request for Production that
25   Plaintiff requested?
```

A0313

A0314

MICHAEL MELNICK                           09/19/07

1        A       No.

2        Q       Sun produced some E-mails.

3                Did you participate in the production of any

4    E-mails --

5        A       Yes.

6        Q       -- for this --

7                So those are documents.

8        A       Okay.  That's why I was looking for specifics.

9    I'm sorry.

10       Q       How are the E-mails produced?

11               MR. PULGRAM:  Vague.

12   BY MS. BRILLET:

13       Q       Were the E-mails simply called up on the

14   Internet and print -- and printed directly from the

15   E-mail address?

16       A       No.  Actually, what I did is I had provided a

17   copy on a DVD and burned them to a DVD of all the

18   E-mails that I had.

19       Q       The E-mails that you produced, were they

20   authentic E-mails?  Were there any changes made to any

21   of them before you burned them onto the CD and produced

22   them?

23       A       No, they were original.  There were no

24   changes.

25       Q       Okay.

A0314

MICHAEL MELNICK

1            Sun also produced some spreadsheets in the

2    production of documents.

3            Did you participate in preparing those

4    spreadsheets?

5        A    Not preparing them, no.  What I did with them

6    is forwarded them to Don.

7        Q    Okay.

8            Were those sent in electronic version or on

9    disk?

10       A    They were sent electronically via E-mail.

11       Q    Via E-mail?  Okay.

12            Is Sun or StorageTek -- I'm sorry.

13            Is Sun paying a cost to convert any electronic

14    documents into nonsearchable TIF images, to your

15    knowledge?

16            MR. PULGRAM:  Objection.  To the extent he

17    could have any knowledge about that, it would be

18    attorney/client privilege.  Instruct the witness not to

19    answer.

20            MS. BRILLET:  Attorney/client privilege as to

21    whether or not you are aware that there is a cost for

22    converting the images?

23            MR. PULGRAM:  Any information the witness

24    could possibly have about what his counsel did with

25    respect to this, which is what you're inquiring about,

18

MICHAEL MELNICK                                                    09/19/07

1   would be attorney/client privilege, and I instruct the

2   witness not to answer.

3           MS. BRILLET:  Okay.

4   BY MS. BRILLET:

5       Q    Did anyone other than your attorneys convert

6   any documents to a TIF image, just to your knowledge?

7       A    Not that I'm aware of.

8       Q    Plaintiff requested Sun to produce installable

9   copies of software that used the Netbula RPC software.

10          Can Sun produce that software?

11          MR. PULGRAM:  Objection.

12          Counsel, we have objected to production of

13  documents on the basis of relevancy to the subject

14  matter of this particular phase of the proceeding.

15          Asking the witness -- this witness hasn't been

16  designated to testify about what documents could or

17  couldn't be produced, nor as to what is relevant.

18          I have allowed you to inquire as to what his

19  participation was in the collection of production of

20  documents and you have done so.  This witness is not

21  here to testify about whether or not Sun could make

22  certain other copies of materials that we have objected

23  to as being irrelevant.

24          MS. BRILLET:  This question goes to part of --

25  the questioning here is supposed to be regarding the

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855
A0316

MICHAEL MELNICK

1   licensing and contracting, and if he can't answer a

2   question regarding what's going on with the licensing

3   and contracting, then he is not a 30(b)(6) witness for

4   this purpose.

5           MR. PULGRAM:  But the question that you asked

6   wasn't about the license and contract, it was about the

7   installable code.

8           MS. BRILLET:  It's about installable copies,

9   copies of the software that use the Netbula RPC.

10          There is a question about the licensing of the

11  contract and the terms.  This will go to the terms of

12  the contract and as far as whether or not those terms

13  were exceeded.

14          MR. PULGRAM:  If you are asking to get a copy

15  of a particular disk because it might have a license in

16  it, you can ask that question to me and I'll respond to

17  it.  Your request for additional documents should be

18  directed to me.

19          MS. BRILLET:  I did not ask him for the

20  documents; I asked if Sun could produce those documents,

21  if they are able to produce those documents.

22          But I'll move on.

23  BY MS. BRILLET:

24      Q    Have you spoken with any other Sun employees

25  about today's deposition?

20

A0318

MICHAEL MELNICK

```
 1          A     No.
 2          Q     Have you spoken with any StorageTek employees
 3   about today's deposition?
 4          A     Well, can I go back on that first one --
 5          Q     Yes.
 6          A     -- and answer that?
 7                I have, in the fact that I have had to contact
 8   my manager to let him know that I was coming out here
 9   for a deposition.
10          Q     Who is your manager?
11          A     Carl Avola.  And that's strictly to get travel
12   approval.
13          Q     Have you spoken with any Sun developers who
14   use the Netbula RPC about today's deposition?
15          A     Yes.
16          Q     And who?
17          A     Just a second.  I'll think of it.
18                I'm drawing a blank on his name.
19          Q     Okay.  We'll come back to that.
20                Did you talk to any Sun sales or accounting
21   people about today's deposition?
22          A     No.
23          Q     Okay.
24                Who else did you speak with outside of counsel
25   about today's deposition?
```

21

A0318

MICHAEL MELNICK                                09/19/07

```
 1        A     Other than my manager?

 2        Q     Yes.

 3        A     One other person within our group that needed

 4   to cover for me when I was gone.

 5        Q     What is that person's name?

 6        A     Robert Marranzino.

 7        Q     Would you spell the last name, please?

 8        A     M-A-R-R-A-N-Z-I-N-O.

 9              And it was the same type of thing about, "I'm

10   going because I have to go do this" and to help cover,

11   and mostly talking to him about covering because he was

12   going to check on my wife for me.

13              MS. BRILLET:  Okay.  Exhibit 2, please.

14                    (Plaintiff's Exhibit No. 2

15                    marked for identification.)

16   BY MS. BRILLET:

17        Q     You have now been handed Exhibit 2.

18              Do you recognize this document?

19        A     No, I do not.

20        Q     Would you take a moment to look it over?

21        A     I certainly will.

22              I've read what I could, but I don't know what

23   this is over here.  I'm saying this particular piece on

24   the right-hand side where it says "Nigel Dessau," but I

25   can't read what that says.
```

22

A0320

MICHAEL MELNICK

1      Q     Okay.

2      A     So --

3      Q     I won't ask you anything about that particular

4   portion.

5            MR. PULGRAM:  The witness is noting that a

6   piece of the document appears to be cut off.

7   BY MS. BRILLET:

8      Q     Okay.

9            Is StorageTek now a division of Sun

10  Microsystems?

11     A     Yes.

12           MR. PULGRAM:  Foundation.

13  BY MS. BRILLET:

14     Q     When did StorageTek become a division of Sun?

15     A     It was January 1st of 2006.

16     Q     Is Sun Microsystems responsible for all legal

17  claims brought against StorageTek in this lawsuit?

18           MR. PULGRAM:  Objection; calls for a legal

19  conclusion, no foundation, calls for lay opinion.

20           You can answer if you know the answer to that.

21           THE WITNESS:  Can you repeat the question,

22  please?

23  BY MS. BRILLET:

24     Q     Is Sun Microsystems responsible for all legal

25  claims brought against StorageTek in this lawsuit?

23

A0320

MICHAEL MELNICK                          09/19/07

1               MR. PULGRAM:  My objection is on the record.

2               THE WITNESS:  And my understanding is yes.

3               MS. BRILLET:  This is Exhibit 3.

4                       (Plaintiff's Exhibit No. 3

5                       marked for identification.)

6       BY MS. BRILLET:

7          Q    You have been handed Exhibit 3.

8               Do you recognize this document?

9          A    I do.

10         Q    Okay.

11              And this is an E-mail from Don Carroll to

12      Sales@Netbula.com dated January 18th, 2000?

13         A    It appears that way, yes.

14         Q    Would you please read the two paragraphs of

15      the E-mail.

16         A    I will.

17         Q    Out loud, please.

18         A    Oh, yes.  I'm sorry.

19              "Is there any way we can get

20              the full version of ONC RPC for

21              testing and evaluation?  We have an

22              existing product that we're trying

23              to replace MKS NutCracker RPC with

24              your product.  Our product has far

25              more than six RPC functions.  We

24

```
 1              are unable to properly evaluate

 2              your product with these

 3              limitations.

 4                  "The product we are working on

 5              is for resale and not internal use.

 6              We are a large company and it would

 7              not be wise for us to distribute

 8              the software unlicensed.  We are

 9              willing to sign agreements to this

10              effect."

11      Q    The E-mail signature says:  "Don B. Carroll,

12   Project Manager."

13      A    It does.

14      Q    Is there more than one project manager?

15      A    There are many.  There are many project

16   managers.

17      Q    Which project is Don Carroll -- or at this

18   time was Don Carroll the project manager for?

19      A    I do not know.

20      Q    Okay.

21           How many software engineers worked under Don

22   Carroll in his division?

23      A    I do not know specifically.

24      Q    Okay.

25           Do you know who Don Carroll is?
```

25

MICHAEL MELNICK

1       A       I have never met the man, no.

2       Q       Have you ever spoken with Don Carroll?

3       A       I have never spoken with Don.  I know of the

4   name.

5       Q       Okay.

6               To your knowledge, is Don Carroll still

7   employed by Sun?

8       A       I do not know if he is or not.

9       Q       What does a backup and recovery engineer do?

10      A       It's a long title for an engineering manager

11  for a particular group of engineers, backup and

12  recovery.  I don't know specifically.  I could only

13  speculate.

14      Q       Okay.

15              What kinds of products or solutions does the

16  backup and recovery engineering department work on?

17      A       I don't know specifically.

18      Q       Okay.

19              Do you know if the people in the backup and

20  recovery engineering group are located in one office

21  location?

22      A       I would say that the majority of them were in

23  one location, but I couldn't say that all of them are.

24      Q       Okay.

25              Who is Vaughn Howard?

26

MICHAEL MELNICK

1       A       I believe Vaughn Howard is an engineer.

2       Q       Do you know what his job function is?

3       A       According to this, because this says, "For

4   Vaughn Howard, backup and recovery engineering manager,"

5   so I'm assuming he's backup and recovery engineering

6   manager.

7       Q       Do you know who Keith Oliver is?

8       A       I know the name.  I do not know the person.

9       Q       Okay.

10              Do you know if Vaughn Howard is still an

11   employee of Sun?

12      A       I do not.

13      Q       Do you know if Keith Oliver is still an

14   employee of Sun?

15      A       I do not.

16      Q       The E-mail refers to an existing product.

17              What is that existing product?

18      A       It says right here that it's MKS NutCracker

19   RPC.

20      Q       No, actually, it says:

21                  "We have an existing product

22              that we are trying to replace MKS

23              NutCracker RPC with your product."

24      A       No, I think you're misreading that.

25      Q       "Tying"?

A0324

MICHAEL MELNICK

```
 1        A    No, that's not what I meant.  No, I'm sure
 2   they mean "trying."
 3             I think what it's saying is we have an
 4   existing product that we're trying to replace the MKS
 5   NutCracker RPC product with.  They are trying to replace
 6   that particular product.
 7        Q    So you believe that "your product" should not
 8   be in that -- end of that sentence?
 9        A    Once again, I believe that what they are
10   trying to say is that the MKS NutCracker RPC product is
11   what they are trying to replace.
12             And because this is to Sales@Netbula.com, it
13   would be with their product, because it is addressed to
14   Netbula.
15        Q    Okay.
16             What's the functionality of the MKS NutCracker
17   RPC?
18        A    I don't know specifically technically what
19   that does.
20        Q    Do you know anything about the MKS NutCracker
21   RPC?
22        A    No.  You mean as far as functionality, things
23   like that?
24        Q    Yes.
25        A    No, I do not.
```

28

MICHAEL MELNICK

```
 1        Q      Have you heard anything about that product?

 2        A      I have.

 3        Q      To your knowledge, what is it?

 4        A      Like I say, I have heard of it.  I'm not sure

 5   what it is or what it does.

 6        Q      Okay.

 7               To your knowledge, did StorageTek license MKS

 8   NutCracker RPC?

 9        A      Yes.

10        Q      And do you know what the license fee was for

11   that MKS NutCracker --

12        A      I do not.

13        Q      Okay.

14               The E-mail asks for a full version of the ONC

15   RPC for testing and evaluation; is that correct?

16        A      Are you asking me if that's what it says?

17        Q      Yes.

18        A      That's what it looks like it says to me, yes.

19   That's what they are asking for.

20        Q      Okay.

21               And asks about a limitation of six RPC

22   functions in the Netbula RPC?

23        A      No, I don't believe that's what it says.

24        Q      Could you read that sentence?

25        A      Says:  "Our product has far more than six RPC
```

29

A0327

MICHAEL MELNICK                      09/19/07

```
 1       functions."  I don't think it mentions Netbula's at all.
 2            Q     Okay.
 3                  Well, in the prior sentence it asks about
 4       "your product."
 5            A     It does, yes.
 6            Q     Okay.
 7                  What's the next sentence, the last sentence in
 8       that paragraph:
 9                       "We are unable to properly
10                  evaluate your product with these
11                  limitations"?
12            A     That is what that says, yes.
13            Q     Okay.
14                  Did StorageTek test a trial version of the
15       Netbula RPC before sending this E-mail?
16            A     I do not know.
17            Q     Who would have been in charge of that?  Who
18       would know the answer to that question?
19            A     Probably the engineering folks.
20            Q     Would that be the backup and recovery
21       engineering area or the project manager, Don Carroll?
22                  MR. PULGRAM:  Calls for speculation.
23       BY MS. BRILLET:
24            Q     To your knowledge.
25                  You answered the engineering folks.  I'm just
```

30

A0327

1   wondering who you meant when you said "engineering

2   folks."

3       A    What I meant by that was someone within the

4   engineering organization.  Specifically who, I don't

5   know.

6       Q    But to your knowledge, would it be the backup

7   and recovery engineering section or another engineering

8   section?

9            MR. PULGRAM:  Asked and answered, calls for

10  speculation.

11           MS. BRILLET:  Are you instructing him not to

12  answer?

13           MR. PULGRAM:  No.

14           MS. BRILLET:  Okay.

15           THE WITNESS:  I'm sorry, can you ask that one

16  more time?

17  BY MS. BRILLET:

18      Q    When you said the "engineering folks," did you

19  mean the backup and recovery engineering division or did

20  you mean a different engineering division?

21      A    Honestly, I don't know, because engineering

22  was engineering to me.  When I dealt with engineering,

23  it was the engineering group.

24      Q    Okay.

25           How did StorageTek obtain a trial version of

A0329

MICHAEL MELNICK                                    09/19/07

```
 1    the Netbula RPC?
 2         A    I do not know.
 3         Q    Okay.
 4              To your knowledge, were there any internal
 5    communications, such as E-mails, about Netbula RPC
 6    before this E-mail was sent?
 7         A    There was.
 8         Q    And who was involved in those communications?
 9         A    I'd have to look at the record to see who that
10    was.
11         Q    Okay.
12         A    I believe they are within the E-mails that you
13    have got.
14         Q    Okay.
15              I see in the E-mail, it says:
16                   "It would not be wise for
17              StorageTek to distribute this
18              software unlicensed."
19         A    It does say that.
20         Q    And this says:  "We are a large company" -- we
21    were a large company.
22              Is the size of StorageTek a factor in
23    determining whether it was wise to distribute the
24    software unlicensed?
25         A    No, ma'am.
```

32

A0329

A0330
MICHAEL MELNICK

09/19/07

```
 1        Q    Okay.

 2             Mr. Melnick, you may have answered this

 3   question already.

 4             Have you ever seen this E-mail before?

 5        A    This one?

 6        Q    Yes.

 7        A    I did answer that already.  Yes, I have.

 8        Q    Okay.

 9             Have you seen any responses to this E-mail?

10        A    Not that I recall --

11                         (Plaintiff's Exhibit No. 4

12                          marked for identification.)

13   BY MS. BRILLET:

14        Q    You have been handed Exhibit 4.

15        A    Yes, I have.

16        Q    Please review it.

17             Do you recognize this E-mail?

18        A    I do.

19        Q    Would you please read the E-mail?

20        A    I certainly will.

21                 "I am looking to speak with

22             someone on the purchase of eight

23             developer licenses for PowerRPC,

24             ONC RPC SDK for win32, and limited

25             application distribution agreement.
```

33

A0330

A0331

MICHAEL MELNICK                        09/19/07

```
 1              I would also like to see your
 2              license and distribution agreement
 3              and need to know who I can
 4              negotiate the agreement with."
 5              And then I signed it, et cetera.
 6       Q      Okay.
 7              At the time that this E-mail was sent, was
 8    your position at StorageTek subcontract administrator?
 9       A      It was.
10       Q      Okay.
11              In this E-mail, you refer to a "limited
12    application distribution agreement."
13              What is that?
14       A      In this particular case, what I did was took
15    the information straight from a purchase requisition
16    that was given to me by engineering that had that exact
17    wording in it.
18              So in order to make sure that I didn't
19    misinterpret anything back to Netbula, I used the exact
20    same wording.  So that's why it reads like that.
21       Q      Okay.
22              Do you know the price for the different packs
23    for the Netbula?
24              MR. PULGRAM:  Vague.
25
```

34

A0331

MICHAEL MELNICK                           09/19/07

```
 1   BY MS. BRILLET:
 2        Q    For the Netbula RPC software?
 3             MR. PULGRAM:  Still vague as to time and as
 4   to -- generally.
 5             MS. BRILLET:  I'll rephrase it.
 6   BY MS. BRILLET:
 7        Q    At the time that you sent this E-mail, did you
 8   know the pricing for your request?
 9        A    I had not received a quote yet.
10        Q    Okay.
11             Did StorageTek --
12             To your knowledge, did StorageTek read
13   Netbula's sales web page and find the limited
14   application distribution agreement?  Again, referring to
15   this E-mail.
16        A    Okay.  Can you repeat that again, please?
17        Q    Sure.
18             To your knowledge, did StorageTek read
19   Netbula's sales web page and find the limited
20   application distribution agreement?
21        A    I can't speak for all of StorageTek.  I can
22   say that I did not look at it.
23        Q    The question was to your knowledge.
24        A    Okay.
25        Q    Would you be able to tell me the process of
```

35

A0333

MICHAEL MELNICK                                    09/19/07

```
 1    acquiring third-party software licenses at StorageTek --

 2         A    Certainly.

 3         Q    -- at this time?

 4         A    Any kind of third-party software licenses?

 5         Q    Yes.

 6         A    Basically, what happens is there is a process

 7    in which the end user, whether it be an engineering

 8    group or someone within IT that just wants to use

 9    software for internal use, puts together their

10    information as far as what they want, will -- would go

11    out and get a quote, and then they bring -- they go get

12    their approvals through -- their financial approvals,

13    their management approvals, et cetera.

