```
VONNAH M. BRILLET (SBN 226545)
LAW OFFICES OF VONNAH M. BRILLET
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:   (510) 351-5345
Facsimile:   (510) 351-5348
E-Mail:      BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL**<br><br>Dept.: Courtroom 11<br>Judge: Honorable Martin J. Jenkins |

Pursuant to Civil Local Rule 79-5, Plaintiff moves to file under seal the following documents:

1.      Exhibits 5, 6 and 17 attached to the Declaration of Dongxiao Yue in Opposition to Defendants' Motion for Summary Judgment, which contain Netbula's customers' information (Plaintiff will file redacted copies of these exhibits.)

2.      Exhibit 28 to the Declaration of Dongxiao Yue ("Exhibit 28") in Opposition to Defendants' Motion for Summary Judgment, which was designated by Defendants as confidential.

3.      Plaintiff's Opposition to Defendants' Motion for Summary Judgment, which contains text quoted from Exhibit 28.

-1-

Case No. C06-07391-MJJ                                                             Administrative Motion to Seal Documents

4.   Declaration of Dongxiao Yue in Opposition to Defendants' Motion for Summary Judgment, which quotes text from Exhibit 28.

Plaintiff respectfully requests that the Court allow it to file the above-referenced documents under seal per Civil L.R. 79-5. Submitted herewith is a proposed order granting Plaintiff's motion to file the exhibits under seal, and the Declaration of Vonnah M. Brillet in support of this motion.

Dated:   November 13, 2007        LAW OFFICES OF VONNAH M. BRILLET


                                    _____/S/_____
                              By:   VONNAH M. BRILLET
                                    Attorneys for Plaintiff NETBULA, LLC

-2-

Case No. C06-07391-MJJ                                    Administrative Motion to Seal Documents