1  VONNAH M. BRILLET (SBN 226545)
   **LAW OFFICES OF VONNAH M. BRILLET**
2  2777 ALVARADO ST., SUITE E
3  SAN LEANDRO, CA 94577
   Telephone:    (510) 351-5345
4  Facsimile:    (510) 351-5348
   E-Mail:       BrilletLaw@yahoo.com
5
6  Attorneys for Plaintiff
   NETBULA, LLC
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL**<br><br>Dept.: Courtroom 11<br>Judge: Honorable Martin J. Jenkins |

Having considered Plaintiff Netbula, LLC's Administrative Motion to File under Seal Documents and the supporting Declaration of Vonnah M. Brillet, the Court HEREBY ORDERS as follows.

The unredacted copies of Exhibits 5, 6 and 17 attached to the Declaration of Dongxiao Yue in Opposition to Defendants' Motion for Summary Judgment or Summary Adjudication ("Yue Declaration") shall be filed under seal.

Exhibit 28 attached to Yue Declaration ("Exhibit 28") was designated by Defendants' as confidential and shall be filed under seal.

-1-
Case No. C06-07391-MJJ

1  The unredacted versions of Yue Declaration and Plaintiff's Opposition to Defendants'
2  Motion for Summary Judgment or Summary Adjudication contain texts quoted from Exhibit 28
3  and shall be filed under seal.
4
5  **IT IS SO ORDERED**.
6
7  Dated: _____
8                   United States District Court Judge