VONNAH M. BRILLET (SBN 226545)
**LAW OFFICES OF VONNAH M. BRILLET**
2777 ALVARADO ST., SUITE E
SAN LEANDRO, CA 94577
Telephone:     (510) 351-5345
Facsimile:      (510) 351-5348
E-Mail:          BrilletLaw@yahoo.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, et al.,<br><br>Defendants. | Case No. C06-07391-MJJ<br><br>**DECLARATION OF VONNAH M. BRILLET IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL**<br><br>Dept.: Courtroom 11<br>Judge: Honorable Martin J. Jenkins |

I, Vonnah M. Brillet, declare:

1.      I am an attorney licensed to practice before this Court and all the courts of the State of California.  I have personal knowledge of the facts I am about to state and, if called on to do so, I could competently testify to those facts.

2.      I submit this declaration in support of Plaintiff's Administrative Motion to File under Seal Documents Designated as Confidential.

3.      Exhibits 5, 6 and 17 attached to the Declaration of Dongxiao Yue in Opposition to Defendants' Motion for Summary Judgment or Summary Adjudication Relating to License Defense ("Yue Declaration") contain customer information that is confidential, has not been

-1-

1 released to the public, and may cause harm to Netbula and its customers if released. Plaintiff has
2 redacted the customer specific information (such as customer names, credit card numbers, VAT
3 numbers, email addresses) and will publicly file the redacted copies of these exhibits along with
4 Yue Declaration.

5  4. Exhibit 28 attached to Yue Declaration ("Exhibit 28") was a StorageTek email designated
6  by Defendants as confidential.

7  5. On November 13, 2007, my office conferred with defense counsel Jedediah Wakefield to
8  seek a stipulation to de-designate Exhibit 28 as non-confidential on the ground that Exhibit 28 is
9  unlikely to meet the high "compelling reasons" threshold required for briefs relating to dispositive
10 motions. See *Kamakana v. City of Honolulu*, 447 F.3d 1172 (9th Cir. 2006). Mr. Wakefield
11 declined to stipulate to the de-designation.

12 6. Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Yue
13 Declaration contain quoted email message text from Exhibit 28.

14 I declare under penalty of perjury of the laws of the State of California and the federal
15 laws that the forgoing declaration is true and correct to the best of my knowledge. This declaration
16 was executed in San Leandro, California, on November 13, 2007.

                         _____/s/_____
                             Vonnah M. Brillet

-2-

Case No. C06-07391-MJJ      Decl of Vonnah M Brillet in Support of Administrative Motion to Seal Documents