UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:  MARTIN J. JENKINS**

**Date**: November 20, 2007

**Case No:** C 06-07391 MJJ

**Case Title**: NETBULA LLC v. STORAGE TECHNOLOGY CORP., et al.

**Appearances:**

    For Plaintiff(s): Vonnah Brillet

    For Defendant(s): Laurence Pulgram, David Eiseman, Jed Wakefield

**Deputy Clerk**: Rowena B. Espinosa       **Court Reporter**: Joan Columbini

## PROCEEDINGS

1. Hearing on the Motion for Substitution of Party - held

MOTION/MATTER: ( ) Granted
                (X) Denied for reasons stated on the record
                ( ) Granted in part/Denied in part
                ( ) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:     ( ) Plaintiff   ( ) Defendant   (X) Court