LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., EMC CORPORATION, VERITAS SOFTWARE CORPORATION, and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-06-07391-MJJ<br><br>**DECLARATION OF THOMAS MURRAY IN SUPPORT OF  REPLY REGARDING MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION AS TO LICENSE ISSUES**<br><br>Date:     December 13, 2007<br>Time:     3:00 P.M.<br>Dept:     Courtroom 11<br>Judge:    The Honorable Martin J. Jenkins |

/ / /

/ / /

I, Thomas J. Murray, declare as follows:

1. I am a Software Engineering Manager for Sun Microsystems, Inc. ("Sun"). Before working for Sun, I was employed by Storage Technology Corporation ("StorageTek"), as a Consulting Engineering Manager. I make the following statements based upon my personal knowledge and, if called upon to testify, could and would testify competently to the matters stated herein.

2. I understand that Netbula has pointed to an email I sent on March 15, 2004 as evidence of how the license agreements between StorageTek and Netbula should be interpreted. In that email, I wrote to StorageTek's finance department to get them to approve the issuance of a new purchase order.

3. In the email, I wrote "we either need to increase the Netbula license or put a stop-ship on the LibAttach product, because we have shipped LibAttach copies up to the limit of the current Netbula license." At the time I wrote that email, I had never seen any license agreements between StorageTek and Netbula, and I had not analyzed their requirements. To this day, I have not done so.

4. At the time of my March 15, 2004 email, I believe I had heard indirectly that StorageTek had paid for distributions of a certain number of copies of products containing Netbula software, pursuant to its agreement with Netbula. My comments were made to motivate our finance department to issue a purchase order to pay for additional copies. They were not made in connection with any discussion of what would happen if we continued distributions without paying first, or what if any remedies Netbula might have if we did not comply with our agreement. I certainly did not state that shipping LibAttach without payment would be copyright infringement, nor do I believe that I am qualified to make that legal determination, since I have never read the agreement and am not a lawyer.

///
///
///
///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 16, 2007 at Louisville, Colorado.

                                                                 /S/ THOMAS J. MURRAY
                                                                     Thomas J. Murray

## **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

                                                                 /S/ JEDEDIAH WAKEFIELD
                                                                   Jedediah Wakefield