LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION, SUN MICROSYSTEMS, INC., EMC CORPORATION, VERITAS SOFTWARE CORPORATION, and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-06-07391-MJJ<br><br>**DECLARATION OF ANTON VATCKY IN SUPPORT OF REPLY REGARDING MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION AS TO LICENSE ISSUES**<br><br>Date:     December 13, 2007<br>Time:    3:00 P.M.<br>Dept:    Courtroom 11<br>Judge:   The Honorable Martin J. Jenkins |

/ / /

/ / /

VATCKY DECL. RE MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION — CASE NO. C-06-07391-MJJ

I, Anton Vatcky, declare as follows:

1. I am a software engineer for Sun Microsystems, Inc. in Lyneham, Australia ("Sun"). Before working for Sun, I was employed by Storage Technology Corporation ("StorageTek"), in International Software Support, also in Australia. I make the following statements based upon my personal knowledge and, if called upon to testify, could and would testify competently to the matters stated herein.

2. I have never used the Netbula SDK licensed to StorageTek. I have never read StorageTek's agreements with Netbula.

3. I understand that Netbula has identified an email I sent in June 2001 as evidence of how license agreements between StorageTek and Netbula should be interpreted. In that email, I wrote to Netbula to request an evaluation version of a "Win2k" (that is, Windows 2000) version of Netbula's PowerRPC product. I understood that StorageTek did not have that version of the Netbula software. I stated that if we were to acquire a new version of Netbula's software a "separate licensing agreement would follow up if StorageTek determines that we will be able to sell our REEL software product for Win2k platforms."

4. The comments in my June 2001 email were not made in connection with any discussion of what rights StorageTek had to use the version it already had under its existing agreement with Netbula. As stated above, I had never seen the existing agreement, and I certainly was not addressing what the effect might be if StorageTek did not comply with any particular provision of an agreement I had never seen. Rather, I was simply stating that if StorageTek evaluated Netbula's *new software* (the software we did not have) and decided to use that new software in a new version of the REEL product, we would get a new license. As it happens, StorageTek did not do so, and instead the REEL product was discontinued.

/ / /

/ / /

/ / /

/ / /

/ / /

VATCKY DECL. RE MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION  -1-  CASE NO. C-06-07391-MJJ

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed on November 16, 2007.

                                    /S/ ANTON VATCKY
                                    Anton Vatcky

## **ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

                                    /S/ JEDEDIAH WAKEFIELD
                                    Jedediah Wakefield

25689/00400/LIT/1276401.1