LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
ALBERT L. SIEBER (CSB NO. 233482)
asieber@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
VERITAS SOFTWARE CORPORATION, and
DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-06-07391-MJJ<br><br>**DECLARATION OF MICHAEL MELNICK IN SUPPORT OF REPLY REGARDING MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION AS TO LICENSE ISSUES**<br><br>Date:  December 13, 2007<br>Time:  3:00 P.M.<br>Dept:  Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

MELNICK DECL. ISO OF DEFENDANTS'
REPLY FOR SUMMARY JUDGMENT

CASE NO. C-06-07391-MJJ

I, Michael Melnick, declare as follows:

1. I am a Global Sourcing Manager of Sun Microsystems, Inc. ("Sun"). Before Sun acquired Defendant Storage Technology, Inc. ("StorageTek"), I was the Contracts Administrator, Senior Consultant for StorageTek. I make the following statements based upon my personal knowledge and, if called upon to testify, could and would testify competently to the matters stated herein.

2. This declaration is to reply to statements made in Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Summary Adjudication of as to License Issues ("Opposition").

3. I negotiated the signed written agreements between StorageTek and Netbula, the first dated March 1, 2000 (the "2000 Agreement") and the second dated March 17, 2004 (the "2004 Agreement) (collectively, the "Agreements"). Each comprised a Distribution License for distribution of Netbula's Supporting Programs and an SDK License. At no time during the negotiations leading up to those Agreements did I have a discussion with Netbula about prepayment as a condition to the Agreements or about platform restrictions with respect to the Distribution Licenses. At no time during the negotiations leading up to those Agreements did I have a discussion with Netbula about the consequences of underpayment. In particular, Netbula did not state that underpayment should or could result in potential liability for copyright infringement.

4. I understand that the Opposition describes e-mails to or from me as evidence of how license agreements between StorageTek and Netbula should be interpreted, particularly with respect to distribution quantities provided for by StorageTek's 2000 and 2004 Distribution Licenses from Netbula. For instance, e-mails dated June 22, 2001, September 9, 2002, and March 2, 2004, (Exhibits 14, 15, 16, 18, and 20 of Dongxiao Yue's Declaration in support of the Opposition ("Yue Decl.")), alluded to 1,000 copies of Netbula's Supporting Programs. I understood 1,000 to be the number of copies for which StorageTek had sent Netbula payment. I understood StorageTek would need to send another payment to Netbula as compensation for copies we distributed beyond 1,000. My June 28, 2005 e-mail (Yue Decl., Exh. 25) regarding

1  purchases of 2,000 licenses under the Distribution Licenses likewise referred to my understanding
2  that 2,000 was the number of copies for which StorageTek had sent Netbula payment by that
3  time. I did not ever discuss with Netbula, and I do not purport to have a judgment about what
4  legal remedies Netbula might have if StorageTek distributed copies before paying for them, or did
5  not track them in a manner Netbula wanted, since I am not a lawyer. I never stated that shipping
6  additional LibAttach without first paying Netbula would be copyright infringement.

7       5.     I also understand that the Opposition refers to a July 8, 2005 e-mail (Yue Decl.,
8  Exh. 26) in which I responded to Netbula's inquiry about how many copies of the Supporting
9  Programs StorageTek had distributed. I expressed a preference for payment on an "as we use
10 basis," stating "we were reminded that this was not your model and we must prepay." I was
11 referring to the fact that Netbula said its model required StorageTek to buy blocks of 1000
12 units—and thus to pay for blocks larger than necessarily needed. Because Netbula's model meant
13 that we had to track usage from a large block over a long period, it was more difficult for
14 StorageTek to administer, compared to paying quarterly for actual licenses used. I was not
15 referring to the idea that StorageTek had to pay before *any* use, merely that StorageTek was
16 paying in 1000 unit batches. I certainly was not implying that paying for licenses after their
17 distribution would be a breach of StorageTek's Distribution License from Netbula, nor that non-
18 compliance with the Netbula's licenses would or would not constitute copyright infringement, a
19 legal issue I am not qualified to answer.

20      6.     I also understand that the Opposition refers to an e-mail (Yue Decl., Exh. 26) in
21 which I asked for a quote for an unlimited distribution model. By unlimited distribution model, I
22 meant the right for StorageTek (or its successor, Sun) to distribute any number of copies to any
23 number of customers, in perpetuity, without keeping track of the numbers. I made this inquiry in
24 hopes of reducing the burdensome obligation to count distributions of Netbula's Supporting
25 Programs. I was not commenting on whether StorageTek's existing license agreements from
26 Netbula permitted StorageTek to grant site licenses for StorageTek software to StorageTek
27 customers.

