LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C-06-07391-MJJ<br><br>**DECLARATION OF HOLLY M. WAGNER IN SUPPORT OF DEFENDANTS' REPLY REGARDING MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION AS TO LICENSE ISSUES** |

1    I, HOLLY M. WAGNER, declare as follows:

2    1.   I am a software program manager at Sun Microsystems, Inc. ("Sun"), and previously held the position of product planner at Storage Technology Corporation ("StorageTek") prior to Sun's acquisition of StorageTek. I joined StorageTek in that capacity in 1999. In that capacity, I had responsibility for analyzing software bookings and backlog and developing supply plans. I make the following statements based upon my personal knowledge and, if called upon to testify, could and would testify competently to the matters stated herein.

3    2.   This declaration is to reply to statements made in Plaintiff's Opposition to Defendants' Motion for Summary Judgment or Summary Adjudication as to License Issues ("Opposition"). I have been advised that the Opposition states that "Documents found online in October 2007 indicate SUN is still offering infringing software to existing StorageTek customers. Yue Decl., ¶80, Ex. 38." I am further advised that Netbula is claiming that versions 1.1 through 1.4 of LibAttach infringed its copyrights. I further understand that Paragraph 80 of the Declaration of Dongxiao Yue in support of the Opposition states:

> Attached **Exhibit 38** includes pages from of an assignment of a contract between StorageTek and Commonwealth of Virginia to Sun Microsystems, Inc found at http://www.vita.virginia.gov/procurement/contracts/docs/abstracts/va-040330-stk.pdf (last accessed October 22, 2007). The document is dated May 17, 2007. The original contract was dated May 17, 2004. The contract listed items with model number 1191NLC-0000, which is the StorageTek LibAttach software.

Model number 1191 NLC-0000 refers to a single copy of Library Attach to be installed on a single client.

3.   Dr. Yue's assertion appears to be based upon the false assumption that the availability of this model number, which was used both in 2005 and at present, indicates that pre-2005 versions of LibAttach are still available. This is incorrect. Upon the introduction of a new version of software, Sun (and previously StorageTek) only ships the latest version of software to customers when they order a particular part number. Ordering part numbers do not necessarily change whenever there is a release of a new version of software. However, our automated systems do not allow fulfillment of an order with out-of-date versions or configurations of product. The materials that Mr. Yue refers to thus provide no factual basis for the assertion that

"SUN is still offering infringing software to existing StorageTek customers." At such point as LibAttach version 1.4.1 became available, that was the only version shipped. Our records reflect that Sun and Storage Tech have not sold any version of LibAttach earlier than version 1.4.1 since November 30, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2007, at Broomfield, Colorado.

    /s/ Holly M. Wagner
    Holly M. Wagner

## ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

    /S/ Liwen Mah
    Liwen Mah

25689/00400/LIT/1276405.4

WAGNER DECL. ISO OF DEFENDANTS' REPLY ISO MSJ — -3- — CASE NO. C-06-07391-MJJ