LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC. and Defendants
STORAGE TECHNOLOGY CORPORATION,
EMC CORPORATION, and DARDEN
RESTAURANTS, INC.

**[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-06-07391-MJJ<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AS TO LICENSE DEFENSE**<br><br>Date:   December 13, 2007<br>Time:   3:00 P.M.<br>Dept:   Courtroom 11<br>Judge:  The Honorable Martin J. Jenkins |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Defendants Storage Technology Corporation ("StorageTek"), Sun Microsystems, Inc. ("Sun"), EMC Corporation ("EMC"), and Darden Restaurants, Inc. ("Darden") (collectively "Defendants") and Plaintiff Netbula, LLC ("Netbula") respectfully submit, pursuant to the Court's Standing Order No. 5 and Civil Local Rule 56-2, this Joint Statement of Undisputed Facts for Defendants' Motion for Summary Judgment as to License Defense.

Defendants and Plaintiff respectfully inform this Court as follows:

**THE PARTIES AND THE LICENSED SOFTWARE**

1. Netbula, LLC was formed in July 1996. Netbula's ONC RPC and Power RPC software facilitates the use of "Remote Procedure Call" or "RPC" technology. RPC allows a program on a local computer to execute a command on a remote computer over a network.

2. Storage Technology Corporation ("StorageTek") was founded in 1969. StorageTek designed, manufactured and sold hardware, software and services related to data storage, primarily based on tape-cartridge technology. Among other products, StorageTek offered LibAttach, a software product that, among other things, allowed Windows computers to communicate with servers running StorageTek's Automated Cartridge System Library Software. StorageTek also sold a storage management software product called REEL.

3. Sun Microsystems ("Sun") was founded in 1982. In the 1980s, it developed and distributed software used in the development of "Remote Procedure Call," or "RPC" technology. Plaintiff has identified its code a derivative work of "Sun RPCSRC 4.0, RFC1831, RFC1832."

4. Sun acquired StorageTek on August 31, 2005.

5. Defendants Darden Restaurants, Inc., EMC Corporation, and International Business Machines Corporation are companies who obtained LibAttach or LibAttach Integrators' Kit software from StorageTek.

**THE AGREEMENTS**

6. Netbula ONC RPC and PowerRPC Software contains (1) a "Software

Development Kit" ("SDK") that consists of software tools used by programmers to create applications that use RPC technology, and (2) "Supporting Programs," that consist of software programs and components that can be used by applications developed with ONC RPC or PowerRPC.

7. Netbula offers separate licenses for development and distribution of its RPC software: (1) Software Developer Kit ("SDK") Licenses for computer programmers working at the licensee to use the SDK, and (2) Distribution Licenses (also called "Runtime Licenses") that give the licensee the right to distribute Netbula RPC Supporting Programs externally. Plaintiff contends that it imposes limitations on these licenses, including a fixed number of copies under the Distribution Licenses. The existence and nature of the limitations are the subject of disagreement in this action.

8. Netbula and StorageTek entered into a written agreement dated March 1, 2000 (the "2000 Agreement"), attached as Exhibit 1 to the Declaration of Michael Melnick. Netbula and StorageTek entered into another written agreement dated March 17, 2004 (the "2004 Agreement"), attached as Exhibit 2 to the Declaration of Michael Melnick.

9. StorageTek used Netbula's SDK in connection with development of StorageTek's REEL and LibAttach products. StorageTek then distributed to its customers Netbula's Supporting Programs within certain versions of REEL and LibAttach.

Respectfully,

Dated: November 29, 2007       FENWICK & WEST LLP

By: _____/S/_____
    Jedediah Wakefield

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC.,
EMC CORPORATION, and DARDEN
RESTAURANTS, INC.

| | | |
|---|---|---|
| 1 | Dated: November 29, 2007 | LAW OFFICES OF VONNAH M. BRILLET |

Vonnah M. Brillet (SBN NO. 226545)
*brilletlaw@yahoo.com*
2777 Alvarado Street, Suite E
San Leandro, CA  94577
Telephone:   (510) 351-5345
Facsimile:    (510) 351-5348

Attorneys for Plaintiff and Counterclaim Defendant NETBULA, LLC


By: _____/S/_____
Vonnah M. Brillet

Attorney for Plaintiff
NETBULA, LLC


Dated: November 29, 2007         QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David Eiseman (CSB NO. 114758)
  *davideiseman@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700


By: _____/S/_____
David Eiseman

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATEMENT OF UNDISPUTED FACTS         -4-         CASE NO. C-06-07391-MJJ

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this efiled document.

/S/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

25689/00400/LIT/1276078.9