1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for
   STORAGE TECHNOLOGY CORPORATION,
9  SUN MICROSYSTEMS, INC., EMC CORPORATION
   and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETBULA, LLC, a Delaware limited liability company, | Case No. C-06-07391-MJJ |
|---|---|
| Plaintiff, | **DECLARATION OF JEDEDIAH WAKEFIELD IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | Judge:   The Honorable Martin J. Jenkins |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED                         CASE NO. C-06-07391-MJJ

I, Jedediah Wakefield, declare as follows:

1.     I am an attorney admitted to practice before this Court. I am a partner at the law firm of Fenwick & West LLP, counsel of record for Defendant and Counterclaimant Sun Microsystems, Inc. ("Sun") and Defendants EMC Corporation and Darden Restaurants, Inc. in this action. I have personal knowledge of the matters set forth herein and, if called upon, could and would testify competently thereto.

2.     After the hearing held November 20, 2007 on Netbula's Motion to Substitute Dr. Yue as Plaintiff in the *Netbula* action, Dr. Yue (in the presence of Netbula's counsel, Vonnah Brillet) advised Defendants' counsel that he had filed a lawsuit for copyright infringement against Storage Technology Corporation and Sun the day before. Neither Dr. Yue nor counsel for Netbula advised Defendants or the Court of this act prior to the November 20, 2007 hearing. When advised of this new action, my colleague Laurence Pulgram (with Netbula's counsel present) asked Dr. Yue if he had filed a notice of related case. Dr. Yue stated that he had not, but that he knew that he was required to do so.

3.     In response to my inquires, counsel for Netbula, Ms. Brillet, advised me that Netbula would not file a related case notice. On December 3, 2007, I called Ms. Brillet and asked if Netbula would stipulate that the cases are related. In a phone call on December 4, 2007, Ms. Brillet replied that Netbula would not agree to such a stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of December, 2007, at San Francisco, California.

/s/  JEDEDIAH WAKEFIELD
Jedediah Wakefield

Attorneys for Defendants
SUN MICROSYSTEMS, INC., EMC CORPORATION, and DARDEN RESTAURANTS, INC.

25689/00400/LIT/1277096.1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED   -2-   CASE NO. C-06-07391-MJJ