UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: December 14, 2007

**Case No:** C 06-07391 MJJ

**Case Title**: NETBULA, LLC v. STORAGE TECHNOLOGY CORP., et al.

**Appearances:**

    For Plaintiff(s): Vonnah Brillet

    For Defendant(s): Laurence Pulgram, Jed Wakefield, David Eiseman

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Sahar McVickar

### PROCEEDINGS

1. Hearing on the Motion for Summary Judgment or Summary Adjudication - held
2. Status Conference - held

MOTION/MATTER: ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      (X) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (X) Continued to: **Wednesday, 01/09/08 at 2:30 PM for Status**

Order to be prepared by:    ( ) Plaintiff    ( ) Defendant    (X) Court

### SUMMARY

- Parties shall meet and confer re: discovery.
- Parties shall file a joint status statement prior to the next hearing.