ELENA RIVKIN (SBN 247387)
**THE RIVKIN LEGAL GROUP**
586 N. 1ST STREET, Suite 116
SAN JOSE, CA 95113
Telephone:   (408) 497-3646
Facsimile:   (408) 516-8058
E-Mail:   elena@rivkinlegalgroup.com

Attorneys for Plaintiff
NETBULA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> STORAGE TECHNOLOGY CORPORATION, et al., <br><br> Defendants. | Case No. C06-07391-MJJ <br><br> **STIPULATION FOR SUBSTITUTION OF ATTORNEY** <br><br> AND <br><br> [█████] ORDER |
| SUN Microsystems, Inc., a Delaware corporation, <br><br> Counter-Claimant, <br><br> v. <br><br> NETBULA, LLC., <br><br> Counterclaim Defendant <br><br> and <br><br> DONGXIAO YUE, an individual, <br><br> Third-Party Counterclaim Defendant. | |

Plaintiff and Counterclaim Defendant Netbula, LLC hereby substitutes Elena Rivkin of the Rivkin Legal Group at 586 N. 1ST Street, Suite 116, San Jose, CA 95113, Telephone: (408) 497-3646, as counsel in place of Vonnah M. Brillet of Law Offices of Vonnah M. Brillet, 2777 Alvarado Street, Suite E, San Leandro, CA 94577.

Each of the undersigned consents to this substitution:

Dated: January 8, 2008

NETBULA, LLC

By: _____
Dongxiao Yue, on behalf of Netbula, LLC

Dated: January 8, 2008

By: _____
Vonnah M. Brillet
Law Offices of Vonnah M. Brillet
(Former Attorney)

Dated January 8, 2008

By: _____
Elena Rivkin
The Rivkin Legal Group
(New Attorney)

IT IS SO ORDERED.

Dated: 1/8/2008

*Martin J. Jenkins*
United States District Judge