**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    NETBULA, LLC,                              No. C06-07391 MJJ

12              Plaintiff,                        **ORDER VACATING ORDER**

13      v.

14    STORAGE TECHNOLOGY CORPORATION
      et al.,

15              Defendant.

16    _____/

17

18         The Order granting the Stipulation for Substitution of Attorney filed on 1/8/2008, is

19    hereby **VACATED.**

20

21    **IT IS SO ORDERED.**

22

23

24    Dated:       1/9/2008                    _____
                                                MARTIN J. JENKINS
25                                              UNITED STATES DISTRICT JUDGE

26

27

28