

LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-06-07391-MJJ<br><br>~~[PROPOSED]~~ **ORDER RELATING CASES**<br><br>Judge:     The Honorable Martin J. Jenkins |

*Fenwick & West LLP*
*Attorneys At Law*
*San Francisco*

~~[PROPOSED]~~ ORDER RELATING CASES

1    Before this Court is an administrative Motion of Defendants Sun Microsystems, Inc.

2    ("Sun"), EMC Corporation, and Darden Restaurants (collectively, "Defendants") to Consider

3    Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.

4    As the judge assigned to the earliest filed case below that bears my initials, I find that the

5    more recently filed case that I have initialed below is related to the case assigned to me, and such

6    case shall be reassigned to me.

7    **C-06-07391-MJJ**        **Netbula, LLC v. Storage Technology Corporation et al.**

8    **C07-05850-SI**        **Dongxiao Yue v. Storage Technology Corporation et al.**

9    **I find that the above case is related to the case assigned to me.  __MJJ_____**

10

11    **ORDER**

12    Counsel are instructed that all future filings in any reassigned case are to bear the initials

13    of the newly assigned judge immediately after the case number. Any case management conference

14    in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the

15    conference, disclosures and report required by FRCIVP 16 and 26 accordingly. Unless otherwise

16    ordered, any dates for hearing noticed motions in any reassigned case are vacated and must be re-

17    noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local

18    Rules remain in effect; and any deadlines established in a case management order continue to

19    govern, except dates for appearance in court, which will be rescheduled by the newly assigned

20    judge.

21

22    Dated: December 14, 2007

23    By:_____

24                Honorable Martin J. Jenkins

25    25689/00400/LIT/1277103.1

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO