IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**            Courtroom Clerk: **Monica Tutson**

DATE: **January 10, 2008**      [**2:08 - 2:19 PM**]]            Court reporter: **Lydia Zinn**

Case Number:      **C06-07391MJJ**

Case Name:        **NETBULA, LLC**          v.      **STORAGE TECHNOLOGY CORPORATION ET AL**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Vonnah Brillet | Jed Wakefield, Lawrence Pulgram |
| Elena Rivkin | David Eiseman |

TYPE OF HEARING:      Telephone Status Conference

MOTIONS PROCEEDINGS:                                          RULING:

**ORDERED AFTER HEARING:**
- Court shall approve Motion for Substitution of Attorney upon resolution of pending Motion for Summary Judgment. Court shall issue MSJ order this week.
- Nunc Pro Tunc order relating cases signed today.
- Scope and Discovery issues shall be discussed at next status conference hearing.
- Motion for Default and Sanctions in the 2007 case will be reviewed pending representation of counsel.
- Joint Status Conference Statement (5 pages max) due at least 3 calendar days prior to the scheduled conference.

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Joint ()   Court ()

Referred to Magistrate Judge     For:   **Settlement in** *
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)

**CASE CONTINUED TO**:   January 22, 2008 at 11:00 a.m.    for   Further Status Conference
                         [Specially Set]

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:     at 8:30 a.m.          Set for  days
            Type of Trial:  ()Jury     ( )Court

Notes: