1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for Defendant and Counter-Claimant
   SUN MICROSYSTEMS, INC. and Defendants
9  EMC CORPORATION AND DARDEN
   RESTAURANTS, INC.
10
   **[ADDITIONAL COUNSEL APPEAR ON**
11 **SIGNATURE PAGE]**

12            UNITED STATES DISTRICT COURT
13            NORTHERN DISTRICT OF CALIFORNIA
14            SAN FRANCISCO DIVISION
15

16 | NETBULA, LLC, a Delaware limited liability company, | Case No. C-06-07391-MJJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR JANUARY 22, 2008** |
| v. | |
| STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER CONTINUING CMC           -1-           CASE NO.  C-06-07391-MJJ

1  WHEREAS, a Case Management Conference in the above-captioned action is currently
2  set for January 22, 2008;

3  WHEREAS, a Joint Case Management Conference Statement is due at least three calendar
4  days before this Case Management Conference;

5  WHEREAS, the Court has not ruled on Defendants' Motion for Summary Judgment or
6  Summary Adjudication of Issues Related to License Defense;

7  WHEREAS, the parties believe that the interests of judicial economy are better served by
8  postponing the case management conference until after the Court issues its Order regarding this
9  Motion;

10  IT IS THEREFORE STIPULATED AND AGREED by the parties, through their
11  respective counsel of record that, subject to the Court's approval, the Case Management
12  Conference in this action, currently set for January 22, 2008, shall be taken off calendar, and reset
13  for a later date convenient for the Court, leaving sufficient time for the parties to review the Order
14  and submit a Joint Case Management Conference Statement at least three calendar days before
15  any such rescheduled hearing.

16  Dated: January 17, 2008                        FENWICK & WEST LLP

17                                                 By:     /S/  JEDEDIAH WAKEFIELD
18                                                              Jedediah Wakefield

19                                                 Attorneys for Defendant and Counter-Claimant
                                                   SUN MICROSYSTEMS, INC. and Defendants
20                                                 EMC CORPORATION AND DARDEN
                                                   RESTAURANTS, INC.

21  Dated: January 17, 2008                        THE RIVKIN LEGAL GROUP
                                                   Elena Rivkin (CSB NO. 247387)
22                                                 *elena@rivkinlegalgroup.com*
                                                   586 N. First Street, Ste. 116
23                                                 San Jose, CA  95113
                                                   Telephone: (408) 497-3646
24                                                 Facsimile:  (408) 516-8058

25
                                                   By:     /S/  ELENA RIVKIN
26                                                              Elena Rivkin

27                                                 Attorneys for Plaintiff and Counter-Defendant
                                                   NETBULA, LLC
28

| | | |
|---|---|---|
| 1 | Dated: January 17, 2008 | LAW OFFICES OF VONNAH M. BRILLET |
| | | Vonnah M. Brillet (SBN NO. 226545) |
| 2 | | *brilletlaw@yahoo.com* |
| | | 2777 Alvarado Street, Suite E |
| 3 | | San Leandro, CA  94577 |
| | | Telephone: (510) 351-5345 |
| 4 | | Facsimile:  (510) 351-5348 |

By: _____/S/  VONNAH M. BRILLET_____
Vonnah M. Brillet

Attorneys for Plaintiff and Counter-Defendant
NETBULA, LLC

Dated: January 17, 2008

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
David Eiseman (CSB NO. 114758)
*davideiseman@quinnemanuel.com*
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

By: _____/S/  DAVID EISEMAN_____
David Eiseman

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for January 22, 2008, shall be taken off of the calendar and rescheduled for a later date convenient for the Court, leaving sufficient time for the parties to review the Order and prepare a Joint Case Management Conference Statement.  The parties shall submit a Joint Case Management Conference Statement at least three calendar days before any such rescheduled hearing.

IT IS SO ORDERED.

DATED: _____, 2008        _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONTINUING CMC                    CASE NO.  C-06-07391-MJJ

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/S/) within this e-filed document.

/S/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

STIPULATION AND ORDER CONTINUING CMC                    CASE NO. C-06-07391-MJJ