1 LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
2 JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
3 ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
4 LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
5 FENWICK & WEST LLP
555 California Street, Suite 1200
6 San Francisco, CA 94104
Telephone: (415) 875-2300
7 Facsimile: (415) 281-1350

8 Attorneys for Defendant and Counter-Claimant
SUN MICROSYSTEMS, INC. and Defendants
9 EMC CORPORATION AND DARDEN
RESTAURANTS, INC.

**[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C-06-07391-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE SET FOR JANUARY 22, 2008** |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, a Case Management Conference in the above-captioned action is currently set for January 22, 2008;

2  WHEREAS, a Joint Case Management Conference Statement is due at least three calendar days before this Case Management Conference;

3  WHEREAS, the Court has not ruled on Defendants' Motion for Summary Judgment or Summary Adjudication of Issues Related to License Defense;

4  WHEREAS, the parties believe that the interests of judicial economy are better served by postponing the case management conference until after the Court issues its Order regarding this Motion;

5  IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record that, subject to the Court's approval, the Case Management Conference in this action, currently set for January 22, 2008, shall be taken off calendar, and reset for a later date convenient for the Court, leaving sufficient time for the parties to review the Order and submit a Joint Case Management Conference Statement at least three calendar days before any such rescheduled hearing.

Dated: January 17, 2008

FENWICK & WEST LLP

By:     /S/  JEDEDIAH WAKEFIELD
        Jedediah Wakefield

Attorneys for Defendant and Counter-Claimant SUN MICROSYSTEMS, INC. and Defendants EMC CORPORATION AND DARDEN RESTAURANTS, INC.

Dated: January 17, 2008

THE RIVKIN LEGAL GROUP
Elena Rivkin (CSB NO. 247387)
*elena@rivkinlegalgroup.com*
586 N. First Street, Ste. 116
San Jose, CA  95113
Telephone: (408) 497-3646
Facsimile:  (408) 516-8058

By:     /S/  ELENA RIVKIN
        Elena Rivkin

Attorneys for Plaintiff and Counter-Defendant NETBULA, LLC

| | |
|---|---|
| Dated: January 17, 2008 | LAW OFFICES OF VONNAH M. BRILLET<br>Vonnah M. Brillet (SBN NO. 226545)<br>*brilletlaw@yahoo.com*<br>2777 Alvarado Street, Suite E<br>San Leandro, CA  94577<br>Telephone: (510) 351-5345<br>Facsimile:  (510) 351-5348 |
| | By:       /S/  VONNAH M. BRILLET<br>             Vonnah M. Brillet |
| | Attorneys for Plaintiff and Counter-Defendant<br>NETBULA, LLC |
| Dated: January 17, 2008 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>David Eiseman (CSB NO. 114758)<br>*davideiseman@quinnemanuel.com*<br>50 California Street, 22nd Floor<br>San Francisco, CA  94111<br>Telephone: (415) 875-6600<br>Facsimile:  (415) 875-6700 |
| | By:       /S/  DAVID EISEMAN<br>             David Eiseman |
| | Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES CORPORATION |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for January 22, 2008, is vacated and rescheduled to February 12, 2008 at 2:00 p.m. A Joint Case Managment Conference Statement is due seven (7) days prior to the conference.

IT IS SO ORDERED.

DATED:  January 18, 2008           _____
                                    THE HONORABLE MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/S/) within this e-filed document.

/S/ JEDEDIAH WAKEFIELD
Jedediah Wakefield

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER CONTINUING CMC                    CASE NO.  C-06-07391-MJJ