|   |   |
|---|---|
| 1 | ELENA RIVKIN, ESQ. (Cal. Bar No.: 247387) |
|   | **RIVKIN LEGAL GROUP** |
| 2 | 586 North First Street, Suite 116 |
|   | San Jose, California 95112 |
| 3 | Telephone: (408) 568-6950 |
|   | Facsimile: (408) 516-8058 |
| 4 |   |
| 5 | Attorney for Plaintiff, |
|   | NETBULA, LLC. and |
| 6 | DONGXIAO YUE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NETBULA, LLC., a Delaware limited liability company; DONGXIAO YUE, an individual | ) ) ) | CASE NO. C06-07391-MJJ |
| | ) | Hon. Martin J. Jenkins |
| Plaintiff, | ) ) | **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | ) ) | |
| STORAGE TECHNOLOGY CORPORATION, et al. | ) ) ) | Date: March 25, 2008<br>Time: 9:30 a.m.<br>Dept. 11, 19th Floor<br>Judge: Hon. Martin J. Jenkins |
| Defendants. | ) ) | |
| SUN MICROSYSTEMS, INC., A DELAWARE CORPORATION, | ) ) ) | |
| Cross Complainant, | ) ) | |
| v. | ) ) | |
| NETBULA, LLC, | ) ) | |
| Counter-Defendant | ) ) | |
| And | ) ) | |
| DONGXIAO YUE, an individual, | ) ) | |
| Counter-Defendant | ) | |

1                                                           Case No.: C06-07391-MJJ
**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD**

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    **PLEASE TAKE NOTICE** that Counsel for Plaintiff and Counter-Defendant Netbula, LLC and Dongxiao Yue will and hereby does move this Court pursuant to Local Rule 11.5 to withdraw as counsel of record.

## MOTION TO WITHDRAW

    COMES NOW the undersigned attorney of record for the Plaintiff and Counter-Defendant, Netbula, LLC and Dongxiao Yue, and prays this Court to enter its order granting leave to withdraw as counsel for the defendant herein, and as grounds would show the Court:

1. There have arisen irreconcilable differences between Counsel and Netbula, LLC and Dongxiao Yue.

2. Due to the irreconcilable differences which have arisen between the undersigned and her client, the undersigned will be unable to effectively and properly continue representing the Plaintiff and Counter-Defendant herein.

Based on the foregoing, mandatory withdrawal is required and we request this Court grant this Motion to Withdraw as Counsel of Record.

RIVKIN LEGAL GROUP

Dated: February 21, 2008

/s/
Elena Rivkin