1  ELENA RIVKIN. (Cal. Bar No.: 247387)
   **RIVKIN LEGAL GROUP**
2  586 North First Street, Suite 116
   San Jose, California 95112
3  Telephone: (408) 568-6950
   Facsimile: (408) 516-8058
4

5  Attorney for Plaintiff,
   NETBULA, LLC.,
6  And DONGXIAO YUE

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 NETBULA, LLC., a Delaware limited liability )  CASE NO. C06-07391-MJJ
   company; DONGXIAO YUE, an individual     )
12                                            )  Hon. Martin J. Jenkins
                                              )
13         Plaintiff,                         )
                                              )  **[PROPOSED] ORDER GRANTING**
14                                            )  **MOTION TO WITHDRAW AS COUNSEL**
       vs.                                    )  **OF RECORD**
15                                            )
   STORAGE TECHNOLOGY CORPORATION, )  Date: March 25, 2008
16 et al.                                     )  Time: 9:30 a.m.
                                              )  Dept. 11, 19th Floor
17         Defendants.                        )  Judge: Hon. Martin J. Jenkins
                                              )
18 ─────────────────────────────              )
                                              )
19 SUN MICROSYSTEMS, INC., A                  )
   DELAWARE CORPORATION,                      )
20         Cross Complainant,                 )
                                              )
21     v.                                     )
                                              )
22 NETBULA, LLC,                              )
           Counter-Defendant                  )
23                                            )
           And                                )
24                                            )
   DONGXIAO YUE, an individual,               )
25                                            )
           Counter-Defendant                  )
26

27

28
                                    1                    Case No.: C06-07391-MJJ
                   **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW**

Based upon the Notice of Motion and Motion to Withdraw as Counsel of Record and any other pleadings, documents, or oral arguments made before this Court, this Court hereby ORDERS that Elena Rivkin may withdraw as counsel of record for Netbula, LLC and Dongxiao Yue.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2008

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE