1  ELENA RIVKIN (Cal. Bar No.: 247387)
   RIVKIN LEGAL GROUP
2  586 North First Street, Suite 116
   San Jose, California 95112
3  Telephone: (408) 568-6950
   Facsimile: (408) 516-8058
4

5  Attorney for Plaintiff and Counter Defendant,
   NETBULA, LLC.
6  AND DONGXIAO YUE

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | NETBULA, LLC., a Delaware limited liability ) | CASE NO. C06-07391-MJJ
12 | company;                                    ) |
                                                 ) | Hon. Martin J. Jenkins
13 |         Plaintiff,                          ) |
                                                 ) | **SUBSTITUTION OF COUNSEL**
14 |                                             ) | **AND [PROPOSED] ORDER**
   |   vs.                                       ) |
15 |                                             ) |
   | STORAGE TECHNOLOGY CORPORATION, ) |
16 | et al.                                      ) |
                                                 ) |
17 |         Defendants.                         ) |
   | _____ ) |
18 |                                             ) |
   | SUN MICROSYSTEMS, INC., A                   ) |
19 | DELAWARE CORPORATION,                       ) |
   |         Cross Complainant,                  ) |
20 |                                             ) |
   |   v.                                        ) |
21 |                                             ) |
   | NETBULA, LLC,                               ) |
22 |         Counter-Defendant                   ) |
                                                 ) |
23 |         And                                 ) |
                                                 ) |
24 | DONGXIAO YUE, an individual,                ) |
                                                 ) |
25 |         Counter-Defendant                   ) |

26

27

28

                                    1                   Case No.: C06-07391-MJJ
              **NOTICE OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

Plaintiff Dongxiao Yue, an individual, with address at 2777 ALVARADO ST., SUITE C, SAN LEANDRO, CA 94577, Telephone: (510) 396-0012, Facsimile: (510) 291-2237, E-Mail: ydx@netbula.com, substitutes himself, *in propria persona*, in place of Elena Rivkin, RIVKIN LEGAL GROUP, 586 North First Street, Ste. 116, San Jose, CA 95112, Telephone: (408) 568-6950, Facsimile: (408) 516-8058. Dongxiao Yue shall appear *pro se*. All future correspondence, pleadings, other documents and other communications should be directed to Dongxiao Yue at the address given above.

Each of the undersigned consents to this substitution

RIVKIN LEGAL GROUP

Dated: February 22, 2008

/s/_____
Elena Rivkin

Dongxiao Yue （Counter-Defendant）

Dated: February 22, 2008

_____
Dongxiao Yue
New Legal Representative (Pro Se)

Substitution for Yue 06-07391                    2                    Case No. C06-07391-MJJ
**NOTICE OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

1  IT IS SO ORDERED.
2
3
4
5  Dated: _____  _____
   By:  Martin J. Jenkins
6  United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28