1  ELENA RIVKIN. (Cal. Bar No.: 247387)
   RIVKIN LEGAL GROUP
2  586 North First Street, Suite 116
   San Jose, California 95112
3  Telephone: (408) 568-6950
   Facsimile: (408) 516-8058
4

5  Attorney for Plaintiff and Counterclaim
   Defendant NETBULA, LLC.,
6  and Counterclaim Defendant DONGXIAO YUE

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11
    NETBULA, LLC., a Delaware limited liability    )   CASE NO. C06-07391-MJJ
12  company; DONGXIAO YUE, an individual           )
                                                   )   Hon. Martin J. Jenkins
13                Plaintiff,                       )
                                                   )   STIPULATION AND [PROPOSED]
14                                                 )   ORDER TO CHANGE HEARING DATE
           vs.                                     )   AND RESPONSE DATE FOR MOTION TO
15                                                 )   WITHDRAW
    STORAGE TECHNOLOGY CORPORATION,                )
16  et al.                                         )
                                                   )
17                Defendants.                      )
                                                   )
18  _____         )
                                                   )
    SUN MICROSYSTEMS, INC., A                      )
19  DELAWARE CORPORATION,                          )
                  Cross Complainant,               )
20                                                 )
           v.                                      )
21                                                 )
    NETBULA, LLC,                                  )
22                Counter-Defendant                )
                                                   )
23                And                              )
                                                   )
24  DONGXIAO YUE, an individual,                   )
                                                   )
25                Counter-Defendant                )

26

27

28                                          1                Case No.: C06-07391-MJJ

STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND RESPONSE
DATE FOR MOTION TO WITHDRAW

The matter entitled *Yue v. Storage Technology, Corp.*, Case No.C-07-05850-MJJ is set for hearing on Defendant's Motion to Dismiss Tuesday, March 4, 2008 at 9:00 a.m. before Judge Jenkins in Department 11, 19th Floor. The related matter of *Netbula, LLC v. Storage Technology, Corp.* Case No. C-06-07391-MJJ is set for hearing on Plaintiff's Motion to Withdraw as Counsel of Record for Tuesday, March 25, 2008 at 9:00 a.m. before Judge Jenkins in Department 11, 19th Floor.

Counsel stipulate to move the *Netbula, LLC v Storage Technology Corp.* Case No. C-06-07391-MJJ to be heard on March 4, 2008 at 9:00 a.m. Counsel stipulate to allow a Response to the Motion to Withdraw as Counsel of Record, if any will be filed, to be due on or before February 29, 2008.

Dated: February 27, 2008                               Rivkin Legal Group

                                                       _____/S/_____
                                                       Elena Rivkin
                                                       Attorney for Plaintiff and Counterclaim
                                                       Defendant Netbula, LLC and
                                                       Dongxiao Yue


Dated: February 27, 2008                               Fenwick & West LLP


                                                       _____/S/_____
                                                       Jedediah Wakefield
                                                       Attorney for Defendant and
                                                       Counterclaimant Sun Microsystems, Inc.
                                                       and Defendants EMC Corporation and
                                                       Darden Restaurants, Inc.

                                       2                    Case No. C06-07391-MJJ
**STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE AND RESPONSE DATE FOR MOTION TO WITHDRAW**

| | | |
|---|---|---|
| 2 | Dated: February 27, 2008 | Quinn Emanuel Urquhart Oliver & Hedges, LLP |

/S/
David Eiseman
Attorney for Defendant International Business Machines Corporation

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, the hearing on Plaintiff's Motion to Withdraw as Counsel of Record ("Motion"), currently scheduled for March 25, 2008, shall be rescheduled for March 4, 2008 at 2:00 p.m. Defendants' response, if any, to the Motion shall be filed no later than February 29, 2008.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

# ATTORNEY ATTESTATION

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/S/) within this e-filed document.

/S/

Elena Rivkin