LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
ALBERT L. SIEBER (CSB NO. 233482)
*asieber@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for
SUN MICROSYSTEMS, INC., EMC CORPORATION
and DARDEN RESTAURANTS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.  C-06-07391-MJJ<br><br>**[PROPOSED] ORDER RE MOTION TO WITHDRAW AS COUNSEL** |

On _____, at _____, the Court heard Plaintiff Netbula, LLC's Motion to Withdraw as Counsel. All parties appeared by and through their respective counsel.

The matter having been submitted and after considering the Motion, papers filed in support and in opposition thereof, arguments of counsel, and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED THAT:

Plaintiff's Motion to Withdraw as Counsel is GRANTED UPON THE CONDITION THAT the withdrawal will not be effective until April 3, 2008, or until substitute counsel makes an appearance, whichever is sooner. If by that date substitute counsel has not made an appearance, the Court shall dismiss all of Netbula's claims and will enter default judgment against Netbula as to the counterclaims of Defendant Sun Microsystems, Inc. Dongxiao Yue is ordered that he is not to appear or submit pleadings or argument in this action on Netbula's behalf or otherwise attempt to appear on behalf of Netbula.

**IT IS SO ORDERED**.

Dated: _____     _____
                                    The Honorable Martin J. Jenkins
                                    United States District Court Judge