ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
317 Sylvia Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff
Netbula, LLC and for
Cross-Defendant Dongxiao Yue

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| NETBULA, LLC, | ) | CASE NO.  CV 06-07391-MJJ |
| Plaintiff, | ) | **ENTRY OF APPEARANCE OF COUNSEL** |
| v. | ) | |
| STORAGE TECHNOLOGY CORPORATION, *et al.*, | ) | |
| Defendants | ) | |

The undersigned hereby enters his appearance as counsel for Plaintiff Netbula, LLC, and Cross-Defendant Dongxiao Yue in the above-captioned matter.  Please direct all future notices and communications, and serve all papers, on the undersigned using the above contact information and/or, as appropriate, the undersigned's email address, which is corteslaw@comcast.net.

DATED:  March 6, 2008

_____/S/_____
Antonio L. Cortes,
Counsel for Plaintiff

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

_____1_____
ENTRY OF APPEARANCE OF COUNSEL

PROOF OF SERVICE

I am a citizen of the Unites States of America. My business address is 317 Sylvia Way, San Rafael, California, 94903. I am employed in Marin County where this service occurs. I am over the age of 18 years and am not a party to the within civil action.

On March 6, 2008, I served the following document(s) described as:

**ENTRY OF APPEARANCE OF COUNSEL**

on the interested parties by depositing it in the United States mail, first class postage pre-paid, addressed it to the following persons:

**Elena Rivkin**
3145 Molinaro Street
Santa Clara, CA 95054

**David Eiseman**
Quinn Emanuel Urquhart Oliver & Hedges
50 California Street
22nd Floor
San Francisco, CA 94111

**Jedediah Wakefield**
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104

**Stephanie Powers Skaff**
Farella Braun and Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 6, 2008

_____/S/_____
Antonio L. Cortés

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
ENTRY OF APPEARANCE OF COUNSEL