ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
317 Sylvia Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Defendant
Gilbert Philip Castillo

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> STORAGE TECHNOLOGY CORPORATION, *et al.*, <br><br> Defendants | CASE NO. CV 06-07391-MJJ <br><br> **NOTICE OF ONE-DAY CLOSURE OF PRACTICE AND CHANGE OF ADDRESS** |

TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, on March 14, 2008, the undersigned's law practice will be closed for moving, and that on March 15, 2008, the undersigned's address will change to:

> 528 Wisteria Way
> San Rafael, California  94903

All other contact information will remain the same.

DATED: March 7, 2008

                                            _____/S/_____
                                            Antonio L. Cortes,
                                            Counsel for Plaintiff

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

1
NOTICE OF ONE-DAY CLOSURE OF PRACTICE AND CHANGE OF ADDRESS

PROOF OF SERVICE

I am a citizen of the Unites States of America. My business address is 317 Sylvia Way, San Rafael, California, 94903. I am employed in Marin County where this service occurs. I am over the age of 18 years and am not a party to the within civil action.

On March 7, 2008, I served the following document(s) described as:

**NOTICE OF ONE-DAY CLOSURE OF PRACTICE AND CHANGE OF ADDRESS**

on the interested parties by depositing it in the United States mail, first class postage pre-paid, addressed it to the following persons:

| | |
|---|---|
| **Elena Rivkin**<br>3145 Molinaro Street<br>Santa Clara, CA 95054 | **David Eiseman**<br>Quinn Emanuel Urquhart Oliver & Hedges<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111 |
| **Jedediah Wakefield**<br>Fenwick & West LLP<br>555 California Street, Suite 1200<br>San Francisco, CA 94104 | **Stephanie Powers Skaff**<br>Farella Braun and Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 7, 2008

_____/S/_____
Antonio L. Cortés

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
NOTICE OF ONE-DAY CLOSURE OF PRACTICE AND CHANGE OF ADDRESS