1  ANTONIO L. CORTÉS
   Attorney at Law (CA Bar No. 142356)
2  317 Sylvia Way
   San Rafael, California 94903
3  Tel: 415-256-1911
4  Fax: 415-256-1919

5  Attorney for Plaintiff Netbula, LLC
   and Counter-Defendant Dongxiao Yue
6

7                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
8                      SAN FRANCISCO DIVISION

9
   NETBULA, LLC,                    )   CASE NO.  CV 06-07391-MJJ
10                                  )
              Plaintiff,            )   **AMENDED NOTICE OF ONE-DAY**
11                                  )   **CLOSURE OF PRACTICE AND**
        v.                          )   **CHANGE OF ADDRESS**
12                                  )
   STORAGE TECHNOLOGY               )
13 CORPORATION, *et al.,*           )
                                    )
14                                  )
              Defendants            )
15 _____  )

16        TO THE COURT, PARTIES, AND ATTORNEYS OF RECORD:

17        PLEASE TAKE NOTICE THAT, on March 14, 2008, the undersigned's law
18
   practice will be closed for moving, and that on March 15, 2008, the undersigned's address
19
   will change to:
20
          528 Wisteria Way
21        San Rafael, California  94903
22
          All other contact information will remain the same.
23
   DATED: March 7, 2008
24
                                         _____/S/_____
25                                       Antonio L. Cortes,
26                                       Counsel for Plaintiff

ANTONIO L. CORTÉS   27
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919  28
                                         1
   _____
   AMENDED NOTICE OF ONE-DAY CLOSURE OF PRACTICE AND CHANGE OF
   ADDRESS

PROOF OF SERVICE

I am a citizen of the Unites States of America. My business address is 317 Sylvia Way, San Rafael, California, 94903. I am employed in Marin County where this service occurs. I am over the age of 18 years and am not a party to the within civil action.

On March 7, 2008, I served the following document(s) described as:

**AMENDED NOTICE OF ONE-DAY CLOSURE OF PRACTICE AND CHANGE OF ADDRESS**

on the interested parties by depositing it in the United States mail, first class postage pre-paid, addressed it to the following persons:

| | |
|---|---|
| **Elena Rivkin**<br>3145 Molinaro Street<br>Santa Clara, CA 95054 | **David Eiseman**<br>Quinn Emanuel Urquhart Oliver & Hedges<br>50 California Street<br>22nd Floor<br>San Francisco, CA 94111 |
| **Jedediah Wakefield**<br>Fenwick & West LLP<br>555 California Street, Suite 1200<br>San Francisco, CA 94104 | **Stephanie Powers Skaff**<br>Farella Braun and Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 7, 2008

_____/S/_____
Antonio L. Cortés

ANTONIO L. CORTÉS
317 SYLVIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919