# FENWICK & WEST LLP

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104

TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

March 12, 2008

**VIA EFILING**

The Honorable Martin J. Jenkins
 Judge of the United States District Court
Northern District of California
Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA

   Re: Netbula, LLC v. Sun Microsystems
     Case No. C-06-07391

Dear Judge Jenkins:

  We represent Defendant and Counter-Claimant Sun Microsystems, Inc. and Defendants EMC Corporation and Darden Restaurants, Inc. in the above-captioned matter.  Pursuant to the Court's February 12, 2008 Minute Order, we are writing to inform the Court that Defendants and Plaintiff have agreed on the following mediator for private mediation in this matter:

   Carol Millie
   40 Main Street
   Los Altos, CA  94022
   Phone: 650-947-1799

  We appreciate the Court's attention to this matter.

       Respectfully,

       FENWICK & WEST LLP

        /s/

       Jedediah Wakefield
       Attorneys for Defendant and Counter-Claimant Sun
       Microsystems, Inc. and Defendants EMC
       Corporation and Darden Restaurants

cc: Antonio Cortez, Esq. (via efiling)
   David Eiseman, Esq. (via efiling)

25689/00400/LIT/1281627.1