1  LAURENCE F. PULGRAM (CSB NO. 115163)
   *lpulgram@fenwick.com*
2  JEDEDIAH WAKEFIELD (CSB NO. 178058)
   *jwakefield@fenwick.com*
3  ALBERT L. SIEBER (CSB NO. 233482)
   *asieber@fenwick.com*
4  LIWEN A. MAH (CSB NO. 239033)
   *lmah@fenwick.com*
5  FENWICK & WEST LLP
   555 California Street, Suite 1200
6  San Francisco, CA  94104
   Telephone: (415) 875-2300
7  Facsimile:  (415) 281-1350

8  Attorneys for STORAGE TECHNOLOGY CORPORATION,
   SUN MICROSYSTEMS, INC., EMC CORPORATION, and
9  DARDEN RESTAURANTS, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

14  NETBULA, LLC, a Delaware limited liability    Case Nos.  C-06-0711-MJJ-WDB,
    company,                                                C-06-07391-MJJ
15
                   Plaintiff,                    [**■■■■■■**] **ORDER GRANTING**
16                                               **DEFENDANTS' CONSOLIDATED**
         v.                                      **ADMINISTRATIVE MOTION TO**
17                                               **FILE UNDER SEAL DOCUMENTS**
    BINDVIEW DEVELOPMENT CORPORATION             **DESIGNATED BY DEFENDANTS**
18  SYMANTEC CORPORATION, et al.,                **AS CONFIDENTIAL**

19                 Defendants.                   Dept:   Courtroom 11
                                                 Judge:  The Honorable Martin J. Jenkins
20
    NETBULA, LLC, a Delaware limited liability
21  company,

22                 Plaintiff,

23       v.

24  STORAGE TECHNOLOGY CORPORATION,
    SUN MICROSYSTEMS, INC., et al.,
25
                   Defendants.
26
27  AND RELATED COUNTERCLAIMS.

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Having considered the Administrative Motion to File Under Seal filed by Sun
2  Microsystems, Inc., EMC Corporation, and Darden Restaurants, Inc. (collectively, "Defendants"),
3  the supporting Declaration of Albert L. Sieber, and other materials as may be considered by the
4  Court, and good cause being shown, the Court, HEREBY ORDERS the following documents be
5  filed under seal:

6  1) Exhibit A to the Declaration of Jedediah Wakefield in Support of Defendants'
7  Consolidated Opposition to Plaintiff Netbula, LLC's Motions to Substitute Parties
8  and for Withdrawal of Counsel, and to Non-Party Dongxiao Yue's Motion to
9  Intervene and Enforce Protective Order.

11  **IT IS SO ORDERED**.

13  Dated: 4/3/2008

The Honorable Martin J. Jenkins
United States District Court Judge

25689/00400/LIT/1275603.1