UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** May 5, 2008 | **Court Reporter:** Not Reported |
| **Case No.:** C-06-07391 JW | **Interpreter:** N/A |

**Related Case No.:**
    **C-07-05850 JW** Dongxiao Yue v. Storage Technology Corporation
    **C-08-0019 JW** Dongxiao Yue v. Chordiant Software Inc et al

## TITLE

Netbula LLC v. Storage Technology Corporation et al

**Attorney(s) for Plaintiff(s)**: Antonio Cortes (Nebula), Dongxiao Yue (pro per)
**Attorney(s) for Defendant(s)**: Laurence Pulgram, Jedediah Wakefield, David Eiseman (IBM)

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

Case Management Conference held off record and in chambers. The Court advanced all motion hearings set for July 7, 2008 at 9:00 AM to June 30, 2008 at 9:00 AM. The Court set a Further Case Management Conference for June 30, 2008 at 10:00 AM.

Elizabeth C. Garcia
Courtroom Deputy
Original: <b>E-Filed</b>
CC: