Stephanie Powers Skaff (State Bar No. 183119)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
DARDEN RESTAURANTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C06-07391 BZ<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL**<br><br>Trial Date: July 21, 2008 |

**TO EACH PARTY AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Stephanie Powers Skaff, and her firm, Farella Braun + Martel LLP, hereby withdraw as co-counsel of record for Defendant DARDEN RESTAURANTS INC., a Florida Corporation ("Darden") in the above captioned matter. Laurence Pulgram and his firm of Fenwick & West LLP will remain as counsel of record for Darden in the above captioned matter.

Concurrence in filing this document was obtained from Laurence Pulgram in compliance with General Order No. 45, Section X.

DATED  May 6, 2008                FARELLA BRAUN & MARTEL LLP

                                  By:    /s/
                                       Stephanie Powers Skaff


DATED:  May 6, 2008               FENWICK & WEST LLP

                                  By:    /s/
                                       Laurence Pulgram

                                  Attorneys for Defendant
                                  DARDEN RESTAURANTS INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Notice of Withdrawal of Co-Counsel  - Case No. C06-07391 BZ

-2-

21827\1574201.1