*GRANTED*
*[Signature] Judge James Ware*
*5/7/2008*

Stephanie Powers Skaff (State Bar No. 183119)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant
DARDEN RESTAURANTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS Inc., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  C06-07391 JW<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL**<br><br>Trial Date:  July 21, 2008 |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Notice of Withdrawal of Co-Counsel  - Case No. C06-07391 BZ

-1-

21827\1574201.1

Case 5:06-cv-07391-JW    Document 164    Filed 05/07/2008    Page 2 of 2

**TO EACH PARTY AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Stephanie Powers Skaff, and her firm, Farella Braun + Martel LLP, hereby withdraw as co-counsel of record for Defendant DARDEN RESTAURANTS INC., a Florida Corporation ("Darden") in the above captioned matter. Laurence Pulgram and his firm of Fenwick & West LLP will remain as counsel of record for Darden in the above captioned matter.

Concurrence in filing this document was obtained from Laurence Pulgram in compliance with General Order No. 45, Section X.

DATED  May 6, 2008             FARELLA BRAUN & MARTEL LLP

                               By:    /s/
                                      Stephanie Powers Skaff


DATED:  May 6, 2008            FENWICK & WEST LLP

                               By:    /s/
                                      Laurence Pulgram

                               Attorneys for Defendant
                               DARDEN RESTAURANTS INC.

**IT IS SO ORDERED:**

Stephanie Powers Skaff and her respective firm is GRANTED to be relieved as counsel of record for Defendant Darden Restaurants Inc. Laurence Pulgram remains as counsel of record for Defendant Darden Restaurants Inc.

Dated: May 7, 2008                                     _____
                                                       United States District Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Notice of Withdrawal of Co-Counsel - Case No. C06-07391 BZ      -2-      21827\1574201.1