IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, et al.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Storage Technology Corporation, et al.,<br><br>　　　　　Defendants.<br>_____<br><br>Dongxiao Yue<br><br>　　　　　Plaintiff,<br>　v.<br><br>Storage Technology Corporation, et al.,<br><br>　　　　　Defendants.<br>_____<br><br>Dongxiao Yue<br><br>　　　　　Plaintiff,<br>　v.<br><br>Chordiant Software, Inc., et al.,<br><br>　　　　　Defendants.<br>_____/ | NO. C 06-07391 JW<br>NO. C 07-05850 JW<br>NO. C 08-00019 JW<br><br>**ORDER FOLLOWING CASE**<br>**MANAGEMENT CONFERENCE** |

　　　On May 5, 2008, the Court conducted a case management conference for the above captioned related cases. Counsel for the respective parties were present as well as pro se Plaintiff, Mr. Yue. At the case management conference, the parties represented that it would be beneficial for

the Court to hear certain pending motions before setting schedules for these cases. The pending motions are as follows:

(1) Plaintiff's Motion to Disqualify Defense Counsel [C 08-0019] ;

(2) Defendants' Motions to Dismiss or Motion to Strike [C 08-0019];

(3) Plaintiff's Motion to Disqualify Judge [C 07-05850];[1]

(4) Plaintiff's Motion for Relief from Judgment Pursuant to FRCP 60(b) [C 07-05850].

At the conference, the parties agreed to advance the hearing on these motions from July 7, 2007 to **June 30, 2008 at 9 a.m.** The parties shall lodge with the Court Chambers' copies of all papers filed prior to this case being reassigned. Plaintiff in C 07-5850 shall notify the Court regarding whether its Motion to Disqualify Judge is still pending before the Court or will be withdrawn in light of reassignment. The Court sets a further case management conference to determine schedules for C 06-07391 and C 08-00019 on **June 30, 2008 at 10 a.m.**

Dated: May 8, 2008

JAMES WARE
United States District Judge

---

[1] This motion may be moot in light of the reassignment of this case from Judge Jenkins to Judge Ware.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David Eiseman davideiseman@quinnemanuel.com
David M. Lacy Kusters dlacykusters@fenwick.com
Elena Rivkin Franz ELENA@RIVKINLEGALGROUP.COM
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Stacy Marie Monahan stacymonahan@quinnemanuel.com
Stephanie Powers Skaff sskaff@fbm.com
Vonnah M Brillet brilletlaw@yahoo.com

Dongxiao Yue
2777 Alvarado Street, Suite C
San Leandro, CA 94577

**Dated: May 8, 2008**                                    **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California