LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
JEDEDIAH WAKEFIELD (CSB NO. 178058)
jwakefield@fenwick.com
LIWEN A. MAH (CSB NO. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC., EMC CORPORATION,
and DARDEN RESTAURANTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation; EMC CORPORATION, a Massachusetts corporation; VERITAS SOFTWARE CORPORATION, a Delaware corporation; DARDEN RESTAURANTS, INC., a Florida corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C-06-07391-MJJ<br><br>**NOTICE OF CHANGE IN COUNSEL** |
| AND RELATED COUNTERCLAIMS | |

///

///

///

NOTICE OF CHANGE IN COUNSEL           -1-           CASE NO. C-06-07391-MJJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that effectively immediately Albert L. Sieber should be

3  removed from the e-mail notification as he is no longer with the firm of Fenwick & West LLP.

4  Dated: May 9, 2008                                FENWICK & WEST LLP

6                                           By:   /s/ Jedediah Wakefield
                                                         Jedediah Wakefield

Attorneys for Defendants
STORAGE TECHNOLOGY CORPORATION,
SUN MICROSYSTEMS, INC.,
EMC CORPORATION, and
DARDEN RESTAURANTS, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO