ELENA RIVKIN FRANZ (CSB NO. 247387)
FRANZ LAW OFFICE
160 W. Santa Clara Street
Tenth Floor, Suite 1050
San Jose, CA  95113
Telephone: (408) 279-2662
Facsimile: (408) 279-2698

Attorney for Plaintiff,
NETBULA, LLC. and
DONGXIAO YUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company; DONGXIAO YUE, an individual<br><br>            Plaintiff,<br><br>    vs.<br><br>STORAGE TECHNOLOGY CORPORATION, et al.<br><br>            Defendants.<br>_____<br>SUN MICROSYSTEMS, INC., A DELAWARE CORPORATION,<br>            Cross Complainant,<br><br>    v.<br><br>NETBULA, LLC,<br>            Counter-Defendant<br><br>        And<br><br>DONGXIAO YUE, an individual,<br><br>            Counter-Defendant | CASE NO. C06-07391-JW<br><br>Hon. James Ware<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Counsel for Plaintiff and Counter-Defendant Netbula, LLC and Dongxiao Yue will and hereby does move this Court pursuant to Local Rule 11.5 to withdraw as counsel of record.

# MOTION TO WITHDRAW

COMES NOW the undersigned attorney of record for the Plaintiff and Counter-Defendant, Netbula, LLC and Dongxiao Yue, and prays this Court to enter its order granting leave to withdraw as counsel herein, and as grounds would show the Court:

1. On February 21, 2008, Elena Rivkin Franz filed a Motion to Withdraw as Attorney of Record, Docket No. 144, and a [Proposed] Order Granting Motion to Withdraw as Attorney of Record, Docket No. 145.

2. On February 22, 2008, Elena Rivkin Franz filed a Substitution of Counsel and [Proposed] Order Granting Dongxiao Yue to temporarily appear *pro se* in this matter while looking for new counsel. Since that time, Netbula, LLC and Dongxiao Yue have secured substitute counsel, Antonio Cortes, for both Netbula, LLC and Dongxiao Yue.

3. On March 6, 2008, Antonio Cortes, substitute counsel for Netbula, LLC and Dongxiao Yue filed an Entry of Appearance of Counsel, Docket No. 152.

4. On April 9, 2008, this matter, and related case No. C-07-05850 JW and C-08-0019 JW were reassigned to Judge James Ware, Docket No. 159.

Based on the above, counsel respectfully requests that this Court grant leave to withdraw as counsel for Netbula, LLC and Dongxiao Yue.

Franz Law Office

Dated: June 27, 2008           /s/_____
                               Elena Rivkin Franz

2                                Case No. C06-07391-JW
**MOTION TO WITHDRAW AS COUNSEL OF RECORD**