ELENA RIVKIN FRANZ (CSB NO. 247387)
FRANZ LAW OFFICE
160 W. Santa Clara Street
Tenth Floor, Suite 1050
San Jose, CA 95113
Telephone: (408) 279-2662
Facsimile: (408) 279-2698


Attorney for Plaintiff,
NETBULA, LLC.,
And DONGXIAO YUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC., a Delaware limited liability company; DONGXIAO YUE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>STORAGE TECHNOLOGY CORPORATION, et al.<br><br>Defendants.<br>―――――――――――――――――――<br>SUN MICROSYSTEMS, INC., A DELAWARE CORPORATION,<br>        Cross Complainant,<br><br>v.<br><br>NETBULA, LLC,<br>        Counter-Defendant<br><br>And<br><br>DONGXIAO YUE, an individual,<br><br>        Counter-Defendant | CASE NO. C06-07391-JW<br><br>Hon. James Ware<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Based upon the Notice of Motion and Motion to Withdraw as Counsel of Record, the Declaration of Elena Rivkin in Support of the Motion to Withdraw, and the Memorandum of Points and Authorities in Support of the Motion to Withdraw, Docket Nos. 144-147, and the Entry of Appearance of Counsel for Netbula, LLC and Dongxiao Yue, Docket No. 152, this Court hereby GRANTS THIS ORDER so that Elena Rivkin Franz may withdraw as counsel of record for Netbula, LLC and Dongxiao Yue.

          IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____, 2008

                                                  _____
                                                  HON. JAMES WARE
                                                  UNITED STATES DISTRICT COURT JUDGE