IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, | NO. C 06-07391 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SANCTIONS** |
| v. | |
| Storage Technology Corporation, et al., | |
| Defendants. | |

In its May 8, 2008 Order, the Court set a further Case Management Conference for June 30, 2008 at 10 a.m. to set a schedule for the above entitled case. On June 30, 2008, the Court conducted the Case Management Conference. Counsel for Defendants was present. There was no appearance by Plaintiff's counsel.[1]

The Court hereby orders Counsel for Plaintiff's counsel, Antonio Luis Cortes to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 15, 2008 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court at least ten (10) days prior to appearance date, why he should not be sanctioned for failure to attend the June 30, 2008 Case Management Conference. The certificate shall set forth in factual summary the reason no appearance was made.

---

[1] Plaintiff's principal, Dr. Yue appeared on counsel's behalf. Dr. Yue was already in Court for related matters.

Failure to comply with any part of this Order will be deemed sufficient grounds to warrant monetary sanctions.

Dated: July 2, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David Eiseman davideiseman@quinnemanuel.com
David M. Lacy Kusters dlacykusters@fenwick.com
Elena Rivkin Franz ELENA@RIVKINLEGALGROUP.COM
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Stacy Marie Monahan stacymonahan@quinnemanuel.com
Vonnah M Brillet brilletlaw@yahoo.com

**Dated:  July 2, 2008**                                                             **Richard W. Wieking, Clerk**

                                                                                            **By:       /s/ JW Chambers            **
                                                                                                 **Elizabeth Garcia**
                                                                                                 **Courtroom Deputy**