1  ELENA RIVKIN FRANZ (CSB NO. 247387)
   FRANZ LAW OFFICE
2  160 W. Santa Clara Street
   Tenth Floor, Suite 1050
3  San Jose, CA 95113
   Telephone: (408) 279-2662
4  Facsimile: (408) 279-2698

5

6  Attorney for Plaintiff,
   NETBULA, LLC.,
   And DONGXIAO YUE

7

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  NETBULA, LLC., a Delaware limited liability    )    CASE NO. C06-07391-JW
12  company; DONGXIAO YUE, an individual           )
                                                   )    Hon. James Ware
13                  Plaintiff,                      )
                                                   )    **[PROPOSED] ORDER GRANTING
14                                                 )    MOTION TO WITHDRAW AS COUNSEL
            vs.                                     )    OF RECORD**
15                                                 )
    STORAGE TECHNOLOGY CORPORATION,                )
16  et al.                                          )
                                                   )
17                  Defendants.                     )
    _____    )
18                                                 )
    SUN MICROSYSTEMS, INC., A                      )
19  DELAWARE CORPORATION,                          )
                    Cross Complainant,              )
20                                                 )
            v.                                      )
21                                                 )
    NETBULA, LLC,                                  )
22              Counter-Defendant                   )
                                                   )
23              And                                 )
                                                   )
24  DONGXIAO YUE, an individual,                   )
                                                   )
25              Counter-Defendant                   )
    _____    )

26

27

28

Based upon the Notice of Motion and Motion to Withdraw as Counsel of Record, the Declaration of Elena Rivkin in Support of the Motion to Withdraw, and the Memorandum of Points and Authorities in Support of the Motion to Withdraw, Docket Nos. 144-147, and the Entry of Appearance of Counsel for Netbula, LLC and Dongxiao Yue, Docket No. 152, this Court hereby GRANTS THIS ORDER so that Elena Rivkin Franz may withdraw as counsel of record for Netbula, LLC and Dongxiao Yue.

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

DATED:  July 24, 2008

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW