ANTONIO L. CORTÉS
Attorney at Law (CA Bar No. 142356)
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff Netbula, LLC
and Counter-Defendant Dongxiao Yue

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETBULA, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STORAGE TECHNOLOGY<br>CORPORATION, *et al.,*<br><br>　　　　Defendants | CASE NO.  CV 06-07391-JW<br><br>**CERTIFICATION OF COUNSEL<br>RE:  ORDER TO SHOW CAUSE**<br><br>**Date:** September 15, 2008<br>**Time:** 9:00 am<br>**Place:** Courtroom 8<br>**Judge:** James Ware |

In response to the Court's July 3, 2008 Order to Show Cause, I, Antonio L. Cortés, certify to Court and Counsel as follows:

1.　My failure to attend the June 30, 2008 case management conference was not due to any improper purpose, and was solely the result of human error.  This error was entirely my own, and not due to any failing of either of my clients in this matter.  I apologize to the Court for my error, and repeat here for the record my prior apologies to counsel delivered by telephone soon after my failure to appear.  Circumstances underlying my error include the following.

---

1

CERTIFICATION OF COUNSEL RE:  ORDER TO SHOW CAUSE

2. I am a sole practitioner working without staff. While for the majority of my career I defended large corporations and wealthy individuals, I have lately developed a low-overhead practice to provide economical legal services to those who do not qualify for legal aid but who cannot afford prevailing attorney billing rates. In part because of this effort, and in part because I am a single parent to my eleven-year-old son, who is in my custody about six days per week year-round, I work from my home. I am not able to hire an administrative assistant to work in my home due to City regulations. This change in my practice is working well in that I have been able to provide effective representation to a number of clients who earn too much to qualify for representation by legal aid organizations, but who cannot afford legal services costing $300/hour or more. Making myself available for such representations has made me very busy.

3. During the weeks prior to the June 30, 2008 case management conference, and particularly in the five to seven days leading up to it, I was exceedingly busy handling, and exceedingly concerned with, a series of two crises arising from my representation of Jose and Virginia Hernandez in <u>Hernandez v. Sroa</u>, CV 08-2804 EMC, in the Northern District of California, and associated administrative proceedings before the City of San Rafael. In particular, I was trying to do everything I could to prevent a trustee sale of the Hernandez's home that was set for July 1, 2008, and at the same time I was assisting them to understand and take appropriate action with respect to a June 10, 2008 administrative proceeding by the City of San Rafael seeking to unjustly punish them for an unpermitted addition to their home made by certain Defendants in that action who had concealed those violations from the Hernandez in order to induce them to purchase their home. I also distracted by necessary deadline-based litigation tasks in other matters, one

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

2
CERTIFICATION OF COUNSEL RE: ORDER TO SHOW CAUSE

set for trial August 18, 2008 that had been a pro-se representation until March 2008, and was generally exhausted.

   4. It is my normal practice to not take more work than I can handle, and to carefully review my calendar every Sunday evening for Monday appearances and other deadlines, but on this particular weekend, due to the flurry of activity associated with the July 1, 2008 trustee sale of the Hernandez's home, my own emotional response to the impact of that sale on the Hernandez family (Jose and Virginia have three children, the youngest born just prior to the trustee sale, and Jose had been employed by, then fired by, the persons who fraudulently sold them their home), the need to devote time to my own son, whose needs were not well met by me during that time, and my general exhaustion, I neglected to check my calendar on Sunday June 29, 2008, and forgot about the Monday June 30, 2008 case management conference until that morning, before the conference took place, but after it was too late for me to drive from San Rafael to San Jose to attend. Immediately upon realizing I would miss that deadline, I called the Court's chambers to attempt to participate in the case management conference by telephone, but was not-surprisingly unable to do so.

   5. I have the highest respect for the Court's need to have attorneys timely appear for scheduled proceedings, as is evidenced by the fact that, in eighteen years of continuous civil litigation practice, nine as a solo practitioner, I have never been sanctioned by any Court. I similarly respect the right of other counsel to have deadlines met by all counsel. My intent to attend and make effective use of the June 30, 2008 Case Management Conference is evidenced by my taking the lead in preparing the Joint Case Management Conference Statement all counsel jointly filed for that conference. Any

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

3
CERTIFICATION OF COUNSEL RE: ORDER TO SHOW CAUSE

sanctions the Court may nonetheless see fit to impose should be levied against me personally, and not against my clients, who are both completely innocent of fault for my non-appearance, and who did not benefit from the unfortunate delay my error caused. Again, I apologize to all concerned for my unfortunate error.

        I certify under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge and belief.

DATED: August 28, 2008

                                              _____/s/_____
                                                   Antonio L. Cortés

ANTONIO L. CORTÉS
528 WISTERIA WAY
SAN RAFAEL, CA 94903
(415) 256-1911
FAX: (415) 256-1919

4
CERTIFICATION OF COUNSEL RE:  ORDER TO SHOW CAUSE