IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, | NO. C 06-07391 JW |
|       Plaintiff, <br>   v. | **ORDER VACATING ORDER TO SHOW CAUSE** |
| Storage Technology Corp., et al., | |
|       Defendants. | |

On June 30, 2008, the Court conducted a Case Management Conference. There was no appearance by Plaintiff's counsel. On July 2, 2008, the Court issued an Order to Show Cause re: Sanctions, ordering Plaintiff's counsel, Antonio Luis Cortes, to appear before the Court on September 15, 2008 to show cause, if any, by certification or by actual appearance, why he should not be sanctioned for failure to attend the June 30, 2008 Case Management Conference.

Mr. Cortes has filed a timely certification pursuant to the Court's July 2, 2008 Order. Upon review of his certification, the Court is satisfied that Mr. Cortes has shown adequate cause for his failure to appear for the June 30, 2008 Case Management Conference. Accordingly, the Court vacates the July 2, 2008 Order to Show Cause Re: Sanctions and vacates Mr. Cortes' appearance before the Court on September 15, 2008. The Court admonishes Mr. Cortes that appearances at scheduled conferences are crucial to advancing the Court's docket.

Dated: September 11, 2008

JAMES WARE  
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
3 David Eiseman davideiseman@quinnemanuel.com
David M. Lacy Kusters dlacykusters@fenwick.com
4 Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
5 Liwen Arius Mah lmah@fenwick.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
6 Stacy Marie Monahan stacymonahan@quinnemanuel.com
Vonnah M Brillet brilletlaw@yahoo.com

8 **Dated: September 11, 2008**                     **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**