**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Netbula, LLC, | NO. C 06-07391 JW |
|         Plaintiff,<br>  v.<br>Storage Technology Corp., et al.,<br>        Defendants. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; ORDER REFERRING PARTIES TO MAGISTRATE JUDGE LAPORTE FOR ALL DISCOVERY MATTERS** |

    In light of the parties' Joint Case Management Statement, the Court refers the parties to Magistrate Judge Laporte to work out a discovery plan and resolve all discovery disputes. The Court continues the case management conference currently set for September 15, 2008 to **November 17, 2008 at 10 a.m.** On or before **November 7, 2008**, the parties shall file a joint statement, which shall include details of the discovery plan worked out between the parties and Judge Laporte.

Dated: September 11, 2008

                                                  JAMES WARE
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Albert L. Sieber asieber@fenwick.com
Antonio Luis Cortes corteslaw@comcast.net
David Eiseman davideiseman@quinnemanuel.com
David M. Lacy Kusters dlacykusters@fenwick.com
Jedediah Wakefield jwakefield@fenwick.com
Laurence F. Pulgram lpulgram@fenwick.com
Liwen Arius Mah lmah@fenwick.com
Rachel Heather Smith rachelsmith@quinnemanuel.com
Stacy Marie Monahan stacymonahan@quinnemanuel.com
Vonnah M Brillet brilletlaw@yahoo.com

**Dated: September 11, 2008**            **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California