IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETBULA, LLC, | No. C-06-07391 JW (EDL) |
| Plaintiff, | **ORDER SETTING DISCOVERY CONFERENCE** |
| v. | |
| STORAGE TECHNOLOGY CORP., et al., | |
| Defendants. | |

On September 11, 2008, Judge Ware referred this matter to this Court to work out a discovery plan and to resolve all discovery disputes. Accordingly, a discovery conference is scheduled for October 3, 2008 at 3:30 p.m. in Courtroom E. No later than September 26, 2008, the parties shall submit a short joint discovery conference statement that addresses limits on and timing of discovery, the current status of discovery, the parties' positions regarding further discovery, any contested discovery issues, and any other discovery matters raised in the parties' most recent joint case management statement.

**IT IS SO ORDERED.**

Dated: September 15, 2008

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge