1  **Counsel Listed on Signature Page**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC,<br>            Plaintiff,<br>      v.<br>STORAGE TECHNOLOGY CORP., *et al.*<br>            Defendants. | Case No. C-06-07391-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SELECTION AND SCHEDULE OF ALTERNATIVE DISPUTE RESOLUTION** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to the Court's November 13, 2008 Scheduling Order, Plaintiff Netbula LLC ("Netbula"), Defendant and Counterclaimant Sun Microsystems, Inc. ("Sun"), and Counterclaim Defendant Dongxiao Yue ("Yue") (collectively "Parties") respectfully submit the following stipulation concerning the selection and schedule of alternative dispute resolution ("ADR").

The Parties stipulate that:

1. The Parties agree to participate in private mediation;

2. The Parties will inform the Court of the identity of a mutually agreeable private mediator no later than December 12, 2008.

3. The Parties will proceed with and complete their private mediation between January 19 and January 30, 2009.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 2, 2008 | FENWICK & WEST LLP |
| 2 | | By:       /s/ JEDEDIAH WAKEFIELD |
| 3 | |           Jedediah Wakefield |

LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
MARYBETH MILIONIS (CSB NO. 238827)
*mmilionis@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Defendant and Counterclaimant
SUN MICROSYSTEMS, INC.

Dated: December 2, 2008      By:      /S/  ANTONIO L. CORTES
                                                          Antonio L. Cortes

ANTONIO L. CORTÉS
Attorney at Law (CSB NO. 142356)
528 Wisteria Way
San Rafael, California 94903
Telephone: (415) 256-1911
Facsimile: (415) 256-1919

Attorney for Plaintiff and Counterclaim Defendant Netbula, LLC and Counter-Defendant Dongxiao Yue

Attorney for NETBULA, LLC and DONGXIAO YUE

      PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 9, 2008      By: _____
                                                    Honorable James Ware
                                                    United States District Judge

1  **<u>ATTORNEY ATTESTATION</u>**

2  Pursuant to General Order 45, I hereby attest that that concurrence in the filing of this
3  document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within
4  this e-filed document.

5

6  　　　　　　　　　　　　　　　　　　　　　　　　/S/ LIWEN MAH
　　　　　　　　　　　　　　　　　　　　　　　　　Liwen Mah

10  25689/00400/LIT/1294588.2

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO