1   ANTONIO L. CORTÉS
    Attorney at Law
2   Bar No. 142356
3   528 Wisteria Way
    San Rafael, California 94903
4   Tel: 415-256-1911
    Fax: 415-256-1919
5
    Attorney for Plaintiff
6   Netbula, LLC

7

**IT IS SO ORDERED AS MODIFIED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT • NORTHERN DISTRICT OF CALIFORNIA

8           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
9

10  NETBULA, LLC,                          )   CASE NO.  CV 06-07391-JW
                                           )
11                      Plaintiff,         )   **CLARIFICATION OF JOINT
                                           )   REQUEST FOR CONTINUANCE
12          v.                             )   OF DATE TO FILE
                                           )   PRELIMINARY PRE-TRIAL
13  STORAGE TECHNOLOGY                     )   STATEMENTS
    CORPORATION, *et al.,*                 )   ORDER CONTINUING PRELIMINARY
14                                         )   PRETRIAL CONFERENCE**
                                           )
15                      Defendants         )
    _____    )
16

17          Whereas, the undersigned counsel for all parties herein previously filed, on

18  February 13, 2009, their Joint Request for Continuance of Date to File Preliminary Pre-

19  Trial Statements;

20          Whereas questions have arisen as to the scope of the settlement mentioned

21
22  therein;

23          The undersigned counsel clarify to the Court that the settlement of the above-

24  captioned matter, for which they are currently preparing documentation and which was the

25

26

27

28  _____1_____
    **CLARIFICATION OF JOINT REQUEST FOR CONTINUANCE OF DATE TO
    FILE PRELIMINARY PRE-TRIAL STATEMENTS**

basis of their request to continue the date to file preliminary pre-trial statements, is a global

settlement to dispose of all claims between all parties to this action.

DATED:  February 20, 2009

_____/s/_____
Antonio L. Cortes
Counsel for Plaintiff

DATED:  February 20, 2009          FENWICK & WEST LLP


_____/s/_____
Jedediah Wakefield
Attorneys for Defendant and Counter-Claimant
Sun Microsystems, Inc. and Defendants EMC
Corporation and Darden Restaurants, Inc.

DATED:  February 20, 2009          QUINN EMANUEL URQUHART OLIVER
                                   & HEDGES


_____/s/_____
David Eiseman, Counsel for Defendant
International Business Machines Corporation

**\*\*\* ORDER \*\*\***

     Based on the parties' Stipulation and subsequent clarification, the Court finds good

cause to grant the parties a brief continuance of the Preliminary Pretrial Conference

currently set for February 23, 2009.  The Court sets a Status Conference for **March 30,**

**2009 at 10 a.m.**  On or before **March 20, 2009**, the parties shall file a Joint Status

Statement updating the Court on the status of their efforts to reduce their settlement to a

writing.  If a Stipulated Dismissal is filed on the same day, the conference will be

VACATED.

Dated:  February 20, 2009          _____
                                   JAMES WARE
                                   United States District Judge

2

**CLARIFICATION OF JOINT REQUEST FOR CONTINUANCE OF DATE TO**
**FILE PRELIMINARY PRE-TRIAL STATEMENTS**