1  **Counsel Listed on Signature Page**



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETBULA, LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>    v.<br><br>STORAGE TECHNOLOGY CORPORATION, a Delaware corporation; SUN MICROSYSTEMS, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. C-06-07391-JW<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT AND COUNTERCLAIMS WITH PREJUDICE** |
| SUN MICROSYSTEMS, INC., a Delaware corporation,<br><br>            Counter-Claimant,<br><br>    v.<br><br>NETBULA, LLC, a Delaware limited liability company,<br><br>            Counterclaim Defendant,<br><br>            and<br><br>DONGXIAO YUE, an individual,<br><br>Third-Party Counterclaim Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   The parties to the above-captioned action, by and through their respective counsel, hereby
2   stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a) and (c) that the above-
3   captioned action, including all claims and counter-claims therein as alleged against all defendants
4   and counter-defendants, is hereby dismissed with prejudice, with each party to bear its own
5   expenses, costs, and attorneys' fees.

Dated: March 11, 2009           FENWICK & WEST LLP

                                By: _____
                                       Jedediah Wakefield

LAURENCE F. PULGRAM (CSB NO. 115163)
*lpulgram@fenwick.com*
JEDEDIAH WAKEFIELD (CSB NO. 178058)
*jwakefield@fenwick.com*
MARY E. MILIONIS (CSB NO. 238827)
*mmilionis@fenwick.com*
LIWEN A. MAH (CSB NO. 239033)
*lmah@fenwick.com*
FENWICK & WEST LLP
555 California Street, Ste. 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant and Counterclaimant
SUN MICROSYSTEMS, INC. and Defendants EMC
CORPORATION and DARDEN RESTAURANTS, INC.

Dated: March 24, 2009           By: _____
                                       Antonio L. Cortes

ANTONIO L. CORTÉS (CA Bar No. 142356)
*corteslaw@comcast.net*
Attorney at Law
528 Wisteria Way
San Rafael, California 94903
Tel: 415-256-1911
Fax: 415-256-1919

Attorney for Plaintiff and Counterclaim Defendant NETBULA,
LLC and Counter-Defendant DONGXIAO YUE

Dated: March 24, 2009            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____/S/_____
      David Eiseman

DAVID EISEMAN (CSB NO. 114758)
davideiseman@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORPORATION

**ATTORNEY ATTESTATION**

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/S/) within this e-filed document.

_____/s/_____
Antonio L. Cortés

**[PROPOSED] ORDER**

**IT IS SO ORDERED**

The Clerk shall close this file.

Dated: March 25, 2009            By: _____James Ware_____
                                       Honorable James Ware
                                       United States District Judge

25689/00400/SF/5252731.2

STIP. & [PROPOSED] ORDER DISMISSING COMPL. & COUNTERCLAIMS WITH PREJUDICE      2      CASE NO. 06-07391-JW