14              They bring a requisition in to procurement to

15    whoever is responsible for that particular category or

16    commodity.

17              Once that occurs, then that frees the

18    purchasing person up to go in and whether it's negotiate

19    agreement or place an order against any existing

20    agreement.

21         Q    Okay.

22              Did Mr. Carroll communicate with you directly

23    on the RPC licenses?

24         A    Not that I recall.  I don't believe it was

25    him.
```

36

A0333

1        Q     Who communicated with you on the RPC licenses?

2        A     I'd have to look at the requisition.  I'm

3   trying to think of the person's name that I dealt with

4   originally.

5              It was -- can we come back to that one?  I'll

6   think of his name.

7        Q     Okay.

8        A     Oh, I'm sorry.  It was Tracy Gagnon,

9   G-A-G-N-O-N.

10       Q     What is her title?

11       A     She was an engineering manager.

12       Q     Is she still an employee?

13       A     No, she is not.

14       Q     Have you seen any documents as far as the

15  responses to this E-mail?

16       A     Yes.  I would have all of those in my inbox.

17       Q     Okay.

18             And do you recall what was the response?

19       A     I'd have to look at the string to know

20  specifically what the response was.  I know that I did

21  get a quote finally.

22       Q     Okay.

23             And the documents that you reviewed for

24  today's deposition, this was not part of that set of

25  documents?

```
 1        A     It may have been.

 2        Q     Okay.

 3              My concern is with you being a 30(b)(6)

 4   witness and you're not able to answer certain questions.

 5              MR. PULGRAM:  Well, you asked for the

 6   documents.  Even 30(b)(6) witnesses can't memorize the

 7   documents.

 8              MS. BRILLET:  I understand and I heard his

 9   question.

10   BY MS. BRILLET:

11        Q     Okay.

12              The E-mail refers to eight developer licenses?

13        A     Yes, it does.

14        Q     Were all eight developers in Mr. Howard's

15   group?

16        A     It wasn't limited to Mr. Howard's group; it

17   was for eight users.

18              MS. BRILLET:  Exhibit 5.

19                      (Plaintiff's Exhibit No. 5

20                      marked for identification.)

21   BY MS. BRILLET:

22        Q     You have been handed Exhibit Number 5.

23        A     Yes, she did.

24        Q     Okay.

25              And that is to Michael Melnick and it's from
```

1    Netbula sales?

2        A    That is correct.

3        Q    February 7th, 2000?

4        A    That is also correct.

5        Q    Okay.

6             If you look at the page, it was a message

7    originally sent by you, looks like?

8        A    This one?  Yes.

9        Q    Uh-huh, at the bottom of the page.

10            And this is Netbula's reply?

11       A    Yes --

12       Q    Okay.

13       A    -- it is.

14       Q    Would you please read the two sentences

15   starting from, "Dear Mike"?

16       A    Sure.

17               "Dear Mike, please read the

18           attached license agreement

19           template, limited distribution

20           licenses for distributing the DLLs

21           and support quote programs for --

22           I'm sorry -- to 1,000 machines."

23           MS. BRILLET:  Exhibit 6.

24                   (Plaintiff's Exhibit No. 6

25                   marked for identification.)

39

A0337

```
 1    BY MS. BRILLET:
 2        Q    I'll give you a moment to review that document
 3    and tell me if you recognize it.
 4             Do you recognize this document?
 5        A    Yes, I do.
 6        Q    Would you please read the first paragraph on
 7    the first page.
 8        A    Can I read the rest of it first?
 9        Q    Pardon?
10        A    May I read the rest of it first?
11        Q    Sure.
12        A    Thank you.
13             So you want me to read the first paragraph
14    starting with, "Mina"?
15        Q    Yes, please.
16        A    (Reading)
17                  "Mina, normally, I would agree
18                  with you, especially considering
19                  that Don Carroll has experience
20                  with the product and has personally
21                  never used call-in support.
22                  However, since this is a new
23                  package to our organization, since
24                  we are changing massive amounts of
25                  code, which potentially may take
```

40

A0337

```
 1              some pinpointing, a" -- should be a
 2              "bit tough," but "a bug tough," it
 3              says, "and since our support
 4              organization will eventually have
 5              to have knowledge of Netbula also,
 6              I think we should initially cover
 7              ourselves with the ten-call
 8              package."
 9      Q      Thank you.
10      A      I'm good at reading.
11      Q      Pardon?
12      A      I'm good at reading.
13      Q      You are very good at it.
14              MS. BRILLET:  This is Exhibit 7.
15                      (Plaintiff's Exhibit No. 7
16                      marked for identification.)
17  BY MS. BRILLET:
18      Q      You have been handed Exhibit 7.
19      A      Yes, I have.
20      Q      It's a string of E-mails --
21      A      Yes, it is.
22      Q      -- between you and Netbula.
23      A      Uh-huh.
24      Q      Okay.
25              Would you look at --
```

41

```
 1              On the heading, it has "Christine Tocalino"?

 2      A    Where are you looking?

 3      Q    Hold on one second.

 4      A    Says what?

 5      Q    Pardon?

 6      A    It says what?

 7      Q    The heading.

 8      A    Okay.

 9      Q    The very top of the page.

10      A    Christine Tocalino.

11      Q    Who is Christine Tocalino?

12      A    I have no idea.  I have never heard that name

13  before.

14      Q    Okay.

15           And the subject line, it says:  "IXOS Arch 1,

16  48 KB."

17           MR. PULGRAM:  No question.  Wait for a

18  question.

19           THE WITNESS:  Okay.

20  BY MS. BRILLET:

21      Q    What does that mean?

22           MR. PULGRAM:  Now there is a question.

23           THE WITNESS:  Okay.  Now there is a question.

24  Okay.  Thank you.  I knew you were here for a reason.

25           IXOS is an application for E-mail archiving.
```

42

1   So what happened within the E-mails at StorageTek is

2   after a certain amount of time, they would automatically

3   go into an archive, and so it would be -- it would put

4   this little "IXOS" whatever -- and the "48" is 48

5   kilobyte -- so it would name it as "IXOS" and this would

6   be "Arch 1, 48 kilobytes."  It put it into an archive.

7   BY MS. BRILLET:

8        Q    Okay.

9             So this means this E-mail had just recently

10  been called up, but it had to be called up from the

11  archive to be printed out?

12       A    It was -- yeah, exactly.

13       Q    Okay.

14            Now, if you'll look at the E-mail at the very

15  top of the first page.

16       A    Uh-huh.

17       Q    And that is the one that's to YDX@Netbula.com

18  from you --

19       A    Yes.

20       Q    -- Michael Melnick --

21       A    Uh-huh.

22       Q    -- on February 23rd of 2000?

23       A    Yes.

24       Q    And it says:

25                 "Don:  Here are the proposed

43

```
1                    revisions.  Please take some time
2                    to review and give me a call to
3                    discuss."
4          A    It certainly does say that.
5          Q    There was a Word document attached to this
6     E-mail?
7          A    Originally.  What happens when the E-mails get
8     archived is it turns them into like a placeholder.
9          Q    Okay.
10         A    Yes, there was originally.
11              MS. BRILLET:  Exhibit 8.
12                      (Plaintiff's Exhibit No. 8
13                      marked for identification.)
14    BY MS. BRILLET:
15         Q    Just handed you Exhibit 8.
16              Do you recognize this document?
17         A    I do.
18         Q    Does this look like a document that you sent
19    with the previous -- with Exhibit 7's E-mail?
20         A    It does.
21         Q    Okay.
22              Do you know who made the revisions to this
23    document?
24         A    I do.
25         Q    Who?
```

MICHAEL MELNICK                                    09/19/07

1        A    That would be me.

2        Q    No one else?  Did anyone else participate?

3        A    No.

4        Q    Would you look at the very first line on the

5    first page, "By signing below...."

6             Would you please read the rest of that

7    paragraph?

8        A    Certainly.

9                 "By signing below, the parties

10                indicate their acceptance of the

11                following agreement between Storage

12                Technology Corporation (StorageTek)

13                and Netbula, LLC (Netbula)."

14       Q    Would you read the next one, please?

15       A    (Reading)

16                "Netbula ONC RPC SDK and

17                PowerRPC SDK product license, the

18                Netbula ONC RPC SDK, and the

19                PowerRPC SDK as further described

20                on Exhibit A (the SDK product)," as

21                it's defined, "is protected by

22                copyright laws and international

23                copyright treaties, as well as

24                other intellectual property laws

25                and treaties."

45

A0343

MICHAEL MELNICK                                      09/19/07

```
1          Q     Okay.
2                Would you please look under Number 1 where it
3    says, "License," and read the second paragraph.
4          A     The second paragraph?
5          Q     Please.
6          A     (Reading)
7                     "This license is not
8                transferable without written
9                permission of Netbula.  Such
10               permission will not be unreasonably
11               withheld."
12         Q     And it says, "...of the license."
13               Does it appear that StorageTek or does it
14   appear that anyone added any language after saying
15   "without written permission of Netbula"?
16         A     On this document?
17         Q     Yes.
18         A     It doesn't appear that way.  This wasn't -- I
19   don't know if this was the final document that was
20   agreed to or not, though.
21         Q     There is something --
22               There is underlining there under the words
23   where it says, "without written permission of Netbula,"
24   and then, "Such permission will not be unreasonably
25   withheld," that is underlined.
```

A0343

1          Why is that underlined?

2      A      When you do -- when you use Microsoft Word and

3  you put it in a revision mode, what it does is when you

4  add something, it underlines it and it will put it in a

5  different color, the color of whoever is making the

6  changes.

7          If you delete something -- let me see if there

8  is anything deleted -- it puts a strike through it.

9          So that's why you have those underlines.

10      Q      So who added this language --

11      A      I did.

12      Q      -- that's underlined?

13      A      I answered that.  All of this language is --

14  changed was by me.

15      Q      Now, would you look at the bottom of page 1 in

16  the very last paragraph.  Starts with the number 1,

17  "Limited Distribution."

18      A      Got it.

19      Q      Would you please read that?

20      A      Certainly.

21          "Limited distribution.  You

22          agree to maintain reasonable

23          records of the number of copies of

24          the supporting programs distributed

25          hereunder and to pay Netbula as set

```
 1              forth in Exhibit C for such copies.
 2              Netbula may, with reasonable notice
 3              and at times that do not interfere
 4              with StorageTek's business, request
 5              StorageTek to conduct an internal
 6              audit to count the number of copies
 7              distributed.  However" -- for some
 8              reason, "Netbula" is spelled wrong
 9              throughout the document --
10              "Netbula" is what it should say --
11              "may not request more than one
12              audit in 12 -- in a 12-month
13              period."
14        Q    Okay.
15              So the portion where it says that -- "may with
16    reasonable notice and at times that do not interfere
17    with StorageTek's business request StorageTek...,"
18    Those words were all added by you?
19        A    They were.
20        Q    And the final sentence, "However, Netbula may
21    not request more than one audit in a 12-month period,"
22    that was added by you, as well?
23        A    That is correct.
24        Q    Okay.
25              Why did you add the text, "...with reasonable
```

48

A0346

MICHAEL MELNICK

1   notice and at times that do not interfere with

2   StorageTek's business"?

3        A    That's standard -- was standard StorageTek

4   policy, was that we want to make sure that we have got

5   notice so that, you know, we can have the people ready

6   to do the audit, the proper people there in order to do

7   that.

8             And also, we didn't want a supplier coming in

9   and asking every other week to do an audit.

10            So that's why we did that.

11       Q    Okay.

12       A    And that's standard terms that we used.

13       Q    Not being able to request more than one audit

14   in a 12-month period, was that for the same reason?

15       A    Standard terms that we used, yeah.

16       Q    Okay.

17            Would you please turn to the last page of this

18   document.

19       A    Exhibit C?

20       Q    Yes, please.

21            And you see where it says --

22            You see places where StorageTek made the

23   changes, the underlined portion?

24       A    I do, yes.

25       Q    And would you state which portions were added

A0346

MICHAEL MELNICK

```
 1   in by StorageTek, please?
 2        A     All the ones that were underlined.
 3        Q     I mean, would you state them, please?
 4        A     Okay.  Just the underlined pieces you want me
 5   to state?
 6        Q     Yes.
 7        A     Okay.  I added "StorageTek"; I added "$895 per
 8   license"; I added "$5,995"; I added "1,000"; I added "30
 9   days," with "30" in parentheticals, "after receipt of an
10   invoice referencing a valid purchase order number; I
11   added, "Netbula agrees that future SDK license purchases
12   will be at a mutually agreed-to price"; I added
13   "StorageTek"; I added "at the cumulative license
14   purchase prices as provided listed below.  Pricing is
15   based on cumulative purchases, not single-purchase
16   events.  Additional licenses purchased are subject to
17   the terms and conditions of this agreement"; and then I
18   added the volume discount matrix below that.
19        Q     And this agreement was signed in 2000 by the
20   parties?
21        A     Yes, it was in 2000.
22              MS. BRILLET:  Exhibit 9.
23                      (Plaintiff's Exhibit No. 9
24                      marked for identification.)
25
```

**MICHAEL MELNICK**                                    09/19/07

1    BY MS. BRILLET:

2        Q      You have been handed Exhibit 9.

3        A      I have.

4        Q      Do you recognize this document?  I'll give you

5    a moment to review it.

6        A      Thank you.

7               I do.

8        Q      Did StorageTek agree to all of the terms and

9    conditions in this agreement?

10       A      StorageTek signed this agreement, yes.

11       Q      Did StorageTek agree that the Netbula ONC RPC

12   and the PowerRPC software are protected by copyright?

13              MR. FULGRAM:  Objection.  If you're reading

14   one particular sentence of the document and asking the

15   witness to opine as to whether or not there is an

16   agreement in effect as to that particular sentence,

17   that's calling for a legal conclusion.

18              MS. BRILLET:  Okay.  Well, I asked the witness

19   if StorageTek agreed to the terms and conditions of this

20   agreement, and part of this agreement states that the

21   software is protected by copyright laws and

22   international copyright treaties.

23              MR. FULGRAM:  That's one of the things that it

24   says.

25              MS. BRILLET:  Right.  I said "one of."

MICHAEL MELNICK                                    09/19/07

```
 1   BY MS. BRILLET:
 2        Q     Did StorageTek keep track of the usage of the
 3   Netbula RPC?
 4        A     Yes.
 5        Q     Would you look at page 3, please.
 6        A     Okay.
 7        Q     I'm sorry, it's page 2 in here.  It's the
 8   third page in your set.
 9        A     Okay.  Page 2 of the document.  Got ya.  Okay.
10        Q     It says, "General Terms."
11        A     "General Terms," yes.
12        Q     Okay.
13              Under Number 1, "Payment" --
14        A     Yes.
15        Q     -- would you please read what's under
16   "Payment"?
17        A     I will.
18                    "You agree to pay Netbula the
19              amount set forth in Exhibit C in
20              full payment for the rights and
21              licenses granted herein 30 days
22              after receipt of an invoice
23              referencing a valid purchase order
24              number."
25        Q     Thank you.
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0349

A0350

MICHAEL MELNICK                              09/19/07

```
 1              MS. BRILLET:  Exhibit 10.

 2                        (Plaintiff's Exhibit No. 10

 3                        marked for identification.)

 4    BY MS. BRILLET:

 5        Q     You are being handed a document faxed to

 6    Netbula on March 3rd, 2000 --

 7        A     Okay.

 8        Q     -- marked as Exhibit 10.

 9        A     Okay.

10        Q     Would you take a moment to read that, please?

11        A     Okay.

12        Q     Do you recognize this document?

13        A     I do.

14        Q     Okay.

15              Is this a true copy of the StorageTek purchase

16    order?

17        A     It is.

18        Q     If you look on page 2 on the top upper right

19    corner.

20        A     Page 2 of the purchase order or page 2 of

21    the --

22        Q     Page 2 of the set of documents.

23        A     Okay.

24        Q     So it would be page 1 of 2.

25        A     Okay.  Got ya.
```

A0350

```
1        Q     Where it says:  "Resale Permit."

2        A     Yes.

3        Q     Okay.

4              What is that number?

5        A     It's 10-13932.

6        Q     Okay.

7              And below that, do you see where it says:

8   "Buyer/Phone"?

9        A     Uh-huh, I do.

10       Q     And it says:  "Mike Melnick/(303)673-2914"?

11       A     It does.

12       Q     Okay.

13             How did StorageTek's purchase process work?

14       A     Can you be any more specific about what you

15  mean by "purchase process"?

16       Q     Yes.

17             When you --

18             You send a purchase order to a vendor, and

19  then what happens?

20       A     The purchase order gets sent to the supplier.

21  The supplier takes the purchase order, accepts it,

22  fulfills whatever requirements are in the purchase order

23  as far as sending whether it be a piece of hardware or a

24  piece of software.

25             And typically, if there is material that's
```

54

MICHAEL MELNICK                                    09/19/07

1    coming in, the way we set it up is when the supplier
2    sends it in -- let's just say a laptop, for instance --
3    sends in a laptop, the laptop will go to receiving, they
4    would show it as received, and that would release it for
5    payment.
6         Q    Okay.
7              If you look at the left-hand side, same page,
8    the second that -- where it says:  "Invoice to."
9         A    Yes.
10        Q    Says:  "Storage Technology Corporation"?
11        A    That's correct.
12        Q    Says:  "Attention:  Accounts payable MS8183."
13             What does "MS8183" mean?
14        A    That's the mail stop that the invoices get
15   sent to at StorageTek.
16        Q    And if you look further down where it says,
17   "Ship to" --
18        A    Uh-huh.
19        Q    -- it says:  "Building 5, Dock 21 or 22, MRO."
20        A    Correct.
21        Q    What does that mean?
22        A    "MRO" means it's a nonproduction-type order,
23   so it's not equipment that's coming in for production
24   belt.
25        Q    Okay.