28      7.     I further understand that the Opposition refers to March 2, 2004 e-mails regarding

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  what platform StorageTek needed for development (Yue Decl., Exhs. 14 & 19). I understood
2  Netbula's SDK License to have platform restrictions. When discussing platform restrictions, I
3  was referring to those imposed by the SDK License, not the Distribution License, which was
4  silent about platform. Similarly, when I wrote "No disagreement with the that the [sic] original
5  agreement was for (Windows NT/98/95 only)" in a July 2005 e-mail (Yue Decl. Exh. 27)
6  responding to Netbula, I was referring to the SDK License.

7    8.    I further understand that the Opposition states that I "specifically requested that no
8  support be provided for Windows 2000." This is false. I inserted the term "SDK and Supporting
9  Program" into the support term in lieu of "RPC" simply to make it explicit that support would
10 apply to both the SDK and the Supporting Programs as well. I inserted this provision only with
11 respect to support that StorageTek was purchasing from Netbula, not as a limitation on our
12 license. In my sourcing experience, StorageTek's receipt of software support only for particular
13 platforms is not inconsistent with StorageTek's distribution or use of the Supporting Programs on
14 other platforms.

15   9.    On June 15, 2005, during negotiations, "John Young" at Netbula requested to be
16 kept "informed about the effects of the Sun/Storage Tek Merger." I responded that the "only thing
17 that you and I may have to do is for you to allow assignment of the agreement to Sun. The
18 agreements calls [sic] for your approval. *I assume you would sallow [sic] this as if you did not the*
19 *agreement would be terminated."* Attached as **Exhibit A** is a true and correct copy of this e-mail
20 exchange. (emphasis added). Netbula never communicated to me that it would not approve an
21 assignment. I have since been informed that "John Young" was really Dr. Yue all along.

22   10.   In July 2005, after I had advised Netbula that the Sun acquisition would occur by
23 late summer, Netbula gave me a quote for the unlimited distribution license described above of
24 perpetual duration. Yue Decl., Exh. 26. Given the imminent acquisition by Sun, Netbula's offer
25 made no sense except as an indication of willingness to continue with Sun as licensee long term
26 after the acquisition

27   11.   On August 31, 2005, rather than terminating the license due to the merger, "John
28 Young" wrote: "We just noticed that Sun Microsystems has completed acquisition of

MELNICK DECL. ISO OF DEFENDANTS'      -4-                      CASE NO. C-06-07391-MJJ
REPLY FOR SUMMARY JUDGMENT

StorageTek, how does this affect the License agreement and related issues? Will you [Melnick] still be the contact on such matters?" When I advised that "The Sun acquisition should not make a difference in resolving this," Netbula did not tell me that Sun must cease use. Rather, it responded, "Thank you for the information regarding the Sun acquisition." Attached as **Exhibit B** is a true and correct copy of this e-mail exchange. These communications indicated to me that Netbula had no objection to Sun's continued use of the StorageTek licenses from Netbula. I relied on these communications by Netbula, and on the fact that it never raised any objection to Sun's acquisition of StorageTek. I believed that Netbula approved of continued use of Netbula's software under the Netbula licenses. To my knowledge, Netbula never said a word to the contrary to Sun prior to this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2007.

/s/  MICHAEL MELNICK
Michael Melnick

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

/S/ LIWEN MAH
Liwen Mah

25689/00400/LIT/1276567.3

# EXHIBIT A

| | |
|---|---|
| **From:** | Melnick, Michael R |
| **Sent:** | Thursday, June 16, 2005 9:21 AM |
| **To:** | 'sales@netbula.com' |
| **Subject:** | RE: Netbula RPC License support and maintenance |

Hi John,
Hope things are well. If you recall we opted out of support last year and are only interested in continuing to purchase rights to distribute the software.
I'll check on the usage as a courtesy as the agreement does not obligate us to do so. That being said we do keep close watch on the usage so I should be able to get it.
As far as Sun, it should be completed by the end of the summer. As they have just put the integration\transition teams together we will not have information for a while. Assuming I stick I think that the acquisition will be a good thing.
The only thing that you and I may have to do is for you to allow assignment of the agreement to Sun. The agreements calls for your approval. I assume you would sallow this as if you did not the agreement would be terminated.
Anyway I will do my best to keep you informed if you don't know before I do. :>)


```
Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5236
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com
```

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you

---

**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Wednesday, June 15, 2005 5:38 PM
**To:** Melnick, Michael R
**Subject:** Netbula RPC License support and maintenance

Mike,

Attached is an invoice for support and maintenance for the Netbula RPC Licneses for the period of March 2005 to March 2006. Please let me know if you have any questions.