1            I'm looking under -- just about -- almost --

2    just under the middle of that page.

3        A    Okay.

4        Q    Under "Order Quantity," it appears that this

5    is for eight developer licenses for the Netbula RPC.

6        A    Yes, it is.

7        Q    Is there a way to know the names and locations

8    of the eight developers who receive these licenses?

9            MR. PULGRAM:  No foundation.

10   BY MS. BRILLET:

11       Q    Well, considering that this says it's for

12   eight developer licenses and it's for Storage

13   Technology, I'm asking to whom were these sent?

14           MR. PULGRAM:  And so my objection is no

15   foundation.

16           MS. BRILLET:  Are you instructing him not to

17   answer?

18           MR. PULGRAM:  No.  I'll tell him when he's

19   instructed not to answer.

20           MS. BRILLET:  Okay.

21           THE WITNESS:  No -- well, no, there is not --

22   oh, I'm sorry, yes, there is.  It would go to the

23   requisitioner.

24           The requisitioner in here would be -- I have

25   to look and see who the requisitioner is.  But it would

MICHAEL MELNICK                              09/19/07

1    go to the requisitioner, and then the -- I believe there

2    was a single CD that says for use for up to eight

3    developers.

4    BY MS. BRILLET:

5        Q    To your knowledge, did these stay in Colorado?

6        A    Yes.

7        Q    Yes, to your knowledge, or yes, you are sure

8    they stayed in Colorado?

9        A    To my knowledge.  Thank you.

10       Q    Okay.

11            Did StorageTek receive the Netbula RPC

12   software purchased with this purchase order?

13       A    They got the CD, from what I understand, yes.

14   Do I have knowledge as to what was specifically on the

15   CD?  No, I do not.

16       Q    Okay.

17            Who actually received the software?

18       A    It would have been Tracy Gagnon.

19                      (Plaintiff's Exhibit No. 11

20                      marked for identification.)

21   BY MS. BRILLET:

22       Q    I'm sorry.

23            Before we go to 11, I'm sorry, I just had a --

24            Once the Netbula --

25       A    What are we on?

MICHAEL MELNICK                                09/19/07

```
1        Q    10.  I'm sorry.

2        A    Okay.

3        Q    Once the Netbula software was received, how

4   was it delivered to the developers?

5             MR. PULGRAM:  Foundation.

6             THE WITNESS:  The people on the receiving dock

7   would deliver it based on the information as to who the

8   requisition was and what mail stop they were at, and it

9   would be signed for by the requisitioner.

10  BY MS. BRILLET:

11       Q    If you look at page 2.  I'm asking you to look

12  at page 2 of 2 of the StorageTek purchase order still in

13  Exhibit 10.

14       A    Okay.

15       Q    Okay.

16            Do you recognize this page?

17       A    I do.

18       Q    Do you see the text where it says:

19            "Right to ship 1,000 units of

20            product as specified in the

21            agreement"?

22       A    I do.

23       Q    Okay.

24            Can you explain, where it says, "Right to ship

25  1,000 units of product," what exactly is that?
```

58

MICHAEL MELNICK                                       09/19/07

```
 1        A    It's -- it was -- basically, it's a short
 2   version of what we put in there that says an explanation
 3   of what the payment is for.
 4        Q    And the purchase order, what does the word
 5   "agreement" in the PO refer to?
 6        A    The agreement is specified under the PO header
 7   text, where it says:
 8                  "This purchase order is
 9             subject to the terms and conditions
10             of the Netbula software license
11             agreement." signed 3/3/00.
12             And that's page 1 of 2, midway down.
13        Q    Okay.
14             And to what does the word "product" refer to?
15        A    "Product" refers to the product that's being
16   distributed, which I believe is in the exhibit in the
17   agreement, the products that we were allowed to
18   distribute.
19        Q    Okay.
20             Now we'll go on to Exhibit 11.
21        A    Okay.
22        Q    Do you recognize this document?
23        A    I do.
24        Q    Did StorageTek pay this invoice?
25        A    I believe they did.
```

59

1           MS. BRILLET:  Okay.  12.

2                        (Plaintiff's Exhibit 12 marked

3                        for identification.)

4    BY MS. BRILLET:

5        Q    Would you take a moment to look at Exhibit 12,

6    please.

7           MR. PULGRAM:  For the record, I'm going to

8    object to the introduction and use of this exhibit as a

9    violation of the confidentiality agreement between the

10   parties with respect to their discussions in 2005.

11          There was an express written agreement between

12   the Defendants and Netbula that precluded the use in any

13   proceeding of the communications between the parties

14   from that point forward.  The introduction and

15   questioning about this document will violate that

16   agreement.  The reference to it will violate that

17   agreement.

18          This is a -- further, this is a settlement

19   communication that is privileged and protected under

20   Rule 408 of the Federal Rules of Evidence.  On page

21   STK10, it is entitled "Offer to Compromise."  By

22   definition, such an offer and any communications in

23   connection with it are privileged and are irrelevant and

24   cannot be introduced into evidence.  On that basis, I

25   don't believe questioning about it is proper.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0357

MICHAEL MELNICK

1          I believe that if there is any other

2    information that you need to obtain with respect to the

3    matters discussed, those pieces of information that

4    could be relevant can be obtained without misuse and

5    violation of the confidentiality agreement between the

6    parties, and the questions should be phrased without

7    reference to the confidential and protected

8    communications between the parties.

9          MS. BRILLET:  I'm looking at where it says

10   from -- "Regarding:  Response to Audit Request."

11         And you said there was an agreement signed

12   between the parties in 2005?

13         MR. PULGRAM:  That's my understanding.

14         MS. BRILLET:  Can we take a break?

15         MR. PULGRAM:  Yep.

16              (Recess taken at 9:35 a.m.

17              resumed at 9:41 a.m.)

18         MS. BRILLET:  With regards to Exhibit 12,

19   understanding your objection, my questions are related

20   to --

21         This letter has a lot of different sections.

22   There is a section here called "Offer to Compromise,"

23   but I have questions about the facts that are actually

24   stated earlier in this letter.

25         MR. PULGRAM:  True.

MICHAEL MELNICK                             09/19/07

```
1            And Rule 408 says that any discussions in

2   connection with an offer to compromise are equally

3   privileged.  I'm not objecting to inquiries about the

4   facts.

5            MS. BRILLET:  Right.

6            MR. PULGRAM:  I'm objecting to inquiries about

7   the document.  You may ask any questions about the

8   facts.

9            MS. BRILLET:  Okay.  Okay.

10  BY MS. BRILLET:

11      Q     Okay.

12            Mr. Melnick, did StorageTek track the

13  royalties for the Netbula RPC product?

14      A     I think I answered that question already.

15      Q     And your answer is yes?

16      A     Yes.

17      Q     Did you give --

18            Did you provide Netbula with any reports

19  regarding the royalties?

20      A     When they requested them, yes.

21      Q     What type of royalty agreement did you have

22  with Netbula as far as what types of royalty reports you

23  would give to them?

24      A     There was --

25            MR. PULGRAM:  I'm sorry.  Excuse me.
```

MICHAEL MELNICK

1              THE WITNESS:  There wasn't any agreement on

2    how the report should look.

3    BY MS. BRILLET:

4         Q    Okay.

5              Were there any communications between

6    StorageTek and Netbula regarding prepaid versus

7    royalty-type agreements?

8         A    There were some discussions, yes, originally.

9              You're talking about from the beginning of

10   time?

11        Q    Yes.

12        A    (Nods head.)

13        Q    What was a prepaid agreement?

14        A    Prepaid agreement is one where I'm buying a

15   block of licenses whether I use them or not.  I still

16   have the rights to distribute them, but I basically have

17   to pay in advance.

18        Q    Okay.

19             And what is a straight royalty-type agreement?

20        A    Pay as you go.  Pay as you use to distribute.

21        Q    So if I go online and, say, buy like Microsoft

22   Word, is that a prepaid license?

23             MR. PULGRAM:  Objection; vague, incomplete

24   hypothetical, overbroad.

25             THE WITNESS:  I still answer?

63

MICHAEL MELNICK

1           MR. PULGRAM:  Yes.

2           THE WITNESS:  I don't know if you would call

3    that a prepaid license or not.  I don't know what their

4    license agreement says as far as going and buying a

5    Microsoft product.

6    BY MS. BRILLET:

7       Q    Okay.

8            If you go online and you pay for a computer

9    program, do you consider that a prepaid or a straight

10   royalty?

11      A    That would be a pay as you use.

12      Q    What is the difference between that and the

13   straight royalty type?

14           MR. PULGRAM:  Objection; assumes facts not in

15   evidence, vague.

16           THE WITNESS:  Can you restate the question or

17   can you just repeat the question?  I'm sorry.

18   BY MS. BRILLET:

19      Q    Sure.

20           What is the difference between that, as you

21   said, the pay as you use, versus the straight royalty

22   type?

23      A    Well, the royalty system is set up based on us

24   doing redistribution of licenses.  When I go and buy a

25   copy of Microsoft, I'm buying it for one-time internal

64

MICHAEL MELNICK                                09/19/07

```
 1   use.   I have no rights to do anything else with it.

 2        Q     Okay.

 3              The 2000 Netbula/StorageTek agreement, was

 4   that a prepaid or a straight royalty-type agreement?

 5              MR. PULGRAM:  Object; vague.

 6              THE WITNESS:  I was required to purchase in

 7   blocks of $1,000 units to be able to distribute per the

 8   agreement.

 9   BY MS. BRILLET:

10        Q     And who made that requirement?

11        A     Mr. Yue.

12              MS. BRILLET:  Okay.  Exhibit 13.

13                        (Plaintiff's Exhibit No. 13

14                        marked for identification.)

15   BY MS. BRILLET:

16        Q     You have been handed Exhibit 13.

17              Would you take a moment to review that

18   document, please?

19        A     Certainly.

20        Q     Do you recognize this document?

21        A     Yes, I do.

22        Q     Okay.

23              This E-mail, it's from Keith Oliver to

24   support@Netbula and it was cc'd to Jon Holdman and Gary

25   Ritzer.
```

MICHAEL MELNICK

```
 1              Who are those two individuals?
 2      A     I do not know those people.
 3      Q     Have you ever heard those names before?
 4      A     I have never heard those names before.
 5      Q     Who worked on the REELs product?
 6      A     Tracy Gagnon.
 7      Q     Is she the only person?
 8      A     As far as I know.
 9      Q     Who worked on the LibAttach product?
10      A     I'm not sure who the particular engineers
11 were.
12      Q     Okay.
13            And the E-mail itself, would you please read
14 the first two paragraphs that start with:  "My name
15 is..."?
16      A     Sure.
17               "My name is Keith Oliver and I
18               work for StorageTek, and we have
19               recently purchased ONC RPC software
20               development tool kit for Windows
21               NT/95/98.  The platform we run on
22               is Windows NT 4.0.  It seems that
23               the customized copy you made for us
24               has defective RPC gen in it."
25      Q     Okay.  Thank you.
```

66

A0364

MICHAEL MELNICK                            09/19/07

```
1              So it mentions the customized copy that
2    Netbula made for StorageTek?
3              MR. PULGRAM:  Objection -- strike that.
4    Withdrawn.
5    BY MS. BRILLET:
6         Q    Okay.
7              Does StorageTek still have a copy of the
8    software received from Netbula?
9         A    Not that I'm aware of.
10        Q    Who would know?
11        A    Someone in engineering.
12        Q    The engineering group?
13        A    Yes.
14        Q    Okay.
15             In this E-mail, it also says:
16                  "Every time it encounters a
17             line-like string, any_command" --
18        A    Where are you reading?
19        Q    Just under where you read.
20        A    Oh, okay.  Thank you.
21        Q    Okay.
22             And it says:
23                  -- "(any param ) = any number,
24             it cores," C-O-R-E-S.
25        A    Uh-huh.
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0364

1        Q     What does that mean where it says "cores"?

2        A     I do not know.  That sounds like engineering

3   speak to me.

4        Q     Could StorageTek fix the problem with the

5   rpcgen.exe itself?

6              MR. PULGRAM:  Foundation.

7              THE WITNESS:  Apparently not, because they had

8   to go to support to get help on it.

9              MS. BRILLET:  14.

10                   (Plaintiff's Exhibit No. 14

11                    marked for identification.)

12   BY MS. BRILLET:

13        Q     You have before you Exhibit 14, which is a

14   string of E-mails.

15              Would you please review that for a moment?

16        A     Okay.

17        Q     Okay.

18              Would you read that -- the paragraph from you?

19        A     (Reading)

20                   "Thanks for the quick

21                   response.  Could we get an updated

22                   CD sent right away so we can have a

23                   completely corrected one.

24                   Regards," et cetera, et cetera.

25        Q     Do you agree that Netbula responded to

MICHAEL MELNICK

1    StorageTek's March 13, 2000 E-mail and solved the

2    problem with the rpcgen.exe promptly?

3        A    In my opinion, yes.

4        Q    Did StorageTek receive a new CD that contained

5    the fixed software?

6        A    I have no knowledge of that, but I believe

7    they did.

8            MS. BRILLET:  15.

9                    (Plaintiff's Exhibit No. 15

10                   marked for identification.)

11   BY MS. BRILLET:

12       Q    You have been handed Exhibit 15.  Take a look

13   at that, please.

14           This is an E-mail from Scott Painter to

15   Support@Netbula.com.  It was -- the subject is "PowerRPC

16   Portmapper," and the cc, Abrammp@louisville.stortek.com.

17           Who was Abrammp?

18       A    That's Mike Abramovitz.

19       Q    Would you please read that E-mail?

20       A    From the top or just the content in the actual

21   section below?

22       Q    The actual E-mail itself, the text.

23       A    (Reading)

24               "Is it possible to customize

25               the NT service name?  For example,

69

A0367

MICHAEL MELNICK

```
 1            our StorageTek products install

 2            some other NT services and we would

 3            like all of them to show up

 4            together, e.g., StorageTek

 5            Portmapper, etc.  We are using

 6            Version 1.5 of your PowerRPC

 7            Portmapper.  Thanks in advance," et

 8            cetera, et cetera.

 9       Q    At the time that this E-mail was sent, what

10   was Scott Painter's position?

11       A    Scott Painter is an engineer.

12       Q    Do you know which product he was working on

13   that required the Portmapper?

14       A    I do not.

15       Q    Okay.

16            Do you know if he was working on the LibAttach

17   or the REELs product?

18       A    I do not.

19       Q    Who would have this type of information?  Who

20   would know which products each engineer was working on?

21       A    Engineering.  I'm sorry, engineering.

22       Q    But you don't know who the head of the

23   engineering department was?

24       A    Not at that time, no.

25       Q    Okay.
```

70

A0367

MICHAEL MELNICK

```
1              Do you know who is the head of the engineering

2    department now?

3        A    From what level?

4        Q    How many levels of engineering do you have?

5        A    Well, there is senior vice-president over

6    engineering.

7        Q    Okay.

8        A    And I'm sure there is a number of reports

9    under him, although I'm not sure how many there are.

10   There are a few.

11       Q    If I wanted to find out all the engineers in

12   the company, to whom would I go?

13            MR. PULGRAM:  Vague.

14            THE WITNESS:  Someone in engineering.

15   BY MS. BRILLET:

16       Q    You do not know who would know?

17       A    I don't know who in particular could get you a

18   list like that, no.

19            MR. PULGRAM:  Counsel, I just want to note

20   that I think the questioning that you're having here

21   about the development implementation of the product is

22   afield from the subjects that we're talking about in

23   this stage of the proceeding, which is the contract and

24   the license defense.

25            I haven't objected to your asking those
```

71

```
 1    questions, but I do want to lodge for the record the

 2    consideration that these are outside the scope and not

 3    appropriately a subject for a 30(b)(6) inquiry.

 4              MS. BRILLET:  I believe that these are

 5    appropriate, but I understand your objection.

 6    BY MS. BRILLET:

 7         Q    Okay.  I will hand you Exhibit 16.

 8                        (Plaintiff's Exhibit No. 16

 9                         marked for identification.)

10    BY MS. BRILLET:

11         Q    Do you recognize this document?

12         A    I have seen it, yes.

13         Q    Do you know how many of the StorageTek

14    products use Netbula RPC?

15              MR. PULGRAM:  Vague as to time.

16    BY MS. BRILLET:

17         Q    During the time that this E-mail was sent.

18         A    I'm trying to find the date of this E-mail.

19              October 25th, 2000 --

20         Q    October 25th, 2004.

21         A    Two.

22         Q    What were those two?

23         A    Can I go back and restate that?

24         Q    Yes.

25         A    At this particular time it was one, and that
```

72

1   would have been LibAttach.

2         Q    And later, a second one was added?

3         A    No, no.  Previous to that it was REELs, and

4   that was end of lifed.

5              MS. BRILLET:  I'm going to hand you

6   Exhibit 17.

7                        (Plaintiff's Exhibit No. 17

8                        marked for identification.)

9   BY MS. BRILLET:

10        Q    Give you a moment to look that over.

11             This is a Declaration of Michael Abramovitz in

12  Support of Defendant's Opposition to Application for

13  Temporary Restraining Order and Impoundment.

14        A    Okay.

15        Q    Would you please read paragraph 3?

16        A    Sentence Number 3 on the second page?

17        Q    Yes, please.

18        A    (Reading)

19                  "I understand that Netbula

20                  seeks an order prohibiting Sun from

21                  distributing products containing

22                  certain Netbula code.  On or about

23                  November 29th, 2005, Sun replaced

24                  the code it had licensed from

25                  Netbula with a free open-source

MICHAEL MELNICK                                    09/19/07

```
 1              product available for download over

 2              the Internet.  Thus, the Netbula

 3              code is not being included in any

 4              StorageTek products distributed to

 5              customers and has not been in any

 6              in the last year."