Also, we would like to have an audit of the license usage. Please also keep us informed about the effects of the Sun/ StorageTek merger.

Best regards,

John

------------------ Email sent using AnyEmail (http://netbula.com/anyemail/)

STK00000641

# EXHIBIT B

| | |
|---|---|
| **From:** | Melnick, Michael R |
| **Sent:** | Monday, September 5, 2005 12:42 PM |
| **To:** | 'sales@netbula.com' |
| **Cc:** | Woods, Maria V <woodsmv@stortek.com> |
| **Subject:** | FW: RE: Netbula ONC RPC license audit |

Unfortunately I do not know what licenses were used in previous sales. As I noted in my earlier e-mail, please refer all questions, documents or requests through Maria. she is fully prepped on not only the agreement but what transpired over the last few weeks and is prepared to review any request for audits or anything else. She will pull in any resources he feels is necessary to brig this to conclusion (as in myself and other parties who have been involved), or anybody else she sees as pertinent.


Regards,
Mike Melnick
Contract Administrator, Senior Consultant
OEM Systems
StorageTek
One StorageTek Drive
Louisville, Colorado 80028
MS 5264
303-673-2914 (v)
303-673-4945 (f)
Melnimr@Louisville.Stortek.Com

**CONFIDENTIALITY NOTICE** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you



**From:** sales@netbula.com [mailto:sales@netbula.com]
**Sent:** Friday, September 02, 2005 2:21 PM
**To:** Melnick, Michael R
**Cc:** sales@netbula.com; Woods, Maria V
**Subject:** Re: RE: Netbula ONC RPC license audit

Mike,

Thank you for the information regarding the Sun acquisition.

We wre told that an external audit is a common practice in the industry, if all documents are provided, it can be done fairly quickly, in less than a week.

At this point, we'd like to get a better understanding of the audit report. Could you provide copies of your software license agreement for the Lib Attach software befrore and after November 18th 2004?

Regards,

John

-----------------------
"Melnick, Michael R" :

The report is true and accurate as reported as you
requested. We have nothing to hide so, if you think it is
in your best interest to go beyond our attempts to make you whole feel
free.

Contractually we will pay for the licenses as the discounts
that were negotiated between the parties.
The Sun acquisition should not make a difference in
resolving this, however because you have repeatedly rejected all of our attempts
to resolve this and have threatened to have us audited I must have you
communicate all your needs though our legal department.
Please refer to the agreement to officially make your
requests for an audit or otherwise through Maria Woods our Senior Attorney who
deals with these matters.
We will also be considering our options in regards to the
continued use of your product.


Regards,
Mike Melnick
Contract Administrator,
Senior Consultant OEM Systems StorageTek One StorageTek Drive Louisville, Colorado 80028 MS 5264 303-673-2914
(v)
303-673-4945
(f) Melnimr@Louisville.Stortek.Com
CONFIDENTIALITY
NOTICE - This e-mail
transmission, and any attachments, may contain information that is confidential
or legally privileged. If you are not the intended recipient, or a person
responsible for delivering it to the intended recipient, you are hereby notified
that you must not read this transmission and that any disclosure, copying,
printing, distribution or use of any of the information contained in or attached
to this transmission is STRICTLY PROHIBITED. If you have received this
transmission in error, please immediately notify the sender by telephone or
return e-mail and delete the original transmission and its attachments without
reading or saving in any manner. Thank you


From: sales@netbula.com
[mailto:sales@netbula.com] Sent: Wednesday,! August 31, 2005 3:29
PMTo: Melnick, Michael RSubject: Re: Netbula ONC RPC
license audit

Mike,
We have consulted the royalty audit firm that we use regarding the
situation with StorageTek. Their opinion is1) There seem to be
inconsistencies in the royalty report on the license counts. We should arrange
an external third-party audit.2) License usage out of compliance
with the agreement should be billed at individual license rate instead of the
bulk prepayment rate, plus interests.
We just noticed that Sun Microsystems has completed acquisition of
StorageTek, how does this affect the License agreement and related issues? Will
you still be the contact on such matters?
Best regards,
John------------------- Email sent using AnyEmail
(http://netbula.com/anyemail/)

Attachment:
Content-Type: text/plain;
charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

STK00000601

------------------- Email sent using AnyEmail (http://netbula.com/anyemail/)

STK00000602