 7        Q    When Sun completed its acquisition of

 8   StorageTek, did StorageTek contact Netbula to get

 9   written permission to transfer the Netbula license to

10   Sun?

11              MR. PULGRAM:  Just one second.

12              MS. BRILLET:  Sure.

13              MR. PULGRAM:  Objection; lacks foundation.

14              THE WITNESS:  Okay.  At that point in time,

15   Sun hadn't even acquired StorageTek, so -- and we were

16   no longer using the code, so there was no reason to

17   notify them of anything.

18   BY MS. BRILLET:

19        Q    Okay.

20              I see that you said -- okay.

21              The acquisition was January 1st of 2006?

22        A    The official, yes.

23        Q    But at that time, there was no written

24   permission from Netbula to transfer the Netbula license

25   to Sun?
```

74

1              MR. PULGRAM:  Objection; no foundation, calls

2    for speculation.

3              THE WITNESS:  Not that I'm aware of.

4    BY MS. BRILLET:

5         Q    Who would have handled the permission

6    regarding the licensing from Netbula?

7         A    Legal.

8         Q    Okay.

9              Who was the head of the legal department at

10   that time?

11        A    Who was counsel at that time?  I don't recall

12   his name.

13        Q    What was the name of the free open-source

14   product that Sun downloaded from the Internet to replace

15   the Netbula code?

16        A    I do not know.

17        Q    Who would know that?

18        A    Engineering.

19        Q    Did Sun delete all of the copies of the

20   software that was using the Netbula RPC in November of

21   2005?

22             MR. PULGRAM:  Objection; no foundation.

23             THE WITNESS:  I do not know.

24   BY MS. BRILLET:

25        Q    Okay.

MICHAEL MELNICK                                    09/19/07

```
 1              Was Sun the creator of the original ONC RPC
 2    for Unix?
 3         A    That's my understanding.
 4         Q    And instead of using the free code, why didn't
 5    Sun create a version of RPC for Windows and use its own?
 6              MR. PULGRAM:  Objection; no foundation.
 7              THE WITNESS:  I am not aware of the reason
 8    behind that.
 9    BY MS. BRILLET:
10         Q    Okay.
11              Does it require any intellectual labor to
12    create a ONC RPC product for Windows from the Sun RPC
13    code?
14         A    I also do not know that answer.
15              MS. BRILLET:  Exhibit 18.
16                        (Plaintiff's Exhibit No. 18
17                        marked for identification.)
18    BY MS. BRILLET:
19         Q    You have been handed Exhibit 18.
20              Do you recognize this document?
21         A    Actually, no.
22         Q    Do you know what LibAttach does?
23         A    Specifically?  Technically?
24         Q    Yes.
25         A    No.  It's some kind of interface, but I don't
```

1    know all the technical things behind what it does or how

2    it works.

3        Q    Do you know what a tape library is?

4        A    Tape library is a silo or a piece of equipment

5    that stores tapes that as you request information, it

6    goes and pulls the tape.

7        Q    Okay.

8            This document appears to be from StorageTek,

9    has the StorageTek name on the header.

10       A    Uh-huh.

11       Q    I see at the bottom of page 1 of 6, it says:

12   "Part Number 313442301."

13           What is that number?

14       A    I don't know for sure, but I believe that's

15   probably the LibAttach release number.

16       Q    Do you know what an EC number is?

17       A    Engineering change.  "EC" stands for

18   engineering change.

19       Q    So what would this be?

20       A    This would be the number that was assigned to

21   it when they did some kind of change to that particular

22   product.  They do what's called an engineering change.

23   They assign a number to it and it's documented as to

24   what the change is.

25       Q    Do you know what a library station is?

77

1      A     Not specifically, no.

2      Q     Do you know what ACSLS is?

3      A     I'm trying to remember what the acronym stands

4  for, but I couldn't tell you what it did.

5            MS. BRILLET:  I'm having a bit of difficulty

6  with this witness.  You have produced a 30(b)(6) witness

7  regarding licensing and everything, but he doesn't seem

8  to know about the terms.  A lot of the questions I have

9  asked, he stated that the engineering department would

10  be the ones to ask about these areas.

11            MR. PULGRAM:  But you haven't asked about the

12  license.  You asked what ACSLS is or what --

13            MS. BRILLET:  Not just this exhibit; on

14  several others, too, the answer was, "The engineering

15  department would know.  The engineering department would

16  know."

17            MR. PULGRAM:  Well, I think that's because

18  this is a witness who is produced on the contract and

19  license issue and not engineering issues.

20            MS. BRILLET:  I just want to put that on the

21  record, he's not able to answer a lot of the questions.

22            MR. PULGRAM:  We agree to disagree.

23            MS. BRILLET:  You believe he's answering the

24  question?

25            MR. PULGRAM:  Certainly, he's answering them.

1    Whether or not he has all the information that a

2    30(b)(6) witness should have is I think where you're

3    suggesting he doesn't, and I'm suggesting that he does.

4    BY MS. BRILLET:

5        Q     I will hand you Exhibit 19.

6                        (Plaintiff's Exhibit No. 19

7                        marked for identification.)

8    BY MS. BRILLET:

9        Q     Take a moment to review that, please.

10             This is an E-mail dated July 11, 2000 from

11   Lori G. Richards to Support@Netbula, cc is Tracy Gagnon.

12       A     Gagnon.

13       Q     Who is Lori Richards?

14       A     I do not know Lori Richards.

15       Q     Okay.

16             Have you had time to look at the E-mail, to

17   read it?

18       A     Not yet.

19       Q     Okay.

20             This E-mail seems to be requesting support for

21   the REELs product using the Netbula on NT?

22       A     No, I disagree.  I don't believe that's what

23   this E-mail says.

24       Q     Okay.

25             Could you please read the first sentence of

1    the E-mail.

2        A    (Reading)

3                "Thanks for the prompt

4                response.  Thank you for clarifying

5                that you provide E-mail support

6                only for RPC products unless the

7                problem cannot be resolved."

8        Q    I'm sorry, can you read -- see the line on the

9    left where it says:  "Hi.  I work for StorageTek..."?

10       A    Oh, okay.

11               "Hi.  I work for StorageTek

12               and am a Tier 2/Tier 3 support for

13               the REEL product, which is

14               utilizing Netbula on NT.  I have

15               been asked to test the support

16               procedure for domestic and

17               international support personnel.

18               Basically, I need to know if there

19               are limitations on who can request

20               support."

21           MS. BRILLET:  I'm going to hand you

22    Exhibit 20.

23                        (Plaintiff's Exhibit No. 20

24                         marked for identification.)

25

A0378

MICHAEL MELNICK                        09/19/07

1    BY MS. BRILLET:

2        Q    And this is an E-mail from Anton Vatcky.

3             Who is Anton Vatcky?

4        A    He is also -- he was a software engineer.

5        Q    Okay.

6             Would you please read his E-mail.

7        A    Without the accent?

8                  "Good day, support.  I would

9             like to know if you have a version

10            of PowerRPC that is supported on

11            Windows 2000.  If not, do you have

12            any plans to port it to this

13            platform?  If yes, in what time

14            frame?  Regards," et cetera.

15       Q    What was Mr. Vatcky's job function at the time

16   of this E-mail?

17       A    He was a software engineer.

18       Q    It appears that Mr. Vatcky is, in fact, in

19   Australia?

20       A    I believe he is, yes.

21       Q    Is that one of the StorageTek offices?

22       A    Yes.

23       Q    Okay.

24            How many engineers were in Mr. Vatcky's group?

25       A    I don't think he had an actual group.  I think

81

A0378

MICHAEL MELNICK                                      09/19/07

1    he was a support person.

2          Q     Okay.

3          A     I think he was an individual contributor.

4                MS. BRILLET:   21.

5                        (Plaintiff's Exhibit No. 21

6                         marked for identification.)

7                THE WITNESS:   Okay.

8    BY MS. BRILLET:

9          Q     Okay.

10               In this E-mail, Mr. Vatcky talks about the

11   REEL software.

12         A     Okay.

13         Q     Was StorageTek offering to sell REEL software

14   in 2001?

15         A     I believe they were.

16         Q     And how much did a copy of the REEL software

17   cost at that time?

18         A     The software itself, I do not know.

19         Q     Okay.

20               Was the REEL software shipped to Australia?

21         A     No.  You mean -- clarify that.  You mean like

22   to a customer?  Did we sell to customers in Australia?

23         Q     Yes.

24         A     Potentially, we could have.  We sold all over

25   the world.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0380

MICHAEL MELNICK                     09/19/07

```
 1        Q     Now, how many copies of the Netbula RPC was

 2   sold to Australia?

 3              MR. PULGRAM:  Foundation.

 4              THE WITNESS:  I don't have specifics as to

 5   what was sold into what countries.

 6   BY MS. BRILLET:

 7        Q     Did you sell the Netbula RPC to Australia --

 8   to customers in Australia?

 9        A     I'm not aware of any that we did.

10        Q     Okay.

11              Mr. Vatcky indicated that StorageTek would

12   sign a license agreement for a Windows 2000 version of

13   the Netbula RPC under certain conditions.

14              Did StorageTek sign an agreement for the

15   Windows 2000 version of the Netbula RPC in 2001?

16              MR. PULGRAM:  Objection; vague.

17              THE WITNESS:  Can you rephrase the question?

18   BY MS. BRILLET:

19        Q     Sure.

20              Did StorageTek sign an agreement for the

21   Windows 2000 version of Netbula RPC in 2001?

22        A     Are you talking about development license or

23   distribution license?

24        Q     Either.

25        A     My understanding or my interpretation is that
```

83

A0380

1    the agreement allows us to ship -- to distribute the

2    RPC, the OPC, whatever it's called, under any platform.

3        Q    How many copies of the Netbula RPC was sent to

4    Australia?

5        A    Didn't you just ask me that?

6        Q    I believe I asked sold.

7        A    I'm not -- I'm not aware of any.

8        Q    How many were sent to Vatcky?

9             MR. PULGRAM:  Foundation.

10   BY MS. BRILLET:

11       Q    Were there any copies of RPC software sent to

12   Mr. Vatcky?

13       A    Not that I'm aware of.

14            MS. BRILLET:  Number 22.

15                      (Plaintiff's Exhibit No. 22

16                      marked for identification.)

17   BY MS. BRILLET:

18       Q    Okay.

19            Exhibit 22, is this an E-mail sent from you

20   responding to a May 3rd, 2001 E-mail from Netbula?

21       A    It is.

22       Q    Okay.

23            And your job function at this time was

24   contract administration, senior consultant?

25       A    That was my title, yes.

84

1        Q        Okay.

2                 Were you the right person to contact for

3    third-party software license usage information?

4        A        In this particular case, I would facilitate

5    it, yes.

6        Q        Okay.

7        A        I did facilitate it.

8        Q        Would you read what you wrote in your

9    June 22nd E-mail?

10       A        Certainly.

11                     "John, the license agreements

12                 requires us to provide the number

13                 of licenses distributed.  We will

14                 not provide customer information,

15                 as we consider this to be

16                 confidential.  The license count

17                 you request is 107.  This gives us

18                 the rights to distribute 893.  If

19                 you have any questions, please let

20                 me know," et cetera et cetera.

21                 MS. BRILLET:  Okay.  23.

22                           (Plaintiff's Exhibit No. 23

23                           marked for identification.)

24    BY MS. BRILLET:

25       Q        Do you recognize this document?

```
1        A    Yes.

2        Q    Do you recognize it as an Excel spreadsheet

3   that you sent to Netbula?

4        A    Yes.

5        Q    Okay.

6             And the title of this is "Netbula PowerRPC

7   Licenses Distributed For" -- well, "(Not Tracked by

8   Model-/Feature) for Support Reasons"?

9        A    That's what it says, yes.

10       Q    What does "for support reasons" mean?

11       A    The -- our support people need to understand

12   who has the particular products so that when they call

13   in for support, we know that they are entitled to

14   support.

15       Q    What other reasons would there be?

16       A    Other than support?

17       Q    Yes.  This specifically says "for support

18   reasons," so --

19       A    Right.  They would use this to track a number

20   of -- of the REELs shipped, REELs products.

21       Q    Is there another spreadsheet of licenses

22   distributed that does not have "for support reasons"?

23       A    Not that I'm aware of.

24       Q    Okay.

25             This document covers from May 24th, 2000
```

86

A0384

MICHAEL MELNICK                                    09/19/07

1   through February 1st, 2001?

2        A     That's what it shows, yes.

3        Q     Okay.

4              So this document says that there are 16 REELs

5   customers during this period of time?

6              MR. PULGRAM:  Objection; the document speaks

7   for itself.  No foundation as to this witness's

8   knowledge about this document apart from what we can all

9   see on it.

10  BY MS. BRILLET:

11       Q     Did you read this document before you sent it

12  to Netbula?

13       A     Did I -- I looked at it, yes.

14       Q     Did you --

15             Is the document accurate?

16       A     As far as I know, it's accurate, yes.

17       Q     Were there any REELs licenses granted after

18  February 2001?

19       A     I do not know the answer.

20       Q     Does StorageTek offer to sell REELs after

21  February 1st, 2001?

22       A     I'm not aware of that.

23             MS. BRILLET:  24.

24                      (Plaintiff's Exhibit No. 24

25                       marked for identification.)

87

A0384

MICHAEL MELNICK

```
1    BY MS. BRILLET:

2        Q      This is a web page from StorageTek.com printed

3    on 8/25/2007 at 6:41 p.m.

4               Do you see that, bottom right-hand corner?

5        A      I see a date and time stamp, yes.

6        Q      On page 2 under "Compatibility," there is a

7    subsection, "Supported Backup Software."

8        A      Okay.

9        Q      And the second line of that, do you see

10   "StorageTek REEL" listed?

11       A      I do.

12              MS. BRILLET:  25.

13                        (Plaintiff's Exhibit No. 25

14                        marked for identification.)

15   BY MS. BRILLET:

16       Q      This is an E-mail string.

17              Do you recognize this E-mail -- or the string

18   of E-mails between you and Lisa Rady?

19       A      Rady.

20       Q      Rady.

21       A      Yes.

22       Q      Okay.

23              Did you send the E-mails with your name on

24   them?

25       A      Did I send the E-mails with her name on them?
```

88

MICHAEL MELNICK

```
1        Q    With your name on them.
2             Did you send these E-mails?
3        A    It looks like this particular E-mail has a
4   string that I was involved in, but it was sent to me.
5   Others within it were to me.
6             There is one in here that I sent to Lisa Rady.
7        Q    Okay.
8             The top E-mail is dated March 2nd, 2004.
9        A    That is correct.
10       Q    Okay.
11            I see in the E-mail that you sent to Lisa, it
12  says:
13                "The agreement is specific to
14            platform Win NT and 95/98
15            platforms --"
16            Do you see where that is?
17       A    I do, uh-huh.
18       Q    (Reading)
19                -- "types of Netbula software
20            PowerRPC SDK.  This concerns me
21            greatly, as we have already told
22            them we are no longer shipping it
23            with our product.  What do you need
24            for sure?  MM."
25            What was the issue that you had to send that
```

89

MICHAEL MELNICK

```
1    E-mail?
2         A    The question was -- was that they had been
3    using it in REELs and they had started using it --
4    developing it with the license agreement in place for
5    the LibAttach.
6              What had concerned me was that there was no
7    communication within engineering.
8         Q    Would you look at the second page of that
9    E-mail.
10        A    Uh-huh.
11        Q    And at the top, the second paragraph, the end
12   of service, would you read that sentence, please?
13        A    (Reading)
14                  "The end of service date for
15                  REELNT is year end 2003, so I am
16                  not sure if there is anything we
17                  need to do on the contract to
18                  follow up with Netbula?"
19        Q    Would you look at the last E-mail for the
20   second page.  And it says:  "Sorry it took a moment to
21   get this data to you."
22        A    Uh-huh.
23        Q    Would you read from there?
24        A    (Reading)
25                  "I had to first receive a full
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0387

MICHAEL MELNICK

1              product activity report from SCH

2              and then review the product

3              activity.  Enclosed are the Netbula

4              licenses for the REELNT product I

5              am showing to date.  I arrived at

6              these numbers by going through the

7              product testing report from SCH.  I

8              am not sure if I have caught all

9              the data points but it is close to

10             accurate."

11             MR. PULGRAM:  Voice up, speed down.

12             THE WITNESS:  Oh, voice up, speed down.  I'm

13   sorry.

14                  "My understanding is that we

15             purchased 1,000 Netbula licenses up

16             front."  I'm soft spoken.  "We are

17             not even close to utilizing that

18             many licenses, which is why I am

19             surprised that Netbula made an

20             official request for an audit.

21             Since I am coming" --

22             Do you want me to keep going from there?

23   BY MS. BRILLET:

24        Q    No, that's okay.

25             What is "SCH"?

MICHAEL MELNICK

1        A    I'm not sure what "SCH" is, quite honestly.

2        Q    Okay.

3             I'm going back to the first page of your

4    E-mail to Lisa.

5             And you said that you were concerned because

6    you have told Netbula that you were no longer shipping

7    the software with your product?

8        A    The counts we had given to them were more for

9    REELs products, yes.

10       Q    So was the number that you had given to

11   Netbula incorrect?

12       A    No, that number was correct.  The 107 for

13   REELs was correct.

14       Q    So after this E-mail, you corrected the number

15   with Netbula?

16       A    I don't think that number changed.

17            MS. BRILLET:  Okay.  26.

18                        (Plaintiff's Exhibit No. 26

19                        marked for identification.)

20   BY MS. BRILLET:

21       Q    Okay.

22            Exhibit 26 is an E-mail sent from you to

23   Sales@Netbula September 9th, 2002?

24       A    Yeah.  It was to John.

25       Q    Okay.

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

MICHAEL MELNICK

1          You wrote:

2                "We no longer distribute the

3          runtimes with our products.  Our

4          account remains the same as

5          provided to you in June of '01."

6     A    That's what that says, yes.

7     Q    Okay.

8          By "runtimes," did you mean the Netbula

9  PowerRPC runtime library with the powerpc32.dll?

10    A    The product that's required to run our

11  particular program.

12    Q    Is that the powerpc32.dll?

13    A    It's whatever was in Exhibit B of the

14  agreement.  If that's what that states in there, then

15  that's what it is.

16    Q    You said, "Whatever it states."  That's not in

17  this E-mail.

18    A    No, no, I was noting that for you.

19    Q    Okay.

20         Is it true that StorageTek no longer

21  distributed the Netbula RPC?

22    A    In the REELs products?

23    Q    The runtime in September of 2002.

24    A    In the REELs products, which is what we were

25  aware of, absolutely, that's correct.

93

MICHAEL MELNICK

1    Q    Okay.

2         And so there were no shipments of the REELs NT

3    program from June '01 to September 2002?

4    A    Not in the REELs products.

5         MS. BRILLET:  Okay.  27.

6                   (Plaintiff's Exhibit No. 27

7                    marked for identification.)

8    BY MS. BRILLET:

9    Q    Do you recognize this document?

10   A    Now I know what ACSLS stands for.

11        No, I don't.  I have never seen this document

12   before.

13   Q    It's a StorageTek document.  I see StorageTek

14   in the lower right-hand corner.

15   A    Okay.

16   Q    Okay.

17        The metadata that's PDF shows the author being

18   Roxanne Rackner.

19        Do you know who Roxanne Rackner is?

20   A    Probably someone in marketing, but, no, I do

21   not know her.

22   Q    Would you please look at the last page on the

23   right-hand side that's in gray.

24   A    Okay.

25   Q    Is that all of the international offices of

1    StorageTek?

2             MR. PULGRAM:  Vague and lacks foundation.

3    BY MS. BRILLET:

4        Q    If you look at the right-hand side of this

5    last page, do you see a list of international offices?

6        A    Yes, I do.

7        Q    Okay.

8             And it says at the top:  "About StorageTek"?

9        A    It does.

10       Q    Under that, the next heading is:  "World

11   Headquarters"?

12       A    It is.

13       Q    And the next heading under that is what?

14       A    "International Offices."

15       Q    How did StorageTek track sales made by the

16   international offices?

17       A    All orders were placed through a single

18   entity, which is the software manufacturing distribution

19   group, through a sales tool.

20       Q    How did StorageTek keep track of licenses --

21   the software licenses made by its resellers?

22       A    Those orders were placed the same way as

23   direct sales.

24             MS. BRILLET:  28.

25                  (Plaintiff's Exhibit No. 28

95

```
 1                       marked for identification.)
 2   BY MS. BRILLET:
 3        Q     Do you recognize this document?
 4        A     No, I do not.
 5        Q     Okay.
 6              It appears to be a slide by StorageTek?
 7        A     Appears that way, yes.
 8        Q     Titled "StorageTek Libraries in a TSM
 9   Environment."
10              What does "TSM" stand for?
11        A     At the bottom, if you see right underneath
12   "Oxford University, TSM," it's Tivoli Storage Manager.
13        Q     Here, it says:  "Michael Klatt is the manager
14   of solution design."
15              Is this the first time you have seen this
16   document?
17        A     This is the first time I have seen this
18   document.
19              MS. BRILLET:  29.
20                        (Plaintiff's Exhibit No. 29
21                        marked for identification.)
22   BY MS. BRILLET:
23        Q     Do you recognize this document?
24        A     No, ma'am.
25        Q     Could you tell me, what's the revision date of
```

MICHAEL MELNICK                                09/19/07

```
1    the documents on the first page?

2        A    September 2003.

3        Q    Okay.

4             Would you turn to page 4 and under Number 2,

5    it says:  "Search the local registry for the following

6    entry."

7             Do you see that?

8        A    I do.

9        Q    Okay.

10            Do you see where it says:  "This entry

11   contains a list..."?

12       A    I do.

13       Q    Would you read that, please?

14       A    (Reading)

15                "This entry contains a list of

16            all registered dlls on the system.

17            LibAttach 1.0 did not register the

18            dlls; LibAttach 1.1 does.  Find the

19            entry libacs.dll containing the

20            text libacs.dll and the entry

21            pwrpc32.dll containing the text

22            pwrpc32.dll.  Test for the presence

23            of the files libacs" -- that's

24            L-I-B-A-C-S -- ".dll and

25            pwrpc32.dll in the Windows System32
```

97

MICHAEL MELNICK                                          09/19/07

```
 1              directory."
 2       Q      Thank you.
 3              MS. BRILLET:  Okay.  30.
 4                      (Plaintiff's Exhibit No. 30
 5                      marked for identification.)
 6   BY MS. BRILLET:
 7       Q      Do you recognize this document?
 8       A      No, I do not.
 9       Q      Okay.
10              Now, this one has -- it's a StorageTek
11   document.  It says:  "Second Edition, EC: 128995."
12              Again, that's an engineering change?
13       A      Engineering change number.
14       Q      The number under that, 312580002, do you know
15   to what that number refers?
16       A      I do not.
17              MS. BRILLET:  Okay.  This is 31.
18                      (Plaintiff's Exhibit No. 31
19                      marked for identification.)
20   BY MS. BRILLET:
21       Q      Do you recognize this document?
22       A      No, ma'am.
23       Q      Do you know if LibAttach 1.3 used the Netbula
24   RPC?
25       A      I do not.
```

98

MICHAEL MELNICK

1        Q      Do you know if LibAttach 1.4 used Netbula RPC?

2        A      No.

3        Q      Would you look on page 3 of that exhibit.

4               Do you see where it has:   "Tool Kit Version

5    2.3"?

6        A      I do.

7        Q      What is a CSC developer's tool kit?

8        A      CSC developer's tool kit would be a CD that we

9    send with the LibAttach in order for a customer to make

10   whatever changes he needs to make sure that our

11   equipment works within his heterogeneous environment.

12       Q      What is ACSAPI?

13       A      That, I do not know.

14       Q      Okay.

15              Look at page 5.

16       A      Okay.

17       Q      Okay.

18              Under "Windows Support," do you see Windows

19   2003 being supported?

20       A      I see Windows Server 2003, yes.

21              MS. BRILLET:   Okay.  32.

22                      (Plaintiff's Exhibit No. 32

23                       marked for identification.)

24   BY MS. BRILLET:

25       Q      Do you recognize this document?  Do you

A0397

1    recognize this document?

2        A    No.

3        Q    Okay.

4             The document says:  "Case Study."  It's a

5    StorageTek document regarding a company Darden

6    Restaurants.

7             Do you see that in the upper left-hand corner?

8        A    I do.

9        Q    Industry is restaurant.

10            Do you see in the fifth box in the left-hand

11   side where it says:  "StorageTek Solutions"?

12       A    I do.

13       Q    Could you tell me, what are the fifth and

14   sixth bullets?

15       A    "Library Station Software" and "Library Attach

16   Software."

17       Q    If you look on the second page of this

18   document --

19       A    Okay.

20       Q    -- and lower right-hand corner, do you see

21   text "MZ 9290 A e/p 12/02"?

22       A    I see that, yes.

23       Q    What does that mean?

24       A    I have no idea.

25       Q    Okay.

A0397

MICHAEL MELNICK                                        09/19/07

1              The metadata of this document shows it was

2    created on December 17th, 2002 by Cindy Laun, L-A-U-N.

3              Who is Cindy Laun?

4         A    I don't know.

5         Q    Okay.

6              This document says that Darden Restaurants

7    used the LibAttach software, right?

8              MR. PULGRAM:  Document speaks for itself.

9    BY MS. BRILLET:

10        Q    One of those bullets that you read on the

11   first page?

12        A    No, actually, it doesn't say that.  What it's

13   saying is that these are the StorageTek solutions.  I

14   don't see that it says it's using those specific pieces

15   of software.

16        Q    So you don't believe that they use the

17   software?  Okay.

18        A    I don't know that they did or not.  I'm just

19   saying what it says is "StorageTek Solutions" on the

20   side here.

21        Q    Would you look on the second page.  The last

22   column and three lines down, it says:

23                  "With StorageTek Library

24             Attach software, Microsoft Windows

25             2000 and Windows NT users can take

101

1              full advantage of the many time,

2              money, and resource-saving features

3              of StorageTek tape libraries using

4              a TCP/IP network.  Library Attach

5              software provides a seamless

6              connection between Windows 2000 or

7              Windows NT backup applications and

8              StorageTek library manager, ACSLS,

9              or library station software."

10             Do you see that?

11        A    I do see that, yes.

12        Q    Do you know if any copies of LibAttach were

13   installed at Darden Restaurants?

14        A    I have no knowledge of that, no.

15             MS. BRILLET:  33.

16                     (Plaintiff's Exhibit No. 33

17                     marked for identification.)

18   BY MS. BRILLET:

19        Q    Take a moment.

20             Do you recognize this document?

21        A    No.

22        Q    Okay.

23             Netbula asked StorageTek to identify Swedish

24   Tax Board in the usage report provided by StorageTek for

25   verification purposes; is that right?

102

A0400

MICHAEL MELNICK                          09/19/07

```
 1        A    I believe that's correct, yes.

 2        Q    Did StorageTek do that?

 3        A    Yes, they did.  I believe they did, yes.

 4             MS. BRILLET:  Okay.  34.

 5                     (Plaintiff's Exhibit No. 34

 6                      marked for identification.)

 7   BY MS. BRILLET:

 8        Q    Do you recognize this document?

 9        A    Yes.

10        Q    Do you recognize this as a document that you

11   E-mailed to Netbula?

12        A    Yes.

13        Q    Who is Holly M. Wagner?

14        A    Holly Wagner works in the software

15   manufacturing and distribution group, or did.

16        Q    And what exactly did she do?

17        A    She would -- she was responsible for -- her

18   and her group -- for putting the orders in, creating the

19   software disks themselves, if that were the case, and

20   shipping and tracking them.

21        Q    Okay.

22             Looking at the headings for this spreadsheet,

23   I want you to identify, please, what the headings mean.

24             Now, "Material"?

25        A    "Material" is the part number associated with
```

A0400

MICHAEL MELNICK

```
 1    the -- with the material itself.
 2         Q    That was the part number?
 3         A    Yeah, was the part number.
 4         Q    "Order Number"?
 5         A    Would have been the order, in fact, that
 6    the -- this particular material was placed under.
 7         Q    The order number, is it related to a purchase
 8    order or just an order number that your -- that
 9    StorageTek assigned?
10         A    The order number would have come through our
11    Siebel program through sales.  That's how it would have
12    gotten assigned.
13         Q    The next column?
14         A    That's the "Order" line number.  So within
15    this particular Order Number 182224, there may have been
16    a number of other products nonrelated to LibAttach on
17    that.
18              So they may have ordered LibAttach, they may
19    have ordered some third-party software, or they may have
20    ordered a number of things.  So that's what that is.
21         Q    Okay.
22              "Model Number"?
23         A    "Model Number" is specific to the actual
24    product itself.
25         Q    Okay.
```

104

MICHAEL MELNICK                        09/19/07

```
 1              I understand "Model Description."
 2        A     Okay.
 3        Q     Is that actual shipping date?
 4              MR. PULGRAM:  Objection; compound, no
 5   foundation.
 6   BY MS. BRILLET:
 7        Q     Okay.
 8              Is the column actual shipping date?
 9        A     I do not know if that's the actual date
10   shipped, no.
11        Q     What do you understand that to be?
12        A     It could be very well the date that it was
13   ordered.
14        Q     Okay.
15              Who prepared this spreadsheet?
16        A     Holly.
17        Q     Okay.
18              Did you participate at all in the preparation
19   of it?
20        A     No, I did not.
21        Q     "Serial Number" is for the part, as well?
22        A     That is correct.
23        Q     I see number of clients.
24              What is the last column?
25        A     That's "Features" -- "Feature CD" -- "Feature
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0402

MICHAEL MELNICK                                           09/19/07

```
1    Code."  I'm sorry.
2        Q    What is that?
3        A    The feature code is related to the model
4    itself.
5        Q    Okay.
6             Did this data come from a database?  Was this
7    prepared from a separate database?
8             MR. PULGRAM:  Foundation.
9             THE WITNESS:  I believe that to be correct.
10   BY MS. BRILLET:
11       Q    Okay.
12            Do you know how this information was compiled?
13       A    Holly Wagner put it together using her
14   database.
15       Q    Did you request her to prepare this?
16       A    Some of them, yes.
17       Q    Some of them?
18       A    Yes.
19       Q    Was there another report other than this one?
20       A    There was a number of reports that was
21   requested by Don, so I would relay the information.
22       Q    To Miss Wagner?
23       A    Yes.
24       Q    I believe you stated Miss Wagner is no longer
25   employed?
```

106

A0404

MICHAEL MELNICK                                09/19/07

```
 1        A    No, I said she's no longer in SMD.  She still
 2   works at Sun.
 3        Q    What is her position now?
 4        A    I'm not sure what she does.
 5             MS. BRILLET:  This is 35.
 6                       (Plaintiff's Exhibit No. 35
 7                        marked for identification.)
 8   BY MS. BRILLET:
 9        Q    Do you recognize this document?
10        A    No, I do not.
11        Q    Okay.
12             Would you look --
13             I guess look towards the bottom third of the
14   document under the column "Model Feature."
15        A    Okay.
16        Q    There is a notation of "1191NLC-0000"?
17        A    You are correct.
18        Q    Do you know what those are underneath the
19   model numbers?
20        A    I can look at the product name and tell you
21   what it is.
22        Q    Okay.
23        A    Would you like me to read the product name?
24        Q    So the model number just goes along with
25   whatever the product name is?
```

107

A0404

A0405

MICHAEL MELNICK                              09/19/07

```
1        A      That's my understanding.

2        Q      Okay.   Thank you.

3        A      I'm not sure how they constructed this

4   particular piece of information, so...

5        Q      Okay.

6               I'm looking at the seventh from the bottom,

7   and it has the model number "1191NLC-SENT."

8               What does that mean?  It has "SENT" after --

9   what does the "SENT" stand for?

10       A      I don't know if that's an acronym for anything

11  at all.  It might be something that they just made up.

12  I'm not sure what "SENT" means.

13              MS. BRILLET:  Okay.  36.

14                      (Plaintiff's Exhibit No. 36

15                      marked for identification.)

16  BY MS. BRILLET:

17       Q      Do you recognize this document?

18       A      No, I do not.

19       Q      Would you review it, please?

20       A      Okay.

21       Q      Would you read the title for this document?

22       A      "StorageTek Price List for New York State

23  Systems and Peripherals Hardware and Software (Storage)

24  Contract."

25       Q      Okay.
```

A0405

```
1              Would you look towards the, say, bottom
2      quarter of this document under "Description" and "Part
3      Number."
4              And you see that under "Part Number," it has
5      again the "1191NLC-" and then four characters?
6      A    Uh-huh.
7      Q    Okay.
8              And are these the same ones that were in
9      previous Exhibit 35?  Do you recognize --
10     A    The description is the same.
11     Q    Yeah.  Okay.
12          MS. BRILLET:  Would you like to take a break?
13          THE WITNESS:  Up to you.  If you would like
14     to.
15          MS. BRILLET:  Yeah, let's take a break.
16                (Recess taken at 10:45 a.m.
17                 resumed at 10:55 a.m.)
18          THE WITNESS:  I just want to make a
19     clarification on this "SENT" part number and description
20     is that while I don't understand what the "SENT" is for,
21     I am aware that it's for unlimited clients, as well as
22     these others where there are multiple clients.
23              I just wanted that to be understood, that I
24     don't know what the "SENT" is for, but I understand the
25     intent of the license themselves.
```

109

```
1    BY MS. BRILLET:
2         Q    You understand, you said, the intent of the
3    license?
4         A    Of what they were selling, yes.
5         Q    Okay.  Thank you.
6              Okay.  I will hand you Exhibit 37.
7                        (Plaintiff's Exhibit No. 37
8                         marked for identification.)
9    BY MS. BRILLET:
10        Q    Take a moment to look at that E-mail, please.
11        A    Okay.
12        Q    Okay.
13             It's a string --
14             It's an E-mail string.  The first part of
15   this --
16             Actually, the second part of the string looks
17   like it's a string between Lisa Rady, you, Michael
18   Melnick, and Holly Wagner?
19        A    Right.
20             MR. PULGRAM:  Mischaracterizes the document.
21   BY MS. BRILLET:
22        Q    Okay.
23             I see Lisa Rady -- from Lisa Rady to Michael
24   Melnick on Tuesday, March 2nd, 2004; from Holly Wagner
25   to Lisa Rady and David McGovern on Tuesday, March 2nd,
```

110

MICHAEL MELNICK                                      09/19/07

```
 1    2004; and from Lisa Rady to Holly Wagner on Monday,
 2    March 1st, 2004.
 3              Do you see those three strings?
 4         A    I do.
 5         Q    Okay.
 6              And the original message that is from Holly
 7    Wagner to Lisa Rady says:
 8                   Hi, Holly.  Do you know or do
 9              you know who I could ask to find
10              out how many copies of the
11              LibAttach software has been sold?
12              I need a total number from the
13              first shipment until now.  Can you
14              help or point me in the right
15              direction?"
16              And Holly Wagner responded:
17                   "Here is a copy of a LibAttach
18              report.  Total number is 1,365."
19              Do you see that?
20         A    I do.
21         Q    Okay.
22              Then Lisa Rady sent you an E-mail on
23    March 2nd, 2004.  Would you please read the first
24    paragraph of that E-mail?
25         A    Certainly.
```

A0409

MICHAEL MELNICK

```
 1              "I have just found out a bit
 2          more about LibAttach and Netbula.
 3          Below is a report from SMD on the
 4          number of LibAttach software we
 5          have sold.  As you can see, we have
 6          exceeded the 1,000 distributions
 7          that we had right to with Netbula.
 8          I just inherited this program, so
 9          don't shoot the messenger.  I think
10          it is obvious that engineering has
11          not and did not monitor the
12          distributions on this product.  Now
13          that I own this product, I do not
14          want engineering responsible for
15          monitoring the distributions.  We
16          need to come up with some process
17          where SMD may be able to provide
18          reports similar to that below on
19          how many -- on how many LibAttach
20          softwares are being sold."
21     Q    Okay.  Thank you.
22          Who is David McGovern?
23     A    David McGovern?
24     Q    He's included in the string of E-mails.
25     A    He is.  I'm not sure.
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0409

MICHAEL MELNICK                                09/19/07

1           MS. BRILLET:  38.

2                         (Plaintiff's Exhibit No. 38

3                         marked for identification.)

4    BY MS. BRILLET:

5         Q     Would you take a moment to review this string,

6    please?

7              This is a -- original E-mail is from Tracy

8    Gagnon to Michael Melnick on Thursday, June 21st, 2001.

9    There is a second E-mail that says "Original Message"

10   once again from Michael Melnick to Tracy Gagnon, sent on

11   September 6th, 2002.  Another one says "Original

12   Message" from Tracy Gagnon to Michael Melnick on

13   September 9th, 2002.

14        A     Didn't we already look at this one or is this

15   just someone who responded much later?  I think we -- of

16   course, it could be a lot of them were running together.

17        Q     No, this is a different one.

18        A     Is it?  Okay.

19        Q     Yes.

20        A     Okay.  Yes, I see this.

21        Q     Okay.

22              Would you please look at the Tuesday,

23   March 2nd, 2004 -- it's at the top of the first page --

24   and that first paragraph where it says:  "Hi, Mike.  It

25   looks like Tracy G...."

113

MICHAEL MELNICK

```
 1        A     Uh-huh.

 2        Q     Okay.

 3              Look six lines down.  In the middle is a

 4  sentence that begins:  "I have a CD...."

 5        A     Yes.

 6        Q     Would you read that sentence, please?

 7        A     Certainly.

 8                   "I have a CD in my hand called

 9              'Netbula ONC RPC for win32

10              Development Tool Kit' licensed to

11              StorageTek (1605) eight developers,

12              1,000 runtime."

13              Do you want me to read the rest of that

14  sentence?

15        Q     Please.

16        A     (Reading)

17                   "Inside the CD was the receipt

18              that included the PO number,

19              CCOL122576, your name as the buyer,

20              and a date of 3/24/2000.  That is

21              all I know."

22        Q     Thank you.  Okay.

23              Now, in the bottom half of the document under

24  "Original Message" where it says, "From Michael Melnick

25  to Lisa Rady, March 2nd, 2004," would you please read
```

MICHAEL MELNICK

1    the E-mail that you sent to Lisa?

2         A    I'm sure I read this once before, but I can

3    read it again if you would like.

4         Q    Thank you.

5         A    (Reading)

6              "Lisa, I can get a quote, but

7              original purchaser relayed the

8              following information below to me

9              in 2002.  'The agreement is

10             specific to platform (Win NT and

11             95/98 platform.)  Types of Netbula

12             software (PowerRPC SDK)" --

13             We have talked about this before, because it

14    says, "This concerns me greatly," and I'm saying that we

15    have already discussed this one particular piece right

16    here.

17             MS. BRILLET:  Okay.  39.

18                  (Plaintiff's Exhibit No. 39

19                  marked for identification.)

20             MR. PULGRAM:  Can we go off the record?

21             (Discussion held off record.)

22    BY MS. BRILLET:

23         Q    You have before you Exhibit 39?

24         A    I sure do.

25         Q    Okay.

```
 1             Would you please take a moment to look at

 2    that?

 3             Do you recognize this E-mail?

 4        A    Yeah.  Yes.  Excuse me.

 5        Q    Okay.

 6             Would you please --

 7             There is --

 8             At the very bottom of the first page, there is

 9    an E-mail from Lisa Rady to Janet Rooney, cc Terry

10    Schmitt and Michael Abramovitz.

11             Would you please read that paragraph, please?

12        A    Certainly.

13                 "Janet, Tom, below is the

14                 number of LibAttach sold from SMD.

15                 As you can see, we have exceeded

16                 our 1,000 distributions of Netbula,

17                 so that is one issue.

18                 "Next, it is obvious that we

19                 will need to purchase the rights to

20                 distribute more.  Mike Melnick said

21                 they sell in 1,000 increments at

22                 $6,000 per 1,000 distributions."

23        Q    Thank you.

24             Could you also look at the first page, the

25    E-mail from Lisa Rady to Janet Rooney and cc to you,
```

116

A0414

MICHAEL MELNICK                                        09/19/07

```
 1    Michael Melnick.   Would you read the third sentence in
 2    that E-mail?
 3         A    I'm sorry, which one?
 4         Q    The third sentence.
 5         A    From which E-mail?
 6         Q    The very top one:  "The CD you gave...."
 7         A    Oh, okay.
 8                   "The CD you gave me was for
 9              Windows NT, 95, 98.  Do we need to
10              request a more current windows
11              version?"
12         Q    Thank you.
13              What is "SMD"?
14         A    Software manufacturing and distribution.
15              MS. BRILLET:  Okay.  40.
16                        (Plaintiff's Exhibit No. 40
17                        marked for identification.)
18    BY MS. BRILLET:
19         Q    Do you recognize this as an E-mail being sent
20    by you on March 3rd, 2004?
21         A    Yes.
22         Q    Okay.
23              Would you please read your E-mail from
24    March 2nd, 2004?  Just that first paragraph.
25         A    Yes.
```

117

A0414

MICHAEL MELNICK

1          "Could you provide me with the

2          StorageTek sales representative or,

3          if possible, give me a quote on

4          distributing an additional 1000

5          units of RPC?  The platform used

6          will need to be Windows 2003."

7     Q    Thank you.

8          Why did StorageTek ask for the additional

9  licenses for Windows 2003?

10    A    We weren't asking for it.  What we were

11  asking, the quote we were getting was -- I believe at

12  the same time was for the new development license for

13  2003.  In addition to that, we were asking for an --

14  additional licenses to distribute.

15    Q    So you wanted an additional 1,000 units of RPC

16  plus something for Windows 2003?

17    A    Back somewhere in the E-mail records, you'll

18  find that I had asked for a quote.  And that's when the

19  new agreement came about of doing the Windows 2003

20  platform, which was what we were looking to develop on.

21         At the same time as looking to do that, we

22  were asking for an additional 1,000 distribution

23  licenses.

24    Q    So you would have had them for two platforms?

25    A    We would have had them --

118

A0416

MICHAEL MELNICK                                          09/19/07

```
 1              MR. FULGRAM:  Vague.

 2              THE WITNESS:  -- for all platforms -- I'm

 3     sorry.

 4              We would have had them for all the platforms

 5     listed in the contract.

 6     BY MS. BRILLET:

 7         Q    Okay.

 8              So in this E-mail where you ask for an

 9     additional 1,000 units of RPC and this says, "The

10     platform used will need to be Windows 2003," for this

11     additional 1,000, it was just for Windows 2003?

12         A    No.  No.  We were looking for a development

13     license for the 2003 and additional 1,000 licenses to

14     distribute on any platform.

15         Q    Okay.

16              Where does it state that it will be for any

17     platform?  And I don't see anything about developer

18     license on here.

19         A    It does not say that in here.

20         Q    So how do you know this was for a developer

21     license?

22         A    Personal knowledge from the E-mails that we

23     have got before, that I knew that's what we were going

24     out and --

25              This was right before we did the new 2004
```

A0416

MICHAEL MELNICK

1  contract or the amended/extended 2004 contract where we

2  added the platforms.

3       Q    So although this says distributing the 1,000

4  units, it's actually for developing?  It's actually for

5  a developer's license?

6            MR. PULGRAM:  Mischaracterizes the witness's

7  testimony.

8  BY MS. BRILLET:

9       Q    I'm sorry, what did I get wrong?

10      A    What we did is we were asking for a quote on a

11  development license for the 2003 platform, as well as an

12  additional thousand distribution units, period.

13      Q    Thank you.

14           Did you inform Netbula that StorageTek had

15  been distributing the PowerRPC runtime?

16           MR. PULGRAM:  Vague.

17  BY MS. BRILLET:

18      Q    Was StorageTek distributing the PowerRPC

19  runtime at the time of this E-mail?

20      A    I believe that they were doing the RPC ONC.

21      Q    Did you inform Netbula of this fact?

22           MR. PULGRAM:  Vague as to time.

23  BY MS. BRILLET:

24      Q    At this time.

25      A    I don't believe I was asked.

MICHAEL MELNICK                                09/19/07

```
 1       Q     During the time of this E-mail, did you inform
 2   Netbula that StorageTek had exceeded the 1,000-unit
 3   limit?
 4       A     No, I did not, as I was placing an additional
 5   thousand units that was to cover what we had exceeded,
 6   as well as going forward.
 7       Q     You didn't think it was necessary to tell them
 8   that you had exceeded the 1,000, just to buy another --
 9       A     We were paying for the distribution license,
10   so I was following the rules of the contract.
11       Q     Under the contract, there was nothing that you
12   had to notify them of exceeding the limit?
13       A     I had to notify them -- and I can look at the
14   contract and go through that if you like.
15       Q     But you don't recall having to tell them --
16       A     There was nothing specific in there that says
17   that I have to contact them and let them know.  It says
18   that I have to pay for licenses used.
19       Q     Thank you.
20             MS. BRILLET:  That is 41.
21                       (Plaintiff's Exhibit No. 41
22                       marked for identification.)
23   BY MS. BRILLET:
24       Q     Do you have Exhibit 41 before you?
25             Do you recognize this E-mail?
```

121

1       A       Yep.  It's Sales@Netbula's response from John

2   Young.

3       Q       Okay.

4               Would you please read that first paragraph?

5       A       (Reading)

6                   "Michael, the original

7               agreement covers Windows NT/98/95

8               only, but we are going to honor the

9               $5,096 price for 1,000 client

10              licenses for Windows 2003 server

11              this time."

12      Q       Okay.

13              Did StorageTek and Netbula agree that the year

14  2000 license was for NT, 98 and 95?

15              MR. PULGRAM:  Vague.

16              THE WITNESS:  Are you talking for development

17  or distribution?

18  BY MS. BRILLET:

19      Q       I'm sorry?

20      A       He said, "Vague."

21      Q       Oh, okay.

22      A       And I said are you talking about the

23  development license or the distribution license?

24      Q       Either.

25      A       The development license was specific to these

1    platforms.  The distribution license, there was no

2    exclusions.

3                MS. BRILLET:  Okay.  42.

4                          (Plaintiff's Exhibit No. 42

5                          marked for identification.)

6    BY MS. BRILLET:

7        Q    Take a moment to look at this E-mail, please.

8        A    Okay.

9        Q    Okay.

10            According to this E-mail, is Lisa Rady stating

11   that StorageTek might need to purchase a new SDK?

12       A    That's what she's stating, yes.

13       Q    Okay.

14            Who is Thomas Murray?

15       A    Tom Murray is an engineering manager who

16   actually took over a lot of this when someone went on

17   medical leave.  So he's an engineering manager,

18   basically.

19       Q    Is he still with Sun?

20       A    Yes, he is.

21       Q    Who is Janet Rooney?

22       A    Janet Rooney was the person who was the

23   program manager in engineering that went on medical

24   leave and subsequently left, and Tom Murray took her

25   place.

123

A0421

MICHAEL MELNICK                                    09/19/07

1              (Whereupon, the following

2         portion of the transcript was

3         deemed confidential and bound

4         separately.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

A0421

```
 1                    (Plaintiff's Exhibit No. 44
 2                    marked for identification.)
 3   BY MS. BRILLET:
 4        Q    Do you recognize this E-mail, Mr. Melnick?
 5        A    Yes, I do.
 6        Q    Okay.
 7             This is an E-mail where Netbula is asking
 8   whether StorageTek uses RPC for server or client; is
 9   that correct?
10        A    That's what the first sentence says, yes,
11   first question is.
12             MS. BRILLET:  Okay.  45.
13                    (Plaintiff's Exhibit No. 45
14                    marked for identification.)
15   BY MS. BRILLET:
16        Q    Do you recognize these E-mails?
17        A    Yes.
18        Q    What is the general substance of this E-mail?
19   What's the subject?
20        A    My take on that is it's a question on how the
21   RPC works from a client server side.
22        Q    Okay.
23             I see on here from Terry Schmitt to you, it
24   says:
25                    "We use both sides.  We make
```

```
 1                RPC calls from our application and
 2                depend on PowerRPC to do the work."
 3      A    That's what his response was, yes.
 4           MS. BRILLET:  46.
 5                     (Plaintiff's Exhibit No. 46
 6                     marked for identification.)
 7  BY MS. BRILLET:
 8      Q    I'm sorry, I have another question for 45.
 9      A    Okay.
10      Q    In the middle of the first page where it says,
11  "Mike" -- this is from Sales@Netbula to Mike Melnick.
12  It says:
13                "Mike, there are two sides in
14           RPC.  An RPC server is an
15           application that runs the RPC
16           server loop to serve RPC calls and
17           RPC client is an application that
18           calls the functions on the server."
19           And you say:  "We use both sides."
20           So you used the RPC server and the RPC -- at
21  that time, you used the RPC server and the RPC client?
22           MR. PULGRAM:  Objection; mischaracterizes the
23  document, assumes facts not in evidence, and is without
24  foundation.
25
```

MICHAEL MELNICK                                    09/19/07

```
 1    BY MS. BRILLET:

 2         Q     Okay.

 3               Do you feel I misread this document?

 4         A     Do I feel you misread the document?

 5         Q     Did I misspeak on this document?

 6         A     He thinks so.

 7         Q     Okay.

 8               I'm looking at the document.  "From

 9    Sales@Netbula.com to Michael Melnick."

10         A     Okay.

11         Q     (Reading)

12                   "Mike, there are two sides in

13               RPC.  An RPC server is an

14               application that runs the RPC

15               server loop to serve RPC calls...."

16               Is that correct?

17         A     That is --

18               MR. PULGRAM:  Are you asking whether that

19    correctly recites the document?

20               MS. BRILLET:  Yes.

21               MR. PULGRAM:  You may answer.

22    BY MS. BRILLET:

23         Q     Is that what you see here in this E-mail?

24         A     That's what I see here, yes.

25         Q     (Reading)
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0424

MICHAEL MELNICK                                      09/19/07

1                    "...and RPC client is an

2              application that calls the

3              functions on the server."

4              Do you see that in this document?

5        A     I do.

6        Q     Okay.

7              Do you see --

8              Now, just above that, there is from you to

9    Terry Schmitt on March 12th, says:

10                   "Terry:  Here is their take on

11             the differences.  Let me know where

12             we fall."  Then it says, "MM."

13             And then Terry wrote to you:

14                   "We use both sides.  We make

15             RPC calls from our application and

16             depend on PowerRPC to do the work."

17             Does --

18             At this time, did StorageTek use the RPC

19   server and the RPC client?

20             MR. PULGRAM:  No foundation.

21             THE WITNESS:  I'm not aware specifically of

22   how that particular product works, so I do not know.

23   BY MS. BRILLET:

24        Q     Okay.

25             On the E-mail from Terry Schmitt, it says:

MICHAEL MELNICK                                     09/19/07

1    "We use both sides."

2              So what did that mean?

3              MR. PULGRAM:  No foundation.

4              THE WITNESS:  I'd have to understand what

5    Terry was talking about.

6    BY MS. BRILLET:

7         Q    Well, I see the E-mail from Netbula says,

8    "There are two sides," and it says the two sides are the

9    RPC server and the RPC client, and then Terry Schmitt

10   says, "We use both sides."

11        A    Uh-huh.

12        Q    Do you see that?

13        A    I do see that, yes.

14        Q    Let's go to 46.

15             And the E-mail string in the middle from

16   Thomas Murray, sent March 15th, 2004 to Jeffrey

17   McGonigle, cc'd to you, Michael Melnick, Thomas Murray,

18   Lisa Rady, and Russell Kennedy.  The subject is:

19   "LibAttach Update."

20             Who is Jeffrey McGonigle?

21        A    Jeffrey McGonigle is the financial person in

22   engineering that has to approve all purchase

23   requisitions.

24        Q    In this E-mail, it says:

25                  "We either need to increase

135

1          the Netbula license or put a stop

2          ship on the LibAttach product,

3          because we have shipped LibAttach

4          copies up to the limit of the

5          current Netbula license.  Netbula

6          is embedded in our LibAttach

7          product."

8          Do you see that?

9    A     I do.

10   Q     And that's signed from Tom?

11   A     It is.

12   Q     And that refers to Thomas Murray?

13   A     It does.

14   Q     Okay.

15         What is the stop ship?

16   A     What Tom was saying, Tom is making some

17   inferences here on something that he wasn't involved in

18   and doesn't know.

19         He had no idea what the Netbula license read,

20   so for him to say that he had to put a stop ship on,

21   what he was saying is he was telling finance, "We're

22   going to have to stop shipping this product unless you

23   sign this thing."  He was going to finance.

24         Because I had a piece of paper on my desk to

25   purchase this product and I had no account number to do

A0428

MICHAEL MELNICK                                    09/19/07

```
1    it with.  So basically, he was saying, "You're holding
2    us up.  You're holding up manufacturing and development,
3    because you are not getting Mike this information."
4              So he was basically --
5              I'm going a little too fast, aren't I?
6              He was basically trying to light a fire under
7    the finance people.
8         Q    Is Tom McGonigle still with the company?
9         A    That would be Jeff McGonigle, and I do not
10   know if Jeff is still there or not.
11        Q    Okay.
12             Is Thomas Murray still with Sun?
13        A    Yes.
14             MS. BRILLET:  47.
15                       (Plaintiff's Exhibit No. 47
16                       marked for identification.)
17   BY MS. BRILLET:
18        Q    Do you recognize this document?
19        A    Yes.
20        Q    Who is Carmel Gill?
21        A    Carmel Gill is -- was an attorney for
22   StorageTek.
23             Where do you see that?
24        Q    In the header, first page.
25        A    Oh, these are -- she works in legal for
```

137

A0428

1    StorageTek, or did work in legal.

2        Q    Okay.

3             Would you look at the very bottom of the

4    third-to-the-last page where it says "Exhibit A"?

5             Do you see that page?

6        A    I do.

7        Q    Okay.

8             Would you read that last sentence?

9        A    The one in parentheses?

10       Q    The one that's underlined.

11       A    (Reading)

12               "I have to trust you on this,

13           as I do not know if this changes

14           for the" -- and I put a "for" there

15           which shouldn't be there --

16           "platform we will be using."

17       Q    Again, this was underlined, so this is

18   something you added?

19       A    It was -- I was looking for clarification with

20   whoever it was on this particular one, whether it was

21   John or Don or whomever, about understanding what comes

22   in the SDK.

23       Q    Okay.

24       A    Because I didn't know specifically what came

25   in the SDK.  It was listed at here and I asked John to

138

MICHAEL MELNICK

1    make sure that this was correct, basically, is what I

2    was asking.

3        Q    Okay.

4            So does this indicate that you intended the

5    agreement for new software for the new platform?  Is

6    this for a new platform?

7        A    This was to add platforms.

8        Q    Okay.

9            Which platforms?

10       A    It was to -- what does it say?  Should be

11   right there on the front.

12           Yeah, the ones that are underlined.  "Server

13   2003."  I believe it also added ME, 2K, and XP, because

14   originally it was NT, 95 and 98.

15       Q    Okay.

16           Can you turn to the last page of this exhibit?

17       A    Exhibit C?

18       Q    Yes, please.

19       A    Uh-huh.

20       Q    Okay.

21           Do you see where the changes are indicated --

22       A    I do.

23       Q    -- in the right corner?

24           And do you see where there is an underline of

25   $5,096?

139

A0431

MICHAEL MELNICK                        09/19/07

```
 1        A    Uh-huh.
 2        Q    And do you see the line that goes from there
 3   to the right?
 4        A    I do.
 5        Q    What's in that comment box?
 6        A    It says, "Deleted, 18,000."
 7        Q    Do you see where it says -- right under that,
 8   the next line where it says, "60 days"?  Do you see how
 9   the "60" is underlined?
10        A    "60 days after receipt," yes.
11        Q    And do you see the comment that goes along
12   with that?
13        A    Yes.
14        Q    What is that comment?
15        A    It says:
16                  "Deleted: any one-time fee of
17             $800 for the right to distribute up
18             to one unit of ONC RPC server
19             runtime license for the supporting
20             programs 30."
21        Q    Thank you.
22        A    And keeping in mind that this is not the final
23   document --
24        Q    Okay.
25        A    -- and there is limits to negotiation.
```

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0431

1              MS. BRILLET:  This is 48.

2                     (Plaintiff's Exhibit No. 48

3                     marked for identification.)

4    BY MS. BRILLET:

5       Q    Do you recognize this document?

6       A    So far.

7       Q    I'll give you a moment to look through it.

8       A    Thank you.

9            Okay.

10      Q    Okay.

11           Do you know who was supposed to be the

12   recipient of this fax?

13      A    Someone named John that I was working with.

14      Q    What's the last name listed on this document?

15      A    The last --

16      Q    The last name?

17      A    John Young, Y-O-U-N-G.

18      Q    Okay.  Thank you.  Looked like "Yang."

19      A    No.  Obviously, I have great handwriting.

20      Q    Okay.

21           Please look at page 4, paragraph 7, where it

22   says:  "Governing Law/Arbitration."

23      A    Uh-huh.

24      Q    Would you read that first part of that

25   sentence?

MICHAEL MELNICK

1      A      You want me to just read the first part or the

2  whole paragraph?

3      Q      Up to the comma.

4      A      (Reading)

5             "Governing Law/Arbitration.

6             This agreement will be governed by

7             the laws of the State of

8             California."

9      Q      Okay.   Thank you.

10            And if you look towards the end of this

11  document, these last two pages?

12     A      The exhibits?

13     Q      Yes, please, last two pages of the exhibit.

14     A      Oh, you're talking about the purchase order?

15     Q      Yes.

16     A      Okay.

17     Q      That's a correct purchase order?

18     A      Appears to be.

19            MS. BRILLET:   Okay.   49.

20                  (Plaintiff's Exhibit No. 49

21                  marked for identification.)

22            MR. EISEMAN:   This is the one you said you

23  were going to have Mr. Yue leave the room.

24            MS. BRILLET:   Yes.

25                  (Whereupon, Mr. Yue left the

A0434

MICHAEL MELNICK                          09/19/07

```
 1                       conference room.)
 2           MR. PULGRAM:  So we are back in the AEO part
 3  of this.
 4           MS. BRILLET:  Well, I want you to look at it
 5  to make sure, because he had to make some changes last
 6  time.
 7           MR. PULGRAM:  Now, this is appropriately AEO.
 8           MS. BRILLET:  Okay.
 9                       (Whereupon, the following
10                       portion of the transcript was
11                       deemed confidential and bound
12                       separately.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

143

A0434

MICHAEL MELNICK                              09/19/07

```
1                    (Plaintiff's Exhibit No. 50
2                    marked for identification).
3   BY MS. BRILLET:
4        Q    Do you recognize this document?
5        A    Yes, I do.
6        Q    Appears to be an E-mail from you to
7   Sales@Netbula, October 26, 2004?
8        A    To John, yes.
9        Q    Did you send this E-mail?
10       A    I did.
11       Q    Would you please read your E-mail?
12       A    Says:
13             "I'll check, but as it took
14             two years for me -- took two years
15             to go through the first 1,000
16             licenses, I doubt we have gone
17             through the thousand we just
18             purchased in March.  Give me a
19             couple of days to pull it
20             together."
21       Q    Did StorageTek provide a report for this audit
22   request?
23       A    We did not provide a report specifically, but
24   as we checked later, we found that we hadn't gone
25   through the first 2,000 licenses until later into 2004.
```

147

**MICHAEL MELNICK**          09/19/07

1      Q     Did you then provide a report?

2      A     We provided a report for the first time that

3 John asked after that.

4      Q     When was that?

5      A     I don't recall the date. There were a number

6 of requests. I don't remember the specific dates for

7 those requests.

8      Q     Do you recall a general time?

9      A     No.

10     Q     Do you think it would have been in January?

11     A     Of 2004?

12     Q     Yes.

13     A     Could have been --

14     Q     Do you recall the year that you provided the

15 report?

16     A     2005.

17     Q     Was it the first half or second --

18     A     First part of the year.

19     Q     Okay.

20       So it was between January and June of 2005

21 that you provided it?

22     A     It could have been.

23     Q     That's the first half of the year.

24     A     Yeah. Well, it could have been. Without

25 looking at the documents, I don't know specifically when

148

MICHAEL MELNICK                                    09/19/07

1    I sent those.

2              MS. BRILLET:   51.

3                        (Plaintiff's Exhibit No. 51

4                        marked for identification.)

5    BY MS. BRILLET:

6         Q    Do you recognize this document?  This is a

7    two-string E-mail between Sales@Netbula and Michael

8    Melnick.

9              Did you send this E-mail dated June 16th, 2005

10   to Sales@Netbula?

11        A    I did.

12        Q    Would you please read this E-mail starting at

13   the second paragraph, "I'll check on..."?

14        A    Certainly.

15                  "I'll check on the usage as a

16                  courtesy, as the agreement does not

17                  obligate us to do so.  That being

18                  said, we do keep close watch on the

19                  usage, so I should be able to get

20                  it."

21        Q    Continue, please.  Would you continue, please?

22        A    Oh, I'm sorry.

23                  "As far as Sun, it should be

24                  completed by the end of the summer.

25                  As they have said, as they have

149

MICHAEL MELNICK                          09/19/07

```
1              just put the integration/transition

2              teams together, we will not have

3              that information for a while.

4              Assuming I stick I think that the

5              acquisition will be a good thing.

6              The only thing that you and I may

7              have to do is to allow assignment

8              of the agreement to Sun.  The

9              agreement calls for your approval.

10             I assume that you would --" and it

11             says "sallow," but it should be

12             "allow this.  If you did not, the

13             agreement will be terminated."

14     Q     Okay.   Thank you.

15             Did StorageTek ask Netbula for authorization

16  to transfer the license to Sun?

17     A     I think I answered that question early on.

18  I'm not aware of that being done.

19     Q     Earlier, you testified that you sent the

20  report and it was in 2005, you're not exactly sure when.

21             Were there any reports before that 2005 report

22  that you sent to Netbula?

23     A     I don't recall time frames for reports, quite

24  honestly.

25     Q     Was that the first report that you sent to
```

150

MICHAEL MELNICK                                          09/19/07

1    Netbula?

2         A    First report I sent was, I think, that -- when

3    we started the license discussion issues that started

4    this whole thing.

5         Q    Approximately when was that?

6         A    It was the summer of 2005, I believe.

7         Q    So that's after the report that I asked you

8    about.  You said --

9              Before, you said it was 2005, the first part

10   of the year, the first half, but the summer would have

11   been closer to the second half.

12             So there was something before the summertime?

13        A    Not that I recall.  I'm just saying -- I'm

14   going to say that I don't honestly know when those

15   reports were sent.

16        Q    But how many reports did you send?

17             MR. PULGRAM:  Vague as to time.

18             THE WITNESS:  As many as was requested.

19   BY MS. BRILLET:

20        Q    Did you send any reports to Netbula in 2004?

21        A    Not that I recall.

22        Q    Did you send any reports to Netbula in 2003?

23        A    Not that I recall.

24        Q    Did you send any reports to Netbula in 2001?

25        A    There was a report that we sent that was in

MICHAEL MELNICK                                09/19/07

1    the E-mails, was via E-mail, the 170 units for the

2    REELs.

3          Q    Thank you.

4               MS. BRILLET:  52.

5                         (Plaintiff's Exhibit No. 52

6                         marked for identification.)

7    BY MS. BRILLET:

8          Q    Do you recognize this document?  This is a

9    string of E-mails from June of 2005.

10         A    I do.

11         Q    Okay.

12              In the middle or just above the middle, there

13   is an E-mail from you to Michael Abramovitz, Lisa Rady,

14   and Michael Williams --

15         A    Uh-huh.

16         Q    -- Thomas Murray, cc to Holly Wagner.

17         A    Correct.

18         Q    Would you read that first paragraph, please?

19         A    (Reading)

20                   "The number that Holly has

21                   provided and thought it may be low

22                   causes quite a problem for you.  We

23                   have only made two purchases for

24                   the rights to distribute a total of

25                   2,000 licenses."

A0441

MICHAEL MELNICK

1        Q     Thank you.

2              Who is Michael Williams?

3        A     Michael Williams became the manager of that

4    particular group.

5        Q     Is he still with Sun?

6        A     I believe he is, yes.

7        Q     Okay.

8              The E-mail at the bottom of the first page

9    from Holly Wagner to Michael Melnick, Michael

10   Abramovitz, Lisa Rady, and Michael Williams, the subject

11   is "Netbula."  It's from June 20th, 2005, and it says:

12              "The SAP query I ran this

13              morning shows 2,386 models shipped.

14              This number is low due to the fact

15              that the query does not have the

16              capability of pulling the client

17              feature quantities that were

18              released in November of last year."

19              Was this query ever corrected?

20       A     We went back and looked at it and pulled the

21   query based on those 1191 product numbers and actually

22   went back on -- like the ones that were unlimited, went

23   back to the customers for the two that we sold to them

24   and verified what their counts were.  So yes.

25       Q     Did you provide this information to Netbula?

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

A0441

1           THE WITNESS:  Can I ask a question of you?

2           MR. PULGRAM:  He's got a question about

3      privilege.

4           MS. BRILLET:  Sure.  Okay.  We can go off

5      record for a moment.

6                (Discussion held off record.)

7           THE WITNESS:  So the answer to your question

8      is yes, we did, in the contents of settlement

9      discussions.

10     BY MS. BRILLET:

11          Q    Did you say that you sold unlimited licenses,

12     two unlimited licenses?

13          A    We had sold two product numbers that were

14     listed as unlimited licenses, and those are the ones

15     that we went to and found out that there were actually

16     just the two, capped them at a certain amount, and added

17     those quantities into that quantity or that amount that

18     was given.

19          Q    What amount did you cap them at?

20          A    The amount was -- I believe it was 500.  I'm

21     not exactly sure what that count was.

22          Q    To whom were they sold?

23          A    Pardon me?

24          Q    To whom were they sold?

25          A    I don't recall who the customers were.  It was

154

MICHAEL MELNICK                                    09/19/07

```
 1   in that settlement agreement --
 2       Q    Okay.
 3       A    -- or that settlement discussion.
 4            MS. BRILLET:  53.
 5                    (Plaintiff's Exhibit No. 53
 6                    marked for identification.)
 7   BY MS. BRILLET:
 8       Q    Do you recognize this document?
 9       A    I sure do.
10       Q    Okay.
11            These are E-mails between Sales@Netbula and
12   Michael Melnick, June 15th, 2005 and July 7th, 2005.
13            Would you please read the E-mail that you sent
14   to Sales@Netbula on July 7th, 2005?
15       A    Certainly.
16                "We would like to get a quote
17            on having an unlimited distribution
18            model.  Is this available?
19            Tracking usage is becoming
20            burdensome and we want to ensure
21            that we continue to be in
22            compliance."
23       Q    Thank you.
24       A    "Let me know.  Thanks."
25       Q    Were there other communications about
```

A0444

MICHAEL MELNICK                                    09/19/07

```
 1    unlimited license with Netbula before the sending of
 2    this E-mail?
 3         A    No.  This was done to try to fix the problem
 4    that we had, try to come to some middle ground.
 5         Q    Okay.
 6              MS. BRILLET:  This is 54.
 7                      (Plaintiff's Exhibit No. 54
 8                      marked for identification.)
 9    BY MS. BRILLET:
10         Q    Do you recognize this string of E-mails
11    between you and Sales@Netbula.com?
12         A    Between me and John, yes.
13         Q    And the E-mail says:  "To Sales@Netbula.com"?
14         A    Yes, it does.
15         Q    Okay.
16              There is an E-mail that you sent to
17    Sales@Netbula.com on July 11th, 2005, and that's the one
18    that starts just below the middle of the page on the
19    first page.
20         A    Okay.
21         Q    Would you read that first paragraph?
22         A    (Reading)
23              "John, I think you'll need to
24              point that audit clause to me in
25              the agreement that was signed
```

A0444

1          between the parties on 3/12/04 by

2          Don Yue and I.  There is nothing in

3          the agreement that allows any kind

4          of audit, nor was there one in the

5          previous agreement.  We would love

6          to pay you on a royalty basis -- a

7          royalty 'as we use basis,' but when

8          this was requested, we were

9          reminded that this was not your

10          model and that we must prepay."

11     Q     Thank you.

12          Did you ever tell Netbula that you were

13  selling unlimited licenses?

14          MR. PULGRAM:  Vague as to time.

15  BY MS. BRILLET:

16     Q     In 2005, did you tell Netbula that you were

17  selling unlimited licenses?

18     A     I am not aware of that, no.

19     Q     In 2004, did you tell Netbula that you were

20  selling unlimited licenses?

21     A     Not that I'm aware of, no.

22     Q     In 2003, did you tell Netbula that you were

23  selling --

24     A     Not that I'm aware of.

25     Q     How about 2002?

157

1          A     We didn't actually even introduce the 2000 --

2     or the unlimited licenses until November of 2004 or '5.

3     I don't remember which year it was.

4          Q     Okay.

5                Did you make Netbula aware that you were

6     selling the unlimited licenses?

7          A     Not that I'm aware of, no.

8                MS. BRILLET:  55.

9                          (Plaintiff's Exhibit No. 55

10                          marked for identification.)

11    BY MS. BRILLET:

12         Q     Do you recognize this E-mail?

13         A     Yes.

14         Q     Okay.

15               Would you please read paragraph 3 in that

16    first page just above the half-point line?

17         A     The one to me?  So Number 3 of the first

18    E-mail?

19         Q     Yes, where it says:  "2004

20    Agreement--Inconsistency...."

21         A     (Reading)

22                    "2004 Agreement --

23                    Inconsistency in StorageTek's

24                    responses -- we felt that we were

25                    misled and were being taken

158

1       advantage of when signing the 2004
2       agreement.  We were told in 2002
3       the StorageTek product was
4       terminated and fewer than 200
5       licenses of the 1,000 were used
6       (with 800+ wasted), so when we were
7       contacted in 2004 about Netbula RPC
8       for Windows 2003, we were eager to
9       make it up to you by using the
10      original pricing, even though our
11      pricing model had been changed
12      since 2001.  The prices were raised
13      and made closer to the offerings of
14      other vendors (our prices are still
15      lower).  In 2004, our price for
16      Netbula RPC was $3500 if purchased
17      in blocks of 100, or 18,000 if
18      purchased in blocks of 1,000.
19      Going forward, we would like to
20      redo an agreement based on our
21      current licensing and pricing
22      models."
23   Q   Thank you.
24       MS. BRILLET:  56.
25               (Plaintiff's Exhibit No. 56

```
1                    marked for identification.)
2    BY MS. BRILLET:
3        Q    Do you recognize this document?  These are a
4    string of E-mails.
5        A    Yes, I do recognize this.
6        Q    Okay.
7             And the very middle of the first page is an
8    E-mail from Michael Abramovitz, sent on July 27th, 2005
9    to Michael Melnick, Lisa Rady, David Schenck (sic),
10   Michael Williams, Holly Wagner, Jay Nakagawa, regarding
11   Netbula.
12            Who is David -- I mean, sorry, Donald Schenck?
13       A    Donald Schenck was our program manager.
14       Q    Is he still with Sun?
15       A    I believe he is.
16       Q    Okay.
17            Who is Jay Nakagawa?
18       A    Marketing guy.
19       Q    Is he still with Sun?
20       A    Jay, I do not know if he is still with Sun or
21   not.
22       Q    Would you please read the content of that
23   E-mail?
24       A    Certainly.
25                "LibAttach 1.0 used the
```

MICHAEL MELNICK

```
 1              Distinct Portmapper.  Netbula's
 2              Portmapper has been in since 1.1.
 3              Netbula was chosen at the time
 4              because Distinct never called us
 5              back regarding upgrading versions
 6              and licensing and Netbula was
 7              already in-house as part of the
 8              REELs project.  The GA date for 1.1
 9              was October 31, 2000.  The GA date
10              for 1.2 was December 18th, 2003."
11      Q       Further, please.
12      A       (Reading)
13              "The Distinct Portmapper in
14              theory should work as well as
15              Netbula's.  They charge $1,495 for
16              a developer's license and $50 each
17              for runtime licenses."
18      Q       Thank you.  Okay.
19              Now, would you please look at the
20     second-to-the-last page.  The bottom half, there is an
21     E-mail from you to Michael Williams and Lisa Rady on
22     July 27th, 2005.
23      A       Okay.
24      Q       Would you please read that E-mail?
25      A       Certainly.
```

161

MICHAEL MELNICK                        09/19/07

```
 1                "Okay.  Now they are getting a
 2           little testy.  Did we ship any RPCs
 3           on Windows platform?  They want a
 4           detailed royalty report, including
 5           product names, platform
 6           information, version of Windows
 7           (month and year of deployment).  I
 8           think that they are thinking they
 9           have us over a barrel.  They claim
10           their new pricing is much higher
11           now.  I will work that."
12      Q    Did you provide that detailed royalty report,
13 including all of this information from this E-mail?
14      A    I did.
15      Q    Okay.
16           When did you provide that one?
17      A    I don't know what the day was.  It was shortly
18 after this.
19           MS. BRILLET:  Okay.  57.
20                    (Plaintiff's Exhibit No. 57
21                    marked for identification.)
22 BY MS. BRILLET:
23      Q    Do you recognize that E-mail?  Do you
24 recognize the E-mail string?
25      A    From the parts of it that I can actually read
```

```
1    and discern, yes.
2         Q    Did you actually send these E-mails?
3         A    This first one, definitely; the second one,
4    definitely.
5         Q    Are there any that you did not send that have
6    your name on them?
7              MR. PULGRAM:  Do you mean that have his name
8    shown as from?
9              MS. BRILLET:  Yes.
10             THE WITNESS:  Anything shown from me would
11   have been sent by me.
12             MS. BRILLET:  Thank you.
13             MR. PULGRAM:  I would note that there are
14   places that the E-mails are merged together and
15   difficult to decipher and difficult to determine who or
16   what was sent by which person.
17             MS. BRILLET:  Okay.  But the question was
18   anything that said that it was from Michael Melnick was,
19   in fact, sent by Michael Melnick.
20             MR. PULGRAM:  Right.  But the problem is that
21   when you get deep into the document and it has
22   formatting problems, there will be places that say
23   Melnick and you can't tell what it's about.
24             MS. BRILLET:  Understood.  This is the way
25   Defendants produced the document, so...
```

163

1            Okay.  This is 58.

2                    (Plaintiff's Exhibit No. 58

3                    marked for identification.)

4    BY MS. BRILLET:

5        Q    Do you recognize this string of E-mails?  I'll

6    give you a moment to look at them.

7        A    Yes, but the same comment, because this is one

8    of those E-mails where some of the allegations that were

9    put in here by John I responded to within his

10   allegation, and you can't tell the difference between

11   what I answered and what the actual statement was.

12       Q    Okay.

13           My question was:  Anything that states it was

14   sent from Michael Melnick, you sent it?

15       A    That would be a correct statement, yes.

16       Q    Thank you.

17           MR. PULGRAM:  I think subject to that

18   qualification that he gave, so that we're clear.

19           MS. BRILLET:  This document is exactly as

20   produced by Defendants.  There were no changes made to

21   it.

22           This is Exhibit 59.

23                    (Plaintiff's Exhibit No. 59

24                    marked for identification.)

25

164

MICHAEL MELNICK

1   BY MS. BRILLET:

2        Q     Do you recognize these documents?

3        A     I actually had never seen these before now,

4   but I was aware of them.

5        Q     Okay.

6              Can you tell from this letter how --

7              There was an amount on here for an enclosed

8   check of $22,480.  It's on the first page.

9        A     That?

10       Q     It's on the first page, on the letter.

11       A     Okay.

12       Q     The first sentence?

13       A     Uh-huh.

14       Q     Can you tell from this letter how that amount

15  was determined?

16       A     I know how it was determined.  It was all part

17  of the settlement discussions and the information that

18  we had put into that particular -- that letter was sent

19  previous to Don.

20             Can I tell you specifically how this number

21  came about?

22       Q     Yes.

23       A     I don't have the specifics on it.

24       Q     What can you tell me about how that number was

25  derived?

165

MICHAEL MELNICK

1    A    We came up --

2         MR. PULGRAM:  Asked and answered.

3         THE WITNESS:  Pardon me?

4         MR. PULGRAM:  I'm sorry, I said asked and

5    answered.  If you have further testimony, you can

6    provide it.

7         MS. BRILLET:  He indicated that he did.

8         THE WITNESS:  Okay.

9         We came up with the information as far as what

10   actually had been shipped up to that point, to the time

11   we stopped using it, and subtracted out the number of

12   units that we had already paid for to come up with this

13   total number of 3,492 that was actually distributed, and

14   then based that on the rate per the agreement that we

15   got for 4,492 copies, which is 4,496 per copy there.

16   That's how we came up with that.

17   BY MS. BRILLET:

18   Q    Did Ms. DeCecco offer to purchase five

19   1000paks to make up for this 4,492?

20   A    I'm not aware that she made any offer on that.

21   Q    Is this number a true count, 4,492?

22   A    That's my understanding.

23   Q    Did StorageTek prepay for the 4,492 licenses?

24   A    No.  Per the agreement, they didn't have to

25   prepay for those.

MICHAEL MELNICK

1      Q      Per the agreement, how was payment supposed to
2  be made?

3      A      The agreement was that we had to buy in blocks
4  of 1,000, but the distribution agreement says that we'd
5  pay for what we use and that we'll provide a purchase
6  order once -- and it gets paid once we get invoiced.

7           MS. BRILLET:  Okay.  I think this is a good
8  time to stop for lunch.

9           MR. PULGRAM:  Okay.

10                    (Lunch recess taken at 12:03

11                    p.m. - resumed at 1:06 p.m.)

12  BY MS. BRILLET:

13      Q      Okay.

14           Mr. Melnick, I will take you back, please, to
15  Exhibit Number 4.  It's an E-mail of February 7th,
16  2000 --

17      A      All right.

18      Q      -- from you to Sales@Netbula.

19           Do you have the E-mail that preceded this one
20  or the string that preceded this E-mail?

21      A      Not that I'm aware of, no.

22      Q      Was this part of a discussion over the
23  telephone and then you took it to E-mail?

24      A      You mean as far as talking to Netbula?

25      Q      Right, about this particular issue.

167

MICHAEL MELNICK                              09/19/07

1        A    I don't recall that I ever had a conversation

2    with Netbula on this.  This was probably after the

3    original purchase requisition was laid on my desk from

4    the engineering folks to start initiating discussion.

5        Q    Okay.  Thank you.

6             And earlier, you testified that StorageTek had

7    identified the Swedish Tax Board to Netbula.

8             Can you tell me when that was?

9        A    I'm sorry, I testified what?

10       Q    That StorageTek identified the Swedish Tax

11   Board to Netbula.  I showed you a spreadsheet and I

12   asked you if you had identified the Swedish Tax Board to

13   Netbula, and you stated that you had.

14       A    I think what I stated was that it was in the

15   accounting that was put together by Carmel Gill at one

16   point in time.  I think that's what I said.

17       Q    Instead of going back -- okay.

18            Did you identify the Swedish Tax Board to

19   Netbula?

20            MR. PULGRAM:  Vague and ambiguous.

21            THE WITNESS:  Within that document.

22   BY MS. BRILLET:

23       Q    Yes, you did?

24       A    Yes.

25       Q    Okay.

1              And when was this?

2        A     I don't know what the date was.

3        Q     Okay.

4              We discussed earlier about the prepaid

5   agreements and royalty agreements.

6        A     Uh-huh.

7        Q     And would you tell me the differences between

8   the two?  How do you begin a prepaid agreement?  How

9   does that -- just tell me from inception to end.

10             MR. PULGRAM:  I'm going to object as an

11  incomplete hypothetical and as vague, ambiguous, and

12  overbroad.

13             THE WITNESS:  Can you ask the question again?

14  BY MS. BRILLET:

15       Q     Sure.

16             We had discussed prepaid agreements and

17  royalty agreements with regards to one of the documents

18  in the exhibits, so I'm asking you:  How does a prepaid

19  agreement work?  How does StorageTek treat prepaid

20  agreements?

21             MR. PULGRAM:  And I've got the same

22  objections.

23             THE WITNESS:  StorageTek typically doesn't do

24  any prepaid agreements.

25             A prepaid agreement basically is you're going

MICHAEL MELNICK

1    to pay for everything you're going to do up front and

2    not do it on an ongoing basis.

3            That's -- in this particular case, what we did

4    was because we had to get started with the thousand

5    units, we paid for those thousand.  But beyond that, the

6    agreement for the distribution license is clear, is that

7    you pay for what you have used.

8            So for the first thousand, there was nothing

9    to pay for.  So beyond that, you pay for what you use.

10   BY MS. BRILLET:

11       Q    So it was --

12            The first thousand was prepay and then

13   anything after that was just based upon whatever usage

14   StorageTek had of the software?

15            MR. PULGRAM:  Objection; mischaracterizes the

16   testimony.

17   BY MS. BRILLET:

18       Q    Please correct my characterization.

19       A    Well, it's not a true prepay, in that it's --

20   you can call it a prepay because we paid for them up

21   front, but that wasn't in the spirit of what we thought

22   we were doing with the distribution license itself.

23       Q    What did you think you were doing with it?

24       A    Other than the first thousand to get us going?

25       Q    Yes.

170

1     A     That we were paying as we used them, just like
2  the agreement states.
3     Q     And in what increments were you making the
4  payments as you went?  Was it on a monthly basis?
5     A     No.  We were told to go in and because of --
6  the model is to do 1,000 at a time, so when we go in and
7  as we use X amount, we go in and, you know, then we
8  would buy a block of 1,000.
9     Q     Okay.
10         And how does StorageTek treat the royalty
11  agreements?
12         MR. PULGRAM:  Same objection; overbroad,
13  vague, hypothetical.
14         THE WITNESS:  What do you mean by "treat"?
15  BY MS. BRILLET:
16     Q     When you enter into a royalty agreement, do
17  you have a specific model of how you pay the royalties?
18  Do you pay them on an annual basis?  Do you pay them
19  every six months?
20         MR. PULGRAM:  Vague, ambiguous, overbroad.
21         Go ahead to the extent you can answer that
22  question.
23         THE WITNESS:  Yeah.
24         The process for StorageTek is to pay on a
25  quarterly basis for product used, and then the payments

171

MICHAEL MELNICK

```
 1    were set up to pay 45 days after the end of each
 2    quarter.  So it was done on a quarterly basis.
 3    BY MS. BRILLET:
 4         Q    Was a report given along with the payments
 5    that are done quarterly?
 6         A    To the supplier?
 7         Q    Yes.
 8         A    I don't believe it was done to the supplier.
 9    The reports were generated for royalty accounting.
10         Q    Okay.
11              So --
12              And in Netbula's case, if there was a royalty
13    agreement, would -- they would get a check every quarter
14    from StorageTek for the usage?
15         A    If there was a royalty payment in place, they
16    would have been 45 days after the end of each quarter.
17         Q    Would they also receive a report with that
18    check?
19              MR. PULGRAM:  Objection; incomplete
20    hypothetical, assumes facts not in evidence.
21    BY MS. BRILLET:
22         Q    Would they also receive a report with that
23    check?
24         A    If it would have been set up that way, they
25    could have gotten a report with their check.
```

172

A0461

MICHAEL MELNICK                                    09/19/07

1        Q     Do you have a boilerplate royalty agreement

2   for your clients -- I'm sorry -- for the suppliers?

3        A     StorageTek did, yes.

4        Q     Okay.

5              Did you have a royalty agreement with Netbula?

6        A     A royalty agreement?  A StorageTek royalty

7   agreement?

8        Q     Yes.

9        A     No.  We used his paper, license terms.

10             So to clarify that, if you look at the

11   distribution piece itself, the inference there that we

12   saw was that we're paying on a royalty-type basis

13   because after the thousand, we were paying for what we

14   used.  But we did not use StorageTek's paper, no.

15       Q     How do you normally set up a royalty

16   agreement?

17       A     Within a larger --

18             MR. PULGRAM:  Vague and ambiguous.

19             THE WITNESS:  Within a larger distribution

20   agreement.

21   BY MS. BRILLET:

22       Q     Is it always individually negotiated?

23       A     Well, the actual terms for the royalty

24   payments and the structure and process are within the

25   overall -- what we would call a distribution agreement.

A0461

1      Q    Okay.

2           You have already Exhibit 60?

3      A    And 61, yes, I do.

4      Q    Okay.

5           60 was a document that Defendants produced

6  earlier today in this deposition, and Exhibit 60 has

7  "James Phan" in the upper left-hand corner.

8           Do you see that?

9      A    I do.

10     Q    Who is James Phan?

11     A    I have no idea.

12                    (Plaintiff's Exhibit No. 60

13                    marked for identification.)

14          THE WITNESS:  Nor could I name any of these

15  people in the "To" line.

16  BY MS. BRILLET:

17     Q    You don't recognize any of the names in the

18  "To" line?

19     A    Just a few, but most of them I do not.

20     Q    Okay.

21          Well, I see Anton Vatcky, but you recognize

22  that name.

23          Benjamin Shern, do you know who that is?

24     A    No.

25     Q    Bridget Schmitt?

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Chris Groves? |
| 3 | A | No. |
| 4 | Q | Daniel Spratt? |
| 5 | A | No. |
| 6 | Q | David Lupo? |
| 7 | A | No. |
| 8 | Q | G.M. Bouricius? |
| 9 | A | No. |
| 10 | Q | No? |
| 11 | A | No. |
| 12 | Q | Jack Miller? |
| 13 | A | No. |
| 14 | Q | Janet Patching? |
| 15 | A | No. |
| 16 | Q | Jess Gypin? |
| 17 | A | No. |
| 18 | Q | Kenneth Yanke? |
| 19 | A | Yes. |
| 20 | Q | Who is Kenneth Yanke? |
| 21 | A | He was a support person. |
| 22 | Q | Is Kenneth Yanke still with Sun? |
| 23 | A | That, I do not know. |
| 24 | Q | Lori Richards? |
| 25 | A | No. |

175

MICHAEL MELNICK

1   Q    Louise Richardson?

2   A    No.

3   Q    Paul Arnold?

4   A    No.

5   Q    Richard McCutchen?

6   A    No.

7   Q    Salvemarie Reyes?

8   A    No.

9   Q    Scott Thurston?

10   A    No.

11   Q    Vaughn Howard?

12   A    From the E-mails, I know of Vaughn.

13   Q    Okay.  I believe we talked about that person.

14   A    Right.

15   Q    Dan Shern?

16   A    I think that's Benjamin Shern, same as above.

17  I don't know what he was --

18   Q    There is a Benjamin Shern and then there's a

19  Dan E. Shern.

20   A    I'm sorry.  No, I don't know.

21   Q    Lannis Fason?

22   A    No.

23   Q    And we went over Janet Bridges?

24   A    Right.

25   Q    Okay.

A0465

MICHAEL MELNICK                                    09/19/07

1              Look at Exhibit 61, and that's another

2    document that was produced today at this deposition.

3                         (Plaintiff's Exhibit No. 61

4                         marked for identification.)

5    BY MS. BRILLET:

6         Q    It's "Storage Technology Corporation" in the

7    upper right-hand corner?

8         A    That is correct.

9         Q    Do you recognize this document?

10        A    I have looked at it today, yes.

11        Q    Okay.

12             And would you look over this document and tell

13   me what it is?

14        A    It looks like a master agreement for the sale

15   of product -- what does it read here? -- StorageTek

16   products and services and software to a customer.

17        Q    And which customer is that?

18        A    From here, it says, "Darden Restaurants."

19        Q    Would you look at the last page?

20        A    Okay.

21        Q    Darden restaurants is a customer for this

22   contract?

23        A    Apparently.

24        Q    Okay.

25             I'm sorry.  Back on 61, in the subject, I know

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855
A0465

1    you did not participate in this E-mail, but do you know

2    what "RBNT2" is?

3         A    Back on 60?

4         Q    Yes, I'm sorry, back on 60.

5              Under the attachment for that E-mail, it says,

6    "SST Support Process for RBNT 2."

7         A    NT 2.5.

8         Q    What is "SST"?

9         A    Let me see if it's defined anywhere in here

10   and I'll tell you.

11             I think -- I can honestly say I do not know.

12   It's support related.

13        Q    Okay.

14             Do you know what "RB" is?  I guess it's "RBNT

15   2.5."  Do you know what that is?

16        A    No, I don't know what "RB" is.

17             MS. BRILLET:  Thank you for your time,

18   Mr. Melnick.

19             THE WITNESS:  Thank you.

20             MS. BRILLET:  I'm done unless you have further

21   questions for him.

22             MR. PULGRAM:  I do not have questions.

23             MR. EISEMAN:  Nor do I.

24             MS. BRILLET:  All right.  Thank you.

25             MR. PULGRAM:  Okay.

MICHAEL MELNICK

1       (Deposition session concluded at

2       1:18 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

179

1

2

3

4

5

6

7

8

9

10  I, MICHAEL MELNICK, do hereby declare under penalty of

11  perjury that I have read the foregoing transcript; that

12  I have made any corrections as appear noted, in ink,

13  initialed by me; that my testimony as contained herein,

14  as corrected, is true and correct.

15      EXECUTED this_____day of_____, 2007, at

16  _____,_____.

17  (city)              (State)

18

19

20

21                     _____

22                        MICHAEL MELNICK

23

24

25

180

1           I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3           That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is a true record of the

10   testimony given.

11          Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [ X ] was [   ] was not requested.

15          I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18          IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated: _____OCT 0 3 2007_____

22

23

24   KELLI COMBS

     CSR No. 7705

25